AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

KEVIN FOX, et al.                    **JUDGMENT IN A CIVIL CASE**

    v.                                  Case Number: 04 C 7309

WILL COUNTY, et al.

■  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐  Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Kevin Fox and against defendants Hayes, Swearengen, Guilfoyle, Wachtl and Estate of John Ruettiger as to the Due Process Claim, False Arrest Claim and Intentional Infliction of Emotion Distress Claim and in favor of plaintiff Kevin Fox and against defendants Hayes and Swearengen as to the Malicious Prosecution Claim. The jury finds in favor of defendants and against plaintiff Kevin Fox as to the False Imprisonment Claim and Conspiracy Claim. The total award of damages to plaintiff Kevin Fox is $9,300,000.00. The jury finds in favor of plaintiff Melissa Fox and against defendants Hayes, Swearengen, Guilfoyle, Wachtl and Estate of John Ruettiger as to Loss of Consortium Claim and in favor of Melissa Fox and against Hayes as to the Intentional Infliction of Emotional Distress Claim. The jury finds in favor of defendants and against plaintiff Melissa Fox as to the Conspiracy Claim. The total award of damages as to plaintiff Melissa Fox is $6,200,000.00. The jury awards punitive damages to plaintiffs Kevin and Melissa Fox and against defendants Hayes, Swearengen, Guilfoyle, Wacht and Estate of John Ruettiger.

              Michael W. Dobbins, Clerk of Court

Date: 12/20/2007           _____
                 /s/ Jacquelyn H. Collier, Deputy Clerk

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

KEVIN FOX, et al.                        **JUDGMENT IN A CIVIL CASE**

    v.                                    Case Number: 04 C 7309

WILL COUNTY, et al.

■     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Kevin Fox and against defendants Hayes, Swearengen, Guilfoyle, Wachtl and Estate of John Ruettiger as to the Due Process Claim, False Arrest Claim and Intentional Infliction of Emotion Distress Claim and in favor of plaintiff Kevin Fox and against defendants Hayes and Swearengen as to the Malicious Prosecution Claim. The jury finds in favor of defendants and against plaintiff Kevin Fox as to the False Imprisonment Claim and Conspiracy Claim. The total award of damages to plaintiff Kevin Fox is $9,300,000.00. The jury finds in favor of plaintiff Melissa Fox and against defendants Hayes, Swearengen, Guilfoyle, Wachtl and Estate of John Ruettiger as to Loss of Consortium Claim and in favor of Melissa Fox and against Hayes as to the Intentional Infliction of Emotional Distress Claim. The jury finds in favor of defendants and against plaintiff Melissa Fox as to the Conspiracy Claim. The total award of damages as to plaintiff Melissa Fox is $6,200,000.00. The jury awards punitive damages to plaintiffs Kevin and Melissa Fox and against defendants Hayes, Swearengen, Guilfoyle, Wacht and Estate of John Ruettiger.

                                                  Michael W. Dobbins, Clerk of Court

Date: 12/20/2007                             _____
                                                  /s/ Jacquelyn H. Collier, Deputy Clerk

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

KEVIN FOX, et al.                         **JUDGMENT IN A CIVIL CASE**

      v.                                     Case Number: 04 C 7309

WILL COUNTY, et al.

■     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Kevin Fox and against defendants Hayes, Swearengen, Guilfoyle, Wachtl and Estate of John Ruettiger as to the Due Process Claim, False Arrest Claim and Intentional Infliction of Emotion Distress Claim and in favor of plaintiff Kevin Fox and against defendants Hayes and Swearengen as to the Malicious Prosecution Claim. The jury finds in favor of defendants and against plaintiff Kevin Fox as to the False Imprisonment Claim and Conspiracy Claim. The total award of damages to plaintiff Kevin Fox is $9,300,000.00. The jury finds in favor of plaintiff Melissa Fox and against defendants Hayes, Swearengen, Guilfoyle, Wachtl and Estate of John Ruettiger as to Loss of Consortium Claim and in favor of Melissa Fox and against Hayes as to the Intentional Infliction of Emotional Distress Claim. The jury finds in favor of defendants and against plaintiff Melissa Fox as to the Conspiracy Claim. The total award of damages as to plaintiff Melissa Fox is $6,200,000.00. The jury awards punitive damages to plaintiffs Kevin and Melissa Fox and against defendants Hayes, Swearengen, Guilfoyle, Wacht and Estate of John Ruettiger.

                                               Michael W. Dobbins, Clerk of Court

Date: 12/20/2007                           _____
                                              /s/ Jacquelyn H. Collier, Deputy Clerk