cH

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KEVIN FOX & MELISSA FOX, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 04 C 7309 |
| v. ) | |
| ) | Judge John W. Darrah |
| FORMER WILL COUNTY STATE'S ATTORNEY ) | |
| JEFFREY TOMCZAK, DETECTIVE EDWARD HAYES, ) | Magistrate Judge |
| DETECTIVE MICHAEL GUILFOYLE, ) | Geraldine Soat Brown |
| DETECTIVE SCOTT SWEARENGEN, DETECTIVE ) | |
| JOHN RUETTIGER, DETECTIVE BRAD WACHTL, ) | |
| DETECTIVE DAVID DOBROWSKI, OFFICER ) | |
| JEANETTE BISHOP-GREEN, RICHARD WILLIAMS, ) | |
| MARY JANE PLUTH, WILL COUNTY SHERIFF PAUL ) | |
| KAUPAS and WILL COUNTY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

All claims against Defendants David Dobrowski, Mary Jane Pluth and Richard Williams, are hereby dismissed with prejudice, nunc pro tunc, to December 12, 2007.

Entered: 1-15-08

_____
The Honorable Judge John W. Darrah

223689.doc