## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KEVIN FOX & MELISSA FOX ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 04 C 7309 |
| v. ) | |
| ) | Judge John W. Darrah |
| FORMER WILL COUNTY STATE'S ATTORNEY ) | |
| JEFFREY TOMCZAK, DETECTIVE EDWARD HAYES, ) | Magistrate Judge |
| DETECTIVE MICHAEL GUILFOYLE, ) | Geraldine Soat Brown |
| DETECTIVE SCOTT SWEARENGEN, DETECTIVE ) | |
| JOHN RUETTIGER, DETECTIVE BRAD WACHTL, ) | Jury Trial Demanded |
| DETECTIVE DAVID DOBROWSKI, OFFICER ) | |
| JEANETTE BISHOP-GREEN, RICHARD WILLIAMS, ) | |
| MARY JANE PLUTH, WILL COUNTY SHERIFF ) | |
| PAUL KAUPAS AND WILL COUNTY ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT

I, John P. De Rose, having first been duly sworn, on oath depose and state as follows:

1. I am an attorney, licensed to practice law in the State of Illinois.

2. My practice is concentrated in jury trial litigation, mostly in the Federal District Courts for the Northern District of Illinois.

3. My area of concentration is in civil rights and employment law.

4. I am well acquainted with the work of Attorney Kathleen T. Zellner.

5. Attorney Zellner is highly regarded by me and other members of the trial bar in both Federal and State Courts as one who undertakes difficult and protracted litigation.

6. Because of the widespread press coverage in the above-captioned matter, I am somewhat familiar with the facts of the case.

7. The efforts Ms. Zellner put forth to realize a most satisfactory result for client was indeed exemplary.

8. I have been advised that Ms. Zellner took 39 depositions in the preparation of the

trial of the cause.

9. I am personally aware that members of Ms. Zellner's Law Office conducted interviews of some of my clients in preparation for trial.

10. I believe that Ms. Zellner's extensive preparation was necessary and directly led to the results she achieved in the trial of the cause.

11. I have been advised that Ms. Zellner also researched and drafted three separate Responses to Motions for Summary Judgment in the matter.

12. Such scholarly work is time-consuming and extremely important to any opportunity to achieve the ultimate result in the case.

13. I have been advised that 52 witnesses were called in the widely-followed jury trial of this cause and that Ms. Zellner either examined or cross-examined 29 of those witnesses.

14. I have been further advised that Ms. Zellner presented six expert witnesses on behalf of her clients and cross-examined the Defendant's only expert witness.

15. It is very clear that through her efforts, Ms. Zellner was principally responsible for Plaintiffs' victory.

16. I respectfully submit that the 2616 hours that Ms. Zellner claims she worked on this cause was appropriate and necessary.

17. I further respectfully submit that her claim of a rate of $400 per hour for the services she rendered is appropriate and commensurate with charges by other litigators of our community.

18. If called upon to do so, I am competent to testify to those matters asserted in this Affidavit.

## CERTIFICATION

I, John P. DeRose, pursuant to 28 USC 1746, certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 8th day of May, 2008.

_John P. DeRose_
John P. DeRose

John P. DeRose & Associates
15 Spinning Wheel Road
Suite 428
Hinsdale, IL 60521
(630) 920-1111