IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN FOX & MELISSA FOX,<br>Plaintiffs,<br><br>v.<br><br>FORMER WILL COUNTY STATE'S ATTORNEY<br>JEFFREY TOMCZAK, ET. AL.,<br>Defendants. | No. 04 C 7309<br><br>Judge John W. Darrah<br><br>Magistrate Judge<br>Geraldine Soat Brown |

## AGREED ORDER

This matter having come before the Court on Plaintiffs' Motion for Fees, the Court having ordered the parties to meet and confer and the Court finding that the parties met and conferred with respect to Attorneys' Fees and Related Nontaxable Expenses, reached agreement as to the rates charged, the hours expended and the related nontaxable expenses incurred;

IT IS HEREBY ORDERED THAT:

Plaintiffs are awarded Attorney's Fees and Related Non-Taxable Expenses for all Plaintiff Kevin Fox's 42 U.S.C. §1983 claims through the date of this Order in the amount of $1,500,000.00. Plaintiffs are not entitled to any other award of Attorney's Fees or Related Non-Taxable Expenses incurred and requested, or incurred and which could have been requested, for any time before or including the date of this Order. This award is contingent on Plaintiff Kevin Fox prevailing on the post-trial motions and any

appeal taken in this case related to his 42 U.S.C. §1983 claims and its enforcement is stayed pending further order of this Court.

Enter: June 11, 2008

_____
District Court Judge

255824_1.DOC