MHN

# United States District Court
## Northern District of Illinois
### Eastern Division

Kevin Fox & Melissa Fox  **AMENDED JUDGMENT IN A CIVIL CASE**

v.  Case Number: 04 C 7309

Edward Hayes, et. al.

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated in the Court's 9/25/08 memorandum opinion and order, defendants' Rule 50(b) motion for a new trial or judgment as a matter of law and defendants' Rule 59(a) motion for a rew trial are denied [589, 591]. Defendants' Rule 59(e) motion to alter or amend judgment [583] is granted in part and denied in part. The judgment is amended to strike the punitive damage award against defendant Brad Wachtl in favor of plaintiff Kevin Fox and the punitive damage award against defendant Edward Hayes in favor of Melissa Fox.

Michael W. Dobbins, Clerk of Court

Date: 9/25/2008

/s/ Melanie A. Foster, Deputy Clerk