FILED
OCT 28 2008
Oct 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KEVIN FOX & MELISSA FOX, )
)
Plaintiffs, )
) No. 04 C 7309
v. )
) Judge John W. Darrah
FORMER WILL COUNTY STATE'S ATTORNEY )
JEFFREY TOMCZAK, DETECTIVE EDWARD HAYES, ) Magistrate Judge
DETECTIVE MICHAEL GUILFOYLE, ) Geraldine Soat Brown
DETECTIVE SCOTT SWEARENGEN, DETECTIVE )
JOHN RUETTIGER, DETECTIVE BRAD WACHTL, )
DETECTIVE DAVID DOBROWSKI, OFFICER )
JEANETTE BISHOP-GREEN, RICHARD WILLIAMS, )
MARY JANE PLUTH, WILL COUNTY SHERIFF PAUL )
KAUPAS and WILL COUNTY, )
)
Defendants. )

## NOTICE OF APPEAL

James R. Troupis,
Counsel of Record
WBN 1005341, ISB 146984
Miriam S. Fleming,
WBN 1024667, IBN 6209570
Christopher R. Parker
IBN 6270398
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, #700
P.O. Box 1806
Madison, Wisconsin 53701-1806
Telephone: (608) 257-3501
Facsimile: (608) 283-2275

Attorneys for Defendants-Appellants
Edward Hayes, Michael Guilfoyle,
Scott Swearengen, Brad Wachtl,
and Will County

PAID
RECEIPT # 4624010960
OCT 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Notice is hereby given that Edward Hayes, Michael Guilfoyle, Scott Swearengen, Brad Wachtl, and Will County, by their attorneys, Michael Best & Friedrich LLP, hereby appeal to the United States Court of Appeals for the Seventh Circuit from those parts of the Northern District Court of Illinois' Order, entered in this action on September 29, 2008, denying Defendants' Rule 50(b) Motion for a New Trial or Judgment as a Matter of Law, Rule 59(a) Motion for a New Trial, and Rule 59(e) Motion to Alter or Amend Judgment and from the Northern District Court of Illinois' Judgment, entered in this action on December 28, 2007, as amended and entered on September 29, 2008.

Dated this 28th day of October, 2008.

Respectfully submitted,

*(signature)*

James R. Troupis,
WBN 1005341, ISB 146984
Miriam S. Fleming,
WBN 1024667, IBN 6209570
Christopher R. Parker
IBN 6270398
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, #700
P.O. Box 1806
Madison, Wisconsin 53701-1806
Telephone: (608) 257-3501
Fax: (608) 283-2275

Attorney for the Defendants-Appellants,

## CERTIFICATE OF SERVICE

I, Christopher R. Parker, attorney for Defendants-Appellants, hereby certify that on this 28th day of October, 2008, I served by U.S. Mail two true and correct copies of: Defendants-Appellants' Notice of Appeal on the following:

Kathleen T. Zellner, Esq.
Kathleen T. Zellner & Associates
2215 York Road
Suite 504
Oak Brook, Illinois 60523

_____
Christopher R. Parker