

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 04 C 7309 | DATE | 3/11/2009 |
| CASE TITLE | Kevin and Melissa Fox vs. Will County, et. al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached memorandum opinion and order, plaintiffs are awarded costs in the amount of $82,908.01. Enter Memorandum Opinion and Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|