IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN FOX & MELISSA FOX,<br>   Plaintiffs,<br><br> v.<br><br>FORMER WILL COUNTY STATE'S ATTORNEY<br>JEFFREY TOMCZAK, DETECTIVE EDWARD HAYES,<br>DETECTIVE MICHAEL GUILFOYLE,<br>DETECTIVE SCOTT SWEARENGEN, DETECTIVE<br>JOHN RUETTIGER, DETECTIVE BRAD WACHTL,<br>DETECTIVE DAVID DOBROWSKI, OFFICER<br>JEANETTE BISHOP-GREEN, RICHARD WILLIAMS,<br>MARY JANE PLUTH, WILL COUNTY SHERIFF PAUL<br>KAUPAS and WILL COUNTY,<br>   Defendants. | No. 04 C 7309<br><br>Judge John W. Darrah<br><br>Magistrate Judge<br>Geraldine Soat Brown |

## CERTIFICATE OF SERVICE

  I hereby certify that on August 6, 2009, I electronically filed Defendants-Appellants' Motion to Correct the Record on Appeal, including Exhibits A, C and D attached thereto with the Clerk of the Court by using the CM/ECF system, which will send electronic notification of such filing to the following CM/ECF Participants:

  Kathleen T Zellner, Esq.
  Kathleen T. Zellner & Associates
  2215 York Road
  Suite 504
  Oak Brook, Illinois 60523

  When attempting to file Exhibit B electronically under seal, I was informed by the CM/ECF system that I was not permitted to file documents under seal electronically. Accordingly, a copy of Exhibit B was filed electronically under seal the following day, August 7, 2009, after consultation with a CM/ECF representative. A copy of the motion and exhibits will also be submitted by regular mail to the above individual.


               By: ___/s/ Christopher R. Parker__