IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KEVIN FOX & MELISSA FOX, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FORMER WILL COUNTY STATE'S ATTORNEY )<br>JEFFREY TOMCZAK, et. al., )<br>)<br>Defendants. ) | No. 04 C 7309<br><br>Judge John W. Darrah |

**AGREED ORDER FOR PARTIAL ENFORCEMENT OF JUDGEMENT**

This matter having come before the Court on Plaintiffs' Motion For Order Commanding Will County to Pay Judgment, the Court having ordered the parties to confer and the Court finding that the parties have conferred with respect to the Motion and the parties have reached agreement as to Partial Enforcement of Judgement;

IT IS HEREBY ORDERED THAT:

The parties agree that the following amounts are not contested, thus Judgment is Enforced as to the following amounts:

1) Compensatory damages awarded to Kevin Fox of $2,016,000.00.

2) Compensatory damages awarded to Melissa Fox of $2,750,000.00.

3) Post judgment interest on the compensatory damages award in the amount of $392,669.58.

4) District Court costs in the amount of $82,908.01.

5) Post judgment interest on the District Court Costs in the amount of $3,433.19.

6) Appellate Court Costs in the amount of $233.10.

7) Attorneys fees through June 8, 2008 in the amount of $1,500,000.00.

8) Post judgment interest on attorneys fees through June 8, 2008 in the amount of $99,636.87.

9) Total amount immediately enforceable is: $ 6,844,880.75.

The parties are to brief the remaining issues. Those issues are the Appellate attorney fees plus interest, the criminal defense of Kevin Fox plus interest and the punitive damages plus interest. Plaintiffs' brief is due July 29, 2010. Defendants' response is due August 26, 2010. Plaintiffs' reply brief is due September 9, 2010. A status for ruling will occur on October 14, 2010, at 9:30 a.m.

Dated: July 1, 2010

Enter:

*[signature]*
District Court Judge