IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KEVIN FOX & MELISSA FOX,<br><br>Plaintiff,<br><br>v.<br><br>FORMER WILL COUNTY STATE'S ATTORNEY<br>JEFFREY TOMCZAK, et. al.,<br><br>Defendants. | No. 04 C 7309<br><br>Judge John W. Darrah |
| WILL COUNTY<br>Third Party Plaintiff<br><br>v.<br><br>ESSEX INSURANCE COMPANY, a Delaware corporation, AMERICAN ALTERNATIVE INSURANCE CORPORATION, a Delaware corporation, and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>Third-Party Defendants. | |

**PLAINTIFF/JUDGMENT CREDITOR'S AMENDED MOTION FOR ORDER COMMANDING WILL COUNTY TO PAY JUDGMENT**

Pursuant to Fed. R. Civ. P. 69 (a) and 81(b), Plaintiff/Judgment Creditors, Kevin Fox and Melissa Fox, respectfully move this Court for mandamus relief in the form of an order commanding Defendants to pay Plaintiffs sufficient money to satisfy the outstanding judgment, including all attorneys' fees, costs and interest thereon. In support of this Motion, Plaintiffs state

1

as follows:

*Background*

1. On December 20, 2007, pursuant to a jury verdict, judgment was entered in this matter in favor of Plaintiffs Kevin Fox and Melissa Fox for $15,500,000.00. The total award of damages to Plaintiff Kevin Fox was $ 9,300,000.00. The total award of damages to Melissa Fox was $ 6,200,000.00.

2. After post trial motions and modifications, the defendants appealed.

3. On April 7, 2010, the Seventh Circuit issued its opinion and as a result, Kevin Fox is entitled to the following damages:

   *Compensatory Damages:*   $ 2,016,000.00

   *Punitive Damages:*   $ 3,400,000.00

4. Consistent with the Seventh Circuit's opinion, Melissa Fox is entitled to the following damages:

   *Compensatory Damages:*   $ 2,750,000.00

5. On June 17, 2010 the mandate issued and as a result, Plaintiffs were entitled to immediate payment of those damages and additional sums.

6. On July 1, 2010, the Court entered an Agreed Order as to partial judgment, based on the agreement of the parties, which upon information and belief, was reached after full consultation and approval of Will County's insurance carriers. That Agreed Order directed that the following would be paid:

   Compensatory Damages to Kevin Fox:   $ 2,016,000

   Compensatory Damages to Melissa Fox:   $ 2,750,000

2

|  |  |
|---|---|
| Post Judgment Interest on compensatory damages | $ 392,669.58 |
| District court costs | $ 82,908.01 |
| Post Judgment Interest on the District court costs | $ 3,433.19 |
| Appellate Court Costs | $ 233.10 |
| Attorneys' fees through June 8, 2008 | $ 1,500,000 |
| Post Judgment Interest on Attorneys Fees through June 8, 2008 | $ 99,636.87 |

7. The total amount to be paid pursuant to the Agreed Order is $ 6,844,880.75.

8. At all relevant times, Will County was and is insured by St. Paul Fire and Marine Insurance Company ("St. Paul"), American Alternative Insurance Corporation (AAIC) and Essex Insurance Corporation ("Essex").

9. Pursuant to the Agreed Order, AAIC has paid $ 5,492,539.55. This amount paid reflects:

|  |  |
|---|---|
| Compensatory Damages to Kevin Fox: | $ 2,016,000.00 |
| Compensatory Damages to Melissa Fox: | $ 2,750,000.00 |
| Post Judgment Interest on compensatory damages | $ 392,669.58 |
| Portion of Attorneys' fees through June 8, 2008 | $ 234,000.00 |
| Post Judgment Interest on Attorneys Fees through June 8, 2008 | $ 99,636.87 |
| Appellate Court Costs | $ 233.10 |

10. It is believed that St. Paul was the insurer responsible for the primary underlying coverage. St. Paul has taken the position that it has paid the full amount of its policy limits.

11. It is believed that AAIC was the insurer responsible for the first level of excess liability coverage. AAIC tendered the $ 5,492,539.55 referenced above.

12. AAIC has taken the position that with that payment it has paid the full amount of its policy limits.

13. Essex has refused to pay any amounts under its policy with Will County.

14. Pursuant to the Agreed Order, Plaintiffs are still owed $ 1,352,341.20. This amount reflects the following:

    Portion of Attorneys' fees through June 8, 2008      $ 1,266,000.00

    District court costs                                 $     82,908.01

    Post Judgment Interest on the District court costs   $      3,433.19

11. Thus, pursuant to the Agreed Order, Plaintiffs should be paid $ 1,352,341.20 immediately.

12. It is believed that St. Paul may agree to pay the District court costs ($82,908.01) And the Post Judgment Interest on the District court costs ($3,433.19) to avoid future litigation.

13. If that payment is made by St. Paul, the remaining amount due pursuant to the Agreed Order is $ 1,266,000.00. Plaintiffs believe that Essex, as a second level excess liability insurer, is responsible for that and additional payments.

14. However, if Essex refuses to pay that amount Plaintiffs believe the amount should be paid by Will county under a reservation of rights.

15. Plaintiffs sought Post Trial/ Appellate Attorneys fees in the amount of $ 529,199.63. After that request, undersigned counsel and counsel for Will county negotiated and the parties are close to reaching an agreement on the fees.

16. After the Agreed Order is satisfied and the above agreements and expectations are fulfilled, the following amount remain outstanding:

| | |
|---|---|
| Criminal Defense of Kevin Fox | $ 329,716.82 |
| Interest on Criminal Defense of Kevin Fox (through August 26, 2010) | $ 29,135.78 |
| Punitive Damages | $ 3,400,000.00 |
| Interest on Punitive Damages (through August 26, 2010) | $ 300,444.64 |

17. Plaintiffs have filed a Motion for an Order to Pay and a Memorandum in Support of that motion.

18. As to the attorneys fees for the criminal defense of Kevin Fox, Defendant has suggested that it those fees were included in the Agreed Order dated June 8, 2008. Plaintiffs will respond to that argument in their reply after Defendant has filed its response to Plaintiffs' memorandum.

19. As to the punitive damages issue, Plaintiffs have submitted their memorandum and await defendants' reply. Plaintiffs would like to add that while they agree a municipality is not normally responsible for a the satisfaction of a punitive damage award, insurers can be liable for such awards.

20. As submitted previously, Plaintiffs seek payment by the insurers of the punitive damage award based upon the conflict of interest that permeated the trial, as well as the insurers' bad faith refusal to settle.

21. As to the latter bad faith issue, as set forth earlier, defendants were given the opportunity to settle for well below the policy limits during trial prior to the closing arguments. However, that was not the defendants' only opportunity to avoid resolving this case long ago for a substantially smaller dollar amount.

22. On March 4, 2008, after the verdict (which exceeded the policy limits), undersigned counsel and counsel for AAIC met for a Seventh Circuit mediation conference. At that conference, counsel for AAIC represented that he was fully authorized to speak for Essex. Plaintiffs' counsel at that time agreed to accept an amount well within the policy limits. Counsel for AAIC and Essex declined.

23. That refusal to settle on March 4, 2008 constituted continued bad faith.

*Interest*

24. Plaintiffs have calculated the interest on the criminal defense of Kevin Fox and Punitive Damages as they did on the other amounts that have been ordered or agreed to. The calculations are made using an interest rate of 3.2 % (the weekly average 1-year constant maturity Treasury Yield for calendar week preceding the judgment).

*Total*

25. Thus, Plaintiffs ask that this court command that Defendants pay the following:

| | |
|---|---|
| Portion of Attorneys' fees through June 8, 2008 | $ 1,266,000.00 |
| District court costs (Unless St. Paul has paid that amount) | $ 82,908.01 |
| Post Judgment Interest on the District court costs (Unless St. Paul has paid that amount) | $ 3,433.19 |
| Post Trial/ Appellate Attorneys fees (Unless agreement has been reached) | $ 529,199.63 |
| Criminal Defense | $ 329,716.82 |
| Interest on Criminal Defense: | $ 29,135.78 |
| Punitive Damages | $ 3,400,000.00 |
| Interest on Punitive Damages (through August 26, 2010) | $ 300,444.64 |

Respectfully Submitted,

_____
Kathleen T. Zellner

Law Offices Of Kathleen T. Zellner, P.C.
Drake Oakbrook Plaza
2215 York, Suite 504
Oakbrook, Illinois 60523
(630) 955-1212