## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN FOX & MELISSA FOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  04 C 7309 |
| v. | ) | |
| | ) | Judge John W. Darrah |
| WILL COUNTY, et al | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER FOR ATTORNEYS' FEES

This matter having come before the Court on Plaintiffs' Motion for Fees, the Court

having ordered the parties to meet and confer and the Court finding that the parties met and

conferred with respect to Attorneys' Fees, reached agreement as to the rates charged and the

hours expended;

IT IS HEREBY ORDERED THAT:

Plaintiffs are awarded Attorneys' Fees and Related Non-Taxable Expenses for Kevin

Fox's Attorneys' Fees in the amount of $507,824.60.  Additionally, this Court finds that

Plaintiffs have reserved the right to seek collection of fees related to the Intervenors (AAIC and

Essex) in the amount of $19,937.50.  These fees cover the time period from June 8, 2008 through

April 7, 2010.

Enter

_____
District Court Judge            9-2-10

1