# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KEVIN FOX & MELISSA FOX,<br>Plaintiffs, ,<br><br>v.<br><br>FORMER WILL COUNTY STATE'S ATTORNEY<br>JEFFREY TOMCZAK, *et al.*<br>Defendants.<br><br>WILL COUNTY,<br>Third-Party Plaintiff,<br><br>v.<br><br>ESSEX INSURANCE COMPANY, *et al.*,<br>Third-Party Defendants. | Case No. 04-C-7309<br><br>Hon. John W. Darrah |

## RESPONSE OF ESSEX INSURANCE COMPANY TO CITATION TO DISCOVER ASSETS TO A THIRD PARTY

Citation Respondent Essex Insurance Company hereby attaches its Response to the Citation to Discover Assets to a Third Party.

Date: September 27, 2010                                         ESSEX INSURANCE COMPANY

                                                                                By: *[signature]*

Amy R. Paulus
Clausen Miller, P.C.
10 South LaSalle Street
Chicago, IL 60603
(312) 606-7848
Attorney for Third-Party Defendant and Respondent Essex Insurance Company

1324780.1

(Rev. 10/26/01) CCG 0644 B

## ANSWER

Essex Insurance Company _____, certify under penalty of perjury that with regard to the
Citation Respondent
property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A) Savings Account (Amount withheld) $ _____
B) Checking and/or Now Account (Amount withheld) $ _____
C) Certificate of Deposit (Amount held) $ _____
D) Money Market Account (Amount held) $ _____
E) Trust Account (Amount held) $ _____
F) Safety Deposit Box $ _____
**(G)** No Accounts _____
H) Adverse Claimant: Name _____ Address _____
I) Wages, Salary or Commissions _____
J) Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation

Sub Total  -0-

Less right of offset for other loans
Less deduction for fees limited by
205 ILCS 5/48.1

Total  -0-

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

_____
Agent for Citation Respondent

Scott Panek _____ on oath state.

I am over 21 years of age and not a party to this case. I served the citation to discover assets as follows:
on Essex Insurance Company _____ by leaving a copy with the third party defendant on September 14, 2010,
at the hour of _____ .m. at 100 W. Randolph Street, c/o Ill. Dept of Insurance, Cook County, Illinois
On the third party defendant Essex Insurance Company _____ by mailing a copy on September 14, 2010,
by certified mail addressed to agent of the third party defendant, return receipt requested.

(attached green card receipt
of service here)

**Signed and sworn by party making service

9/14/10

## ADDITIONAL INFORMATION

Essex Insurance Company issued Excess Liability Policy No. XO-NJ-1822-03 to County of Will, IL, for the policy period of December 1, 2003 to December 1, 2004, with policy limits of $5,000,000 each occurrence and in the aggregate, excess of underlying insurance. Upon information and belief, Plaintiffs are in possession of a copy of the Essex Policy.

1324524.1