28-9676-00-9

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN FOX & MELISSA FOX,<br>           Plaintiffs,<br><br>v.<br><br>WILL COUNTY, ET AL.,<br>           Defendants,<br>v.<br><br>ST. PAUL FIRE AND MARINE, ET AL.<br>           Third Party Defendants. | No. 04 C 7309<br><br>Judge John W. Darrah |

## NOTICE OF FILING

To:    All Counsel of Record (See attached Service List)

PLEASE TAKE NOTICE that on the 27th day of September, 2010, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Response of Essex Insurance Company to Citation to Discover Assets, a copy of which is attached hereto and herewith served upon you.

                                                                                      AMY R. PAULUS
                                                                                      CLAUSEN MILLER P.C.

AMY R. PAULUS
CLAUSEN MILLER P.C.
Firm I.D. No. 90181
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
Attorney for Third-Party Defendant and Respondent Essex Insurance Company

1324779.1

STATE OF ILLINOIS   )
                                  ) SS
COUNTY OF COOK    )

### AFFIDAVIT OF SERVICE

Isabelle Robinette, after being duly sworn, deposes and says that she served this Notice of Filing, together with a copy of the documents therein referred, by e-mailing and/or mailing a copy to the attorneys to whom this notice is directed, at their respective addresses by depositing the same in the U.S. mail at 10 South LaSalle Street, Chicago, Illinois at 5:00 P.M. on the 27th day of September, 2010, with proper postage prepaid.

_____

Subscribed and sworn to before me

this 27th day of September, 2010.

_____
Notary Public

OFFICIAL SEAL
**DONNA M. SCHMIT**
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 07/31/2013

*Kevin Fox & Melissa Fox v. Will County, et al., and*
*Will County v. Essex Insurance Company, et al.*

Case No.: 04 C 7309

## SERVICE LIST

Counsel for Will County:
Mr. Kevin Clancy
Lowis & Gellen
200 West Adams Street, # 1900
Chicago, IL 60606

Counsel for Will County:
Mr. James Glasgow
Mr. Kenneth A. Grey
Will County State's Attorney's Office
121 N. Chicago St.
Joliet, IL 60432

Counsel for Fox:
Ms. Kathleen T. Zellner
Kathleen T. Zellner & Associates
2215 York Road, Suite # 504
Oakbrook, IL 60523

Counsel for American Alternative:
Mr. Robert J. Bates, Jr.
Bates & Carey, LLP
191 N. Wacker Dr., # 2400
Chicago, IL 60606

Counsel for St. Paul Fire & Marine:
Mr. Roderick T. Dunne
Karbal, Cohen, Economou, Silk & Dunne
200 S. Michigan Ave., 20th Flr.
Chicago, IL 60604

1324802.1