```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                        EASTERN DIVISION

 3
       KEVIN FOX and MELISSA FOX,        )
 4                                       )
                      Plaintiffs,        )
 5                                       )
                                         )
 6     -vs-                              )  Case No. 04 C 7309
                                         )
 7                                       )  Chicago, Illinois
       DETECTIVE EDWARD HAYES,           )  August 26, 2010
 8     DETECTIVE MICHAEL GUILFOYLE,      )  9:00 o'clock a.m.
       DETECTIVE SCOTT SWEARENGEN,       )
 9     DETECTIVE JOHN RUETTIGER,         )
       DETECTIVE BRAD WACHTL,            )
10     DETECTIVE DAVID DOBROWSKI,        )
       RICHARD WILLIAMS, MARY JANE       )
11     PLUTH, WILL COUNTY SHERIFF        )
       PAUL KAUPAS and WILL COUNTY,      )
12                                       )
                      Defendants.        )
13

14                  TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE JOHN W. DARRAH
15
       APPEARANCES:
16
       For the Plaintiffs:      KATHLEEN T. ZELLNER & ASSOCIATES
17                              BY:  MS. KATHLEEN T. ZELLNER
                                     MS. ANNE E. NOLTE
18                                   MR. DOUGLAS HENRY JOHNSON
                                Drake Oak Brook Plaza
19                              2215 York Road
                                Suite 504
20                              Oak Brook, Illinois 60523

21     For the Defendants:      LOWIS & GELLEN
                                BY:  MR. KEVIN J. CLANCY
22                              200 West Adams Street
                                Suite 1900
23                              Chicago, Illinois 60606

24

25
```

1    APPEARANCES: (Continued)

2    Court Reporter:

3                    Mary M. Hacker
                  Official Court Reporter
4               United States District Court
           219 South Dearborn Street, Suite 1212
5                  Chicago, Illinois 60604
                  Telephone: (312) 435-5564

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1            THE CLERK:  04 C 7309, Fox versus Will County.
 2            MS. KATHLEEN ZELLNER:  Good morning, your Honor.
 3   Kathleen Zellner on behalf of the plaintiffs, Kevin and
 4   Melissa Fox.
 5            THE COURT:  Good morning, Ms. Zellner.
 6            MR. JOHNSON:  Good morning, your Honor.  Doug
 7   Johnson, also on behalf of the plaintiffs.
 8            THE COURT:  Good morning, Mr. Johnson.
 9            MS. NOLTE:  Good morning, your Honor.  Anne Nolte,
10   also on behalf of the plaintiffs.
11            THE COURT:  Good morning, Counsel.  You're allowed
12   to speak for yourself now, I noticed.
13            MS. NOLTE:  Yes, your Honor.
14        (Laughter.)
15            MR. CLANCY:  Good morning, your Honor.  Kevin
16   Clancy for Will County.
17            THE COURT:  Good morning, Mr. Clancy.
18            This is plaintiffs' amended motion for order of --
19   commanding Will County to pay the judgment.  There's a
20   briefing schedule in place, is there not?
21            MS. KATHLEEN ZELLNER:  There is, your Honor.  We
22   wanted to -- we have actually reached agreements on more of
23   the fees, so we wanted to update your Honor on that.
24            We also are trying to impose some responsibility on
25   these insurance companies.  I don't know if you want to
```

1  comment on what's happening.
2         THE COURT: What's the status of that, Mr. Clancy?
3         MR. CLANCY: The status of that is that the county,
4  through the State's Attorneys, has filed their third party
5  complaint, but there is a pending -- the third level of
6  insurance carrier, excess carrier, has filed a declaratory
7  action in Cook County. I believe the county is going to
8  remove that to Will County, and then --
9         THE COURT: Say that again, please. Somebody has
10 filed an action in Cook County?
11        MR. CLANCY: In Cook County, right, the insurance
12 company.
13        THE COURT: A dec action, which is the opposite
14 side of the Will County action?
15        MR. CLANCY: Right.
16        And I believe that Will County intends to remove
17 that to Will County and seek its dismissal based on the
18 pendency of this action, but that will take some time to play
19 out.
20        But as of right now there's no -- nobody from the
21 insurance company is stepping up to pay these fees.
22        THE COURT: You say that -- do you think the
23 insurance companies might -- that the action filed in Cook by
24 the insurance companies might be removed to Will County.
25 Isn't the Will County action pending here?

1           MR. CLANCY:  The Will County third party complaint
2    is --
3           THE COURT:  -- or action is pending here.
4           MR. CLANCY:  Right.
5           THE COURT:  So you're talking about removing the
6    Cook County action here rather than the Will County action?
7           MR. CLANCY:  Well, I think what they want to do is,
8    they want to dismiss the state court action altogether.  But
9    I think that procedurally, my understanding is that it needs
10   to go from Cook County to Will County and be dismissed there.
11          THE COURT:  I see.
12          If it's not dismissed, it would seem that the
13   logical thing would be to join it with the third party action
14   here.
15          MR. CLANCY:  Right.
16          MS. KATHLEEN ZELLNER:  So, your Honor, if -- we do
17   have an agreement with the county on the appellate fees, and
18   that wasn't part of the agreed order previously.  If we could
19   enter an agreed order on that amount today, then that would
20   be in place.  And then it leaves us with the punitives,
21   criminal defense fees, which we think we will reach an
22   agreement on.  So then that will just leave the punitives and
23   the dispute with the insurance companies.
24          So if we could enter that order --
25          THE COURT:  Counsel, what's your position on that?

1  MR. CLANCY:  Yes, we reached an agreement on the
2  appellate fees.
3  THE COURT:  Very well.  If you want to submit that
4  order, I will enter it.
5  MS. KATHLEEN ZELLNER:  Thank you.
6  THE COURT:  Good to see you all.
7  MR. CLANCY:  Thank you, Judge.
8  (Which were all the proceedings heard.)
9  CERTIFICATE
10  I certify that the foregoing is a correct transcript
11  from the record of proceedings in the above-entitled matter.
12
13  /s/ *Mary M. Hacker*                    *August 30, 2010*
14  _____        _____
    Mary M. Hacker                     Date
15  Official Court Reporter
16
17
18
19
20
21
22
23
24
25