IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KEVIN FOX & MELISSA FOX,<br><br>    Plaintiff,<br><br>v.<br><br>FORMER WILL COUNTY STATE'S ATTORNEY<br>JEFFREY TOMCZAK, et. al.,<br><br>    Defendants. | No. 04 C 7309<br><br>Judge John W. Darrah |

## ASSIGNMENT

I, Michael Guilfoyle, and for good and valuable consideration of the COVENANT NOT TO EXECUTE AWARD OF PUNITIVE DAMAGES AWARD AGAINST PERSONAL ASSETS set forth in Section II below, the receipt of which is hereby acknowledged, do hereby assign and set over to KEVIN FOX and MELISSA FOX, their heirs, assigns, and attorneys, any and all assignable rights, titles, or interests in all applicable insurance policies, and any rights, titles or interests in any and all assignable rights to sue, choses in action, or causes of action against St. Paul Fire and Marine Insurance Company, Policy Number GP06301134, Essex Insurance Company, Policy Number XO-NJ-1822-03 and American Alternative Insurance Company, Policy Number 60A2UB000044900, all applicable insurance policies and insurance entities and individuals, their officers, representatives, employee, agents, successors, heirs and assigns, including, but not limited to the common law negligence, common law wilful and wanton misconduct, common law fraud, contract actions, statutory actions or other actions flowing therefrom.

I, Michael Guilfoyle, further understand and agree that in order to prosecute said causes of action, it may be necessary to obtain discovery from St. Paul Fire and Marine Insurance Company, Policy Number GPO6301134, Essex Insurance Company, Policy Number XO-NJ-

1



PLAINTIFF'S EXHIBIT A

1822-03 and American Alternative Insurance Company, Policy Number 60A2UB000044900, all applicable insurance policies and insurance entities and individuals, their officers, representatives, employees, agents, successors, heirs, assigns, and insurance appointed attorneys, including, but not limited to documentation or computer notation (i.e. - hard disk, backup disks, e-mail, voice mail) of:

(1) all liability / damage and exposure evaluations;

(2) all steps or documents relating to advice to or communication with Michael Guilfoyle regarding: (including related procedure or operations manuals reflecting same):

    (I) the need to protect his own interests;

    (ii) of potential conflicts of interest between the insurer (s) and insured;

    (iii) the liability, damage or exposure evaluations;

    (iv) the impact of an award for punitive damages;

    (v) the insured's right to personal counsel;

    (vi) the various offers by plaintiffs to settle within policy limits;

(3) all setting of reserves;

(4) all documents spelling out or discussing in any fashion procedures in the event of a verdict for punitive damages.

I, Michael Guilfoyle, further understand and agree that to the extent that I am entitled to recover damages over and above that recoverable by KEVIN FOX and MELISSA FOX, the claims of KEVIN FOX AND MELISSA FOX shall take priority over any remaining claim or nonassignable cause of action which I may still possess. In this regard, I agree that KEVIN FOX and MELISSA FOX shall control all aspects of the litigation arising out of this assignment, and may settle the aforesaid causes of action against St. Paul Fire and Marine Insurance Company, Policy Number GPO6301134, Essex Insurance Company, Policy Number XO-NJ-1822.03 and American Alternative Insurance Company, Policy Number 60A2UB000044900, all applicable insurance policies and insurance entities and individuals, their officers, representatives, employee, agents, successors, heirs and assigns without regard to any remaining claim or nonassignable cause of action which I may still possess, so long as such settlement include a

satisfaction of the existing judgments in *Fox, et al. v. Hayes, et al.*, 04 C 7309, or a release of Michael Guilfoyle.

I, Michael Guilfoyle, further understand and agree that in order to prosecute such causes of action, my cooperation will be necessary and I will cooperate in good faith.

I, Michael Guilfoyle, further understand and agree that the consideration I received for this Assignment, the COVENANT NOT TO EXECUTE AWARD OF PUNITIVE DAMAGES AWARD AGAINST PERSONAL ASSETS (Section II), may - at the option of KEVIN FOX and MELISSA FOX - become void and unenforceable should I fail to cooperate in good faith.

This ASSIGNMENT and the COVENANT NOT TO EXECUTE AWARD OF PUNITIVE DAMAGES AWARD AGAINST PERSONAL ASSETS shall become void and unenforceable should the underlying judgment in *Fox, et al. v. Hayes, et al.*, 04 C 7309 be reversed and remanded on appeal.

I, Michael Guilfoyle, THE UNDERSIGNED, HAVE READ THIS ASSIGNMENT, AND I FULLY UNDERSTAND AND AGREE WITH ITS CONTENT.

_____
Michael Guilfoyle

Subscribed and Sworn
to Before me this 12th
day of March, 2008.

_____
Notary Public

```
OFFICIAL SEAL
CAROL M CANTONE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/10/11
```

3

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KEVIN FOX & MELISSA FOX, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 04 C 7309 ) |
| FORMER WILL COUNTY STATE'S ATTORNEY JEFFREY TOMCZAK, et. al., | ) Judge John W. Darrah ) ) |
| Defendants. | ) ) |

## ASSIGNMENT

I, Scott Swearengen, and for good and valuable consideration of the COVENANT NOT TO EXECUTE AWARD OF PUNITIVE DAMAGES AWARD AGAINST PERSONAL ASSETS set forth in Section II below, the receipt of which is hereby acknowledged, do hereby assign and set over to KEVIN FOX and MELISSA FOX, their heirs, assigns, and attorneys, any and all assignable rights, titles, or interests in all applicable insurance policies, and any rights, titles or interests in any and all assignable rights to sue, choses in action, or causes of action against St. Paul Fire and Marine Insurance Company, Policy Number GP06301134, Essex Insurance Company, Policy Number XO-NJ-1822-03 and American Alternative Insurance Company, Policy Number 60A2UB000044900, all applicable insurance policies and insurance entities and individuals, their officers, representatives, employee, agents, successors, heirs and assigns, including, but not limited to the common law negligence, common law wilful and wanton misconduct, common law fraud, contract actions, statutory actions or other actions flowing therefrom.

I, Scott Swearengen, further understand and agree that in order to prosecute said causes of action, it may be necessary to obtain discovery from St. Paul Fire and Marine Insurance Company, Policy Number GPO6301134, Essex Insurance Company, Policy Number XO-NJ-

1

1822-03 and American Alternative Insurance Company, Policy Number 60A2UB000044900, all applicable insurance policies and insurance entities and individuals, their officers, representatives, employees, agents, successors, heirs, assigns, and insurance appointed attorneys, including, but not limited to documentation or computer notation (i.e. - hard disk, backup disks, e-mail, voice mail) of:

(1) all liability / damage and exposure evaluations;

(2) all steps or documents relating to advice to or communication with Scott Swearengen regarding: (including related procedure or operations manuals reflecting same):

   (I) the need to protect his own interests;

   (ii) of potential conflicts of interest between the insurer (s) and insured;

   (iii) the liability, damage or exposure evaluations;

   (iv) the impact of an award for punitive damages;

   (v) the insured's right to personal counsel;

   (vi) the various offers by plaintiffs to settle within policy limits;

(3) all setting of reserves;

(4) all documents spelling out or discussing in any fashion procedures in the event of a verdict for punitive damages.

I, Scott Swearengen, further understand and agree that to the extent that I am entitled to recover damages over and above that recoverable by KEVIN FOX and MELISSA FOX, the claims of KEVIN FOX AND MELISSA FOX shall take priority over any remaining claim or nonassignable cause of action which I may still possess. In this regard, I agree that KEVIN FOX and MELISSA FOX shall control all aspects of the litigation arising out of this assignment, and may settle the aforesaid causes of action against St. Paul Fire and Marine Insurance Company, Policy Number GPO6301134, Essex Insurance Company, Policy Number XO-NJ-1822.03 and American Alternative Insurance Company, Policy Number 60A2UB000044900, all applicable insurance policies and insurance entities and individuals, their officers, representatives, employee, agents, successors, heirs and assigns without regard to any remaining claim or nonassignable cause of action which I may still possess, so long as such settlement include a

satisfaction of the existing judgments in *Fox, et al. v. Hayes, et al., 04 C 7309*, or a release of Scott Swearengen.

I, Scott Swearengen, further understand and agree that in order to prosecute such causes of action, my cooperation will be necessary and I will cooperate in good faith.

I, Scott Swearengen, further understand and agree that the consideration I received for this Assignment, the COVENANT NOT TO EXECUTE AWARD OF PUNITIVE DAMAGES AWARD AGAINST PERSONAL ASSETS (Section II), may - at the option of KEVIN FOX and MELISSA FOX - become void and unenforceable should I fail to cooperate in good faith.

This ASSIGNMENT and the COVENANT NOT TO EXECUTE AWARD OF PUNITIVE DAMAGES AWARD AGAINST PERSONAL ASSETS shall become void and unenforceable should the underlying judgment in *Fox, et al. v. Hayes, et al., 04 C 7309* be reversed and remanded on appeal.

I, Scott Swearengen, THE UNDERSIGNED, HAVE READ THIS ASSIGNMENT, AND I FULLY UNDERSTAND AND AGREE WITH ITS CONTENT.

_____
Scott Swearengen

Subscribed and Sworn
to Before me this 12th
day of March, 2008.

_____
Notary Public

> OFFICIAL SEAL
> CAROL M CANTONE
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:03/10/11

3

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KEVIN FOX & MELISSA FOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 04 C 7309 |
| v. ) | |
| ) | Judge John W. Darrah |
| FORMER WILL COUNTY STATE'S ATTORNEY ) | |
| JEFFREY TOMCZAK, et. al., ) | |
| ) | |
| Defendants. ) | |

## ASSIGNMENT

I, Edward Hayes, and for good and valuable consideration of the COVENANT NOT TO EXECUTE AWARD OF PUNITIVE DAMAGES AWARD AGAINST PERSONAL ASSETS set forth in Section II below, the receipt of which is hereby acknowledged, do hereby assign and set over to KEVIN FOX and MELISSA FOX, their heirs, assigns, and attorneys, any and all assignable rights, titles, or interests in all applicable insurance policies, and any rights, titles or interests in any and all assignable rights to sue, choses in action, or causes of action against St. Paul Fire and Marine Insurance Company, Policy Number GP06301134, Essex Insurance Company, Policy Number XO-NJ-1822-03 and American Alternative Insurance Company, Policy Number 60A2UB000044900, all applicable insurance policies and insurance entities and individuals, their officers, representatives, employee, agents, successors, heirs and assigns, including, but not limited to the common law negligence, common law wilful and wanton misconduct, common law fraud, contract actions, statutory actions or other actions flowing therefrom.

I, Edward Hayes, further understand and agree that in order to prosecute said causes of action, it may be necessary to obtain discovery from St. Paul Fire and Marine Insurance Company, Policy Number GPO6301134, Essex Insurance Company, Policy Number XO-NJ-

1

1822-03 and American Alternative Insurance Company, Policy Number 60A2UB000044900, all applicable insurance policies and insurance entities and individuals, their officers, representatives, employees, agents, successors, heirs, assigns, and insurance appointed attorneys, including, but not limited to documentation or computer notation (i.e. - hard disk, backup disks, e-mail, voice mail) of:

(1) all liability / damage and exposure evaluations;

(2) all steps or documents relating to advice to or communication with Edward Hayes regarding: (including related procedure or operations manuals reflecting same):

    (I) the need to protect his own interests;

    (ii) of potential conflicts of interest between the insurer (s) and insured;

    (iii) the liability, damage or exposure evaluations;

    (iv) the impact of an award for punitive damages;

    (v) the insured's right to personal counsel;

    (vi) the various offers by plaintiffs to settle within policy limits;

(3) all setting of reserves;

(4) all documents spelling out or discussing in any fashion procedures in the event of a verdict for punitive damages.

I, Edward Hayes, further understand and agree that to the extent that I am entitled to recover damages over and above that recoverable by KEVIN FOX and MELISSA FOX, the claims of KEVIN FOX AND MELISSA FOX shall take priority over any remaining claim or nonassignable cause of action which I may still possess. In this regard, I agree that KEVIN FOX and MELISSA FOX shall control all aspects of the litigation arising out of this assignment, and may settle the aforesaid causes of action against St. Paul Fire and Marine Insurance Company, Policy Number GPO6301134, Essex Insurance Company, Policy Number XO-NJ-1822.03 and American Alternative Insurance Company, Policy Number 60A2UB000044900, all applicable insurance policies and insurance entities and individuals, their officers, representatives, employee, agents, successors, heirs and assigns without regard to any remaining claim or nonassignable cause of action which I may still possess, so long as such settlement include a

satisfaction of the existing judgments in *Fox, et al. v. Hayes, et al.*, 04 C 7309, or a release of Edward Hayes.

I, Edward Hayes, further understand and agree that in order to prosecute such causes of action, my cooperation will be necessary and I will cooperate in good faith.

I, Edward Hayes, further understand and agree that the consideration I received for this Assignment, the COVENANT NOT TO EXECUTE AWARD OF PUNITIVE DAMAGES AWARD AGAINST PERSONAL ASSETS (Section II), may - at the option of KEVIN FOX and MELISSA FOX - become void and unenforceable should I fail to cooperate in good faith.

This ASSIGNMENT and the COVENANT NOT TO EXECUTE AWARD OF PUNITIVE DAMAGES AWARD AGAINST PERSONAL ASSETS shall become void and unenforceable should the underlying judgment in *Fox, et al. v. Hayes, et al.*, 04 C 7309 be reversed and remanded on appeal.

I, EDWARD HAYES, THE UNDERSIGNED, HAVE READ THIS ASSIGNMENT, AND I FULLY UNDERSTAND AND AGREE WITH ITS CONTENT.

*Edward Hayes* (signature)
Edward Hayes

Subscribed and Sworn
to Before me this 12
day of March, 2008.

*Carol M. Cantone* (signature)
Notary Public

OFFICIAL SEAL
CAROL M CANTONE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/10/11

1