

# ST PAUL TRAVELERS

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY
Ste 120, MC 9246
629 N Galena Ave
Dixon, IL 61021
Telephone: (815) 288-3025
Fax: (815) 288-3078

November 8, 2005

OFFICER OF THE SHERIFF OF WILL COUNTY
14 WEST JEFFERSON STREET
JOLIET, IL 60432
ATTN: DETECTIVE JOHN RUETTIGER

RE:   Tracking No.:   WJ11855
      Claimant:   Kevin Fox
      Insured:   County Of Will
      Claim No.:   GP06301134 12A004
      Date of Loss:   October 27, 2004

Dear Mr. RUETTIGER:

May this letter serve to acknowledge receipt of the Fourth Amended Complaint in the matter of Kevin Fox et. al against you. The complaint in this matter asks that punitive damages be awarded. As a matter of public policy and under the insurance policy, policy number GP06301134 effective dates of 12/1/03 to 12/1/04, punitive damages are not covered.

St. Paul Fire & Marine Insurance Company specifically denies coverage, to the extent allowed by the applicable State law, for punitive damages under the above-mentioned insurance coverage.

Sincerely,

ST. PAUL FIRE AND MARINE INSURANCE COMPANY
Eric L. Brown
Sr Technical Spec, Liability
Telephone: (815) 288-3025
Fax: (815) 288-3078

FC37079 10/96



PLAINTIFF'S EXHIBIT 13



ST. PAUL FIRE AND MARINE
INSURANCE COMPANY
Ste 120, MC 9246
629 N Galena Ave
Dixon, IL 61021
Telephone: (815) 288-3025
Fax: (815) 288-3078

November 8, 2005

OFFICER OF THE SHERIFF OF WILL COUNTY
14 WEST JEFFERSON STREET
JOLIET, IL 60432
ATTN: DETECTIVE BRAD WACHTL

RE:     Tracking No.:     WJ11855
        Claimant:        Kevin Fox
        Insured:         County Of Will
        Claim No.:      GP06301134 12A004
        Date of Loss:   October 27, 2004

Dear Mr. Wachtl:

May this letter serve to acknowledge receipt of the Fourth Amended Complaint in the matter of Kevin Fox et. al against you. The complaint in this matter asks that punitive damages be awarded. As a matter of public policy and under the insurance policy, policy number GP06301134 effective dates of 12/1/03 to 12/1/04, punitive damages are not covered.

St. Paul Fire & Marine Insurance Company specifically denies coverage, to the extent allowed by the applicable State law, for punitive damages under the above-mentioned insurance coverage.

Sincerely,

ST. PAUL FIRE AND MARINE INSURANCE COMPANY
Eric L. Brown
Sr Technical Spec, Liability
Telephone: (815) 288-3025
Fax: (815) 288-3078

FC37079 10/96

 

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY
Ste 120, MC 9246
629 N Galena Ave
Dixon, IL 61021
Telephone: (815) 288-3025
Fax: (815) 288-3078

November 8, 2005

OFFICER OF THE SHERIFF OF WILL COUNTY
14 WEST JEFFERSON STREET
JOLIET, IL 60432
ATTN: DETECTIVE DAVID DOBROWSKI

RE: Tracking No.: WJ11855
Claimant: Kevin Fox
Insured: County Of Will
Claim No.: GP06301134 12A004
Date of Loss: October 27, 2004

Dear Mr. Dobrowski:

May this letter serve to acknowledge receipt of the Fourth Amended Complaint in the matter of Kevin Fox et. al against you. The complaint in this matter asks that punitive damages be awarded. As a matter of public policy and under the insurance policy, policy number GP06301134 effective dates of 12/1/03 to 12/1/04, punitive damages are not covered.

St. Paul Fire & Marine Insurance Company specifically denies coverage, to the extent allowed by the applicable State law, for punitive damages under the above-mentioned insurance coverage.

Sincerely,

ST. PAUL FIRE AND MARINE INSURANCE COMPANY
Eric L. Brown
Sr Technical Spec, Liability
Telephone: (815) 288-3025
Fax: (815) 288-3078

FC37079 10/96

  

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY
Ste 120, MC 9246
629 N Galena Ave
Dixon, IL 61021
Telephone: (815) 288-3025
Fax: (815) 288-3078

November 8, 2005

OFFICER JANETTE BISHOP-GREEN
95 SOUTH CHICAGO STREET
JOLIET, IL 60436
ATTN: OFFICER JANETTE BISHOP-GREEN

RE:    Tracking No.:    WJ11855
        Claimant:    Kevin Fox
        Insured:    County Of Will
        Claim No.:    GP06301134 12A004
        Date of Loss:    October 27, 2004

Dear Ms. Bishop-Green:

May this letter serve to acknowledge receipt of the Fourth Amended Complaint in the matter of Kevin Fox et. al against you. The complaint in this matter asks that punitive damages be awarded. As a matter of public policy and under the insurance policy, policy number GP06301134 effective dates of 12/1/03 to 12/1/04, punitive damages are not covered.

St. Paul Fire & Marine Insurance Company specifically denies coverage, to the extent allowed by the applicable State law, for punitive damages under the above-mentioned insurance coverage.

Sincerely,

ST. PAUL FIRE AND MARINE INSURANCE COMPANY
Eric L. Brown
Sr Technical Spec, Liability
Telephone: (815) 288-3025
Fax: (815) 288-3078

FC37079 10/96



**ST PAUL TRAVELERS**



ST. PAUL FIRE AND MARINE
INSURANCE COMPANY
Ste 120, MC 9246
629 N Galena Ave
Dixon, IL 61021
Telephone: (815) 288-3025
Fax: (815) 288-3078

November 8, 2005

OFFICER OF THE SHERIFF OF WILL COUNTY
14 WEST JEFFERSON STREET
JOLIET, IL 60432
ATTN: SERGEANT EDWARD HAYS

RE:  Tracking No.:   WJ11855
     Claimant:       Kevin Fox
     Insured:        County Of Will
     Claim No.:      GP06301134 12A004
     Date of Loss:   October 27, 2004

Dear Mr. Hays:

May this letter serve to acknowledge receipt of the Fourth Amended Complaint in the matter of Kevin Fox et. al against you. The complaint in this matter asks that punitive damages be awarded. As a matter of public policy and under the insurance policy, policy number GP06301134 effective dates of 12/1/03 to 12/1/04, punitive damages are not covered.

St. Paul Fire & Marine Insurance Company specifically denies coverage, to the extent allowed by the applicable State law, for punitive damages under the above-mentioned insurance coverage.

Sincerely,

ST. PAUL FIRE AND MARINE INSURANCE COMPANY
Eric L. Brown
Sr Technical Spec, Liability
Telephone: (815) 288-3025
Fax: (815) 288-3078

FC37079 10/96





**ST PAUL TRAVELERS**

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY
Ste 120, MC 9246
629 N Galena Ave
Dixon, IL 61021
Telephone: (815) 288-3025
Fax: (815) 288-3078

November 8, 2005

OFFICER OF THE SHERIFF OF WILL COUNTY
14 WEST JEFFERSON STREET
JOLIET, IL 60432
ATTN: DETECTIVE MICHAEL GUILFOYLE

RE:   Tracking No.:   WJ11855
      Claimant:       Kevin Fox
      Insured:        County Of Will
      Claim No.:     GP06301134 12A004
      Date of Loss:  October 27, 2004

Dear Mr. Guilfoyle:

May this letter serve to acknowledge receipt of the Fourth Amended Complaint in the matter of Kevin Fox et. al against you. The complaint in this matter asks that punitive damages be awarded. As a matter of public policy and under the insurance policy, policy number GP06301134 effective dates of 12/1/03 to 12/1/04, punitive damages are not covered.

St. Paul Fire & Marine Insurance Company specifically denies coverage, to the extent allowed by the applicable State law, for punitive damages under the above-mentioned insurance coverage.

Sincerely,

ST. PAUL FIRE AND MARINE INSURANCE COMPANY
Eric L. Brown
Sr Technical Spec, Liability
Telephone: (815) 288-3025
Fax: (815) 288-3078

JC37079 10/96


**ST PAUL TRAVELERS**

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY
Ste 120, MC 9246
629 N Galena Ave
Dixon, IL 61021
Telephone: (815) 288-3025
Fax: (815) 288-3078

November 8, 2005

OFFICER OF THE SHERIFF OF WILL COUNTY
14 WEST JEFFERSON STREET
JOLIET, IL 60432
ATTN: DETECTIVE SCOTT SWEARENGEN

RE:  Tracking No.: WJ11855
     Claimant: Kevin Fox
     Insured: County Of Will
     Claim No.: GP06301134 12A004
     Date of Loss: October 27, 2004

Dear Mr. Swearengen:

May this letter serve to acknowledge receipt of the Fourth Amended Complaint in the matter of Kevin Fox et. al against you. The complaint in this matter asks that punitive damages be awarded. As a matter of public policy and under the insurance policy, policy number GP06301134 effective dates of 12/1/03 to 12/1/04, punitive damages are not covered.

St. Paul Fire & Marine Insurance Company specifically denies coverage, to the extent allowed by the applicable State law, for punitive damages under the above-mentioned insurance coverage.

Sincerely,

ST. PAUL FIRE AND MARINE INSURANCE COMPANY
Eric L. Brown
Sr Technical Spec, Liability
Telephone: (815) 288-3025
Fax: (815) 288-3078

FC27079 10/95


**ST PAUL TRAVELERS**



ST. PAUL FIRE AND MARINE
INSURANCE COMPANY
Ste 120, MC 9246
629 N Galena Ave
Dixon, IL 61021
Telephone: (815) 288-3025
Fax: (815) 288-3078

November 8, 2005

OFFICER OF THE SHERIFF OF WILL COUNTY
14 WEST JEFFERSON STREET
JOLIET, IL 60432
ATTN: DETECTIVE JOHN RUETTIGER

RE:     Tracking No.:     WJ11855
        Claimant:        Kevin Fox
        Insured:         County Of Will
        Claim No.:       GP06301134 12A004
        Date of Loss:    October 27, 2004

Dear Mr. RUETTIGER:

May this letter serve to acknowledge receipt of the Fourth Amended Complaint in the matter of Kevin Fox et. al against you. The complaint in this matter asks that punitive damages be awarded. As a matter of public policy and under the insurance policy, policy number GP06301134 effective dates of 12/1/03 to 12/1/04, punitive damages are not covered.

St. Paul Fire & Marine Insurance Company specifically denies coverage, to the extent allowed by the applicable State law, for punitive damages under the above-mentioned insurance coverage.

Sincerely,

ST. PAUL FIRE AND MARINE INSURANCE COMPANY
Eric L. Brown
Sr Technical Spec, Liability
Telephone: (815) 288-3025
Fax: (815) 288-3078

FC37079 10/96



ST. PAUL FIRE AND MARINE
INSURANCE COMPANY
Ste 120, MC 9246
629 N Galena Ave
Dixon, IL 61021
Telephone: (815) 288-3025
Fax: (815) 288-3078

November 8, 2005

OFFICER OF THE SHERIFF OF WILL COUNTY
14 WEST JEFFERSON STREET
JOLIET, IL 60432
ATTN: DETECTIVE BRAD WACHTL

RE:    Tracking No.:    WJ11855
        Claimant:    Kevin Fox
        Insured:    County Of Will
        Claim No.:    GP06301134 12A004
        Date of Loss:    October 27, 2004

Dear Mr. Wachtl:

May this letter serve to acknowledge receipt of the Fourth Amended Complaint in the matter of Kevin Fox et. al against you. The complaint in this matter asks that punitive damages be awarded. As a matter of public policy and under the insurance policy, policy number GP06301134 effective dates of 12/1/03 to 12/1/04, punitive damages are not covered.

St. Paul Fire & Marine Insurance Company specifically denies coverage, to the extent allowed by the applicable State law, for punitive damages under the above-mentioned insurance coverage.

Sincerely,

ST. PAUL FIRE AND MARINE INSURANCE COMPANY
Eric L. Brown
Sr Technical Spec, Liability
Telephone: (815) 288-3025
Fax: (815) 288-3078

FC37079 10/96


**ST PAUL TRAVELERS**

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY
Ste 120, MC 9246
629 N Galena Ave
Dixon, IL 61021
Telephone: (815) 288-3025
Fax: (815) 288-3078

November 8, 2005

OFFICER OF THE SHERIFF OF WILL COUNTY
14 WEST JEFFERSON STREET
JOLIET, IL 60432
ATTN: DETECTIVE DAVID DOBROWSKI

RE:  Tracking No.:   WJ11855
     Claimant:       Kevin Fox
     Insured:        County Of Will
     Claim No.:      GP06301134 12A004
     Date of Loss:   October 27, 2004

Dear Mr. Dobrowski:

May this letter serve to acknowledge receipt of the Fourth Amended Complaint in the matter of Kevin Fox et. al against you. The complaint in this matter asks that punitive damages be awarded. As a matter of public policy and under the insurance policy, policy number GP06301134 effective dates of 12/1/03 to 12/1/04, punitive damages are not covered.

St. Paul Fire & Marine Insurance Company specifically denies coverage, to the extent allowed by the applicable State law, for punitive damages under the above-mentioned insurance coverage.

Sincerely,

ST. PAUL FIRE AND MARINE INSURANCE COMPANY
Eric L. Brown
Sr Technical Spec, Liability
Telephone: (815) 288-3025
Fax: (815) 288-3078

FC37079 10/96



# ST PAUL TRAVELERS

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY
Ste 120, MC 9246
629 N Galena Ave
Dixon, IL 61021
Telephone: (815) 288-3025
Fax: (815) 288-3078

November 8, 2005

OFFICER JANETTE BISHOP-GREEN
95 SOUTH CHICAGO STREET
JOLIET, IL 60436
ATTN: OFFICER JANETTE BISHOP-GREEN

RE:    Tracking No.:   WJ11855
      Claimant:       Kevin Fox
      Insured:        County Of Will
      Claim No.:     GP06301134 12A004
      Date of Loss:   October 27, 2004

Dear Ms. Bishop-Green:

May this letter serve to acknowledge receipt of the Fourth Amended Complaint in the matter of Kevin Fox et. al against you. The complaint in this matter asks that punitive damages be awarded. As a matter of public policy and under the insurance policy, policy number GP06301134 effective dates of 12/1/03 to 12/1/04, punitive damages are not covered.

St. Paul Fire & Marine Insurance Company specifically denies coverage, to the extent allowed by the applicable State law, for punitive damages under the above-mentioned insurance coverage.

Sincerely,

ST. PAUL FIRE AND MARINE INSURANCE COMPANY
Eric L. Brown
Sr Technical Spec, Liability
Telephone: (815) 288-3025
Fax: (815) 288-3078

SC37079 10/96



**ST PAUL TRAVELERS**

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY
Ste 120, MC 9246
629 N Galena Ave
Dixon, IL 61021
Telephone: (815) 288-3025
Fax: (815) 288-3078

November 8, 2005

CHILDREN'S ADVOCACY CENTER
57 W. JEFFERSON
JOLIET, IL 60432
ATTN: MARY JANE PLUTH

RE:     Tracking No.:    WJ11855
       Claimant:       Kevin Fox
       Insured:        County Of Will
       Claim No.:      GP06301134 12A004
       Date of Loss:    October 27, 2004

Dear Ms. Pluth:

May this letter serve to acknowledge receipt of the Fourth Amended Complaint in the matter of Kevin Fox et. al against you. The complaint in this matter asks that punitive damages be awarded. As a matter of public policy and under the insurance policy, policy number GP06301134 effective dates of 12/1/03 to 12/1/04, punitive damages are not covered.

St. Paul Fire & Marine Insurance Company specifically denies coverage, to the extent allowed by the applicable State law, for punitive damages under the above-mentioned insurance coverage.

Sincerely,

ST. PAUL FIRE AND MARINE INSURANCE COMPANY
Eric L. Brown
Sr Technical Spec, Liability
Telephone: (815) 288-3025
Fax: (815) 288-3078

FC37079 10/96