
**ST PAUL TRAVELERS**

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY
Ste 120, MC 9246
629 N Galena Ave
Dixon, IL 61021
Telephone: (815) 288-3025
Fax: (815) 288-3078

January 25, 2006

Attorney John E. Panelow
820 West Jackson Blvd., Suite 300
Chicago, IL 60607

RE: Tracking Number: WJ11855
    Claimant: Kevin Fox
    Insured: County Of Will
    Claim No.: GP06301134 12A004
    Date of Loss: October 27, 2004
    RE: Kevin Fox et. al. v. Former Will County State's Attorney Jeffrey Tomczak et. al. 04 C 7309

Dear Attorney Panelow:

May this letter serve to acknowledge receipt of the 4th Amended complaint in the matter of Kevin Fox et. al. v. Former Will County State's Attorney Jeffrey Tomczak. We will agree to provide a defense to The Former Will County State's Attorney Jeffrey Tomczak, but will do so under a strict reservation of St. Paul Fire & Marine's rights.

The complaint alleges that between June 6, 2004 and November 2, 2004, the defendants, including Tomczak, deliberately fabricated false statements and obstructed justice, thereby causing the false arrest, the false imprisonment, prosecution, and defamation of the plaintiff. The causes of action asserted against Tomczak include Violation of the Constitutional Right to Due Process, False Arrest Malicious Prosecution Intentional Infliction of Emotional Distress, False Imprisonment, Defamation, Loss of Consortium, Conspiracy, Indemnification and Respondeat Superior. Pursuant to the allegations of the complaint, suit is brought against Tomczak in his individual capacity. The complaint also alleges that each of the named Defendants acted within the scope of his employment.

We investigated potential coverage under the policy issued to the County of Will, policy number GP06301134 effective dates 12/1/03 to 12/1/04. Specifically we looked at the following policy coverages, Public Entity General Liability Policy, Public Entity Management Liability Policy and the Law Enforcement Liability Policy.

The Public Entity General Liability Policy, policy form G0209 edition date 10/02 states in relevant part:
**What This Agreement Covers**

FC37081 7/02

**PLAINTIFF'S EXHIBIT**
C

**Bodily injury and property damage liability.**
We'll pay amounts any protected person is legally required to pay as damages for covered bodily injury or property damage that:
- happens while this agreement is in effect; and
- is caused by an event.

*Bodily injury*
means any physical harm, including sickness or disease, to the physical health of other persons.

*Event* means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**Personal injury liability.**
We'll pay amounts any protected person is legally required to pay as damages for covered personal injury that:
- results from your operations; and
- is caused by a personal injury offense committed while this agreement is in effect.

*Personal injury* means injury, other than bodily injury or advertising injury, that's caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:
- False arrest, detention, or imprisonment.
- Malicious prosecution.
- Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that a person occupies, if such entry or eviction is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies, if such invasion is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.

The policy provides that St. Paul will pay for bodily injury caused by an "event" which is defined, in pertinent part, as an accident. In alleging intentional infliction of emotional distress, the complaint does not allege that Tomczak's actions were accidental but rather, that they were intentional and malicious. Accordingly, we believe that there is no coverage for intentional infliction of emotional distress as there is no allegation of an "event" as required by the policy. Further, coverage would also be precluded by the "expected or intended" exclusion. This exclusion states:

**Expected or intended bodily injury or property damage.**
We won't cover bodily injury or property damage that's expected or intended by the protected person. Nor will we cover medical expenses that result from such bodily injury. But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the use of reasonable force to protect persons or property.

2

Additionally the following exclusions apply to exclude coverage:

**Deliberately breaking the law.**
We won't cover personal injury or advertising injury that results from:
- the protected person knowingly breaking any criminal law; or
- any person or organization breaking any criminal law with the consent or knowledge of the protected person.

**False material.**
We won't cover personal injury or advertising injury that results from false material that:
- was made known by or for the protected person; and
- the protected person knew was false when it was made known.

The Public Entity Management Liability Policy policy form 47279 edition date 01/01 states in relevant part:

**What This Agreement Covers**
**Public entity management liability.**
We'll pay amounts any protected person is legally required to pay as damages for covered loss that:
- results from the conduct of duties by or for a public entity;
- is caused by a wrongful act committed on or after the retroactive date and before the ending date of this agreement; and
- results in a claim first made or brought while this agreement is in effect, or during the limited reporting period or the extended reporting period, if either one applies.

The following exclusion applies to exclude coverage for this matter:

**Injury or damage.** We won't cover loss resulting from injury or damage.
*Injury or damage* means:
- bodily injury, personal injury, or advertising injury; or
- property damage.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons. We'll consider any of the following that happens at any time to be part of such physical harm, sickness, or disease, if it results in or from such physical harm, sickness, or disease:
- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

*Property damage* means:
- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged.

*Personal injury* means injury, other than bodily injury or advertising injury, that's caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

3

- False arrest, detention, or imprisonment.
- Malicious prosecution.
- Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that a person occupies, if such entry or eviction is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies, if such invasion is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.

Therefore there is no coverage for this complaint under the Public Entity Management Liability Policy.

The Law Enforcement Liability Policy, policy form 47292 edition date 10/02 states in relevant part:

**What This Agreement Covers**
**Law enforcement liability.**
We'll pay amounts any protected person is legally required to pay as damages for covered injury or damage that:
- results from law enforcement activities or operations by or for you;
- happens while this agreement is in effect; and
- is caused by a wrongful act that is committed while conducting law enforcement activities or operations.

*Law enforcement activities or operations*
means any of the official activities or operations of your police department, sheriff agency, or other public safety organization which enforces the law and protects persons or property.

Tomzack's activities as the States Attorney do not meet the definition of "Law enforcement activities or operations."

To the extent that Tomzack's activities as States Attorney could be construed to meet the definition of "Law enforcement activities or operations" he would then not qualify for coverage under the Public Entity General Liability Policy based on the following exclusion:

**Law enforcement activities or operations.**
We won't cover injury or damage or medical expenses that result from law enforcement activities or operations.

Additionally to the extent that Tomzack's activities as States Attorney could be construed to meet the definition of "Law enforcement activities or operations" there is no coverage to the extent that Tomczak was acting in an individual capacity.

4

Finally to the extent that Tomzack's activities as States Attorney could be construed to meet the definition of "Law enforcement activities or operations" the following exclusion would apply to exclude coverage:

**Criminal, dishonest, fraudulent, or malicious acts.**
We won't cover injury or damage that results from any criminal, dishonest, fraudulent, or malicious act or omission committed:
- by the protected person; or
- with the consent or knowledge of the protected person. However, we won't apply this exclusion to our duty to defend that protected person until it has been determined through legal processes that such act or omission was committed:
- by the protected person; or
- with the consent or knowledge of the protected person.

Nor will we apply this exclusion to personal injury caused by malicious prosecution.

St. Paul Fire & Marine will therefore defend the above captioned lawsuit on behalf of Former Will County State's Attorney Jeffrey Tomczak but will do so under a strict reservation of the company's rights.

Since the fourth amended complaint involves allegations that may or may not be covered under the policy, representation by an attorney retained by us could be viewed as a conflict of interest. As a result, Jeffery Tomczak may select an attorney of their own choosing. If Jeffery Tomczak selects its own attorney, St. Paul Fire & Marine would agree to pay the reasonable and necessary costs of the defense provided. If you wish that Jeffery Tomczak be represented by counsel of its choice rather than by counsel of St. Paul Fire & Marine's choice, please notify us of that fact in writing within the next fourteen (14) days and provide us with the name and address of its chosen attorney.

This letter does not, nor is it intended to, waive any of the rights St. Paul Fire & Marine may have under the terms of the insurance policy or at law. This letter is not intended to be an exhaustive statement of all exclusions and/or conditions which may be applicable. All rights which St. Paul Fire & Marine may have under the terms of your insurance policy and at law are specifically reserved. We expressly do not waive our right to deny coverage for any other valid reason.

The position of St. Paul Fire & Marine on this matter is based upon our assessment of the information presently available to us. If you have any further information that you feel would be relevant to our coverage determination, please forward that information to us for our consideration.

Sincerely,

ST. PAUL FIRE AND MARINE INSURANCE COMPANY
Eric L. Brown
Sr Technical Spec, Liability
Telephone: (815) 288-3025
Fax: (815) 288-3078
ELBROWN@STPAULTRAVELERS.COM