# LOWIS & GELLEN LLP

ATTORNEYS AT LAW

iter's Direct Dial:
2) 628-7194
Mail Address:
jbalanza@lowis-gellen.com

Suite 1900
200 West Adams Street
Chicago, Illinois 60606
Tel: 312.364.2600
Fax: 312.364.1003

www.lowis-gellen.com

October 13, 2006

VIA U.S. MAIL
Sergeant Edward Hayes
Office of the Sheriff of Will County
14 West Jefferson Street
Joliet, IL 60432

ATTORNEY-CLIENT
PRIVELEGED
COMMUNICATION

Re: *Fox v. Tomczak*

Dear Sergeant Hayes:

The purpose of this letter is to once again inform you that neither Will County's insurer nor Will County will indemnify you if punitive damages are awarded against you in the above-captioned litigation. This means that if a jury awards either Kevin or Melissa Fox or both punitive damages, you alone are responsible to pay those damages.

As Jerry Haberkorn explained at the very first meeting we had with you and your co-defendants at the State's Attorney's Office, you are solely responsible for punitive damages. You also received a letter from St. Paul informing you of this fact.

We want to advise you that you could retain an attorney of your own choosing and at your own expense if you are concerned about an award of punitive damages in this case.

As always, if you have any questions, please do not hesitate to contact Jerry Haberkorn, Julie Wulf or me with any questions you may have.

Very truly yours,

LOWIS & GELLEN, LLP

Joan M. Kubalanza

JMK:ab
cc: Mr. Gregory L. DeBord
Ms. Mary M. Tatroe
Mr. Gerald Haberkorn
Ms. Julie Z. Wulf
165290_1.DOC

**PLAINTIFF'S EXHIBIT F**

Chicago • Deerfield • Jacksonville • Joliet • Naperville • Orlando • London

# LOWIS & GELLEN LLP

ATTORNEYS AT LAW

Suite 1900
200 West Adams Street
Chicago, Illinois 60606
Tel: 312.364.2500
Fax: 312.364.1003

www.lowis-gellen.com

Writer's Direct Dial:
(312) 628-7194
E-Mail Address:
jkubalanza@lowis-gellen.com

October 13, 2006

VIA U.S. MAIL
Detective Scott Swearengen
Office of the Sheriff of Will County
14 West Jefferson Street
Joliet, IL 60432

ATTORNEY-CLIENT
PRIVELEGED
COMMUNICATION

Re: *Fox v. Tomczak*

Dear Detective Swearengen:

The purpose of this letter is to once again inform you that neither Will County's insurer nor Will County will indemnify you if punitive damages are awarded against you in the above-captioned litigation. This means that if a jury awards either Kevin or Melissa Fox or both punitive damages, you alone are responsible to pay those damages.

As Jerry Haberkorn explained at the very first meeting we had with you and your co-defendants at the State's Attorney's Office, you are solely responsible for punitive damages. You also received a letter from St. Paul informing you of this fact.

We want to advise you that you could retain an attorney of your own choosing and at your own expense if you are concerned about an award of punitive damages in this case.

As always, if you have any questions, please do not hesitate to contact Jerry Haberkorn, Julie Wulf or me with any questions you may have.

Very truly yours,

LOWIS & GELLEN, LLP

Joan M. Kubalanza

JMK:ab
cc: Mr. Gregory L. DeBord
    Ms. Mary M. Tatroe
    Mr. Gerald Haberkorn
    Ms. Julie Z. Wulf
174077_1.DOC

# LOWIS & GELLEN LLP

ATTORNEYS AT LAW

Suite 1900
200 West Adams Street
Chicago, Illinois 60606
Tel: 312.364.2500
Fax: 312.364.1003

Writer's Direct Dial:
(312) 628-7194
E-Mail Address:
jkubalanza@lowis-gellen.com

www.lowis-gellen.com

October 13, 2006

VIA U.S. MAIL
Deputy Michael Guilfoyle
Office of the Sheriff of Will County
14 West Jefferson Street
Joliet, IL 60432

**ATTORNEY-CLIENT
PRIVELEGED
COMMUNICATION**

Re: *Fox v. Tomczak*

Dear Deputy Guilfoyle:

The purpose of this letter is to once again inform you that neither Will County's insurer nor Will County will indemnify you if punitive damages are awarded against you in the above-captioned litigation. This means that if a jury awards either Kevin or Melissa Fox or both punitive damages, you alone are responsible to pay those damages.

As Jerry Haberkorn explained at the very first meeting we had with you and your co-defendants at the State's Attorney's Office, you are solely responsible for punitive damages. You also received a letter from St. Paul informing you of this fact.

We want to advise you that you could retain an attorney of your own choosing and at your own expense if you are concerned about an award of punitive damages in this case.

As always, if you have any questions, please do not hesitate to contact Jerry Haberkorn, Julie Wulf or me with any questions you may have.

Very truly yours,

LOWIS & GELLEN, LLP

Joan M. Kubalanza

JMK:ab
cc: Mr. Gregory L. DeBord
    Ms. Mary M. Tatroe
    Mr. Gerald Haberkorn
    Ms. Julie Z. Wulf
174075_1.DOC

# LOWIS & GELLEN LLP

ATTORNEYS AT LAW

Suite 1900
200 West Adams Street
Chicago, Illinois 60606
Tel: 312.364.2500
Fax: 312.364.1003

www.lowis-gellen.com

Writer's Direct Dial:
(312) 628-7194
E-Mail Address:
jkubalanza@lowis-gellen.com

October 13, 2006

VIA U.S. MAIL
Deputy Brad Wachtl
Office of the Sheriff of Will County
14 West Jefferson Street
Joliet, IL 60432

ATTORNEY-CLIENT
PRIVELEGED
COMMUNICATION

Re: *Fox v. Tomczak*

Dear Deputy Wachtl:

The purpose of this letter is to once again inform you that neither Will County's insurer nor Will County will indemnify you if punitive damages are awarded against you in the above-captioned litigation. This means that if a jury awards either Kevin or Melissa Fox or both punitive damages, you alone are responsible to pay those damages.

As Jerry Haberkorn explained at the very first meeting we had with you and your co-defendants at the State's Attorney's Office, you are solely responsible for punitive damages. You also received a letter from St. Paul informing you of this fact.

We want to advise you that you could retain an attorney of your own choosing and at your own expense if you are concerned about an award of punitive damages in this case.

As always, if you have any questions, please do not hesitate to contact Jerry Haberkorn, Julie Wulf or me with any questions you may have.

Very truly yours,

LOWIS & GELLEN, LLP

Joan M. Kubalanza

JMK:ab
cc: Mr. Gregory L. DeBord
Ms. Mary M. Tatroe
Mr. Gerald Haberkorn
Ms. Julie Z. Wulf
174080_1.DOC