This policy protects against a variety of losses. There are also some restrictions. We've written this policy in plain, easy-to-understand English. We encourage you to read it carefully to determine what is and what is not covered, as well as the rights and duties of those protected.

Policy Number: 06301134

ST PAUL
MAIL CODE 104F
385 WASHINGTON STREET
ST. PAUL MN 55102-1118

In return for your premium, we'll provide the protection stated in this policy.

We, us, our, and ours mean **St. Paul Fire and Marine Insurance Company**. We're a capital stock company located in St. Paul, Minnesota.

The words you, your, and yours mean the insured named here, which is a

COUNTY
COUNTY OF WILL
302 NORTH CHICAGO STREET
JOLIET IL 60432

Your policy is composed of General Rules, an explanation of What To Do If You Have A Loss, one or more Coverage Summaries, and one or more Insuring Agreements explaining your coverage. It may also include one or more endorsements. Endorsements are documents that change your policy. The Policy Forms List shows all the forms included when this policy begins.

One of our authorized representatives will also countersign the policy.

This policy will begin on 12/01/03 and will continue until 12/01/04

Your former policy number is automatically replaced: GP06301134

Your premium for the policy period shown is: $465,078.00

However, please refer to the Premiums section of the General Rules to see how final premiums are determined.

**Document Check**

Document Type: (circle one) (Policy) - Endorsement - Audit Quote Proposal Binder

Checked Against: (circle one) (Proposal) - Change Request Policy Submission Quote - Proposal

Checked By: [signature]
Title: VP - SCM
Date Checked: 2/19/04
Date Delivered: _____

Second Review Required for Proposals and Binders Prior to Delivery

Checked By: _____
Title: _____
Date Checked: _____

Our authorized representative is:
1207286
WILLIS OF ILLINOIS INC
10 S LASALLE ST STE 3000
CHICAGO IL 60603

Authorized Representative          Date

Jay S. Fishman, President

[signature], Secretary

**PLAINTIFF'S EXHIBIT** I, part 1

WCD 04383

Processing Date 12/18/03  11:51  001

40800 Ed. 5-87 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1984 All Rights Reserved

Introduction

Page 1

CONFIDENTIAL

the St.Paul

Policy Review Stamp
Date Policy Received: 2-16-04
Date Policy Reviewed:
Policy Reviewed By:
Policy Correct? Y/N
Date Changes Requested:
Date Policy Delivered to Client:

©St.Paul Fire and Marine Insurance Co.1984 All Rights Reserved
WCD 04384
[!] CONFIDENTIAL

Here's a list of all forms included in your
policy, on the date shown below. These forms
are listed in the same order as they appear in
your policy.

| Title | Form Number | Edition Date |
|---|---|---|
| Disclosure Notice Terrorism Risk Insurance Act Of 2002 | D0100 | 03-03 |
| Disclosure Notice Terrorism Risk Insurance Act Of 2002 Rejection Of Our Offer Of Coverage | D0101 | 11-02 |
| Introduction - St. Paul Fire And Marine Insurance Company | 40800 | 05-87 |
| Policy Form List | 40705 | 05-84 |
| PSS Total Self-Insured Retention Endorsement | 40502 | 01-80 |
| PSS Multiple Self-Insured Retention Endorsement | 47661 | 01-96 |
| General Rules | 40701 | 08-03 |
| Illinois Required Endorsement | 40519 | 09-03 |
| Public Entity General Liability Protection Commercial General Liability Protection Reference Endorsement | D0020 | 10-97 |
| Commercial Auto Required Endorsement Illinois | 44041 | 05-03 |
| PSS Recovering Damages From A Third Party Self-Insured Retention Endorsement | 47659 | 01-95 |
| What To Do If You Have A Loss | 40814 | 08-03 |
| PSS What To Do If You Have A Loss Self-Insured Retention Endorsment For Liability Coverages | 47652 | 01-95 |
| Public Entity General Liability Protection Coverage Summary | G0208 | 10-97 |
| Public Entity General Liability Protection | G0209 | 10-02 |
| Terrorism Risk Insurance Act Of 2002 Certified Acts Of Terrorism Exclusion Endorsement | G0522 | 11-02 |
| PSS Illinois Public Sector Contract Liability Indemnitee Defense Coverage Endorsement | G0275 | 10-97 |
| PSS Described Activities, Locations, Or Operations Exclusion Endorsement | G0248 | 10-98 |
| PSS Sewer Back-Up Pollution Exclusion Endorsement | G0310 | 10-97 |
| Medical Expenses Exclusion Endorsement | G0167 | 06-96 |
| Mold, Other Fungi, Or Bacteria Exclusion Endorsement | G0492 | 04-02 |
| Patient Injury Exclusion Endorsement | 43375 | 07-85 |
| PSS General Liability Self-Insured Retention Endorsement Coverages | 47650 | 10-97 |
| Employee Benefit Plans Administration Liability Protection -Claims-Made Coverage Summary | 43532 | 01-96 |
| Employee Benefit Plans Administration Liability Protection -Claims-Made | 43475 | 01-96 |
| Employment-Related Practices Exclusion Endorsement - Employee Benefit Plans Administration Liability | L0436 | 09-01 |
| PSS Employee Benefit Program Administration Liability Self-Insured Retention Endorsement | 47654 | 01-95 |
| Public Entity Employment Practices Liability Protection - Claims-Made Coverage Summary | L0397 | 01-01 |
| Public Entity Employment Practices Liability Protection - Claims-Made | L0394 | 01-01 |
| Self-Insured Retention Endorsement - Public Entity Employment Practices Liability | OL108 | 11-02 |
| Law Enforcement Liability Protection Coverage Summary | 47335 | 10-02 |

| Name of Insured | Policy Number GP06301134 | Effective Date 12/01/03 |
|---|---|---|
| COUNTY OF WILL | Processing Date 02/05/04 16:11 002 | |

40705 Ed.5-84 Printed in U.S.A.       Form List
©St.Paul Fire and Marine Insurance Co.1995

CONFIDENTIAL


| Description | Code | Date |
|---|---|---|
| Law Enforcement Liability Protection | 47292 | 10-02 |
|   Terrorism Risk Insurance Act Of 2002 Certified Acts Of Terrorism Exclusion Endt. - Law Enforcement Liability | L0486 | 11-02 |
|   PSS Law Enforcement Liability Self-Insured Retention Endorsement | 47656 | 01-95 |
|   Mold, Other Fungi, Or Bacteria Exclusion Endorsement - Law Enforcement Liability | L0473 | 08-02 |
| Public Entity Management Liability Protection - Claims-Made Coverage Summary | 47336 | 01-01 |
| Public Entity Management Liability Protection - Claims-Made | 47279 | 01-01 |
|   Terrorism Risk Insurance Act Of 2002 Certified Acts Of Terrorism Excl. Endt. - Public Entity Management Liability | L0485 | 11-02 |
|   PSS Public Entity Management Liability Self-Insured Retention Endorsement | 47657 | 01-95 |
| Auto Coverage Summary | 44460 | 04-91 |
| Auto Coverage Summary - Continued | 44462 | 04-91 |
| Auto Schedule | 44463 | 04-91 |
| Composite Rated Premium Adjustment Summary | GL088 | 05-95 |
| Auto Liability Protection | 44449 | 12-93 |
|   PSS Auto Liability Self-Insured Retention Endorsement | 44533 | 01-95 |
|   PSS Public Entity Auto Liability Endorsement | A0130 | 10-98 |
|   Autos Rented By Employees Endorsement | A0173 | 12-99 |
|   Property In Your Care Endorsement - Public Transportation Autos | 44149 | 01-95 |
| Uninsured And Underinsured Motorists Protection - Illinois | 44025 | 06-03 |
|   Uninsured and Underinsured Motorists Protection - Illinois Self-Insured Retention Endorsement | 40502 | 01-80 |
| Auto Medical Payments Protection | 44472 | 09-99 |
|   Auto Medical Payments Self-Insured Retention Endorsement | 40502 | 01-80 |
| Auto Physical Damage Protection | 44455 | 07-96 |
|   PSS Public Entity Auto Physical Damage Endorsement | A0131 | 10-98 |
|   PSS Catastrophe Loss Deductible Endorsement | A0014 | 08-95 |
| Government Crime Protection Coverage Summary | C0025 | 03-00 |
| Crime Protection Coverage Summary - Continued | C0053 | 03-00 |
| Government Crime Protection - Discovery Form | C0022 | 07-01 |
|   Faithful Performance Of Duty Coverage Endorsement - Government Employees | C0042 | 03-00 |

PUBLIC SECTOR SERVICES                                                                     The St Paul

# TOTAL SELF-INSURED RETENTION ENDORSEMENT

This endorsement changes your policy.

## How Coverage Is Changed

The following self-insured retention is added. This total self-insured retention limits the total amount you'll be responsible for within the self-insured retentions for:

- Public Entity General Liability Protection;
- Employee Benefit Plans Administration Liability Protection;
- Public Entity Management Liability Protection;
- Law Enforcement Liability Protection;
- Auto Liability Protection;
- Uninsured and Underinsured Motorist Protection- Illinois
- Auto Medical Payments Protection

This change broadens coverage.

## Total Self-Insured Retention

$1,300,000.

**Total Self-Insured Retention.** The total self-insured retention shown above and the information contained in this section fix the most that you'll be responsible for within all self insured retentions for Public Entity General Liability Protection, Employee Benefit Plans Administration Liability Protection, Public Entity Management Liability Protection, Law Enforcement Liability Protection, Auto Liability Protection, Uninsured and Underinsured Motorist Protection- Illinois, and Auto Medical Payments Protection, regardless of how often any or all of them apply during:
- the policy period shown in the Introduction, when the policy period is one year or less; or
- each consecutive year, and the remainder if any, of the policy period shown in the Introduction, when the policy period is longer than one year.

**How the Total Self-Insured Retention applies to an extension of the policy period.** If the original policy period shown in the Introduction is extended for any reason, each extension will increase the total self-insured retention by a pro rata amount. We'll determine the pro rata amount by multiplying the total self-insured retention for the original policy period by a fraction. We'll determine the fraction by dividing the extension's length of time by the original policy period's length of time. For example:

*The policy period is for one year. The total self-insured retention for the one-year policy period is $250,000. During the year, a three month extension is requested. We agree. The policy period becomes 15 months and the total retention is increased by an additional $62,500 for the three month extension. As a result, the amount of the total self-insured retention for the entire 15-month policy period is $312,500.*

$$\$250,000 \times \frac{3 \text{ months}}{12 \text{ months}} = \$62,500$$

$$\$62,500 + \$250,000 = \$312,500$$

## Other Terms

All other terms of your policy remain the same.

---

| Name of Insured | Policy Number GP06301134 | Effective Date 12/01/03 |
|---|---|---|
| COUNTY OF WILL | | Processing Date 12/18/03 |

40502 Ed. 1-80                                                                    Customized Form
©St. Paul Fire and Marine Insurance Co. 1980                                       Page 1 of 1

WCD 04387

CONFIDENTIAL

PUBLIC SECTOR SERVICES
MULTIPLE SELF-INSURED RETENTIONS ENDORSEMENT

The St Paul

This endorsement changes your policy.

### How Coverage Is Changed

The following is added.

**How multiple self-insured retentions apply to the same loss.** If two or more self-insured retentions in this policy apply to the same covered loss, we'll apply only the largest of those retentions to that loss.

### Other Terms

All other terms of your policy remain the same.

WCD 04388

47661 Ed.1-95 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1995 All Rights Reserved

Endorsement

CONFIDENTIAL

GENERAL RULES
The St Paul

This form contains various rules that apply to your policy. It and the rest of your policy should be read carefully to determine:

- the extent of the coverage provided by your policy; and
- the rights and duties of you and any other person or organization protected under your policy.

## Table of Contents

| | Page |
|---|---|
| Special Rights And Duties Of The First Named Insured | 1 |
| Policy Period | 1 |
| Policy Changes | 1 |
| Premiums | 2 |
|    Estimates. | 2 |
|    Additional or return premium. | 2 |
|    Your bill. | 2 |
| Our Right To Inspect And Audit | 3 |
| Cancellation | 3 |
|    By the first named insured. | 3 |
|    By us. | 3 |
|    Return premium. | 3 |
| Fraud And Misrepresentation | 4 |
|    If you commit fraud or misrepresentation. | 4 |
|    If other persons or organizations commit fraud or misrepresentation. | 4 |
|    Unintentional errors or omissions. | 4 |
| Assignments And Transfers | 4 |
| Lawsuits Against Us | 5 |
|    If your policy provides property or other first-party protection. | 5 |
|    If your policy provides liability protection. | 5 |
| Recovering Damages From A Third Party | 5 |
| Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First-Party Protection | 5 |
| Bankruptcy Or Insolvency Of Any Person Or Organization Protected Under Liability Protection | 6 |
| How Statutory Or Regulatory Law Affects Your Policy | 6 |

## Special Rights And Duties Of The First Named Insured

When more than one insured is named in the Introduction of your policy, the first named insured has special rights and duties. Those rights and duties are explained in the following General Rules:

- Cancellation.
- Policy Changes.
- Premiums.

## Policy Period

Insuring agreements or endorsements in your policy begin on your policy's effective date at 12:01 a.m. at the address shown for you in the Introduction of your policy. But if your policy replaces a policy that ends at noon, rather than 12:01 a.m., coverage under your policy begins on your policy's effective date at noon at such address.

Insuring agreements or endorsements added to your policy after your policy's effective date begin on their respective effective dates at 12:01 a.m. at the address shown for you in the Introduction of your policy.

Coverage under your policy ends on your policy's expiration date at 12:01 a.m. at the address shown for you in the Introduction of your policy. But if all or part of your policy is canceled for any reason before that date, the canceled coverage will end on the cancellation date at 12:01 a.m. at such address.

## Policy Changes

Your policy contains all of the agreements between you and us concerning the coverage provided by your policy and can be changed only as described in this rule.

We can make changes in our standard insurance policy forms from time to time. Such changes must conform to applicable law and may be filed with insurance regulatory authorities for approval.

If we make any such change, while your policy is in effect, that:

- would broaden or extend the coverage your policy provides; and
- can be legally added to your policy without increasing your premium;

you'll automatically receive the benefit of the broadened or extended coverage beginning at:

- 12:01 a.m.; or

WCD 04389

noon, if coverage under your policy otherwise begins at that time;
- the effective date of the change at the address shown for you in the Introduction of your policy.

If we make any such change before your policy begins and that change still applies to a standard insurance policy form which:

- is part of your policy when your policy begins; or
- is made part of your policy after your policy's effective date;

you'll automatically receive the benefit of that broadened or extended coverage beginning at the time and on the effective date that form is, or is made, part of your policy.

We don't have to provide any written notice, or a written form that's made part of your policy, for you to receive such benefits.

We can make other changes in your policy and, with our consent, the first named insured can make changes in your policy too. But such changes can be made only with a written form that:

- is made part of your policy; and
- is signed by us or one of our authorized representatives.

**Premiums**

We compute the premium for your policy in accordance with our rules and rates which apply to your policy.

**Estimates.** All or part of your premium may be based on estimates.

If estimates are used, your policy will contain an endorsement, summary, or other form that shows:

- we used estimates; and
- when and how we'll compute your actual premium.

We'll compute your actual premium, when complete information is available, at the end of:

- the policy period;
- each one-year period that's part of the policy period, if the policy period is longer than one year; and
- any interim audit period that's shorter than one year, if an interim audit period applies during the policy period.

For each such period, we'll compute your actual premium in accordance with our rules and rates which apply to your policy and for that period.

If your actual premium is:

- more than the estimated premium you've paid, you'll owe us the difference; or
- less than the estimated premium you've paid, we'll return the difference;

except as described in the Additional or return premium section.

You must keep accurate records of the information we'll need to compute your actual premium. Your agent or broker can explain the type of records we'll need. The first named insured must mail, deliver, or otherwise give to us a copy of those records when we request them.

However, we don't have to request or use any records to compute your actual premium if we determine, in accordance with our rules and rates which apply to your policy, that your premium based on estimates is your actual premium.

**Additional or return premium.** We or your agent or broker will tell the first named insured about any additional or return premium for your policy.

However, we won't charge an additional premium, or refund a return premium, for any difference in premium of $15 or less that results from:

- your actual premium being more or less than the estimated premium you've paid; or
- any change made in your policy, including any cancellation of all or part of your policy by you or us.

But we'll refund a return premium of $15 or less for your policy if the first named insured requests that we do so. We'll apply this rule for waiving additional or return premiums separately each time your policy is changed.

In any event, your policy premium won't be less than the minimum policy premium we're allowed to charge in accordance with our rules and rates which apply to your policy.

**Your bill.** The first named insured:

- will be the one we'll bill for all premiums for your policy;
- is responsible for paying all premiums for your policy when due; and

CONFIDENTIAL

- will be the one to whom we'll pay any return premium for your policy.

The due date for each premium owed us for your policy is the date shown as the due date on your bill for that premium.

If the first named insured is also the first named insured under:

- any other policy with us; or
- any policy with any of our affiliated insurance companies;

we may bill, under one statement, the premium for:

- your policy; and
- any or all of those other policies;

regardless of their type, what they cover, or their policy periods.

If we bill the premium for such policies under one statement:

- we may adjust your bill under that statement to reflect the total of any additional or return premium for any or all of those policies;
- we'll apply any partial payment of the minimum premium due under your bill proportionately to each of those policies unless the first named insured requests at the time of such payment that we apply it differently; and
- for any of those policies with a return premium, the first named insured may request that we refund such premium with a separate payment.

### Our Right To Inspect And Audit

You must allow us to inspect your property and operations during normal business hours while your policy is in effect.

However, we aren't required to:

- make any such inspection; or
- guarantee that your property or operations are safe, or conform to any code, law, regulation, or standard;

except as required by any applicable state or municipal code, law, regulation, or standard for the certification of boilers, pressure vessels, or elevators.

This rule also applies to any person or organization that makes insurance inspections, surveys, reports, or recommendations for us.

You also must allow us to examine, audit, and make copies of your financial books and records that relate to the coverage provided by your policy at any time up to three years after your policy ends.

### Cancellation

**By the first named insured.** The first named insured can cancel all or part of your policy at any time before your policy's expiration date with an advance notice of cancellation to us or one of our authorized representatives.

To cancel, the first named insured:

- must deliver to us or one of our authorized representatives; or
- must mail to us, if such delivery isn't possible;

your policy, or the part of your policy to be canceled, and must provide the date the cancellation will be effective.

**By us.** We can cancel all or part of your policy at any time before your policy's expiration date.

If we cancel, the first named insured:

- is responsible for receiving the cancellation notice from us for you; and
- will be the one to whom we'll mail or deliver the cancellation notice.

Also, we'll mail or deliver the cancellation notice to the first named insured at least:

- 10 days, if we're canceling for nonpayment of premium; or
- 30 days, if we're canceling for any other reason;

before the date the cancellation will be effective.

If the cancellation notice is mailed, proof of mailing to the first named insured's last mailing address known to us will be considered proof that the first named insured received such notice.

**Return premium.** We'll compute, in accordance with our rules and rates which apply to your policy, the cancellation return premium, if any, on a pro rata basis. But for a cancellation by the first named insured, we may compute any such premium on less than a pro rata basis.

As soon as possible, we'll refund any cancellation return premium, except as

---

described in the Additional or return premium section of the Premiums section, to the first named insured.

However, the cancellation will be effective regardless of whether or not we've made or offered such a refund.

## Fraud And Misrepresentation

**If you commit fraud or misrepresentation.** If, before or after a loss, you:

- hide any important information from us;
- mislead, lie to, or defraud us; or
- attempt any such actions;

about any matter concerning the coverage provided by your policy, we can consider your policy to be void for you and all other persons and organizations protected under your policy.

We'll consider such fraud or misrepresentation committed by any of the following to also be committed by you:

- Your spouse if you're an individual.
- Any of your partners or co-venturers, or their spouses, if you're a partnership or joint venture.
- Any of your members or managers if you're a limited liability company.
- Any of your trustees if you're a trust.
- Any of your shareholders if you're a professional association.
- Any of your appointed or elected officials if you're a public entity or tribal government.
- Any of your directors or executive officers if you're a corporation or an other organization.

**If other persons or organizations commit fraud or misrepresentation.** If, before or after a loss, any person or organization protected under your policy, other than you and the persons and organizations described in the last paragraph of the If you commit fraud or misrepresentation section:

- hides any important information from us;
- misleads, lies to, or defrauds us; or
- attempts any such actions;

about any matter concerning the coverage provided by your policy, we can consider your policy to be void for only that person or organization.

We'll consider such fraud or misrepresentation committed by any of the following to also be committed by any such organization protected under your policy:

- Any of its partners or co-venturers if that organization is a partnership or joint venture.
- Any of its members or managers if that organization is a limited liability company.
- Any of its trustees if that organization is a trust.
- Any of its shareholders if that organization is a professional association.
- Any of its appointed or elected officials if that organization is a public entity or tribal government.
- Any of its directors or executive officers if that organization is a corporation or an other organization.

**Unintentional errors or omissions.** We won't consider errors or omissions that are unintended by:

- you; and
- all other persons and organizations protected under your policy that are described in the last paragraph of the If you commit fraud or misrepresentation section and commit such errors or omissions;

to be fraud or misrepresentation as described in that section.

Also, we won't consider errors or omissions that are unintended by:

- all other persons and organizations protected under your policy; and
- all persons and organizations described in the last paragraph of the If other persons or organizations commit fraud or misrepresentation section;

that commit such errors or omissions to be fraud or misrepresentation as described in that section.

## Assignments And Transfers

Neither you nor any other person or organization protected under your policy can assign, transfer, or otherwise turn over, your interest in it without consent from us in a written form that's made part of your policy.

However, if you're an individual named insured and you die:

- your legal representatives will have your rights and duties under your policy, but only while acting within the scope of their duties as your legal representatives; and

until such legal representatives are appointed, any person or organization that properly has temporary custody of your property will have your rights and duties concerning that property under your policy.

### Lawsuits Against Us

No person or organization can sue us to recover under your policy unless all of your policy's terms have been fully complied with.

**If your policy provides property or other first-party protection.** Any suit to recover on a loss under any property or other first-party protection provided by your policy must begin within two years after the date on which the direct physical loss or damage occurred to the property that's required to sustain such loss or damage for the loss to be covered under that protection.

**If your policy provides liability protection.** No person or organization can sue us to recover on a loss under any liability protection provided by your policy until the amount of the liability of a person or organization protected for that loss under your policy has been finally decided either by a judgment or by a written agreement signed by:

- us;
- the person or organization protected under your policy; and
- the person or organization making a claim or bringing a suit for the loss.

Once liability has been so determined, that person or organization making the claim or bringing the suit may be able to recover under your policy, up to the limit of coverage that applies. But such person or organization can't sue us directly or join us in a suit against that person or organization protected under your policy until liability has been so determined.

### Recovering Damages From A Third Party

You or other persons or organizations protected under your policy may also be able to recover from others all or part of any loss for which we make a payment.

Any such right of recovery, and the proceeds of any settlement or judgment that may result from the exercise of that right, belongs to us.

For that reason, you and all other persons and organizations that:

- are protected under your policy; and
- are, or may be, involved in a loss for which we make, or may make, a payment;

must do all that's possible after the loss to:

- preserve for us any such right of recovery or any such proceeds; and
- cooperate with us in any attempt to exercise any such right of recovery.

However, before any loss, you or any other person or organization protected under your policy may waive its right of recovery for the loss without our consent.

If we exercise our right of recovery under your policy and we recover more than we've paid, the excess amount will belong to the person or organization protected under your policy that had the loss. But we'll first deduct our recovery expenses from any such amount recovered by us.

### Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First-Party Protection

If your policy provides property or other first-party protection and you and we can't agree on the amount of a loss covered under that protection, the following procedure will be used to settle the dispute:

1. Either you or we will make a written demand for an appraisal of the covered loss amount in dispute.

2. Within 30 days of the demand, you and we will each select a competent and impartial appraiser and notify the other of the selection.

3. The appraisers will select a competent and impartial umpire. If they can't agree on an umpire, either of them may request that the selection be made by a judge of a court having jurisdiction.

4. The appraisers will each state separately their appraisal of the covered loss amount in dispute. If they can't agree on that amount, they'll submit their appraisals to the umpire. The umpire's agreement to one of those appraisals will be binding.

5. You'll pay the fees of your appraiser. We'll pay the fees of our appraiser. Other costs of the appraisal, including

WCD 04393

the fees of the umpire, will be shared equally by you and us.

**Bankruptcy Or Insolvency Of Any Person Or Organization Protected Under Liability Protection**

If your policy provides liability protection, the bankruptcy or insolvency of:

- any person or organization protected under that liability protection; or
- any estate of that person;

won't relieve us of our obligations under such liability protection.

However, if such liability protection contains an exclusion or other coverage limitation for loss that results from such bankruptcy or insolvency, this rule doesn't change or eliminate that exclusion or other coverage limitation.

**How Statutory Or Regulatory Law Affects Your Policy**

Any part of your policy that conflicts with any requirement of statutory or regulatory law which applies is automatically changed to conform to that law.

CONFIDENTIAL

# ILLINOIS REQUIRED ENDORSEMENT

The St.Paul

This endorsement changes your policy to comply with, or otherwise respond to, Illinois law.

Therefore, each change made by this endorsement applies only to the extent:

- required by Illinois statutory or regulatory law; or
- specifically described in the part of this endorsement which makes that change.

As a result, if the address shown for you in the Introduction of your policy is outside Illinois, each change that's made to comply with Illinois statutory or regulatory law applies only if, and to the extent, your policy provides coverage for:

- a loss of or to, or that results from, property in Illinois; or
- a loss that results from your operations in, or which affect, Illinois;

and such statutory or regulatory law applies to such coverage.

## Table of Contents

| | Page |
|---|---|
| Cancellation | 1 |
| Fraud And Misrepresentation | 3 |
| Lawsuits Against Us – Property Or Other First-Party Protection | 3 |
| Property Protection – Acts Intended To Cause Loss Exclusion | 3 |
| Property Protection – Residential Real Or Personal Property | 3 |
| Liability Protection – How The Limits Of Coverage Apply If A Total Limit Is Left Blank | 4 |
| Liability Protection – Prejudgment Interest | 4 |
| Liability Protection – Claims-Made – Claim Information | 4 |
| Commercial General Liability Protection – Claims-Made – Extended Reporting Period | 5 |
| Umbrella Excess Liability Protection – Claims-Made – Extended Reporting Period | 5 |
| Commercial General Liability Protection Or Umbrella Excess Liability Protection – Claims-Made – Important Note – Retroactive Date | 5 |
| Employee Benefit Plans Administration Liability Protection – Claims-Made | 5 |
| Health Care Umbrella Excess Liability Protection – Claims-Made | 5 |
| Liquor Liability Protection – Each Person Limit Of Coverage – Conformity To Illinois Law | 5 |
| Product Recall Protection – Other Insurance | 6 |
| Other Terms | 6 |

## Cancellation

The following replaces the Cancellation section of the General Rules.

You can cancel this policy in whole or in part at any time. We can also cancel this policy, but our right to cancel has some restrictions which are described below.

If your policy covers grain in public grain warehouses, you or we can cancel this policy at any time by mailing to the other as well as the Director of the Illinois Department of Agriculture 60 days written notice of cancellation.

**How you can cancel.** To cancel this policy or any of its insuring agreements, you must mail the policy, or the part to be canceled, to us or any of our authorized agents. If this isn't possible, notify us by mail and include the date you want the policy or individual insuring agreement canceled. You'll get a refund for the unused premium, less a charge for early cancellation.

**How we can cancel policies in effect 60 days or less.** If your policy has been in effect 60 days or less, we can cancel for any reason during this period. If we do, we'll mail a notice of cancellation to you, your agent, and any mortgage holder. If we cancel for nonpayment of premium, we'll send the notice at least 10 days before coverage will end. If we cancel for any other reason, we'll send the notice at least 30 days before coverage will end.

**How we can cancel policies in effect more than 60 days.** If your policy has been in effect more than 60 days, we can only cancel for one or more of the following reasons.

WCD 04395

40519 Rev. 9-03 Printed in U.S.A.                                    Endorsement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

CONFIDENTIAL

1. *Nonpayment of premium.*

2. *Fraud or misrepresentation.* We can cancel if we discover that in obtaining this policy, you or your representative have committed fraud or made a material misrepresentation.

3. *Breaking the rules of this policy.* We may cancel this policy if you violate any of this policy's rules.

4. *Change in the risk.* We can cancel if, after we have issued or renewed your policy, a change occurs in the risk we're protecting that measurably increases the hazard we're insuring against.

5. *Loss of reinsurance.* We may cancel if we lose reinsurance that provided coverage to us for all or a substantial part of your risk. This loss must be certified to the director of insurance.

6. *Determination by the Insurance Commissioner.* We may cancel this policy if the Commissioner Of Insurance determines that continuing this policy would put us in violation of this state's insurance laws.

If we cancel for any of these reasons, we'll mail a notice to you, your agent, and any mortgage holder. If we cancel for nonpayment of premium, we'll send the notice at least 10 days before coverage will end. If we cancel for any other reason, we'll send the notice at least 60 days before coverage will end. The notice will state the reason for cancellation. The notice will also show a date cancellation is to take effect. Coverage will end on that date.

**Unused premium.** As soon as possible, you'll get a refund of any unused premium you've paid. However, the cancellation will be effective whether or not you've been paid or offered the unused premium. If we cancel, the refund will be figured on a pro rata basis. If you cancel, the premium will be less than pro rata.

**Nonrenewal.** We may decide not to renew, or continue this policy. If so, we'll mail a notice of nonrenewal to you and your agent at least 60 days before the expiration date of this policy. The notice will show the reason for nonrenewal.

But even if we don't follow this rule, your policy will end on the expiration date if:

- you don't pay the premium, or any installment that's due;
- we've agreed to renew this policy; or
- you've notified us or our agent that you don't want to renew this policy.

If we fail to send proper notice of nonrenewal, and you obtain other insurance, this policy will end on the effective date of that insurance.

**Mailing the notice.** Mailing the cancellation or nonrenewal notice to your, your agent's, and any mortgage holder's last address known to us will be considered proof you were notified.

If your policy includes an insuring agreement or endorsement that describes "mailing or delivering" a notice of cancellation or nonrenewal, the words "or delivering" are deleted.

**Special rule for certain real estate.** If your policy covers real property that's not residential property occupied by not more than four families and has been in effect for one year or is a renewal policy, we can cancel for any of the following reasons after giving at least 10 days notice of cancellation:

- failure to make required repairs 60 consecutive days or more after a fire loss has been adjusted with you. But this doesn't apply if a delay is caused by a labor dispute or weather conditions;
- if you leave a building unoccupied for 60 consecutive days. But this doesn't apply to buildings which are only occupied on a seasonal basis, or buildings that are under repair, construction, or reconstruction, and have been properly secured against unauthorized entry;
- if your building has been declared unsafe. Or if there's been an order to vacate the building, or an order for the building's demolition; or
- if your building has not had heat, light, water or sewer service for 30 or more consecutive days.

**Special rule for certain residential property.** If your policy covers residential property occupied by not more than four families and has been in effect for at least 60 days, we can only cancel or refuse to renew your policy for any of the following reasons:

WCD 04396

40519 Rev. 9-03 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 2 of 6    ©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

CONFIDENTIAL

- You hide any important information from us, mislead us, or attempt to defraud or lie to us about any matter concerning this insurance; or
- What we cover has measurably increased in hazard since we first agreed to write your policy.

If we cancel or refuse to renew for this reason, we'll send notice of cancellation or nonrenewal to you 60 days before coverage will end.

But this provision doesn't apply to glass coverage.

### Fraud And Misrepresentation

The following replaces the first paragraph of the:

- If you commit fraud or misrepresentation; or
- If other persons or organizations commit fraud or misrepresentation;

sections of the General Rules. However, this change doesn't apply to certain residential real or personal property for which the Fraud and misrepresentation section of the Property Protection - Residential Real Or Personal Property section in the Illinois Required Endorsement (40519) applies.

We can consider your policy to be void for you and all other persons and organizations protected under your policy if, before or after a loss, you or any such person or organization:

- intentionally conceals or misrepresents any material fact or circumstance;
- engages in fraudulent conduct; or
- makes a false statement;

about any matter concerning:

- the coverage provided by your policy; or
- any fact or circumstance material to the investigation of any loss under your policy.

### Lawsuits Against Us - Property Or Other First-Party Protection

The following is added to the If your policy provides property or other first-party protection section of the Lawsuits Against Us section of the General Rules and changes that section as described.

The two-year period in which a suit to recover on a loss must begin is lengthened by the number of days between the date you give us proof of loss and the date we deny coverage for the loss.

### Property Protection - Acts Intended To Cause Loss Exclusion

If your policy includes property or inland marine protection, the following is added to the Exclusions - Losses We Won't Cover section.

**Acts intended to cause loss.** We won't cover loss or damage caused by any act committed:

- by or at the direction of you or any protected person; and
- with the intent to cause a loss.

However, we won't use this exclusion to deny payment to an innocent protected person who did not cooperate in or contribute to the creation of the loss if:

- the loss was caused by a pattern of criminal domestic violence; and
- the perpetrator of the loss is criminally prosecuted for the act causing the loss.

But we won't pay more than the innocent protected person's financial interest in the covered property, less any payments we first make to a mortgagee or other party with a legal secured interest in the covered property.

### Property Protection - Residential Real Or Personal Property

If your policy provides property protection that covers:

- real property used primarily for residential purposes up to and including four-family dwellings; or
- household or personal property that is usually used in the scope of occupancy for residential purposes;

the following changes apply only for that property protection.

**Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First-Party Protection.** The following is added to the Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First-Party Protection section of the General Rules and changes that section as described:

40519 Rev. 9-03 Printed in U.S.A.   Endorsement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

WCD 04397

Page 2 of 6

CONFIDENTIAL

The Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First-Party Protection section applies only if:

- both you and we agree to a request for an appraisal; and
- the appraisal is carried out in accordance with the American Arbitration Rules and Uniform Arbitration Act.

No demand can be made for an appraisal. The request must be agreed to by you and by us.

We'll pay all fees of the appraisers, and the other costs of the appraisal, including the fees of the umpire, if:

- you requested the appraisal; and
- the covered loss amount determined by your appraiser was agreed to in full by our appraiser or by the umpire.

**Fraud and misrepresentation.** The following replaces the first paragraph of the:

- If you commit fraud or misrepresentation; and
- If other persons or organizations commit fraud or misrepresentation;

sections of the General Rules.

We can consider your property protection to be void for you and all other persons and organizations protected under your policy if:

1. your policy has been in effect for less than one year or one policy term, whichever period is shorter; and

2. in the process leading us to issue your policy, you or any such person or organization commits fraud, or conceals or misrepresents a fact, that is in your policy, or the written application for your policy, and:
   - was made with the intent to deceive us; or
   - materially affected the hazard we assumed or our decision to provide that property protection.

Also, we can consider your property protection to be void for you and all other persons and organizations protected under your policy if, at any time after your policy is issued, you or any such person or organization commits fraud, or conceals or misrepresents a fact, concerning:

- that property protection;
- a loss under that protection;
- the covered property under that protection;
- your interest in that covered property.

In addition, we can cancel your policy as provided under the Cancellation section of the Illinois Required Endorsement (40519) if you or your agent or broker commit fraud or make a material misrepresentation.

**Liability Protection - How The Limits Of Coverage Apply If A Total Limit Is Left Blank**

If your policy includes a liability insuring agreement that includes a How the total limits apply if a total limit is left blank section, the following is added to that section.

If the amount for a total limit is left blank in the Coverage Summary, we'll consider the limit shown on the application for this insurance to be that total limit. However, if no limit is shown on the application, we'll consider the total limit to be the amount described in this section.

**Liability Protection - Prejudgment Interest**

If your policy includes liability protection, the following is added to the What This Agreement Covers section. This change broadens coverage.

We'll also pay the prejudgment interest awarded against the protected person on that part of any judgment paid by us. And we'll consider such payment to be in addition to the limits of coverage. But if we make an offer to pay the limit of coverage that applies, we won't pay prejudgment interest that accumulates after the date of our offer.

**Liability Protection - Claims-Made - Claim Information**

The following is added to the General Rules if your policy includes a claims-made liability insuring agreement which contains a Loss Information section.

We'll provide the first named insured the following information for any claims-made insuring agreement which contains a Loss Information section, and any such preceding claims-made insuring agreement, we have issued to you during the previous three years:

CONFIDENTIAL

- The date and description of the event on closed claims including the amount of payment, if any.
- The date and description of the event on open claims including the amount of payments and reserves, if any. Amounts reserved are based on our judgment. They are subject to change and should not be regarded as ultimate settlement values.
- The date and description of each event you reported to us for which no amounts have been paid or reserved.

If we cancel or elect not to renew any such claims-made insuring agreements, we'll provide this information at the same time that we send the notice of cancellation or nonrenewal. Otherwise, we will provide this information only if we receive a request from the first named insured. If we do, we'll provide this information within 30 days of receipt of the request.

We collect this information for our own business purposes. We do so as carefully and accurately as we can. In giving this information to the first named insured, we don't make any promises or warranties to anyone that this information has no errors. Any cancellation or nonrenewal will take effect even if we accidentally provide incorrect information.

### Commercial General Liability Protection – Claims-Made – Extended Reporting Period

If your policy includes Commercial General Liability Protection - Claims-made, the following is added to the When and how an extended reporting period can be added section.

If we cancel this agreement for nonpayment of premium, our cancellation notice to you will include the amount of the unpaid portion of the premium for the period this agreement was in effect.

### Umbrella Excess Liability Protection – Claims-Made – Extended Reporting Period

If your policy includes Umbrella Excess Liability Protection - Claims-Made, the following is added to the Extended Reporting Period section of your agreement.

We'll figure the additional premium for the Extended Reporting Period Endorsement according to our rules and rates. But we won't charge more than 200% of the annual premium for the last policy year of this agreement.

### Commercial General Liability Protection Or Umbrella Excess Liability Protection – Claims-Made – Important Note – Retroactive Date

If your policy includes Commercial General Liability Protection or Umbrella Excess Liability Protection with a Coverage Summary that contains an Important Note - Retroactive Date section, the following change applies.

The paragraph which says, "However, if no date is shown above and the claims-made agreement applies, we'll consider the retroactive date to be the same as the beginning date of this policy." is deleted.

### Employee Benefit Plans Administration Liability Protection – Claims-Made

If your policy includes Employee Benefit Plans Administration Liability Protection - Claims-Made, the following is added to the When and how an extended reporting period can be added section.

If we cancel this agreement for nonpayment of premium, our cancellation notice to you will include the amount of the unpaid portion of the premium for the period this agreement was in effect.

### Health Care Umbrella Excess Liability Protection – Claims-Made

If your policy includes Health Care Umbrella Excess Liability Protection - Claims-Made, the following change is made to the umbrella retroactive date definition in the What This Agreement Covers section.

The sentence which reads, "If no umbrella retroactive date is shown on the Coverage Summary, we'll consider the umbrella retroactive date to be the same as the beginning date of this policy." is deleted.

### Liquor Liability Protection – Each Person Limit Of Coverage – Conformity To Illinois Law

If your policy includes Liquor Liability Protection, the following is added to the Limits Of Coverage section of that insuring agreement.

WCD 04399

In accordance with Section 235.5/6-21 of the Illinois Administrative Code, the most you may be legally required to pay as damages for:

- bodily injury;
- loss of means of support or loss of society; or
- property damage;

that results from the selling, serving, or furnishing of any alcoholic beverage in Illinois is limited to the amounts allowed by that law. Those amounts may be less than the limits of coverage available under this agreement.

As a result, the Each person limit:

- will apply in accordance with the amounts allowed by Section 235.5/6-21 of the Illinois Administrative Code; and
- will be automatically increased, if necessary, to comply with any increase in those amounts while this agreement is in effect;

but only for damages otherwise covered by this agreement. The Total limit remains the same.

### Product Recall Protection – Other Insurance

If your policy includes Product Recall Protection, the following replaces the Other Insurance section.

There may be other insurance that applies to your covered expenses. If there is any valid and collectible other insurance that:

- reimburses you for covered expenses that are covered by this agreement; and
- wasn't bought specifically to apply in excess of the limits of coverage shown in the Coverage Summary;

we'll share with the other insurance any covered expenses that are covered by this agreement. If the other insurance has similar terms and conditions, we'll pay the portion of the covered expenses that is equal to our percentage of the total of all limits that apply. But we won't pay more than the limits of coverage that apply under this agreement.

If the other insurance more specifically applies to the covered expenses, we'll pay for covered expenses that are left after such other insurance has been used up, less the deductible and participation percentage. But we won't pay more than the applicable limit of coverage under this agreement.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated companies;
- any risk retention group;
- any self-insurance method or program, other than any funded by you and over which this agreement applies; or
- any similar risk transfer management method.

### Other Terms

All other terms of your policy remain the same.

WCD 04400

40519 Rev. 9-03 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 6 of 6           ©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

CONFIDENTIAL