PUBLIC ENTITY GENERAL LIABILITY PROTECTION — St.Paul
CHANGES OR RULES THAT APPLY TO COMMERCIAL
GENERAL LIABILITY PROTECTION ENDORSEMENT

This endorsement changes your policy.

## How Coverage Is Changed

The following is added.

### Changes or rules that apply to Commercial General Liability Protection

We'll consider any change or rule that applies to Commercial General Liability Protection in any general rules or state required endorsement which is part of your policy to also apply to your Public Entity General Liability Protection.

In addition, we'll consider any other endorsement that is part of your policy and changes Commercial General Liability Protection to also change your Public Entity General Liability Protection.

## Other Terms

All other terms of your policy remain the same.



PLAINTIFF'S
EXHIBIT
_I, part 2_

tabbies

WCD 04401

D0020 Ed. 10-97 Printed in U.S.A.          Endorsement
©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved          Page 1 of 1

HIGHLY CONFIDENTIAL

COMMERCIAL AUTO
ILLINOIS

This endorsement changes your Commercial
Auto Insurance to comply with Illinois law.

## Cancellation

The Cancellation section of the General
Rules is replaced by the following.

**How the first named insured can cancel.** The
first named insured can cancel this policy
by delivering the policy to us or any of our
authorized agents. If this isn't possible,
notify us before the date the policy is to be
cancelled. If the first named insured
cancels the policy, you'll get a refund of
any unused premium less a charge for early
cancellation.

**How we can cancel policies in effect 60 days
or less.** If your policy has been in effect
60 days or less, we can cancel for any
reason during this period. If we do, we'll
mail a notice of cancellation to the first
named insured. If we cancel for
nonpayment of premium, we'll send at least
10 days before coverage will end. If we
cancel for any other reason, we'll send at
least 30 days before coverage will end.

**How we can cancel policies in effect more than
60 days.** If your policy has been in effect
more than 60 days, or is a continuation or
renewal policy, we can cancel only for the
following reasons.

1. *Nonpayment of premium.*

2. *Fraud or misrepresentation.* We can
   cancel if we discover that in obtaining
   this policy, you or your representative
   have committed fraud or made a material
   misrepresentation.

3. *Breaking the rules of this policy.* We
   may cancel this policy if you violate any
   of this policy's rules.

4. *Increase in the risk.* We can cancel if,
   after we have issued or renewed your
   policy, a measurable increase occurs in
   the risk we're insuring against.

5. *Loss of reinsurance.* We may cancel this
   policy if the Commissioner Of Insurance
   certifies that we have lost reinsurance
   that provided coverage for all or a
   substantial part of this risk we're
   insuring.

6. *Determination by the Insurance
   Commissioner.* We may cancel this
   policy if the Commissioner Of Insurance
   determines that continuing this policy
   would put us in violation of Illinois
   insurance laws.

If we cancel for nonpayment of premium,
we'll mail an advanced written notice of
cancellation to the first named insured. If
we cancel for nonpayment of premium, we'll
send at least 10 days before coverage will
end. If we cancel for any other reason
listed, we'll mail a notice to the first named
insured at least 60 days before coverage
will end. The notice will state the reason for
cancellation. It will also show the date
cancellation is to take effect. The policy
will end on that date.

**Non-renewal.** If we decide not to renew or
continue this policy, we'll mail a notice to
you and your agent at least 60 days before
the end of the policy period. We'll also mail
a notice to any person or organization
shown on the Auto Schedule as having an
interest in covered property. If we offer to
renew or continue your policy, and you
don't accept, the policy will expire at the
end of the policy period. If we offer to
renew your policy, and you fail to pay the
required premium when due, we'll consider
this to mean that you don't accept our
offer.

**Renewal with an increase in premium or
decrease in coverage.** If we offer to renew
your policy, but increase your premium by
30% or more, or decrease your coverage,
we'll send a notice of this change at least
60 days before the renewal date. If we fail
to send 60 days notice, you'll have 60 days
from the date we offer to renew your
policy with the change before the change
takes effect.

If we fail to mail proper notice of
nonrenewal and you obtain other insurance,
this policy will end on the date the other
insurance takes effect.

### Mailing The Notice

WCD 04402

We'll mail any notice of cancellation or non-
renewal to the first named insured's last

44041 Rev. 5-03 Printed in U.S.A.                    Endorsement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
of St Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

CONFIDENTIAL

address known to us. Proof that we have mailed any notice is proof you were notified.

## Auto Liability Protection and Garage Liability Protection

If your policy includes Auto Liability Protection or Garage Liability Protection, the following changes are made to your agreement.

### Who Is Protected Under This Agreement

The Any permitted user section is replaced by the following.

**Any permitted user.** Any person or organization to whom you've given permission to use a covered auto you own, rent, lease, hire or borrow is a protected person.

However, we won't consider the following to be a protected person:

- The owner or anyone else from whom you rent, lease, hire or borrow a covered auto unless that auto is a trailer that's connected to a covered auto you own.
- An employee of yours or a member of an employee's household if that employee or member of that employee's household owns the covered auto.
- A partner if you're a partnership, or a member of the partner's household if either owns the covered auto.
- A member if you're a limited liability company, or persons who are part of the member's household if either owns the covered auto.

### Limits Of Coverage

The following is added to the Limits Of Coverage section.

We'll apply the limit shown in the Coverage Summary to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

- $20,000 for bodily injury to any one person caused by any one accident;
- $40,000 for bodily injury to two or more persons caused by any one accident; and
- $15,000 for property damage caused by any one accident.

This provision won't change our total limit of coverage.

### Other Insurance

If your policy includes Auto Liability Protection, the following is added to the Other Insurance section.

Liability coverage provided by this agreement for any auto you don't own is primary if:

- the auto is owned or held for sale or lease by a new or used vehicle dealership;
- the auto is driven by an insured with permission of such dealership while your auto is being repaired or evaluated.
- the limit of coverage for liability coverage under this policy is at least:
  - $100,000 for bodily injury to any one person caused by any one accident;
  - $300,000 for bodily injury to two or more persons caused by any one accident; and
  - $50,000 for property damage caused by any one accident.

If your policy includes Garage Liability Protection, the following is added to the Other Insurance section.

If you are a new or used vehicle dealership, liability coverage provided by this agreement for any auto:

- you own or hold for sale or lease; and
- that is operated by a protected person with your permission while such protected person's auto is being repaired or evaluated;

is excess over any other collectible insurance if such protected person has liability insurance providing limits of at least:

- $100,000 for bodily injury to any one person caused by any one accident;
- $300,000 for bodily injury to two or more persons caused by any one accident; and
- $50,000 for property damage caused by any one accident.

### Other Terms

All other terms of your policy remain the same.

WCD 04403

44041 Rev. 5-03 Printed in U.S.A.

CONFIDENTIAL

PUBLIC SECTOR SERVICES RECOVER. S DAMAGES
FROM A THIRD PARTY SELF—INSURED-RETENTION ENDORSEMENT

The St Paul

his endorsement changes your General Rules.

## How Coverage Is Changed

The following replaces the Recovering Damages From A Third Party section of the General Rules.

## Recovering Damages From A Third Party

Any person protected under this policy may be able to recover all or part of a loss from someone other than us. Because of this, each protected person must do all that's possible after a loss to preserve any right of recovery available. If we make a payment under this policy, that right of recovery will belong to us.

**Division of recovery.** Any amount recovered will be divided as follows:
1. First, any protected person or other insurer who paid amounts in excess of the limits of coverage under this insuring agreement will be reimbursed for the actual amount paid;

2. Next, we will be reimbursed for any payments we have actually made;
3. Then, if any amount remains, any protected person or other insurer who paid amounts below the limits of coverage will be reimbursed for the actual amount paid.

**Recovery expenses.** The expenses incurred in obtaining a recovery from someone other than us will be divided in the same ratio as the recovery is shared. However, if we bring legal action against someone else to recover losses on our own or try to obtain recovery and fail to do so, we will pay all of the expenses we incur in bringing such action ourselves.

## Other Terms

All other terms of your policy remain the same.

WCD 04404

WHAT TO DO IF YOU HAVE A LOSS

The St.Paul

This form applies if:

- your policy provides any property or other first-party protection and there's a loss that may be covered under that protection; or

- your policy provides any liability protection and there's an accident, act, error, event, incident, offense, or omission that may result in damages or other amounts which may be covered under that protection.

Coverage under your policy may be affected by any failure to fulfill any of the duties described in this form.

However, neither this form, nor any of these duties, change or eliminate any coverage condition or requirement, or exclusion or other coverage limitation, anywhere in the rest of your policy, such as:

- a specific coverage trigger, reporting, notice, or knowledge condition or requirement; or

- an exclusion or other coverage limitation that's based, all or in part, on knowledge.

This form and the rest of your policy should be read carefully to determine:

- the extent of the coverage provided by your policy; and

- the rights and duties of you and any other person or organization protected under your policy.

## Table of Contents

| | Page |
|---|---|
| If Your Policy Provides Property Or Other First-Party Protection | 1 |
| If Your Policy Provides Liability Protection | 2 |
| When we consider you to have knowledge of an accident, act, error, event, incident, offense, or omission. | 3 |
| When we consider other persons or organizations to have knowledge of an accident, act, error, event, incident, offense, or omission. | 3 |

## If Your Policy Provides Property Or Other First-Party Protection

If your policy provides property or other first-party protection and there's a loss that may be covered under that protection, you must do all of the following in connection with that loss:

1. As soon as possible, tell us or one of our authorized representatives what happened. Include all of the following information:

   - The time, place, and specific nature of the loss.

   - The cause, or likely cause, of the loss.

   - A description of the property involved.

   - The name and address of each person known to be a witness.

   Our United States of America (USA) Claim Call Center is available from anywhere in the USA at any time at the following toll-free telephone number to tell us this information:

   1-800-STPAUL-1
   (1-800-787-2851)

   Also, our Internet web site is available from anywhere at any time at the following address to tell us this information:

   www.stpaul.com

2. Promptly notify the police if a law may have been broken.

3. Do what is reasonable and necessary to protect covered property from further damage or loss. Keep a record of any expenses you incur in taking such action for our possible consideration in any settlement of the loss.

4. Separate damaged property from undamaged property, if feasible, to enable examination by us.

   At our request, make an inventory of damaged or lost property and mail, deliver, or otherwise give that inventory to us.

5. Cooperate with us in the investigation, or any settlement, of the loss.

   Allow us, whenever we reasonably require, to:

   - inspect property involved in or proving the loss;

WCD 04405

- examine, and make copies of, your financial books and records relating to the loss; and
- take samples of property, whether damaged or undamaged, for analysis or testing.

6. Allow us to examine you, or any other person or organization protected under your policy, while:

- under oath; and
- not in the presence of any other person protected under your policy.

We may do this, whenever we reasonably require, about any matter relating to:

- your property or other first-party protection;
- the loss; or
- your financial books and records relating to the loss.

All persons or organizations protected under your policy that are examined in this manner must sign a copy of their responses.

7. Within 60 days after our request, you must mail, deliver, or otherwise give to us a signed, sworn proof of loss, using a form supplied by us that provides the information we need to consider whether the loss is covered by your policy.

Within 30 days after we reach agreement with you on what we owe for a covered loss, we'll pay that amount.

## If Your Policy Provides Liability Protection

If your policy provides liability protection and there's an accident, act, error, event, incident, offense, or omission that may result in damages or other amounts which may be covered under that protection, you or any other person or organization protected under your policy must do all of the following in connection with that accident, act, error, event, incident, offense, or omission:

1. As soon as possible after having knowledge of the accident, act, error, event, incident, offense, or omission, tell us or one of our authorized representatives what happened. Do this even if no demand against you or any other person or organization protected under your policy has been made.

Include all of the following information that's reasonably available:

- The time, place, and specific nature of the accident, act, error, event, incident, offense, or omission.
- The type of demand that has been or may be made against you or any other person or organization protected under your policy.
- The name and address of each person or organization that may make a claim or bring a suit.
- The name and address of each person who may be a witness.
- The name and address of each person or organization that may be involved and is protected under your policy.

Our United States of America (USA) Claim Call Center is available from anywhere in the USA at any time at the following toll-free telephone number to tell us this information:

1-800-STPAUL-1
(1-800-787-2851)

Also, our Internet web site is available from anywhere at any time at the following address to tell us this information:

www.stpaul.com

However, neither we nor any of our authorized representatives need to be told of an accident, act, error, event, incident, offense, or omission that first involves your workers compensation insurance unless the liability protection provided by your policy is likely to be involved.

2. Promptly notify the police if your policy provides auto liability protection and a covered auto under that protection is stolen.

3. As soon as possible after receiving them, mail, deliver, or otherwise give to us a copy of:

- all written demands made; and
- all legal documents relating to any suit brought;

against you or any other person or organization protected under your policy.

4. Cooperate with and, when requested, assist us in:

- securing and giving evidence;

WCD 04406

©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

CONFIDENTIAL

- attending hearings and trials;
- obtaining the attendance of witnesses; and
- taking other reasonable steps to help us investigate or settle, or defend a person or organization protected under your policy against, a claim or suit.

5. Not assume any financial obligation or pay out any money, other than for first aid given to others at the time of an accident, without our consent.

**When we consider you to have knowledge of an accident, act, error, event, incident, offense, or omission.** If you're an individual, we'll consider you to have knowledge of an accident, act, error, event, incident, offense, or omission only if you have knowledge of it or any person has knowledge of it while he or she is your:

- spouse;
- employee and is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department; or
- employee, or authorized person, with a duty given by you to tell us, one of our authorized representatives, or any of the persons described above, about that accident, act, error, event, incident, offense, or omission.

If you're an organization, we'll consider you to have knowledge of an accident, act, error, event, incident, offense, or omission only if any person has knowledge of it while he or she is your:

- partner or co-venturer, or his or her spouse, if you're a partnership or joint venture;
- member or manager if you're a limited liability company;
- trustee if you're a trust;
- shareholder if you're a professional association;
- appointed or elected official if you're a public entity or tribal government;
- director or executive officer if you're a corporation or an other organization;
- employee and is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department; or
- employee, or authorized person, with a duty given by you to tell us, one of our authorized representatives, or any of the persons described above, about that

accident, act, error, event, incident, offense, or omission.

However, if:

- you're a partnership, joint venture, limited liability company, trust, or professional association; and
- any of your partners, co-venturers, members, trustees, or shareholders is an organization;

we'll also consider you to have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is that organization's:

- partner or co-venturer if it's a partnership or joint venture;
- member or manager if it's a limited liability company;
- trustee if it's a trust;
- shareholder if it's a professional association;
- appointed or elected official if it's a public entity or tribal government; or
- director or executive officer if it's a corporation or an other organization.

**When we consider other persons or organizations to have knowledge of an accident, act, error, event, incident, offense, or omission.** We'll consider any person or organization protected under your policy, other than you, to have knowledge of an accident, act, error, event, incident, offense, or omission if you or any of the persons described in the When we consider you to have knowledge of an accident, act, error, event, incident, offense, or omission section has knowledge of it.

Also, if any such other person protected under your policy is a sole proprietor, we'll consider that sole proprietor to also have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is that sole proprietor's:

- employee and is or acts as its insurance or risk manager or holds a position in its insurance, risk management, or legal department; or
- employee, or authorized person, with a duty given by that sole proprietorship to tell that sole proprietor, any of the employees described above, that sole proprietorship's insurer, or one of that insurer's authorized representatives, about that accident, act, error, event, incident, offense, or omission.

WCD 04407

What To Do If You Have A Loss
Page 3 of 31

CONFIDENTIAL

The St Paul

In addition, we'll consider any such organization protected under your policy to also have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is that organization's:

* partner or co-venturer if it's a partnership or joint venture;

* member or manager if it's a limited liability company;

* trustee if it's a trust;

* shareholder if it's a professional association;

* appointed or elected official if it's a public entity or tribal government;

* director or executive officer if it's a corporation or an other organization;

* employee and is or acts as its insurance or risk manager or holds a position in its insurance, risk management, or legal department; or

* employee, or authorized person, with a duty given by that organization to tell its insurer, one of its insurer's authorized representatives, or any of the persons described above, about that accident, act, error, event, incident, offense, or omission.

Finally, if:

* any organization protected under your policy, other than you if you're an organization, is a partnership, joint venture, limited liability company, trust, or professional association; and

* any of its partners, co-venturers, members, trustees, or shareholders is an organization;

we'll also consider such organization that's protected under your policy to have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is such partner, co-venturer, member, trustee, or shareholder organization's:

* partner or joint venture if it's a partnership or joint venture;

* member or manager if it's a limited liability company;

* trustee if it's a trust;

* shareholder if it's a professional association;

* appointed or elected official if it's a public entity or tribal government; or

* director or executive officer if it's a corporation or an other organization.

WCD 04408

theSt Paul

PUBLIC SECTOR SERVICES
WHAT TO DO IF YOU HAVE A LOSS SELF-INSURED RETENTION
ENDORSEMENT – FOR LIABILITY COVERAGES

This endorsement changes your What To Do If
You Have A Loss.

## How Coverage Is Changed

There are two changes which are explained
below.

1. The following is added to the When This
Policy Provides Liability Protection section.

This section does not apply to liability
protection excess of a self-insured retention.

2. The following is added.

## When This Policy Provides Liability Protection Excess Of A Self-Insured Retention

If an accident or incident happens that may
involve liability protection provided in this
policy, you or any other protected person
involved must:

1. Notify the police if a law may have been
broken.

2. Tell your claim handling service what
happened as soon as possible. Do this even
though no demand for damages has been
made against you or any protected person,
but you or another protected person is
aware of having done something that may
later result in a demand for damages. This
notice should include all of the following:
   • The time and place of the accident or inci-
   dent.
   • The protected person involved.
   • The specific nature of the accident or inci-
   dent, including the type of demand for
   damages that may result.
   • The names and addresses of any witnesses
   and injured people.

3. Send a copy of all written demands to your
claim handling service.

4. Tell your claim handling service and us what
happened as soon as possible if the acci-
dent or incident will likely result in the
payment of covered damages or claim

expenses for an amount more than 50% of
the applicable self-insured retention.

5. If your policy includes a total retention,
require your claim handling service to tell us
when the combined total of all accidents or
incidents will likely result in payments of
damages or claim expenses that equal or
exceed such total retention in a policy year.

6. Tell your claim handling service and us as
soon as possible of all accidents and inci-
dents involving any of the following:
   • Death.
   • Brain damage.
   • Fractured skull.
   • Paraplegic or quadriplegic impairment.
   • Loss of eyesight.
   • Third degree burns.
   • Traumatic loss of or surgical amputation
   of limb.
   • Extra-contractual or punitive damages even
   if it is not covered under this policy.

7. Cooperate with and assist your claim handl-
ing service and us in securing and giving
evidence, attending hearings and trials, and
obtaining the attendance of witnesses.

8. Not assume any financial obligation or pay
out any money without our consent.
However, we won't apply this rule to:
   • any financial obligation or amounts paid
   for first aid given to others at the time of an
   accident; or
   • amounts paid out within any self-insured
   retention.

   *Your claim handling service* means the
   individual or organization who is providing
   claims services for you in accordance with a
   separate written contract or agreement.

## Other Terms

All other terms of your policy remain the
same.

WCD 04409

47652 Ed.1-95 Printed in U.S.A.                     Endorsement

©St.Paul Fire and Marine Insurance Co 1995 All Rights Reserved

CONFIDENTIAL

PUBLIC ENTITY GENERAL LIABILITY PROTECTION
COVERAGE SUMMARY

The St Paul

nis Coverage Summary shows the limits of
coverage that apply to your Public Entity
General Liability Protection. It also lists those
endorsements, if any, that must have certain
information shown for them to apply.

## Limits Of Coverage

| | | |
|---|---|---|
| General total limit. | $ | 2,000,000 |
| Products and completed work total limit. | $ | 1,000,000 |
| Personal injury each person limit. | $ | 1,000,000 |
| Advertising injury each person limit. | $ | 1,000,000 |
| Each event limit. | $ | 1,000,000 |
| *Failure to supply limit.* | $ | 0 |
| *Medical expenses limit.* | $ | 0 |
| *Premises damage limit.* | $ | 100,000 |
| *Sewer back-up limit.* | $ | 0 |

## Named Endorsement Table

**Important Note:** Only endorsements that must have certain information shown for them to apply
are named in this table. The required information follows the name of each such endorsement.
Other endorsements may apply too. If so, they're listed on the Policy Forms List.

PSS General Liability Self-Insured Retention Endorsement
  Self Insured Retentions
    Personal Injury Each Person Retention:     $100,000
    Advertising Injury Each Person Retention:  $100,000
    Each Event Retention:                  $100,000

WCD 04410

| Name of Insured | Policy Number GP 06301134 | Effective Date 12/01/03 |
|---|---|---|
| COUNTY OF WILL | Processing Date 02/05/04  16:11  002 | |

G0208 Ed.10-97 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co 1997 All Rights Reserved

Coverage Summary

CONFIDENTIAL

WCD 04411

©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved

CONFIDENTIAL

This insuring agreement provides general ability protection for your operations. There are, of course, limitations and exclusions throughout this agreement that apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

| Table of Contents | Page |
|---|---|
| What This Agreement Covers | 2 |
| Bodily injury and property damage liability. | 2 |
| Personal injury liability. | 3 |
| Advertising injury liability. | 4 |
| Medical expenses. | 4 |
| Right and duty to defend a protected person. | 5 |
| Additional payments. | 5 |
| Right to appeal a judgment against a protected person. | 6 |
| When This Agreement Covers | 6 |
| Bodily injury and property damage liability. | 6 |
| Personal injury liability. | 6 |
| Advertising injury liability. | 6 |
| Medical expenses. | 7 |
| Where This Agreement Covers | 7 |
| Who Is Protected Under This Agreement | 7 |
| Public entity. | 7 |
| Elected or appointed officials and members. | 7 |
| Employees and volunteer workers. | 8 |
| Real estate managers. | 9 |
| Landlords. | 9 |
| Equipment lessors. | 9 |
| Operators of registered mobile equipment. | 9 |
| Watercraft users. | 10 |
| Persons or organizations as required by written contract. | 10 |
| Separation of protected persons. | 10 |
| Limits Of Coverage | 10 |
| General total limit. | 10 |
| Products and completed work total limit. | 11 |
| Personal injury each person limit. | 12 |
| Advertising injury each person limit. | 12 |
| Each event limit. | 12 |
| How the limits of coverage apply if a total limit is left blank. | 13 |

| Exclusions – What This Agreement Won't Cover | 13 |
|---|---|
| Advertising, broadcasting, or publishing business. | 13 |
| Aircraft. | 13 |
| Asbestos. | 14 |
| Auto. | 14 |
| Breach of contract. | 15 |
| Contract liability. | 15 |
| Control of property. | 18 |
| Damage to your products or completed work. | 18 |
| Deliberately breaking the law. | 18 |
| Employers liability. | 18 |
| Employment-related practices. | 19 |
| Expected or intended bodily injury or property damage. | 20 |
| Failure to supply service. | 20 |
| False material. | 20 |
| Health care professional services. | 20 |
| Impaired property. | 20 |
| Injury to volunteer firefighters. | 21 |
| Intellectual property. | 21 |
| Law enforcement activities or operations. | 21 |
| Liquor liability. | 22 |
| Material previously made known or used. | 22 |
| Medical expenses of certain persons. | 22 |
| Mobile equipment. | 23 |
| Nuclear energy liability. | 24 |
| Pollution injury or damage. | 25 |
| Pollution work loss, cost, or expense. | 28 |
| Poor quality or performance. | 29 |
| Product recall. | 29 |
| Public use of property. | 29 |
| Watercraft. | 29 |
| Workers compensation or other benefits laws. | 30 |
| Wrong price description. | 30 |
| Other Insurance | 30 |
| Primary or excess other insurance. | 30 |
| When this agreement is excess insurance. | 30 |
| Methods of sharing. | 31 |

WCD 04412

G0209 Rev. 10-02 Printed in U.S.A.                    Insuring Agreement
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

Page 1 of 32

## What This Agreement Covers

**Bodily injury and property damage liability.**
We'll pay amounts any protected person is legally required to pay as damages for covered bodily injury or property damage that:

* happens while this agreement is in effect; and

* is caused by an event.

*Protected person* means any person or organization that qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons.

We'll consider any of the following that happens at any time to be part of such physical harm, sickness, or disease, if it results in or from such physical harm, sickness, or disease:

* Mental anguish, injury, or illness.

* Emotional distress.

* Care, loss of services, or death.

We'll consider any bodily injury that's a continuation, change, or resumption of previously known bodily injury to happen before this agreement begins if such continuation, change, or resumption would otherwise be considered to happen while this agreement is in effect because of a continuous, multiple, or other coverage trigger required under the law that applies.

Of course, if there's a continuation, change, or resumption, after this agreement ends, of bodily injury that:

* isn't previously known bodily injury; and

* happens while this agreement is in effect;

we'll consider such continuation, change, or resumption to also happen while this agreement is in effect if that would be the result of a continuous, multiple, or other coverage trigger required under the law that applies.

*Previously known bodily injury* means bodily injury that happened before this agreement begins and was known by you, or

any described authorized person, before this agreement begins as a result of any of the following at that time:

* You, or such described authorized person, reporting all or part of that bodily injury to us or any other insurer.

* You, or such described authorized person, receiving a claim or suit for all or part of that bodily injury.

* Such described authorized person witnessing, or being told of, the beginning, or any change, continuation, or resumption, of all or part of that bodily injury.

*Described authorized person* means any person while he or she is your:

* Elected or appointed official, director, or executive officer, or member of any of your agencies, boards, or commissions.

* Employee and is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department.

*Property damage* means:

* physical damage to tangible property of others, including all resulting loss of use of that property; or

* loss of use of tangible property of others that isn't physically damaged. For example:

*One of your employees accidentally causes a fire in your premises. The fire department responds and orders nearby businesses to close for safety reasons while it fights the fire. Your premises is heavily damaged by the fire. But none of the nearby businesses are physically damaged. As a result, we'll consider the period of time those businesses are closed due to your fire to be loss of use of tangible property of others that isn't physically damaged.*

We'll consider all physical damage to tangible property of others that's a continuation, change, or resumption of previously known physical damage to tangible property of others to happen before this agreement begins if such continuation, change, or resumption would otherwise be considered to happen while this agreement is in effect because of a continuous,

WCD 04413

©St. Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

multiple, or other coverage trigger required under the law that applies.

Of course, if there's a continuation, change, or resumption, after this agreement ends, of physical damage to tangible property of others that:

• isn't previously known physical damage to tangible property of others; and

• happens while this agreement is in effect;

we'll consider such continuation, change, or resumption to also happen while this agreement is in effect if that would be the result because of a continuous, multiple, or other coverage trigger required under the law that applies.

We'll consider all loss of use of:

• damaged tangible property to happen at the time of the physical damage that caused it; and

• undamaged tangible property to happen at the time the event that caused it begins;

regardless of when such loss of use actually happens.

*Tangible property* doesn't include data.

*Previously known physical damage to tangible property of others* means physical damage to tangible property of others that happened before this agreement begins and was known by you, or any described authorized person, before this agreement begins as a result of any of the following at that time:

• You, or such described authorized person, reporting all or part of that property damage to us or any other insurer.

• You, or such described authorized person, receiving a claim or suit for all or part of that property damage.

• Such described authorized person witnessing, or being told of, the beginning, or any change, continuation, or resumption, of all or part of that property damage.

*Event* means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

We explain the terms:

WCD 04414

• claim and suit in the Right and duty to defend a protected person section;

• other organization in the Public entity or other organization section; and

• employee in the Employees and volunteer workers section.

Personal injury liability. We'll pay amounts any protected person is legally required to pay as damages for covered personal injury that:

• results from your operations; and

• is caused by a personal injury offense committed while this agreement is in effect.

*Personal injury* means injury, other than bodily injury or advertising injury, that's caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

• False arrest, detention, or imprisonment.

• Malicious prosecution.

• Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that a person occupies, if such entry or eviction is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.

• Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies, if such invasion is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.

• Libel, or slander, in or with covered material.

• Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.

• Making known to any person or organization covered material that violates a person's right of privacy.

*Covered material* means any material in any form of expression, including material made known in or with any electronic means of communication, such as the Internet.

But we won't consider the following to be covered material:

LPP CONFIDENTIAL

- Any website, part of a website, or content of a website, that's designed, built, maintained, or determined for others by or for any protected person whose business is designing, building, or maintaining, or determining the content of, websites for others.

- Any material made known in an electronic chatroom or bulletin board over which any protected person exercises control, or that any protected person hosts or owns.

**Advertising injury liability.** We'll pay amounts any protected person is legally required to pay as damages for covered advertising injury that:

- results from the advertising of your facilities, operations, or services, or your products, your work, or your completed work; and

- is caused by an advertising injury offense committed while this agreement is in effect.

We won't consider advertising, borders, or frames for or of others, or links for or to others, that are on or in your website to be advertising of your facilities, operations, or services, or your products, your work, or your completed work.

*Advertising injury* means injury, other than bodily injury or personal injury, that's caused by an advertising injury offense.

*Advertising injury offense* means any of the following offenses:

- Libel, or slander, in or with covered material.

- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.

- Making known to any person or organization covered material that violates a person's right of privacy.

- Unauthorized use of any advertising idea or advertising material, or any slogan or title, of others in your advertising.

*Advertising* means attracting the attention of others by any means for the purpose of seeking or increasing:

- interest or participation in civic, educational, entertainment, recreational, or social activities or events;

- private or public development, growth, or investment;

- use of facilities or services by others; or

- visits by tourists, travelers, or membership, trade, or similar groups, organizations, or shows.

*Advertising idea* means a manner or style of advertising that others use and intend to attract attention in their advertising.

But we won't consider information used to identify or record customers or supporters, such as a list of customers or supporters, to be an advertising idea.

*Advertising material* means any covered material that:

- is subject to copyright law; and

- others use and intend to attract attention in their advertising.

*Slogan* means a phrase that others use and intend to attract attention in their advertising.

But we won't consider slogan to include a phrase used as, or in, the name of:

- any person or organization, other than you; or

- any business, or any of the premises, products, services, work, or completed work, of any person or organization, other than you.

*Title* means a name of a literary or artistic work.

We explain the terms:

- covered material in the Personal injury liability section of this What This Agreement Covers section; and

- your products, your work, and your completed work in the Products and completed work total limit section.

**Medical expenses.** We'll pay covered medical expenses that are incurred for bodily injury which is caused by an event that:

- begins while this agreement is in effect; and

WCD 04415

G0209 Rev. 10-02 Printed in U.S.A.
Page 4 of 32                    ©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

CONFIDENTIAL

The St Paul

esults from your activities, happens at, on, or in any premises that you rent or lease from others, or own, or happens on the ways next to such premises;

even if the protected person isn't legally required to pay such expenses.

*Medical expenses* means the reasonable expenses incurred by any person or organization for necessary medical services received by a person anytime within three years of the beginning date of an event which causes that person to sustain bodily injury.

*Medical services* includes:

- first aid received at the time of an event;
- ambulance and emergency care services;
- dental, hospital, medical, nursing, surgical, x-ray, and other health care professional services;
- artificial limbs and organs; and
- funeral services.

We explain the term health care professional services in the Health care professional services exclusion.

**Right and duty to defend a protected person.** We'll have the right and duty to defend any protected person against a claim or suit for injury or damage covered by this agreement. We'll have such right and duty even if all of the allegations of the claim or suit are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

We'll have the right to investigate any event, offense, claim, or suit to the extent we believe is proper. We'll also have the right to settle any claim or suit within:

- any applicable deductible; or
- the available limit of coverage.

Our duty to defend protected persons ends when we have used up the limit of coverage that applies with the payment of:

- judgments;
- settlements; or
- medical expenses.

*Claim* means a demand that seeks damages.

*Suit* means a civil proceeding that seeks damages. It includes:

- an arbitration proceeding for damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for damages to which the protected person submits with our consent.

*Injury or damage* means:

- bodily injury, personal injury, or advertising injury; or
- property damage.

*Offense* means any:

- personal injury offense; or
- advertising injury offense.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when we:

- investigate or settle the claim or suit; or
- defend the protected person against the claim or suit.

These payments are in addition to the limits of coverage.

Our duty to make additional payments ends when we have used up the limit of coverage that applies with the payment of:

- judgments;
- settlements; or
- medical expenses.

*Our expenses.* We'll pay all expenses we incur.

*Bail bonds.* We'll pay up to $2,500 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which this agreement applies. We don't have to furnish such bonds.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the available

WCD 04416

G0209 Rev. 10-02 Printed in U.S.A.
©St Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

Insuring Agreement

Page 5 of 32

CONFIDENTIAL

mit of coverage. We don't have to furnish such bonds.

*enses incurred by protected persons at request.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit. But we won't pay more than $500 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person for covered injury or damage in a suit.

*Prejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of that offer.

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

*Appeal bonds.* If we have the duty to appeal a judgment that includes damages covered by this agreement, and you agree we can appeal that judgment, we'll pay the cost of any appeal bond required for that appeal. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond. The results of an appeal won't change the limits of coverage that apply under this agreement.

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment that we don't have a duty to appeal. But only if the judgment:

• includes damages covered by this agreement;

• is awarded in a suit for which we defend a protected person; and

• is awarded against the protected person.

If we appeal such a judgment, we'll pay the following that result directly from that appeal:

• All expenses we incur.

• All reasonable expenses that any protected person incurs at our request while helping us, with the appeal, other than the cost of appeal bonds.

• The cost of any required appeal bond. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond.

• All postjudgment interest that accumulates on the full amount of the judgment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

These payments are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

## When This Agreement Covers

**Bodily injury and property damage liability.** We'll apply this agreement to claims or suits for covered bodily injury or property damage whenever they're made or brought.

**Personal injury liability.** We'll apply this agreement to claims or suits for covered personal injury whenever they're made or brought.

**Advertising injury liability.** We'll apply this agreement to claims or suits for covered advertising injury whenever they're made or brought.

WCD 04417

G0209 Rev. 10-02 Printed in U.S.A.
Page 6 of 32    ©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

[!] CONFIDENTIAL

Medical expenses. We'll apply this agreement to covered medical expenses only when they're reported to us within one year of the beginning date of the event.

## Where This Agreement Covers

We'll apply, and make payments under, this agreement only in the coverage territory and only for:

- covered injury or damage that's caused by events which happen, or offenses which are committed, there, and

- covered medical expenses that are incurred for bodily injury which is caused by events that happen there.

However, we'll also apply, and make payments under, this agreement in the coverage territory for covered injury or damage that's caused by events which happen, or offenses which are committed, in the rest of the world if the protected person's liability for such injury or damage is determined in a suit on the merits in the coverage territory, or in a settlement agreed to by us, and:

- the events or offenses result from the activities of a person whose home is in the coverage territory, but is away from there for a short time on your business;

- the events result from your products that are made or sold by you in the coverage territory; or

- the offenses are committed in or with any electronic means of communication, such as the Internet.

For example:

*Your public official travels on an economic development fact-finding trip to Norway for two weeks. While there, the official allegedly causes bodily injury to a Norwegian citizen. A few months later, the Norwegian citizen sues you for the alleged bodily injury. If the suit is brought against you in the coverage territory, and it seeks damages for bodily injury covered by this agreement, we'll have the duty to defend you against the suit and pay covered damages awarded in a judgment against you. However, if the suit is brought against you in Norway, or*

*anywhere else outside of the coverage territory, we won't have a duty to defend you there. Also, we won't have a duty to pay a judgment awarded by a court there, even if the judgment is later recognized and enforced by a court in the coverage territory.*

*Coverage territory* means:

- the United States of America, including its territories and possessions;

- Puerto Rico;

- Canada; and

- international waters or airspace only during travel or transportation between any of the above places.

We explain the term your products in the Products and completed work total limit section.

## Who Is Protected Under This Agreement

**Public entity.** If you're shown in the Introduction as a named insured and a public entity, you're a protected person.

**Elected or appointed officials and members.** Your lawfully elected or appointed officials, directors, or executive officers, or members of any of your agencies, boards, or commissions, are protected persons only for the conduct of their duties as your lawfully elected or appointed officials, directors, executive officers, or members.

However, no elected or appointed official, director, executive officer or member is a protected person for bodily injury or personal injury to:

- you;

WCD 04418

- any of your employees;

- the spouse, or any child, parent, brother, or sister, of that employee if such injury results from the bodily injury or personal injury to such employee;

- any fellow elected or appointed official, director, executive officer, or member; or

- the spouse, or any child, parent, brother, or sister, of that fellow elected or appointed official, director, executive officer, or member if such injury results from the bodily injury or personal injury

CONFIDENTIAL

to such fellow elected or appointed official, director, executive officer, or member.

is any elected or appointed official, director, executive officer, or member a protected person for any obligation to share damages with or repay someone else who must pay damages because of such bodily injury or personal injury.

Also, no elected or appointed official, director, executive officer, or member is a protected person for property damage to property that's controlled by:

* you;
* any of your employees; or
* that elected or appointed official, director, executive officer, or member.

But we won't apply the exclusions in this Elected or appointed officials and members section to premises damage.

**Employees and volunteer workers.** Your employees are protected persons only for:

* work done within the scope of their employment by you;
* their performance of duties related to the conduct of your operations; or
* their acts as good samaritans in response to an accident or public emergency.

And your volunteer workers are protected persons only for activities or work they conduct or perform:

* at your direction; and
* within the scope of their duties for you.

However, no employee or volunteer worker is a protected person for bodily injury or personal injury to:

* you;
* any of your elected or appointed officials, directors, executive officers, or members of any of your agencies, boards, or commissions;
* the spouse, or any child, parent, brother, or sister, of such elected or appointed official, director, executive officer, or member if such injury results from the bodily injury or personal injury to such elected or appointed official, director, executive officer, or member;

any fellow employee;

* any fellow volunteer worker or any of your employees; or
* the spouse, or any child, parent, brother, or sister, of any fellow employee or any fellow volunteer worker, or any of your employees, which results from the bodily injury or personal injury to that fellow employee, that fellow volunteer worker, or that employee.

Nor is any employee or volunteer worker a protected person for any obligation to share damages with or repay someone else who must pay damages because of such bodily injury or personal injury.

Also, no employee or volunteer worker is a protected person for property damage to property that's controlled by:

* you;
* any of your elected or appointed officials, directors, executive officers, or members;
* that employee or any fellow employee; or
* that volunteer worker, any fellow volunteer worker, or any of your employees.

But we won't apply the exclusions in this Employees and volunteer workers section to premises damage.

Nor will we apply this Employees and volunteer workers section to your elected or appointed officials. Instead, we'll apply the Elected or appointed officials and members section to them.

*Employee* includes a leased worker, other than a leased temporary worker.

*Leased worker* means any person who:

* is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
* is performing duties related to the conduct of the hirer's business.

*Volunteer worker* means any person who:

* isn't working within the scope of his or her employment as an employee or as a leased temporary worker;
* donates his or her work; and
* isn't paid a fee, salary, or other compensation for that work.

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

CONFIDENTIAL

WCD 04419

*Employee leasing firm* means any person or organization that hires out workers to others. Includes any:

- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Leased temporary worker* means a leased worker who is hired to:

- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions.

*Controlled by* means:

- owned, rented, leased, occupied, borrowed, or used by;
- in the care, custody, or control of; or
- being physically controlled for any purpose by.

We explain the term premises damage in the Each event limit section.

**Real estate managers.** Your real estate managers are protected persons only for their management of premises that you rent, lease, or borrow from others, or own. They may be persons or organizations.

But we won't apply this Real estate managers section to your employees or volunteer workers. Instead, we'll apply the Employees and volunteer workers section to them.

**Landlords.** Any landlord, lessor, manager, or owner of a premises rented, loaned, or leased to, or borrowed by, you is a protected person only for the ownership, maintenance, or use of that premises while you rent, lease, or borrow it.

However, no landlord, lessor, manager, or owner of such premises is a protected person for injury or damage that results from any of the following work while being done by or for that landlord, lessor, manager, or owner:

- Structural changes.
- New construction work.
- Demolition work.

But we won't apply this Landlords section to your real estate managers. Instead, we'll apply the Real estate managers section, or the Employees and volunteer workers section, whichever section is applicable, to them.

**Equipment lessors.** Any lessor or owner of equipment rented or leased to you is a protected person only for your operation, maintenance, or use of that equipment while you rent or lease it.

However, no equipment lessor or owner is a protected person for injury or damage that results from its sole negligence.

**Operators of registered mobile equipment.** Any operator of registered mobile equipment is a protected person only for covered bodily injury or property damage that results from his or her driving of such equipment on a public street or road with your permission.

Any other person or organization legally responsible for the driving conduct of an operator of such mobile equipment is also a protected person only for such bodily injury or property damage. But only if there's no valid and collectible other insurance that applies to such liability and is available to that person or organization.

However, no operator of such mobile equipment or other person or organization is a protected person for:

- bodily injury to a fellow employee of the operator; or
- property damage to property controlled by you or the employer of the operator.

Also, if any operator of such mobile equipment is your employee or volunteer worker, we'll also apply the exclusions in the Employees and volunteer workers section to that operator to the extent those exclusions would otherwise apply.

*Registered mobile equipment* means mobile equipment that's registered in your name under a motor vehicle registration law.

We explain the terms:

- employee, volunteer worker, and controlled by in the Employees and volunteer workers section;

WCD 04420

[T] CONFIDENTIAL

mobile equipment in the Mobile equipment exclusion; and

other insurance in the Other Insurance section.

**Watercraft users.** Any person or organization who uses or is responsible for the use of watercraft you own or use is a protected person. But only for covered bodily injury or property damage that results from the use of such watercraft with your permission.

**Persons or organizations as required by written contract.** Any person or organization that:

- is not otherwise a protected person under this agreement; and
- you agree in a written contract or agreement to add as an additional protected person under this agreement;

is a protected person, but only for covered injury or damage that results from your work for such person or organization.

However, no such person or organization under contract is a protected person for:

- injury or damage that results from its sole negligence; or
- bodily injury or property damage that happened, or personal injury or advertising injury caused by an offense that's committed, before such written contract is made.

We explain the term your work in the Products and completed work total limit section.

**Separation of protected persons.** We'll apply this agreement separately to each protected person.

However, all protected persons share the limits of coverage shown in the Coverage Summary. We explain how in the Limits Of Coverage section.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

The limits of coverage shown in the Coverage Summary and the information contained in this section fix the most we'll pay as damages and medical expenses, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**General total limit.** This is the most we'll pay for the combined total of:

- all covered bodily injury and property damage that happens in a policy year;
- all covered personal injury that's caused by all personal injury offenses committed in a policy year;
- all covered advertising injury that's caused by all advertising injury offenses committed in a policy year; and
- all covered medical expenses that are incurred for bodily injury which is caused by all events that begin in a policy year.

However, we won't apply this limit to bodily injury or property damage that results from your products or your completed work. Instead, we'll apply the products and completed work total limit to such bodily injury or property damage covered by this agreement.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever period is shorter. But when that period is longer than one year, policy year means each of the following periods of time that this agreement is in effect, starting with the beginning date of this agreement:

- Each consecutive one-year period.
- Any period that remains after the last consecutive one-year period.

However, if the original policy period shown in the Introduction is extended for a period of less than one year, we'll consider each such extended period to be part of the last policy year, regardless of the number of extensions provided.

For example:

WCD 04421

[!] CONFIDENTIAL

*Your original policy period is two years
[ ] nine months long. As a result, it has
[th]ree policy years, each one separate from
[th]e other. The first is the first one-year
period. The second is the next one-year
period. And the third is the remaining
nine-month period.*

*During the third policy year you request,
and we provide, two separate extensions of
the policy period: a three-month extension,
and then a four-month extension. As a
result, the third policy year becomes
sixteen months long and is still subject to
the same limits of coverage that applied
when it was nine months long.*

We explain the products and completed work
total limit, and the terms your products and
your completed work, in the Products and
completed work total limit section.

**Products and completed work total limit** This
is the most we'll pay for the combined total
of:

- all covered bodily injury and property
  damage that results from your products
  and happens in a policy year; and

- all covered bodily injury and property
  damage that results from your completed
  work and happens in a policy year.

*Your products* means any of the goods or
products that are or were manufactured,
sold, handled, distributed, or disposed of by:

- you;

- others using your name; or

- any person or organization whose business
  or assets you've acquired.

Your products includes potable water sold
by or distributed by you.

Your products also includes:

- all containers, equipment, materials, or
  parts provided with or for your products;

- any warranty provided with or for your
  products;

- any statement made, or that should have
  been made, about the durability, fitness,
  handling, maintenance, operation,
  performance, quality, safety, or use of
  your products; and

- all warnings, instructions, or directions
  provided, or that should have been
  provided, with or for your products.

But we won't consider the following to be
your products:

- Goods or products that are still in your
  physical possession or on a premises that
  you rent, lease, or borrow from others, or
  own.

- Real property.

- Containers that are vehicles provided with
  or for your products.

- Property that's rented or leased to others.

- Property that you haven't sold, but which
  you allow others to use. For example, a
  vending machine.

*Your completed work* means your work that:

- is completed, including work that may
  need service, maintenance, correction,
  repair, or replacement, but which is
  otherwise complete; or

- has been abandoned by you.

We'll consider your work to be completed at
the earliest of the following times:

- When all of the work called for in your
  contract has been completed.

- When all of the work to be done at the
  work site has been completed, if your
  contract calls for work at more than one
  site.

- When that part of the work at the work
  site has been put to its intended use by
  any person or organization, other than
  another contractor or subcontractor
  working on the same project.

Your completed work includes:

- any warranty provided with or for your
  completed work;

- any statement made, or that should have
  been made, about the durability, fitness,
  handling, maintenance, operation,
  performance, quality, safety, or use of
  your completed work; and

- all warnings, instructions, or directions
  provided, or that should have been
  provided, with or for your completed
  work.

WCD 04422

 CONFIDENTIAL

The St Paul

But we won't consider the following to be our completed work:

Uninstalled equipment, abandoned or unused materials or parts, or tools.

- Work done in connection with transporting property.
- Any premises or other real property that you own.
- Any work done to a premises or other real property that you rent or lease from others, or own.
- Any work while on a premises that you rent, lease, or borrow from others, or own.

However, we'll consider a condition created in or on a vehicle in the course of work done in connection with transporting property to be your completed work if:

- the vehicle isn't owned or operated by you;
- the condition is created by the loading or unloading of the vehicle by a protected person; and
- the condition causes bodily injury or property damage.

*Your work* means any:

- work that you're performing or others are performing for you; or
- service that you're providing or others are providing for you.

Your work includes:

- all equipment, materials, parts, or tools being provided or used with or for your work or service;
- any statement being made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your work or service; and
- all warnings, instructions, or directions being provided, or that should have been provided, with or for your work or service.

We explain the term loading or unloading in the Auto exclusion.

**Personal injury each person limit.** This is the most we'll pay for all covered personal injury that:

- is sustained by any one person or organization; and
- is caused by all personal injury offenses committed in a policy year.

**Advertising injury each person limit.** This is the most we'll pay for all covered advertising injury that:

- is sustained by any one person or organization; and
- is caused by all advertising injury offenses committed in a policy year.

**Each event limit.** This is the most we'll pay for the combined total of:

- all covered bodily injury and property damage that's caused by any one event; and
- all covered medical expenses that are incurred for bodily injury which is caused by any one event.

However, the most we'll pay for covered bodily injury or property damage that's caused by any one event or covered medical expenses that are incurred for bodily injury which is caused by any one event is further limited by the following:

*Failure to supply limit.* This is the most we'll pay for all covered bodily injury, property damage, and medical expenses that:

- result from the failure of any protected person to adequately supply electricity, gas, oil, steam, or water service; and
- are caused by any one event.

*Medical expenses limit.* This is the most we'll pay for all covered medical expenses that are incurred for bodily injury which:

- is sustained by any one person; and
- is caused by any one event.

*Premises damage limit.* This is the most we'll pay for all covered premises damage that's caused by any one event.

*Premises damage* means property damage to:

- any premises that you rent, lease, or borrow from others; or
- the contents of any premises that you rent from others if you rent such premises

WCD 04423

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved
[T] CONFIDENTIAL

for a period of seven or fewer consecutive days.

*ewer back-up limit.* This is the most .ve'll pay for all covered bodily injury, property damage, and medical expenses that:

- result from the back-up of sewage into a building from any sewage facility or sanitary sewer that you own, operate, or maintain; and

- is caused by any one event.

How the limits of coverage apply if a total limit is left blank. If the amount of the general total limit or the products and completed work total limit is left blank in the Coverage Summary, we'll consider that total limit to be the same as the each event limit or $200,000, whichever amount is more.

## Exclusions – What This Agreement Won't Cover

Advertising, broadcasting, or publishing business. We won't cover personal injury that results from any of the following personal injury offenses committed by or for any protected person whose business is advertising, broadcasting, or publishing, if such offense is committed in any advertising, broadcasting, or publishing done by or for that protected person:

- Libel, or slander, in or with covered material.

- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.

- Making known to any person or organization covered material that violates a person's right of privacy.

Nor will we cover advertising injury that results from an advertising injury offense committed by or for any protected person whose business is advertising, broadcasting, or publishing.

We won't consider the placement of advertising, borders, or frames for or of others, or links for or to others, on or in a protected person's website, by itself, to mean that protected person's business is advertising.

*Broadcasting* means transmitting any audio or visual material for any purpose:

- by radio or television; or

- in or with any other electronic means of communication, such as the Internet, if that material is part of radio or television programming, other entertainment, music, or news programming, or advertising transmitted with that programming.

*Publishing* means creating and producing any material in any format for distribution or sale to others for any purpose.

But we won't consider creating and producing any of the following material in any format to be publishing:

- Correspondence written in the conduct of your operations.

- Material, including bulletins, financial or annual reports, or newsletters, that describes or reports your operations, your products, your work, or your completed work.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

Aircraft. We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;

- loading or unloading;

- entrustment to others; or

- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any aircraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to the liability of another to pay damages for bodily injury or property damage if you have assumed such liability under a covered contract that:

- is for the ownership, maintenance, use, or operation of an aircraft; and

- was made before the bodily injury or property damage happens.

Nor will we apply this exclusion to:

WCD 04424

CONFIDENTIAL

bodily injury, property damage, or medical expenses that result from the operation of specialized equipment; or

premises damage.

Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the use of an aircraft chartered by a protected person if:

- the aircraft is chartered with crew, including a pilot; and

- the protected person isn't using the aircraft to carry persons or property for a charge.

We explain the terms:

- covered contract in the Contract liability exclusion;

- entrustment to others, loading or unloading, and supervision of others, in the Auto exclusion;

- premises damage in the Each event limit section; and

- specialized equipment in the Mobile equipment exclusion.

**Asbestos.** We won't cover injury or damage or medical expenses that result from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of asbestos in any form by any person; or

- existence of asbestos in any form.

Nor will we cover injury or damage that results from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of any other solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and waste, in any form by any person; or

- existence of any such other irritant or contaminant in any form;

and is part of any claim or suit that also alleges any injury or damage described in the first paragraph of this exclusion.

We also won't cover any loss, cost, or expense that results from any request, demand, order, or statutory or regulatory requirement that any protected person or others:

- test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize asbestos in any form; or

- respond to, or assess, in any way the effects of asbestos in any form.

Because asbestos and any such other irritants or contaminants are pollutants, this exclusion applies in addition to any of the following exclusions that apply:

- Pollution injury or damage exclusion.

- Pollution work loss, cost, or expense exclusion.

- Any other pollution-related exclusion made part of this agreement.

We explain the terms pollutant and waste in the Pollution injury or damage exclusion.

**Auto.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;

- loading or unloading;

- entrustment to others; or

- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any auto owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the parking of an auto on a premises, or on the ways next to such premises, if:

- the premises is owned, rented, leased, or borrowed by you; and

- the auto isn't owned, rented, leased, or borrowed by any protected person.

Nor will we apply this exclusion to:

- bodily injury, property damage, or medical expenses that result from the operation of specialized equipment; or

- premises damage.

*Auto* means any land motor vehicle, trailer, or semitrailer that's designed for travel on public streets or roads.

WCD 04425

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

We'll consider any machinery or equipment that's permanently attached to an auto to be part of the auto.

But we won't consider mobile equipment to be an auto.

*Loading or unloading* means the handling of property:

° while it's being moved from the place where it's accepted for transportation;

° while it's being loaded, transported, and unloaded; and

° until it's moved to the place where it's finally delivered.

But we won't consider moving property by an unattached mechanical device to be loading or unloading.

*Unattached mechanical device* includes any forklift, conveyor, or other unattached mechanical device, other than a hand truck.

*Entrustment to others* means:

° the permitting of others to use or do something; or

the giving of something to others for safekeeping.

*Supervision of others* means:

° the directing, managing, or supervising of a worker, including his or her employment, hiring, evaluation, training, or work; or

° the directing, monitoring, safekeeping, or supervising of any other person or organization for any reason.

We explain the terms:

° mobile equipment and specialized equipment in the Mobile equipment exclusion; and

° premises damage in the Each event limit section.

**Breach of contract.** We won't cover personal injury or advertising injury that results from the failure of any protected person to do what is required by a contract or agreement.

But we won't apply this exclusion to advertising injury that results from the nauthorized use of any advertising idea of thers in your advertising if such use isn't

specifically prohibited by the contract or agreement.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to injury or damage for which the protected person would have liability without the contract or agreement.

Nor will we apply this exclusion to the liability of another to pay damages for:

° bodily injury or property damage sustained by others if you have assumed such liability under a covered contract made before the bodily injury or property damage happens; or

° personal injury or advertising injury sustained by others if you have assumed such liability under a covered contract made before the offense that causes such injury is committed.

Also, if you have agreed under the same covered contract to defend, or pay for the defense of, an indemnitee against a claim or suit for such injury or damage covered by this agreement, we'll defend the indemnitee against the claim or suit. But we'll do so because of that covered contract only if:

° that indemnitee isn't a protected person for such injury or damage;

° the claim or suit is for injury or damage for which you have assumed the liability of that indemnitee under the covered contract;

° the injury or damage is covered by this agreement;

° the claim or suit is made or brought against you and that indemnitee;

° we are defending you against the claim or suit under this agreement;

° all of our indemnitee defense control and authority requirements are fulfilled; and

° all of our indemnitee defense cooperation and notice requirements are fulfilled.

When we provide that contract liability indemnitee defense coverage, we'll do the following:

° We'll defend the indemnitee even if all of the allegations of the claim or suit are

G0209 Rev. 10-02 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

Insuring Agreement

Page 15 of 32

WGD-04426    [ ] CONFIDENTIAL

groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

- We'll pay all covered indemnitee defense expenses incurred by us in connection with such claim or suit. Such payments are in addition to the limits of coverage.

However, our duty to defend the indemnitee, or pay indemnitee defense expenses incurred by us, under that contract liability indemnitee defense coverage ends when that indemnitee fails to comply with any of our indemnitee defense cooperation and notice requirements. It also ends when we have used up the limit of coverage that applies with the payment of:

- judgments;
- settlements; or
- medical expenses.

When we don't provide that contract liability indemnitee defense coverage for the indemnitee, we'll pay covered indemnitee defense expenses assumed under contract that:

- are incurred by or for that indemnitee; and
- are awarded against you in a judgment or agreed to by us in a settlement;

as if they're amounts you're legally required to pay as damages for injury or damage covered by this agreement. Payments of such amounts are subject to the limits of coverage. Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of:

- judgments;
- settlements; or
- medical expenses.

We'll have the right to appeal a judgment awarded in a suit against an indemnitee if:

- the judgment includes damages for injury or damage for which you have assumed liability under a covered contract;
- such injury or damage is covered by this agreement;
- the indemnitee and its insurers don't appeal the judgment; and
- you agree we may seek the cooperation of the indemnitee for such an appeal.

If we appeal such a judgment, we'll pay the following that result directly from that appeal:

- All expenses we incur.
- All reasonable expenses that any protected person and the indemnitee incur at our request while helping us with the appeal, other than the cost of appeal bonds.
- The cost of any required appeal bond. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the indemnitee, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond.
- All postjudgment interest that accumulates on the full amount of the judgment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

These payments are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

*Covered contract* means:

- any easement or license agreement;
- any elevator maintenance agreement;
- any lease of premises, other than that part which indemnifies a person or organization for property damage to a premises that you rent, lease, or borrow from others;
- any obligation to indemnify a municipality that is required by ordinance and isn't connected with your work for the municipality;
- any sidetrack agreement;
- that part of any other contract or agreement under which you assume the tort liability of a municipality to pay damages for injury or damage that results from your work for the municipality; or
- that part of any other contract or agreement under which you assume the tort liability of another to pay damages for injury or damage.

But we won't consider the following parts of those other contracts or agreements

WCD 04427

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved
CONFIDENTIAL

under which you assume the tort liability of
other to pay damages to be a covered
contract.

o Architect, engineer, or surveyor indemnity.

o Architect, engineer, or surveyor
professional services by protected person
indemnity.

o War indemnity.

*Tort liability* means a liability that would be
imposed by law without any contract or
agreement.

*Architect, engineer, or surveyor indemnity*
means that part which indemnifies any
architect, engineer, or surveyor for injury or
damage that results from:

o the preparation or approval of, or failure
to prepare or approve, any drawing and
specification, or any map, opinion, report,
survey, change order, field order, or shop
drawing; or

o the giving of or failure to give any
direction or instruction if that giving or
failure to give is the primary cause of the
injury or damage.

*Architect, engineer, or surveyor professional
services by protected person indemnity*
means that part which indemnifies any
person or organization for injury or damage
that results from the performance of or
failure to perform architect, engineer, or
surveyor professional services by the
protected person who is an architect,
engineer, or surveyor.

*Architect, engineer, or surveyor professional
services* includes:

o the preparation or approval of any drawing
and specification, or any map, opinion,
report, survey, change order, field order,
or shop drawing; and

o any architectural, engineering, inspection,
or supervisory activity.

*War indemnity* means that part which
indemnifies any person or organization for
bodily injury or property damage that results
from war.

*Indemnitee* means any person or
organization that you have agreed under a
covered contract to indemnify or hold
harmless.

*Indemnitee defense control and authority
requirements* means the following
requirements that must be fulfilled for us to
defend an indemnitee against a claim or suit
under this agreement:

o You and the indemnitee must ask us to
conduct and control the defense of the
indemnitee against the claim or suit under
this agreement.

o We must determine that there's no conflict
between your interests and those of the
indemnitee, based on the allegations in the
claim or suit and on what we know about
the factual and legal basis for the
damages being sought.

o You and the indemnitee must each agree
in writing that we can assign the same
counsel to defend you and the indemnitee.

o The indemnitee must give us authority in
writing to conduct and control its defense
against the claim or suit.

o The indemnitee must give us authority in
writing to obtain records and other
information related to the claim or suit.

o The indemnitee must agree in writing to
comply with our indemnitee defense
cooperation and notice requirements.

*Indemnitee defense cooperation and notice
requirements* means the following
requirements that must be fulfilled for us to
continue defending an indemnitee against a
claim or suit under this agreement:

o The indemnitee must cooperate with us in
the investigation, settlement, or defense
of the claim or suit.

o The indemnitee must provide us with a
copy of any demand, notice, summons, or
legal paper received in connection with the
claim or suit as soon as possible after it
is received.

o The indemnitee must give notice of the
claim or suit to any provider of other
insurance that provides coverage which
applies to the claim or suit and is
available to the indemnitee.

o The indemnitee must help us coordinate
the application of such other insurance to
the claim or suit.

*Indemnitee defense expenses incurred by us*
means the:

o attorney fees and necessary litigation
expenses incurred by us to defend an

WCD 04428

G0209 Rev. 10-02 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

Insuring Agreement

Page 27 of 32 CONFIDENTIAL

indemnitee against a claim or suit for damages covered by this agreement; and

necessary litigation expenses incurred by the indemnitee at our request in connection with the claim or suit.

*Indemnitee defense expenses assumed under contract* means the reasonable attorney fees and necessary litigation expenses that:

- are incurred by or for an indemnitee to defend itself against a claim or suit for damages covered by this agreement; and

- are subject to a covered contract under which you have agreed to defend, or pay for the defense of, the indemnitee against the claim or suit.

We explain the terms:

- your work in the Products and completed work total limit section;

- war in the Medical expenses of certain persons exclusion; and

- other insurance in the Other Insurance section.

**Control of property.** We won't cover property damage to the following property:

- Property that you rent, lease, or borrow from others, own, or occupy. But we won't apply this exclusion part to premises damage.

- Premises that you sell, give away, or abandon if such property damage results from any part of those premises. But we won't apply this exclusion part to property damage to premises that are your completed work and were never occupied, rented, or held for rental by you.

- Personal property that's in the care, custody, or control of the protected person. But we won't apply this exclusion part to premises damage.

- That particular part of real property being worked on by or for you if such property damage results from your work.

- That particular part of any property that must be restored, repaired, or replaced because your work was incorrectly performed on it. But we won't apply this exclusion part to property damage that results from your completed work.

Furthermore, we won't apply this exclusion to the liability of another to pay damages for property damage, other than property damage to the property described below, if you have assumed such liability under a sidetrack agreement made before the property damage happens:

- Property that you rent or lease from others, own, or occupy.

- Premises that you sell, give away, or abandon.

We explain the terms:

- premises damage in the Each event limit section; and

- your work and your completed work in the Products and completed work total limit section.

**Damage to your products or completed work.** We won't cover property damage to any of your products that's caused by your products themselves or by any of their parts. For example:

*You manufacture road signs for others. Regardless of the cause, we won't protect you for any property damage to the road signs.*

Nor will we cover property damage to your completed work that's caused by your completed work itself or by any of its parts. But we won't apply this exclusion part to such property damage if:

- your completed work that's damaged, or your completed work that causes the property damage, was done for you by others; and

- this agreement provides coverage for such completed work.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Deliberately breaking the law.** We won't cover personal injury or advertising injury that results from:

- the protected person knowingly breaking any criminal law; or

- any person or organization breaking any criminal law with the consent or knowledge of the protected person.

**Employers liability.** We won't cover bodily injury to an employee of the protected

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

WCD 04429    [I] CONFIDENTIAL

person arising out of and in the course of his or her:

employment by the protected person; or

* performance of duties related to the conduct of the protected person's operations.

Nor will we cover bodily injury to the spouse, or any child, parent, brother, or sister, of that employee, which results from the bodily injury to that employee.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity, such as a property owner or product manufacturer. For example:

*Your employee is injured while driving your truck when the truck goes in the ditch around a sharp curve in the road. He receives workers compensation benefits. If he later sues you in your capacity as a property owner, alleging that his injury happened because the road design was defective, we won't protect you.*

We'll apply this exclusion to any obligation of the protected person to share damages with, or repay someone else who must pay damages for, such bodily injury to:

* that employee; or
* the spouse, or any child, parent, brother, or sister, of that employee.

For example:

*Your employee is injured in a printing press accident. She receives workers compensation benefits. Later, she and her husband sue the manufacturer of the printing press, alleging that her injury happened because the press didn't have enough guarding devices on it. In that suit, her husband seeks compensation for her care and loss of services and for physical harm he has sustained as a result of his wife's injuries. If the manufacturer in turn sues you, alleging that your faulty maintenance of the press – not the lack of guarding devices – resulted in the employee's injury, we won't protect you.*

But we won't apply this exclusion to the liability of another to pay damages for

bodily injury if you have assumed such liability under a covered contract made before the bodily injury happens.

We explain the terms:

* covered contract in the Contract liability exclusion; and
* employee in the Employees and volunteer workers section.

**Employment-related practices.** We won't cover personal injury to any protected person's current, former, or prospective employee, leased temporary worker, or independent contractor that results from any:

* refusal to hire that person;
* termination of that person's employment, leased temporary worker status, or independent contractor status; or
* other act, omission, policy, or practice related to that person's current, former, or prospective employment, leased temporary worker status, or independent contractor status and applied to that person, such as coercion, demotion, discipline, discrimination, evaluation, harassment, humiliation, libel, reassignment, or slander, or violation of the person's right of privacy.

For example:

*You terminate an employee for falsifying business travel expenses. You explain the reason for the termination of that employee to one of your customers. If your former employee later sues you for slander, we won't protect you.*

Nor will we cover personal injury to the spouse or any child, parent, brother, or sister of that employee, worker, or independent contractor which results from the personal injury to that employee, worker, or independent contractor.

We'll also apply this exclusion to any obligation of the protected person to share damages with, or to repay someone else who must pay damages for, such personal injury to:

* that employee, worker, or independent contractor; or

WCD 04430

[!] CONFIDENTIAL

the spouse, or any child, parent, brother, or sister of that employee, worker, or independent contractor.

We'll consider any protected person's prospective employee, leased temporary worker, or independent contractor to include any person who applies or seeks to be any protected person's employee, leased temporary worker, or independent contractor.

*Independent contractor* means any person who:

- has a contract with the protected person to perform for the protected person certain duties related to the conduct of the protected person's business; and
- isn't the protected person's employee, leased temporary worker, or volunteer worker.

We explain the terms employee, leased temporary worker, and volunteer worker in the Employees and volunteer workers section.

**Expected or intended bodily injury or property damage.** We won't cover bodily injury or property damage that's expected or intended by the protected person.

Nor will we cover medical expenses that result from such bodily injury.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the use of reasonable force to protect persons or property.

**Failure to supply service.** We won't cover bodily injury or property damage or medical expenses that result from the failure of any protected person to adequately supply electricity, gas, oil, steam, or water service.

However, we won't apply this exclusion if the failure to supply results from accidental damage to tangible property owned or used by any protected person to obtain, produce, process, or transmit such service.

Nor will we apply this exclusion if there is a Failure to supply limit greater than zero shown in the Coverage Summary.

False material. We won't cover personal injury or advertising injury that results from false material that:

- was made known by or for the protected person; and
- the protected person knew was false when it was made known.

**Health care professional services.** We won't cover injury or damage or medical expenses that result from the performance of or failure to perform health care professional services.

But we won't apply this exclusion to any protected person who:

- isn't a medical doctor or nurse; and
- is acting as a good samaritan in response to an accident or public emergency.

*Health care professional services* includes:

- any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;
- the dispensing of drugs or medical or dental supplies and appliances; and
- the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

**Impaired property.** We won't cover property damage to impaired property, or to property that isn't physically damaged, that results from:

- your products that are faulty or dangerous;
- your completed work that is faulty or dangerous; or
- a delay or failure in fulfilling the terms of a contract or agreement.

But we won't apply this exclusion to the loss of use of property, other than your products or your completed work, that results from sudden and accidental physical damage to:

- your products after they've been put to their intended use; or
- your completed work after it has been put to its intended use.

For example:

WCD 04431

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

CONFIDENTIAL

*You buy smoke detectors and give them to residents and organizations in your area who qualify for them. One of those organizations is a food shelf. Several weeks after the food shelf's smoke detector is installed, it breaks during the routine daily test required for its safe operation. Due to your life safety code, the food shelf can't use its building until the smoke detector is repaired or replaced. That work takes several days. To continue operating during that period of time, the food shelf incurs extra costs to use space in a nearby building. If the food shelf sues you to recover those costs, we won't apply the exclusion. However, if the food shelf discovers while the smoke detector is being installed that it is broken, we won't protect you.*

*Impaired property* means tangible property, other than your products or your completed work, that can be restored to use by nothing more than:

- an adjustment, repair, replacement, or removal of your products, or your completed work, that forms a part of such tangible property; or
- your fulfilling the terms of a contract or agreement.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Injury to volunteer firefighters.** We won't cover bodily injury, personal injury, or medical expenses to any volunteer firefighter that results from his or her duties as a volunteer firefighter for you or anyone else.

*Volunteer firefighter* includes an emergency medical services, first aid, or rescue squad volunteer.

**Intellectual property.** We won't cover injury or damage or medical expenses that result from any actual or alleged infringement or violation of any of the following rights or laws:

- Copyright.
- Patent.
- Trade dress.
- Trade name.

- Trade secret.
- Trademark.
- Other intellectual property rights or laws.

Nor will we cover any other injury or damage that's alleged in any claim or suit which also alleges any such infringement or violation.

But we won't apply this exclusion to bodily injury or property damage that results from your products or your completed work.

Nor will we apply this exclusion to advertising injury that results from the unauthorized use of any:

- copyrighted advertising material;
- trademarked slogan; or
- trademarked title;

of others in your advertising.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Law enforcement activities or operations.** We won't cover injury or damage or medical expenses that result from law enforcement activities or operations.

*Law enforcement activities or operations* means any of the official activities or operations of your police department, sheriff agency, or other public safety organization which enforces the law and protects persons or property.

They include the following:

- Ownership, maintenance, or use of a premises that you own, rent, lease, or borrow in order to perform such activities or operations.
- Providing first aid at the time of an accident, crime, or medical emergency.

But we won't consider injury or damage or medical expenses that result from the ownership, maintenance, or use of a premises that isn't usually used for the conduct of law enforcement activities or operations to result from law enforcement activities or operations.

WCD 04432

G0209 Rev. 10-02 Printed in U.S.A.
©St.Paul Fire and Marine Co. 2002 All Rights Reserved

Insuring Agreement

 CONFIDENTIAL

'quor liability. We won't cover bodily injury, property damage, or medical expenses that result from any protected person:

• causing or contributing to the intoxication of any person;

• selling, serving, or furnishing alcoholic beverages to any person under the legal drinking age or under the influence of alcohol; or

• violating any law or regulation applying to the sale, gift, distribution, or use of alcoholic beverages.

However, we'll apply this exclusion only if you're in the business of manufacturing, distributing, selling, serving, or furnishing alcoholic beverages.

For example:

*Your city fire department hosts an annual awards banquet with an open bar. After this year's banquet, an intoxicated guest is involved in an auto accident. The guest and several others are injured. If someone sues you, alleging that your serving of liquor caused the guest's intoxication and involvement in the accident, we won't apply this exclusion because you're not in the business of serving alcoholic beverages.*

But we won't apply this exclusion to premises damage.

We explain the term premises damage in the Each event limit section.

**Material previously made known or used.** We won't cover personal injury or advertising injury that results from:

• any material that was first made known before this agreement begins; or

• any advertising idea or advertising material, or any slogan or title, of others, whose unauthorized use in your advertising was first committed before this agreement begins.

**Medical expenses of certain persons.** We won't cover medical expenses that are incurred by or for any person:

• injured while qualifying as a protected person, other than as your volunteer worker;

• injured while performing work that he or she was hired to do for any protected person, or any tenant of a protected person;

• injured while practicing for or taking part in any recreation program which you operate or sponsor;

• injured while attending or taking part in any day or overnight camp which you operate or sponsor;

• injured while attending or being cared for in any adult or child day care center;

• injured at, on, or in that part of any premises that you rent or lease from others, or own, and that the injured person normally occupies;

• to whom such medical expenses are payable, or must be provided, as benefits under any workers compensation law, disability benefits law, or similar law;

• injured while being detained, held, or imprisoned in any correctional facility, jail, penal institution, penitentiary, prison, or similar facility;

• injured while receiving care or services or residing in any health care, residential care, or shelter facility;

• injured by your products or your completed work;

• injured due to war; or

• who refuses to be examined as often as we reasonably require, at our expense, by doctors we choose.

*Recreation program* includes any athletic or sports:

• clinic, instruction, or lesson; or

• contest, exhibition, game, or league.

*Health care facility* means any:

• alcohol or drug treatment facility;

• convalescent or nursing home;

• hospital;

• mental-psychopathic facility;

• outpatient clinic, dispensary, or infirmary; or

• similar facility.

*Residential care facility* means any:

• home for the elderly, orphaned, or physically handicapped; or

WCD 04433

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved
CONFIDENTIAL

similar facility.

*helter facility* means any:

- halfway or settlement house;
- mission;
- shelter; or
- similar facility.

*War* includes:

- declared or undeclared war, or invasion;
- warlike action by a military force or other agents of any government, sovereign, or other authority;
- civil war, insurrection, rebellion, revolution, or seizure of power; or
- anything done to hinder or defend against such actions.

We explain the terms:

- volunteer worker in the Employees and volunteer workers section; and
- your products and your completed work in the Products and completed work total limit section.

**Mobile equipment.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- transportation of mobile equipment by an auto owned, operated, rented, leased, or borrowed by any protected person;
- use of racing mobile equipment; or
- supervision of others in or for such transportation or use.

But we won't apply this exclusion to premises damage.

*Mobile equipment* means any land vehicle that:

- is designed for use primarily off public streets or roads;
- is kept for use only on or next to a premises that you rent or lease from others, or own;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or
- doesn't travel under its own power and is kept primarily for the ready movement of

permanently attached specialized equipment.

But we won't consider an auto that is kept for use only on your streets or roads to be mobile equipment.

Mobile equipment includes any land vehicle that:

- isn't described above; and
- is kept primarily for purposes other than carrying persons or cargo.

But we won't consider such a vehicle to be mobile equipment if it travels under its own power, is operated like an auto during travel on a public street or road, and has permanently attached:

- specialized equipment; or
- equipment designed for snow removal or street cleaning, or for street or road maintenance, but not construction or resurfacing.

*Construction equipment* includes any:

- grader, scraper, or roller; or
- power crane, digger, drill, loader, or shovel.

*Specialized equipment* means any:

- cherry picker or similar device used to lift workers;
- pump, generator, or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding, or well-servicing equipment, that has a built-in pump, generator, or air compressor.

*Racing mobile equipment* means any mobile equipment while being prepared for or used in any:

- prearranged racing, speed, demolition, or stunting contest or activity; or
- practice for such contest or activity.

We explain the terms:

- auto, and supervision of others, in the Auto exclusion; and
- premises damage in the Each event limit section.

WCD 04434

LPP CONFIDENTIAL

Nuclear energy liability. We won't cover bodily injury or property damage for which any protected person:

• is also protected under a nuclear energy liability insurance policy; or

• would have been protected under such policy if that policy's limits of coverage hadn't been used up.

Nor will we cover bodily injury or property damage that results from the hazardous properties of nuclear material and for which:

• any person or organization is required by law to maintain financial protection in accordance with the federal Atomic Energy Act or any of its amendments; or

• any protected person is entitled, or would have been entitled had this agreement not been issued, to indemnity from the United States government, or any of its agencies, under any contract or agreement between that government, or any of its agencies, and any person or organization.

Also, we won't cover medical expenses that result from:

• the hazardous properties of nuclear material; or

• the operation of a nuclear facility by any person or organization.

In addition, we won't cover bodily injury or property damage that results from the hazardous properties of nuclear material when:

• the nuclear material is located at, or at any time discharges or disperses from, a nuclear facility that is or was at any time owned by any protected person, or operated by or for any protected person;

• the nuclear material is contained in spent nuclear fuel, or nuclear waste, that is or was at any time possessed, handled, used, processed, stored, transported, or disposed of by or for any protected person; or

• the bodily injury or property damage results from the furnishing by any protected person of services, materials, parts, or equipment in connection with the planning, construction, maintenance, operation, or use of a nuclear facility. However, we'll apply this exclusion part only to property damage to the nuclear facility, and any property located on the site of that facility, if the nuclear facility

is in the United States of America, its territories or possessions, Puerto Rico, or Canada.

Nuclear energy liability insurance policy means any nuclear energy liability insurance policy issued by any of the following organizations or their successors:

• Nuclear Energy Liability Insurance Association.

• Mutual Atomic Energy Liability Underwriters.

• Nuclear Insurance Association of Canada.

Hazardous properties includes radioactive, toxic, or explosive properties.

Nuclear material means any of the following materials defined in the federal Atomic Energy Act or any of its amendments:

• Source material.

• Special nuclear material.

• By-product material.

Nuclear facility means any:

• nuclear reactor;

• uranium isotopes separation device or equipment;

• special nuclear material device or equipment; or

• nuclear waste site.

Nuclear facility includes:

• the site on which it's located;

• all operations conducted on such site; and

• all premises used for such operations.

Nuclear reactor means any device, equipment, or machine designed or used to:

• sustain nuclear fission in a self-supporting chain reaction; or

• contain a critical mass of fissionable material.

Uranium isotopes separation device or equipment means any device or equipment designed or used for:

• separating the isotopes of uranium or plutonium;

WCD 04435

         ©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved
[ ] CONFIDENTIAL