processing or utilizing spent nuclear fuel; or

- handling, processing, or packaging nuclear waste.

*Special nuclear material device or equipment* means any device or equipment used for the processing, fabricating, or alloying of special nuclear material if the total amount of such material is at any time in the custody of any protected person on the premises where the device or equipment is located and is more than:

- 25 grams of plutonium or uranium 233, or any combination of those two materials; or
- 250 grams of uranium 235.

*Nuclear waste site* means any structure, basin, excavation, premises, or place prepared or used for the storage or disposal of nuclear waste.

*Nuclear waste* means any waste material that:

- contains by-product material; and
- results from the operation of any nuclear reactor, or uranium isotopes separation device or equipment, by any person or organization.

But we won't consider nuclear waste to include tailings or wastes that result from the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content.

*Spent nuclear fuel* means any solid or liquid fuel element or component that's been exposed to radiation or used in a nuclear reactor.

**Pollution injury or damage.** We won't cover injury or damage or medical expenses that result from pollution at, on, in, or from any:

- protected person's premises;
- waste site; or
- protected person's work site.

Nor will we cover injury or damage or medical expenses that result from pollution involving any waste pollutant.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from:

- building heating equipment fumes, smoke, soot, or vapors;
- contractor or service work materials fumes, gases, or vapors;
- hostile fire heat, fumes, or smoke; or
- mobile equipment operating fluids.

Nor will we apply this exclusion to:

- bodily injury or property damage that results from your products or your completed work, other than waste products or completed work; or
- premises damage that results from fire.

Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the application or use of:

- chlorine or sodium hypochlorite in your sewage treatment, swimming pool maintenance, or water purification operations; or
- any pesticide or herbicide by or for you;

if such application or use meets all legal or license requirements of any governmental agency or authority which apply to it.

Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the application or use of any pollutant in the providing of, or failure to provide, fire fighting or emergency response services at, on, or in any premises, site, or location, other than a waste site.

In addition, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the back-up of sewage into a building from any sewage facility or sanitary sewer that you own, operate, or maintain, but only if such bodily injury, property damage, or medical expenses don't result from any corrosive or radioactive:

- material; or
- waste;

in the sewage.



PLAINTIFF'S
EXHIBIT

_Ex pmt 3_

WCD 04436

*Firefighting or emergency response services* includes any training for the providing of such services.

*Pollution* means any actual, alleged, or threatened discharge, dispersal, escape, migration, release, or seepage of any pollutant.

*Pollutant* means any solid, liquid, gaseous, or thermal irritant or contaminant, including:

* smoke, vapors, soot, fumes;
* acids, alkalis, chemicals; and
* waste.

*Waste* includes materials to be recycled, reconditioned, or reclaimed.

*Protected person's premises* means any premises, site, or location that is or was at any time owned, rented, leased, borrowed, or occupied by any protected person. For example:

*You sold an office building two years ago. It contains asbestos ceiling tile that released asbestos into the air while you owned it. A former tenant now sues you for bodily injury that allegedly resulted from the release of that asbestos. We won't cover such injury.*

Another example:

*You own an apartment building. Its woodwork is finished with paint that contains lead. Two of your renters sue you for bodily injury to their children allegedly caused by the lead in that paint. The children supposedly consumed the lead by eating chips of the paint from the window sills in their apartments. We won't cover such injury.*

But we won't consider a premises, site, or location that isn't owned, rented, leased, borrowed, or occupied by you to be a protected person's premises in connection with pollution that results from your work being performed there. For example:

*You are hired by the owner of a premises to perform work there. The premises owner requires you to provide it with insurance protection for that work. We do*

so with an additional protected person endorsement under this agreement. Your work being performed on that premises causes pollution injury or damage to happen there. Even though that premises is owned by an additional protected person, we won't consider that premises to be a protected person's premises for purposes of determining your coverage, or the premises owner's coverage, for that injury or damage under this agreement.

*Waste site* means any premises, site, or location that is or was at any time used by or for any protected person or others for the handling, storage, disposal, processing, or treatment of waste. For example:

*For several years waste generated by your maintenance garage was disposed of in a landfill owned by others. The landfill was closed two years ago. Nearby residents now allege that they're being injured by the waste from there. We won't cover such injury.*

*Protected person's work site* means any premises, site, or location at, on, or in which work is being performed by or for any protected person when:

* the pollution involves a pollutant that is brought to, on, or in such premises, site, or location by or for the protected person in connection with such work; or
* the work being performed is pollution work.

For example:

*A subcontractor working for you brings a diesel fuel storage tank to the building site for refueling of its excavation equipment. After a couple of days it is discovered that the tank has been leaking. Some of the escaped fuel is found to have seeped into an underground conduit and damaged the insulation on the fiber optic cables in the conduit. We won't cover such property damage.*

But we won't consider a premises, site, or location that's owned, rented, leased, borrowed, or occupied by any protected person to be a protected person's work site. For example:

WCD 04437

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

CONFIDENTIAL

You own an office building. It is cleaned and maintained by:

- several of your employees; and
- an independent contractor hired by you.

Pollution injury or damage results from the chemicals used connection with that maintenance work. Regardless of whether:

- that work is performed by any of your employees or by that contractor; or
- your office building qualifies as a work site of that contractor;

we'll consider your office building to be a protected person's premises, rather than a protected person's work site, for purposes of determining your or your employees' coverage for that injury or damage under this agreement.

Waste pollutant means any pollutant that is or was at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

- any protected person; or
- any person or organization for whom you may be legally responsible.

For example:

Waste generated by your recycling center is transported to a landfill by a trucker hired by you. There is an accident that causes the waste to be spilled onto the road. One of the firefighters who responds to the accident later alleges that fumes from the waste made her ill. We won't cover such injury.

Building heating equipment fumes, smoke, soot, or vapors means only the fumes, smoke, soot, or vapors that:

- result from equipment used to heat a building at or on a protected person's premises; and
- are within that building.

Contractor or service work materials fumes, gases, or vapors means only the fumes, gases, or vapors that:

- result from materials brought into a building at or on a protected person's work site in connection with work, other than pollution work, being performed there by or for you; and
- are within that building.

Hostile fire heat, fumes, or smoke means only the heat, fumes, or smoke that result from a hostile fire at, on, in, or from:

- the protected person's premises, other than a waste site; or
- the protected person's work site, other than a waste site, but only if the hostile fire doesn't result from pollution work being performed by or for the protected person.

Hostile fire means a fire that:

- becomes uncontrollable; or
- breaks out from where it was intended to be.

Mobile equipment operating fluids means only the fuels, lubricants, or other operating fluids that:

- are part of the mobile equipment being maintained, operated, or used in connection with work, other than pollution work, being performed by or for the protected person at, on, or in the protected person's work site;
- are needed to perform the normal electrical, hydraulic, or mechanical functions necessary for the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the work being performed by or for the protected person; and
- escape from a mobile equipment part designed to hold, store, or receive them.

Waste products or completed work means:

- your products, or your completed work, that is or was handled, stored, disposed of, processed, or treated as waste at, on, or in a waste site;
- your products, or your completed work, that is or was a waste pollutant; or
- your completed work that is being used for cleaning up, containing, detoxifying,

WCD 04438

CONFIDENTIAL

disposal of, handling, monitoring, neutralizing, processing, removing, storing, testing for, transporting, or treating any pollutant at, on, or in a waste site.

*Back-up* means reverse flow or movement.

We explain the terms:

- mobile equipment in the Mobile equipment exclusion;
- pollution work in the Pollution work loss, cost, or expense exclusion;
- premises damage in the Each event limit section; and
- your products, your work, and your completed work in the Products and completed work total limit section.

**Pollution work loss, cost, or expense.** We won't cover any loss, cost, or expense that results from:

- any request, demand, order, or statutory or regulatory requirement that any protected person or others perform pollution work; or
- any claim or suit by or for any governmental authority for damages that result from the performance of pollution work.

But we won't apply this exclusion to any damages for property damage for which the protected person would have liability without such:

- request, demand, order, or statutory or regulatory requirement; or
- claim or suit.

For example:

*One of your products is a container that may be used to store various types of liquids. Several of those containers are sold to a company that uses them for storage of a chemical in one of its warehouses. During such use one of them ruptures and the chemical spills onto a concrete floor. Some of the spilled chemical seeps into the ground through a gap between the floor and an adjoining wall.*

*The customer alleges that the corrosive effect of the spilled chemical caused parts*

*of the concrete floor to disintegrate, making them unusable. As a result, he demands that you pay the cost to replace those parts of the floor and properly dispose of any contaminated concrete.*

*Also, the customer is concerned that the spilled chemical that seeped into the ground may be considered a source of pollution by adjacent property owners or by a state environmental protection law. As a result, he also demands that you pay the cost to replace and properly dispose of any contaminated soil.*

*Based on the facts available to us, we'll consider the cost to replace the disintegrated parts of the concrete floor to be damages for property damage that isn't subject to the Pollution work loss, cost, or expense exclusion. However, we won't cover:*

- *the additional cost to properly dispose of any contaminated concrete; or*
- *the cost to replace or properly dispose of any contaminated soil;*

*regardless of who demands or requires that such pollution work be done.*

*Pollution work* means:

- the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing of any pollutant; or
- the responding to, or assessing, in any way the effects of any pollutant.

For example:

*A chemical spill at your water utility releases a vapor cloud. Several hundred people are exposed to the vapor cloud before it disappears. None of them sustain any apparent bodily injury. However, several of them demand that you arrange and pay for medical checkups now, and yearly for the next ten years, to assess the effect of the vapor cloud on their health. We won't cover the cost of such pollution work, regardless of who orders or performs it.*

We explain the terms:

WCD 04439

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

CONFIDENTIAL

pollutant in the Pollution injury or damage exclusion; and

e your products in the Products and completed work total limit section.

**Poor quality or performance.** We won't cover advertising injury that results from the failure of your products, your work, or your completed work to conform with advertised quality or performance.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Product recall.** We won't cover any loss, cost, or expense that is incurred by you or others and results from any recall, removal, or withdrawal of:

c impaired property;

e your products; or

e your completed work;

from the market, or from use by any person or organization, for any reason.

Nor will we cover any loss, cost, or expense that is incurred by you or others and results from the:

e loss of use;

e adjustment, inspection, repair;

e replacement; or

e disposal;

of such property, products, or completed work.

We explain the terms:

= impaired property in the Impaired property exclusion; and

e your products and your completed work in the Products and completed work total limit section.

**Public use of property.** We won't cover injury or damage that results from:

• any method or proceeding used in the taking or controlling of private property for public use; or

• the diminution in value, or inverse condemnation, of property that's caused by the taking or controlling of private property for public use.

*Method or proceeding* includes condemnation, adverse possession, and dedication by adverse use.

**Watercraft.** We won't cover bodily injury, property damage, or medical expenses that result from the:

c ownership, maintenance, use, or operation;

• loading or unloading;

c entrustment to others; or

c supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any watercraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to the liability of another to pay damages for bodily injury or property damage if you have assumed such liability under a covered contract that:

• is for the ownership, maintenance, use, or operation of a watercraft; and

c was made before the bodily injury or property damage happens.

Nor will we apply this exclusion to premises damage.

Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from:

e any watercraft while ashore on a premises that you rent or lease from others, or own;

• any watercraft you don't own that is less than 75 feet long and isn't being used to carry persons or property for a charge;

• any watercraft you own that is less than 25 feet long and isn't being used to carry persons or property for a charge; or

e the operation of specialized equipment.

We explain the terms:

• covered contract in the Contract liability exclusion;

• entrustment to others, loading or unloading, and supervision of others, in the Auto exclusion;

• premises damage in the Each event limit section; and

WCD 04440

Insuring Agreement

CONFIDENTIAL

The St.Paul

specialized equipment in the Mobile equipment exclusion.

**Workers compensation or other benefits laws.** We won't cover any obligation that the protected person has under any:

- workers compensation law;
- disability benefits law;
- unemployment compensation law; or
- similar law.

**Wrong price description.** We won't cover advertising injury that results from the wrong description of the price of your products, your work, or your completed work.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

## Other Insurance

This agreement is primary insurance. However, if there's any valid and collectible other insurance for injury or damage covered by this agreement, we'll apply this agreement in connection with that other insurance in accordance with the rest of this section.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated insurance companies;
- any risk retention group;
- any self-insurance method or program, other than any funded by you and over which this agreement applies; or
- any similar risk transfer or risk management method.

However, we won't consider umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

**Primary or excess other insurance.** When there's primary other insurance, we'll share

with that other insurance any damages for injury or damage covered by this agreement. We'll do so with one of the methods of sharing described in the Methods of sharing section.

However, we'll apply this agreement as excess insurance over the part or parts of any primary or excess other insurance that provide:

- property or similar coverage for property damage to your work;
- property or similar coverage for property damage to premises that you rent, lease, or borrow from others, other than premises you rent for a period of seven or fewer consecutive days;
- aircraft, auto, or watercraft bodily injury or property damage coverage; or
- coverage for you as an additional insured or additional protected person.

We explain how we'll apply this agreement as excess insurance in the When this agreement is excess insurance section.

*Aircraft, auto, or watercraft bodily injury or property damage coverage* means coverage for bodily injury or property damage that results from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any aircraft, auto, or watercraft, and that isn't specifically excluded by the Aircraft, Auto, or Watercraft exclusions in this agreement.

We explain the terms:

- loading or unloading, entrustment to others, supervision of others, and auto in the Auto exclusion; and
- your work in the Products and completed work total limit section.

**When this agreement is excess insurance.** When this agreement is excess insurance, we won't have a duty to defend the protected person against the part or parts of any claim or suit for which any provider of

WCD 04441

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved
CONFIDENTIAL

her insurance has the duty to defend that protected person.

However, we'll defend the protected person against a claim or suit for injury or damage covered by this agreement if no provider of other insurance will do so. In return we'll require that we be given all of that protected person's rights against each such provider of other insurance.

Also, we'll pay only the amount of damages that's in excess of:

- the total amount that all such other insurance would pay if this agreement didn't exist; and
- the total of all deductible and self-insured amounts under all such other insurance.

But we won't pay more than the limit of coverage that applies under this agreement.

**Methods of sharing.** We'll use one of the methods of sharing described below.

*Contribution by equal shares.* If all of the other insurance permits contribution by equal shares, we'll share the damages equally. But we won't pay more than the limit of coverage that applies under this agreement. If the limit of coverage that applies under any of the applicable insurance, including this agreement, is used up before the entire amount of the damages is paid, the insurance that remains will share the balance of the damages equally until:

- the limits of coverage that apply under the remaining insurance are used up; or
- the entire amount of the damages is paid.

For example:

*You're required by a court to pay damages of $2,000,000. Besides this agreement, which we'll consider to be a policy for purposes of this example, two other policies (Policy B and Policy C) apply to the judgment. The limit of coverage that applies under:*

- *this agreement is $1,000,000;*
- *Policy B is $200,000; and*
- *Policy C is $600,000.*

*First, $200,000 is subtracted from each policy's limit of coverage because that's the lowest limit of coverage that applies under any of the three policies. The result is:*

- *$800,000 remains of this agreement's limit of coverage;*
- *Policy B's limit of coverage is used up;*
- *$400,000 remains of Policy C's limit of coverage; and*
- *the balance due on the judgment is $1,400,000.*

*Next, $400,000 is subtracted under this agreement and under Policy C because that amount equals the smallest amount remaining of the limit of coverage that applies under either policy after the initial $200,000 payment. The result is:*

- *$400,000 remains of this agreement's limit of coverage;*
- *Policy C's limit of coverage is used up; and*
- *the balance due on the judgment is now $600,000.*

*Finally, the remainder of the limit of coverage under this agreement is paid. The result is:*

- *this agreement's limit of coverage is used up;*
- *the total paid under the three policies is $1,800,000; and*
- *the balance due on the judgment is now $200,000, which you must pay.*

*Contribution by limits of coverage.* If any of the other insurance doesn't permit contribution by equal shares, we'll pay the portion of the damages that's equal to our percentage of the total of all limits of coverage that apply. But we won't pay more than the limit of coverage that applies under this agreement. For example:

*You are required by a court to pay damages of $6,000,000. Besides this agreement, which we'll consider to be a policy for purposes of this example, another policy (Policy B) applies to the judgment. The limit of coverage that applies under this agreement is $3,000,000. Policy B has a $1,000,000 limit of coverage that applies. The total of*

WCD 04442

G0209 Rev. 10-02 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved



'' limits of coverage that apply is .000,000.

Our percentage is 75% ($3,000,000/$4,000,000) of the total of

all limits of coverage that apply.  But we won't pay 75% of the judgment because that $4,500,000 share is more than our limit of coverage.  We'll pay only our limit of coverage, which is $3,000,000.

WCD 04443

CONFIDENTIAL

TERRORISM RISK INSURANCE ACT 2002
CERTIFIED ACTS OF TERRORISM EXCLUSION ENDORSEMENT

This endorsement changes your Commercial General Liability Protection.

## How Coverage Is Changed

The following is added to the Exclusions - What This Agreement Won't Cover section. This change excludes coverage.

**Certified acts of terrorism.** We won't cover injury or damage or medical expenses that result from any certified act of terrorism.

*Certified act of terrorism* means any act of terrorism as defined in and certified under:

- the federal Terrorism Risk Insurance Act of 2002; or
- any of its amendments.

## Other Terms

All other terms of your policy remain the same.

WCD 04444

G0522 Ed. 11-02 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

Endorsement
Page 1

CONFIDENTIAL

PUBLIC SECTOR SERVICES
ILLINOIS PUBLIC SECTOR CONTRACT LIABILITY INDEMNITEE
DEFENSE COVERAGE ENDORSEMENT

This endorsement changes your Public Entity General Liability Protection to comply with a regulatory requirement of the Illinois Insurance Department.

## How Coverage Is Changed

There are two changes which are explained below.

1. The following is added to the Additional payments section.

   If we defend a protected person against a suit and an indemnitee of the protected person is also named as a party to the suit, we will defend that indemnitee if all of the following conditions are met:

   a. The suit against the indemnitee seeks damages for which the protected person has assumed the liability of the indemnitee in a contract or agreement that is a covered contract.

   b. This insurance applies to such liability assumed by the protected person;

   c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the protected person in the same covered contract;

   d. The allegations of the suit and the information we know about the event are such that no conflict appears to exist between the interests of the protected person and the interests of the indemnitee;

   e. The indemnitee and the protected person ask us to conduct and control the defense of that indemnitee against such suit and agree that we can assign the same counsel to defend the protected person and the indemnitee; and

   f. The indemnitee:

      (1) Agrees in writing to:

         (a) Cooperate with us in the investigation, settlement or defense of the suit;

         (b) Immediately send us copies of any demands, notices, summons, or legal papers received in connection with the suit;

         (c) Notify any other insurer whose coverage is available to the indemnitee; and

         (d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

      (2) Provides us with written authorization to:

         (a) Obtain records and any other information related to the suit; and

         (b) Conduct and control the defense of the indemnitee in such suit;

So long as the above conditions are met, attorneys fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us, and necessary litigation expenses incurred by the indemnitee at our request will be paid as Additional Payments. Notwithstanding other provisions of the What This Agreement Covers section, such payments will not be deemed to be damages for injury or damage and will not reduce the limits of coverage.

Our obligation to defend a protected person's indemnitee and to pay for attorneys fees and necessary litigation expenses as Additional Payments ends when:

WCD 04445

G0275 Ed. 10-97 Printed in U.S.A.                    Endorsement
©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved                    Page 1 of 3

CONFIDENTIAL

The St Paul

a. We have used up the applicable limit of coverage with the payment of damages or medical expenses; or

b. The conditions set forth above, or the terms of the agreement described in paragraph f. above, are no longer met.

2. The following replaces the Contract liability exclusion.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to injury or damage for which the protected person would have liability without the contract or agreement.

Nor will we apply this exclusion to bodily injury or property damage for which the protected person has assumed liability under a covered contract made before the bodily injury or property damage happens.

Also, if we don't have a duty to defend an indemnitee under:

- the contract liability indemnitee defense coverage in the Additional payments section; or
- the Right and duty to defend a protected person section;

we'll consider and pay covered indemnitee defense expenses assumed under contract as if they're damages covered by this agreement. Such payments are subject to the limits of coverage.

We'll have the right to appeal a judgment awarded in a suit against an indemnitee if:

- the judgment is for injury or damage for which you have assumed liability under a covered contract;
- such injury or damage is covered by this agreement;
- the indemnitee and its insurers don't appeal the judgment; and
- you agree that we may seek the cooperation of the indemnitee for such an appeal.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including postjudgment interest and the cost of appeal bonds. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

*Covered contract* means:

- any easement or license agreement;
- any elevator maintenance agreement;
- any lease of premises, other than that part which indemnifies a person or organization for property damage to a premises that you rent, lease, or borrow from others;
- any obligation to indemnify a municipality that is required by ordinance and isn't connected with your work for the municipality;
- any sidetrack agreement;
- that part of any other contract or agreement under which you assume the tort liability of a municipality to pay damages for bodily injury or property damage that is sustained by others and results from your work for the municipality; or
- that part of any other contract or agreement under which you assume the tort liability of another to pay damages for bodily injury or property damage that's sustained by others.

But we won't consider the following parts of those other contracts or agreements under which you assume the tort liability of another to pay damages to be a covered contract:

- Architect, engineer, or surveyor indemnity.
- Architect, engineer, or surveyor professional services by protected person indemnity.
- War indemnity.

*Tort liability* means a liability that would be imposed by law without any contract or agreement.

*Architect, engineer, or surveyor indemnity* means that part which indemnifies any architect, engineer, or

WCD 04446

©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved

[!] CONFIDENTIAL

surveyor for injury or damage that results from:

- the preparation or approval of, or failure to prepare or approve, any drawing and specification, map, opinion, report, or survey, or any change order, field order, or shop drawing; or
- the giving of or failure to give any direction or instruction if that giving or failure to give is the primary cause of the injury or damage.

*Architect, engineer, or surveyor professional person indemnity* means that part which indemnifies any person or organization for injury or damage that results from the performance of or failure to perform architect, engineer, or surveyor professional services by the protected person who is an architect, engineer, or surveyor.

*Architect, engineer, or surveyor professional services* includes:

- the preparation or approval of any drawing and specification, map, opinion, report, or survey, or any change order, field order, or shop drawing; and
- any architectural, engineering, inspection, or supervisory activity.

*War indemnity* means that part which indemnifies any person or organization for bodily injury or property damage that results from war.

*Indemnitee defense expenses assumed under contract* means the reasonable attorney fees and necessary litigation expenses which:

- are incurred by or for an indemnitee to defend itself against a claim or suit for damages covered by this agreement; and
- are subject to a covered contract under which a protected person has agreed to defend, or pay for the defense of, the indemnitee against the claim or suit.

We explain what we mean by war in the Medical expenses of certain persons exclusion.

Other Terms

All other terms of your policy remain the same.

WCD 04447

G0275 Ed. 10-97 Printed in U.S.A.
St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved

Endorsement

CONFIDENTIAL

PUBLIC SECTOR SERVICES
DESCRIBED ACTIVITIES, LOCATIONS, OR OPERATIONS EXCLUSION
ENDORSEMENT

This endorsement changes your Public Entity
General Liability Protection.

## How Coverage Is Changed

The following is added to the Exclusions –
What This Agreement Won't Cover section.
This change excludes coverage.

Described activities, locations, or operations. We
won't cover injury or damage or medical
expenses that result from any activities,
locations, or operations described below.

## Other Terms

All other terms of your policy remain the
same.

## Described activities, locations, or operations

Hospitals/Clinics
Health and mental health departments
Bridge at Maple Road/Marley Creek

WCD 04448

| | | |
|---|---|---|
| Name of Insured | Policy Number GP06301134 | Effective Date 12/01/03 |
| COUNTY OF WILL | | Processing Date 12/18/03  11:51  001 |

©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved
CONFIDENTIAL

WCD 04449

©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved

[!] CONFIDENTIAL

PUBLIC SECTOR SERVICES
SEWER BACK-UP POLLUTION EXCLUSION ENDORSEMENT

The St.Paul

This endorsement changes your Public Entity
General Liability Protection.

## How Coverage Is Changed

The following is added to the Pollution
injury or damage exclusion.  This change
excludes coverage.

We won't cover bodily injury, property
damage, or medical expenses that result
from the back-up of sewage into a building
from any sewage facility or sanitary sewer
that you own, operate, or maintain.

## Other Terms

All other terms of your policy remain the
same.

WCD 04450

G0310 Ed. 10-97 Printed in U.S.A.                    Endorsement
©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved

CONFIDENTIAL 

This endorsement changes your Commercial General Liability Protection.

## How Coverage Is Changed

The following replaces the Medical expenses of certain persons exclusion. This change excludes coverage.

**Medical expenses.** We won't cover medical expenses.

But we won't apply this exclusion to medical expenses that are paid as damages for bodily injury covered by this agreement.

We explain what we mean by medical expenses in the What This Agreement Covers section.

## Other Terms

All other terms of your policy remain the same.

WCD 04451

G0167 Ed. 6-96 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

Endorsement

CONFIDENTIAL

This endorsement changes your Commercial
General Liability Protection.

---

## How Coverage Is Changed

The following is added to the Exclusions –
What This Agreement Won't Cover section.
This change excludes coverage.

**Mold, other fungi, or bacteria.** We won't
cover injury or damage or medical
expenses that result from any actual,
alleged, or threatened:

- absorption, ingestion, or inhalation of
  mold or other fungi, or bacteria, in any
  form by any person; or
- existence of mold or other fungi, or
  bacteria, in any form.

But we won't apply this exclusion part to:

- bodily injury, property damage, or
  medical expenses that result from mold
  or other fungi, or bacteria, which are, or
  are on, in, or part of, any good or
  product that's intended to be consumed
  as a food, beverage, or medicine;
- bodily injury or medical expenses that
  result from bacteria which are directly
  transmitted solely by or from another
  person to the person sustaining the
  bodily injury; or
- bodily injury or medical expenses that
  result from a bacterial infection which
  develops in connection with physical
  harm to the person sustaining the bodily
  injury, if such physical harm isn't
  excluded by this exclusion part, or any
  other part of this exclusion, and a claim
  or suit is made or brought against the
  protected person for such physical harm.

Nor will we cover injury or damage that
results from any actual, alleged, or
threatened:

- absorption, ingestion, or inhalation of
  any other solid, liquid, gaseous, or
  thermal irritant or contaminant, including
  smoke, vapors, soot, fumes, acids,
  alkalis, chemicals, and waste, in any
  form by any person; or
- existence of any such irritant or
  contaminant in any form;

and is part of any claim or suit that also
alleges any injury or damage described as
excluded in the first paragraph of this
exclusion.

Also, we won't cover any loss, cost, or
expense that results from any request,
demand, order, or statutory or regulatory
requirement that any protected person or
others:

- test for, monitor, clean up, remove,
  contain, treat, detoxify, or neutralize
  mold or other fungi, or bacteria, in any
  form; or
- respond to, or assess, in any way the
  effects of mold or other fungi, or
  bacteria, in any form.

Because mold or other fungi, or bacteria,
can be pollutants, and any such other
irritants or contaminants are pollutants, this
exclusion applies in addition to any of the
following exclusions that apply:

- Pollution injury or damage exclusion.
- Pollution work loss, cost, or expense
  exclusion.
- Any other pollution-related exclusion
  made part of this agreement.

*Mold or other fungi* means:

- any type or form of mold or mildew;
- any other type or form of fungus; or
- any mycotoxin, spore, scent, or
  byproduct that's produced or released by
  such mold, mildew, or other fungus.

*Bacteria* means:

- any type or form of bacterium; or
- any mycotoxin, spore, scent, or
  byproduct that's produced or released by
  such bacterium.

WCD 04452

---

G0492 Ed. 4-02 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved
Endorsement

CONFIDENTIAL

We explain the terms pollutant and waste in the Pollution injury or damage exclusion.

**Other Terms**

All other terms of your policy remain the same.

WCD 04453

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

CONFIDENTIAL

PATIENT INJURY EXCLUSION ENDORSEMENT

This endorsement changes your Commercial General Liability Protection.

## How Coverage Is Changed

The following is added to the Exclusions - What This Agreement Won't Cover section. This change excludes coverage.

Patient injury. We won't cover bodily injury or personal injury to any person who is in your building or on your premises for the purpose of receiving any medical evaluation, care or treatment.

## Other Terms

All other terms of your policy remain the same.

WCD 04454

43375 Ed.7-85 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1985

Endorsement

CONFIDENTIAL
Page 1 of 1

PUBLIC SECTOR SERVICES
GENERAL LIABILITY SELF-INSURED RETENTION ENDORSEMENT

This endorsement changes your Public Entity General Liability Protection.

**Important Note.** This endorsement adds a self-insured retention over which the limits of coverage will apply. It also makes claim expenses subject to the self-insured retention. We explain what we mean by claim expenses in the Right to investigate or defend section.

## How Coverage Is Changed

There are eight changes which are explained below.

1. The following replaces the Right and duty to defend a protected person section. This change limits coverage.

   *Right to investigate or defend.* We'll have the right to investigate or defend any claim or suit for covered injury or damage made or brought against any protected person. We may exercise such rights even if:

   - any of the allegations of any such claim or suit are groundless, false, or fraudulent; or

   - the total amount of the damages and claim expenses for such injury or damage probably won't exceed a self-insured retention that applies.

   If we choose to investigate or defend a claim or suit on any basis other than as a claim handling service, we'll:

   - investigate the claim only to the extent that we believe is proper; and

   - pay all expense we incur for such investigation or defense. Such expenses are not subject to the self-insured retentions or the limits of coverage.

   However, we have no duty to defend any claim or suit or perform other acts or services. In addition, our right to defend claims or suits ends when the limits of coverage that apply have been used up with the payment of judgments or settlements.

   *Claim* means a demand which seeks damages.

   *Suit* means a civil proceeding which seeks damages. It includes:

   - an arbitration proceeding for such damages to which the protected person must submit or submits with our consent; and

   - any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

   *Injury or damage* means bodily injury, personal injury, advertising injury, or property damage.

   *Claim expenses* mean the reasonable fees, costs, and expenses that result directly from the investigation, defense, settlement, or appeal by you of a specific claim or suit.

   Claim expenses include your prejudgment interest and your postjudgment interest.

   But we won't consider any of the following to be claim expenses:

   - Salaries or wages of any protected person, including employed attorneys.

   - Expenses, other than additional living expenses, incurred by any protected person, including employed attorneys.

   Nor will we consider any of the following that do not result directly from the investigation, defense, settlement, or appeal of a specific claim or suit to be claim expenses:

   - Fees and expenses of independent adjusters hired by a protected person.

   - Fees and expenses of a claim handling service.

   *Claim handling service* means the individual or organization who is providing claims services for you in accordance with a separate written contract.

WCD 04455


CONFIDENTIAL

*Your prejudgment interest* means the prejudgment interest that's awarded against the protected person on that part of a judgment within your self-insured retention.

*Your postjudgment interest* means the interest that accumulates on that part of a judgment within your self-insured retention from the date of the judgment to the date it is paid.

*Additional living expenses* mean the reasonable expenses incurred by any protected person, including employed attorneys, for transportation, lodging, and food while temporarily away from home to help with the investigation, defense, settlement, or appeal of a specific claim or suit.

2. The following is added to the What This Agreement Covers section. This change limits coverage.

    **Right to settle.** We'll have the right to settle any claim or suit within an applicable self-insured retention or the available limits of coverage.

    But you are required to pay that part of the settlement and any claim expenses incurred by a protected person that's within the applicable self-insured retention. We explain when and how you'll do so in the Self-Insured Retentions section.

3. The following replaces the Additional payments section. This change limits coverage.

    **Additional payments.** We'll have the duty to make the payments shown below in connection with any claim or suit for covered injury or damage. These payments are in addition to the limits of coverage. But our duty to make such payments ends when the limits of coverage that apply have been used up with the payment of judgments or settlements.

    *Claim expenses.* We'll pay the claim expenses that exceed a self-insured retention. But we won't pay claim expenses incurred after the limits of coverage that apply have been used up

with the payment of judgments or settlements.

*Our expenses.* We'll pay all expenses that we incur.

*Our prejudgment interest.* We'll pay the prejudgment interest that's awarded against a protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Our postjudgment interest.* We'll pay the interest that accumulates on that part of a judgment we pay. But only from the date of the judgment to the date we pay, offer to pay, or deposit in court the limit of coverage which applies to that part of the judgment.

4. The following replaces the Right to appeal a judgment against a protected person section. This change limits coverage.

    **Right to appeal.** We'll have the right to appeal a judgment for covered injury or damage. But only if:

    - the protected person doesn't appeal it; and
    - the amount of the judgment is more than the self-insured retention that applies.

    If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including the cost of appeal bonds and post-judgment interest. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

5. The following is added to the Limits Of Coverage section. This change limits coverage.

    WCD 04456

    The limits of coverage:

    - apply over any applicable self-insured retention shown in the Coverage Summary, whether or not that self-insured retention is paid; and
    - do not include claim expenses.

CONFIDENTIAL

The following section is added. This change limits coverage.

## Self-Insured Retentions

The self-insured retentions shown in the Coverage Summary and the information contained in this section fix the amount of damages and claim expenses which you'll be required to pay, and over which the limits of coverage will apply in accordance with the Limits Of Coverage section, regardless of the number of:

* protected persons;
* claims made or suits brought; or
* persons or organizations making claims or bringing suits.

**Personal injury each person retention.** This is the amount that you will be required to pay for the combined total of:

* all covered personal injury that's sustained by any person or organization and caused by all personal injury offenses committed in a policy year; and
* all claim expenses incurred in connection with such covered personal injury in a policy year.

**Advertising injury each person retention.** This is the amount that you will be required to pay for the combined total of:

* all covered advertising injury that's sustained by any one person or organization and caused by all advertising injury offenses committed in a policy year; and
* all claim expenses incurred in connection with such covered advertising injury in a policy year.

**Each event retention.** This is the amount that you will be required to pay for the combined total of:

* all covered bodily injury and property damage that results from any one event; and
* all claim expenses incurred in connection with such covered bodily injury and property damage.

**Payment over a self-insured retention.** We'll consider any voluntary payment of, or assumption of any obligation to pay, the following above a self-insured retention to be your responsibility:

* Damages for covered injury or damage.
* Claim expenses.

7. The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Medical expenses.** We won't cover medical expenses.

But we won't apply this exclusion to medical expenses that are paid as damages for covered bodily injury.

8. The following replaces the first paragraph of the Other Insurance section. This change:

* shows that this agreement applies over self-insured retentions; and
* explains what we mean by other insurance.

This agreement is primary insurance that applies over self-insured retentions. If there is any other insurance for injury or damage covered by this agreement, the Other primary insurance section applies.

*Other insurance* means valid and collectible insurance, or the funding of losses, other than insurance bought specifically to apply in excess of this agreement, that's provided for you by or through:

* another insurance company;
* a risk retention group;
* a self-insurance method or program, other than any funded by you and over which this agreement applies; or
* any similar risk transfer method.

## Other Terms

All other terms of your policy remain the same.

WCD 04457

 CONFIDENTIAL

COPY

# EMPLOYEE BENEFIT PLANS ADMINISTRATION LIABILITY PROTECTION – CLAIMS-MADE COVERAGE SUMMARY

The St Paul

This Coverage Summary shows the limits of coverage, deductible, and extended reporting period endorsement premium that apply to your Employee Benefit Plans Administration Liability Protection – Claims-Made.

## Limits Of Coverage

Each wrongful act.                $1,000,000

Total limit.                $1,000,000

## Deductible

Each wrongful act.        $ *

## Extended Reporting Period Endorsement Premium

$210.00

PSS Employee Benefits Program Administrative Liability SIR Endorsement
 Each Wrongful Act Retention
  $100,000.

WCD 04458

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** GP06301134 | **Effective Date** 12/01/03 |
| COUNTY OF WILL | | **Processing Date** 12/18/03   11:51  001 |

43532 Rev. 1-96 Printed in U.S.A.                Coverage Summary

CONFIDENTIAL

WCD 04459

CONFIDENTIAL

Case: 1:04-cv-07309 Document #: 943-11 Filed: 12/21/10 Page 25 of 32 PageID #:10767

is insuring agreement provides liability protection for your business for the administration of your employee benefit plans. There are, of course, limitations and exclusions that apply to this protection. As a result, you should read this agreement carefully to determine the extent of coverage provided to all protected persons.

**Important note.** This is a claims-made insuring agreement. Claims or suits must be reported during the policy period, or a reporting period if one applies, to be covered. Please read this agreement carefully, especially the What This Agreement Covers, When This Agreement Covers, and Limits of Coverage sections.

## Table of Contents

| | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Employee benefit plans administration liability. | 1 |
| Right and duty to defend. | 2 |
| Additional payments. | 2 |
| Right to appeal a judgment. | 3 |
| **When This Agreement Covers** | 3 |
| During this agreement or the limited reporting period. | 3 |
| When we consider a claim or suit to be first made or brought. | 3 |
| When the limited reporting period will apply. | 3 |
| How the limited reporting period applies. | 3 |
| When and how an extended reporting period can be added. | 3 |
| How the extended reporting period applies. | 4 |
| How we'll figure the additional premium for the extended reporting period. | 4 |
| **Where This Agreement Covers** | 4 |
| **Who Is Protected Under This Agreement** | 4 |
| Individual. | 4 |
| Partnership or joint venture. | 4 |
| Limited liability company. | 4 |
| Corporation or other organization. | 5 |
| Employees. | 5 |
| Newly acquired or formed organizations. | 5 |
| Separation of protected persons. | 5 |
| **Limits Of Coverage** | 5 |
| Each wrongful act limit. | 5 |
| Total limit. | 6 |
| How the limits of coverage apply to an extension of the policy period. | 6 |
| How the limits of coverage apply to the limited and extended reporting periods. | 6 |
| How the limits of coverage apply if the total limit is left blank. | 6 |
| **Deductible** | 6 |
| Each wrongful act deductible. | 6 |
| **Exclusions – What This Agreement Won't Cover** | 6 |
| Bodily injury. | 6 |
| Contract liability. | 6 |
| Dishonest acts. | 6 |
| Employment-related practices. | 7 |
| Failure to comply with law. | 7 |
| Failure to pay benefits. | 7 |
| Fines or penalties. | 7 |
| Investment of funds. | 7 |
| Investment performance. | 7 |
| Known wrongful acts. | 7 |
| Participation, investment, or legal advice. | 7 |
| Personal injury. | 7 |
| Property damage. | 7 |
| Termination of plan. | 8 |
| Unnamed partnership, joint venture, or limited liability company. | 8 |
| **Other Insurance** | 8 |
| Other primary insurance. | 8 |
| Excess insurance. | 8 |

## What This Agreement Covers

**Employee benefit plans administration liability.**
We'll pay amounts any protected person is legally required to pay as damages for covered loss that:

- results from the administration of your employee benefit plans; and

- is caused by a wrongful act committed before the ending date of this agreement.

*Protected person* means any person or organization who qualifies as a protected person under the Who Is Protected Under This Agreement section.

WCD 04460

*Administration* means only the following administrative functions:

- Explaining or interpreting an employee benefit plan.
- Calculating or communicating benefits and costs for an employee benefit plan.
- Enrolling participants, or terminating participation, in an employee benefit plan.
- Estimating or projecting future employee benefit plan values.
- Handling or processing of employee benefit plan records.

*Employee benefit plans* means only the following employee benefit plans:

- Educational tuition reimbursement plans.
- Employee stock subscription plans.
- Group plans for life, health, dental, disability, automobile, homeowners, or legal expense insurance.
- Individual Retirement Account (IRA) plans.
- Pension and profit sharing plans.
- Salary Reduction plans under Internal Revenue Code 401(k), including any amendments.
- Savings plans.
- Social security system benefits.
- Travel and vacation plans.
- Workers Compensation and unemployment insurance benefits.

*Wrongful act* means any negligent act, error, or omission.

**Right and duty to defend.** We'll have the right and duty to defend any protected person against a claim or suit for loss covered by this agreement. We'll have such right and duty even if any of the allegations of such claim or suit is groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

We'll have the right to investigate any claim, suit, or wrongful act to the extent that we believe is proper. We'll also have the right to settle any claim or suit within:

- any applicable deductible; or
- the available limits of coverage.

Our duty to defend protected persons ends when we have used up the limits of coverage that apply with the payment of judgments or settlements.

*Claim* means a demand which seeks damages.

*Suit* means a civil proceeding which seeks damages. It includes:

- an arbitration proceeding for such damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when we:

- investigate or settle the claim or suit; or
- defend the protected person against the claim or suit.

These payments are in addition to the limits of coverage.

Our duty to make additional payments ends when we have used up the limits of coverage that apply with the payment of judgments or settlements.

*Our expenses.* We'll pay all expenses we incur.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the limit of coverage that applies. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit. But we won't pay more than $250 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person in a suit.

WCD 04461

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

[!] CONFIDENTIAL

*ejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

**Right to appeal a judgment.** We'll have the right to appeal a judgment awarded in a suit for loss covered by this agreement if:

* we defend a protected person against the suit; and
* the judgment is awarded against that protected person.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including postjudgment interest and the cost of appeal bonds. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

## When This Agreement Covers

**During this agreement or the limited reporting period.** We'll apply this agreement to claims or suits for covered loss only when they're first made or brought:

* while this agreement is in effect; or
* during the limited reporting period if it applies.

*Limited reporting period* means the 60 days, starting with the ending date of this agreement, during which claims or suits for covered loss caused by wrongful acts committed before the ending date of this agreement may be first made or brought.

**When we consider a claim or suit to be first made or brought.** We'll consider a claim or suit for covered loss to be first made or

brought on the earliest of the following dates:

* The date that we or any protected person first receives written notice of such claim or suit.
* The date that we first receive a notice of a wrongful act from any protected person.

However, we won't accept such a notice unless it also describes what loss may result from the wrongful act.

We'll also consider all claims and suits for covered loss caused by a wrongful act, or a series of related wrongful acts, to have been made or brought on the date that the first of those claims or suits is first made or brought.

*Series of related wrongful acts* means two or more wrongful acts, including repeated or continuous wrongful acts, that are related to the same loss.

**When the limited reporting period will apply.** The limited reporting period will automatically apply without an additional premium if this agreement is canceled or not renewed for any reason. It may not be canceled once it applies.

However, the limited reporting period won't apply to claims or suits if other insurance you buy:

* applies to them; or
* would have applied to them but won't because its limits of coverage have been used up.

**How the limited reporting period applies.** The limited reporting period doesn't extend the time that this agreement is in effect. As a result, we'll consider any claim or suit for covered loss that is first made or brought during the limited reporting period to have been made on the ending date of this agreement.

**When and how an extended reporting period can be added.** If this agreement is canceled or not renewed for any reason, an extended reporting period with an unlimited time can be added with an Extended Reporting Period Endorsement and the payment of an additional premium.

WCD 04462

CONFIDENTIAL

However, we won't issue an extended reporting period endorsement unless we ceive a written request for it from the .rst named insured shown in the Introduction within 60 days after the ending date of this agreement.

In addition, the endorsement won't take effect unless:

- your premium for this agreement is paid in full; and

- the additional premium for the extended reporting period is paid when due.

But once the endorsement takes effect, it may not be canceled by you or us.

*Extended reporting period* means an unlimited time, starting with the ending date of this agreement, during which claims or suits for covered loss caused by wrongful acts committed before the ending date of this agreement may be first made or brought.

**How the extended reporting period applies.** The extended reporting period replaces the limited reporting period. Also, it doesn't extend the time that this agreement is in effect. As a result, we'll consider any claim or suit first made or brought during the extended reporting period to have been made or brought on the ending date of this agreement.

In addition, the extended reporting period will cause us to apply this agreement as excess insurance over certain other insurance. We explain when and how we'll do so in the Other Insurance section.

**How we'll figure the additional premium for the extended reporting period.** We'll figure the additional premium for the extended reporting period in accordance with our rules and rates. But we won't charge more than 200% of the annual premium for the last policy year of this agreement. The extended reporting period endorsement premium is shown in the Coverage Summary.

We explain what we mean by policy year in the Total limit section.

## Where This Agreement Covers

We'll apply, and make payments under, this agreement:

- only in the coverage territory; and

- only for covered loss that's caused by wrongful acts committed there.

However, we'll also apply, and make payments under, this agreement in the coverage territory for covered loss that's caused by wrongful acts committed in the rest of the world if the protected person's liability for such loss:

- is determined in a suit in the coverage territory; or

- is agreed to by us in a settlement.

*Coverage territory* means:

- the United States of America, including its territories and possessions;

- Puerto Rico;

- Canada; and

- international waters or airspace only during travel or transportation between any of the above places.

## Who Is Protected Under This Agreement

**Individual.** If you are shown in the Introduction as a named insured and an individual, you and your spouse are protected persons only for the conduct of a business of which you are the sole owner.

**Partnership or joint venture.** If you are shown in the Introduction as a named insured and a partnership or a joint venture, you are a protected person. Your partners or co-venturers, and their spouses, are protected persons only for the conduct of your business.

**Limited liability company.** If you are shown in the Introduction as a named insured and a limited liability company, you are a protected person. Your members are protected persons only for the conduct of your business. And your managers are protected persons only for their duties as your managers.

WCD 04463

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

CONFIDENTIAL

**Corporation or other organization.** If you are shown in the Introduction as a named insured and a corporation or an other organization, you are a protected person. Your directors and executive officers are protected persons only for the conduct of their duties as your directors or executive officers. And your stockholders are protected persons only for their liability as your stockholders.

*Other organization* means an organization other than a corporation, partnership, joint venture, or limited liability company.

*Executive officer* means any person holding an officer position created by the charter, constitution, or by-laws, or any other similar governing document, of a corporation or other organization.

**Employees.** Your employees are protected persons only for:

* work done within the scope of their employment by you; or

* their performance of duties related to the conduct of your business.

But we won't apply this Employees section to your managers if you are a limited liability company. Instead, we'll apply the Limited liability company section to them.

Also, we won't apply this Employees section to your executive officers if you are a corporation or an other organization. Instead, we'll apply the Corporation or other organization section to them.

*Employee* includes a leased worker, other than a leased temporary worker.

*Leased worker* means any person who:

* is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and

* is performing duties related to the conduct of the hirer's business.

*Employee leasing firm* means any person or organization who hires out workers to others. It includes any:

* employment agency, contractor, or service;

* labor leasing firm; or

* temporary help service.

WCD 04464

*Leased temporary worker* means a leased worker who is hired to:

* temporarily take the place of a permanent employee on leave; or

* meet seasonal or short-term workload conditions.

**Newly acquired or formed organizations.** Any organization, other than a partnership, joint venture, or limited liability company, that you acquire or form while this agreement is in effect is a protected person if you own more than 50% of it.

However, no newly acquired or formed organization is a protected person for:

* more than 90 days, or the remainder of the time this agreement is in effect, whichever is less, from the date that you acquire or form it, unless we agree that it should continue to be a protected person after the end of that period of time; or

* loss that's covered under other similar insurance.

**Separation of protected persons.** We'll apply this agreement separately to each protected person.

However, the limits of coverage shown in the Coverage Summary are shared by all protected persons. We explain how in the Limits Of Coverage section.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

The limits shown in the Coverage Summary and the information contained in this section fix the most we'll pay as damages, regardless of the number of:

* protected persons;

* claims made or suits brought; or

* persons or organizations making claims or bringing suits.

**Each wrongful act limit.** This is the most we'll pay for all covered loss that is caused

 CONFIDENTIAL

y any one wrongful act or series of related wrongful acts.

al limit. This is the most we'll pay for the combined total of all claims and suits or covered loss that are first made or brought in a policy year.

*Policy year* means the policy period shown in the Introduction, or the period of time this agreement is in effect, whichever is less. But when that period is longer than one year, it means each consecutive annual period, and the remaining period if any, that this agreement is in effect, starting with the beginning date of this agreement.

**How the limits of coverage apply to an extension of the policy period.** If the original policy period shown in the Introduction is extended for less than 12 months, we'll consider each extended period to be part of the last policy year. For example:

*Your policy period is for one year. During that policy year you request a three month extension. We agree. As a result, your last policy year becomes 15 months. It will be subject to the same limits of coverage that applied when the policy year was 12 months.*

**How the limits of coverage apply to the limited and extended reporting periods.** The limits of coverage that apply on the ending date of this agreement aren't renewed or increased for claims or suits first made or brought during the limited reporting period.

However, if the extended reporting period is added, the Total limit is renewed in full.

**How the limits of coverage apply if the total limit is left blank.** If the amount of the Total limit is left blank in the Coverage Summary, we'll consider that total limit to be three times the Each wrongful act limit.

## Deductible

The deductible shown in the Coverage Summary and the information contained in this section fix the amount of damages over which the limits of coverage will apply, regardless of the number of:

- protected persons;

- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**Each wrongful act deductible.** You'll be responsible for the amount of damages within this deductible for all covered loss that's caused by each wrongful act or series or related wrongful acts.

If we settle a claim or suit that's subject to this deductible, we'll pay the deductible as part of the settlement. You agree to repay us as soon as we notify you of the settlement.

## Exclusions—What This Agreement Won't Cover

**Bodily injury.** We won't cover bodily injury.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons. It includes any of the following that results at any time from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

**Contract liability.** We won't cover loss for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to loss for which the protected person would have liability without the contract or agreement.

**Dishonest acts.** We won't cover claims that result from dishonest, intentionally fraudulent, criminal, or malicious acts or omissions of any protected person or of anyone for whose acts the protected person is legally responsible.

But this exclusion doesn't apply to any protected person who didn't:

- personally participate in committing any such act or omission; or
- remain passive after having personal knowledge of any such act or omission.

WCD 04465

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

[1] CONFIDENTIAL

**Employment-related practices.** We won't cover loss that is sustained by a person and results from any:

- refusal to employ that person;
- termination of that person's employment; or
- other employment-related act, omission, policy, or practice, such as coercion, defamation, demotion, discipline, discrimination, evaluation, harassment, humiliation, or reassignment, directed at that person.

Nor will we cover loss sustained by the spouse or any child, parent, brother, or sister of that person if such loss results from the loss sustained by that person.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity.

We'll also apply this exclusion to any obligation of the protected person to share damages with or to repay someone else who must pay damages because of such loss.

**Failure to comply with law.** We won't cover loss that results from any intentional violation of any:

- workers compensation law;
- unemployment insurance law;
- social security law;
- disability benefits law; or
- administrative interpretation of such laws.

**Failure to pay benefits.** We won't cover loss that results from any failure to pay benefits because:

- there are not sufficient funds; or
- an insurance company fails to comply with the terms of its policy.

**Fines or penalties.** We won't cover any fine or penalty assessed against any protected person.

**Investment of funds.** We won't cover loss that results from any investment or non-investment of any employee benefit plan funds.

**Investment performance.** We won't cover loss that results from any failure of an investment to perform as a protected person expected, intended, or said it would.

**Known wrongful acts.** We won't cover loss that results from any wrongful act that the protected person:

- knew about before this agreement went into effect; and
- could reasonably foresee would result in a claim or suit being made or brought while this agreement is in effect.

**Participation, investment, or legal advice.** We won't cover loss that results from the providing of or failure to provide any of the following advice to any employee or his or her dependent or beneficiary:

- Advice to participate or not to participate in an optional employee benefit plan.
- Investment advice.
- Legal advice.

**Personal injury.** We won't cover loss that results from personal injury.

*Personal injury* means injury that's caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

- False arrest, detention, or imprisonment.
- Malicious prosecution.
- Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that an individual occupies.
- Invasion of the right of private occupancy of a room, dwelling, or premises that an individual occupies.
- Libel or slander.
- Making known to any person or organization written or spoken material that disparages the products, work, or completed work of others.
- Making known to any person or organization written or spoken material that violates an individual's right of privacy.

**Property damage.** We won't cover loss that results from property damage.

*Property damage* means:

WCD 04466


CONFIDENTIAL

physical damage to tangible property of others, including all resulting loss of use of that property; or

loss of use of tangible property of others that isn't physically damaged.

**Termination of plan.** We won't cover loss that results from the termination of any employee benefit plan.

**Unnamed partnership, joint venture, or limited liability company.** We won't cover loss that results from the conduct of any current or past partnership, joint venture, or limited liability company that's not shown in the Introduction as a named insured.

## Other Insurance

This agreement is primary insurance. If there is any other valid and collectible insurance available to you for loss covered by this agreement, the following applies in connection with that insurance.

**Other primary insurance.** When there is other primary insurance available to you, we'll pay that portion of the damages which:

- exceeds the deductible; and
- equals our percentage of the total of all limits of coverage that apply.

But we won't pay more than the limit of coverage that applies under this agreement. For example:

*The limit of coverage under this agreement is $100,000. Another insurance policy with a limit of $25,000 also applies to loss covered by this agreement. We won't pay more than 80% ($100,000/$125,000) of a loss, less any deductible.*

However, we'll apply this agreement as excess insurance over the part or parts of any other insurance which provide coverage for claims or suits for loss that:

- is covered by this agreement; and
- is caused by a wrongful act committed before the beginning date of this agreement.

Also, if the extended reporting period applies, we'll apply this agreement as excess insurance over the part or parts of any other insurance which:

- are in effect during the extended reporting period; and
- provide coverage for claims or suits for loss covered by this agreement that are first made or brought during the extended reporting period.

We explain how we'll apply this agreement as excess insurance in the Excess insurance section.

**Excess insurance.** When this agreement is excess insurance, we won't have a duty to defend the protected person against the part or parts of any claim or suit for which any other insurer has the duty to defend the protected person.

However, we'll defend the protected person against a claim or suit for injury or damage covered by this agreement if no other insurer will do so. In return we'll require that we be given all of the protected person's rights against each such insurer.

Also, we'll pay only the amount of damages that's in excess of:

- the total amount that all such other insurance would pay if this agreement didn't exist; and
- the total of all deductible and self-insured amounts under all such other insurance.

But we won't pay more than the limits of coverage that apply under this agreement.

WCD 04467

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

[!] CONFIDENTIAL