's endorsement changes your Employee
..nefit Plans Administration Liability
-rotection - Claims-Made.

## How Coverage Is Changed

The following replaces the Employment-
related practices exclusion. This change
excludes coverage.

**Employment-related practices.** We won't cover
loss to any person that results from any:

- refusal to employ that person;
- termination of that person's employment;
  or
- other employment-related policy or
  practice committed upon or applied to that
  person, such as coercion, libel or slander,
  demotion, discipline, discrimination,
  evaluation, harassment, humiliation, or
  reassignment of or against that person, or
  violation of that person's right of privacy.

Nor will we cover loss to the spouse or any
child, parent, brother, or sister of that
person that results from such loss to that
person.

We'll also apply this exclusion to any
obligation of the protected person to share
damages with or to repay someone else
who must pay damages for:

- such loss to that person; or
- loss to the spouse or any child, parent,
  brother, or sister of that person that
  results from such loss to that person.

## Other Terms

All other terms of your policy remain the
same.



PLAINTIFF'S
EXHIBIT
I, part 4

WCD 04468

PUBLIC SECTOR SERVICES EMPLOYEE BENEFITS PROGRAM
ADMINISTRATION LIABILITY SELF-INSURED RETENTION
ENDORSEMENT

This endorsement changes your Employee Benefits Program Administration Liability Protection - Claims-Made.

**Important Note.** This endorsement adds a self-insured retention over which the limits of coverage will apply. It also makes claim expenses subject to the self-insured retention. We explain what we mean by claim expenses in the Right to investigate or defend section.

## How Coverage Is Changed

There are four changes which are explained below.

1. The following replaces the Additional Benefits section. This change limits coverage.

### Additional Benefits

We'll have the duty to make the payments shown below in connection with any claim or suit for covered loss. These payments are in addition to the limits of coverage. But our duty to make such payments ends when we have used up the limits of coverage that apply with the payment of judgments or settlements.

**Our expenses.** We'll pay all expenses that we incur.

**Our prejudgment interest.** We'll pay the prejudgment interest that's awarded against a protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

**Our postjudgment interest.** We'll pay the interest that accumulates on that part of a judgment we pay. But only from the date of the judgment to the date we pay, offer to pay, or deposit in court, the limit of coverage which applies to that part of the judgment.

**Right to appeal.** We'll have the right to appeal a judgment for covered loss. But only if:

- the protected person doesn't appeal it; and
- the amount of the judgment is more than the self-insured retention that applies.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including the cost of appeal bonds and post-

judgment interest. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

**Right to investigate or defend.** We'll have the right to investigate or defend any claim or suit for covered loss made or brought against any protected person. We may exercise such rights even if:

- any of the allegations of any such claim or suit are groundless, false or fraudulent; or
- the total amount of the damages and claim expenses for such claim probably won't exceed a self-insured retention that applies.

If we choose to investigate or defend a claim or suit, on any basis other than as a claim handling service, we'll:

- investigate the claim only to the extent that we believe is proper; and
- pay all expenses we incur for such investigation or defense.

Such expenses are not subject to the self-insured retentions or the limits of coverage.

However, we have no duty to defend any claim or suit or perform other acts or services. In addition, our right to defend claims or suits ends when we have used up the limits of coverage that apply with the payment of judgments or settlements.

*Claim* means a demand which seeks damages.

*Suit* means a civil proceeding which seeks damages. It includes:

- an arbitration proceeding for such damages to which the protected person must submit or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

*Claim expenses* mean the reasonable fees, costs and expenses that result directly from the

CONFIDENTIAL

investigation, defense, settlement or appeal of a specific claim or suit by you.

Claim expenses include your prejudgment interest and your postjudgment interest.

But we won't consider any of the following to be claim expenses:
• Salaries or wages of any protected person, including employed attorneys.
• Expenses, other than additional living expenses, incurred by any protected person, including employed attorneys.

Nor will we consider any of the following that do not result directly from the investigation, defense, settlement or appeal of a specific claim or suit to be claim expenses:
• Fees and expenses of independent adjusters hired by a protected person.
• Fees and expenses of a claim handling service.

*Claim handling service* means the individual or organization who is providing claims services for you in accordance with a separate written contract.

*Your prejudgment interest* means the prejudgment interest that's awarded against the protected person on that part of a judgment within your self-insured retention.

*Your postjudgment interest* means the interest that accumulates on that part of a judgment within your self-insured retention from the date of the judgment to the date it is paid.

*Additional living expenses* mean the reasonable expenses incurred by any protected person, including employed attorneys, for transportation, lodging and food while temporarily away from home to help with the investigation, defense, settlement or appeal of a specific claim or suit.

**Right to settle.** We'll have the right to settle any claim or suit within an applicable self-insured retention or the available limits of coverage.

But you are required to pay that part of the settlement and any claim expenses incurred by a protected person that's within the applicable self-insured retention. We explain when and how you'll do so in the Self-Insured Retentions section.

2. The following is added to the Limits Of Coverage section. This change limits coverage.

The limits of coverage:
• apply over any applicable self-insured retention shown in the Coverage Summary, whether or not that self-insured retention is paid; and
• do not include claim expenses.

3. The following replaces the Deductible section. This change limits coverage.

## Self-Insured Retention

The self-insured retention shown in the Coverage Summary and the information contained in this section fix the amount of loss and claim expenses which you'll be required to pay, and over which the limits of coverage will apply in accordance with the Limits Of Coverage section, regardless of the number of:
• protected persons;
• claims made or suits brought; or
• persons or organizations making claims or bringing suits.

**Each wrongful act retention.** This is the amount that you will be required to pay for the combined total of:
• a single covered wrongful act or a series of related wrongful acts; and
• all claim expenses incurred in connection with such covered wrongful act or a series of related wrongful acts.

**Payment over a self-insured retention.** We'll consider any voluntary payment of, or assumption of any obligation to pay, the following above a self-insured retention to be your responsibility:
• Damages for covered loss.
• Claim expenses.

4. The following is added to the Other Insurance section. This change explains what we mean by other insurance.

*Other insurance* means valid and collectible insurance, or the funding of losses, other than insurance bought specifically to apply in excess

WCD 04470

©St.Paul Fire and Marine Insurance Co.1995 All Rights Reserved

[!] CONFIDENTIAL

of this agreement that's provided for you by or
through:

another insurance company;

a risk retention group;

• a self-insurance method or program, other
than any funded by you and over which this
agreement applies; or

• any similar risk transfer method.

Other Terms

All other terms of your policy remain the same.

WCD 04471

47654 Ed.1-95 Printed in U.S.A.                    Endorsement
©St.Paul Fire and Marine Insurance Co.1995 All Rights Reserved

[!] CONFIDENTIAL
Page 3 of 3

PUBLIC ENTITY EMPLOYMENT PRACTICES LIABILITY PROTECTION
CLAIMS-MADE
COVERAGE SUMMARY

The St.Paul

This Coverage Summary shows the limits of
coverage, deductible, and the retroactive date
that apply to your Public Entity Employment
Practices Liability Protection - Claims-Made.
It also lists those endorsements, if any, that
must have certain information shown for
them to apply.

## Limits Of Coverage

| | |
|---|---|
| Each wrongful employment practice offense limit | $1,000,000 |
| Total limit | $1,000,000 |
| Deductible | $* |

**Retroactive Date:** 12/01/01

**Important Note:** If no date is shown above,
we'll consider the retroactive date to be the
same as the beginning date of this insuring
agreement.

## Named Endorsement Table

**Important Note:** Only endorsements that must have certain information shown for them to
apply are named in this table. The required information follows the name of each such
endorsement. Other endorsements may apply too. If so, they're listed on the Policy Forms
List.

*PSS Public Entity Employment Practices
  Self-Insured Retention Endorsement
   Each Wrongful Act Retention:
     $100,000.

Additional Named Insured:
 Workforce Services Department

WCD 04472

| | | |
|---|---|---|
| **Name of Insured**<br>COUNTY OF WILL | **Policy Number** GPO6301134 | **Effective Date** 12/01/03 |
| | | **Processing Date** 12/18/03    11:51    001 |

L0397 Ed. 1-01 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

Coverage Summary

CONFIDENTIAL
Page 1 of 2

WCD 04473

L0397 Ed. 1-01 Printed in U.S.A.
Page 2 of 2          ©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

CONFIDENTIAL

PUBLIC ENTITY EMPLOYMENT PRACTICES LIABILITY PROTECTION –
CLAIMS–MADE                                                    The St Paul

This insuring agreement provides employment practices liability protection for your operations. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement should be read carefully to determine the extent of coverage provided to you and other protected persons.

Important note: This is a claims–made insuring agreement that includes defense expenses within the limits of coverage. To be covered, a claim must be first made or brought against a protected person and reported to us while this agreement is in effect, or during the extended reporting period, if it applies. This agreement should be read carefully, especially the What This Agreement Covers, When This Agreement Covers, and Limits Of Coverage sections.

Table of Contents                                    Page

What This Agreement Covers                            1
    Employment practices liability.                   1
    Right and duty to defend a claim.                 3
    Right to defend an administrative
    proceeding or hearing that does not
    seek damages.                                     4
    Transfer of control of defense.                   4
    Right to appeal a judgment against a
    protected person.                                 4
    Additional payments.                              4

When This Agreement Covers                            4
    During this agreement, or the extended
    reporting period, if it applies.                  4
    When we consider a claim to be first
    made or brought.                                  5
    When we consider a claim to be first
    reported to us.                                   5
    What we require in a written notice of
    a specific wrongful employment
    practice offense.                                 5
    When and how an extended reporting
    period can be added.                              6
    How the extended reporting period
    applies.                                          6
    How we'll figure the additional
    premium for the Extended Reporting
    Period Endorsement.                               6

Where This Agreement Covers                           6

Who Is Protected Under This Agreement                 6
    Public entity or other organization.              6
    Elected or appointed officials.                   7
    Board members.                                    7
    Employees and volunteer workers.                  7
    Separation of protected persons.                  7

Limits Of Coverage                                    7
    Each wrongful employment practice
    offense limit.                                    7
    Total limit.                                      8

How the limits of coverage apply if
the total limit is left blank.                        8
How the limits of coverage apply to
the extended reporting period.                        8

Deductible                                            8

Exclusions – What This Agreement Won't
Cover                                                 9
    Administrative, civil, or criminal fines
    or penalties.                                     9
    Bodily injury.                                    9
    Breach of contract.                               9
    Contract liability.                               9
    Criminal, dishonest, fraudulent, or
    malicious acts.                                   9
    Declaratory, injunctive, or other non-
    monetary relief costs.                            9
    Employment termination or relocation
    due to operational decisions.                     9
    Known wrongful employment practice
    offenses.                                        10
    Multiplied damages.                              10
    Other employment laws.                           10
    Property damage.                                 10
    School operations.                               10
    Strikes and lockouts.                            10
    Workers compensation and other
    benefits laws.                                   10

Other Insurance                                       10

## What This Agreement Covers

WCD 04474

**Employment practices liability.** We'll pay amounts any protected person is legally required to pay as damages for covered employment injury that:

* results from a wrongful employment practice offense first committed on or

St.Paul

...er the retroactive date and before the ending date of this agreement; and

results in a claim first made or brought against a protected person and reported to us while this agreement is in effect, or during the extended reporting period, if it applies.

We'll consider each wrongful employment practice offense in a series of related wrongful employment practice offenses to be committed on the date the first wrongful employment practice offense in the series of related wrongful employment practice offenses is committed.

We'll consider damages to include attorneys' fees of the person or organization making or bringing the claim if the protected person is legally required to pay such fees under the law which the wrongful employment practice offense violated.

*Protected person* means any person or organization who qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Employment injury* means employment-related harm to:

- any of your employees;
- any of your prospective or former employees; or
- an independent contractor.

We explain the term employee in the Employees and volunteer workers section.

*Independent contractor* means any person who is not your employee, but who performs duties related to the conduct of your operations in the course of their independent employment in accordance with a contract between you and the independent contractor for specified services.

*Wrongful employment practice offense* means any of the following offenses:

- Employment discrimination.
- Wrongful employment termination.
- Employment-related harassment.
- Retaliatory action against any of your employees.
- Wrongful, excessive, or unfair discipline of any of your employees.

- Wrongful hiring, supervision, or demotion of, or failure to promote, any of your employees; or
- Employment-related misrepresentation, defamation, libel, slander, disparagement, or invasion of privacy.

*Employment discrimination* means any employment-related violation of a natural person's rights with respect to:

- the person's race, color, national origin, religion, gender, marital status, age, sexual orientation or preference, or physical or mental disability; or
- any other class or characteristic afforded rights under any federal, state, or local law, rule, or regulation.

*Employment-related harassment* means any unwelcome sexual advance, request for any sexual favor, or other verbal, visual, or physical conduct of a sexual or non-sexual nature, when such conduct:

- is connected to a decision affecting a person's employment by you;
- is connected to a decision affecting a person's status as your independent contractor;
- interferes with a person's job performance for you or a person's performance of duties related to the conduct of your operations; or
- creates an intimidating, hostile, or offensive working environment affecting a person's employment by you or a person's performance of duties related to the conduct of your operations.

*Retaliatory action* includes any employment-related action directed at any of your employees that is in response to the employee's:

- exercising any legally afforded rights;
- supporting in any way another person's exercise of any legally afforded rights;
- participating in any strikes or lockouts;
- making any claims against you or any other protected person;
- testifying against you or any other protected person in any legal proceedings;
- declining to perform any illegal or unethical acts; or

WCD 04475

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

The St Paul

threatened or actual reporting of any illegal operations or activities actually or allegedly conducted within your operations.

*Retroactive date* means the earliest date that a wrongful employment practice offense may first be committed and be covered by this agreement. The retroactive date is shown in the Coverage Summary. However, if no retroactive date is shown in the Coverage Summary, we'll consider the retroactive date to be the same as the beginning date of this agreement.

We explain the terms extended reporting period and related wrongful employment practice offenses in the When This Agreement Covers section.

**Right and duty to defend a claim.** We'll have the right and duty to defend any protected person against a claim for covered employment injury.

We'll do so even if any of the allegations of such claim are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

We'll have the right to investigate any claim to the extent that we believe is proper.

We may, with your written consent, settle any claim. However, if we recommend a settlement to you which is acceptable to the claimant but to which you do not consent, the most we'll pay as damages in the event of a later settlement or judgment is the amount we recommended.

Our duty to defend protected persons against claims for covered employment injury ends when we have used up the limits of coverage that apply with the payment of:

○ judgments;

○ settlements; or

○ defense expenses.

When we defend a claim, we'll pay for defense expenses. Payment of defense expenses will reduce the available limits of coverage. We explain how in the Limits Of Coverage section.

*Claim* means a suit or written demand which seeks damages.

*Suit* means a civil proceeding which seeks damages. It includes:

○ an arbitration proceeding for damages to which the protected person must submit or submits with our consent;

○ any administrative proceeding or hearing for damages conducted by a governmental agency having the proper legal authority to conduct such proceeding or hearing; or

○ any other alternative dispute resolution proceeding for damages to which the protected person submits with our consent.

*Defense expenses* means the following fees, costs, and expenses that result directly from our investigation, defense, or settlement of a specific claim:

○ Fees, costs, or expenses of attorneys.

○ The cost of legal proceedings.

○ Court reporter fees.

○ Independent experts' and special investigators' fees, costs, and expenses.

○ Expenses incurred by a protected person with our consent.

○ Costs for any appeal, attachment, or similar required bonds.

○ Costs taxed against a protected person for covered employment injury in a suit, other than attorneys' fees of the person or organization making or bringing the claim.

However, we won't consider any of the following to be defense expenses:

○ Adjuster's fees paid to independent adjusters or attorneys for adjusting claims

○ Fees, costs, or expenses for coverage opinions.

○ Our recovery expenses.

We also won't consider defense expenses to include any fees, costs, or expenses we incur when exercising:

○ our right to defend any protected person in an administrative proceeding or hearing that does not seek damages; or

○ our right to investigate any allegations relating to such administrative proceeding or hearing.

In addition, we won't consider payments described in the Additional Payments section to be defense expenses.

WCD 04476

[1] CONFIDENTIAL

"Expenses incurred by a protected person with our consent means the reasonable expenses that a protected person incurs at our request while helping us investigate, or defend a protected person against, a claim. But we won't pay more than $500 per day for earnings actually lost by a protected person because of time taken off from work.

**Right to defend an administrative proceeding or hearing that does not seek damages.** We'll have the right but not the duty to defend any protected person in an administrative proceeding or hearing that does not seek damages but otherwise alleges covered employment injury.

We'll have the right to investigate any allegations relating to such administrative proceedings or hearings to the extent we believe is proper.

**Transfer of control of defense.** Before the available limit of coverage is used up, you may take over from us control of the defense of any outstanding claim that we are defending, if you and we agree, or if a court orders you to do so.

If the limit of coverage that applies is used up, we'll notify you as soon as we can of all outstanding claims that we are defending and that are subject to that limit, so that you can arrange to take over control of their defense.

During a transfer of control of defense from us to you of an outstanding claim that we are defending, we agree to take whatever steps are necessary to continue that defense and avoid a default judgment during such transfer. When we take any such steps, you agree that we don't waive or give up any of our rights under this agreement. You also agree to repay us for the reasonable expenses we incur for any such steps we take after the available limit of coverage is used up.

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment awarded in a suit for covered employment injury if:

- we defend a protected person against the suit; and

- the judgment is awarded against that protected person.

The costs of appealing such a judgment are considered defense expenses. The results of an appeal won't change the limits of coverage that apply under this agreement.

**Additional payments.** We'll have the duty to make only the payments shown below, in addition to the limits of coverage, in connection with any claim under this agreement against a protected person when we:

- investigate or settle the claim; or

- defend the protected person against the claim.

The deductible does not apply to these payments.

Our duty to make such payments ends when we have used up the limits of coverage that apply with the payment of:

- judgments;
- settlements; or
- defense expenses.

*Our expenses.* All expenses, other than defense expenses, we incur.

*Prejudgment interest.* The interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* All interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

**When This Agreement Covers**

**During this agreement, or the extended reporting period, if it applies.** We'll apply this agreement to claims for covered employment injury only when they're first:

WCD 04477

L0394 Ed. 1-01 Printed in U.S.A.
Page 4 of 11          ©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved
[1] CONFIDENTIAL

made or brought against a protected person; and

• reported to us in writing;

while this agreement is in effect, or during the extended reporting period, if it applies.

We explain the term extended reporting period in the When and how an extended reporting period can be added section.

**When we consider a claim to be first made or brought.** We'll consider a claim for covered employment injury to be first made or brought against a protected person on the earlier of the following dates:

• The date that we or any protected person first receives written notice of such claim.

• The date that we first receive written notice from any protected person of a specific wrongful employment practice offense that caused the loss which resulted in such claim.

We'll consider all claims for covered employment injury that results from:

• the same wrongful employment practice offense; or

• related wrongful employment practice offenses;

to have been first made or brought against a protected person on the date the first of those claims was made or brought against a protected person, regardless of whether such date is before or while this agreement is in effect.

*Related wrongful employment practice offenses* means two or more wrongful employment practice offenses, including any repeated or continuous wrongful employment practice offenses that:

• are related to the same employment injury; or

• have as a common connection, tie, or link any fact, circumstance, situation, event, cause or any series of related facts, circumstances, situations, events, or causes.

**When we consider a claim to be first reported to us.** We'll consider a claim for covered employment injury to be first reported to us on the date that we first receive:

• written notice of such claim from any protected person or from the person or

organization making or bringing the claim; or

• written notice from any protected person of a specific wrongful employment practice offense that caused the loss which resulted in such claim.

We'll consider all claims for covered employment injury that results from:

• the same wrongful employment practice offense; or

• related wrongful employment practice offenses;

to have been first reported to us on the date the first of those claims was first reported to us.

Also, we'll consider a claim for covered employment injury that:

• is first made or brought against a protected person while this agreement is in effect; and

• is reported to us in writing within 60 days after the ending date of this agreement;

to have been first reported to us in writing on the ending date of this agreement.

However, this 60-day reporting period won't apply to claims for covered employment injury that:

• are covered by any other insurance you buy that takes effect on or after the ending date of this agreement; or

• would have been covered by such insurance if its limit of coverage hadn't been used up.

**What we require in a written notice of a specific wrongful employment practice offense.** We won't consider a claim to be first made or brought against a protected person and reported to us on the date we receive written notice of a specific wrongful employment practice offense unless that notice contains the following information:

• A description of the wrongful employment practice offense, including its date, time, place, and circumstances.

• The nature of the potential damages.

• The names of each actual or potential claimant and protected person involved.

• The manner in which each of the protected persons first became aware of the circumstances involved.

WCD 04478

The St Paul

hen and how an extended reporting period can
e added. If this agreement is canceled or
not renewed for any reason, an extended
reporting period can be added with an
Extended Reporting Period Endorsement and
the payment of an additional premium.

Also, if we renew or replace this agreement
with insurance that:

o has a retroactive date later than the
  retroactive date shown in the Coverage
  Summary; or

o does not provide coverage on a claims-
  made basis;

an extended reporting period can be added
with an Extended Reporting Period
Endorsement and the payment of an
additional premium.

However, we won't issue an Extended
Reporting Period Endorsement unless we
receive a written request for it from the
first named insured shown in the
Introduction within 60 days after the ending
date of this agreement.

In addition, the Extended Reporting Period
Endorsement won't take effect unless:

o your premium for this agreement is paid
  in full;

o any deductible you owe us is paid in full;
  and

o the additional premium for the extended
  reporting period is paid when due.

But once the Extended Reporting Period
Endorsement takes effect, it may not be
canceled by you or us.

*Extended reporting period* means the 12-,
24-, or 36-month time period, as specified in
the Extended Reporting Period Endorsement,
starting with the ending date of this
agreement, during which claims for covered
employment injury may be first made or
brought against a protected person and
reported to us.

**How the extended reporting, period applies.**
When it applies, the extended reporting
period doesn't extend the time that this
agreement is in effect. As a result, when
the extended reporting period applies, we'll
consider any claim for covered employment
injury that is first made or brought against a
protected person and reported to us during

the extended reporting period to have been
first made or brought against a protected
person and reported to us on the ending
date of this agreement.

**How we'll figure the additional premium for the
Extended Reporting Period Endorsement.** We'll
figure the additional premium for the
Extended Reporting Period Endorsement in
accordance with our rules and rates.

But we won't charge an additional premium
for the Extended Reporting Period that is
more than 200% of the annual premium for
the last policy year of this agreement.

We explain the term policy year in the
Limits Of Coverage section.

## Where This Agreement Covers

We'll apply, and make payments under, this
agreement:

o only in the coverage territory; and

o only for covered employment injury
  caused by wrongful employment practice
  offenses that are committed there.

However, we'll also apply, and make
payments under, this agreement for covered
employment injury that's caused by wrongful
employment practice offenses which are
committed anywhere in the world if the
protected person's liability for such
employment injury is determined in a suit
on the merits brought in the coverage
territory, or in a settlement agreed to by us.

*Coverage territory* means:

o the United States of America, including its
  territories and possessions;

o Puerto Rico; and

o international waters or airspace only
  during travel or transportation between any
  of the above places.

## Who Is Protected Under This Agreement

**Public entity or other organization.** If you are
shown in the Introduction as a named
insured and a public entity or other
organization, you are a protected person.

WCD 04479

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved
CONFIDENTIAL

*Other organization* includes a corporation, joint power authority, or tribal government.

**Elected or appointed officials.** Your lawfully elected or appointed officials, directors or executive officers are protected persons only for the conduct of their duties as your elected or appointed officials, directors, or executive officers.

**Board members.** Members of your boards are protected persons only for the conduct of their duties for you or for your boards.

*Your boards* means any board, commission, or other governmental unit that:

* is under your authority; and
* is funded and operated as part of your total operating budget.

**Employees and volunteer workers.** Your employees are protected persons only for:

* work done within the scope of their employment by you; or
* their performance of duties related to the conduct of your operations.

And your volunteer workers are protected persons only for activities or work they conduct or perform:

* at your direction; and
* within the scope of their duties for you.

*Employee* includes a leased worker and a temporary worker. It also includes employees of your boards. Employee does not include an independent contractor or a volunteer worker.

*Leased worker* means any person who:

* is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
* is performing duties related to the conduct of the hirer's operations.

*Employee leasing firm* means any person or organization that hires out workers to others. It includes any:

* employment agency, contractor, or service;
* labor leasing firm; or
* temporary help service.

*Temporary worker* means a worker who is hired to:

* temporarily take the place of a permanent employee on leave; or
* meet seasonal or short-term workload conditions.

*Volunteer worker* means any person who performs duties related to the conduct of your operations, other than:

* an employee;
* any of your elected or appointed officials, directors, or executive officers or members of your boards if you are public entity or other organization; or
* an independent contractor.

We explain the term your boards in the Board members section.

**Separation of protected persons.** This agreement applies separately to each protected person.

However, the limits of coverage and deductible shown in the Coverage Summary are shared by all protected persons. We explain how in the Limits Of Coverage and Deductible sections.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

The limits of coverage shown in the Coverage Summary and the information contained in this section fix the most we'll pay, regardless of the number of:

* protected persons;
* claims made or brought; or
* persons or organizations making or bringing claims.

The limits of coverage apply excess of any applicable deductible, and are not reduced by the payment of that deductible.

**Each wrongful employment practice offense limit.** This is the most we'll pay as damages and

WCD 04480

L0394 Ed. 1-01 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

Insuring Agreement

CONFIDENTIAL

The St.Paul

fense expenses for all claims for covered
employment injury that results from:

- the same wrongful employment practice
  offense; or
- related wrongful employment practice
  offenses.

We explain the term related wrongful
employment practice offenses in the When
This Agreement Covers section.

Total limit. This is the most we'll pay as
damages and defense expenses for the
combined total of all claims for covered
employment injury that are first made or
brought against a protected person and
reported to us in a policy year.

We explain when we consider a claim to be
first made or brought and when we consider
a claim to be first reported to us in the
When This Agreement Covers section.

*Policy year* means the policy period shown
in the Introduction, or the period of time
this agreement is in effect, whichever period
is shorter. But when that period is longer
than one year, policy year means each of
the following periods of time that this
agreement is in effect, starting with the
beginning date of this agreement:

- Each consecutive one-year period.
- Any period that remains after the last
  consecutive one-year period.

However, if the original policy period shown
in the Introduction is extended for a period
of less than one year, we'll consider each
such extended period to be part of the last
policy year, regardless of the number of
extensions provided.

For example:

*Your original policy period is two years
and nine months long. As a result, it has
three policy years, each one separate from
the other. The first is the first one-year
period. The second is the next one-year
period. And the third is the remaining
nine-month period. During the third policy
year, you request and we provide, two
separate extensions of the policy period:
a three-month extension and then a four-
month extension. As a result, the third
policy year becomes sixteen months long*

*and is still subject to the same limits of
coverage that applied when it was nine
months long.*

How the limits of coverage apply if the total
limit is left blank. If the amount of the
Total limit is left blank in the Coverage
Summary, we'll consider that total limit to
be the same as the Each wrongful
employment practice offense limit or
$100,000, whichever amount is more.

How the limits of coverage apply to the
extended reporting period. The limits of
coverage that apply on the ending date of
this agreement aren't renewed or increased
for claims for covered employment injury
that are first made or brought against a
protected person and reported to us during
the extended reporting period, if it applies.

## Deductible

The deductible shown in the Coverage
Summary and the information contained in
this section fix the amount of damages and
defense expenses that you'll be responsible
for paying over which the limits of coverage
will apply, regardless of the number of:

- protected persons;
- claims made or brought; or
- persons or organizations making or
  bringing claims.

The deductible won't apply to payments we
make under the Additional payments section.

You'll be responsible for the amount of
damages and defense expenses within this
deductible for all claims for covered
employment injury that results from:

- the same wrongful employment practice
  offense; or
- related wrongful employment practice
  offenses.

We'll pay all or part of the deductible for
you, unless you and we agree that we
should do otherwise. When we do make
such a payment, you agree to repay that
amount to us promptly after we notify you
of that payment.

WCD 04481

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved
[ ] CONFIDENTIAL

The St Paul

We explain the term related wrongful employment practice offenses in the When This Agreement Covers section.

## Exclusions – What This Agreement Won't Cover

**Administrative, civil, or criminal fines or penalties.** We won't cover any administrative, civil, or criminal fine or penalty.

But we won't consider punitive or exemplary damages to be a fine or penalty.

**Bodily injury.** We won't cover bodily injury.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons.

We'll consider any of the following that happens at any time to be part of such physical harm, sickness, or disease, if it results in or from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

**Breach of contract.** We won't cover employment injury that results from the failure of any protected person to do what is required by any written employment-related contract or agreement, other than a collective bargaining agreement.

**Contract liability.** We won't cover employment injury for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to employment injury for which the protected person would have liability without the contract or agreement.

**Criminal, dishonest, fraudulent, or malicious acts.** We won't cover employment injury that results from any criminal, dishonest, fraudulent, or malicious act or omission committed:

- by the protected person; or
- with the consent or knowledge of the protected person.

However, we won't apply this exclusion to our duty to defend that protected person until it has been determined through legal processes that such act or omission was committed:

- by the protected person; or
- with the consent or knowledge of the protected person.

**Declaratory, injunctive, or other non-monetary relief costs.** We won't cover:

- any cost, expense, or fee; or
- any amount required to comply with a court or administrative order, judgment, ruling, or decree, or a federal, state, or local law;

that results from any action or demand, or any part of any claim, which seeks declaratory, injunctive, or other non-monetary relief.

Such costs, expenses, fees, or amounts include the following:

- The cost of employment reinstatement or continued employment.
- The cost of unpaid compensation, other than front and back wages, earned by the injured person in the course of the person's employment.
- The cost of physical alterations or other changes made to accommodate or afford accessibility to any disabled person.
- The cost of developing, implementing, or enforcing any company policy, procedure, or program.

*Declaratory, injunctive, or other non-monetary relief* includes:

- a judgment which declares the rights and duties of any person or organization; or
- any type of injunction, restraining order, or any other non-monetary relief.

**Employment termination or relocation due to operational decisions.** We won't cover employment injury that results from any termination of employment, or any job relocation or reassignment, that is necessary because you have:

- filed for bankruptcy protection, or been placed in receivership or liquidation;
- merged with, acquired, or been acquired by another entity; or

transferred any part of your operations to the private sector.

**Known wrongful employment practice offenses.** We won't cover employment injury that results from any wrongful employment practice offense, including any part of related wrongful employment practice offenses, the protected person knew about before the beginning date from which we have continuously provided Public Entity Employment Practices Liability Protection.

**Multiplied damages.** We won't cover that portion of any multiplied damage award which exceeds the amount multiplied.

**Other employment laws.** We won't cover employment injury that results from any violation of any of the duties or responsibilities required of you as an employer by the following laws, amendments to those laws, or similar provisions of any other laws, rules, or regulations:

- Fair Labor Standards Act, except the Equal Pay Act.
- National Labor Relations Act.
- Worker Adjustment and Retraining Notification Act.
- Consolidated Omnibus Budget Reconciliation Act of 1985.
- Occupational Safety and Health Act.
- Employee Retirement Income Security Act of 1974.

But we won't apply this exclusion to employment injury that results from retaliatory action against any of your employees for the employee's exercising of rights afforded by such laws.

**Property damage.** We won't cover property damage.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged.

**School operations.** We won't cover employment injury that results from the

activities or operations of any school, college, or university.

**Strikes and lockouts.** We won't cover employment injury to any of your employees:

- on strike or locked out; or
- temporarily or permanently replaced;

due to any labor dispute, including breach of a collective bargaining agreement.

But we won't apply this exclusion to employment injury that results from retaliatory action taken in response to any of your employees for participating in any strike or lockout.

**Workers compensation and other benefits laws.** We won't cover any obligation that the protected person has under any:

- workers compensation law;
- disability benefits law;
- unemployment compensation law; or
- similar law.

## Other Insurance

This agreement is primary insurance.

However, if the protected person has any valid and collectible other insurance for employment injury covered by this agreement, we'll apply this agreement as excess insurance unless such other insurance is specifically written to apply in excess of the limits of coverage for this agreement shown in the Coverage Summary.

When this agreement is excess insurance, we won't have a duty to defend the protected person against the part or parts of any claim for which any other insurer has a duty to defend.

However, we'll defend the protected person against a claim for covered employment injury if no other insurer will do so. In return, we'll require that we be given all of the protected person's rights against each such insurer.

Also, we'll pay only the amount of damages and defense expenses that's in excess of:

WCD 04483

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

The St Paul

the total amount that all such other insurance would pay if this agreement didn't exist; and

- the total of all deductible and self-insured amounts under all such other insurance.

But we won't pay more than the limits of coverage that apply under this agreement.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated insurance companies;
- any risk retention group;
- any self insurance method or program; or
- any similar risk transfer or risk management method.

WCD 04484

CONFIDENTIAL

WCD 04485

CONFIDENTIAL

SELF-INSURED RETENTION ENDORSEMENT –
PUBLIC ENTITY EMPLOYMENT PRACTICES LIABILITY                      The St Paul

This endorsement changes your Public Entity Employment Practices Liability Protection - Claims-Made.

**Important Note.** This endorsement adds a self-insured retention over which the limits of coverage will apply. It also makes defense expenses subject to the self-insured retention. We explain what we mean by defense expenses in the Right to investigate a claim or defend a protected person section.

## How Coverage Is Changed

There are six changes which are explained below.

1. The following replaces the Right and duty to defend a claim section. This change reduces our obligations under this agreement by eliminating our duty to defend a protected person.

   **Right to investigate a claim or defend a protected person.** We'll have the right, but not the duty, to investigate, or defend any protected person against, a claim for covered employment injury. We'll have such right even if:

   - any of the allegations of such claim are groundless, false, or fraudulent; or
   - the total amount of the damages and defense expenses for such claim probably won't exceed the self-insured retention that applies.

   If we choose to investigate or defend a claim on any basis other than as your claim-handling service, we'll:

   - investigate the claim only to the extent that we believe is proper; and
   - pay all expenses we incur for such investigation or defense. Such expenses are not subject to the self-insured retention or the limits of coverage.

   We'll have the right to propose a settlement for any claim within the applicable self-insured retention or the available limits of coverage. However, if we recommend a settlement to you which is acceptable to the claimant but to which you do not consent, the most we'll pay as damages in the event of a later settlement or judgment is the amount we recommended.

   However we have no duty to defend any claim or perform other acts or services related to the defense of any claim, even if the amount of damages and defense expenses exceeds the self-insured retention.

   *Claim* means a suit or written demand which seeks damages.

   *Suit* means a civil proceeding which seeks damages. It includes:

   - an arbitration proceeding for such damages to which the protected person must submit, or submits with our consent;
   - any administrative proceeding or hearing for such damages conducted by a governmental agency having the proper legal authority to conduct such proceeding or hearing; or
   - any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

   *Your claim-handling service* means the individual or organization that's approved by us and provides claims services for you in accordance with a separate written contract. You may not change or terminate your claim-handling service until we have given our written authorization. We also have the right to require you to change your claim-handling service after giving you reasonable notice.

   Your claim-handling service does not mean us except when we're providing

---

| | | |
|---|---|---|
| **Name of Insured**<br>COUNTY OF WILL<br>WCD 04486 | **Policy Number** GP06301134 | **Effective Date** 12/01/03 |
| | | **Processing Date** 12/18/03   11:51  001 |

Endorsement

The St Paul

claims services for you under a separate written agreement to specifically provide such services.

*Defense expenses* means the following fees, costs, and expenses that result directly from the investigation, defense, or settlement of a specific claim:

- Fees, costs, or expenses of attorneys.
- The cost of legal proceedings.
- Court reporter fees.
- Independent experts' and special investigators' fees, costs, and expenses.
- Costs for any appeal, attachment, or similar required bonds.
- Costs taxed against a protected person for covered employment injury in a suit, other than attorneys' fees of the person or organization making or bringing the claim.

However, we won't consider any of the following to be defense expenses:

- Adjuster's fees, costs, or expenses paid to independent adjusters or attorneys for adjusting claims.
- Fees, costs, or expenses for coverage opinions.
- Our recovery expenses.

We also won't consider defense expenses to include any fees, costs, or expenses we incur when exercising:

- our right to defend any protected person in an administrative proceeding or hearing that does not seek damages; or
- our right to investigate any allegations relating to such administrative proceeding or hearing.

In addition, we won't consider payments described in the Additional payments section to be defense expenses.

2. The following replaces the Right to appeal a judgment against a protected person section. This change explains when we'll have the right to appeal a judgment and how any appeal expenses will be treated.

**Right to appeal a judgment against a protected person.** We'll have the right to

appeal a judgment awarded in a suit for covered employment injury. But only if:

- the protected person doesn't appeal it; and
- the combined total of the judgment amount for damages and your claim expenses incurred is more than the self-insured retention.

If we appeal such a judgment, we'll pay all defense expenses which result directly from that appeal, including the cost of appeal bonds and post-judgment interest. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

We explain the term your claim expenses in the Self-Insured Retention section.

3. The following replaces the Additional payments section. This change describes the additional payments we'll make and when we'll make them.

**Additional payments.** We'll have the duty to make only the additional payments shown below, in addition to the limits of coverage, in connection with any claim under this agreement against a protected person for covered employment injury.

Our duty to make such payments ends when the limits of coverage that apply have been used up with the payment of:

- judgments;
- settlements; or
- defense expenses.

*Defense expenses.* The defense expenses that exceed the self-insured retention. But we won't pay defense expenses incurred after we have used up limits of coverage that apply with the payment of:

- judgments;
- settlements; or
- defense expenses.   WCD 04487

We explain the term defense expenses in the Right to investigate a claim or defend a protected person section.

*Our other expenses.* All other expenses that we incur.

OL108 Ed. 11-02 Printed in U.S.A.

and Marine Insurance Co. 2002 All Rights Reserved

The St Paul

*Our other expenses* means:

* Salaries, wages, and expenses of our employees, except salaries, wages, and expenses of attorneys and paralegals who are our employees and while they are assigned to a specific claim; and

* Fees, costs, and expenses of independent adjusters that we hire.

*Our prejudgment interest.* The interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Our postjudgment interest.* The interest that accumulates after a judgment on that part of a judgment we pay. But only from the date of the judgment to the date we pay, offer to pay, or deposit in court, that part of the limit of coverage that applies to the part of judgment we pay.

4. The following is added to the Limits Of Coverage section. This change explains how the limits of coverage apply to the self-insured retention.

   The limits of coverage apply over the applicable self-insured retention shown in the Coverage Summary, whether or not that self-insured retention is paid.

5. The following replaces the Deductible section. This change describes how the self-insured retention applies.

Self-insured Retention

Self-Insured Retention: $100,000.

The self-insured retention shown above and the information contained in this section fix the amount of damages and your claims expenses, incurred by you or any other protected person, which you'll be required to pay, regardless of the number of:

* protected persons;

* claims made or brought; or

* persons or organizations making or bringing claims.

If you are unable to pay damages or your claim expenses for covered employment injury because of your insolvency, bankruptcy, or any other reason, this agreement will only apply to amounts in excess of the self-insured retention shown in the Coverage Summary.

*Your claim expenses* means all reasonable fees, costs, and expenses that result directly from the investigation, defense, settlement, or appeal of a specific claim, including:

* Defense expenses.

* Additional living expenses.

* Costs and expenses for your claim handling service.

* Your prejudgment interest.

* Your postjudgment interest.

But we won't consider any of the following to be your claim expenses:

* Salaries or wages of any protected person, including employed attorneys.

* Other expenses, except expenses incurred by any protected person with our consent.

*Additional living expenses* means the reasonable expenses incurred by any protected person, including employed attorneys, for transportation, lodging, and food while temporarily away from home to help with the investigation, defense, settlement, or appeal of a specific claim or suit.

*Your prejudgment interest* means the interest awarded against the protected person on that part of a judgment within your self-insured retention.

*Your postjudgment interest* means the interest that accumulates after a judgment on that part of a judgment within your self-insured retention from the date of the judgment to the date it is paid.

Each wrongful employment practice offense retention. You'll be responsible for the amount of damages and your claim

Endorsement

The St Paul

expenses up to this retention for all claims for covered employment injury that results from:

- the same wrongful employment practice offense; or
- related wrongful employment practice offenses.

We explain the term related wrongful employment practice offenses in the When This Agreement Covers section.

**Payment over a self-insured retention.** We'll consider any voluntary payment of, or assumption of any obligation to pay, the following above the self-insured retention to be your responsibility:

- Damages for covered employment injury.
- Your claim expenses.

6. The following replaces the Other Insurance section. This change explains how this agreement applies when there is other insurance and what we mean by other insurance.

Other Insurance

This agreement is primary insurance that applies over a self-insured retention.

If the protected person has any valid and collectible other insurance for employment injury covered by this agreement, we'll apply this agreement as excess insurance unless such other insurance is specifically written to apply in excess of the limits of coverage shown in the Coverage Summary.

Also, we'll only pay the amount of damages and defense expenses that's in excess of:

- the total amount that all such other insurance would pay if this agreement didn't exist;
- the total of all deductible and self-insured amounts under all such other insurance; and
- the self-insured retention under this agreement.

But we won't pay more than the limits of coverage that apply under this agreement.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated insurance companies;
- any risk retention group;
- any self-insurance method or program, other than any funded by you and over which this agreement applies; or
- any similar risk transfer or risk management method.

Other Terms

All other terms of your policy remain the same.

CONFIDENTIAL

LAW ENFORCEMENT LIABILITY PROTECTION

The St Paul

This insuring agreement provides professional liability protection for the conduct of law enforcement activities or operations by or for your law enforcement agency. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

| Table of Contents | Page |
|---|---|
| What This Agreement Covers | 1 |
| Law enforcement liability. | 1 |
| Right and duty to defend a protected person. | 2 |
| Additional payments. | 2 |
| Right to appeal a judgment against a protected person. | 3 |
| When This Agreement Covers | 4 |
| Where This Agreement Covers | 4 |
| Who Is Protected Under This Agreement | 4 |
| Public entity. | 4 |
| Elected or appointed officials. | 4 |
| Employees and volunteer workers. | 4 |
| Separation of protected persons. | 5 |
| Limits Of Coverage | 5 |
| Total limit. | 5 |
| Each wrongful act limit. | 5 |
| How the limits of coverage apply if the total limit is left blank. | 5 |
| Deductible | 5 |
| Each wrongful act deductible. | 6 |
| Exclusions – What We Won't Cover | 6 |
| Aircraft, auto, mobile equipment. | 6 |
| Asbestos. | 6 |
| Contract liability. | 7 |
| Control of property. | 7 |
| Criminal, dishonest, fraudulent, or malicious acts. | 7 |
| Declaratory, injunctive, or other non-monetary relief. | 7 |
| Employers liability. | 7 |
| Employment-related practices. | 7 |
| Health care professional services. | 8 |
| Injury to volunteer workers. | 8 |
| Nuclear energy liability. | 8 |
| Pollution injury or damage. | 8 |
| Pollution work loss, cost, or expense. | 9 |
| Workers compensation or other benefits laws. | 9 |
| Other Insurance | 9 |

## What This Agreement Covers

**Law enforcement liability.** We'll pay amounts any protected person is legally required to pay as damages for covered injury or damage that:

• results from law enforcement activities or operations by or for you;

• happens while this agreement is in effect; and

• is caused by a wrongful act that is committed while conducting law enforcement activities or operations.

We'll consider damages to include the attorneys' fees of the person or organization bringing the claim if such fees are awarded, or paid in a settlement, for covered injury or damage.

*Protected person* means any person or organization who qualifies as a protected person under the Who Is Protected Under This Agreement Section.

*Injury or damage* means bodily injury, personal injury, or property damage.

*Bodily injury* means any harm to the health of other persons. It includes care, loss of services, or death that results from such harm.

*Harm* includes any of the following:

• Physical harm, sickness, or disease.

• Mental anguish, distress, injury, or illness.

• Emotional distress.

• Humiliation.

WCD 04490

Insuring Agreement

CONFIDENTIAL

The St Paul

*ersonal injury* means injury, other than bodily injury, caused by any of the following wrongful acts:

- False arrest, detention, or imprisonment.
- Malicious prosecution.
- Wrongful entry or wrongful eviction.
- Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies.
- Libel or slander.
- Making known to any person or organization written or spoken material that belittles the products, work, or completed work of others.
- Making known to any person or organization written or spoken material that violates an individual's right of privacy.
- False or improper service of process.
- Violation of civil rights protected under any federal, state, or local law.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged.

We'll consider all loss of use of:

- damaged tangible property to happen at the time of the physical damage which caused it; and
- undamaged tangible property to happen at the time of the wrongful act which caused it.

*Law enforcement activities or operations* means any of the official activities or operations of your police department, sheriff agency, or other public safety organization which enforces the law and protects persons or property.

They include the following:

- Ownership, maintenance, or use of a premises that you own, rent, lease, or borrow in order to perform such activities or operations.
- Providing first aid at the time of an accident, crime, or medical emergency.

*Wrongful act* means any act, error, or omission.

**Right and duty to defend a protected person.** We'll have the right and duty to defend any protected person against a claim for injury or damage covered by this agreement. We'll have such right and duty even if all of the allegations of the claim are groundless, false, or fraudulent. But we have no duty to perform any other act or service.

We'll have the right to investigate any claim to the extent that we believe is proper. We'll also have the right to settle any claim within:

- any applicable deductible; or
- the available limits of coverage.

Our duty to defend protected persons ends when we have used up the limits of coverage that apply with the payment of judgments or settlements.

*Claim* means a suit or written demand which seeks damages.

*Suit* means a civil proceeding that seeks damages. It includes:

- an arbitration proceeding for such damages to which the protected person must submit or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim under this agreement against a protected person when we:

- investigate or settle the claim; or
- defend the protected person against the claim.

These payments are in addition to the limits of coverage.

Our duty to make additional payments ends when we have used up the limits of coverage that apply with the payment of judgments or settlements.

*Our expenses.* We'll pay all expenses, including our claim expenses, we incur.

WCD 04491

CONFIDENTIAL

ur claim expenses includes the following fees, costs, and expenses that result directly from the investigation, defense, or appeal of a specific claim:

- Fees, costs, and expenses of attorneys.
- The cost of legal proceedings.
- Court reporter's, arbitrator's, and mediator's fees.
- Independent expert's and special investigator's fees, costs, and expenses.
- Independent vendor's fees, costs, and expenses.

But we won't consider any of the following to be our claim expenses:

- Our expenses, including salaries, wages, or traveling expenses of our employees, other than fees, costs, or expenses incurred by attorneys employed by us in connection with a specific claim.
- Adjuster's fees paid to independent adjusters or attorneys for adjusting claims.
- Fees, costs, or expenses for coverage opinions.
- Payments we make under the Right to appeal a judgment against a protected person section.
- Our recovery expenses.

We explain how we apply our recovery expenses in the Recovering Damages From A Third Party section in the General Rules, which is a part of your policy.

*Bonds to release property.* We'll pay the costs of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the available limit of coverage. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim. But we won't pay more that $500 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs, except attorneys' fees of the person or organization making or bringing the claim, taxed against

any protected person for covered injury or damage in a suit.

*Prejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

*Appeal bonds.* If we have the duty to appeal a judgment that includes damages covered by this agreement, and you agree we can appeal that judgment, we'll pay the cost of any appeal bond required for that appeal. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond. The results of an appeal won't change the limits of coverage that apply under this agreement.

*Personal property of others.* We'll pay up to $25,000 per policy period for direct physical loss or damage to the personal property of others which:

- is in their possession at the time of their arrest; and
- is in the care, custody, or control of the protected person at the time of the loss or damage.

The each wrongful act deductible applies to this additional payment.

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment that we don't have a duty to appeal. But only if the judgment:

- includes damages for injury or damage covered by this agreement;

WCD 04492

CONFIDENTIAL

The St Paul

is awarded in a suit for which we defend a protected person; and

• is awarded against the protected person.

If we appeal such a judgment, we'll pay the following that result directly from that appeal:

• All expenses we incur.

• All reasonable expenses that any protected person incurs at our request while helping us with the appeal, other than the cost of appeal bonds.

• The cost of any required appeal bond. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond.

• All postjudgment interest that accumulates on the full amount of the judgment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

These payments are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

## When This Agreement Covers

We'll apply this agreement to claims for covered injury or damage whenever they're made or brought.

## Where This Agreement Covers

We'll apply, and make payments under, this agreement:

• only in the coverage territory; and

• only for covered injury or damage that's caused by wrongful acts which are committed there.

However, we'll also apply, and make payments under, this agreement in the coverage territory for covered injury or damage that's caused by wrongful acts which are committed in the rest of the

world. But only if they result from the conduct of law enforcement activities or operations by a person who:

• has a home in the coverage territory; and

• is away for a short time on your business.

*Coverage territory* means:

• the United States of America, including its territories and possessions;

• Puerto Rico;

• Canada; and

• international waters or airspace only during travel or transportation between any of the above places.

## Who Is Protected Under This Agreement

**Public entity.** If you are a public entity named in the Introduction, you are a protected person.

**Elected or appointed officials.** Your lawfully elected or appointed officials are protected persons only for the conduct of their duties as your elected or appointed officials.

**Employees and volunteer workers.** Your employees and volunteer workers are protected persons only for:

• work done within the scope of their employment by you; or

• their performance of duties related to the conduct of your operations.

And your volunteer workers are protected persons only for activities or work they conduct or perform:

• at your direction; and

• within the scope of duties for you.

However, no employee or volunteer worker is a protected person for bodily injury or personal injury to:

• you;

• any fellow employee;

• any fellow volunteer worker or any of your employees; or

• the spouse, or any child, parent, brother, or sister of that employee or volunteer worker if such injury results from the bodily injury or personal injury to such fellow employee or volunteer worker.

WCD 04493

47292 Rev. 10-02 Printed in U.S.A.
Page 4 of 9                    ©St Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

CONFIDENTIAL

...or is any employee or volunteer worker a protected person for any obligation to share damages with or repay someone else who must pay damages because of such bodily injury or personal injury.

*Employee* includes a leased worker, other than a leased temporary worker.

*Volunteer worker* means any person who:

- isn't an employee or a leased temporary worker;
- donates his or her work; and
- isn't paid a fee, salary, or other compensation for that work.

Separation of protected persons. We'll apply this agreement separately to each protected person.

However, all protected persons share the limits of coverage shown in the Coverage Summary. We explain how in the Limits Of Coverage section.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is part of your policy.

## Limits Of Coverage

The limits of coverage shown in the Coverage Summary and the information contained in this section fix the most we'll pay as damages, regardless of the number of:

- protected persons;
- claims made or brought; or
- persons or organizations making claims or bringing suits.

Total limit. This is the most we'll pay for all covered injury or damage that:

- happens in a policy year; and
- is caused by all wrongful acts.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever period is shorter. But when that period is longer than one year, policy year means each of the following periods of time that

this agreement is in effect, starting with the beginning date of this agreement:

- Each consecutive one-year period.
- Any period that remains after the last consecutive one-year period.

However, if the original policy period shown in the Introduction is extended for a period of less than one year, we'll consider each such extended period to be part of the last policy year, regardless of the number of extensions provided.

For example:

*Your original policy period is two years and nine months long. As a result, it has three policy years, each one separate from the other. The first is the first one-year period. The second is the next one-year period. And the third is the remaining nine-month period.*

*During the third policy year you request, and we provide, two separate extensions of the policy period: a three-month extension, and then a four-month extension. As a result, the third policy year becomes sixteen months long and is still subject to the same limits of coverage that applies when it was nine months long.*

Each wrongful act limit. This is the most we'll pay for all covered injury or damage that:

- happens in a policy year; and
- is caused by any one wrongful act or series of related wrongful acts.

*Series of related wrongful acts* means two or more wrongful acts, including repeated or continuous wrongful acts, that are related to the same injury or damage.

How the limits of coverage apply if the total limit is left blank. If the amount of the total limit is left blank in the Coverage Summary, we'll consider that total limit to be the same as the each wrongful act limit or $100,000, whichever amount is more.

## Deductible

WCD 04494

The deductible shown in the Coverage Summary and the information contained in

this section fix the amount of damages and our claim expenses that you'll be responsible for paying and over which the limits of coverage will apply, regardless of the number of:

• protected persons;

• claims made or brought; or

• persons or organizations making or bringing claims.

The deductible won't apply to payments we make under the Additional payments section, other than payments made for:

• our claim expenses; or

• personal property of others.

We'll pay all or part of the deductible for you, unless you and we agree that we should do otherwise. When we do make such a payment, you agree to repay that amount to us promptly after we notify you of that payment.

**Each wrongful act deductible.** You'll be responsible for the amount of damages and our claim expenses within this deductible for all claims for covered injury or damage that's caused by:

• the same wrongful act; or

• a series of related wrongful acts.

## Exclusions – What We Won't Cover

**Aircraft, auto, mobile equipment.** We won't cover injury or damage that results from the:

• ownership, maintenance, use, or operation;

• loading or unloading; or

• entrustment to others;

of any aircraft, auto, or mobile equipment owned, operated, rented, leased, hired, or borrowed by any protected person.

We'll also apply this exclusion to injury or damage that results from any act, error, or omission related to the policies, 'procedures, practices, decisions, training, or supervising of personnel as respects the ownership, maintenance, operation, use, loading, unloading, or entrustment to others of any auto or aircraft that you own, operate, rent, lease, hire, or borrow.

But we won't apply this exclusion to injury or damage that results from the use of an aircraft chartered by a protected person if:

• the aircraft is chartered with crew, including a pilot; and

• the protected person isn't using the aircraft to carry persons or property for a charge.

*Auto* means any land motor vehicle, trailer, or semitrailer designed for travel on public streets or roads.

We'll consider any machinery or equipment that's permanently attached to an auto to be part of the auto.

*Mobile equipment* means any land vehicle other than an auto.

**Asbestos.** We won't cover injury or damage that results from any actual, alleged, or threatened:

• absorption, ingestion, or inhalation of asbestos in any form by any person; or

• existence of asbestos in any form.

Nor will we cover injury or damage that results from any actual, alleged, or threatened:

• absorption, ingestion, or inhalation of any other solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and waste, in any form by any person; or

• existence of any such other irritant or contaminant in any form;

and is part of any claim that also alleges any injury or damage described in the first paragraph of this exclusion.

We also won't cover any loss, cost, or expense that results from any request, demand, order, or statutory or regulatory requirement that any protected person or others:

• test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize asbestos in any form; or

• respond to, or assess, in any way the effects of asbestos in any form.

Because asbestos, and any such other irritants or contaminants, are pollutants, this

WCD 04495

47292 Rev. 10-02 Printed in U.S.A.

©St Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

CONFIDENTIAL

exclusion applies in addition to any of the following exclusions that apply:

- Pollution injury or damage exclusion.
- Pollution work loss, cost, or expense exclusion.
- Any other pollution-related exclusion made part of this agreement.

We explain the terms pollutant and waste in the Pollution injury or damage exclusion.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

However, we won't apply this exclusion to liability for injury or damage the protected person would have without the contract or agreement.

**Control of property.** We won't cover property damage to the following property:

- Property you own, rent, lease, occupy, or borrow.
- Personal property in the care, custody, or control of any protected person.

But we won't apply this exclusion to the payments we make under the Additional payments section for the Personal property of others additional payment.

**Criminal, dishonest, fraudulent, or malicious acts.** We won't cover injury or damage that results from any criminal, dishonest, fraudulent, or malicious act or omission committed:

- by the protected person; or
- with the consent or knowledge of the protected person.

However, we won't apply this exclusion to our duty to defend that protected person until it has been determined through legal processes that such act or omission was committed:

- by the protected person; or
- with the consent or knowledge of the protected person.

Nor will we apply this exclusion to personal injury caused by malicious prosecution.

Declaratory, injunctive, or other non-monetary relief. We won't cover:

- any cost, expense, or fee; or
- any amount required to comply with a court or administrative order, judgment, ruling, or decree;

that results from any action or demand, or any part of any claim, which seeks declaratory, injunctive, or other non-monetary relief.

**Employers liability.** We won't cover bodily injury to an employee of the protected person arising out of and in the course of his or her:

- employment by the protected person; or
- performance of duties related to the conduct of the protected person's operations.

Nor will we cover bodily injury to the spouse, or any child, parent, brother, or sister of that employee which results from the bodily injury to that employee.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity, such as a property owner.

We'll also apply this exclusion to any obligation of the protected person to share damages with or repay someone else who must pay damages because of bodily injury to any employee of the protected person.

**Employment-related practices.** We won't cover bodily injury or personal injury to any protected person's employee, prospective or former employee, leased temporary worker, or independent contractor that results from any employment-related practices.

Nor will we cover bodily injury or personal injury to the spouse or any child, parent, brother, or sister of that employee, worker, or independent contractor which results from the bodily injury or personal injury to that employee, worker, or independent contractor.

We'll also apply this exclusion to any obligation of the protected person to share damages with or to repay someone else who must pay damages for:

The St.Paul

such bodily injury or personal injury to that employee, worker, or independent contractor; or

bodily injury or personal injury to the spouse or any child, parent, brother, or sister of that employee, worker, or independent contractor that results from such bodily injury or personal injury to that employee, worker, or independent contractor.

*Independent contractor* means any person who:

in accordance with a contract between that person and the protected person for specified services, performs duties related to the conduct of the protected person's operations; and

is not the protected person's employee or leased temporary worker.

*Employment-related practices* means:

refusal to employ that person;

termination of that person's employment; or

other employment-related act, omission, policy, or practice, committed upon or applied to that person, such as coercion, libel or slander, demotion, discipline, discrimination, evaluation, harassment, humiliation, or reassignment of or against that person, or violation of that person's right of privacy.

We explain the terms employee and leased temporary worker in the Employees and volunteer workers section.

**Health care professional services.** We won't cover injury or damage that results from the performance of or failure to perform health care professional services by a health care professional.

However, we won't apply this exclusion to the protected person's providing of or failure to provide first aid.

Nor will we apply this exclusion to the handling or treatment of corpses by a protected person while performing law enforcement activities or operations.

Also, we won't apply this exclusion to any protected person who isn't a medical doctor

or nurse for injury or damage that results from the dispensing of:

drugs; or

medical or dental supplies and appliances.

*Health care professional services* includes:

any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;

the dispensing of drugs or medical or dental supplies and appliances; and

the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

**Injury to volunteer workers.** We won't cover bodily injury or personal injury to any volunteer worker who is injured in the conduct of law enforcement activities or operations within the scope of their duties for you.

**Nuclear energy liability.** We won't cover injury or damage that results from the hazardous properties of any nuclear material.

*Hazardous properties* includes radioactive, toxic, or explosive properties.

*Nuclear material* means any nuclear material defined in the Federal Atomic Energy Act, or any of its amendments.

**Pollution injury or damage.** We won't cover injury or damage that results from pollution at, on, in, or from any:

protected person's premises;

waste site; or

protected person's work site.

Nor will we cover injury or damage that result from pollution involving any waste pollutant.

But we won't apply this exclusion to injury or damage that results from:

building heating equipment fumes, smoke, soot, or vapors;

contractor or service work materials fumes, gases, or vapors;

hostile fire heat, fumes, or smoke; or

mobile equipment operating fluids.

...iso, we won't apply this exclusion to injury or damage that results from the use of mace, pepper spray, or tear gas.

*Pollution* means any actual, alleged, or threatened discharge, dispersal, escape, migration, release, or seepage of any pollutant.

*Pollutant* means any solid, liquid, gaseous, or thermal irritant or contaminant, including:

- smoke, vapors, soot, fumes;
- acids, alkalis, chemicals; and
- waste.

*Waste* means materials to be recycled, reconditioned, or reclaimed.

*Pollution work* means:

- the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing of any pollutant; or
- the responding to, or assessing, in any way the effects of any pollutant.

*Hostile fire* means a fire that:

- becomes uncontrollable; or
- breaks out from where it was intended to be.

**Pollution work loss, cost, or expense.** We won't cover any loss, cost, or expense that results from:

- any request, demand, order, or statutory or regulatory requirement that any protected person or others perform pollution work; or
- any claim by or for any governmental authority for damages that result from the performance of pollution work.

But we won't apply this exclusion to any damages for property damage for which the protected person would have liability without such:

- request, demand, order, or statutory or regulatory requirement; or
- claim.

**Workers compensation or other benefits laws.** We won't cover any obligation that the protected person has under any:

- workers compensation law;
- disability benefits law;
- unemployment compensation law; or
- similar law.

## Other Insurance

This agreement is primary insurance. If there is any valid and collectible other insurance for injury or damage covered by this agreement, we'll pay the portion of the damages which:

- exceeds the deductible that applies; and
- equals our percentage of the total of all limits that apply.

But we won't pay more than the limits of coverage that apply under this agreement. For example:

*You are required by a court to pay damages of $100,000. The limit of coverage under this agreement is $100,000. And the deductible is $1,000. Another insurance policy with a limit of $100,000 also applies. The total limit of insurance is $200,000.*

*Our limit is 50% ($100,000/$200,000) of the total limit. But we won't pay 50% of $100,000, which is equal to $50,000. We'll pay only $49,500, which is equal to 50% of the amount of the judgment that exceeds our $1,000 deductible ($100,000 − $1,000 = $99,000).*

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated insurance companies;
- any risk retention group;
- any self-insurance method or program, other than any funded by you and over which this agreement applies; or
- any similar risk transfer or risk management method.

WCD 04498

However, we won't consider umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

CONFIDENTIAL

PUBLIC SECTOR SERVICES                                    The StPaul
  V. ENFORCEMENT LIABILITY SELF-INSURED RETENTION
  ENDORSEMENT

This endorsement changes your Law
Enforcement Liability Protection.

Important Note. This endorsement adds a self-
insured retention over which the limits of
coverage will apply. It also makes claim
expenses subject to the self-insured retention.
We explain what we mean by claim expenses in
the Right to investigate or defend section.

## How Coverage Is Changed

There are seven changes which are explained
below.

1. The following replaces the Right and duty to
defend section. This change limits coverage.

Right to investigate or defend. We'll have the right
to investigate or defend any claim or suit for
covered injury or damage made or brought
against any protected person. We may exer-
cise such rights even if:
• any of the allegations of any such claim or suit
are groundless, false or fraudulent; or
  the total amount of the damages and claim
expenses for such injury or damage probably
won't exceed a self-insured retention that
applies.

If we choose to investigate or defend a claim or
suit, on any basis other than as a claim handling
service, we'll:
• investigate the claim only to the extent that
we believe is proper; and
• pay all expenses we incur for such investi-
gation or defense.
Such expenses are not subject to the self-in-
sured retention or the limit of coverage.

However we have no duty to defend any claim
or suit or perform other acts or services. In
addition, our right to defend claims or suits
ends when the limits of coverage that apply
have been used up with the payment of judg-
ments or settlements.

Claim means a demand which seeks damages.

Suit means a civil proceeding which seeks
damages. It includes:
• an arbitration proceeding for such damages to
which the protected person must submit or
submits with our consent; and
• any other alternative dispute resolution
proceeding for such damages to which the
protected person submits with our consent.

Claim expenses mean the reasonable fees,
costs and expenses that result directly from the
investigation, defense, settlement or appeal by
you of a specific claim or suit.

Claim expenses include your prejudgment inter-
est and your postjudgment interest.

But we won't consider any of the following to
be claim expenses:
• Salaries or wages of any protected person,
including employed attorneys.
• Expenses, other than additional living
expenses, incurred by any protected person,
including employed attorneys.

Nor will we consider any of the following that
do not result directly from the investigation,
defense, settlement or appeal of a specific
claim or suit to be claim expenses:
• Fees and expenses of independent adjusters
hired by a protected person.
• Fees and expenses of a claim handling service.

Claim handling service means the individual
or organization who is providing claims
services for you in accordance with a separate
written contract.

Your prejudgment interest means the
prejudgment interest that's awarded against the
protected person on that part of a judgment
within your self-insured retention.

Your postjudgment interest means the inter-
est that accumulates on that part of a judgment
within your self-insured retention from the date
of the judgment to the date it is paid.

Additional living expenses mean the reason-
able expenses incurred by any protected
person, including employed attorneys, for
transportation, lodging and food while tempo-
rarily away from home to help with the investi-
gation, defense, settlement or appeal of a
specific claim or suit.

WCD 04499
CONFIDENTIAL

StPaul

...e following is added to the What This ...greement Covers section. This change limits ...verage.

**...ght to settle.** We'll have the right to settle any ...aim or suit within an applicable self-insured ...tention or the available limits of coverage.

...ut you are required to pay that part of the ...ettlement and any claim expenses incurred by ...protected person that's within the applicable ...elf-insured retention. We explain when and ...ow you'll do so in the Self-Insured Retention ...ection.

3. The following replaces the Additional payments section. This change limits cover-age.

**Additional payments.** We'll have the duty to make the payments shown below in connection with any claim or suit for covered injury or damage. These payments are in addition to the limits of coverage. But our duty to make such payments ...nds when the limits of coverage that apply ...ave been used up with the payment of judg-ments, settlements or claim expenses.

**Claim expenses.** We'll pay the claim expenses that exceed a self-insured retention. But we won't pay claim expenses incurred after the limits of coverage that apply have been used up with the payment of judgments or settlements.

**Our expenses.** We'll pay all expenses that we incur.

**Our prejudgment interest.** We'll pay the prejudgment interest that's awarded against a protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

**Our postjudgment interest.** We'll pay the interest that accumulates on that part of a judgment we pay. But only from the date of the judgment to the date we pay, offer to pay, or deposit in court, the limit of coverage which applies to that part of the judgment.

4. The following replaces the Right to appeal section. This change limits coverage.

**Right to appeal.** We'll have the right to appeal a judgment for covered injury or damage. But only if:
• the protected person doesn't appeal it; and
• the amount of the judgment is more than the self-insured retention that applies.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including the cost of appeal bonds and post-judgment interest. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

5. The following is added to the Limits Of Coverage section. This change limits coverage.

The limits of coverage:
• apply over any applicable self-insured retention shown in the Coverage Summary, whether or not that self-insured retention is paid; and
• do not include claim expenses.

6. The following replaces the Deductibles section. This change limits coverage.

## Self-Insured Retention

The self-insured retention shown in the Cover-age Summary and the information contained in this section fix the amount of damages and claim expenses which you'll be required to pay, and over which the limits of coverage will apply in accordance with the Limits Of Coverage section, regardless of the number of:
• protected persons;
• claims made or suits brought; or
• persons or organizations making claims or bringing suits.

**Each wrongful act retention.** This is the amount that you will be required to pay for the combined total of:
• all covered injury or damage that happens in a policy year and is caused by any one wrongful act or series of related wrongful acts; and
• all claim expenses incurred in connection with such covered injury or damage.

WCD 04500

©...1995 All Rights Reserved

CONFIDENTIAL

...ment over a self-insured retention. We'll consider any voluntary payment of, or assumption of any obligation to pay, the following above a self-insured retention to be your responsibility:

• Damages for covered injury or damage.
• Claim expenses.

7. The following replaces the Other Insurance section. This change:

• shows that this agreement applies over self-insured retentions; and
• explains what we mean by other insurance.

This agreement is primary insurance that applies over self-insured retentions. If there is any other insurance for injury or damage covered by this agreement, we'll pay the portion of the damages which:

• exceed the self-insured retention; and
• equals our percentage of the total of all limits that apply.

But we won't pay more than the limits of coverage that apply under this agreement. For example:

*You are required by a court to pay damages of $600,000. This agreement, which applies over your self-insured retention, and another policy apply to the judgment. The amount of your self-insured retention is $100,000; the limit of this agreement is $300,000; and the limit of*

*the other primary insurance is $100,000. The total limit of all insurance, other than your self-insured retention is $400,000. You are required to pay $100,000 of the judgment out of your self-insured retention. The balance, $500,000, will be shared pro-rata by this agreement and the other primary insurance up to their respective limits of coverage.*

*Our share is 75% ($300,000/$400,000) of the total limit. 75% of $500,000 is $375,000. But, we won't pay 75% of $500,000 because $375,000 is more than our limit. We'll pay only our limit, which is $300,000.*

*Other insurance* means valid and collectible insurance, or the funding of losses, other than insurance bought specifically to apply in excess of this agreement, that's provided for you by or through:

• another insurance company;
• a risk retention group;
• a self-insurance method or program, other than any funded by you and over which this agreement applies; or
• any similar risk transfer method.

## Other Terms

All other terms of your policy remain the same.

WCD 04501

CONFIDENTIAL

MOLD, OTHER FUNGI, OR BACTERIA EXCLUSION ENDORSEMENT –
LAW ENFORCEMENT LIABILITY

The St Paul

This endorsement changes your Law
Enforcement Liability Protection.

## How Coverage Is Changed

The following is added to the Exclusions -
What This Agreement Won't Cover section.
This change excludes coverage.

**Mold, other fungi, or bacteria.** We won't cover
injury or damage that results from any
actual, alleged, or threatened:

- absorption, ingestion, or inhalation of
mold or other fungi, or bacteria, in any
form by any person; or

- existence of mold or other fungi, or
bacteria, in any form.

But we won't apply this exclusion part to:

- bodily injury or property damage that
results from mold or other fungi, or
bacteria, which are, or are on, in, or part
of, any good or product that's intended to
be consumed as a food, beverage, or
medicine;

- bodily injury that results from bacteria
which are directly transmitted solely by or
from another person to the person
sustaining the bodily injury; or

- bodily injury that results from a bacterial
infection which develops in connection
with physical harm to the person
sustaining the bodily injury, if such
physical harm isn't excluded by this
exclusion part, or any other part of this
exclusion, and a claim or suit is made or
brought against the protected person for
such physical harm.

Nor will we cover any loss, cost, or
expense that results from any request,
demand, order, or statutory or regulatory
requirement that any protected person or
others:

- test for, monitor, clean up, remove,
contain, treat, detoxify, or neutralize mold
or other fungi, or bacteria, in any form; or

- respond to, or assess, in any way the
effects of mold or other fungi, or
bacteria, in any form.

Because mold or other fungi, or bacteria,
can be pollutants, this exclusion applies in
addition to any of the following exclusions
that apply:

- Pollution exclusion.

- Any other pollution-related exclusion made
part of this agreement.

*Mold or other fungi* means:

- any type or form of mold or mildew;

- any other type or form of fungus; or

- any mycotoxin, spore, scent, or byproduct
that's produced or released by such mold,
mildew, or other fungus.

*Bacteria* means:

- any type or form of bacterium; or

- any mycotoxin, spore, scent, or byproduct
that's produced or released by such
bacterium.

We explain the term pollutant in the
Pollution exclusion.

## Other Terms

All other terms of your policy remain the
same.

WCD 04502

L0473 Ed. 8-02 Printed in U.S.A.          Endorsement          CONFIDENTIAL