COPY

PUBLIC ENTITY MANAGEMENT LIABILITY
PROTECTION - CLAIMS-MADE
COVERAGE SUMMARY

The StPaul

This Coverage Summary shows the limits of
coverage, deductible, and the retroactive date
that apply to your Public Entity Management
Liability Protection - Claims-Made. It also
lists those endorsements, if any, that must
have certain information shown for them to
apply.

| Limits Of Coverage | Deductible |
|---|---|
| Each wrongful act limit.  $1,000,000 | Each wrongful act deductible.  $* |
| Total limit.  $1,000,000 | |

Retroactive Date:  12/01/01

Important Note:  If no date is shown above, we'll consider the retroactive date to be the
same as the beginning date of this insuring agreement.

Named Endorsement Table

Important Note:  Only endorsements that must have certain information shown for them to
apply are named in this table.  The required information follows the name of each such
endorsement.  Other endorsements may apply, too.  If so, they're listed on the Policy
Forms List.

*PSS Public Entity Management Liability Self-Insured Retention Endorsement
   Each Wrongful Act Retention:
      $100,000.

Additional Named Insured:
  Workforce Services Department



PLAINTIFF'S
EXHIBIT
I, part S

WCD 04503

| Name of Insured | Policy Number GP06301134 | Effective Date  12/01/03 |
|---|---|---|
| COUNTY OF WILL | | Processing Date 12/18/03   11:51  001 |

Coverage Summary

CONFIDENTIAL
Page 1 of 2

The St Paul

WCD 04504

47336 Rev. 1-01 Printed in U.S.A.
St Paul Fire and Marine Insurance Co. 2001 All Rights Reserved
CONFIDENTIAL

PUBLIC ENTITY MANAGEMENT LIABILITY PROTECTION — CLAIMS-MADE

The St. Paul

This insuring agreement provides management liability protection for the conduct of duties by or for a public entity. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

Important note: This is a claims-made insuring agreement. To be covered, a claim must be first made or brought while this agreement is in effect, or during the limited reporting period or the extended reporting period, if either one applies. This agreement should be read carefully, especially the What This Agreement Covers, When This Agreement Covers, and Limits Of Coverage sections.

## Table of Contents

| | Page |
|---|---|
| What This Agreement Covers | 2 |
| Public entity management liability. | 2 |
| Right and duty to defend a claim. | 2 |
| Additional payments. | 2 |
| Right to appeal a judgment against a protected person. | 3 |
| When This Agreement Covers | 3 |
| During this agreement or the limited reporting period, if it applies. | 3 |
| When we consider a claim to be first made or brought. | 3 |
| What we require in a written notice of a specific wrongful act. | 4 |
| When the limited reporting period will apply. | 4 |
| How the limited reporting period applies. | 4 |
| When and how an extended reporting period can be added. | 4 |
| How the extended reporting period applies. | 4 |
| How we'll figure the additional premium for the Extended Reporting Period Endorsement. | 4 |
| When the extended reporting period will apply as excess insurance. | 5 |
| Where This Agreement Covers | 5 |
| Who Is Protected Under This Agreement | 5 |
| Public entity. | 5 |
| Elected or appointed officials. | 5 |
| Board members. | 5 |
| Employees. | 5 |
| Estates, heirs, legal, representatives, or assigns. | 5 |
| Volunteer workers. | 6 |
| Separation of protected persons. | 6 |
| Limits Of Coverage | 6 |
| Each wrongful act limit. | 6 |
| Total limit. | 6 |
| How the limits of coverage apply if the total limit is left blank. | 7 |
| How the limits of coverage apply to the limited and extended reporting periods. | 7 |
| Deductible | 7 |
| Each wrongful act deductible. | 7 |
| Exclusions — What This Agreement Won't Cover | 7 |
| Boards and commissions. | 7 |
| Breach of contract. | 7 |
| Claims by protected persons against protected persons. | 7 |
| Complaint or enforcement action. | 7 |
| Contract liability. | 7 |
| Criminal, dishonest, fraudulent, or intentionally wrongful acts. | 7 |
| Debt financing. | 8 |
| Declaratory, injunctive, or non-monetary relief. | 8 |
| Employee benefit plans administration. | 8 |
| Employment-related practices. | 8 |
| Health care professional services. | 9 |
| Injury or damage. | 9 |
| Insurance. | 10 |
| Investments. | 10 |
| Known wrongful acts. | 10 |
| Law enforcement duties. | 10 |
| Multiplied damages. | 10 |
| Nuclear material. | 10 |
| Pollution. | 10 |
| Public use of property. | 11 |
| Strikes, riots, demonstrations, or civil commotions. | 11 |
| Taxes. | 11 |
| Unlawful personal gains. | 11 |
| Workers compensation and other benefits laws. | 11 |
| Other Insurance | 11 |

WCD 04505

CONFIDENTIAL

The St.Paul

## hat This Agreement Covers

Public entity management liability. We'll pay amounts any protected person is legally required to pay as damages for covered loss that:

- results from the conduct of duties by or for a public entity;

- is caused by a wrongful act committed on or after the retroactive date and before the ending date of this agreement; and

- results in a claim first made or brought while this agreement is in effect, or during the limited reporting period or the extended reporting period, if either one applies.

We'll consider each wrongful act in a series of related wrongful acts to be committed on the date the first wrongful act in the series of related wrongful acts is committed.

*Protected person* means any person or public entity who qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Public entity* means a municipality, county, or other governmental body, department, or unit.

*Wrongful act* means any act, error, or omission.

*Retroactive date* means the earliest date that a wrongful act may first be committed and be covered by this agreement. The retroactive date is shown in the Coverage Summary. However, if no retroactive date is shown there, we'll consider the retroactive date to be the same as the beginning date of this agreement.

We explain the terms limited reporting period, extended reporting period, and related wrongful acts in the When This Agreement Covers section.

**Right and duty to defend a claim.** We'll have the right and duty to defend any protected person against a claim for covered loss.

We'll do so even if any of the allegations of such claim are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

We'll have the right to investigate any claim to the extent that we believe is proper.

We may, with your written consent, settle any claim. However, if we recommend a settlement to you which is acceptable to the claimant but to which you do not consent, the most we'll pay as damages in the event of a later settlement or judgment is the amount we recommended.

Our duty to defend protected persons against claims for covered loss ends when we have used up the limits of coverage that apply with the payment of judgments or settlements.

*Claim* means a suit or written demand which seeks damages.

*Suit* means a civil proceeding which seeks damages. It includes:

- an arbitration proceeding for damages to which the protected person must submit or submits with our consent; and

- any other alternative dispute resolution proceeding for damages to which the protected person submits with our consent.

**Additional payments.** We'll have the duty to make only the payments shown below, in addition to the limits of coverage, in connection with any claim under this agreement against a protected person when we:

- investigate or settle the claim; or

- defend the protected person against the claim.

The deductible does not apply to these payments.

Our duty to make such payments ends when we have used up the limits of coverage that apply with the payment of judgment or settlements.

*Our expenses.* All expenses, including our claim expenses, we incur.

*Our claim expenses* includes the following fees, costs, and expenses that result directly from the investigation, defense, or settlement of a specific claim:

- Fees, costs, or expenses of attorneys.

- The cost of legal proceedings.

47279 Rev. 1-01 Printed in U.S.A.          ©St.Paul Fire and Marine Insurance Co. 2001  All Rights Reserved

The St Paul

- Court reporter fees.
- Independent experts' and special investigators' fees, costs, and expenses.
- Independent vendor's fees, costs, or expenses.

But we won't consider any of the following to be our claim expenses:

- Our expenses, including salaries, wages, or traveling expenses of our employees, other than fees, costs, or expenses incurred by attorneys employed by us in connection with a specific claim.
- Adjuster's fees paid to independent adjusters or attorneys for adjusting claims.
- Fees, costs, or expenses for coverage opinions.
- Recovery expenses incurred by us.

However, we explain how we'll first deduct our recovery expenses in the Recovering Damages From A Third Party section in the General Rules attached to your policy.

*Bonds to release property.* The cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the limit of coverage that applies. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* All reasonable expenses that any protected person incurs at our request while helping us investigate, or defend a protected person against, a claim. But we won't pay more than $500 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* All costs taxed against any protected person for covered loss in a suit.

*Prejudgment interest.* The interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* All interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in

court, the limit of coverage that applies to the judgment.

*Right to appeal a judgment against a protected person.* We'll have the right to appeal a judgment awarded in a suit for covered loss if:

- we defend a protected person against the suit; and
- the judgment is awarded against that protected person.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including postjudgment interest and the cost of appeal bonds. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

## When This Agreement Covers

**During this agreement or the limited reporting period, if it applies.** We'll apply this agreement to claims for covered loss only when they're first made or brought:

- while this agreement is in effect; or
- during the limited reporting period, if it applies.

*Limited reporting period* means the 60 days, starting with the ending date of this agreement, during which claims for covered loss may be first made or brought.

**When we consider a claim to be first made or brought.** We'll consider a claim for covered loss to be first made or brought on the earliest of the following dates:

- The date that we or any protected person first receives written notice of such claim.
- The date that we first receive written notice from any protected person of a specific wrongful act that caused the loss which resulted in such claim.

We'll consider all claims for covered loss that is caused by:

- the same wrongful act; or
- related wrongful acts;

to have been first made or brought on the date that the first of such claims was first made or brought, regardless of whether such

WCD 04507

[|| CONFIDENTIAL

The St Paul

date is before or while this agreement is in effect.

*Related wrongful acts* means two or more wrongful acts that have as a common nexus any fact, circumstance, situation, event, transaction, cause, or series of related facts, circumstances, situations, events, transactions, or causes.

**What we require in a written notice of a specific wrongful act.** We won't consider a claim to be first made or brought on the date we receive written notice of a specific wrongful act unless that notice contains the following information:

* A description of the wrongful act, including its date, time, place, and circumstances.
* The nature of the potential damages.
* The names of each actual or potential claimant and protected person involved.
* The manner in which each of the protected persons first became aware of the circumstances involved.

**When the limited reporting period will apply.** The limited reporting period will automatically apply without an additional premium if this agreement is canceled or not renewed for any reason. It may not be canceled by you or us once it applies.

However, the limited reporting period won't apply to claims for covered loss which:

* are covered by any other insurance you buy that takes effect on or after the ending date of this agreement; or
* would have been covered by such insurance if its limits of coverage hadn't been used up.

**How the limited reporting period applies.** The limited reporting period doesn't extend the time that this agreement is in effect. As a result, we'll consider any claim for covered loss that is first made or brought during the limited reporting period to have been made or brought on the ending date of this agreement.

**When and how an extended reporting period can be added.** If this agreement is canceled or not renewed for any reason, an extended reporting period can be added with an Extended Reporting Period Endorsement and the payment of an additional premium.

Also, if we renew or replace this agreement with insurance that:

* has a retroactive date later than the retroactive date shown in the Coverage Summary; or
* does not provide coverage on a claims-made basis;

such an extended reporting period can be added with an Extended Reporting Period Endorsement and the payment of an additional premium.

However, we won't issue the Extended Reporting Period Endorsement unless we receive a written request for it from the first named insured shown in the Introduction within 60 days after the ending date of this agreement.

In addition, the Extended Reporting Period Endorsement won't take effect unless:

* your premium for this agreement is paid in full;
* any deductible you owe us is paid in full; and
* the additional premium for the extended reporting period is paid when due.

But once the Extended Reporting Period Endorsement takes effect, it may not be canceled by you or us.

*Extended reporting period* means the 12-month time period, starting with the ending date of this agreement, during which claims for covered loss may be first made or brought.

**How the extended-reporting period applies.** When it applies, the extended reporting period doesn't extend the time that this agreement is in effect. As a result, when the extended reporting period applies, we'll consider any claim for covered loss that is first made or brought during the extended reporting period to have been first made or brought on the ending date of this agreement.

**How we'll figure the additional premium for the Extended Reporting Period Endorsement.** We'll figure the additional premium for the Extended Reporting Period Endorsement in accordance with our rules and rates. But we won't charge an additional premium for the Extended Reporting Period Endorsement that

WCD 04508

47279 Rev. 1-01 Printed in U.S.A.

CONFIDENTIAL

The St Paul

is more than 75% of the annual premium for the last policy year of this agreement.

We explain the term policy year in the Limits Of Coverage section.

**When the extended reporting period will apply as excess insurance.** The Extended Reporting Period Endorsement will cause this agreement to be excess insurance over any valid and collectible other insurance that begins or continues in effect after the endorsement takes effect. It will do so whether such other insurance applies on a primary, excess, contingent, or any other basis.

## Where This Agreement Covers

We'll apply, and make payments under, this agreement:

- only in the coverage territory; and
- only for covered loss caused by wrongful acts that are committed there.

However, we'll also apply, and make payments under, this agreement for covered loss that's caused by wrongful acts which are committed anywhere in the world if the protected person's liability for such loss is determined in a suit on the merits brought in the coverage territory, or in a settlement agreed to by us.

*Coverage territory* means:

- the United States of America, including its territories and possessions;
- Puerto Rico;
- Canada; and
- international waters or airspace only during travel or transportation between any of the above places.

## Who Is Protected Under This Agreement

**Public entity.** If you are shown in the Introduction as a named insured and a public entity, you are a protected person.

**Elected or appointed officials.** Your lawfully elected or appointed officials are protected persons only for the conduct of their duties for you.

Board members. Members of your boards are protected persons only for the conduct of their duties for you or for your boards.

*Your boards* means any board, commission, or other governmental unit that:

- is under your authority; and
- is funded and operated as part of your total operating budget.

Employees. Your employees are protected persons only for:

- work done within the scope of their employment by you; or
- their performance of duties related to the conduct of your operations.

*Employee* means full-time or part-time employees. It includes employees of your boards. It does not include leased workers, leased temporary workers, volunteer workers, or independent contractors.

*Leased worker* means any person who:

- is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
- is performing duties related to the conduct of the hirer's operations.

*Employee leasing firm* means any person or organization who hires out workers to others. It includes any:

- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Leased temporary worker* means a leased temporary worker who is hired to:

- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions.

We explain the term your boards in the Board members section.

**Estates, heirs, legal representatives, or assigns.** The estates, heirs, legal representatives, or assigns of deceased, incompetent, insolvent, or bankrupt protected persons are protected persons. But such estates, heirs, legal representatives, or assigns are protected persons only to the extent that coverage would have otherwise applied under this

WCD 04509

47279 Rev. 1-01 Printed in U.S.A.    Insuring Agreement    CONFIDENTIAL

The St Paul

agreement in the absence of such death, incompetence, insolvency, or bankruptcy.

**Volunteer workers.** Your volunteer workers are protected persons only for work or activities they conduct or perform:

- at your direction; and
- within the scope of their duties for you.

*Volunteer worker* means any person who performs duties related to the conduct of your operations, other than:

- an employee;
- any of your elected or appointed officials or members of your boards; or
- any independent contractor.

*Independent contractor* means any person or organization who is not your employee, but who performs duties related to the conduct of your operations in the course of their independent employment in accordance with a contract between you and the independent contractor for specified services.

**Separation of protected persons.** This agreement applies separately to each protected person.

However, the limits of coverage and deductible shown in the Coverage Summary are shared by all protected persons. We explain how in the Limits Of Coverage and Deductibles sections.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

The limits of coverage shown in the Coverage Summary and the information contained in this section fix the most we'll pay, regardless of the number of:

- protected persons;
- claims made or brought; or
- persons or organizations making or bringing claims.

The limits of coverage apply excess of any applicable deductible, and are not reduced by the payment of that deductible.

**Each wrongful act limit.** This is the most we'll pay as damages for all claims for covered loss that is caused by:

- the same wrongful act; or
- related wrongful acts.

We explain the term related wrongful acts in the When This Agreement Covers section.

**Total limit.** This is the most we'll pay as damages for the combined total of all claims for covered loss that are first made or brought in a policy year.

We explain when we consider a claim to be first made or brought in the When This Agreement Covers section.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever period is shorter. But when that period is longer than one year, policy year means each of the following periods of time that this agreement is in effect, starting with the beginning date of this agreement:

- Each consecutive one-year period.
- Any period that remains after the last consecutive one-year period.

However, if the original policy period shown in the Introduction is extended for a period of less than one year, we'll consider each such extended period to be part of the last policy year, regardless of the number of extensions provided.

For example:

*Your original policy period is two years and nine months long. As a result, it has three policy years, each one separate from the other. The first is the first one-year period. The second is the next one-year period. And the third is the remaining nine-month period. During the third policy year, you request and we provide, two separate extensions of the policy period: a three-month extension and then a four-month extension. As a result, the third policy year becomes sixteen months long and is still subject to the same limits of coverage that applied when it was nine months long.*

WCD 04510

CONFIDENTIAL

47279 Rev. 1-01 Printed in U.S.A.

The St Paul

How the limits of coverage apply if the total limit is left blank. If the amount of the Total limit is left blank in the Coverage Summary, we'll consider that total limit to be the same as the Each wrongful act limit or $100,000, whichever amount is more.

How the limits of coverage apply to the limited and extended reporting periods. The limits of coverage that apply on the ending date of this agreement aren't renewed or increased for claims for covered loss that are first made or brought during the:

• limited reporting period, if it applies; or

• extended reporting period, if it's added by endorsement.

## Deductible

The deductible shown in the Coverage Summary and the information contained in this section fix the amount of damages and our claim expenses that you'll be responsible for paying and over which the limits of coverage will apply, regardless of the number of:

• protected persons;

• claims made or brought; or

• persons or organizations making or bringing claims.

The deductible won't apply to payments we make under the Additional payments section, other than our claim expenses.

We'll pay all or part of the deductible for you, unless you and we agree that we should do otherwise. When we do make such a payment, you agree to repay that amount to us promptly after we notify you of that payment.

Each wrongful act deductible. You'll be responsible for the amount of damages and our claim expenses within this deductible for all claims for covered loss that is caused by:

• the same wrongful act; or

• related wrongful acts.

We explain the term related wrongful acts in the When This Agreement Covers section.

## Exclusions – What This Agreement Won't Cover

Boards and commissions. We won't cover loss that results from any activities or operations of the following boards, commissions, or governmental units:

• Airports.

• Electric or gas utilities.

• Health care facilities, including clinics, hospitals, nursing homes, rehabilitation facilities, or blood banks.

• Housing authorities.

• Joint power authorities or entities.

• Port authorities.

• Schools.

• Transit authorities.

Breach of contract. We won't cover loss that results from the failure of any protected person to do what is required by any contract or agreement, other than a mutual aid agreement.

Claims by protected persons against protected persons. We won't cover loss for which any claim is made or brought by, or on behalf of, any current or former protected person against any current or former protected person.

Complaint or enforcement action. We won't cover loss that results from any complaint, enforcement action, claim, or suit brought by or for any federal, state, or local governmental regulatory or enforcement agency against any protected person.

Contract liability. We won't cover loss for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to loss for which the protected person would have liability without the contract or agreement.

Criminal, dishonest, fraudulent, or intentionally wrongful acts. We won't cover loss that results from any criminal, dishonest, fraudulent, or intentionally wrongful act or omission committed:

• by the protected person; or

• with the consent or knowledge of the protected person.

WCD 04511

The StPaul

however, we won't apply this exclusion to our duty to defend that protected person until it has been determined by legal processes that such act or omission was committed:

- by the protected person; or
- with the consent or knowledge of the protected person.

**Debt financing.** We won't cover loss that results from any type of debt financing issued by or for you.

*Debt financing* includes bonds, debentures, guarantees of debt, or notes.

**Declaratory, injunctive, or other non-monetary relief.** We won't cover:

- any cost, expense, or fee; or
- any amount required to comply with a court or administrative agency order, judgment, ruling or decree, or a federal, state, or local law;

that results from any action or demand, or any part of any claim, which seeks declaratory, injunctive, or other non-monetary relief.

Such costs, expenses, fees, or amounts include the following:

- The costs of physical alterations or other changes made to accommodate or afford accessibility to any disabled person.
- The cost of developing, implementing, or enforcing any company policy, procedure, or program.

*Declaratory, injunctive, or other non-monetary relief* includes:

- a judgment which declares the rights and duties of any person or organization; or
- any type of injunction, restraining order, or any other non-monetary relief.

**Employee benefit plans administration.** We won't cover loss that results from any wrongful act committed by or for any protected person in:

- the administration of any employee benefit plan; or
- the conduct of any fiduciary duty for any employee benefit plan.

**Employment-related practices.** We won't cover loss that results from a wrongful employment practice offense.

*Wrongful employment practice offense* means any of the following offenses,:

- Employment discrimination.
- Wrongful employment termination.
- Employment-related harassment.
- Retaliatory action against any of your employees.
- Wrongful, excessive, or unfair discipline of any of your employees.
- Wrongful hiring, supervision, or demotion of, or failure to promote, any of your employees; or
- Employment-related misrepresentation, defamation, libel, slander, disparagement, or invasion of privacy.

*Employment discrimination* means any employment-related violation of a natural person's rights with respect to:

- the person's race, color, national origin, religion, gender, marital status, age, sexual orientation or preference, or physical or mental disability; or
- any other class or characteristic afforded rights under any federal, state, or local law, rule, or regulation.

*Employment-related harassment* means any unwelcome sexual advance, request for sexual favors, or other verbal, visual, or physical conduct of a sexual or non-sexual nature, when such conduct:

- is connected to a decision affecting a person's employment by you;
- is connected to a decision affecting a person's status as your independent contractor;
- interferes with a person's job performance for you or a person's performance of duties related to the conduct of your operations; or
- creates an intimidating, hostile, or offensive working environment affecting a person's employment by you or a person's performance of duties related to the conduct of your operations.

*Retaliatory actions* includes any employment-related action directed at any of your

WCD 04512

47279 Rev. 1-01 Printed in U.S.A.

CONFIDENTIAL

The St Paul

employees that is in response to the employee's:

- exercising any legally afforded rights;
- supporting in any way another person's exercise of any legally afforded rights;
- participating in any strikes or lockouts;
- making any claims against you or any other protected person;
- testifying against you or any other protected person in any legal proceedings;
- declining to perform any illegal or unethical acts; or
- threatened or actual reporting of any illegal operations or activities actually or allegedly conducted within your operations.

**Health care professional services.** We won't cover loss that results from the performance of or failure to perform health care professional services.

*Health care professional services* includes:

- dental, medical, mental, nursing, surgical, x-ray and other health care professional services, including food or beverages provided with those services;
- the dispensing of drugs or medical or dental supplies and appliances; and
- the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

**Injury or damage.** We won't cover loss resulting from injury or damage.

*Injury or damage* means:

- bodily injury, personal injury, or advertising injury; or
- property damage.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons.

We'll consider any of the following that happens at any time to be part of such physical harm, sickness, or disease, if it results in or from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged.

*Personal injury* means injury, other than bodily injury or advertising injury, caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

- False arrest, detention, or imprisonment.
- Malicious prosecution.
- Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that a person occupies, if such entry or eviction is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies, if such invasion is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Libel or slander.
- Making known to any person or organization written or spoken material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization written or spoken material that violates a person's right of privacy.

*Advertising injury* means injury, other than bodily injury or personal injury, caused by an advertising injury offense.

*Advertising injury offense* means any of the following offenses:

- Libel or slander.
- Making known to any person or organization written or spoken material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization written or spoken material that violates a person's right of privacy.

WCD 04513

The St Paul

• Unauthorized use of any advertising idea or advertising material, or any slogan or title, of others in your advertising.

*Advertising* means attracting the attention of others by any means for the purpose of:

• seeking customers or supporters; or

• increasing sales or business.

*Advertising idea* means a manner or style of advertising that others use and intend to attract attention in their advertising.

But we won't consider information used to identify or record customers or supporters, such as a list of customers or supporters, to be an advertising idea.

*Advertising material* means any material that:

• is subject to copyright law; and

• others use and intend to attract attention in their advertising.

*Slogan* means a phrase that others use and intend to attract attention in their advertising.

But we won't consider slogan to include a phrase used as, or in, the name of:

• any person or organization, other than you; or

• any business, or any of the premises, products, services, work, or completed work, of any person or organization, other than you.

*Title* means a name of a literary or artistic work.

**Insurance.** We won't cover loss that results from the failure to obtain or maintain any type or amount of insurance.

*Insurance* includes any type of bond or self-insurance program.

**Investments.** We won't cover loss that results from the purchase, sale, issuance, or distribution, or offer to purchase or sell, any debt or equity securities, or other investments.

**Known wrongful acts.** We won't cover loss that results from any wrongful act, including

any part of related wrongful acts, which any protected person:

• knew about before the beginning date of this agreement; and

• could reasonably foresee would result in a claim being made or brought while this agreement is in effect.

**Law enforcement duties.** We won't cover loss that results from the conduct of law enforcement duties.

*Law enforcement duties* means any of the duties or obligations that must be performed or fulfilled by or for your law enforcement agency. They include the following:

• Ownership, maintenance, or use of a premises that you own, rent, or lease in order to perform or fulfill such duties or obligations.

• Providing first aid at the time of an accident or crime.

*Your law enforcement agency* means a police or sheriff's department that:

• is considered to be part of you; or

• is your legal responsibility.

**Multiplied damages.** We won't cover that portion of any multiplied damage award which exceeds the amount multiplied.

**Nuclear material.** We won't cover loss that results from the hazardous properties of any nuclear material.

*Hazardous properties* include radioactive, toxic, or explosive properties.

*Nuclear material* means any nuclear material defined in the Federal Atomic Energy Act, or any of its amendments.

**Pollution.** We won't cover loss that results from pollution.

We also won't cover any loss, cost, or expense that results from:

• any request, demand, order, or statutory or regulatory requirement that any protected person or others perform pollution work; or

• any claim by or for any governmental authority for damages that result from the performance of pollution work.

47279 Rev. 1-91 Printed in U.S.A.

CONFIDENTIAL

*Pollution* means any actual, alleged, or threatened discharge, dispersal, escape, migration, release, or seepage of any pollutant.

*Pollutant* means any solid, liquid, gaseous, or thermal irritant or contaminant, including:

• smoke, vapors, soot, fumes;

• acids, alkalis, chemicals; and

• waste.

*Waste* includes materials to be recycled, reconditioned, or reclaimed.

*Pollution work* means:

• the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing of any pollutant; or

• the responding to, or assessing, in any way the effects of any pollutant.

**Public use of property.** We won't cover loss that results from:

• any method or proceeding used in the taking or controlling of private property for public use; or

• the diminution in value, or inverse condemnation, of property that's caused by the taking or controlling of private property for public use.

*Method or proceeding* includes condemnation, adverse possession, and dedication by adverse use.

**Strikes, riots, demonstrations, or civil commotions.** We won't cover loss that results from any strike, riot, protest, demonstration, lock-out, or civil commotion.

**Taxes.** We won't cover loss that results from the improper administration or collection of taxes, or loss that reflects any tax obligation.

**Unlawful personal gains.** We won't cover loss that results from any protected person's personal profit, advantage, or compensation to which that protected person is not legally entitled.

**Workers compensation and other benefits laws.** We won't cover any obligation that the protected person has under any:

• workers compensation law;

• disability benefits law;

• unemployment compensation law; or

• pension, retirement, or other benefits law.

Other Insurance

This agreement is primary insurance. If there is any valid and collectible other insurance for loss covered by this agreement, we'll pay the portion of the damages which:

• exceeds the deductible; and

• equals our percentage of the total of all limits that apply.

But we won't pay more than the limits of coverage that apply under this agreement. For example:

*The limit of coverage under this agreement is $100,000. Another insurance policy with a limit of $25,000 also covers loss covered by this agreement. We won't pay more than 80% ($100,000/$125,000) of the loss, less the deductible.*

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

• another insurance company;

• us, except under this agreement;

• any of our affiliated insurance companies;

• any risk retention group;

• any self insurance method or program; or

• any similar risk transfer or risk management method.

However, we won't consider umbrella insurance or excess insurance that you bought specifically to apply in excess of the limits of coverage for this agreement to be other insurance.

WCD 04515

TERRORISM RISK INSURANCE ACT OF 2002                                    The St Paul
CERTIFIED ACTS OF TERRORISM EXCLUSION ENDORSEMENT –
PUBLIC ENTITY MANAGEMENT LIABILITY

This endorsement changes your Public Entity
Management Liability Protection.

---

How Coverage Is Changed

The following is added to the Exclusions –
What This Agreement Won't Cover section.
This change excludes coverage.

Certified acts of terrorism.  We won't cover
loss that results from any certified act of
terrorism.

Certified act of terrorism means any act
of terrorism as defined in and certified
under:

° the federal Terrorism Risk Insurance Act
   of 2002; or

° any of its amendments.

Other Terms

All other terms of your policy remain the
same.

WCD 04516

---

L0485 Ed. 11-02 Printed in U.S.A.                    Endorsement
©St Paul Fire and Marine Insurance Co 2002 All Rights Reserved

CONFIDENTIAL

PUBLIC SECTOR SERVICES PUBLIC ENTITY

The St Paul

MANAGEMENT LIABILITY SELF=INSURED RETENTION
DORSEMENT

This endorsement changes your Public Entity Management Liability Protection - Claims-Made.

**Important Note.** This endorsement adds a self-insured retention over which the limits of coverage will apply. It also makes claim expenses subject to the self-insured retention. We explain what we mean by claim expenses in the Right to investigate or defend section.

How Coverage Is Changed

There are seven changes which are explained below.

1. The following replaces the Right and duty to defend section. This change limits coverage.

**Right to investigate or defend.** We'll have the right to investigate or defend any claim or suit for covered loss made or brought against any protected person. We may exercise such rights even if:
• any of the allegations of any such claim or suit are groundless, false or fraudulent; or
• the total amount of the damages and claim expenses for such loss probably won't exceed a self-insured retention that applies.

If we choose to investigate or defend a claim or suit, on any basis other than as a claim handling service, we'll:
• investigate the claim only to the extent that we believe is proper; and
• pay all expenses we incur for such investigation or defense.
Such expenses are not subject to the self-insured retention or the limit of coverage.

However we have no duty to defend any claim or suit or perform other acts or services. In addition, our right to defend claims or suits ends when the limits of coverage that apply have been used up with the payment of judgments or settlements.

*Claim* means a demand which seeks damages.

*Suit* means a civil proceeding which seeks damages. It includes:
• an arbitration proceeding for such damages to which the protected person must submit or submits with our consent; and
• any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

*Claim expenses* mean the reasonable fees, costs and expenses that result directly from the investigation, defense, settlement or appeal by you of a specific claim or suit.

Claim expenses include your prejudgment interest and your postjudgment interest.

But we won't consider any of the following to be claim expenses:
• Salaries or wages of any protected person, including employed attorneys.
• Expenses, other than additional living expenses, incurred by any protected person, including employed attorneys.

Nor will we consider any of the following that do not result directly from the investigation, defense, settlement or appeal of a specific claim or suit to be claim expenses:
• Fees and expenses of independent adjusters hired by a protected person.
• Fees and expenses of a claim handling service.

*Claim handling service* means the individual or organization who is providing claims services for you in accordance with a separate written contract.

*Your prejudgment interest* means the prejudgment interest that's awarded against the protected person on that part of a judgment within your self-insured retention.

*Your postjudgment interest* means the interest that accumulates on that part of a judgment within your self-insured retention from the date of the judgment to the date it is paid.

*Additional living expenses* mean the reasonable expenses incurred by any protected person, including employed attorneys, for transportation, lodging and food while temporarily away from home to help with the investigation, defense, settlement or appeal of a specific claim or suit.

47657 Ed.1-95 Printed in U.S.A.

Endorsement

WCD 04517    CONFIDENTIAL

The following replaces the Settlement consent section. This change limits coverage.

**Settlement consent.** We'll have the right to propose a settlement for any claim or suit within an applicable self-insured retention or the available limits of coverage. If you refuse to consent to a settlement, we'll limit the total amount we'll pay for damages and claim expenses to no more than the amount we would have paid had you given consent to the proposed settlement.

3. The following replaces the Additional payments section. This change limits coverage.

**Additional payments.** We'll have the duty to make the payments shown below in connection with any claim or suit for covered loss. These payments are in addition to the limits of coverage. But our duty to make such payments ends when the limits of coverage that apply have been used up with the payment of judgments or settlements.

**Claim expenses.** We'll pay the claim expenses that exceed a self-insured retention. But we won't pay claim expenses incurred after the limits of coverage that apply have been used up with the payment of judgments or settlements.

**Our expenses.** We'll pay all expenses that we incur.

**Our prejudgment interest.** We'll pay the prejudgment interest that's awarded against a protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

**Our postjudgment interest.** We'll pay the interest that accumulates on that part of a judgment we pay. But only from the date of the judgment to the date we pay, offer to pay, or deposit in court, the limit of coverage which applies to that part of the judgment.

4. The following replaces the Right to appeal section. This change limits coverage.

**Right to appeal.** We'll have the right to appeal a judgment for covered loss. But only if:

• the protected person doesn't appeal it; and
• the amount of the judgment is more than the self-insured retention that applies.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including the cost of appeal bonds and post-judgment interest. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

5. The following is added to the Limits Of Coverage section. This change limits coverage.

The limits of coverage:
• apply over any applicable self-insured retention shown in the Coverage Summary, whether or not that self-insured retention is paid; and
• do not include claim expenses.

6. The following replaces the Deductibles section. This change limits coverage.

## Self-Insured Retention

The self-insured retention shown in the Coverage Summary and the information contained in this section fix the amount of damages and claim expenses which you'll be required to pay, and over which the limits of coverage will apply in accordance with the Limits Of Coverage section, regardless of the number of:
• protected persons;
• claims made or suits brought; or
• persons or organizations making claims or bringing suits.

**Each wrongful act retention.** This is the amount that you will be required to pay for the combined total of:
• all covered loss that happens in a policy year and is caused by any one wrongful act or series of related wrongful acts; and
• all claim expenses incurred in connection with such covered loss.

**Payment over a self-insured retention.** We'll consider any voluntary payment of, or assumption of any obligation to pay, the following

©St Paul Fire and Marine Insurance Co.1995 All Rights Reserved
WCD 04518

...ove a self-insured retention to be your
...esponsibility:
• Damages for covered loss.
• Claim expenses.

7. The following replaces the Other Insurance
section. This change:
• shows that this agreement applies over self-
insured retentions; and
• explains what we mean by other insurance.

This agreement is primary insurance that
applies over self-insured retentions. If there is
any other insurance for loss covered by this
agreement, we'll pay the portion of the
damages which:
• exceed the self-insured retention; and
• equals our percentage of the total of all limits
that apply.

But we won't pay more than the limits of cover-
age that apply under this agreement. For exam-
ple:

*You are required by a court to pay
damages of $600,000. This agreement,
which applies over your self-insured
retention, and another policy apply to the
judgment. The amount of your self-insured
retention is $100,000; the limit of this
agreement is $300,000; and the limit of
the other primary insurance is $100,000.*

*The total limit of all insurance, other than
your self-insured retention is $400,000.
You are required to pay $100,000 of the
judgment out of your self-insured retention.
The balance, $500,000, will be shared
pro-rata by this agreement and the other
primary insurance up to their respective
limits of coverage.*

*Our share is 75% ($300,000/$400,000) of
the total limit. 75% of $500,000 is
$375,000. But, we won't pay 75% of
$500,000 because $375,000 is more than
our limit. We'll pay only our limit, which
is $300,000.*

*Other insurance* means valid and collectible
insurance, or the funding of losses, other than
insurance bought specifically to apply in excess
of this agreement, that's provided for you by or
through:
• another insurance company;
• a risk retention group;
• a self-insurance method or program, other
than any funded by you and over which this
agreement applies; or
• any similar risk transfer method.

**Other Terms**

All other terms of your policy remain the same.

47657 Ed 1-95 Printed in U.S.A.          Endorsement          [i] CONFIDENTIAL

AUTO COVERAGE SUMMARY

This Coverage Summary shows the Limits of
coverage that apply to your Commercial Auto
Protection. A blank section or space indicates
no coverage.

---

## Auto Liability Protection

Covered Autos:

☒ Any Auto      ☐ Owned Commercial autos      ☐ Owned Private Passenger autos
☐ Scheduled autos      ☐ Hired autos      ☐ Non owned autos
☐ Other:

Limit of Coverage:

$1,000,000     Each accident

Other:
PSS Auto Self-Insured Retention Endorsement
    Each Accident Retention
       $100,000

---

## Auto Medical Payments Protection

Covered Autos:

☐ Scheduled autos      ☒ Any auto      ☐ Owned Private Passenger autos
☐ Owned Commercial autos    ☐ Other:

Limits of Coverage   *(Refer to the Auto Schedule)*

Other:
Refer to Auto Medical Payments Self-Insured Retention Endorsement

WCD 04520

---

| Name of Insured | Policy Number GP06301134 | Effective Date 12/01/03 |
|---|---|---|
| COUNTY OF WILL | Processing Date 02/05/04 16:11 002 | |

©St.Paul Fire and Marine Insurance Co.1990 All Rights Reserved

CONFIDENTIAL

Auto Physical Damage Protection

Covered Autos

☐ Scheduled autos ☐ Owned Private Passenger autos
☐ Owned Commercial autos ☐ Hired autos ☐ Other:

Limits of Coverage

*(Refer to the Auto Schedule)*

Other:

WCD 04521

©St.Paul Fire and Marine Insurance Co.1990 All Rights Reserved

[!] CONFIDENTIAL

AUTO COVERAGE SUMMARY – CONTINUED                                    The St Paul

---

Auto No Fault Protection

Covered Autos: ☐ Owned Autos that are subject to State No-Fault Laws

Limits of Coverage: See your Agreement and any Optional Coverage Summary.
Other:

---

Other Coverage

---

Auto Uninsured Motorists Protection
Autos Covered:
REQUIRED BY LAW

**Refer to Uninsured And Underinsured Motorists – Self-Insured Retention
  Endorsement

Uninsured Limits of Coverage:                    Underinsured Limits of Coverage:
IL                                               IL
40,000 PER ACCIDENT                              $40,000 PER ACCIDENT

WCD 04522

---

Name of Insured                 Policy Number GP06301134        Effective Date 12/01/03
COUNTY OF WILL                  Processing Date 12/18/03  11:51    001

---

44462 Ed.4-91 Printed in U.S.A.              Coverage Summary          ☐ CONFIDENTIAL

The St Paul

nsured Limits of Coverage:                    Underinsured Limits of Coverage:

WCD 04523

CONFIDENTIAL

COPY

AUTO SCHEDULE                                                                          The St Paul

ιε types of coverage provided for each auto are indicated by completed spaces.  A blank space
indicates no coverage.

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|
| AS   PER   SCHEDULE ON | FILE WITH THE | COMPANY | |

ACV or Stated Amount  Deductible

☒ Liability *            ☐ Comprehensive
☒ Uninsured Motorists*   ☐ Collision
☒ No-Fault*              ☐ Specified Causes of Loss
☒ Medical Payments       ☐ Towing

Maximum

Med Pay $5000
Auto Physical Damage Catastrophe
 Coverage $2,000,000 limit,
 $25,000 deductible.
Who We'll Pay For Physical Damage Loss.   You and:

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|

ACV or Stated Amount  Deductible

☐ Liability *            ☐ Comprehensive
☐ Uninsured Motorists*   ☐ Collision
☐ No-Fault*              ☐ Specified Causes of Loss
☐ Medical Payments       ☐ Towing

Maximum

Who We'll Pay For Physical Damage Loss.   You and:

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|

ACV or Stated Amount  Deductible

☐ Liability *            ☐ Comprehensive
☐ Uninsured Motorists*   ☐ Collision
☐ No-Fault*              ☐ Specified Causes of Loss
☐ Medical Payments       ☐ Towing

Maximum

Who We'll Pay For Physical Damage Loss.   You and:

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)          WCD 04524

| Name of Insured | Policy Number GP06301134 | Effective Date 12/01/03 |
|---|---|---|
| COUNTY OF WILL | Processing Date 02/10/04   13:09   003 | |

44463 Ed 4-91 Printed in U.S.A.                    Auto Schedule                  ☐ CONFIDENTIA

Year   Make         Type                   VIN/Serial        Location

ACV or Stated Amount   Deductible

☐ Liability *         ☐ Comprehensive     ☐
☐ Uninsured Motorists*   ☐ Collision            ☐
☐ No-Fault*         ☐ Specified Causes of Loss   ☐
☐ Medical Payments     ☐ Towing           Maximum

Who We'll Pay For Physical Damage Loss.   You and:

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

Auto Year   Make         Type                   VIN/Serial        Location

ACV or Stated Amount   Deductible

☐ Liability *         ☐ Comprehensive     ☐
☐ Uninsured Motorists*   ☐ Collision            ☐
☐ No-Fault*         ☐ Specified Causes of Loss   ☐
☐ Medical Payments     ☐ Towing           Maximum

Who We'll Pay For Physical Damage Loss.   You and:

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

Auto Year   Make         Type                   VIN/Serial        Location

ACV or Stated Amount   Deductible

☐ Liability *         ☐ Comprehensive     ☐
☐ Uninsured Motorists*   ☐ Collision            ☐
☐ No-Fault*         ☐ Specified Causes of Loss
☐ Medical Payments     ☐ Towing           Maximum

Who We'll Pay For Physical Damage Loss.   You and:

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

WCD 04525

©St Paul Fire and Marine Insurance Co. 1990 All Rights Reserved

COPY

COMPOSITE RATED PREMIUM ADJUSTMENT SUMMARY                                           The St.Paul

This summary applies to your:
Automobile Liability

## What This Summary Does

All or part of your composite rated premium is estimated because it's based on estimated exposure. This summary shows when and how we'll use actual exposure to figure your actual premium.

*Exposure* means the amount of premium basis developed for each coverage shown in the Premium Adjustment Table.

When we'll figure your actual premium. We'll figure your actual premium at the end of the policy year. If an interim audit period is shown, we'll also figure your premium at the end of each such period during the policy year.

You agree to promptly provide your actual exposure for the policy year, and if shown, each interim audit period, when we request that information or make a physical audit.

How we'll figure your actual premium at the end of the policy year. We'll multiply your actual exposure by the rate shown in the Premium Adjustment Table. This will determine your actual premium for the policy year. If it's more than the premium we previously charged, you'll pay the balance when due. If it's less, you'll get credit for the difference. But you won't pay less than the highest minimum premium shown for each coverage with an actual exposure for the policy year.

How we'll figure your actual premium during the policy year. If an interim audit period is shown, we'll multiply your actual exposure by the rate shown in the Premium Adjustment Table. This will determine your actual premium for that period. You'll pay this premium when due, in addition to any other premium we previously charged.

## Other Terms

All other terms of your policy remain the same.

---

Interim audit period:

## Premium Adjustment Table

The following applies from 12/01/2003   to 12/01/2004  :

Coverage:  Automobile Liability

| Premium basis | Estimated exposure | Rate applies per unit | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☒ per unit | 410 | X 84.795 | = $34,766. | OR $34,766. |

WCD 04526

---

| Name of Insured | Policy Number GP06301134 | Effective Date 12/01/03 |
|---|---|---|
| COUNTY OF WILL | | Processing Date 12/18/03   11:51  001 |

[ ] CONFIDENTIAL

The following applies from                    to                    :

Coverage:

| Premium basis | Estimated exposure | Rate applies per | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☐ | | X | = $ | OR $ |

The following applies from                    to                    :

Coverage:

| Premium basis | Estimated exposure | Rate applies per | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☐ | | X | = $ | OR $ |

The following applies from                    to                    :

Coverage:

| Premium basis | Estimated exposure | Rate applies per | Estimated premium | Minimum premium |
|---|---|---|---|---|
| ☐ | | X | = $ | OR $ |

WCD 04527

GL088 Ed. 5-95 Printed in U.S.A.
Page 2 of 2                    ©St.Paul Fire and Marine Insurance Co. 1995 All Rights Reserved.

[!] CONFIDENTIAL

The St Paul

## Which Autos Are Covered

The Coverage Summary shows and the information in this section describes the type or types of autos which are covered autos.

**Any auto** means any owned, rented, leased or borrowed auto. It includes hired, nonowned, newly acquired, replacement and temporary substitute autos.

**Owned commercial autos** means any auto you own that isn't of the private passenger type. It includes any trailer or semi-trailer while attached to that auto. It also includes:
• newly acquired autos of the same type;
• replacement autos of the same type; and
• temporary substitute autos.

**Owned private passenger autos** means any auto you own that's of the private passenger type. It includes any trailer while attached to that auto. It also includes:
• newly acquired autos of the same type;
• replacement autos of the same type; and
• temporary substitute autos.

**Scheduled autos** means any auto you own that's described in the Auto Schedule. It includes any nonowned trailer while attached to a scheduled auto. It also includes:
• newly acquired autos, but only if we cover all of your owned autos and you tell us within 30 days after you acquire such autos that you want us to cover them;
• replacement autos if you tell us within 30 days after you acquire such autos that you want us to cover them; and
• temporary substitute autos.

**Hired autos** means any auto that you hire, rent, lease or borrow from others, other than your employees or members of their households. We'll consider any auto that you lease for a period of 6 months or more to be an auto that you own.

**Nonowned autos** means any auto that:
• you don't own, hire, rent, lease or borrow; and
• is used in the conduct of your business.
It includes autos owned by your employees or partners or members of their households. But only while such autos are being used in the conduct of your business.

*Newly acquired autos* means any additional auto that you acquire while this agreement is in effect. We'll provide the same limit of coverage, and deductible, if any, to such autos as you have on similar types of autos, unless you tell us differently.

*Replacement autos* means any auto that replaces a covered auto. We'll provide the same limit of coverage, and deductible, if any, to such autos as you have for the covered auto being replaced, unless you tell us differently.

*Temporary substitute autos* means any auto not owned by you while it's being used, with permission of its owner, as a temporary substitute for a covered auto you own which can't be used because it:
• has broken down;
• has been damaged, destroyed or stolen; or
• is being repaired or serviced.

*Private passenger type* means ordinary private passenger cars, station wagons, pickups and vans.

## When This Agreement Covers

We'll apply this agreement to claims or suits for covered bodily injury, property damage or pollution cost or expense whenever they're made or brought.

## Where This Agreement Covers

We'll defend claims and suits, and pay judgments, settlements, and pollution cost or expense only in the coverage territory for covered bodily injury, property damage, or pollution cost or expense that's caused by accidents which happen in the coverage territory.

*Coverage territory* means the United States of America, its territories and possessions, Puerto Rico and Canada. It includes international waters or airspace while a covered auto is being transported between any of the above places.

WCD 04528

CONFIDENTIAL

## o Is Protected Under This Agreement

**Individual.** If you are named in the Introduction as an individual, you and your spouse are protected persons for the use of a covered auto.

**Partnership or joint venture.** If you are named in the Introduction as a partnership or joint venture, you are a protected person for the use of a covered auto. Also, your partners or co-venturers and their spouses are protected persons. But only for the use of a covered auto.

However, no person or organization is a protected person for the conduct of any current or past partnership or joint venture that's not named in the Introduction.

**Corporation or other organization.** If you are named in the Introduction as a corporation or other organization, you are a protected person for the use of a covered auto. Also, your executive officers and directors are protected persons. But only for the use of a covered auto. Also, your stockholders are protected persons, but only for their liability as your stockholders.

**Any permitted user.** Any person or organization to whom you've given permission to use a covered auto you own, rent, lease, hire or borrow is a protected person.

However, we won't consider the following to be a protected person:
• The owner or anyone else from whom you rent, lease, hire or borrow a covered auto unless that auto is a trailer that's connected to a covered auto you own.
• An employee of yours or a member of an employee's household if the covered auto is owned by that employee or member of that employee's household.
• Anyone using a covered auto while working in the business of selling, servicing, repairing, storing or parking autos, unless the business is yours.
• Anyone other than your employees, partners, lessee or borrower or any of their employees while loading or unloading a covered auto.

Anyone legally responsible for the actions of a protected person. Any person or organization who is legally responsible for the actions of a protected person described above is also a protected person for the use of a covered auto. For example:

*An employee who works for another company borrows a covered auto from you. That person causes an accident which results in covered bodily injury and property damage. We'll consider you, that employee, and the other company that employs the other person to be protected persons.*

But we won't consider the owner or anyone else from whom you rent, lease, hire or borrow a covered auto to be a protected person unless it's a trailer that's connected to a covered auto you own.

**Separation of protected persons.** We'll apply this agreement:
• to each protected person named in the Introduction as if that protected person was the only one named there; and
• separately to each other protected person.

However, the limit of coverage shown in the Coverage Summary is shared by all protected persons. We explain how in the Limits Of Coverage section. Also, any right or duty specifically assigned to the first Named Insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limit Of Coverage

The Coverage Summary shows the limit of coverage that applies to this agreement.

The Each accident limit is the most we'll pay for the combined total of all covered bodily injury, property damage and pollution cost or expense that results from any one accident. This limit applies regardless of the premiums paid or number of:
• protected persons;
• premiums paid;
• claims made or suits brought;

WCD 04529

StPaul

...vered autos;
vehicles involved in the accident; or
persons or organizations making claims or
bringing suits.

We consider all covered bodily injury, property
damage and pollution cost or expense that
results from continuous or repeated exposure
to substantially the same conditions to be the
result of one accident.

## Exclusions – What This Agreement Won't Cover

**Contract liability.** We won't cover the protected
person's liability for bodily injury or property
damage assumed under any contract or agree-
ment.

However, we won't apply this exclusion to
liability for bodily injury or property damage
the protected person would have without the
contract or agreement. Nor will we apply this
exclusion to the protected person's liability for
bodily injury or property damage assumed
under a covered contract made before the
bodily injury or property damage happens.

*Covered contract* means any:
● lease of premises;
● sidetrack agreement;
● easement or license agreement;
● obligation to indemnify a municipality if the
obligation is required by ordinance and isn't
connected with work for the municipality;
● contract or agreement under which you
assume the tort liability of a municipality to
pay damages for covered bodily injury or prop-
erty damage that is sustained by others and
results from work for the municipality;
● other contract or agreement under which you
assume the tort liability of another to pay
damages for covered bodily injury or property
damage that's sustained by others; or
● contract or agreement which you or any of
your employees enter into for the rental or
lease of any auto.

*Tort liability* means a liability that would be
imposed by law without any contract or agree-
ment.

But we won't consider the following parts of
any contract or agreement to be a covered
contract:

*Auto with driver.* That part which has to do
with the rental, lease or loan of an auto to you
or any of your employees if the auto is rented,
leased or loaned with a driver.

*Use of a motor carrier's permit.* That part
which indemnifies any person or organization in
the business of transporting people or property
by an auto for hire for your use of a covered
auto over a route or in a territory the person or
organization is authorized by a public authority
to use or serve.

*Damage to rented or leased auto.* That part
which obligates you or any of your employees
to pay for property damage to any auto rented
or leased by you or any of your employees.

*War.* That part which indemnifies any person
or organization for bodily injury or property
damage caused by:
● declared or undeclared war, or invasion;
● warlike action by a military force or other
agents of any government, sovereign or other
authority;
● civil war, insurrection, rebellion, revolution or
seizure of power; or
● anything done to hinder or defend against
these actions.

**Control of property.** We won't cover property
damage to property owned by, transported by
or in the care, custody or control of a protected
person.

But we won't apply this exclusion to liability for
property damage assumed under a sidetrack
agreement.

**Employer's liability.** We won't cover bodily
injury to an employee arising out of his or her
employment by a protected person. Nor will
we cover bodily injury to the spouse, child,
parent, brother, or sister of that employee
which results from the bodily injury to the
employee.

We'll apply this exclusion whether the protected
person may be held liable as an employer or in
any other capacity.

WCD 04530

© 1993 All Rights Reserved

CONFIDENTIAL

it also apply this exclusion to any obligation the protected person to share damages with or repay someone else who must pay damages because of bodily injury to any employee of the protected person.

But we won't apply this exclusion to:
• bodily injury to domestic employees not entitled to workers compensation benefits; or
• liability for bodily injury assumed under a covered contract.

We explain what we mean by covered contract in the Contract liability exclusion.

**Injury to a fellow employee.** We won't cover bodily injury to a fellow employee of any protected person arising out of and in the course of the fellow employee's employment by you.

**Intentional or expected bodily injury or property damage.** We won't cover bodily injury or property damage that's expected or intended by the protected person.

**Nuclear energy liability.** We won't cover bodily injury or property damage for which any protected person:
• is covered by a nuclear energy liability insurance policy; or
• would have been covered by such policy if that policy's limits of coverage hadn't been used up.

Nor will we cover bodily injury or property damage that results from the hazardous properties of nuclear material and for which:
• any person or organization is required by law to maintain financial protection in accordance with the federal Atomic Energy Act, or any of its amendments; or
• any protected person is entitled, or would have been entitled had this agreement not been issued, to indemnity from the United States government, or any of its agencies, under any contract or agreement between the government, or any of its agencies, and any person or organization.

And we won't cover bodily injury or property damage that results from the hazardous properties of nuclear material when:
• the nuclear material is located at, or at any time discharges or disperses from, any nuclear

facility owned by any protected person, or operated by or for any protected person;
• the nuclear material is contained in spent nuclear fuel or nuclear waste that is at any time possessed, handled, used, processed, stored, transported or disposed by or for any protected person; or
• the bodily injury or property damage results from the furnishing by any protected person of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any nuclear facility. But we'll apply this exclusion part only to property damage to the nuclear facility, and any property located on the site of that facility, if the nuclear facility is in the United States of America, its territories or possessions, Puerto Rico, or Canada.

*Nuclear energy liability insurance policy* means any nuclear energy liability insurance policy issued by:
• Nuclear Energy Liability Insurance Association;
• Mutual Atomic Energy Liability Underwriters;
• Nuclear Insurance Association of Canada; or
• any of their successors.

*Property damage* includes all forms of radioactive contamination of property.

*Hazardous properties* include radioactive, toxic or explosive properties.

*Nuclear material* means any of the following materials which are defined in the federal Atomic Energy Act, or any of its amendments:
• Source material.
• Special nuclear material.
• By-product material.

*Nuclear facility* means any:
• nuclear reactor;
• uranium isotopes separation device or equipment;
• special nuclear material device or equipment; or
• nuclear waste site.

Nuclear facility includes:
• the site on which it's located;
• all operations conducted on such site; and
• all premises used for such operations.

WCD 04531

*uclear reactor* means any device, equipment or machine that's designed or used to:
- maintain nuclear fission in a self-supporting chain reaction; or
- contain a critical mass of fissionable material.

*uranium isotopes separation device or equipment* means any device or equipment designed or used for:
- separating the isotopes of uranium or plutonium;
- processing or utilizing spent nuclear fuel; or
- handling, processing or packaging nuclear waste.

*Special nuclear material device or equipment* means any device or equipment used for the processing, fabricating or alloying of special nuclear material if the total amount of such material:
- is more than 25 grams of plutonium or uranium 233, or any combination of the two, or 250 grams of uranium 235; and
- is at any time in the custody of any protected person at the premises where the device or equipment is located.

*uclear waste site* means any structure, basin, excavation, premises or place prepared or used for the storage or disposal of nuclear waste.

*Nuclear waste* means any waste material that:
- contains by-product material; and
- results from the operation of any nuclear reactor or uranium isotopes separation device or equipment by any person or organization.

But we won't consider nuclear waste to include tailings or wastes that result from the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content.

*Spent nuclear fuel* means any solid or liquid fuel element or component that has been exposed to radiation or used in a nuclear reactor.

**Pollution.** We won't cover bodily injury or property damage that results from pollution involving any pollutant, or any pollutant contained in any property, that's:

- being transported or towed by a covered auto;
- being loaded onto or unloaded from a covered auto;
- otherwise in the course of transit by or for any protected person; or
- being stored, disposed of, treated or processed in or on a covered auto.

For example:

*A covered auto carrying a cargo of chemicals skids off of a road and overturns. Several of the containers of chemicals are damaged during the accident and their contents leak out. Fumes from the spilled chemicals injure a motorist who stopped to help the truck driver. And a fire begins in a pool formed by the spilled chemicals and spreads to a nearby building, damaging its exterior. We won't cover any such bodily injury or property damage.*

However, we won't apply this exclusion to bodily injury or property damage that results from pollution caused by fuels, lubricants, fluids, exhaust gases or similar pollutants that:
- are needed for or result from the normal electrical, hydraulic or mechanical functioning of a covered auto, other than the operation of specialized equipment; and
- escape, seep or migrate, or are discharged, dispersed or released, directly from a part of the covered auto designed by it's manufacturer to hold, store, receive or dispose of such pollutants.

For example:

*One of your covered autos is a truck with a hydraulic system that leaks. We won't apply this exclusion to the bodily injury or property damage that may result from such pollution.*

Another example:

*One of your covered autos is a tow truck. It is involved in an accident with another vehicle. Your tow truck's gas tank is ruptured and leaks. We won't apply this exclusion to the bodily injury or property damage that may result from such pollution.*

Another example:

WCD 04532

©St.Paul Fire and Marine Insurance Co.1993 All Rights Reserved

[!] CONFIDENTIAL

*'e being pulled by a covered auto, your*
*pressor leaks gas. We won't apply this*
*clusion to the bodily injury or property*
*amage that may result from such pollution.*
*owever, if the gas leakage occurred*
*uring the operation of the compressor, the*
*esulting damage would not be covered*
*ecause it results from the operation of*
*pecialized equipment.*

Nor will we apply this exclusion to bodily injury
or property damage that results from pollution
from property of others which:

• isn't in your care, custody or control;

• isn't being transported or towed by or for you;
and

• is damaged by an accident due to the owner-
ship, maintenance or use of a covered auto.

For example:

*A covered auto skids off of a road and hits*
*a fuel storage tank owned by others.*
*Several hundred gallons of fuel leak out*
*and then explode into flames. The fire*
*estroys a nearby building and injures two*
*ystanders. We won't apply this exclusion*
*to the bodily injury and property damage*
*that results from such pollution.*

*Pollution* means the actual, alleged or threat-
ened discharge, dispersal, seepage, migration,
release or escape of any pollutant.

*Pollutant* means any solid, liquid, gaseous or
thermal irritant or contaminant, including:

• smoke, vapors, soot, fumes;

• acids, alkalis, chemicals; and

• waste.

*Waste* includes materials to be recycled,
reconditioned or reclaimed.

We explain what we mean by specialized equip-
ment in the What This Agreement Covers
section.

**Racing or demolition contest.** We won't cover
bodily injury, property damage or pollution cost
or expense that results from the use of a
covered auto in any organized racing or demoli-
tion contest or stunting activity. This exclu-
sion also applies to any practice or preparation
for such contest or activity.

**Specialized equipment.** We won't cover bodily
injury or property damage that results from the
operation or use of any specialized equipment.

However, we won't apply this exclusion to
bodily injury or property damage that results
from specialized equipment while being carried
or towed by a covered auto.

We explain what we mean by specialized equip-
ment in the What This Agreement Covers
section.

**Workers' compensation.** We won't cover any
obligation that the protected person has under a
workers' compensation, disability benefits or
unemployment compensation law, or any simi-
lar law.

## Other Insurance

This agreement is primary insurance for
covered autos you own and excess insurance
for those you don't own.

However, when a covered trailer is connected to
a covered auto, this agreement applies to the
trailer in the same way as the covered auto.
For example, if a trailer you own is connected
to a covered auto you don't own, this agree-
ment will be excess insurance for the trailer. If
a trailer you don't own is connected to a
covered auto you own, this agreement is
primary insurance for the trailer.

Excess insurance applies after other collectible
insurance has been used up.

This agreement is primary insurance for liability
for covered bodily injury or property damage
assumed under a covered contract.

We explain what we mean by covered contract
in the Contract liability exclusion.

**Insurance provided by another insurer.** When insur-
ance provided by another insurer applies to
covered bodily injury or property damage that
results from an accident on the same primary or
excess basis as this agreement, we'll pay only
our share of your accident. We'll pay the same
proportion of such damages or pollution cost or

WCD 04533

CONFIDENTIAL

expense that our limit is to the total of all applicable policy limits. But we won't pay more than our limit.

Insurance provided under another policy with us or any of our member insurance companies. When this agreement and other insurance contained in a policy from us or another member insurance company of The St. Paul Group both apply to the same accident, the most we will pay is the highest limit of coverage that applies under any one policy. When the other insurance written by us or the member insurance company is intended to be excess over this agreement, this section does not apply.

WCD 04534

©St.Paul Fire and Marine Insurance Co.1993 All Rights Reserved

[!] CONFIDENTIAL

PUBLIC SECTOR SERVICES

The St Paul

AUTO-LIABILITY- SELF-INSURED-RETENTION-ENDORSEMENT

s endorsement changes your Auto Liability rotection.

Important Note. This endorsement adds self-insured retentions over which the limits of coverage will apply. It also makes claim expenses subject to those self-insured retentions. We explain what we mean by claim expenses in the Right to investigate or defend section.

## How Coverage Is Changed

There are six changes which are explained below.

1. The following replaces the Right and duty to defend section. This change limits coverage.

Right to investigate or defend. We'll have the right to investigate or defend:
• any claim or suit for covered bodily injury or property damage made or brought against any protected person; or
• any claim or suit for covered bodily injury or property damage made or brought against any protected person which also seeks covered pollution cost or expense.

We may exercise such rights even if:
• any of the allegations of any such claim or suit are groundless, false or fraudulent; or
• the total amount of the damages and claim expenses for such injury or damage probably won't exceed a self-insured retention that applies.

If we choose to investigate or defend a claim or suit, on any basis other than as a claim handling service, we'll:
• investigate the claim only to the extent that we believe is proper; and
• pay all expenses we incur for such investigation or defense. Such expenses are not subject to the self-insured retentions or the limits of coverage.

However, we have no duty to defend any claim or suit or perform other acts or services. In addition, our right to defend claims or suits ends when the limits of coverage that apply have been used up with the payment of judgments or settlements.

Claim means a demand which seeks damages.

Suit means a civil proceeding which seeks damages. It includes:

• an arbitration proceeding for such damages to which the protected person must submit or submits with our consent; and
• any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

Claim expenses mean the reasonable fees, costs and expenses that result directly from the investigation, defense, settlement or appeal by you of a specific claim or suit.

Claim expenses include your prejudgment interest and your postjudgment interest.

But we won't consider any of the following to be claim expenses:
• Salaries or wages of any protected person, including employed attorneys.
• Expenses, other than additional living expenses, incurred by any protected person, including employed attorneys.

Nor will we consider any of the following that do not result directly from the investigation, defense, settlement or appeal of a specific claim or suit to be claim expenses:
• Fees and expenses of independent adjusters hired by a protected person.
• Fees and expenses of a claim handling service.

Claim handling service means the individual or organization who is providing claims services for you in accordance with a separate written contract.

Your prejudgment interest means the prejudgment interest that's awarded against the protected person on that part of a judgment within your self-insured retention.

Your postjudgment interest means the interest that accumulates on that part of a judgment within your self-insured retention from the date of the judgment to the date it is paid.

Additional living expenses mean the reasonable expenses incurred by any protected

CONFIDENTIAL

person, including employed attorneys, for transportation, lodging and food while temporarily away from home to help with the investigation, defense, settlement or appeal of a specific claim or suit.

2. The following is added to the What This Agreement Covers section. This change limits coverage.

**Right to settle.** We'll have the right to settle any claim or suit within an applicable self-insured retention or the available limits of coverage.

But you are required to pay that part of the settlement and any claim expenses incurred by a protected person that's within the applicable self-insured retention. We explain when and how you'll do so in the Self-Insured Retentions section.

3. The following replaces the Additional payments section. This change limits coverage.

**Additional payments.** We'll have the duty to make the payments shown below in connection with any claim or suit for covered bodily injury, property damage and pollution cost or expense. These payments are in addition to the limits of coverage. But our duty to make such payments ends when the limits of coverage that apply have been used up with the payment of judgments or settlements.

**Claim expenses.** We'll pay the claim expenses that exceed a self-insured retention. But we won't pay claim expenses incurred after the limits of coverage that apply have been used up with the payment of judgments or settlements.

**Our expenses.** We'll pay all expenses we incur.

**Our prejudgment interest.** We'll pay the prejudgment interest that's awarded against a protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

**Our postjudgment interest.** We'll pay the interest that accumulates on that part of a judgment we pay. But only from the date of the judgment to the date we pay, offer to pay, or deposit in court, the limit of coverage which applies to that part of the judgment.

**Right to appeal.** We'll have the right to appeal a judgment for covered injury or damage. But only if:
- the protected person doesn't appeal it; and
- the amount of the judgment is more than the self-insured retention that applies.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including the cost of appeal bonds and postjudgment interest. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

4. The following is added to the Limits Of Coverage section. This change limits coverage.

The limits of coverage:
- apply over any applicable self-insured retention shown in the Coverage Summary, whether or not that self-insured retention is paid; and
- do not include claim expenses.

5. The following section is added. This change limits coverage.

### Self-Insured Retentions

The self-insured retentions shown in the Coverage Summary and the information contained in this section fix the amount of damages and claim expenses which you'll be required to pay, and over which the limits of coverage will apply in accordance with the Limits Of Coverage section, regardless of the number of:
- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**Each accident retention.** This is the amount that you will be required to pay for the combined total of:
- all covered bodily injury, property damage and pollution cost or expense that results from any one accident; and

WCD 04536

©St.Paul Fire and Marine Insurance Co.1995 All Rights Reserved

CONFIDENTIAL

• all claim expenses incurred in connection with ch covered bodily injury, property damage and pollution cost or expense.

**Payment over a self-insured retention.** We'll consider any voluntary payment of, or assumption of any obligation to pay, the following above a self-insured retention to be your responsibility:
• Damages for covered bodily injury, property damage and pollution cost or expense.
• Claim expenses.

6. The following replaces the first paragraph of the Other Insurance section. This change:
• shows that this agreement applies over self-insured retentions; and
• explains what we mean by other insurance.

If there is any other insurance for bodily injury, property damage or pollution cost or expense covered by this agreement, this agreement applies over the self-insured retentions as:

• primary insurance for covered autos you own; and
• excess insurance for covered autos you don't own.

*Other insurance* means valid and collectible insurance, or the funding of losses, other than insurance bought specifically to apply in excess of this agreement, that's provided for you by or through:
• another insurance company;
• a risk retention group;
• a self-insurance method or program, other than any funded by you and over which this agreement applies; or
• any similar risk transfer method.

**Other Terms**

All other terms of your policy remain the same.

WCD 04537

44533 Ed.1-95 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1995 All Rights Reserved

Endorsement

Page 3 of 3

CONFIDENTIAL

PUBLIC SECTOR SERVICES
PUBLIC ENTITY AUTO LIABILITY ENDORSEMENT

The St. Paul

This endorsement changes your Auto Liability Protection.

## How Coverage Is Changed

There are nine changes which are explained below.

1. The following replaces the Bail bonds section. This change broadens coverage.

   *Bail bonds.* We'll pay up to $2,500 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which the bodily injury liability coverage under this agreement applies. We don't have to furnish such bonds.

2. The following replaces the Expenses incurred by protected persons section. This change broadens coverage.

   *Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or defend a claim or suit. But we won't pay more than $500 per day for earnings actually lost by the protected person because of time taken off from work.

3. The following replaces the Corporation or other organization section. This change replaces corporation with public entity.

   **Public entity or other organization.** If you are named in the Introduction as a public entity or other organization, you are a protected person for the use of a covered auto.

   *Other organization* includes a corporation, joint power authority, limited liability company, or tribal government.

   If you are named in the declarations as a corporation, your stockholders are protected persons, but only for their liability as your stockholders.

4. The following definitions are added to the Any permitted user section.

   *Employee* includes a leased worker, other than a leased temporary worker.

   *Leased worker* means any person who:

   * is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and

   * is performing duties related to the conduct of the hirer's business.

   *Volunteer worker* means any person other than:

   * an employee; or

   * a leased temporary worker.

   *Employee leasing firm* means any person or organization who hires out workers to others. It includes any:

   * employment agency, contractor, or service;

   * labor leasing firm; or

   * temporary help service.

   *Leased temporary worker* means a leased worker who is hired to:

   * temporarily take the place of a permanent employee on leave; or

   * meet seasonal or short-term workload conditions.

5. The following is added to the Who Is Protected Under This Agreement section. This change broadens coverage.

   **Elected or appointed officials and members.** Any of your elected or appointed officials, directors, or executive officers, or members of any of your agencies, boards, or commissions, are protected persons:

WCD 04538

A0130 Ed. 10-98 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved

Endorsement

CONFIDE... [1] Page 1 of 2

The St Paul

• only for the conduct of their duties as your elected or appointed officials, directors, executive officers, or members; and

• only for the use of a covered auto.

**Volunteer workers.** Any volunteer worker of yours is a protected person for the use of a covered auto, but only for activities or work they conduct or perform:

• at your direction; and

• within the scope of their duties for you.

**Owner of a commandeered auto.** The owner of a commandeered auto is a protected person while the commandeered auto is in your temporary care, custody, or control.

*Commandeered auto* means any auto that you commandeer, or take without permission, for the purpose of performing emergency operations, such as firefighting or law enforcement activities.

6. The following is added to the Mobile equipment definition in the What This Agreement Covers section. This change broadens coverage.

We'll consider any land motor vehicle, trailer, or semi-trailer you own or lease that's designed for use on public roads to be an auto and not mobile equipment. But only if we had considered such vehicle, trailer, or semi-trailer to be mobile equipment because:

• it wasn't required to be licensed because you're a government body; or

• it was used only on roads you own.

7. The following is added to the Intentional or expected bodily injury or property damage exclusion. This change broadens coverage.

But we won't apply this exclusion to intentional bodily injury or property damage that results from the use of reasonable force to protect people or property.

8. The following is added to the Exclusions - What This Agreement Won't Cover Section. This change excludes coverage.

**Health care professional services.** We won't cover bodily injury or property damage resulting from the performance of or failure to perform health care professional services.

*Health care professional services* includes:

• any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;

• the dispensing of drugs or medical or dental supplies and appliances; and

• the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

9. The following is added to the Exclusions - What This Agreement Won't Cover section. This change excludes coverage.

**On-the-job-injury.** We won't cover injury to any volunteer firefighter or other volunteer worker of a protected person if the volunteer is injured while:

• using or maintaining a covered auto; or

• engaged in other volunteer firefighting, rescue squad, or ambulance activities of a protected person.

**Injury to fellow workers.** We won't cover injury to any protected person's fellow volunteer firefighters, rescue squad workers, or ambulance workers while such persons are acting within the scope of their duties.

However, we won't apply this exclusion if "Injury to fellow workers" is shown in the Coverage Summary.

**Other Terms**

All other terms of your policy remain the same.

WCD 04539

©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved

[1] CONFIDENTIAL