AUTOS RENTED BY EMPLOYEES ENDORSEMENT

The St.Paul

This endorsement changes your Auto Liability Protection and your Auto Physical Damage Protection.

## How Coverage Is Changed

There are two changes that are explained below. These changes broaden coverage.

1. The definition of hired autos in the Which Autos Are Covered section is changed as follows.

   *Hired autos* means any auto that you hire, rent, lease, or borrow from others, other than your employees or members of their households. Hired autos includes any autos that any employee of yours hires, rents, leases, or borrows from others in that employee's name with your permission while performing duties related to the conduct of your business. We'll consider any auto that you lease for a period of 6 months or more to be an auto that you own. However any auto that has been rented, leased, hired, or borrowed with a driver is not a covered auto.

2. The following is added to the Who is Protected Under This Agreement section. This change applies to your Auto Liability Protection.

   **Employees renting covered autos.** Any of your employees while operating a covered auto that has been rented, leased, hired, or borrowed from others in that employee's name with your permission while performing duties related to the conduct of your business.

## Other Terms

All other terms of your policy remain the same.

PLAINTIFF'S EXHIBIT

I, Part 6

tabbies

WCD 04540

PROPERTY IN YOUR CARE ENDORSEMENT–PUBLIC NSPORTATION

The St Paul

This endorsement changes your Auto Liability Protection.

## How Coverage Is Changed

The Control of property exclusion doesn't apply to property belonging to passengers while in a covered public transportation auto.

*Public transportation auto* means an auto that's licensed or used to transport people.

## Other Terms

All other terms of your policy remain the same.

WCD 04541

(1) CONFIDENTIAL

UNINSURED AND UNINSURED MOTORISTS PROTECTION – ILLINOIS

The St Paul

We've designed this agreement to cover damages for bodily injury, or property damage to a covered private passenger type auto, caused by an accident that the named insured or anyone else covered under this agreement are legally entitled to collect from the driver or owner of an uninsured vehicle or underinsured vehicle. Certain terms that have or include defined meanings shown in this agreement are listed in the List Of Terms With Defined Meanings Shown In This Agreement section, which also shows where their defined meanings are located.

This agreement provides coverage for covered autos registered or principally garaged in Illinois.

## Table of Contents

This Table of Contents lists:

- the major sections of this agreement; and
- the exclusions in the Exclusions – What This Agreement Won't Cover section.

Each listed section and exclusion begins on the page shown for it.

However, one or more endorsements or other forms made part of your policy may, without changing this Table of Contents:

- delete, or change the name of, any of the sections of or exclusions in this agreement; or
- add another section or exclusion to this agreement.

| | Page |
|---|---|
| What This Agreement Covers | 1 |
| Which Autos Are Covered | 2 |
| Scheduled autos. | 3 |
| Autos the named insured acquires after this agreement goes into effect. | 3 |
| Any owned auto. | 3 |
| Owned autos subject to a compulsory uninsured motorists law. | 3 |
| When This Agreement Covers | 3 |
| Where This Agreement Covers | 3 |
| Who Is Protected Under This Agreement | 4 |
| Individual. | 4 |
| Partnership, limited liability company, organization. | 4 |
| Separation of protected persons. | 4 |
| Limits Of Coverage | 4 |
| Property damage. | 4 |
| Bodily injury single limit | 4 |
| Bodily injury split limits. | 5 |
| Limitations on amounts payable. | 5 |
| Exclusions – What This Agreement Won't Cover | 5 |
| Actions taken without our consent. | 5 |
| Exclusions in your Auto Liability Protection. | 5 |
| First $250 of property damage to a covered private passenger type auto. | 5 |
| Other autos. | 6 |
| Property insurers. | 6 |
| Punitive damages. | 6 |
| Unauthorized use. | 6 |
| Workers' compensation. | 6 |
| Other Insurance | 6 |
| Changes In General Rules | 6 |
| Lawsuits Against Us | 6 |
| Arbitration | 7 |
| Changes In What To Do If You Have A Loss | 7 |
| List Of Terms With Defined Meanings Shown In This Agreement | 8 |

## What This Agreement Covers

We'll pay damages that persons protected under this agreement are legally entitled to collect from the owner or driver of an uninsured vehicle or underinsured vehicle if the damages result from an accident that happens while this agreement is in effect; and:

- causes covered bodily injury to a protected person; or
- causes covered property damage to a private passenger type covered auto. But only if property damage coverage is shown in the Coverage Summary.

However, we'll only pay these damages when the owner's or driver's liability results

WCD 04542

Insuring Agreement

CONFIDENTIAL

from owning, maintaining, or using the uninsured vehicle or underinsured vehicle.

We will pay such damages only:

- after any other liability policies and bonds that apply are used up by payment of judgments or settlements; or
- if a tentative settlement has been made between a protected person and the owner or driver of the uninsured vehicle or underinsured vehicle, or the insurer of an underinsured vehicle, or any or all of them. In that case, we must be given prompt written notice of the settlement. Then, if we pay the protected person the amount of the settlement within 30 days after receiving that notice, our right of recovery against any person or organization will be preserved.

*Bodily injury* means any physical harm, including sickness or disease to physical health. It includes any of the following that results at any time from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

*Accident* means any event that results in bodily injury, or property damage to a covered auto, that the protected person didn't expect or intend to happen.

*Property damage to a covered private passenger type auto* means physical damage to, or destruction of, a private passenger type auto that is a covered auto under this agreement. However, we won't consider the following to be property damage to a covered private passenger type auto:

- Physical damage to property of the named insured or any other person while such property is contained in a covered private passenger type auto, including loss of use of such property.
- Loss of use of a covered private passenger type auto.

*Private passenger type auto* means an ordinary four-wheel auto, pickup, panel truck, sports utility vehicle or van, not used for any business.

*Uninsured vehicle* means a land motor vehicle or trailer:

- for which there is no liability insurance policy or bond at the time of an accident that provides the minimum amounts of coverage required by law where the vehicle or trailer is principally garaged;

- for which an insurance or bonding company legally denies coverage or is or becomes insolvent; or
- which is a hit and run vehicle which causes bodily injury to a protected person.

*Hit and run vehicle* means a land motor vehicle or trailer for which the owner or driver can't be identified that causes bodily injury to a protected person.

We'll cover such bodily injury whether or not the vehicle actually hits:

- an individual named insured or family members;
- a covered auto; or
- an auto a protected person is in.

If there's no physical contact, we'll accept only competent evidence to verify the accident, other than testimony of any person having a claim under this or any similar coverage as a result of that accident.

*Underinsured vehicle* means a land motor vehicle or trailer, other than an uninsured vehicle, for which the total of all liability policies or bonds at the time of an accident provides the minimum amounts of coverage required by law where the vehicle or trailer is principally garaged, but the total of these policies or bonds is less than this agreement's applicable limit of coverage.

However, we won't consider the following to be an uninsured vehicle or underinsured vehicle.

- Vehicles that any self-insurer under any applicable motor vehicle law operates. But this doesn't apply to a self-insurer that becomes insolvent, or can't provide the amounts required by that law.
- Vehicles that are owned or operated by any unit of government.
- Vehicles designed for use mainly off public roads.
- Vehicles that have applicable liability coverage under this policy.
- Vehicles owned by or furnished or available for an individual named insured's regular use or the regular use of family members.

## Which Autos Are Covered

WCD 04543

The Coverage Summary shows which autos are covered under this agreement.

44025 Rev. 6-03 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

Scheduled autos. If this is shown in the Coverage Summary, the autos listed in the Schedule are covered autos.

*Auto* means any land motor vehicle, trailer, or semi-trailer designed for travel on public streets or roads. It includes:

- any permanently attached machinery or equipment; and
- any mobile equipment only while it's being carried or towed by a covered auto.

*Mobile equipment* means any land vehicle that:

- is designed for use primarily off public streets or roads;
- is kept for use only on or next to premises the named insured rents or leases from others, or owns;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle that:

- isn't described above; and
- is kept primarily for purposes other than carrying people or cargo.

But we won't consider such a vehicle to be mobile equipment if it travels under its own power, is operated like an auto during travel on a public street or road, and has permanently attached:

- specialized equipment; or
- equipment designed for snow removal, street cleaning, or street or road maintenance - but not construction or resurfacing.

*Construction equipment* includes any:

- grader, scraper, or roller; or
- power crane, shovel, loader, digger, or drill.

*Specialized equipment* means any:

- cherry picker or similar device used to lift workers;
- pump, generator, or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding or well-servicing

equipment, that has a built-in pump, generator or air compressor.

Autos the named insured acquires after this agreement goes into effect.

Replacement autos.
The named insured can replace any auto on the Auto Schedule and we'll automatically cover its replacement for the same insurance, but only if the named insured tells us within 30 days after such autos are acquired that the named insured wants us to cover them.

Newly acquired autos.
If we cover your scheduled autos, any additional autos the named insured acquires are also covered, but only if the named insured tells us within 30 days after such autos are acquired that the named insured wants us to cover them.

**Any owned auto.** If this is shown in the Coverage Summary, we'll cover any auto the named insured owns.

**Owned autos subject to a compulsory uninsured motorists law.** This means:

- autos the named insured owns that are subject to law requiring uninsured motorists insurance in the state where they are licensed or principally garaged which does not permit the right of rejection; and
- autos the named insured acquires after this insuring agreement begins that are subject to the same law.

## When This Agreement Covers

We'll apply this agreement to damages for covered bodily injury, or property damage to a covered private passenger type auto if Property Damage Coverage is shown in the Coverage Summary, caused by an accident that happens while this agreement is in effect.

## Where This Agreement Covers

WCD 04544

We'll cover damages only in the coverage territory for covered bodily injury, or property damage to a covered private passenger type auto if Property Damage Coverage is shown in the Coverage Summary, that's caused by accidents which happen there.

*Coverage territory* means the United States of America, its territories and possessions, Puerto Rico and Canada. It includes

international waters or airspace while a
covered auto is being transported between
any of the above places.

## Who Is Protected Under This Agreement

**Individual.** If the named insured is shown in
the Introduction as an individual, then the
following are protected persons:

- The named insured and family members.
- Anyone in a covered auto or temporary
  substitute for a covered auto.
- Anyone entitled to collect damages for
  bodily injury to another protected person.

*Family member* means any person who is
related to an individual named insured by
blood, marriage, or adoption and lives in
such named insured's home. A ward or
foster child who lives with the individual
named insured is also considered to be a
family member.

*In an auto or in a covered auto or in a
temporary substitute for a covered auto*
includes on the auto or getting in, out, or
off of it.

*Temporary substitute for a covered auto*
means an auto used, with permission of its
owner, as a temporary substitute for a
covered auto you own which can't be used
because it:

- has been damaged or destroyed;
- has broken down; or
- is being serviced or repaired.

**Partnership, limited liability company, corporation
or other organization.** If the named insured
is shown in the Introduction as a
partnership, limited liability company,
corporation or other organization, then the
following are protected persons:

- Anyone in a covered auto or temporary
  substitute for a covered auto.
- Anyone entitled to collect damages for
  bodily injury to another protected person.
- The named insured for property damage
  to a covered private passenger type auto
  if property damage coverage is shown in
  the Coverage Summary.

**Separation of protected persons.** This
agreement applies:

- to each protected person named in the
  Introduction as if that protected person
  was the only one named there; and
- separately to each other protected person.

However, all protected persons share the
limits of coverage shown in the Coverage
Summary. We explain how in the Limits Of
Coverage section. Also, any right or duty
specifically assigned to the first named
insured remains unchanged. We explain
those rights and duties in the General
Rules, which is a part of your policy.

## Limits Of Coverage

We'll consider all bodily injury, and
property damage to a covered private
passenger type auto, caused by continuous
or repeated exposure to basically the same
conditions to be the result of one accident.
Uninsured Motorists or Underinsured
Motorists Protection under this agreement
may be subject to single limits or to split
limits, depending on which is shown in the
Coverage Summary.

If the named insured has Underinsured
Motorists coverage as well as Uninsured
Motorists coverage, the Coverage Summary
will show a separate limit for each.

We will apply the limit shown in the
Coverage Summary for uninsured motorists
claims to first provide the separate limits
required by the Illinois Safety
Responsibility Law as follows:

- $20,000 for damages resulting from
  bodily injury to any one person caused
  by any one accident, and
- $40,000 for damages resulting from
  bodily injury to two or more persons
  caused by any one accident.

This provision will not change our total
limit of coverage for uninsured motorist
protection.

**Property damage.** If property damage
coverage is shown in the Coverage Summary,
the most we'll pay for all damage resulting
from property damage to covered private
passenger type autos, no matter how many
vehicles or covered autos are involved in the
accident or how many claims are made or
premiums are paid, will be:

- the actual cash value (ACV) of the
  damaged covered auto at the time of the
  accident; or
- $15,000;

whichever is less.               WCD 04545

**Bodily injury single limit.** If a single limit is
shown, it is the most we'll pay for all
damages resulting from bodily injury caused
by any one accident. This limit applies no
matter how many covered autos or
protected persons are involved or how

44025 Rev. 6-03 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

many claims are made, premiums are paid, vehicles are involved in the accident.

**Bodily injury split limits.** If split limits are shown, two limits apply to the amount we'll pay for all damages resulting from bodily injury caused by any one accident. The following limits apply no matter how many covered autos or protected persons are involved or how many claims are made, premiums are paid, or vehicles are involved in the accident.

- Bodily injury to each person limit.
- Bodily injury in one accident limit.

*Bodily injury to each person limit.* This is the most we'll pay for all damages resulting from bodily injury to any one person caused by an accident. This includes damages for care, loss of services or death that results from that bodily injury.

*Bodily injury in one accident limit.* Subject to the Bodily injury to each person limit, this is the most we'll pay for all damages resulting from bodily injury caused by any one accident. This includes damages for care, loss of services or death that results from that bodily injury.

**Limitations on amounts payable.** No one will be entitled to be paid more than once for the same loss covered under this agreement and also covered under any other insuring agreement or coverage form.

We won't make a payment under this agreement to the extent that payment has also been made to a protected person by or for someone who is legally responsible for the damages.

For bodily injury caused by an underinsured motorist, the limit of coverage for this agreement will be reduced by any amounts paid to a protected person by or for someone who is legally responsible for the damages.

We will not pay for any part of damages for which a protected person is also entitled to be paid under any workers' compensation, disability benefit, or similar law.

Unless a settlement has been reached between the protected person and the owner or driver of the underinsured vehicle, the limit of coverage for this agreement will be reduced by any amounts paid or payable:

- by or for anyone who is legally responsible for the bodily injury, including any amounts paid or payable under this policy's Auto Liability Protection;
- under any workers' compensation, disability benefits, or similar law, other thanany sums paid or payable as Social Security disability benefits; or
- under any auto medical payments protection.

If a settlement has been reached between the protected person and the owner or driver of the underinsured vehicle, our limit of coverage will be only the difference between this agreement's limit and the limit available under the underinsured motorists policies or bonds.

## Exclusions – What This Agreement Won't Cover

**Actions taken without our consent.** We won't cover any:

- claim or suit that is settled or results in a judgment; or
- suit filed;

without our written consent. But, this exclusion doesn't apply:

- to a tentative settlement that a protected person has reached with the insurer of an underinsured vehicle for which we have been given prompt written notice; or
- if we had received reasonable notice that a suit was pending, and had a reasonable opportunity to protect our interests.

**Exclusions in your Auto Liability Protection.** We won't cover:

- bodily injury; or
- property damage to a covered private passenger type auto;

that's excluded by any of the exclusions in your Auto Liability Protection, other than any of the following exclusions:

- Contract liability.
- Control of property.
- Employer s liability.
- Injury to a fellow employee.

**First $250 of property damage to a covered private passenger type auto.** We won't cover the first $250 of the amount of property damage to a covered private passenger type auto caused by any one accident. The Named Insured will be responsible for that amount in each accident.

WCD 04546

44025 Rev. 6-03 Printed in U.S.A.

Insuring Agreement

CONFIDENTIAL

Other autos. We won't cover:

- bodily injury to an individual named insured who is injured in or struck by an auto owned by that named insured that is not a covered auto under this agreement;

- bodily injury to any family member who is injured in or struck by an auto the family member owns that is not a covered auto under this agreement; or

- bodily injury to any family member who is injured in or struck by an auto owned by the named insured that is covered for uninsured or underinsured motorists protection on a primary basis under any other insuring agreement or coverage form.

Property insurers. We won't cover any claim for the direct or indirect benefit of any insurer of property. We also won't pay for property damage to a covered private passenger type auto if the named insured has been paid or is entitled to be paid for such loss by any property or auto physical damage protection.

Punitive damages. We won't cover punitive or exemplary damages.

Unauthorized use. We won't cover any claim that results if a protected person uses an auto without having a reasonable belief that he or she is entitled to use it.

Workers' compensation. We won't cover any claims for the direct or indirect benefit of another insurance company or self-insurer because of workers' compensation, disability benefits, or similar laws.

## Other Insurance

When other insurance that also covers damages for bodily injury or property damage to a covered private passenger type auto applies, the following rules will be followed.

When this agreement and other insurance apply or applied to the same accident, on the same primary or excess basis as this agreement, the most that will be recovered for that accident under all those insuring agreements or coverage forms combined is the highest limit of coverage that applies or applied under any one of those insuring agreements or coverage forms providing coverage on the same primary or excess basis as this agreement.

When this agreement and other collectible uninsured or underinsured motorists insurance apply on a primary or excess basis, we'll pay that portion of the damages equal to what our limit of coverage bears to the total applicable limits.

## Changes In General Rules

### Recovering Damages From A Third Party

The following replaces the Recovering Damages From A Third Party section of the General Rules. But only for this agreement.

If we make any payment under your Uninsured and Underinsured Motorists Protection - Illinois and a protected person recovers all or part of the damages from someone else, that protected person must hold the amount recovered in trust for us and return to us the amount we have paid.

This right won't apply if we've been given prompt written notice of a settlement between a protected person and the insurer of an underinsured vehicle, and we haven't paid the protected person the amount of the settlement within 30 days. If we have paid the protected person the amount of the settlement within 30 days, we will have the right to recover from any person or organization. We explain how that right works earlier in this section. Our payment will be separate from any amount the protected person is entitled to recover under your Uninsured and Underinsured Motorists Protection - Illinois.

### Lawsuits Against Us                   WCD 04547

The following replaces the Lawsuits Against Us section of the General Rules. But only for this endorsement.

- No one may bring a lawsuit to recover amounts under this policy until there has been full compliance with all the terms of this policy.

Any lawsuit to recover amounts under this policy must begin within two years after the date of the accident causing bodily injury. However, this rule does not apply to a protected person if within two years after the date of that accident:

- we or that protected person have made a written demand for arbitration in accordance with the provisions of these General Rules; or

- that protected person has filed an action against the owner or driver of the underinsured motor vehicle, and such

44025 Rev. 6-03 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission
©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved.
Page 6 of 8

CONFIDENTIAL

action is both filed in a court of competent jurisdiction and not barred by the applicable statute of limitations.

In the event that the two year time limitation for bringing a lawsuit against us to recover amounts under this policy does not apply, then the applicable state statute of limitations will apply to any such lawsuit.

## Arbitration

The following is added to the General Rules. But only for this agreement.

If we and any protected person do not agree on:

• whether that person is legally entitled to collect damages from the owner or driver of an uninsured vehicle or underinsured vehicle; or

• the amount of such damages;

then the matter may be arbitrated under applicable Illinois law if that protected person requests arbitration.

If that protected person requests arbitration, each of us will choose one arbitrator. These two arbitrators will choose a third arbitrator. If the three arbitrators are not selected within 45 days from that protected person's request for arbitration, then either we or that protected person may request that the arbitration be submitted to the American Arbitration Association. We will pay our expenses. We will also pay the arbitration expenses, except when the protected person's recovery exceeds the minimum limit specified in the Illinois Safety Responsibility Law. If this occurs:

• the protected person will pay its expenses; and

• we and that protected person will share the expenses of the third arbitrator up to the amount by which the protected person's recovery exceeds the statutory minimum.

Unless we and that protected person both agree otherwise, arbitration will take place in the county where the protected person lives. A decision agreed to by two of the arbitrators will be binding for amounts of damages that are up to the minimum financial responsibility limits as prescribed by Illinois law.

If arbitration is submitted to the American Arbitration Association, then the American Arbitration Association rules will apply to all matters except medical opinions. As to medical opinions, if the amount of recovery being sought:

• is equal to or less than the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then the American Arbitration Association rules will apply; or

• exceeds the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then the rules of evidence that apply in the circuit court for placing medical opinions into evidence will apply.

## Changes In What To Do If You Have A Loss

The following is added to the When This Policy Provides Liability Protection section or the If Your Policy Provides Liability Protection section of the What To Do If You Have A Loss form. But only for this agreement.

The named insured or any other protected person seeking coverage under your Uninsured and Underinsured Motorists Protection - Illinois must:

• promptly notify the police if the driver of a hit and run vehicle injures an individual named insured or family members;

• promptly send us copies of any legal papers if a suit is brought against the owner or driver of an uninsured vehicle or underinsured vehicle and allow us a reasonable opportunity to join the suit before a determination of whether the protected person is legally entitled to collect damages from that owner or driver, or the amount of such damages, has been made;

• promptly notify us in writing of any tentative settlement between the named insured, or any other protected person seeking coverage under your Uninsured and Underinsured Motorists Protection - Illinois, and the owner or driver of the uninsured vehicle or underinsured vehicle or the insurer of the owner or driver of that underinsured vehicle;

• allow us 30 days after we receive such written notice of a tentative settlement to pay the amount of that settlement to the named insured or other protected person involved in order to preserve our right of recovery against any person or organization; and

• allow us to advance payment to that protected person in an amount equal to that tentative settlement within 30 days

WCD 04548

after we send our written refusal, in order to preserve our rights.

r property damage to a covered private passenger type auto, the protected person must provide us with the name and address of the owner of the uninsured vehicle or underinsured vehicle, or a registration number and description of that vehicle. If that isn't possible, the protected person must give us any other available information to show that there is no other property damage liability insurance that applies to that vehicle.

## List Of Terms With Defined Meanings Shown In This Agreement

This section lists in alphabetical order the terms that have or include defined meanings shown in this agreement. The defined meaning for each of these terms:

- begins on the page shown for that term; and

- is usually located immediately following where that term is first used in this agreement.

However, one of the other forms made part of your policy may, without changing this section:

- delete or change the defined meaning for any of these terms; or

- add a defined meaning for any other term.

| Term | Page |
| --- | --- |
| Accident | 2 |
| Auto | 3 |
| Bodily injury | 2 |
| Construction equipment | 3 |
| Coverage territory | 4 |
| Family member | 4 |
| Hit and run vehicle | 2 |
| In an auto or in a covered auto or in a temporary substitute for a covered auto | 4 |
| Mobile equipment | 3 |
| Private passenger type auto | 2 |
| Property damage to a covered private passenger type auto | 2 |
| Specialized equipment | 3 |
| Temporary substitute for a covered auto | 4 |
| Underinsured vehicle | 2 |
| Uninsured vehicle | 2 |

WCD 04549

44025 Rev. 6-03 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission
©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved
Page 8 of 8

CONFIDENT.

Insured and Underinsured Motorists Protection - Illinois
Self-Insured Retention Endorsement

This endorsement changes your Uninsured and Underinsured Motorists Protection -
Illinois

HOW COVERAGE IS CHANGED

There are three changes which are explained below.

1. The following is added to the Limits of Coverage section. This change
limits coverage.

Our payment for damages will begin only:
*if the amount of the judgments or settlements is greater than the amount of
the self-insured retention shown below; and
*after all other liability policies and bonds are used up by judgments or
settlements; or
*if a tentative settlement has been made between a protected person and the
insurer of an underinsured vehicle. In that case, we must be given prompt
written notice of the settlement. Then we must pay the protected person the
amount of the settlement within 30 days.

2. The Property damage deductible section is deleted, and the following is
dded. This change limits coverage.

SELF-INSURED RETENTION:     $100,000

We'll consider all injury and damage caused by continuous or repeated exposure
to basically the same conditions to be the result of one accident.

Your self-insured retention for this agreement is shown above. It is the most
you'll retain for all damages and loss adjustment expenses resulting from
bodily injury or property damage caused by any one accident. This self-insured
retention applies no matter how many covered autos or protected persons are
involved or how many claims are made, premiums are paid,, or vehicles are
involved in an accident.

3. The following replaces the What To Do If You Have A Loss section of this
agreement. This change limits coverage.

WHAT TO DO IF YOU HAVE A LOSS

The following is added to the What To Do If You Have A Loss Self-Insured
Retention Endorsement.

You must promptly notify the police and your claim handling service if an
unidentified driver hits you or another protected person. Also, you must
promptly send copies of any legal papers to your claim handling service and us
if a suit is brought.

If there is a settlement between a protected person and an insurer of an     **WCD 04550**

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** GP06301134 | **Effective Date** 12/01/03 |
| COUNTY OF WILL | **Processing Date** 12/18/03  11:51  001 | |

40502 Ed.1-80 Printed in U.S.A.                     Customized Form

Page CONFIDENTIAL

The St Paul

derinsured vehicle, the protected person must promptly notify:
your claim handling service in writing of the settlement; and
us in writing of the settlement, if the amount of the settlement exceeds the
self-insured retention shown in the Coverage Summary. Then we must be allowed
30 days to pay the amount of the settlement to the protected person. This will
preserve our right of recovery.

OTHER TERMS

All other terms of your policy remain the same.

WCD 04551

CONFIDENTIAL

We've designed this agreement to protect against certain medical expenses resulting from bodily injury in an accident, even if no legal liability is involved. Of course, there are some limitations which are explained later in this agreement.

| Table of Contents | Page |
|---|---|

What This Agreement Covers ... 1

Which Autos Are Covered ... 2
   Any auto ... 2
   Owned commercial autos ... 2
   Owned private passenger autos ... 2
   Scheduled autos ... 2
   Hired autos ... 2
   Nonowned autos ... 2

Who Is Protected Under This Agreement ... 3
   Individual. ... 3
   Partnership or joint venture. ... 3
   Corporation or other organization. ... 3
   Any permitted user. ... 3
   Anyone else in a covered auto. ... 3
   Anyone legally responsible for the
   actions of a protected person. ... 3
   Separation of protected persons. ... 3

When This Agreement Covers ... 4

Where This Agreement Covers ... 4

Limit Of Coverage ... 4

Exclusions — What This Agreement Won't Cover ... 4
   Auto-related businesses. ... 4
   Autos that are premises. ... 4
   Bodily injury. ... 4
   Nuclear energy. ... 4
   Other autos. ... 4
   Racing or demolition contest. ... 4
   Unauthorized use. ... 4
   War. ... 4
   Your employees. ... 4

Change in General Rules ... 5

Other Insurance ... 5
   Insurance provided by another insurer. ... 5
   Insurance provided under another
   policy with us or any of our member
   insurance companies. ... 5

## What This Agreement Covers

We'll pay the reasonable costs of necessary medical services for a protected person who suffers bodily injury in an accident while in or while a pedestrian when struck by any auto. If the injury results in death, we'll also pay the reasonable costs of funeral services. But we'll only pay costs for services provided that are reported to us within three years following the date of the accident.

*Protected person* means any person or organization who qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons. It includes any of the following that results at any time from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.

- Emotional distress.

- Care, loss of services, or death.

*Accident* includes continuous or repeated exposure to the same conditions.

*Auto* means any land motor vehicle, trailer or semi-trailer designed for travel on public streets or roads. It includes:

- any permanently attached machinery or equipment; and

- any mobile equipment only while it's being carried or towed by a covered auto.

*Mobile equipment* means any land vehicle that:

- is designed for use primarily off public streets or roads;

- is kept for use only on or next to premises you own, rent, or lease;

- travels on crawler treads;

WCD 04552

CONFIDENTIAL

St Paul

is kept primarily for the ready movement of permanently attached construction equipment; or

doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle not described above that's kept primarily for purposes other than carrying people or cargo. But we won't consider such a vehicle to be mobile equipment if it:

o travels under its own power;

o is operated like an auto during travel on a public street or road; and

o has permanently attached specialized equipment; or

o has permanently attached equipment designed for snow removal, street cleaning, or street or road maintenance – but not construction or resurfacing.

*Construction equipment* includes any grader, scraper, roller and power crane, shovel, loader, digger, or drill.

*Specialized equipment* means any:

o cherry picker or similar device used to lift workers;

o pump, generator, or air compressor; or

o other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding or well-servicing equipment, that has a built-in pump, generator or air compressor.

*In an auto* includes on the auto, getting in or out or off of it.

## Which Autos Are Covered

The Coverage Summary shows and the information in this section describes the type or types of autos which are covered autos.

**Any auto** means any owned, rented, leased or borrowed auto. It includes hired, nonowned, newly acquired, replacement, and temporary substitute autos.

**Owned commercial autos** means any auto you own that isn't of the private passenger type.

It includes any trailer or semi-trailer while attached to that auto. It also includes:

o newly acquired autos of the same type;

o replacement autos of the same type; and

o temporary substitute autos.

**Owned private passenger autos** means any auto you own that's of the private passenger type. It includes any trailer while attached to that auto. It also includes:

o newly acquired autos of the same type;

o replacement autos of the same type; and

o temporary substitute autos.

**Scheduled autos** means any auto you own that's described in the Auto Schedule. It includes any nonowned trailer while attached to a scheduled auto. It also includes:

o newly acquired autos, but only if we cover all of your owned autos and you tell us within 30 days after you acquire such autos that you want us to cover them;

o replacement autos if you tell us within 30 days after you acquire such autos that you want us to cover them; and

o temporary substitute autos.

**Hired autos** means any auto that you hire, rent, lease or borrow from others, other than your employees or members of their households. We'll consider any auto that you lease for a period of 6 months or more to be an auto that you own.

**Nonowned autos** means any auto that:

o you don't own, hire, rent, lease or borrow; and

o is used in the conduct of your business. It includes autos owned by your employees or partners or members of their households. But only while such autos are being used in the conduct of your business.

*Newly acquired autos* means any additional auto that you acquire while this agreement is in effect. We'll provide the same limit of coverage, and deductible, if any, to such autos as you have on similar types of autos, unless you tell us differently.

*Replacement autos* means any auto that replaces a covered auto. We'll provide the same limit of coverage, and deductible, if

any, to such autos as you have for the covered auto being replaced, unless you tell us differently.

*Temporary substitute autos* means any auto not owned by you while it's being used, with permission of its owner, as a temporary substitute for a covered auto you own which can't be used because it:

o has broken down;

o has been damaged, destroyed, or stolen; or

o is being repaired or serviced.

*Private passenger type* means ordinary private passenger cars, station wagons, pick-ups, and vans.

## Who Is Protected Under This Agreement

**Individual.** If you are named in the Introduction as an individual, you and your family members are protected persons for the use of a covered auto.

*Family members* means a person related to you by blood, marriage, or adoption who is a resident of your household, including a ward or foster child.

**Partnership or joint venture.** If you are named in the Introduction as a partnership or joint venture, you are a protected person for the use of a covered auto. Also, your partners or co-venturers and their spouses are protected persons. But only for the use of a covered auto.

However, no person or organization is a protected person for the conduct of any current or past partnership or joint venture that's not named in the Introduction.

**Corporation or other organization.** If you are named in the Introduction as a corporation or other organization, you are a protected person for the use of a covered auto. Also, your executive officers and directors are protected persons. But only for the use of a covered auto. Also, your stockholders are protected persons, but only for their liability as your stockholders.

**Any permitted user.** Any person or organization to whom you've given permission to use a covered auto you own,

rent, lease, hire, or borrow is a protected person.

**Anyone else in a covered auto.** Anyone else in a covered auto is protected. Anyone is also protected in a temporary substitute for a covered auto that's out of service because:

o it was lost or destroyed;

o it broke down; or

o it's being serviced or repaired.

However, we won't consider the following to be a protected person:

o The owner or anyone else from whom you rent, lease, hire or borrow a covered auto unless that auto is a trailer that's connected to a covered auto you own.

o An employee of yours or a member of an employee's household if the covered auto is owned by that employee or member of that employee's household.

o Anyone using a covered auto while working in the business of selling, servicing, repairing, storing, or parking autos, unless the business is yours.

o Anyone other than your employees, partners, lessee or borrower or any of their employees while loading or unloading a covered auto.

**Anyone legally responsible for the actions of a protected person.** Any person or organization who is legally responsible for the actions of a protected person described above is also a protected person for the use of a covered auto. For example:

*An employee who works for another company borrows a covered auto from you. That person causes an accident which results in covered bodily injury. We'll consider you, that employee, and the other company that employs the other person to be protected persons.*

But we won't consider the owner or anyone else from whom you rent, lease, hire, or borrow a covered auto to be a protected person unless it's a trailer that's connected to a covered auto you own.

**Separation of protected persons.** We'll apply this agreement:

WCD 04554

[!] CONFIDENTIAL

The St Paul

to each protected person named in the Introduction as if that protected person was the only one named there; and

* separately to each other protected person.

However, the limit of coverage shown in the Coverage Summary is shared by all protected persons. We explain how in the Limit Of Coverage section. Also, any right or duty specifically assigned to the first Named Insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## When This Agreement Covers

We'll apply this agreement to claims or suits for covered bodily injury whenever they are made or brought.

## Where This Agreement Covers

We'll defend claims and suits, and pay judgments and settlements only in the coverage territory for covered bodily injury that's caused by accidents that happen in the coverage territory.

*Coverage territory* means the United States of America, its territories and possessions, Puerto Rico, and Canada. It includes international waters or airspace while a covered auto is being transported between any of the above places.

## Limit Of Coverage

The medical payments limit shown in the Coverage Summary is the most we'll pay for medical and funeral expenses for each protected person as a result of bodily injury suffered in any one accident. The limit applies no matter how many protected persons or covered autos are involved or how many claims are made or premiums are paid.

We'll consider all bodily injury caused by continuous or repeated exposure to basically the same conditions to be the result of one accident.

No one will be entitled to receive duplicate payments for the same loss under this

agreement, any auto liability insuring agreement, or any uninsured or underinsured motorists agreement.

## Exclusions – What This Agreement Won't Cover

**Auto-related businesses.** We won't cover a protected person who is injured while he or she is working in a business of selling, servicing, repairing, storing, or parking autos unless the business is yours.

**Autos that are premises.** We won't pay for injury to any protected person while he or she is in an auto that is located for use as a residence or a place of business, or other similar purpose. For example, you're not covered if you injure yourself while leaving a trailer where you live.

**Bodily injury.** We won't pay for bodily injury covered under your Auto Liability Coverage.

**Nuclear energy.** We won't cover injury resulting from radioactive, toxic, explosive, or other hazardous properties of nuclear material.

**Other autos.** We won't cover you or a member of your family who is injured in or hit by an auto that belongs to, is furnished to, or is available for the regular use of you or any family member if that auto is not a covered auto.

**Racing or demolition contest.** We won't cover bodily injury to any protected person while in any covered auto used in any organized racing or demolition contest or stunting activity. This exclusion also applies to any practice or preparation for such contest or activity. Nor will we cover bodily injury to a protected person while the auto is being prepared for such a contest or activity.

**Unauthorized use.** We won't cover a person who is injured while using an auto that he or she does not have permission to use.

**War.** We won't cover a person who is injured as a result of war, declared or undeclared, invasion, civil war, rebellion, or revolution.

**Your employees.** We won't cover any of your employees who are injured while they are working for you. There is one exception. We'll cover medical payments claims

CONFIDENTIAL

sulting from injuries to an employee who
is a domestic worker, if not entitled to
workers' compensation.

## Change in General Rules

The General Rule on Recovering Damages
From A Third Party does not apply to this
agreement.

## Other Insurance

This agreement is primary insurance for
covered autos you own and excess insurance
for those you don't own. Excess insurance
applies after other collectible insurance has
been used up.

Insurance provided by another insurer. When
insurance provided by another insurer applies
to covered medical services that result from
an accident on the same primary or excess
basis as this agreement, we'll pay only our
share of the services. We'll pay the same
proportion of such services that our limit is
to the total of all applicable policy limits.
But we won't pay more than our limit.

Insurance provided under another policy with us
or any of our member insurance companies.
When this agreement and other insurance
contained in a policy from us or another
member insurance company of The St. Paul
Group both apply to the same accident, the
most we will pay is the highest limit of
coverage that applies under any one policy.
When the other insurance written by us or
the member insurance company is intended
to be excess over this agreement, this
section does not apply.

WCD 04556

CONFIDENTIAL

Medical Payments Self-Insured Retention Endorsement

This endorsement changes your Auto Medical Payments Protection.

Important Note. This endorsement adds a self-insured retention which is included in the Limit of Coverage.

HOW COVERAGE IS CHANGED

There are two changes which are explained below.

1. The following replaces the first paragraph of the What This Agreement Covers section. This change limits coverage.

We'll pay the reasonable costs of necessary medical services for a protected person who suffers bodily injury in an accident while in or struck by a covered auto. If the injury results in death, we'll also pay the reasonable costs of funeral services. But we'll only pay costs for services provided that are reported to us within one year following the date of the accident.

However, we will only begin payment for damages if the costs of necessary medical and funeral expense is more than the amount of the self-insured retention shown below.

2. The following is added to the Limits Of Coverage section. This change limits coverage.

Self-Insured Retention. Your self-insured retention for this agreement is shown below. It is the most you'll retain for all covered medical and funeral expenses for a protected person who suffers bodily injury in an accident while in or struck by a covered auto. This self-insured retention applies no matter how many covered autos or protected persons are involved or how many claims are made.

The limits of coverage shown in the Coverage Summary include amounts for damages paid under the self-insured retention.

SELF-INSURED RETENTION: $100,000

Other Terms

All other terms of your policy remain the same.

WCD 04557

| | Policy Number GP06301134 | Effective Date 12/01/03 |
|---|---|---|
| Name of Insured<br>COUNTY OF WILL | Processing Date 12/18/03  11:51  001 | |

40502 Ed. 1-80 Printed in U.S.A.

Customized Form

St. Paul Fire and Marine Insurance Co. 1980 All Rights Reserved

CONFIDENTIAL

WCD 04558

CONFIDENTIAL

©St.Paul Fire and Marine Insurance Co.1980 All Rights Reserved

The St.Paul

# AUTO PHYSICAL DAMAGE PROTECTION

This insuring agreement provides physical damage protection for covered autos. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you.

| Table of Contents | Page |
|---|---|
| What This Agreement Covers | 1 |
|   Comprehensive coverage. | 1 |
|   Collision coverage. | 1 |
|   Specified causes of loss coverage. | 2 |
|   Towing. | 2 |
|   Transportation expenses. | 2 |
| Which Autos Are Covered | 2 |
|   Owned commercial autos | 2 |
|   Owned private passenger autos | 2 |
|   Scheduled autos | 2 |
|   Hired autos | 2 |
| When This Agreement Covers | 3 |
| Where This Agreement Covers | 3 |
| What We'll Pay For A Loss | 3 |
| How We'll Pay | 3 |
| Who We'll Pay For Loss | 3 |
| Deductibles | 3 |
| Exclusions — What This Agreement Won't Cover | 3 |
|   Audio devices and radar detection equipment. | 3 |
|   Intentional or expected loss or damage. | 4 |
|   Nuclear energy. | 4 |
|   Racing or demolition contest. | 4 |
|   Tires. | 4 |
|   Trailer interchange. | 4 |
|   War. | 4 |
|   Wear, freezing, breakdowns. | 4 |
| Insurance For Your Benefit | 4 |
| Other Insurance | 4 |
|   Insurance provided by another insurer. | 4 |
|   Insurance provided under another policy with us or any of our member insurance companies. | 4 |

## What This Agreement Covers

We'll pay for loss to covered autos.

The types of coverage you have for each auto are shown in the Auto Schedule and described below. These coverages are subject to the limits and the deductibles that are shown in the Auto Schedule.

*Auto* means any land motor vehicle, trailer or semi-trailer designed for travel on public streets or roads. It includes any permanently attached machinery or equipment.

*Loss* means direct and accidental loss or damage.

*Covered auto* means the type or types of autos shown in the Coverage Summary and described in the Which Autos Are Covered section.

**Comprehensive coverage.** When this coverage applies, we'll pay for loss to a covered auto from any cause of loss other than collision or overturn.

This coverage includes glass breakage. However, if glass breakage results from collision or overturn of the covered auto, you can make a claim for such breakage under Collision coverage, if that coverage applies to the damaged auto.

**Collision coverage.** When this coverage applies, we'll pay for loss to a covered auto that results from:

- the collision of the covered auto with another object; or
- the overturn of the covered auto.

However, if you carry Comprehensive coverage for the covered auto, and loss or damage results from the auto hitting a bird or animal, or a falling object striking the

The St Paul

...c, we will pay for the loss under Comprehensive coverage, rather than under Collision coverage.

**Specified causes of loss coverage.** When this coverage applies, we'll pay for loss to a covered auto that results from:

- fire, lightning or explosion;
- windstorm, hail, flood or earthquake;
- theft;
- vandalism, mischief; or
- the sinking, burning, derailment or collision of a vehicle used to transport a covered auto.

**Towing.** When this coverage applies, and one of your covered private passenger type autos is disabled, we'll pay for towing and costs of other labor performed at the scene of the disablement. However, the most we'll pay for these costs is the Towing limit shown in the Auto Schedule for that auto.

*Private passenger type autos* mean ordinary private passenger cars, station wagons, pick-ups, and vans.

**Transportation expenses.** If a private passenger type auto for which you have Specified causes of loss or Comprehensive coverage is stolen, we'll pay up to $20 a day incurred by you for your transportation costs while the auto is missing. We'll pay these costs for a period beginning 48 hours after the theft and continuing until we pay you for the loss of the auto or it is returned to use, even if that doesn't happen until after this agreement ends. But the most we'll pay for transportation costs arising out of the theft of any one auto is $600.

## Which Autos Are Covered

The Coverage Summary shows, and the information in this section describes, the type or types of auto which are covered autos.

**Owned commercial autos** means any auto you own that is not of the private passenger type and it includes any trailer or semi-trailer while attached to that auto. It also includes:

- any newly acquired auto of the same type; or
- any replacement auto of the same type.

**Owned private passenger autos** means any auto you own that is of the private passenger type and it includes any trailer while attached to that auto. It also includes:

- any newly acquired auto of the same type; or
- any replacement auto of the same type.

**Scheduled autos** means any auto you own which is described in the Auto Schedule and replacement autos if you tell us within 30 days after you acquire such autos that you want us to cover them.

We'll also cover additional newly acquired autos, but only if:

- we cover all of your owned autos; and
- you tell us within 30 days after you acquire such autos that you want us to cover them.

**Hired autos** means any auto that you hire, rent, lease or borrow from others, other than your employees or members of their households. We'll consider any auto that you lease for a period of 6 months or more to be an auto that you own.

We'll pay for direct and accidental loss or damage to any rental autos and their equipment for which you've agreed to be responsible. However, we'll only pay for the kinds of loss or damage that you've agreed to be responsible for, including loss of use and other administrative expenses.

*Newly acquired autos* means any additional auto that you acquire while this agreement is in effect. We'll apply the same types of coverages and deductibles as you now have on similar auto types unless you tell us differently.

*Replacement autos* means any auto which replaces a covered auto. We'll apply the same types of coverage and deductibles as you now have on the auto that is being replaced unless you tell us differently.

WCD 04560

...Paul Fire and Marine Insurance Co.1996 All Rights Reserved

CONFIDENTIAL

## When This Agreement Covers

We'll cover loss or damage that takes place while this agreement is in effect for covered autos.

## Where This Agreement Covers

We'll cover loss or damage that takes place only in the coverage territory for covered autos.

*Coverage territory* means the United States of America, its territories and possessions, Puerto Rico and Canada. It includes international waters or airspace while a covered auto is being transported between any of the above places.

## What We'll Pay For A Loss

We'll pay the smaller of the following amounts when you suffer a covered loss:

- The actual cash value (ACV) of the damaged or stolen property at the time of the loss.
- The stated amount shown in the Auto Schedule for the damaged or stolen property.
- The cost of repairing damaged property or replacing damaged or stolen property of the same kind or quality.

## How We'll Pay

Once we've determined the amount of your loss, we'll choose one of the following ways to compensate you:

- We'll pay you in money.
- We'll repair damaged property or replace damaged or stolen property.
- We'll return stolen property to you, at our expense, and pay you for any damage to it that resulted from the theft. or
- We'll take all or part of the damaged or stolen property and pay you the agreed or appraised value for it.

## Who We'll Pay For Loss

We'll adjust all covered losses with you. But if the Auto Schedule identifies a person or organization as also having an interest in a covered auto, we'll pay you and the person or organization named, based on the interest each has in the covered auto.

If we make a payment to such person or organization, we'll obtain their right to be repaid by anyone else.

## Deductibles

The deductibles shown in the Coverage Summary or in the Auto Schedule under any of the coverages are the amounts that will be deducted from each loss to a covered auto. However, if a deductible amount is shown for Comprehensive coverage, it won't apply to a loss caused by fire or lightning.

We may pay all or part of your deductible to settle a claim. If we do, you agree to repay us as soon as we notify you of such payment.

## Exclusions – What This Agreement Won't Cover

We won't cover any of the following losses except in the special circumstances described.

Audio devices and radar detection equipment. We won't cover loss to any:

- tapes;
- records or discs;
- audio or visual equipment;
- data electronic devices;
- car phones; or
- any equipment that's designed or used for detecting or locating radar.

This exclusion also applies to any electronic equipment that receives or transmits audio, visual or data signals and is not designed solely for the reproduction of sound. It also applies to any accessories that are used with any of such equipment.

However, this exclusion does not apply to sound equipment that is permanently

WCD 04561

St Paul

...alled in a covered auto at the time of
the accident in the opening normally used
by the auto manufacturer for the installation
of a radio or similar sound equipment. This
exclusion also does not apply to any
electronic equipment that is necessary for
the normal operation of the covered auto or
the monitoring of the covered auto's
operating system.

**Intentional or expected loss or damage.** We
won't cover loss or damage that you
expected or intended. This exclusion applies
regardless of any other cause or event that
contributes concurrently or in any sequence
to the loss.

**Nuclear energy.** We won't cover loss that
results from nuclear reaction, nuclear
radiation, or radioactive contamination. This
exclusion applies regardless of any other
cause or event that contributes concurrently
or in any sequence to the loss.

**Racing or demolition contest.** We won't cover
loss to any covered auto that results from
the use of that auto in any organized racing
or demolition contest or stunting activity.
This exclusion also applies to any practice
or preparation for such contest or activity.

**Tires.** We won't cover loss to tires by
blowout, puncture, or other road damage
unless accompanied by another covered
cause of loss.

**Trailer interchange.** We won't cover loss or
damage to any covered auto or it's
equipment while someone else has
possession of it under a written Trailer
Interchange Agreement. This exclusion
doesn't apply to a loss payee. However, if
we pay the loss payee, you must reimburse
us for our payment.

**War.** We won't cover loss or damage
caused by:

- declared or undeclared war, or invasion;
- warlike action by a military force or other
  agents of any government, sovereign or
  other authority;
- civil war, insurrection, rebellion, revolution
  or seizure of power; or
- anything done to hinder or defend against
  these actions. This exclusion applies
  regardless of any other cause or event

that contributes concurrently or in any
sequence to the loss.

**Wear, freezing, breakdowns.** We won't cover
loss caused by normal wear and tear,
freezing, or mechanical or electrical
breakdown unless the loss results from a
covered cause of loss.

## Insurance For Your Benefit

This insurance is for your benefit. No other
party having possession of your auto, such
as a transportation or storage company, can
benefit directly or indirectly from this
insurance.

## Other Insurance

This agreement is primary insurance for
covered autos you own and excess insurance
for covered autos you don't own. Excess
insurance applies after other collectible
insurance has been used up. If hired autos
are covered by this agreement, they will be
considered the same as covered autos you
own. But this doesn't apply to autos that are
hired along with a driver.

**Insurance provided by another insurer.** When
loss covered by this agreement is also
covered by insurance with another insurer on
the same primary or excess basis, we'll pay
our share of such loss. We'll pay that
portion of the loss that's equal to our
percentage of the total amount of insurance
available. But we won't pay more than we
would have paid without such other
insurance.

**Insurance provided under another policy with us
or any of our member insurance companies.**
When this agreement and other insurance
contained in a policy from us or another
member insurance company of The St. Paul
Group both apply to the same loss, the
most we will pay is the highest amount
available under any one policy. When the
other insurance written by us or the member
insurance company is intended to be excess
over this agreement, this section does not
apply.

WCD 04562

©St Paul Fire and Marine Insurance Co.1996 All Rights Reserved
CONFIDENTIAL

COPY

PUBLIC SECTOR SERVICES
ATASTROPHE LOSS DEDUCTIBLE ENDORSEMENT

The St Paul

This endorsement changes your Auto Physical
Damage Protection.

## How Coverage Is Changed

The following is added to the Deductibles
section. This change adds a catastrophe
loss deductible.

Catastrophe Loss Deductible. The deductible
shown below is the amount that we'll deduct
from each loss involving five or more
covered autos. When the catastrophe loss
deductible applies, we won't apply the
deductible amounts shown for each auto in
the Auto Coverage Summary or Schedule for
comprehensive or collision.

However, we won't apply the catastrophe
loss deductible to comprehensive losses
caused by fire or lightning. Instead, we
won't apply any deductible to such losses.

$25,000.  Catastrophe loss deductible

## Other Terms

All other terms of your policy remain the
same.

WCD 04563

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** GP06301134 | **Effective Date** 12/01/03 |
| COUNTY OF WILL | | **Processing Date** 12/18/03   11:51   001 |

A0014 Ed 8-95 Printed in U.S.A.          Endorsement          CONFIDENTIAL

The St Paul

PUBLIC SECTOR SERVICES
PUBLIC ENTITY AUTO PHYSICAL DAMAGE ENDORSEMENT

This endorsement changes your Auto Physical Damage Protection.

## How Coverage Is Changed

There are five changes which are explained below.

1.  The following is added to the What This Agreement Covers section. This change broadens coverage.

    **Airbags.** We'll pay up to $1,000 to reset or replace the airbag in a covered auto you own if that airbag inflates. But only if:

    - your Auto Schedule shows that Specified Causes of Loss or Collision coverage applies to the covered auto;
    - the airbag is not covered under any warranty; and
    - you did not intentionally cause the airbag to inflate.

    We'll pay even if no Specified Cause of Loss or Collision occurs.

    **Personal belongings.** If your Auto Schedule shows that Specified Causes of Loss or Comprehensive coverage applies to a covered auto you own and that auto is stolen, we'll pay for your personal belongings and the personal belongings of your employees if those personal belongings were stolen with the auto. The most we'll pay is the lesser of:

    - the actual cash value of the stolen personal belongings at the time of loss; or
    - the cost of repairing or replacing the stolen personal belongings with other property of the same kind and quality.

    If the personal belongings are recovered with the stolen auto, but they were damaged in the auto theft, we'll pay the lesser of:

    - the actual cash value of the stolen personal belongings at the time of loss; or
    - the cost of repairing or replacing the stolen personal belongings with other property of the same kind and quality.

    But the most we'll pay for all personal belongings in a stolen auto, regardless of the number of personal belongings stolen, is $250.

    The amount paid for personal belongings is excess over any other insurance available to you or your employees.

    *Personal belongings* means tangible property that is worn or carried on a person. It does not include tools, jewelry, money, or securities.

2.  The following is added to the Which Autos Are Covered section. This change broadens coverage.

    **Commandeered autos** means any auto that you commandeer, or take with or without permission, for the purpose of performing emergency operations, such as firefighting or law enforcement activities.

    Commandeered autos are not shown in the Coverage Summary.

3.  The following is added to the first paragraph of the Deductibles section. This change broadens coverage.

    Nor will we apply the deductible to a loss for window glass breakage to a private passenger type auto if such glass is repaired rather than replaced.

4.  The following is added to the Audio devices and radar detection equipment

WCD 04564

A0131 Ed. 10-98 Printed in U.S.A.
Endorsement

CONFIDENTIAL

The St Paul

exclusion. This change broadens coverage.

We won't apply this exclusion to audio equipment or equipment that's designed or used for detecting or locating radar that is a part of the normal inventory of equipment in your emergency vehicles.

*Emergency vehicle* means an auto that is owned by a governmental entity, equipped with emergency equipment, and used for safety or public protection purposes such as police, fire, or ambulance department autos.

5. The following is added to the Intentional or expected loss or damage exclusion. This change broadens coverage.

But we won't apply this exclusion to loss or damage you expect or intend if it results from the use of reasonable force to protect people or property.

Other Terms

All other terms of your policy remain the same.

WCD 04565

[!] CONFIDENTIAL

©St Paul Fire and Marine Insurance Co 1998 All Rights Reserved

COPY

GOVERNMENT CRIME PROTECTION COVERAGE SUMMARY                                                The St Paul

This Coverage Summary shows the coverages
and limits of coverage that apply to your
Crime Protection.

Coverages, Limits Of Coverage, And Deductibles

Coverage applies only to those coverages indicated by ☒ and when a limit of coverage is
shown.

|  | | Limit Of Coverage Per Occurrence | Deductible Amount Per Occurrence |
|---|---|---|---|
| ☒ | 1. Employee Theft – Per Loss Coverage | $500,000 | $25,000 |
| ☐ | 2. Employee Theft – Per Employee Coverage | $ | $ |
| ☒ | 3. Forgery Or Alteration | $500,000 | $25,000 |
| ☒ | 4. Inside The Premises – Theft Of Money And Securities | $500,000 | $25,000 |
| ☐ | 5. Inside The Premises – Robbery Or Safe Burglary Of Other Property | $ | $ |
| ☒ | 6. Outside The Premises | $500,000 | $25,000 |
| ☐ | 7. Computer Fraud | $ | $ |
| ☐ | 8. Money Orders And Counterfeit Paper Currency | $ | $ |

Employee Benefit Plan(s) included as named insureds:

Named Endorsement Table

Important Note: Only endorsements that must have certain information shown for them to
apply are named in this table. The required information follows the name of each such
endorsement. Other endorsements may apply. If so, they're listed on the Policy Forms List.

WCD 04566

| Name of Insured COUNTY OF WILL | Policy Number GP06301134 | Effective Date 12/01/03 |
|---|---|---|
| | | Processing Date 02/05/04  16:11  002 |

C0025 Ed. 3-00 Printed in U.S.A.        Coverage Summary
©St Paul Fire and Marine Insurance Co.2000 All Rights Reserved

Page CONFIDENTIAL

The St.Paul

WCD 04567

C0025 Ed. 3-00 Printed in U.S.A.
Page 2 of

©St.Paul Fire and Marine Insurance Co.2000 All Rights Reserved

COPY

CRIME PROTECTION COVERAGE SUMMARY — CONTINUED

The St.Paul

This Coverage Summary indicates required
information for specified endorsements
checked below.

*Coverage applies only to those coverages indicated by* ☒ *and when a limit of coverage is shown.*

Locations

☐ Extortion — Commercial Entities

☐ Extortion — Government Entities

---

☐ Change extended period to discover loss          Number of days:

☐ Include retroactive date for named insured          Retroactive date:

☐ Include retroactive date for          Joint insured:
specified joint insured          Retroactive date:

☒ Faithful performance of duty coverage
for government employees applies to:
    ☒ Employee Theft - Per Loss Coverage          Limit of coverage $500,000
    ☐ Employee Theft - Per Employee Coverage          Limit of coverage $

---

☐ Forgery Or Alteration - Add Credit, Debit,     Covered          ☐ Includes
☐ Or Charge Card Forgery          Instruments          Excludes
          Limit of coverage $

WCD 04568

---

| Name of Insured | Policy Number GP06301134 | Effective Date 12/01/03 |
| COUNTY OF WILL | | Processing Date 02/05/04     16:11   002 |

C0053 Ed. 3-00 Printed in U.S.A.          Coverage Summary          Page
©St.Paul Fire and Marine Insurance Co.2000 All Rights Reserved

CONFIDENTIAL

GOVERNMENT CRIME PROTECTION - DISCOVERY FORM                    The StPaul

We've designed this agreement to protect
against a variety of losses. Of course there
are some limitations which are explained later
in this agreement.

| Table of Contents | Page |
|---|---|
| What This Agreement Covers | 1 |
| 1. Employee Theft - Per Loss Coverage | 2 |
| 2. Employee Theft - Per Employee Coverage | 2 |
| 3. Forgery Or Alteration Coverage | 2 |
| Legal expenses. | 2 |
| 4. Money And Securities Coverage | 3 |
| Loss inside your building. | 3 |
| Money and securities containers. | 3 |
| 5. Robbery And Safe Burglary Coverage | 3 |
| Loss inside your building. | 3 |
| 6. Loss Outside Your Building Coverage | 3 |
| 7. Computer Fraud Coverage | 3 |
| 8. Money Orders And Counterfeit Currency Coverage | 3 |
| Who We'll Pay | 4 |
| When This Agreement Covers | 4 |
| Where We Cover | 4 |
| Limits Of Coverage | 4 |
| Exclusions — Losses We Won't Cover | 4 |
| Dishonesty. | 4 |
| Governmental action. | 5 |
| Indirect loss. | 5 |
| Legal expenses. | 5 |
| Nuclear. | 5 |
| War and similar action. | 5 |
| Additional Exclusions For Coverages 4, 5, And 6 | |
| Accounting errors. | 5 |
| Exchange. | 5 |
| Fire. | 5 |
| Money operated machines. | 5 |
| Motor vehicles or equipment and accessories. | 5 |
| Transfer or surrender of property. | 5 |
| Vandalism. | 5 |
| Voluntary parting. | 5 |
| Additional Exclusions For Employee Theft - Per Loss Coverage And Employee Theft - Per Employee Coverage | |
| Bonded employees. | 6 |
| Employee canceled under prior insurance. | 6 |
| Trading. | 6 |
| Treasurers or tax collectors. | 6 |
| Additional Exclusion For Coverages 1, 2, And 7 | |
| Inventory shortages. | 6 |
| Rules For Loss Adjustment | 6 |
| Money. | 6 |
| Securities. | 6 |
| Damage to your building. | 6 |
| Other property. | 6 |
| Deductible | 7 |
| Other Rules | 7 |
| Employee benefit plans. | 7 |
| Payment. | 7 |
| Combined fund. | 7 |
| Insurance for your benefit. | 7 |
| Cancellation. | 8 |
| Joint insured. | 8 |
| Records. | 8 |
| Recovering damages. | 8 |
| Other insurance. | 8 |
| Other Rules For Employee Theft - Per Loss Coverage And Employee Theft - Per Employee Coverage | 8 |
| Other Rules For Forgery Or Alteration Coverage | 8 |
| Facsimile signatures. | 8 |
| Records. | 8 |
| Other Rules For Robbery And Safe Burglary Coverage | 8 |
| Transporting property by armored car. | 8 |
| Property with limited coverage. | 8 |
| Other Rules For Computer Fraud Coverage | 9 |
| Property with limited coverage. | 9 |

## What This Agreement Covers

WCD 04569

There are eight coverages available in this
agreement. The coverages, the limits of
coverage, and other applicable terms and

CONFIDENTIAL

Insuring Agreement

...conditions that apply for the coverage you
...re selected are shown in the Coverage
Summary.

## 1. Employee Theft – Per Loss Coverage

We'll pay for loss or damage to money,
securities or other property resulting directly
from theft by one or more of your
employees. This can be money, securities
or other property you own or that you're
holding, whether or not you're liable for its
loss.

## 2. Employee Theft – Per Employee Coverage

We'll pay for loss or damage to money,
securities, or other property resulting from
theft committed by each employee. This
can be money, securities or other property
you own or that you're holding, whether or
not you're liable for its loss.

This protection applies only when there is
evidence that the employee meant to cause
you a loss. The evidence must also show
that the employee intended that he or she or
another person or organization would get
some unearned financial benefit.

Financial benefit doesn't include salaries,
commissions, fees, bonuses, promotions,
awards, profit sharing, pensions or other
employee benefits earned in the normal
course of employment.

*Money* means:

- currency, coins and bank notes in current
  use and having a face value; and

- travelers checks, registered checks and
  money orders held for sale to the public.

*Securities* mean negotiable and
nonnegotiable instruments or contracts
representing either money or other property
and includes:

- Tokens, tickets, revenue and other stamps
  in current use, whether represented by
  actual stamps or unused value in a meter;
  and

- Evidences of debt issued in connection
  with credit or charge cards not issued by
  you.

Securities does not include money.

*Other property* means any tangible property
of value other than money and securities.

*Employee* means any individual:

- in your service and for 30 days after
  termination of service;

- whom you compensate directly by salary,
  wages or commissions;

- whom you have the right to direct and
  control while performing services for you;
  or

- employed by an employment contractor
  while that person is subject to your
  direction and control and performing
  services for you. But this won't include
  any such person while having care and
  custody of property outside the premises.

We won't consider any of the following to
be an employee:

- Agent, broker, factor, commissioner
  merchant, consignee, independent
  contractor or representative of the same
  general character; or

- Director or trustee, except while
  performing acts or duties within the scope
  of the usual duties of an employee.

## 3. Forgery Or Alteration Coverage

We'll pay for loss resulting directly from
forgery or alteration of a check, draft,
promissory note, bill of exchange or similar
promise of payment that are:

- made or drawn by you;

- drawn upon you;

- made or drawn by someone acting as your
  agent; or

- claimed to have been so made or drawn.

**Legal expenses.** You may refuse to pay a
check, draft, or similar order for payment
because it may have been forged or altered.
If this happens and someone sues you for
payment, we'll pay for any reasonable legal
expenses if we've given our written consent
to the defense of the suit. The amount
we'll pay for such legal expenses will be in
addition to the limit of coverage that
applies.

WCD 04570

C0022 Rev. 7-01 Printed in U.S.A.          Insuring Agreement
Includes copyrighted material of Insurance Services Office, Inc.
...and Marine Insurance Co. 2001 All Rights Reserved


CONFIDEN...
Page 2 of 8...

## Money And Securities Coverage

Loss inside your building. We'll pay for loss of money and securities inside your building or inside a bank that results directly from a covered cause of loss.

Your building means that portion of any building you occupy in conducting your business.

Bank means the interior of that portion of any building occupied by a banking institution or similar safe depository.

Covered causes of loss are:

- theft;
- disappearance; and
- destruction.

Theft means any act of stealing.

Money and securities containers. We'll pay for loss of and damage to a locked safe, vault, cash register, cash box or cash drawer inside your building that results directly from actual or attempted theft of or unlawful entry into such containers.

## 5. Robbery And Safe Burglary Coverage

Loss inside your building. We'll pay for loss of or damage to property while in your care and custody or in the care and custody of any of your partners or employees:

- while inside your building; and
- that results directly from actual or attempted robbery.

We'll also pay for loss of or damage to property inside your building in a safe or vault that results directly from actual or attempted safe burglary.

But we won't cover property in the care and custody of any person acting as a security guard or janitor.

Robbery means the taking of property from the care and custody of an individual by one who has:

- caused or threatened to cause that individual bodily harm; or
- committed an obviously unlawful act witnessed by that individual.

Security guard means any person you employ to have care and custody of

property inside your building and who has no other duties.

Safe burglary means the unlawful taking of:

- property from within a locked safe or vault by a person unlawfully entering the safe or vault as evidenced by marks of forcible entry; or
- a safe or vault from inside the building.

## 6. Loss Outside Your Building Coverage

We'll pay for loss of money and securities outside your building:

- while in the care and custody of a messenger or an armored motor vehicle company; and
- that results directly from a covered cause of loss.

Messenger means you, any of your partners or any employee. It does not include courier services.

## 7. Computer Fraud Coverage

We'll pay for loss of or damage to money, securities and other property that:

- you own, hold or are legally responsible for; and
- results directly from computer fraud.

Computer fraud means using a computer to fraudulently transfer money, securities or other property from inside your building or a bank to:

- a person, other than a messenger, outside your building or a bank; or
- a place outside your building or a bank.

## 8. Money Orders And Counterfeit Currency Coverage

We'll cover your loss or damage as a result of your acceptance of a post office or express money order in good faith in exchange for merchandise, money or services. You're also covered if you accept counterfeit U.S. or Canadian paper currency in good faith during a normal business transaction.

WCD 04571

CONFIDENTIAL

The St Paul

## Who We'll Pay

More than one party may be jointly insured under this agreement. If so, the first party named on the Introduction page of this policy will act for all other insured parties. Any payment that we make to that first named party for a loss releases us from any obligation we have for that loss. If the first party is no longer covered by this agreement, the second party named on the Introduction page will take the first party's place.

If you agree, we can settle any claim for loss of property with the owner. Any property we pay for will become ours.

## When This Agreement Covers

We'll pay for covered losses you sustain from events occurring at any time and discovered by you while this agreement is in effect.

Discovery of loss occurs when you first become aware of facts that would cause a reasonable person to assume that a covered event has been or will be incurred, even though the exact amount or details of the loss may not yet be known.

Discovery also occurs when you receive notice from another party of an actual or potential covered event, alleging facts that if true would constitute a covered loss under this insuring agreement.

You will have up to 60 days after this agreement ends to discover the loss. If the loss involves any employee benefit plan, you will have up to one year after this agreement ends to discover the loss. But both of these extensions are subject to the following conditions:

- The claim must be based on a loss that occurred before this agreement ends;
- The claim must be reported to us during this discovery period; and
- This extended period to discover loss terminates immediately on the effective date of any replacement insurance whether or not such other insurance provides

coverage for loss sustained prior to its effective date.

## Where We Cover

We'll cover acts committed or events that happen in the United States of America, its territories and possessions, Puerto Rico or Canada.

If you have selected Employee Theft Coverage, you're also covered for acts committed while employees are elsewhere for a period of not more than 90 days. For example, a three week business trip to Europe.

If you have selected Forgery Or Alteration Coverage or Computer Fraud Coverage, we'll cover loss for these coverages, that happens anywhere in the world.

*Event* means an act or series of related acts which may involve one or more persons.

## Limits Of Coverage

The limits of coverage shown in the Coverage Summary are the most we'll pay for loss in any one event. These limits of coverage apply regardless of how many protected persons, property owners, covered items or financial interest are involved.

*Protected persons* are people and organizations protected under this agreement.

The limits of coverage can't be accumulated from year to year, no matter how long this agreement is in effect or how many premiums you pay.

WCD 04572

## Exclusions – Losses We Won't Cover

The following exclusions apply for all of the coverages you have selected.

**Dishonesty.** We won't cover loss resulting from any dishonest or criminal act committed by you, any of your officials, employees, or authorized representatives:

- acting alone or with other persons; or

CONFIDENTIAL

The St Paul

while performing services for you or otherwise.

However, this exclusion doesn't apply to employee theft coverage.

**Governmental action.** We won't cover loss that results from the seizure or destruction of property by order of governmental authority.

**Indirect loss.** We won't cover loss that is an indirect result of any act or event covered by this agreement, including, but not limited to loss resulting from:

- Your inability to realize income that you would have realized if there had been no loss of, or loss from damage to covered property;
- Payment of damages of any type for which you are legally liable. But this exclusion won't apply to compensatory damages arising directly from a loss covered under this agreement; or
- Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this agreement.

**Legal expenses.** We won't cover expenses related to any legal action.

However, this exclusion doesn't apply to forgery or alteration coverage.

**Nuclear.** We won't cover loss that results from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

**War and similar action.** We won't cover loss that results from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

**Additional Exclusions For Coverages 4, 5, And 6**

The following exclusions also apply to:

- Money And Securities Coverage;
- Robbery And Safe Burglary Coverage; and
- Loss Outside Your Building Coverage.

**Accounting errors.** We won't cover any loss resulting from accounting and mathematical errors or omissions.

**Exchange.** We won't cover loss that results from giving money or securities in any exchange or purchase.

**Fire.** We won't cover loss that results from fire. But this exclusion won't apply to:

- loss from damage to a safe or vault; or
- loss of money and securities caused directly by fire.

**Money operated machines.** We won't cover any loss of money in a money operated device inside your building unless the amount deposited is continuously recorded by an instrument in the machine.

**Motor vehicles or equipment and accessories.** We won't cover loss or damage to motor vehicles, trailers, semi-trailers or equipment and accessories attached to them.

**Transfer or surrender of property.** We won't cover loss of property after it has been transferred or surrendered to a person or place outside your building:

- on the basis of unauthorized instructions; or
- as a result of a threat to do bodily harm to any person or damage to any property.

But this exclusion won't apply to loss while outside your building in the care and custody of a messenger if you:

- had no knowledge of any threat at the time the conveyance began; or
- had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

**Vandalism.** We won't cover loss from damage to your building, its exterior or to containers of covered property by vandalism or malicious mischief.

**Voluntary parting.** We won't cover loss when you or anyone acting on your behalf is induced by a dishonest act to give up title or possession of covered property. For example:

*Someone impersonating a messenger tricks you to entrust him with your daily deposits.*

WCD 04573

CONFIDENTIAL

The St Paul

*he deposits are never made. We won't cover this loss.*

**Additional Exclusions For Employee Theft – Per Loss Coverage And Employee Theft – Per Employee Coverage**

The following exclusions also apply to Employee Theft – Per Loss Coverage And Employee Theft – Per Employee Coverage.

**Bonded employees.** We won't cover loss caused by any employee required by law to be individually bonded.

**Employee canceled under prior insurance.** We won't cover loss caused by any employee for whom similar prior insurance has been canceled and not reinstated since the last such cancellation.

**Trading.** We won't cover loss that results directly or indirectly from trading, whether in your name or in a genuine or fictitious account.

**Treasurers or tax collectors.** We won't cover any loss caused by any treasurer or tax collector by whatever name known.

**Additional Exclusion For Coverages 1, 2, And 7**

The following exclusion also applies to:
- Employee Theft – Per Loss Coverage;
- Employee Theft – Per Employee Coverage; and
- Computer Fraud Coverage.

**Inventory shortages.** We won't cover loss or that part of any loss for which proof of existence or amount is dependent on:
- an inventory computation; or
- a profit and loss computation.

For example:

*You suspect an employee of stealing your merchandise but do not have proof. After completing an inventory of your store you discover an inventory shortage of $10,000. However, inventory shortages can happen for reasons other than employee's theft such as shoplifting, mismarking, or poor recordkeeping. Because of this we won't cover the loss when the proof of loss is*

*based on inventory or profit and loss computation.*

*However, if the employee admitted to stealing $5,000 worth of merchandise, we'll pay that amount less the deductible.*

**Rules For Loss Adjustment**

**Money.** Money losses will be determined by its face value.

We may choose to pay for loss in the money of the country in which the loss occurred at face value in the money issued by that country.

**Securities.** Securities loss will be determined by their value at the close of business on the day the loss was discovered. We may, at our option:
- Pay the value of such securities or replace them in kind, in which event you must assign to us all your rights, title and interest in and to securities; or
- Pay the cost of any lost securities bond required in connection with issuing duplicates of the securities. But we'll only pay the cost of a bond with an amount of coverage that doesn't exceed the value of the securities at the close of business on the day the loss was discovered; or the limit of coverage under this agreement, whichever is less.

But we won't pay more than the limit of coverage.

**Damage to your building.** We'll pay for loss from damage to your building or a locked safe or vault inside your building that results directly from:
- robbery;
- safe burglary; or
- actual or attempted theft of money and securities.

But this only applies if you are the owner of the building or property or are responsible for damage to it.

**Other property.** For loss of or damage to other property or damage to your building, we'll pay the cost of repairing or replacing the damaged property without deduction for

Insuring Agreement

[i] CONFIDENTIAL

epreciation. But we won't pay more than the smallest of the following:

- the amount you actually spend repairing the damage;

- the amount it would cost to replace the damaged property at the time of the loss with that of a similar kind and quality; or

- the limit of coverage that applies to the property.

We will not pay on a replacement cost basis for any loss or damage:

- until the lost or damaged property is actually repaired or replaced; and

- unless the repairs or replacement are made as soon as reasonably possible after the loss.

If the lost or damaged property is not repaired or replaced, we will pay on an actual cash value basis.

## Deductible

The deductible is shown in the Coverage Summary. You'll be responsible, up to the deductible, for covered loss in any one event. We'll then pay covered claims over the deductible, up to the limits of coverage that applies. If more than one deductible applies to a loss, the highest deductible amount will be applied.

If you have selected Forgery Or Alteration Coverage, the deductible doesn't apply to legal expenses.

## Other Rules

**Employee benefit plans.** We'll cover your employee benefit plans against loss of or damage to money, securities, and other property resulting directly from employee theft.

*Employee benefit plans* means any welfare or pension benefit plan shown in the Coverage Summary that is subject to the Employee Retirement Income Security Act off 1974 (ERISA).

We'll consider any individual who is:

- a trustee, officer, employee, administrator, or manager of any employee welfare or

pension benefit plan covered under this agreement; and

- your director or trustee while that person is handling funds or other property of any plan covered under this agreement;

to be an employee.

But we won't consider an administrator or manager of any welfare or pension plan covered under this agreement that is an independent contractor to be an employee.

**Payment.** Any payment we make to the insured first named in the Introduction for covered loss by any covered loss will be held by you for the use and benefit of the plan to which the loss occurred.

**Combined fund.** No deductible applies to a loss that happens to any plan subject to ERISA covered under this agreement.

**Insurance for your benefit.** This insurance is for your benefit only. It provides no rights or benefits to any other person or organization and is limited to:

- property that you own or hold; or

- property for which you are legally responsible.

**Cancellation.** The following is added to the Cancellation section of the General Rules.

*Employees.* Coverage on any employee under this agreement is cancelled as soon as you or any partner or officer in your business who is not working with the employee in committing the fraudulent or dishonest act, learns that the employee has committed such an act. Coverage on the employee will end immediately even if the act was committed before he or she was employed by you.

We can also end coverage on any employee for any other reason by mailing or delivering notice to you at least 30 days before the cancellation.

WCD 04575

Mailing of this notice to the address shown on the Introduction page will be proof you were notified of the cancellation, which will become effective at 12:01 a.m., standard time, on the date give in our notice.

**Joint insured.** If any Insured, partner, member, officer or official of that Insured has knowledge of any information relevant

this insurance, that knowledge is considered knowledge to every Insured. In addition, an employee of any Insured is considered to be an employee of every Insured.

If this insurance or any of its coverages is canceled or terminated as to any Insured, loss sustained by that Insured is covered only if discovered by you during the period of time provided in the When This Agreement Covers section. However, this extended period to discover loss terminates as to that Insured immediately upon the effective date of any other insurance obtained by that Insured replacing in whole or in part the insurance afforded hereunder, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**Records.** You must keep records of all covered property so we can verify the amount of any loss.

**Recovering damages.** The following paragraphs replace the Recovering Damages From A Third Party section of the General Rules, but only for this insuring agreement.

You may be able to recover all or part of your loss from someone other than us. Because of this, you must do all you can to preserve any rights of recovery you may have. If we make a payment for your loss under this agreement, your right of recovery will belong to us.

Any recoveries, less the cost of obtaining them, made after settlement of loss covered by this agreement will be distributed:

- to you until you are reimbursed for any loss you sustain that exceeds the limit of coverage and the deductible amount, if any;

- then to us, until we are reimbursed for the settlement made;

- then to you, until you are reimbursed for that part of the loss equal to the deductible amount if any.
  But, this doesn't include recovery:

- from insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

- of original securities after duplicates of them have been issued.

**Other insurance.** Other insurance may be available to pay for a claim covered by this agreement. If you have other insurance, we'll pay the amount of your loss that's left after your other insurance has been used up. However, we won't pay more than the limit of coverage under this agreement.

**Other Rules For Employee Theft – Per Loss Coverage And Employee Theft – Per Employee Coverage**

We'll indemnify any of your officials who are required by law to give individual bonds for the faithful performance of their duties against loss through theft committed by employees who serve under them, subject to the applicable limit of insurance.

**Other Rules For Forgery Or Alteration Coverage**

**Facsimile signatures.** We'll treat mechanically reproduced facsimile signatures the same as handwritten signatures.

**Records.** You must keep all checks, drafts, promissory notes, or similar written promises or directions and records of such items. If this isn't possible, we'll need an affidavit setting forth the amount and cause of loss. This will allow us to verify the amount of any loss.

**Other Rules For Robbery And Safe Burglary Coverage**

**Transporting property by armored car.** We'll pay for loss of or damage to property that results directly from actual or attempted robbery while;

- outside your building; and

- in the care and custody of an armored motor vehicle company.

But we'll only pay for the amount of loss that you can't recover:

- under your contract with the armored motor vehicle company; and

- from any insurance carried by or on behalf of the armored motor vehicle company.

**Property with limited coverage.** We'll only pay up to $5,000 in any one event for all loss or damage to precious metals, precious or semi-precious stones, pearls or furs. This includes articles made of or containing such

WCD 04576

The St Paul

materials that make up the principle value of the article.

Other Rules For Computer Fraud Coverage

Property with limited coverage. We'll only pay up to $5,000 in any one event for all loss or damage to manuscripts, drawings, or records of any kind. This includes the cost of reconstructing them or reproducing any information contained in them.

WCD 04577

[1] CONFIDENTIAL

FAITHFUL PERFORMANCE OF DUTY COVERAGE ENDORSEMENT –
GOVERNMENT EMPLOYEES

The St Paul

This endorsement changes your Government
Crime Protection.

## How Coverage Is Changed

This endorsement applies to either:

- Employee Theft - Per Loss Coverage; or
- Employee Theft - Per Employee Coverage.

The Coverage Summary will indicate which
coverage applies.

There are five changes that are explained
below.

1. We'll pay for loss or damage to money,
   securities, and other property covered
   under this agreement that results directly
   from the failure of any employee to
   faithfully perform their duties as
   prescribed by law, when such failure has
   as its direct and immediate result a loss
   of your covered property.

2. The following is added to the Limit Of
   Coverage section.

   **Faithful performance of duty limit.** The
   most we'll pay for loss covered under
   this endorsement in any one event is the
   applicable limit of coverage shown in the
   Coverage Summary. This limit is part of
   and not in addition to the insuring
   agreement's limit of coverage.

3. The following exclusions are added to
   the Exclusions - Losses We Won't Cover
   section. This change excludes coverage.

   **Depository failure.** We won't cover loss
   resulting from the failure of any entity
   acting as a depository for your property
   or property for which you're responsible.

   **Law enforcement officials.** We won't cover
   loss that results from the failure of law
   enforcement officers or law enforcement
   officials to faithfully perform their
   duties.

   **Violation of civil rights and tortious conduct.**
   We won't cover damages for which you

are legally liable that results from:

- the deprivation or violation of the civil
  rights of any person by an employee;
  or

- the tortious conduct of an employee
  except the conversion of property of
  other parties held by you in any
  capacity.

4. The second paragraph under the
   Cancellation section is replaced by the
   following.

   *Employees.* Coverage ends on any
   employee as soon as you or any official
   or employee authorized to manage your
   employees, learns that the employee has
   committed an act covered under this
   endorsement. The act may be committed
   by the employee before or after
   becoming employed by you. This
   doesn't apply if the official or employee
   who learns of the act is working with
   the employee in committing the covered
   act.

5. The following replaces the Who We'll
   Pay section. But only for coverage
   provided by this endorsement.

   **Who We'll Pay**

   We'll pay any of your officials if:

   - your officials are required by law to
     give bonds for the faithful performance
     of their duties; and

   - the loss results from the failure of any
     employee under the supervision of that
     official to faithfully perform their
     duties as prescribed by law;

   when such failure immediately and
   directly results in a loss of your covered
   property.

## Other Terms

All other terms of your policy remain the
same.

WCD 04578

CONFIDENTIAL



1207286

2390 PAUL
ST PAUL
MAIL CODE 104F
385 WASHINGTON STREET
ST. PAUL MN 55102-1118

WILLIS OF ILLINOIS INC
10 S LASALLE ST STE 3000
CHICAGO IL 60603

WCD 04579

CONFIDENTIAL