FEB 1 2 5994



**PLAINTIFF'S EXHIBIT**

I, part 7

WCD 04580


CONFIDENTIAL

TheStPaul

DELIVERY INVOICE

Company: ST. PAUL FIRE & MARINE INSURANCE COMPANY

I
N
S
U COUNTY OF WILL
R 302 NORTH CHICAGO STREET
E JOLIET IL 60432
D

Policy Inception/Effective Date: 12/01/03
Agency Number: 1207286

Transaction Type:
RENEWAL OF POLICY
Transaction number: 001
Processing date: 12/18/03 11:51
Policy Number: GP06301134

A WILLIS OF ILLINOIS INC
G 10 S LASALLE ST STE 3000
E CHICAGO IL 60603
N
T

| Policy Number | Description | Amount | Surtax/Surcharge |
|---|---|---|---|
| GP06301134 | SERIES 1000 POLICY | $465,078.00 | |

| ACCOUNT DATE | DUE DATE | PREMIUM | COMM. RATE | PREMIUM PAYMENT PLAN SERVICE CHARGES | SURTAX/SURCHARGE |
|---|---|---|---|---|---|
| 12/01/03 | | $465,078.00 | .0% | | |

AGENTS WON'T RECEIVE COMMISSION ON PMT. PLAN SERVICE CHG, SURTAX OR SURCHARGE (EXCEPT 'SC' FACILITY RECOUP SURCHARGE). PLEASE REPORT THESE SEPARATELY ON YOUR ACCOUNTS.

WCD 04581

40724 Ed. 12-90 Printed in U.S.A.

AGENT COPY

CONFIDENTIAL

40724 Ed. 12-90 Printed in U.S.A.

AGENT COPY

WCD 04582

[!] CONFIDENTIAL

ILLINOIS
UNINSURED MOTORISTS, UNDERINSURED MOTORIST AND UNINSURED MOTORIST
PROPERTY DAMAGE LIMIT OPTIONS

COUNTY OF WILL                                                    GP06301134
WILLIS OF ILLINOIS INC
10 S LASALLE ST STE 3000
CHICAGO IL 60603

The Illinois Insurance Code requires that all automobile liability policies renewed, delivered or issued
for delivery in Illinois contain bodily injury liability Uninsured Motorists coverage with limits not
less than $40,000 single limit or $20,000/$40,000 split limit. The statute further provides that the
Named Insured may elect to purchase additional limits of both Uninsured and Underinsured Motorist
coverage with amounts up to the bodily injury liability limits on the insured motor vehicle. The
Uninsured and Underinsured Motorists limits must be the same amount.

## UNINSURED MOTORISTS INSURANCE – BODILY INJURY

Applies to: All motor vehicles covered by your policy that are registered or principally
garaged in Illinois.
Covers:     You, and if you are an individual named insured, family members living with
you, and other occupants of your covered auto.
Benefits:   Pays for Bodily Injury or death caused by an Uninsured or hit-and-run driver
who is legally responsible for the accident.
Limit:      You must purchase Uninsured Motorists Insurance with limits at least equal to
the minimum limits required by Illinois law. Optional limits are available
but they cannot exceed the Bodily Injury Liability Insurance limit
of your policy.

## UNDERINSURED MOTORISTS INSURANCE – BODILY INJURY

Applies to: All motor vehicles covered by your policy that are registered or principally
garaged in Illinois.
Covers:     You, and if you are an individual named insured, family members living with
you, and other occupants of your covered auto.
Benefits:   Pays for Bodily Injury or death caused by an Underinsured driver who is legally
responsible for the accident. An Underinsured driver is one whose Bodily
Injury coverage limit is less than the amount of your Underinsured Motorists
coverage limit.
Limit:      If you purchase Uninsured Motorists Insurance with a limit in excess of the
minimum limit required, you must by law, purchase Underinsured Motorists
Insurance at the same limit.

## UNINSURED/UNDERINSURED – BODILY INJURY COVERAGE OPTIONS

☐ For a relatively modest increase in premium, I/We elect Uninsured Motorists
Insurance at a limit equal to the Bodily Injury Liability Insurance limit of
my policy with Underinsured Motorists Insurance provided at the same limit.

☐ For a relatively modest increase in premium, I/We elect Uninsured Motorists
Insurance at a limit of $_____ (can not be greater than the Bodily Injury
Liability Insurance limit of my policy) with Underinsured Motorists Insurance
provided at the same limit.

☐ I/We elect Uninsured Motorists Insurance at the minimum limits required by
Illinois law and decline to purchase any Underinsured Motorist Insurance.

**Applicant/Named Insured Initial(s):** _____ _____

(Continued next page)

WCD 04583

▯ CONFIDENTIAL

NINSURED MOTORISTS INSURAL         PROPERTY DAMAGE

Applies to:    All private passenger and recreational vehicles covered by your policy that are
               not protected with Collision coverage.

efits:         Pays the actual cash value of the covered auto up to $15,000 if the auto is
               damaged by an Uninsured or hit-and-run motor vehicle whose driver is legally
               responsible for the accident. A deductible of $250 applies. There is no coverage
               for loss of use of the covered motor vehicle or for loss or damage to personal
               property located in the covered motor vehicle.

## COVERAGE OPTIONS

☐ For an estimated premium of                    ☐ I/We reject Uninsured Motorists
$ _____ I/We elect Uninsured                      Coverage-Property Damage
Motorists Coverage-Property
Damage

                                                 Applicant/Named Insured Initial(s): _____ _____

---

Definitions provided are for information purposes only. Applicant/Named Insured should consult
the policy for exact wording.

I/We have read the above information and understand it.

---

APPLICANT/NAMED INSURED SIGNATURES(S)                                        DATE

---

WCD 04584

[!] CONFIDENTIAL

The St Paul

## ILLINOIS DISCLOSURE NOTICE – MOLD EXCLUSION OR LIMITATION ENDORSEMENTS

This notice is being provided to you in accordance with the requirements established by the Illinois Department of Insurance because one or more exclusion or limitation endorsements with the titles shown below is attached to your policy.

### If you have property or inland marine coverage:

If more than one property or inland marine insuring agreement is part of your policy, then more than one endorsement may apply.

**Mold Or Bacteria Exclusion Endorsement.** An endorsement with this title excludes coverage under the applicable insuring agreement in your policy for mold or other fungi, wet or dry rot, or bacteria loss.

**Mold Or Bacteria Exclusion With Named Perils Exception Endorsement.** An endorsement with this title excludes coverage under the applicable insuring agreement in your policy for losses caused by mold or other fungi, wet or dry rot, or bacteria, unless it is a result of certain perils that are specified in the endorsement.

**Mold Or Bacteria Exclusion Endorsement With Fire And Lightning Exception And Limited Additional Coverage.** An endorsement with this title excludes or limits coverage under the applicable insuring agreement in your policy for losses caused by mold or other fungi, wet or dry rot, or bacteria, unless it is caused by fire and lightning. It provides a sublimit of coverage for otherwise covered losses caused by mold or other fungi, wet or dry rot, or bacteria if it is a result of certain perils that are specified in the endorsement. This sublimit is part of, not in addition to, the limit of coverage for that property. Otherwise covered losses caused by mold or other fungi, wet or dry rot, or bacteria that is a result of fire and lightning are covered up to the policy limits.

Additional features that may be included in any of the above types of endorsements.

- Some of these endorsements also add a Seepage or leakage exclusion to exclude coverage for mold or other fungi, wet or dry rot, or bacteria losses caused by any seepage, leakage, presence, or condensation of water, steam, humidity, moisture, or vapor for 14 days or more. Whether or not this exclusion is added depends upon the property or inland marine insuring agreement that is being changed by the endorsement.
- Some of these endorsements also modify a Seepage or leakage exclusion to exclude coverage for all losses, including mold or other fungi, wet or dry rot, or bacteria losses, caused by any seepage, leakage, presence, or condensation of water, steam, humidity, moisture, or vapor for 14 days or more. Whether or not this modification is added depends upon the property or inland marine insuring agreement that is being changed by the endorsement.

### If you have liability coverage:

**Mold, Other Fungi, Or Bacteria Exclusion Endorsement.** An endorsement with this title excludes coverage under the applicable insuring agreement for the following:

- Injury or damage (or bodily injury or property damage if only such coverage is provided by the insuring agreement), medical expenses (if provided by the insuring agreement), and your pollution clean-up costs (if provided by the insuring agreement) that result from mold or other fungi, or bacteria. There are limited exceptions to this exclusion for mold or other fungi, or bacteria, that are on, in, or a part of, any food, beverage or medicine, and for bodily injury that results from a bacterial infection which is transmitted directly from person to person or which develops in connection with an otherwise covered bodily injury.
- Loss, costs, or expenses that result from certain requests, demands, orders, or statutory or regulatory requirements related to mold or other fungi, or bacteria, in any form.

WCD 04585

CONFIDENTIAL

NP200 Ed. 09-03 Printed in U.S.A. -1-

For insuring agreements other than Law Enforcement Liability Protection, this endorsement also excludes coverage for:

* Injury or damage (or bodily injury or property damage if only such coverage is provided by the insuring agreement) and your pollution clean-up costs (if provided by the insuring agreement) that result from any other irritant or contaminant and are alleged in the same claim or suit as the mold or other fungi, or bacteria.

The Mold, other fungi, or bacteria exclusion is intended to apply in situations when any pollution-related exclusion in or made part of the insuring agreement doesn't apply for whatever reason, such as when any exception to that exclusion applies. In other situations, the Mold, other fungi, or bacteria exclusion doesn't change coverage because it would then apply in addition to each such exclusion.

WCD 04586

[!] CONFIDENTIAL

The St Paul

# WHY YOU SHOULD REPORT LOSSES TO US PROMPTLY

Reporting new losses, claims, or potential claims to us promptly can be critical. It helps us to resolve covered losses or claims as quickly as possible and often reduces their overall cost. Prompt reporting:

- Better protects your interests.
- Helps us to try to resolve losses or claims more quickly and to everyone's satisfaction - yours, any claimant's and ours; and
- Often reduces the overall cost of a loss or claim - losses or claims reported more than five days after they happen cost on average 35% more than those reported earlier.

*Use the* What To Do If You Have A Loss *form that is a part of your policy to help you promptly report losses, claims, or potential claims. That form outlines the information that must normally be submitted as part of the reporting process. It describes the duties you and other persons or organizations protected under your policy have if your policy provides:*

- *Property protection and there is a loss that may be covered under that protection; or*
- *Liability protection and an accident, act, error, event, incident, offense, or omission happens or is committed that may result in liability damages or other amounts which may be covered under that protection.*

To report losses, claims, or potential claims to us, we can be contacted easily and quickly through our web site or by fax.

## WWW.STPAUL.COM

The St. Paul's online site for reporting losses, claims, and potential claims has been designed to be as simple and user-friendly as possible. In fact, the site can even remember key information so that you don't have to continually re-enter the same data over and over again. If you report your loss, claim, or potential claim online, you will immediately receive a claim tracking number and be able to print out a copy of the report for your records.

## DEDICATED FAX NUMBERS

Use these dedicated numbers to report a loss, claim, or potential claim by fax to the appropriate claim professionals.

| | |
|---|---|
| Auto, Property or General Liability | 1-888-329-8734 |
| Transportation | 1-813-663-3980 |
| Public Sector | 1-800-PUBLICS |
| Fast Food Program | 1-800-578-4549 |
| Foreign Risk Services | 1-800-329-8734 |

WCD 04587

[!] CONFIDENTIAL

©St. Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

u can also report losses, claims or potential claims to us by phone, unless your policy requires ritten notice or reporting.

## 1-800-STPAUL-1

### (1-800-787-2851)

When reporting a loss, claim, or potential claim by phone, our toll-free phone number is the only number you will need to know. Available 24 hours a day, seven days a week, our call center representatives will transmit your information to a claim representative who understands your business.

This is a general description of how to report a loss, claim, or potential claim under your policy. This description does not replace or add to the terms of your policy. Your policy alone determines the scope of your insurance protection. Please read it carefully for complete information on your coverage. You should contact your agent or broker if you have any questions about your coverage.

-2-

ND027 Ed. 7-03 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

WCD 04588

CONFIDENTIAL

The ST Paul

## NOTICE OF COVERAGE CHANGE

### FOR

## MOLD, OTHER FUNGI, OR BACTERIA EXCLUSION ENDORSEMENT – LAW ENFORCEMENT LIABILITY
### (L0473 ED. 8-02)

**Important note:** We've made a change in coverage from your previous policy by adding one or more endorsements to your new policy. Please read each endorsement carefully. This change is briefly described in this notice so that you can more easily compare your new policy to your old policy.

The Mold, Other Fungi, Or Bacteria Exclusion Endorsement - Law Enforcement Liability (L0473 Ed. 8-02) is part of your policy. It applies to the Law Enforcement Liability Protection insuring agreement or the Law Enforcement Liability Protection - Claims-Made insuring agreement, whichever is part of your policy.

L0473 excludes coverage for:

* injury or damage that results from mold or other fungi, or bacteria, as defined in the endorsement, in any form, with limited exceptions for mold, other fungi, or bacteria, which are or are on, in, or part of, any food, beverage, or medicine, and for bodily injury that results from a bacterial infection which is transmitted directly from person to person or develops in connection with an otherwise covered bodily injury; and

* loss, costs, or expenses that result from certain requests, demands, orders, or statutory or regulatory requirements related to mold or other fungi, or bacteria, in any form.

The Mold, other fungi, or bacteria exclusion is intended to apply in situations when the any pollution-related exclusion in or made part of the insuring agreement doesn't apply for whatever reason, such as when any exception to that exclusion applies. In other situations, the Mold, other fungi, or bacteria exclusion doesn't change coverage because it would then apply in addition to each such exclusion.

### Special Notices

**Special Notice for Policies Issued or Delivered in the State of New York:**

In accordance with New York Statute Section 3426(g), you are entitled to loss information upon written request, which we will furnish within 20 days of receipt of such request.

**Special Notice for Policies Issued or Delivered in the State of Wisconsin:**

In accordance with Wisconsin Statute Section 631.36(5)(a), if this notice is mailed or delivered to you within 60 days of the renewal date of the policy, you may elect to cancel the renewal policy at any time during a 60-day period which begins on the date this notice is mailed or delivered.

**Special Notice for Liability Policies Issued or Delivered in the State or Commonwealth of Virginia:**

In accordance with Virginia Statute Section 38.2-231 (C) (5), you are entitled to request in writing, within fifteen days of receipt of this notice, that the Commissioner of Insurance review our action(s).

**This notice does not replace or add to the terms of your policy. You should contact your agent or broker if you have any questions about this notice or the endorsements described above.**

WCD 04589        CONFIDENTIAL

TheStPaul

## NOTICE OF COVERAGE CHANGE
### FOR
### MOLD, OTHER FUNGI, OR BACTERIA EXCLUSION ENDORSEMENTS
### (FOR CERTAIN TYPES OF LIABILITY COVERAGE)

**Important note:** We've made a change in coverage from your previous policy by adding one or more endorsements to your new policy. Please read each endorsement carefully. This change is briefly described in this notice so that you can more easily compare your new policy to your old policy.

One or more of the following exclusion endorsements are part of your policy:

G0492    Mold, Other Fungi, Or Bacteria Exclusion Endorsement (which applies to Commercial General Liability Protection)

G0502    Texas - Mold, Other Fungi, Or Bacteria Exclusion Endorsement

G0493    Mold, Other Fungi, Or Bacteria Exclusion Endorsement - Products And Completed Work Liability

G0500    Texas - Mold, Other Fungi, Or Bacteria Exclusion Endorsement - Products And Completed Work Liability

G0494    Mold, Other Fungi Or Bacteria Exclusion Endorsement - Owners Or Contractors Liability

G0501    Texas - Mold, Other Fungi Or Bacteria Exclusion Endorsement - Owners Or Contractors Liability

E0209    Mold, Other Fungi, Or Bacteria Exclusion Endorsement - Umbrella Excess Liability

E0214    Texas - Mold, Other Fungi, Or Bacteria Exclusion Endorsement - Umbrella Excess Liability

OG070    Mold, Other Fungi, Or Bacteria Exclusion Endorsement - Oil And Gas Commercial General Liability

OG072    Texas - Mold, Other Fungi, Or Bacteria Exclusion Endorsement - Oil And Gas Commercial General Liability

OG565    Mold, Other Fungi, Or Bacteria Exclusion Endorsement - Oil And Gas Umbrella Excess Liability

OG567    Texas - Mold, Other Fungi, Or Bacteria Exclusion Endorsement - Oil And Gas Umbrella Excess Liability

A0216    Mold, Other Fungi Or Bacteria Exclusion Endorsement - Garage Liability

Each of these endorsements excludes coverage for:
- injury or damage (or bodily injury or property damage if only such coverage is provided by the insuring agreement), medical expenses (if provided by the insuring agreement), and your pollution clean-up costs (if the provided by the insuring agreement) that result from mold or other fungi, or bacteria, as defined in the endorsement, in any form, with limited exceptions for mold, other fungi, or bacteria, which are or are on, in, or part of, any food, beverage, or medicine, and for bodily injury that results from a bacterial infection

CONFIDENTIAL

which is transmitted directly from person to person or develops in connection with an otherwise covered bodily injury;

- loss, costs, or expenses that result from certain requests, demands, orders, or statutory or regulatory requirements related to mold or other fungi, or bacteria, in any form; and
- injury or damage (or bodily injury or property damage if only such coverage is provided by the insuring agreement) and your pollution clean-up costs (if provided by the insuring agreement) that result from any other irritant or contaminant and are alleged in the same claim or suit as the mold, other fungi, or bacteria-related loss.

The Mold, other fungi, or bacteria exclusion is intended to apply in situations when the any pollution-related exclusion in or made part of the insuring agreement doesn't apply for whatever reason, such as when any exception to that exclusion applies. In other situations, the Mold, other fungi, or bacteria exclusion doesn't change coverage because it would then apply in addition to each such exclusion.

Special Notices

Special Notice for Policies Issued or Delivered in the State of New York:

In accordance with New York Statute Section 3426(g), you are entitled to loss information upon written request, which we will furnish within 20 days of receipt of such request.

Special Notice for Policies Issued or Delivered in the State of Wisconsin:

In accordance with Wisconsin Statute Section 631.36(5)(a), if this notice is mailed or delivered to you within 60 days of the renewal date of the policy, you may elect to cancel the renewal policy at any time during a 60-day period which begins on the date this notice is mailed or delivered.

Special Notice for Liability Policies Issued or Delivered in the State or Commonwealth of Virginia:

In accordance with Virginia Statute Section 38.2-231 (C) (5), you are entitled to request in writing, within fifteen days of receipt of this notice, that the Commissioner of Insurance review our action(s).

This notice does not replace or add to the terms of your policy. You should contact your agent or broker if you have any questions about this notice or the endorsements described above.

WCD 04591

CONFIDENTIAL

The St Paul

NOTICE OF COVERAGE CHANGE

FOR

PUBLIC ENTITY GENERAL LIABILITY PROTECTION

(G0209 Rev. 10-2002)

**Important note:** Please read your policy carefully. We've made certain changes in coverage from your previous policy. We've also made numerous wording and formatting changes for the purpose of clarification or improved readability.

The significant coverage changes in your Public Entity General Liability Protection are briefly described in this notice so you can more easily compare your new policy to your old policy. Any page number shown in connection with those changes is for your new insuring agreement.

Besides the various changes in the insuring agreement, we may have made other changes too. If we did, we've made them with endorsements which are part of your policy. Please read all endorsements carefully.

## CHANGES THAT BROADEN COVERAGE

**Contract liability coverage.** Revised the third paragraph of the Contract liability exclusion (pages 15 - 18). Specifically, added an exception for certain personal injury or advertising injury liability assumed, under a covered contract, by you as a named insured.

**Limited worldwide coverage.** Revised the Where This Agreement Covers section (page 7). Specifically, added the "offenses are committed in or with any electronic means of communication, such as the Internet" to the end of the second paragraph.

**Medical expenses coverage.**

- **Definition of medical expenses** (pages 4 - 5). Increased the period of time a person may receive medical services to which the Medical expenses section applies. That period is increased to three years from one year.

- **Medical expenses of certain persons exclusion** (pages 22 - 23). Added an exception for volunteer workers to the persons injured while qualifying as protected persons exclusion part of the first paragraph.

**Personal injury liability coverage.**

- **Broadcasting (including telecasting) or publishing.** Revised the Personal injury liability section (pages 3 - 4). Specifically, deleted the "other than advertising, broadcasting, publishing, or telecasting done by or for you" limitation wording from the first paragraph. This change broadens personal injury liability coverage only for broadcasting (including telecasting) or publishing done by or for you as a named insured if your business isn't advertising, broadcasting (including telecasting), or publishing.

- The Advertising injury liability section (page 4) continues to apply only to advertising done by or for you as a named insured for your products, work, or completed work.

- The Advertising, broadcasting, or publishing business exclusion (page 13) continues to apply to advertising done by or for any protected person whose business is advertising, broadcasting (including telecasting), or publishing.

WCD 04592

[ ] CONFIDENTIAL

Advertising, broadcasting, or publishing business exclusion (page 13). Added the first paragraph to replace the "other than advertising, broadcasting, publishing, or telecasting done by or for you" limitation wording deleted from the first paragraph of the Personal injury liability section (page 3). This change applies only to personal injury that's caused by certain personal injury offenses committed in advertising, broadcasting (including telecasting), or publishing done by or for a protected person whose business is advertising, broadcasting, or publishing. For those personal injury offenses, this is a formatting and wording change that doesn't change coverage for such protected person. For other personal injury offenses and other business activities, this change broadens coverage for such protected person.

Pollution injury or damage coverage.

- **Pollution injury or damage exclusion** (pages 25 - 28). Revised the Pollution injury or damage exclusion. Specifically, added an exception for bodily injury, property damage, or medical expenses that result from "contractor or service work materials fumes, gases, or vapors" to the third paragraph (page 25). Also, added a definition of that term (page 27) in the same exclusion. These changes broaden coverage only for certain fumes, gases, and vapors.

  Also, added an exception for bodily injury, property damage, or medical expenses that result from the application or use of a pollutant in the providing, or failure to provide, "firefighting or emergency response services" (page 25).

Premises damage coverage.

- **Each event limit section** (page 13). Revised the definition of premises damage. Specifically, added "the contents of any premises that you rent from others if you rent such premises for a period of seven or fewer consecutive days."
- **Primary or excess other insurance section** (page 30). Added an exception for "premises you rent for a period of seven or fewer consecutive days" to the second paragraph so we'll apply your premises damage coverage for such premises, and its contents, on a primary basis rather than on an excess basis.
- **Liquor liability exclusion** (page 22). Added an exception for premises damage.

Who is protected.

- **Watercraft users** (page 10). Added persons or organizations who use or are responsible for use of your watercraft as protected persons.
- **Persons or organizations as required by written contract** (page 10). Added protected person status for persons or organizations that you agree in a written contract to add as protected persons.

## CHANGES THAT LIMIT OR EXCLUDE COVERAGE – REGARDLESS OF THE LAW THAT APPLIES

**Definition of covered material** (page 3). Added to the Personal injury liability section. Also applies to the Advertising injury liability section. The purpose of the second paragraph of this definition is to limit coverage for certain electronic chatrooms or bulletin boards or certain website work for others. Refer to the definitions of personal injury offense (page 3) and advertising injury offense (page 4) for the offenses which contain the term covered material.

**Asbestos exclusion** (page 14). Added new exclusion which was previously added by mandatory endorsement. Intended to apply when the Pollution injury or damage exclusion, the Pollution work loss, cost, or expense exclusion, or any other pollution-related exclusion made a part of this agreement, doesn't apply for whatever reason, such as when any exception to those exclusions applies. In other situations, this exclusion doesn't change coverage because it would then apply in addition to those exclusions.

WCD 04593

Printed in U.S.A.　CONFIDENTIAL

Employment-related practices exclusion (page 19). Added new exclusion which was previously added by mandatory endorsement.

Intellectual property exclusion (page 21). Added a second paragraph which limits or excludes coverage for other injury or damage that's alleged in a claim or suit which also alleges infringement or violation of intellectual property rights or laws.

## CHANGES THAT LIMIT OR EXCLUDE COVERAGE – DEPENDING ON THE LAW THAT APPLIES

**Important note:** The changes described in this Changes That Limit Or Exclude Coverage - Depending On The Law That Applies section limit or exclude coverage anywhere our coverage intent would be interpreted more broadly than what's intended by the revised wording under the law that applies. Elsewhere, these changes don't change coverage.

**Bodily injury and property damage liability section** (pages 2 - 3).

- **Definition of bodily injury.** Added the third paragraph to show that we consider a continuation, change, or resumption of previously known bodily injury to happen before the insuring agreement begins if such bodily injury would otherwise be considered to happen while the insuring agreement is in effect because of a certain type of coverage trigger.
- **Definition of previously known bodily injury.** Added to explain the term previously known bodily injury.
- **Definition of described authorized person.** Added to explain the term described authorized person as used in the added definitions of previously known bodily injury and previously known physical damage to tangible property of others.
- **Definition of property damage.** Added the second paragraph to show that we consider a continuation, change, or resumption of previously known physical damage to tangible property of others to happen before the insuring agreement begins if such property damage would otherwise be considered to happen while the insuring agreement is in effect because of a certain type of coverage trigger.

  Also, added "tangible property doesn't include data" to more clearly show the coverage intent of tangible property.
- **Definition of previously known physical damage to tangible property of others.** Added to explain the term previously known physical damage to tangible property of others.

**Personal injury liability section** (page 3). Revised the definition of personal injury offense. Specifically, added "if . . . committed by or for the landlord, lessor, or owner of that . . . premises" to the "Wrongful entry into, or wrongful eviction from, . . . " and "Invasion of the right of private occupancy . . . " offenses to more clearly show the coverage intent and scope of those offenses.

**Advertising injury liability section** (page 4).

- **Second paragraph.** Added to show that we don't consider "advertising, borders, or frames for or of others, or links for or to others, . . . on or in your website" to be advertising done by or for you as a named insured for your products, work, or completed work as required for the advertising injury liability coverage to apply as intended.
- **Definitions of advertising idea, advertising material, slogan, and title.** Added to more clearly show the coverage intent and scope of the "Unauthorized use of . . . " advertising injury offense (page 4) and the exception paragraph for advertising injury in the Intellectual property exclusion (page 21).

**Medical expenses section** (pages 4 - 5).

- **First bulleted item.** Replaced "which happens" with "that begins" to more clearly show our intent not to cover medical expenses that are incurred for bodily injury caused by an

 CONFIDENTIAL

event that begins before the agreement begins and continues while the agreement is in effect.

- **Second bulleted item.** Added the second bulleted item to more clearly show that coverage for medical expenses is limited to events that result from your activities or on your premises.

**Additional payments section** (pages 5 - 6).

- **Taxed costs.** Added "for covered injury or damage" to this additional payment to more clearly show we have a duty to pay only taxed costs against the protected person for the part of a suit that's for injury or damage covered by the insuring agreement.
- **Appeal bonds.** Added this additional payment to more clearly show what expenses and costs we have a duty to pay in connection with the appeal of a judgment that we have the duty to appeal.

**Right to appeal a judgment against a protected person section** (page 6). Revised the second paragraph to more clearly show what we'll do, and what expenses and costs we'll pay, in connection with such an appeal.

**Who Is Protected Under This Agreement section** (pages 7 - 10).

- **Public entity.** Deleted the term "other organization," which included a corporation, joint power authority, limited liability company, and tribal government, to more clearly show our coverage intent with respect to public entities.
- **Elected or appointed officials or members.** Added four paragraphs to more clearly show our coverage intent and scope with respect to your elected or appointed officials or members. The added paragraphs parallel the exclusions in the Employee and volunteer workers section.
- **Employees and volunteer workers.** Deleted third paragraph to more clearly show our intent that coverage for the performance of or failure to perform health care professional services is limited to persons other than doctors or nurses and who act as good samaritans.

**Aircraft exclusion** (pages 13 - 14).

- **First paragraph.** Revised to more clearly show the coverage intent and scope of this exclusion with respect to the supervision of others. A definition of the term supervision of others was added to the Auto Exclusion.
- **Second paragraph.** This paragraph provides an exception for certain liability assumed under a covered contract. Revised to more clearly show there's only coverage for such liability assumed by you as a named insured.

**Auto exclusion** (pages 14 - 15). Revised the first paragraph to more clearly show the coverage intent and scope of this exclusion with respect to the supervision of others. Added a definition of the term supervision of others.

**Breach of contract exclusion** (page 15). Added personal injury to the first paragraph to more clearly show there's no coverage for any breach of a contractual obligation that's interpreted to be a personal injury offense.

**Contract liability exclusion** (pages 15 - 18). The third paragraph provides an exception for certain liability assumed under a covered contract. Revised to more clearly show there's only coverage for such liability assumed by you as a named insured.

**Employers liability exclusion** (pages 18 - 19). The next to last paragraph provides an exception for certain liability assumed under a covered contract. Revised to more clearly show there's only coverage for such liability assumed by you as a named insured.

**Health care professional services exclusion** (page 20). Revised to more clearly show that coverage is limited to persons other than doctors or nurses who act as good samaritans.

WCD 04595

[1] CONFIDENTIAL

**Intellectual property exclusion** (page 21). Added medical expenses to the first paragraph to more clearly show there's no medical expenses coverage for the bodily injury excluded by this exclusion.

**Material previously made known or used exclusion** (page 22). Added "any advertising idea or advertising material, or any slogan or title, of others, whose unauthorized use in your advertising was first committed before this agreement begins" to more clearly show the coverage intent and scope of this exclusion.

**Mobile equipment exclusion** (page 23). Revised the first paragraph to more clearly show the coverage intent and scope of this exclusion with respect to the supervision of others. A definition of the term supervision of others was added to the Auto Exclusion.

**Pollution injury or damage exclusion** (pages 25 - 28).

- Replaced "injury or damage" in the third paragraph with "bodily injury or property damage" to more clearly show the coverage intent and scope that exceptions paragraph. None of those exceptions were or are intended to provide coverage for personal injury or advertising injury, assuming they can be interpreted to result in such injury.
- Added paragraph after definition of "protected person's work site" to more clearly show our coverage intent that a premises, site, or location that's owned, rented, leased, borrowed, or occupied by any protected person isn't a protected person's work site.

**Pollution work loss, cost, or expense exclusion** (pages 28 - 29). Added "statutory or regulatory requirement" to the first paragraph to more clearly show the coverage intent and scope of this exclusion with respect to a statutory or regulatory requirement, assuming such requirement can be interpreted to not be a request, demand, or order.

**Watercraft exclusion** (page 29).

- **First paragraph.** Revised this paragraph to more clearly show the coverage intent and scope of this exclusion with respect to the supervision of others. A definition of the term supervision of others was added to the Auto exclusion.
- **Second paragraph.** This paragraph provides an exception for certain liability assumed under a covered contract. Revised to more clearly show there's only coverage for such liability assumed by you as a named insured.

**Primary or excess other insurance section** (page 30).

- **First paragraph.** Revised to more clearly show this section applies in connection with the other insurance of all protected persons, not just you as a named insured.
- **Second paragraph.** Deleted "if you agree that we may apply this agreement as excess insurance" from the end of this paragraph to broaden our right to apply the insuring agreement as excess insurance.

**When this agreement is excess insurance section** (pages 30 - 31). Deleted the "However, we'll share such excess damages . . ." paragraph to broaden our right to apply the insuring agreement as excess insurance when certain other insurance doesn't include a similar "co-excess sharing" provision.

## Special Notices

**Special Notice for Policies Issued or Delivered in the State of New York:**

In accordance with New York Statute Section 3426(g), you are entitled to loss information upon written request, which we will furnish within 20 days of receipt of such request.

pecial Notice for Policies Issued or Delivered in the State of Wisconsin:

In accordance with Wisconsin Statute Section 631.36(5)(a), if this notice is mailed or delivered to you within 60 days of the renewal date of the policy, you may elect to cancel the renewal policy at any time during a 60-day period which begins on the date this notice is mailed or delivered.

Special Notice for Liability Policies Issued or Delivered in the State or Commonwealth of Virginia:

In accordance with Virginia Statute Section 38.2-231 (C) (5), you are entitled to request in writing, within fifteen days of receipt of this notice, that the Commissioner of Insurance review our action(s).

This notice does not replace or add to the terms of your policy. You should contact your agent if you have any question about this notice or any of the changes described above.

WCD 04597

[] CONFIDENTIAL

The St Paul

## DISCLOSURE NOTICE
## TERRORISM RISK INSURANCE ACT OF 2002

The certified acts of terrorism premium charge shown below is for coverage under this policy for insured losses covered by the Terrorism Insurance Program established by the Terrorism Risk Insurance Act of 2002 (the Act). That Program applies to certain losses, if otherwise covered by your policy, that result from an "act of terrorism," as that term is defined in and certified under the Act (insured losses). This terrorism premium does not include any charges for the portion of insured losses covered by the Federal Government under the Act. The Federal Government shares in the payment of insured losses under the Act, and the amount of its share is 90% of such losses that exceed the applicable insurer deductible.

If $0 is shown below for the certified acts of terrorism premium charge, this policy provides such terrorism coverage for no premium charge.

The certified acts of terrorism premium charge shown below does not apply to any insuring agreement or coverage part in this policy for which you did not accept our offer, for a premium charge, of such terrorism coverage. If you did not accept our offer of such terrorism coverage, this policy contains one or more exclusions that apply to certified acts of terrorism under each such insuring agreement or coverage part.

The Act establishes a cap on our liability to pay for insured losses if the aggregate amount of insured losses under the Act exceeds $100,000,000,000 during the applicable period for all insureds and all insurers combined. In that case, we will not be liable for the payment of any amount that exceeds such aggregate amount of $100,000,000,000.

---

**Name of Insured:** COUNTY OF WILL

**Policy Number:** GP06301134

**Effective Date:** 12/01/03

**Certified Acts Of Terrorism Premium Charge:** $0.00

**Processing Date:** 12/18/03    11:51    001

---

WCD 04598

CONFIDENTIAL

DISCLOSURE NOTICE
TERRORISM RISK INSURANCE ACT OF 2002
REJECTION OF OUR OFFER OF COVERAGE

You did not accept our offer of coverage for certified acts of terrorism, as defined in and certified under the Terrorism Risk Insurance Act of 2002. Therefore, this policy does not provide such coverage. This policy contains one or more exclusions that apply to certified acts of terrorism.

If you were not made aware of our offer of coverage for certified acts of terrorism, or believe that this notice was included in this policy in error, please notify your agent or broker immediately.

Name of Insured: COUNTY OF WILL

Policy Number: GP06301134

Effective Date: 12/01/03

Processing Date: 12/18/03   11:51   001

WCD 04599

CONFIDENTIAL

WILLIS OF ILLINOIS INC
P.O. BOX 93225
CHICAGO IL 60673-3225

964
ST PAUL
MAIL CODE 104F
385 WASHINGTON STREET
ST. PAUL MN 55102-1118

RECEIVED

MAY 0 6 2004

WILLIS OF IL
HPP GROUP

1207286

WCD 04600

CONFIDENTIAL

COPY

POLICY CHANGE ENDORSEMENT — FOR CERTAIN TYPES OF CHANGES ONLY

The St.Paul

This endorsement summarizes certain changes to your policy. All other terms of your policy not affected by these changes remain the same.

## How Your Policy Is Changed

The following item(s):

☐ Insured's Name                         ☐ Insured's Mailing Address

☐ Policy Number                          ☐ Company

☐ Effective/Expiration Date              ☐ Insured's Legal Status/ Bus. of Insured

☐ Payment Plan                           ☐ Premium Determination

☐ Additional Interested Parties          ☒ Coverage Forms and Endorsements

☒ Limits/Exposures                       ☐ Deductibles

☐ Covered Property/Location Description   ☐ Classification/Class Codes

☐ Rates                                  ☐ Underlying Insurance

is (are) changed to read: (See also back page and additional page(s) if applicable)

GENERAL LIABILITY
- - - - - - - - - - - - - - - - -
Sexual Abuse Submit Coverage has been added to your policy. Refer to the PSS Public Entity General Liability Coverage Summary for details.

## Premium Change Which Is Due Now

☒ No change        ☐ To be adjusted at audit

Additional premium                    Returned premium

If issued after the date your policy begins, these spaces must be completed and our representative must sign below.

Policy issued to:
COUNTY OF WILL

WCD 04601

Authorized representative

Endorsement takes effect:        Policy number:
04/01/04                         GP0630134

Processing date: 04/13/04  13:46   005

D0061 Ed. 11-98 Printed in U.S.A.        Policy Change Endorsement    ☐ CONFIDENTIAL

WCD 04602

CONFIDENTIAL

©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved

COPY

The St.Paul

# PUBLIC ENTITY GENERAL LIABILITY PROTECTION
## COVERAGE SUMMARY

This Coverage Summary shows the limits of
coverage that apply to your Public Entity
General Liability Protection. It also lists those
endorsements, if any, that must have certain
information shown for them to apply.

## Limits Of Coverage

| | | |
|---|---|---|
| General total limit. | $ | 2,000,000 |
| Products and completed work total limit. | $ | 1,000,000 |
| Personal injury each person limit. | $ | 1,000,000 |
| Advertising injury each person limit. | $ | 1,000,000 |
| Each event limit. | $ | 1,000,000 |
| Failure to supply limit. | $ | 0 |
| Medical expenses limit. | $ | 0 |
| Premises damage limit. | $ | 100,000 |
| Sewer back-up limit. | $ | 0 |

## Named Endorsement Table

**Important Note:** Only endorsements that must have certain information shown for them to apply
are named in this table. The required information follows the name of each such endorsement.
Other endorsements may apply too. If so, they're listed on the Policy Forms List.

PSS General Liability Self-Insured Retention Endorsement
  Self Insured Retentions
    Personal Injury Each Person Retention:      $100,000
    Advertising Injury Each Person Retention:   $100,000
    Each Event Retention:                       $100,000

PSS Sexual Abuse Limitation Endt - With General Total Sublimit
  Sexual Abuse Total Limit
    $250,000

  Sexual Abuse Each Person Limit
    $ 50,000

WCD 04603

| | | |
|---|---|---|
| Name of Insured | Policy Number GP06301134 | Effective Date 04/01/04 |
| COUNTY OF WILL | Processing Date 04/14/04  14:55  006 | |

Coverage Summary

CONFIDENTIAL

The St Paul

WCD 04604

CONFIDENTIAL

PUBLIC SECTOR SERVICES
SEXUAL ABUSE LIMITATION ENDORSEMENT
WITH GENERAL TOTAL SUBLIMIT

The St.Paul

This endorsement changes your Public Entity
General Liability Protection.

## How Coverage Is Changed

There are four changes which are explained
below.

1.  The following is added to the General
    total limit section. This change limits
    coverage.

    The most we'll pay for covered bodily
    injury, personal injury, and medical
    expenses that result from sexual abuse is
    further limited by the following:

    **Sexual abuse total limit.** This limit is
    shown in the Coverage Summary. It is
    the most we'll pay for the combined
    total of all covered bodily injury,
    personal injury, and medical expenses
    which result from all sexual abuse that:

    *   is sustained by all persons; and
    *   is committed in a policy year by all
        persons who otherwise qualify as
        protected persons.

    If the amount of this limit is not shown
    in the Coverage Summary, it will be
    considered to be the same as $1,000,000.

    *Sexual abuse* means any illegal or
    offensive physical act or contact of a
    sexual nature.

    We explain what we mean by protected
    person in the What This Agreement
    Covers section.

2.  The following is added to the Personal
    injury each person limit section. This
    change limits coverage.

    The personal injury each person limit
    doesn't apply to covered personal injury
    that results from sexual abuse committed
    by any person who otherwise qualifies as
    a protected person. Instead, the sexual
    abuse each person limit applies. We

    explain that limit in the Sexual abuse
    each person limit section.

3.  The following is added to the Each event
    limit section. This change limits
    coverage.

    The each event limit doesn't apply to
    covered bodily injury or medical
    expenses that result from sexual abuse
    committed by any person who otherwise
    qualifies as a protected person. Instead,
    the sexual abuse each person limit
    applies. We explain that limit in the
    Sexual abuse each person limit section.

4.  The following is added to the Limits Of
    Coverage section. This change limits
    coverage.

    **Sexual abuse each person limit.** This limit
    is shown in the Coverage Summary. It
    is the most we'll pay for all covered
    bodily injury, personal injury, and medical
    expenses which result from all sexual
    abuse that:

    *   is sustained by any one person; and
    *   is committed in a policy year by all
        persons who otherwise qualify as
        protected persons.

    If the amount of this limit is not shown
    in the Coverage Summary, it will be
    considered to be the same as $1,000,000.

    However, the most we'll pay for covered
    medical expenses which result from
    sexual abuse is further limited by the
    following:

    *Sexual abuse medical expenses each
    person limit.* This limit is $5,000. It is
    the most we'll pay for all covered
    medical expenses which result from all
    sexual abuse that:

    *   is sustained by any one person; and

WCD 04605

The St Paul

- is committed in a policy year by all persons who otherwise qualify as protected persons.

Other Terms

All other terms of your policy remain the same.

WCD 04606

CONFIDENTIAL

555 College Road East Princeton, New Jersey 08543-5241          Phone: (800) 305-4954

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL OF THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE STATED IN THIS POLICY.

## Commercial Umbrella Policy
### DECLARATIONS

Policy No. 6022UB000044500

Renewal of Number:

Policy Issue Date: 12/08/2003

**Item 1**   Named Insured and Mailing Address:
(No. Street, Town or City, State, Zip Code)
COUNTY OF WILL

302 NORTH CHICAGO STREET

JOLIET                    IL 60432

Producer No.: 500694
Producer's Name and Mailing Address:
WE Greene & Associates Incorporated
400 Quaker Road
East Aurora, NY 14052

Named Insured is:  ☐ Individual,  ☐ Partnership,  ☐ Corporation,  ☐ Joint Venture,  ☒ Other  municipality
Business of the Named Insured is:  MUNICIPALITY

**Item 2.**   Policy Period:
From: 12/01/2003  to  12/01/2004     12:01 A.M. Standard Time at your mailing address shown above.

**Item 3.**   Premium: $  370,000.00
Terrorism Premium (Certified Acts):                    $

| | Deposit | Minimum |
|---|---|---|
| ☒ Flat  ☐ Adjustable | Premium: $  370,000.00 | Premium: $  370,000.00 |

Rate: flat          First Installment          Subsequent Installment(s)          Basis
Per,                 $                          $

**Item 4.**   Limits of Insurance:

| | | |
|---|---|---|
| a. | Each Occurrence | $  5,000,000 |
| b. | Products Completed Operations Aggregate [(where applicable)] | $  5,000,000 |
| c. | General Aggregate | $  5,000,000 |
| d. | Retained Limit | $  10,000 |

**Item 5.**   Retroactive Date:
(applicable to Claims Made Coverages)

**Item 6.**   Underlying Insurance:          See:   Schedule of Underlying Insurance

**Item 7.**   Forms and Endorsements:       See:   Schedule of Forms and Endorsements

Authorization:      In Witness Whereof, the Company issuing this policy has caused this policy to be signed by its authorized officers, but this policy shall not be valid unless also signed by a duly authorized representative of the Company
American Alternative Insurance Corporation



PLAINTIFF'S EXHIBIT
Group G

Countersigned
Date: _____
Authorized Representative

THESE DECLARATIONS, THE ATTACHED SCHEDULE OF UNDERLYING INSURANCE, TOGETHER WITH THE ATTACHED CHEDULE OF FORMS AND ENDORSEMENTS, AND ANY FORMS AND ENDORSEMENTS WE MAY LATER ATTACH TO REFLECT CHANGES, MAKE UP AND COMPLETE THE ABOVE NUMBERED POLICY.

WCD 04318

CONFIDENTIAL

Schedule of Forms and Endorsements
COMMERCIAL UMBRELLA POLICY

Effective date of
this Schedule: 12/01/2003          Issue date: 12/08/2003

Attached to and forming part of
Policy No.:  603SUB000044500

Issued To: COUNTY OF WILL

The following is a schedule of Forms and Endorsements issued with the policy at inception:

| Form ID Number: | Edition Date: | Form Name: |
|---|---|---|
| CU3000A | 07-94 | SCHEDULE OF UNDERLYING LIMITS |
| CU3000E | 04-95 | COMMERCIAL UMBRELLA POLICY |
| CU3008 | 07-94 | AGG LIMITS OF LIAB-AMEND ENDT |
| CU3047 | 07-94 | DISCRIMINATION EXCL |
| CU3084 | 07-94 | MUNICIPALITY AMENDATORY ENDT |
| CU3085 | 07-94 | NURSING HOME PROF LIAB |
| CU3097 | 07-94 | POLICE OR LAW ENFORCEMENT EXCL |
| CU3103 | 07-94 | PUBLIC OFFICIALS ERRORS & OMISSI |
| CU3139 | 07-94 | PROF LIAB EXCL |
| CU3157 | 07-94 | ASBESTOS EXCL |
| CU3173 | 04-95 | EMPLOYMENT RELATED PRACTICES EXC |
| CU3175 | 04-95 | LEAD CONTAMINATION EXCL |
| CU3222 | 02-02 | FUNGI OR BACTERIA EXCL |
| VLCW22 | 11-02 | EXCL OF CERTIFIED ACTS OF TERROR |
| IL03 | 12-02 | IL AMENDATORY ENDT |
| CW07 | 07-02 | FUNGI OR BACTERIA ENDT |
| IL0110 | 10-96 | IL MUNICIPALITY LIAB LMT ENDT |

WCD 04319

CONFIDENTIAL

CU1000(07/94) Rev                                    Page 2 of 2