555 College Road East, Princeton, New Jersey 08543-5241     Phone: (800) 305-4954

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL OF THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE STATED IN THIS POLICY.

## Commercial Umbrella Policy
## DECLARATIONS

Policy No: 60JUE000044500

Renewal of Number:

Policy Issue Date:     12/08/2003

**Item 1.** Named Insured and Mailing Address:
(No. Street, Town or City, State, Zip Code)
COUNTY OF WILL

302 NORTH CHICAGO STREET

JOLIET                          IL 60432

Producer No.:     B00694
Producer's Name and Mailing Address:
WH Greene & Associates Incorporated
400 Quaker Road
East Aurora, NY 14052

Named Insured is: ☐Individual, ☐Partnership, ☐Corporation, ☐Joint Venture, ☒Other  municipality
Business of the Named Insured is:  MUNICIPALITY

**Item 2.** Policy Period:

From: 12/01/2003 to 12/01/2004        12:01 A.M. Standard Time at your mailing address shown above.

**Item 3.** Premium: $     370,000.00
Terrorism Premium (Certified Acts):            $ _____

☒Flat ☐Adjustable          Deposit Premium: $    370,000.00          Minimum Premium: $   370,000.00

Rate: flat          First Installment          Subsequent Installment(s)          Basis
Per.                $                           $

**Item 4.** Limits of Insurance:

| | | |
|---|---|---|
| a. | Each Occurrence | $  5,000,000 |
| b. | Products Completed Operations Aggregate [(where applicable)] | $  5,000,000 |
| c. | General Aggregate | $  5,000,000 |
| d. | Retained Limit | $  10,000 |

**Item 5.** Retroactive Date:
(applicable to Claims Made Coverages)

**Item 6.** Underlying Insurance:        See:   Schedule of Underlying Insurance

**Item 7.** Forms and Endorsements:        See:   Schedule of Forms and Endorsements

Authorization:        In Witness Whereof, the Company issuing this policy has caused this policy to be signed by its authorized officers, but this policy shall not be valid unless also signed by a duly authorized representative of the Company
American Alternative Insurance Corporation

Countersigned Date: _____

Authorized Representative



PLAINTIFF'S EXHIBIT
J, part 1

THESE DECLARATIONS, THE ATTACHED SCHEDULE OF UNDERLYING INSURANCE, TOGETHER WITH THE ATTACHED SCHEDULE OF FORMS AND ENDORSEMENTS, AND ANY FORMS AND ENDORSEMENTS WE MAY LATER ATTACH TO REFLECT CHANGES, MAKE UP AND COMPLETE THE ABOVE NUMBERED POLICY.

WCD 04318

⬜ CONFIDENTIAL

Schedule of Forms and Endorsements
COMMERCIAL UMBRELLA POLICY

Effective date of
this Schedule: 12/01/2003        Issue date: 12/08/2003

Attached to and forming part of
Policy No.:     E032UB00004×500

Issued To: COUNTY OF WILL

The following is a schedule of Forms and Endorsements issued with the policy at inception:

| Form ID Number: | Edition Date: | Form Name: |
|---|---|---|
| CU1000A | 07-94 | SCHEDULE OF UNDERLYING LIMITS |
| CU1000B | 04-55 | COMMERCIAL UMBRELLA POLICY |
| CU100B | 07-94 | AGG LIMITS OF LIAB-AMEND ENDT |
| CU1047 | 07-94 | DISCRIMINATION EXCL |
| CU1084 | 07-94 | MUNICIPALITY AMENDATORY ENDT |
| CU1085 | 07-94 | NURSING HOME PROF LIAB |
| CU1097 | 07-94 | POLICE OR LAW ENFORCEMENT EXCL |
| CU1103 | 07-94 | PUBLIC OFFICIALS ERRORS & OMISSI |
| CU1339 | 07-94 | PROF LIAB EXCL |
| CU3357 | 07-94 | ASBESTOS EXCL |
| CU1173 | 04-55 | EMPLOYMENT RELATED PRACTICES EXC |
| CU1175 | 04-55 | LEAD CONTAMINATION EXCL |
| CU1222 | 02-02 | FUNGI OR BACTERIA EXCL |
| VLCW22 | 11-02 | EXCL OF CERTIFIED ACTS OF TERROR |
| CU1L01 | 12-02 | IL AMENDATORY ENDT |
| CW07 | 07-02 | FUNGI OR BACTERIA ENDT |
| L10 | 10-96 | IL MUNICIPALITY LIAB LMT ENDT |

WCD 04319

CONFIDENTIAL

CU1000(07/94) Rev.        Page 2 of 7

Schedule of Underlying Insurance

## COMMERCIAL UMBRELLA POLICY

☒ See Supplemental Schedule

---

Effective date of
this Schedule: 12/01/2003          Issue date: 12/08/2003

Attached to and forming part of
Policy No.: 60A2UB000044900

Issued To: COUNTY OF WILL

| | | |
|---|---|---|
| Underlying Insurer | Type of Coverage | Limits of Insurance |
| (a)   Name:<br>Safety National | Employers' Liability ✓ | Coverage B - Employers' Liability |

$ 1,000,000          each Accident

Policy Number: AGC754271          Disease

Term: 12/1/03 - 04          $ 1,000,000          each Policy
          $ 1,000,000          each Employee

(b)   Name:          Commercial General Liability ✓          $ 1,000,000          each Occurrence
St. Paul
(County)          $ 2,000,000          General Aggregate
(other than Products
Completed Operations)

Policy Number: GP06301134          ☒ Occurrence          ✓$ 1,000,000          Products Completed
                                   ☐ Claims Made                                  Operations Aggregate
Term: 12/1/03 to 12/1/04          ✓$ 1,000,000          Personal and Advertising
                                   Injury
                                   $          Fire Damage
                                   Legal Liability
                                   $          Water Damage
                                   Legal Liability

(c)   Name:          Automobile Liability ✓          Bodily Injury Liability
St. Paul
(County)          $          each Person
          $          each Occurrence

Policy Number: GP06301134          Property Damage Liability
                                   $          each Occurrence
Term: 12/1/03 to 12/1/04          or
                                   ✓ $ 1,000,000          Combined Single Limit

       Name:
(d)  St. Paul          Employee Benefits ✓          ~ $ 1,000,000
     (County)

                                   1,000,000

Policy Number: GP06301134          ☒ Occurrence
                                   ☐ Claims Made
Term: 12/1/03 to 12/1/04

---

The Underlying Policies shown in this Schedule include the following coverage indicated by "x":
☐  1.    Comprehensive Automobile Liability including ALL owned, non-owned and hired cars.
     2.    Commercial General Liability including ALL Premises and Operations of the Insured.

WCD 04320

CONFIDENTIAL

Schedule of Underlying Insurance (SUPPLEMENTAL PAGE)

## COMMERCIAL UMBRELLA POLICY

Effective date of
this Schedule: 12/01/2003       Issue date: 12/08/2003       Attached to and forming part of
                                                             Policy No.: 60A2UB000044900

Issued To: COUNTY OF WILL

| Underlying Insurer | Type of Coverage | Limits of Insurance |
|---|---|---|

(e)  Name:
     St. Paul              Law Enforcement ✓        $ 1,000,000
     (County)
                                                      1,000,000
     Policy Number: GP06301134      ☒ Occurrence ◌<
                                    ☐ Claims Made
     Term: 12/1/03 to 12/1/04

(f)  Name:
     St. Paul              Public Officials ✓   ✓$ 1,000,000
     (County)
                                                    1,000,000
     Policy Number: GP06301134      ☒ Occurrence
     Term: 12/1/03 to 12/1/04       ☐ Claims Made

(g)  Name:
     St. Paul              Employment Practices ✓   $ 1,000,000
     (County)
                                                      1,000,000
     Policy Number: GP06301134      ☒ Occurrence
                                    ☐ Claims Made
     Term: 12/1/03 to 12/1/04

(h)  Name:
     Pacific Insurance Co.     General Liability ✓     $ 1,000,000
     (Sunny Hill Skill Rehab)                            1,000,000
                                                         2,000,000
     Policy Number: ZY0003516       ☐ Occurrence
                                    ☐ Claims Made
     Term: 12/1/03 to 12/1/04

(i)  Name:
     Pacific Insurance Co.     Professional Liab ✓     $ 1,000,000
     (Sunny Hill Rehab)
                                                         2,000,000
     Policy Number: ZY0003516       ☒ Occurrence
                                    ☐ Claims Made
     Term: 12/1/03 to 12/1/04

WCD 04321

[] CONFIDENT

Schedule of Underlying Insurance (SUPPLEMENTAL PAGE)

## COMMERCIAL UMBRELLA POLICY

Effective date of
this Schedule: 12/03/2003    Issue date: 12/08/2003

Attached to and forming part of
Policy No.:  60A2UE000084900

Issued To: COUNTY OF WILL

| Underlying Insurer | Type of Coverage | Limits of Insurance |
|---|---|---|
| (j)    Name:<br>Pacific Insurance Co<br>(Sunny Hill Rehab) | Employee Benefits ✓ | $ 1,000,000<br><br>1,000,000 |

Policy Number: ZY0003516     ☐ Occurrence   ☒ Claims Made

Term: 12/3/03 to 12/1/04

| (k)    Name:<br>United National Ins.<br>(Reg Office of Ed.) | Public Official/EPLI ✓ | $ 1,000,000<br><br>1,000,000 |

Policy Number: LP00003532     ☐ Occurrence   ☒ Claims Made

Term: 12/3/03 to 12/1/04

| (l)    Name:<br>Admiral Insurance Co<br>(Will Cty Health) | Professional Liab ✓ | $ 1,000,000<br><br>1,000,000 |

Policy Number: E000000091203     ☐ Occurrence   ☒ Claims Made

Term: 12/3/03 to 12/1/04

(m)    Name:                                                  $

Policy Number:     ☐ Occurrence   ☐ Claims Made

Term:

(n)    Name:                                                  $

Policy Number:     ☐ Occurrence   ☐ Claims Made

Term:

WCD 04322

[!] CONFIDENTI

CU1000A(07/94) Rev.

WCD 04323

⬜ CONFIDENTIAL

THIS POLICY PROVIDES COVERAGE ON A CLAIMS MADE BASIS UNDER COVERAGE A IF THE SCHEDULED UNDERLYING POLICY PROVIDES CLAIMS MADE COVERAGE. IF COVERAGE IS SO PROVIDED ON A CLAIMS MADE BASIS, IT APPLIES ONLY TO CLAIMS MADE AGAINST AN INSURED DURING THE POLICY PERIOD OR EXTENDED REPORTING PERIOD, IF APPLICABLE. PLEASE READ CAREFULLY.

# COMMERCIAL UMBRELLA POLICY

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in bold print have special meanings found in Section VI - DEFINITIONS.

## I.    INSURING AGREEMENTS

We, the Company, in return for the payment of the premium, agree with you, as follows:

A.    Coverage A – Excess Following Form Liability Over Underlying Claims Made or Occurrence Coverage

We will pay, on behalf of the insured, sums in excess of the amount payable under the terms of any Underlying Insurance as stated in the Schedule of Underlying Insurance, that the insured becomes legally obligated to pay as damages because of injury or damage to which this insurance applies.

This insurance is subject to the same terms, conditions, agreements, exclusions and definitions as the Underlying Insurance except as otherwise provided in this policy; provided, however, that in no event will this insurance apply unless the Underlying Insurance applies or would apply but for the exhaustion of its applicable Limit of Liability.

If the Scheduled Underlying Policy affords coverage on a claims made basis then for this insurance to apply:

1.    the injury or damage must be caused by an occurrence;

2.    the claim for the injury or damage must first be made against the insured during the Policy Period or the Extended Reporting Period provided herein; and

3.    a.    the bodily injury or property damage; or,

b.    the occurrence causing the personal injury, advertising injury, or professional liability;

WCD 04324

[!] CONFIDENTIA

must take place on or after the Retroactive Date shown in Item 5 of the Declarations and before the termination of this policy;

If the Scheduled Underlying Policy affords coverage on an occurrence basis then for this insurance to apply:

1. the injury or damage must be caused by an occurrence; and

2.    a.    the bodily injury or property damage; or,

     b.    the occurrence causing the personal injury, advertising injury, or professional liability injury;

must take place during the Policy Period.

B.   Coverage B – Umbrella Occurrence Based Liability Coverage Over Retained Limit

We will pay, on behalf of the insured, damages with respect to liability for loss in excess of the Retained Limit as specified in Item 4(d) of the Declarations, or the amount payable by any other insurance, whichever is greater, up to the applicable Limits of Insurance shown in the Declarations when liability is imposed on the insured by law or when liability is assumed by the insured under an insured contract because of:

1. bodily injury or property damage which occurs during the Policy Period and is caused by an occurrence; and

2. personal injury or advertising injury to which this coverage applies, caused by an occurrence committed during the Policy Period.

Coverage B will NOT apply to any loss for which insurance is afforded under Coverage A or which arises out of subjects of insurance or exposures to loss for which Underlying Policies are required to be maintained under Section V - CONDITIONS. I. MAINTENANCE OF SCHEDULED UNDERLYING INSURANCE.

C.   Extended Reporting (Applicable to Coverage A Only)

1.   Extended Reporting Periods

If Scheduled Underlying Policy(ies) provide coverage on a claims made basis then, as set forth in Section I, paragraph A above, this policy provides coverage on a claims made basis and:

    a.    We will provide a Basic Extended Reporting Period as described in subparagraph 2 below and, if you purchase it, a Supplemental Extended Reporting Period as described in subparagraph 3 below, IF,

       i)    this insurance is cancelled or not renewed; or

       ii)   we renew or replace this insurance with other insurance that:

          (a)    has a Retroactive Date later than the Retroactive Date shown in the Declarations of this policy; or

          (b)    does NOT apply to injury or damage on a claims made basis.

[!] CONFIDENTIAL

2. Basic Extended Reporting Period

A Basic Extended Reporting Period, equal in length to the Basic Extended Reporting Period provided in the applicable Underlying Insurance, is automatically provided as set forth above at no additional charge and provides that:

a. claims first made within the Basic Extended Reporting Period; and

b. claims first made after the Basic Extended Reporting Period for injury or damage caused by an occurrence and reported to us in writing within the Basic Extended Reporting Period;

will be deemed to have been made during the Policy Period of this policy.

The Basic Extended Reporting Period provided in the Underlying Policy means that extended reporting period provided at no additional charge.

The Basic Extended Reporting Period does NOT apply to claims that are covered under any subsequent insurance you purchase, or that would be covered, but for exhaustion of the amount of insurance otherwise applicable to such claims.

3. Supplemental Extended Reporting Period

a. A Supplemental Extended Reporting Period is available only by an endorsement and for an additional charge. This period starts at the end of the Basic Extended Reporting Period and will be equal in length to the Supplemental Extended Reporting Period you purchased in the applicable Underlying Insurance. Claims first made during this Supplemental Extended Reporting Period will be deemed to have been made during the Policy Period of this policy, but will be subject to the separate Aggregate Limits of Liability set forth in subdivision c below.

The Supplemental Extended Reporting Period provided by the Underlying Policy means that extended reporting period provided at an additional charge.

If the Underlying Policy does not provide a Supplemental Extended Reporting Period then this policy does not offer a Supplemental Extended Reporting Period.

b. The first named insured listed in Item 1 of the Declarations must give us a written request for the Endorsement within 60 days after the end of the Policy Period. The Supplemental Extended Reporting Period will NOT go into effect unless the first named insured pays the additional premium promptly when due.

c. If said first named insured complies with subdivision b above we will issue the Supplemental Extended Reporting Period Endorsement, and will provide the separate Aggregate Limits of Liability described below, but only for claims to which this subparagraph 3 applies.

The separate Aggregate Limits of Liability will be equal to the dollar amount shown in the Declarations in effect at the end of the Policy Period for:

WCD 04326

[!] CONFIDENTIA

    i)       General Aggregate Limit;

    ii)      Products Completed Operations Aggregate.

Paragraphs B and C of Section II - LIMITS OF LIABILITY will be amended accordingly. The Each Occurrence Limit shown in the Declarations will then continue to apply, as set forth in paragraph A of Section II - LIMITS OF LIABILITY.

d.    We will determine the additional premium for the Supplemental Extended Reporting Period in accordance with our rates.

e.    The Supplemental Extended Reporting Period Endorsement will set forth the terms, not inconsistent with this section, applicable to the Supplemental Extended Reporting Period, including a provision to the effect that the insurance afforded is excess over any other insurance available under policies in force after the Supplemental Extended Reporting Period starts.

4.    How Extended Reporting Periods Apply

a.    Extended Reporting Periods apply ONLY to claims for injury or damage which occur before the end of the Policy Period but NOT before the Retroactive Date shown in the Declarations.

b.    Extended Reporting Periods do NOT:

    i)      extend the Policy Period or change the scope of coverage provided;

    ii)     reinstate or increase the Limits of Liability applicable to any claim to which this insurance applies, except as described in subparagraph 3 of this section.

c.    Extended Reporting Periods may NOT be cancelled once in effect.

5.    Notification Of Injury, Damage or Claim

Notification of injury, damage or claim must be in accordance with DUTIES IN THE EVENT OF OCCURRENCE, CLAIM OR SUIT as stated in Section V - CONDITIONS of this policy.

Any insured's failure to comply with any of the DUTIES IN THE EVENT OF OCCURRENCE, CLAIM OR SUIT will void any Extended Reporting Period coverage under this policy, and we will promptly refund any additional premium you paid for the Extended Reporting Period coverage.

WCD 04327

 CONFIDENTIAL

## II.    LIMITS OF LIABILITY

A.    Our total Limit of Liability for loss resulting from any one occurrence will NOT exceed the amount specified in Item 4(a) of the Declarations. This will be true regardless of:

    1.    the number of persons and organizations who are insureds under this policy;

    2.    the number of coverages provided under this policy;

    3.    the number of claims made and suits brought against any or all insureds;

    4.    the number of persons or organizations making claims or bringing suits.

B.    The Products Completed Operations Aggregate as stated in Item 4(b) of the policy Declarations is the most we will pay for all damages to which this policy applies under Coverages A and B because of injury and damages included in the products - completed operations hazard.

C.    The General Aggregate as stated in Item 4(c) of the Declarations is the most we will pay for all damages to which this policy applies under Coverages A and B, except for:

    1.    damages included in paragraph B above, and;

    2.    coverages included in the Scheduled Underlying Policy(ies) to which no underlying aggregate(s) applies.

D.    If the Limit of Liability of the Scheduled Underlying Policy(ies) as stated in the Schedule of Underlying Insurance has been exhausted by payments made on behalf of any insured by the Underlying Insurer, this policy shall apply as the applicable Underlying Insurance subject to all the terms and conditions of such Underlying Insurance and the terms and conditions of this policy. If the Limit of Liability of the Scheduled Underlying Policy(ies) as stated in the Schedule of Underlying Insurance has been reduced by payments made on behalf of any insured by the Underlying Insurer, this policy will drop down to become immediately excess of the reduced underlying limit. Such claims or suits will be subject to the terms of Coverage A.

E.    The Limits of Insurance of the Scheduled Underlying Policy(ies) will be reduced or exhausted only by payments made on behalf of the insured for injury or damage to which this insurance would apply, but for the amount of such injury or damage.

F.    In NO event will our liability under this policy be greater than the total of the Products Completed Operations Aggregate and the General Aggregate as stated in Items 4(b) and 4(c) of the Declarations.

G.    The Limits of Insurance of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the Policy Period shown in the Declarations, unless the Policy Period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limit of Insurance.

WCD 04328

CONFIDENTI

CU1000B(04/95)

## III.   DEFENSE PROVISIONS

A.   We will assume charge of the settlement or defense of any claim or suit against the insured when:

   1.   the aggregate Limit of Liability of the applicable Scheduled Underlying Policy has been exhausted by payment of claims; or

   2.   damages are sought for bodily injury, personal injury, property damage, or advertising injury covered by this policy and to which no Underlying Insurance or other insurance applies;

Provided there is no duty to defend under any Underlying Policy.

B.   When we assume such charge we will pay in addition to the applicable Limit of Liability:

   1.   all expenses we incur; and

   2.   the following to the extent that they are NOT included in the Underlying Insurance:

      a.   the insured's expenses incurred at our request, including actual loss of earnings NOT to exceed $150 per day;

      b.   premiums for attachment bonds for amounts up to the applicable Limit of Liability, and the cost of bail bonds NOT to exceed $2,000. We do NOT have to furnish these bonds;

      c.   all costs taxed against the insured in the suit;

      d.   prejudgment interest awarded against the insured on that part of the judgment we pay; if we make an offer to pay the judgment or any remaining applicable limit of liability, we will NOT pay any prejudgment interest incurred after the offer; or

      e.   all interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable Limit of Liability.

C.   We will NOT defend any suit or claim after we have exhausted the applicable aggregate Limit of Liability as stated in Items 4(b) and 4(c) of the Declarations.

If we are prevented by law from carrying out this paragraph, we will NOT pay any expense incurred without our written consent.

D.   In all circumstances for which paragraph A above is not applicable, we will NOT be obligated to assume charge or pay the expenses for the investigation, settlement or defense of any claim made, or suit brought, or proceedings instituted against any insured. We will, however, have the right in our sole discretion to participate in the defense and trial of any claims, suits or proceedings which relate to any occurrence that may involve this policy. If we avail ourselves of this right, we will do so at our expense.

CONFIDENTIAL

# IV.  EXCLUSIONS

The exclusions applicable to the Underlying Insurance also apply to this insurance. Additionally, the following exclusions apply under:

A.  COVERAGES A AND B

This policy will NOT apply:

1.  Statutory Obligations To Employees

to any obligation for which the insured or any company as its insurer may be held liable under:

    a.  workers' compensation law,
    b.  unemployment compensation law,
    c.  disability benefits law, or
    d.  under any similar state or federal laws.

2.  ERISA

to liability imposed on the insured under the Employees' Retirement Income Security Act (ERISA) of 1974 or any amendments thereto or similar subsequent federal acts or any similar provisions of state statutory or common law.

3.  Automobile First Party Coverage

to liability imposed on any insured under any uninsured/underinsured motorist law or automobile no fault law or first party personal injury law.

4.  Owned Property And Damage To Your Products Or Work

to property damage to or loss of use of:

    a.  property owned or leased by any insured or purchased by any insured under installment sales contract or property on consignment to any insured;

    b.  your product caused by such product or any of their parts; or

    c.  your work arising out of the work or out of materials, parts or equipment furnished with such work.

5.  Product Recall

to damages claimed for any loss, cost, or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

    a.  your product,

    b.  your work, or

    c.  impaired property,

WCD 04330

CONFIDENT

CU1000B(04/95)

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy, or dangerous condition in it.

6. Nuclear Liability

to Nuclear Energy Liability (see attached Nuclear Liability Exclusion).

B. COVERAGE A ONLY

This policy will NOT apply:

1. Pollution Liability

    a. to any professional liability or related defense costs and expenses arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants.

    b. to any liability arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

        i) at or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

        ii) at or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

        iii) which are or were at any time transported, handled, stored, treated, disposed of or processed as waste by or for any insured or person or organization for whom you may be legally responsible;

        iv) at or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

            (a) if the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

            (b) if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants.

    c. to any loss, cost or expense arising out of any:

        i) request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

        ii) claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effects of pollutants.

WCD 04331    CONFIDENTIA

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

C.    COVERAGE B ONLY

This policy will NOT apply:

1.    Advertising Injury

to advertising injury resulting from:

a.    failure of performance of contract, but this exclusion does NOT apply to claims for unauthorized appropriation of ideas based upon alleged breach of an implied contract;

b.    infringement of registered trademark, service mark, trade dress, or trade name, other than titles or slogans, by use on or in connection with goods or services sold, offered for sale or advertised;

c.    incorrect description of any article or commodity;

d.    mistake in advertised price.

2.    Owned or Leased Aircraft And Aircraft Chartered Without Crew

to the ownership, entrustment, maintenance, operation, use, loading or unloading of aircraft owned or leased by any insured or chartered by or on behalf of any insured without crew.

3.    Watercraft

to any liability arising out of the ownership, maintenance, operation, use, loading or unloading or entrustment to others of any watercraft owned by any insured or rented, loaned, or chartered by or on behalf of any insured; however, this exclusion does not apply to:

a)    watercraft while ashore on premises you own or rent; or

b)    watercraft you do not own that is:

i)    less than 50 feet long and not being used to carry persons or property for a charge; or

ii)    less than 50 feet long and chartered by you without crew.

4.    Fellow Employees

to any employee with respect to injury to or the death of another employee of the same employer, injured or killed in the course of their employment.

WCD 04332

[!] CONFIDENT

5.   Damage To Impaired Property

to property damage to impaired property or property that has NOT been physically injured arising out of:

a.   a defect, deficiency, inadequacy, or dangerous condition in your product or your work; or

b.   a delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

BUT

this exclusion does NOT apply to the loss of use of other property arising out of sudden and accidental physical injury to your product or your work after it has been put to its intended use.

6.   Alcoholic Beverages

to liability arising out of your manufacturing, distributing, selling or serving of alcoholic beverages or to your liability as an owner or lessor of premises used for selling or serving alcoholic beverages.

7.   Pollution Liability

a.   to any liability including defense costs and expenses, arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants;

b.   to any loss, cost or expense arising out of any governmental direction or request that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

8.   Autos

to the ownership, entrustment, maintenance, operation, use, loading or unloading of autos within the United States of America, including its possessions and territories, Canada and Mexico or while autos are being transported between these places.

9.   Employers' Liability

a.   to any liability of any insured arising out of injury of an employee in the course of employment by any insured; and

b.   to any liability of any insured arising out of injury of the spouse, child, parent, brother, or sister of the employee as a consequence of subdivision a above,

WCD 04333

CONFIDENTIA

whether the insured may be liable as an employer or in any other capacity. ALSO this exclusion applies to any obligation to share damages with or repay someone else who must pay damages because of the injury.

10.    Services: Fiduciary or Professional

to liability arising out of:

a.    the performance of or failure to perform any fiduciary duty or service; or

b.    the rendering of or failure to render any professional service, in whatever form, by or on behalf of any insured.

11.    War Exclusion

to any liability any insured may have, directly or indirectly, occasioned by, happening through, or in consequence of war, invasion, acts of foreign enemies, hostilities (whether war be declared or not), civil war, rebellion, revolution, insurrection, terrorism, military terrorism, military or usurped power or confiscation or nationalization or requisition or destruction of or damage to property by or under the order of any government or public or local authority.

12.    Coverage A Exclusion

any liability arising out of any occurrence with respect to which any coverage for any other liability, injury or damage is provided by any Underlying Insurance shown in the Schedule of Underlying Insurance.

# V.    CONDITIONS

A.    Appeals

We can appeal a judgment against any insured under this agreement if:

1.    the judgment is for more than the amount of the Retained Limit or the remaining Limits of Liability under the Underlying Insurance, whichever applies; and

2.    the insured or the Underlying Insurers do NOT appeal it.

If we appeal the judgment, we will pay the costs of the appeal and any interest on those costs. Those payments will be in addition to the Limits of Liability of this policy.

B.    Audit Of Books And Records

We may audit your books and records at any time during the term of this insurance or within three years after its expiration or termination. There is no time limit on auditing your books and records with respect to claims under this policy.

C.    Financial Impairment

Bankruptcy, insolvency, rehabilitation, receivership, liquidation or other financial impairment of any insured or any insurer providing Underlying Insurance as stated in the Schedule of Underlying Insurance, shall neither relieve nor increase any of our obligations under this policy.

WCD 04334

[!] CONFIDENT

In the event there is a diminished recovery or no recovery available to any insured as a result of such financial impairment of any insurer providing Underlying Insurance, the coverage under this policy shall apply only in excess of the Limits of Liability stated in the Schedule of Underlying Insurance. Under no circumstances shall we be required to drop down and replace the underlying Limits of Liability, or assume any other obligations of a financially impaired insurer or the insured.

D.   Cancellation

The first named insured in Item 1 of the Declarations may cancel this policy at any time by sending us a written request or by returning the policy stating the date of cancellation.

We may cancel this policy at any time by sending to the first named insured in Item 1 of the Declarations a notice of cancellation 30 days (10 days in the event of non-payment of premium) in advance of the cancellation date. Our notice of cancellation will be mailed to the first named insured's last known address, and will indicate the date on which coverage is terminated.

If cancellation is at the request of the first named insured, return premium will be computed at 90% of pro rata. If we cancel, return premium will be computed pro rata. If this policy insures more than one named insured, cancellation may be effected by the first named insured listed in Item 1 of the Declarations for the account of all the named insureds. Notice of cancellation by us to such first named insured will be deemed notice to all insureds and payment of any return premium to such first named insured will be for the account of all interests.

In the event that provisions of this condition conflict with any state law or regulation governing the cancellation/nonrenewal of this policy, then such law or regulation shall prevail and this policy is amended to conform with such law or regulation.

E.   Changes

Notice to any agent or knowledge possessed by any agent or by any other person will not effect a waiver or a change in any part of this policy. This policy can only be changed by a written endorsement that becomes part of this policy. The endorsement must be signed by one of our authorized representatives.

F.   Duties In The Event Of Occurrence, Claim Or Suit

1.   You MUST see to it that we and your Scheduled Underlying Insurers:

a.   are notified in writing as soon as possible of any occurrence which may reasonably be believed to result in a claim involving this policy;

b.   receive notice of the claim or suit as soon as possible;

c.   at our request, receive assistance in the enforcement of any right against any person or organization which may be liable to you or any insured because of injury or damage to which this insurance may also apply;

d.   receive your full cooperation as stated in this policy or any Scheduled Underlying Policy; and

e.   receive your full cooperation in the investigation, settlement or defense of the claim or suit.

Notice of an occurrence is not notice of a claim.

2. Additionally, no insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent, or make any admission of liability. All insureds must fully cooperate in the investigation, settlement or defense of the claim or suit.

3. Additionally, when we control the defense of a claim or suit, we will pay for the defense expense. If by mutual agreement or court order any insured assumes control before the applicable Limit of Liability is exhausted, we will reimburse the insured for reasonable defense expense. However, we will not pay rates for attorney fees which are greater than those actually paid by us to attorneys retained by us in the ordinary course of business when we are defending similar actions in the community where the claim against the insured is being defended.

4. As soon as practicable after we become aware that a Limit of Liability under this policy is exhausted:

   a. we will notify you of any outstanding claims and suits subject to that Limit; and

   b. you will then arrange to assume control of the defense of all such claims and suits against you or any other insured when our right or duty to defend them ends.

5. a. We will assist you in the transfer of control of the defense of claims and suits under subparagraphs 3 or 4 above. Until such arrangements are completed, we will take on behalf of any insured those steps that we think appropriate:

      i) to avoid a default in any claim or suit; or

      ii) to the continued defense of a claim or suit.

   b. You agree that if we take such steps:

      i) we do not waive or give up our rights under this insurance; and

      ii) you will reimburse us for any defense expense that arises out of such steps if the applicable Limit of Liability has been exhausted.

G. First Named Insured

The person or organization first named in Item 1 of the Declarations shall be known as the first named insured and is primarily responsible for the payment of all premiums. The first named insured will act on behalf of all other insureds for the giving and receiving of notice of cancellation and the receiving of any return premiums that become payable under this policy. The first named insured is authorized to request the Supplemental Extended Reporting Period Endorsement and request changes in the terms of this policy.

WCD 04336

[!] CONFIDENTIA

CU1000B(04/95)

H.     Inspection

We have the right, but are NOT obligated to inspect your premises and operations at any time. Our inspections are NOT safety inspections. They relate only to the insurability of the premises and operations and the premium to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do NOT undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. We do NOT warrant that the premises or operations are safe or healthful, or that they comply with laws, regulations, codes or standards.

I.     Maintenance Of Scheduled Underlying Insurance

While this policy is in effect you agree to maintain the Underlying Insurance listed in the Schedule of Underlying Insurance in full force. THIS MEANS THAT:

1.     the Scheduled Underlying Policy(ies) may NOT be cancelled or NOT renewed by either you or the Underlying Insurer without notifying us;

2.     renewals or replacements will NOT be more restrictive in coverage;

3.     terms, conditions and endorsements of the Scheduled Underlying Policy(ies) will NOT materially change;

4.     the risk of uncollectibility (in whole or in part) of the Scheduled Underlying Policy(ies) limits as listed in the Schedule of Underlying Insurance, or replacements thereof, whether because of financial impairment or insolvency of an Underlying Insurer or for any other reason, is expressly retained by you and is not in any way or under any circumstances insured or assumed by us; and

5.     Limits of Insurance will NOT change except for any reduction in the aggregate limit or Limits of Insurance by payment of claims hereunder.

Your failure and/or your Underlying Insurer's failure to comply with this condition will NOT invalidate this policy but in the event of such failure, we will only be liable to the same extent as if there had been compliance with this condition.

J.     Other Insurance

If other insurance applies to claims covered by this policy, the insurance under this policy is excess of such other insurance and we will NOT make any payments until the other insurance has been used up. This condition shall not apply, however, if the other insurance is specifically written to be excess over this policy.

Except to the extent stated in this policy, this insurance is NOT subject to the terms, conditions, or limitations of any other insurance.

K.     Our Right To Recover Payment

Any persons or organizations for whom we make a payment under this insurance must transfer to us their right to recovery against any other party. After a loss they must do everything necessary to secure, and nothing to impairs these rights.

WCD 04337

CONFIDENTIAL

L.   Premium

The premium for this policy as stated in Item 3 of the Declarations is a flat premium and is subject to a minimum and deposit premium, if applicable. It is NOT subject to adjustment UNLESS:

1.   a rate is shown in Item 3 of the Declarations; or

2.   an endorsement or endorsements are attached to this policy changing the Limit of Liability, adding or changing an Underlying Policy, changing the Policy Period or extending the policy reporting period.

If a flat premium is charged, and a minimum premium is shown in Item 3 of the Declarations, then that minimum premium is fully earned as of the inception of this policy.

M.   Representations

By accepting this policy, you agree that:

1.   the statements in the Declarations are accurate and complete;

2.   those statements are based upon representations you made to us; and

3.   we have issued this policy in reliance upon your representations.

N.   Titles Of Paragraphs

The titles of the varied Sections, Paragraphs, and Subparagraphs of this policy and endorsements attached to this policy, if any, are inserted solely for convenience or reference and are NOT to be deemed in any way to limit or affect the provisions to which they relate.

O.   Transfer Of Rights And Duties

Your rights and duties under this insurance may NOT be transferred without our written consent, except if you die.

P.   When Loss Is Payable

This policy will NOT apply until the insured, or the insured's Underlying Insurer is obligated to pay the amount of the underlying limit or Retained Limit for an occurrence which is also covered by this policy. When the amount of loss has finally been determined we will promptly pay on behalf of the insured the amount of loss which falls within the terms of this policy.

If we are required, or at our sole discretion elect, to pay any amounts on behalf of the insured within the Retained Limits, the first named insured listed in Item 1 of the Declarations will promptly reimburse us for any such amounts.

WCD 04338

CONFIDENTIAL

# VI.  DEFINITIONS

A.    Applicable to Coverage A only

The bold face terms appearing in this policy have the meanings as set forth in the Underlying Policy(ies); but, if no definition appears in such Underlying Policy(ies)  or if Coverage B applies the definitions in paragraph B immediately below will apply.

B.    Applicable to Coverage B

The bold face terms appearing in this policy have the meanings as set forth below.

1.    **Advertising Injury**

*Means:*

One or more of the following offenses:

   a.    Libel, slander or defamation;

   b.    any infringement of copyright, title or slogan;

   c.    piracy, or idea misappropriation under an implied contract; or

   d.    oral or written publication of material that violates a person's right of privacy;

committed or alleged to have been committed during the **Policy Period** in any advertisement, publicity article, broadcast or telecast and arising out of the **insured's** advertising activities.

2.    **Auto**

*Means:*

A land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or equipment; but, does NOT include mobile equipment.

3.    **Bodily Injury**

*Means:*

   a.    injury to the body, sickness or disease, including death resulting  from any of these at any time, and if arising out of the foregoing, mental anguish, mental injury, disability, shock or fright;

   b.    assault and battery when committed by you or at your direction for the purpose of protecting persons or property.

WCD 04339

CONFIDENT

4.    Claims Made

*Means:*

Coverage provided under an Underlying Policy that applies to injury or damage caused by an occurrence where (1) the injury or damage takes place on or after the Retroactive Date shown in the Declarations and before the termination of the policy, and (2) the claim for such injury or damage is first made against any insured during the Policy Period or any Extended Reporting Period purchased under this policy.

5.    Impaired Property

*Means:*

Tangible property, other than your product or your work, that cannot be used or is less useful because:

   a.    it incorporates your product or your work that is known or thought to be defective, deficient, inadequate, or dangerous; or

   b.    you have failed to fulfill the terms of a contract or agreement relating to your product or your work;

   if such property can be restored to use by:

      i)    the repair, replacement, adjustment, or removal of your product or your work; or

      ii)    your fulfilling the terms of the contract or agreement.

6.    Insured

Each of the following is an insured to the extent set forth below:

   a.    the named insured, and any Additional Named insured stated in any Additional Named Insured Endorsement.

   Any subsidiary you newly acquire or form, other than a partnership or joint venture, will qualify as a named insured if there is no other similar insurance available to that subsidiary. However:

      i)    coverage under this provision is afforded only until the 90th day after you acquire or form the subsidiary or the end of the Policy Period, whichever is earlier;

      ii)    Coverage A does not apply to injury or damage that occurred before you acquired or formed the subsidiary; and

      iii)    Coverage B does not apply to bodily injury, property damage, personal injury, or advertising injury that occurred before you acquired or formed the subsidiary.

   Subsidiary means a corporation of which the named insured owns more than fifty percent of the issued and outstanding voting stock, either directly or indirectly, through one or more of its subsidiaries.

CONFIDENTI

b.     if you are an individual, you and your spouse are insureds, but this policy will only apply to the conduct of a business or business properties of which you are a sole owner;

c.     if you are a partnership or joint venture, any partner or member and their spouses but only with respect to the conduct of your business. This policy will only apply to partnerships or joint ventures designated within Item 1 of the Declarations as a named insured;

d.     any person or organization (other than you) included as an insured in the Scheduled Underlying Insurance but NOT for broader coverage than is available to them under the Scheduled Underlying Insurance;

e.     except with respect to the ownership, maintenance, entrustment, operation, use, loading or unloading of aircraft or watercraft; any officer, director, stockholder or employee of yours while acting within the scope of their duties as such; but this subdivision e will NOT apply if it restricts the insurance granted under subdivision d above;

f.     any person (other than one of your employees) or organization while acting as your real estate manager;

g.     if an insured dies, then his rights and duties will be transferred to his legal representative, but only while acting within the scope of duties as his legal representative; or to anyone having temporary custody of his property until his legal representative has been appointed.

7.    **Insured Contract**

*Means:*

Any written or oral agreement entered into by the insured in the usual course of the business operations of the insured in which the insured assumes tort liability of another to pay damages because of bodily injury, personal injury, property damage or advertising injury to a third person or organization where the contract or agreement is made prior to the injury or damage. However, an insured contract does not include that part of any contract or agreement:

a.     that indemnifies an architect, engineer or surveyor for injury or damage arising out of:

i)     preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

ii)     giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage;

b.     under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in subdivision a above and supervisory, inspection or engineering services.

Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

WCD 04341



E.    Mobile Equipment

*Means:*

Any of the following types of land vehicles, including any attached machinery or equipment:

a.    bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b.    vehicles maintained for use solely on or next to premises you own or rent;

c.    vehicles that travel on crawler treads;

d.    vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      i)     power cranes, shovels, loaders, diggers or drills; or

      ii)    road construction or resurfacing equipment such as graders, scrapers or rollers;

e.    vehicles not described in subdivisions a, b, c, or d above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      i)     air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      ii)    cherry pickers and similar devices used to raise or lower workers;

f.    vehicles not described in subdivisions a, b, c, or d above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not mobile equipment and will be considered autos:

      i)     equipment designed primarily for:

             (a)    snow removal;

             (b)    road maintenance, but not construction or resurfacing;

             (c)    street cleaning;

      ii)    cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

      iii)   air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

WCD 04342

CONFIDENTIAL

CU000B(04/95)

9. Occurrence

Means:

    a.    an accident, including continuous and repeated exposure to substantially the same general harmful conditions which results in bodily injury or property damage which is neither expected nor intended from the standpoint of the insured. All such exposure to substantially the same general conditions will be considered as arising out of one occurrence.

    b.    with respect to personal injury, only the offenses specified in DEFINITION 11. All damages arising out of substantially the same offense will be considered as arising out of one occurrence;

    c.    with respect to advertising injury only the offenses listed in DEFINITION 1. All damages involving the same injurious material or act, regardless of the frequency or repetition thereof, the number or kind of media used, the number of claimants and all such damages will be considered as arising out of one occurrence; and

    d.    with respect to professional liability a breach of duty, neglect, error, omission, misstatement, misleading statement or other wrongful act as defined by the Scheduled Underlying Insurance. All damages involving the same wrongful act or a series of continuous or interrelated wrongful acts will be considered as arising out of one occurrence.

10. Other Insurance

Means:

Insurance other than Scheduled Underlying Insurance or insurance specifically purchased to be excess of this policy affording coverage that this policy also affords.

11. Personal Injury

Means:

One or more of the following offenses:

    a.    false arrest, false imprisonment, wrongful detention or malicious prosecution;

    b.    libel, slander, defamation of character, or oral or written publication of material that violates a person's right of privacy, unless arising out of advertising activities;

    c.    discrimination EXCEPT:

        i)    when arising out of the willful violation of a statute; or

        ii)    when committed by or with knowledge or consent of an insured.

    d.    wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of the owner, landlord or lessor, or by a person claiming to be acting on behalf of the owner, landlord or lessor.

 CONFIDENTIAL