12. Policy Period

*Means:*

the period of time stated in Item 2 of the Declarations.

13. Products - Completed Operations Hazard

*Means:*

a. All bodily injury and property damage arising out of your product or your work but only if the bodily injury and property damage:

    i) arises from products no longer in your physical possession; or

    ii) occurs after your work has been completed or abandoned

b. Your work will be considered completed at the earliest of the following times:

    i) when all of the work called for in your contract has been completed; or

    ii) when all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

    iii) when that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

c. Work that may need service, maintenance, correction, repair or replacement but which is otherwise complete, will be treated as completed;

d. The products - completed operations hazard does NOT include bodily injury or property damage arising out of:

    i) the transportation of property unless the injury or damage arises out of a condition in or on a vehicle created by the loading or unloading of it;

    ii) the existence of tools, uninstalled equipment or abandoned or unused materials.



PLAINTIFF'S
EXHIBIT

J, part 2

WCD 04344


CONFIDENTIAL

CU1000B(04/95)

14.    Professional Liability

*Means:*

any liability of the insured for damages covered by any Scheduled Underlying Insurance arising out of our attributable to any breach of duty, neglect, error, omission, misstatement, misleading statement or other wrongful act as defined in the Scheduled Underlying Insurance.

15.    Property Damage

*Means:*

   a.    physical injury to tangible property which occurs during the Policy Period, including all resulting loss of use of such property resulting from it at any time; or

   b.    loss of use of tangible property which has NOT been physically injured or destroyed, provided such loss of use is caused by an occurrence during the Policy Period.

16.    Suit

*Means:*

A civil proceeding in which damages because of bodily injury, property damage, personal injury, advertising injury, or professional liability to which this insurance applies are alleged, including, without limitation:

   a.    An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

   b.    Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

17.    Your Product

*Means:*

   a.    any goods or products (other than real property) manufactured, sold, handled, distributed or disposed of by:

      i)    you;

      ii)   others trading under your name; or

      iii)  a person or organization whose business or assets you have acquired; and

   b.    containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   Your product includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items

⚠ CONFIDENTIAL

included above. Your product also includes the providing of or failure to provide warnings or instructions.

Your product does NOT include vending machines or other property rented to or located for the use of others but not sold.

18. Your Work

Means:

    a.    work or operations performed by you or on your behalf, and

    b.    materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included above. Your work includes the providing of or failure to provide warnings or instructions.

WCD 04346

[1] CONFIDENTIA

# NUCLEAR ENERGY LIABILITY EXCLUSION

This policy does NOT apply to bodily injury, property damage, advertising injury, personal injury or professional liability if applicable.

A.   1.   to bodily injury or property damage

      a.   with respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      b.   resulting from the hazardous properties of nuclear material and with respect to which:

           i)   any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

           ii)   the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, with any person or organization.

    2.   to expenses incurred with respect to bodily injury resulting from the hazardous properties of nuclear material and arising out of the operation of a nuclear facility by any person or organization.

    3.   to bodily injury or property damage resulting from the hazardous properties of nuclear material, if:

      a.   the nuclear material:

           i)   is at any nuclear facility owned by, or operated by or on behalf of, an insured; or

           ii)   has been discharged or dispersed therefrom;

      b.   the nuclear material is contained in spent fuel or waste at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

      c.   the bodily injury or property damage arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any nuclear facility, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to property damage to such nuclear facility and any property thereat.

WCD 04347

CONFIDENTIAL

E    As used in this exclusion

1.    a.    hazardous properties include radioactive, toxic or explosive properties;

      b.    nuclear material means source material, special nuclear material or by-product material;

      c.    source material, special nuclear material, and by-product material have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

      d.    spent fuel means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a nuclear reactor;

2.    Waste

      Means:

      a.    any waste material

            i)     containing by-product material other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content, and

            ii)    resulting from the operation by any person or organization of any nuclear facility included under the first two paragraphs of the definition of nuclear facility.

3.    Nuclear facility

      Means:

      a.    any nuclear reactor,

      b.    any equipment or device designed or used for:

            i)     separating the isotopes of uranium or plutonium,

            ii)    processing or utilizing spent fuel, or

            iii)   handling, processing or packaging waste;

      c.    any equipment or device used for the processing, fabricating or alloying of special nuclear material if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

      d.    any structure, basin, excavation, premises or place prepared or used for the storage or disposal of waste;

            and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

WCD 04348

CONFIDENTIAL

CU1000B(04/95)

4.    Nuclear reactor

*Means:*

a.    any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

b.    property damage includes all forms of radioactive contamination of property.

WCD 04349

CONFIDENTIAL

**AAIC**

American Alternative Insurance Corporation

Date Issued 12/08/2003

This endorsement forms a part of the Policy to which attached, effective on the inception date of the Policy unless otherwise stated herein. (The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

INSURED     COUNTY OF WILL

Policy No     60A2UB000044900     Endorsement Effective     12/03/2003
                                                              (12:01 A.M.)

Countersigned _____
                                    (Authorized Representative)

by AMERICAN ALTERNATIVE INSURANCE CORPORATION

THIS ENDORSEMENT CHANGES THE POLICY.
PLEASE READ IT CAREFULLY.

THIS POLICY IS SUBJECT TO THE FOLLOWING

With respect to:     ☐ COVERAGE A
                     ☐ COVERAGE B
                     ☒ COVERAGE A and COVERAGE B

## Aggregate Limits of Liability - Amendatory Endorsement

Coverage A is amended to include the following:

As respects the application of the Aggregate Limit stated in the Declarations the policy provision "Limits of Liability" is amended as follows:

In the event the underlying insurance provides coverage(s) which are subject to an aggregate limit of liability, our liability under this policy shall likewise be limited to the amount stated in the Information Page as the Aggregate Limit for all sums for which the insured is legally liable arising out of one or more occurrences during each annual period while this policy is in force, commencing from its effective date. The Aggregate Limit hereunder shall apply separately to each coverage for which the underlying insurance provides an Aggregate Limit.

CU1008          07/94                                        WCD 04350

All Other Terms and Conditions Remain Unchanged.

CONFIDENTIAL

WCD 04351

CONFIDENTIAL

AAIC
American Alternative Insurance Corporation                    Date Issued: 12/08/2003

This endorsement forms a part of the Policy to which attached, effective on the inception date of the Policy unless otherwise stated herein. (The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

INSURED      COUNTY OF WILL

Policy No.      C0A2UB000044900        Endorsement Effective        12/01/2003
                                                                    (12:01 A.M.)

                              Countersigned
                                              (Authorized Representative)

by AMERICAN ALTERNATIVE INSURANCE CORPORATION


                    THIS ENDORSEMENT CHANGES THE POLICY.
                         PLEASE READ IT CAREFULLY.

THIS POLICY IS SUBJECT TO THE FOLLOWING

With respect to:      ☐ COVERAGE A
                      ☒ COVERAGE B
                      ☐ COVERAGE A and COVERAGE B

# Discrimination Exclusion

This insurance does not apply to any liability, defense costs, fines or damages which arise out of the discrimination of any person or persons based upon, but not limited to, color, creed, gender, race, natural origin, age, handicap, illness, religion or sexual preference.

WCD 04352

[!] CONFIDENTIAL

All Other Terms and Conditions Remain Unchanged.

WCD 04353

CONFIDENTIAL

# AAIC
American Alternative Insurance Corporation

Date Issued:12/08/2003

This endorsement forms a part of the Policy to which attached, effective on the inception date of the Policy unless otherwise stated herein. (The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

INSURED     COUNTY OF WILL

Policy No.    60A2CE000004900     Endorsement Effective     12/01/2003
                                                                 (12:01 A.M.)

Countersigned                                      
                                                     (Authorized Representative)

by AMERICAN ALTERNATIVE INSURANCE CORPORATION

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THIS POLICY IS SUBJECT TO THE FOLLOWING

With respect to:     ☐ COVERAGE A
                 ☐ COVERAGE B
                 ☒ COVERAGE A and COVERAGE B

# Municipality Amendatory Endorsement

This insurance is modified by the following provisions:

1.    This insurance does not apply to any liability arising out of:

     a.     Riot, civil commotion or mob action, or any act or omission in connection with the prevention or suppression of a riot, civil commotion or mob action;

     b.     The failure to adequately supply gas, water, electricity, steam or solar power;

     c.     The ownership, maintenance, operation, or use or entrustment to others of airfields, runways, hangars, buildings or other properties in connection with any aviation activities or airports;

     d.     The operation of the principles of eminent domain, condemnation proceedings, or inverse condemnation, by whatever name called, whether such liability accrues directly against the insured or by virtue of any agreement entered by or on behalf of the insured;

     e.     Bodily injury or personal injury to any volunteer firemen, whether or not members of the insured's organization while in the course of their duties as such; or

CU1084    07/94                                             Page 1 of 2

All Other Terms and Conditions Remain Unchanged.

WCD 04354

CONFIDENTIAL

# Municipality Amendatory Endorsement (Continued)

i.     Buildings on the site of a proposed housing project at the time of its acquisition by a housing authority.

2.    Except insofar as coverage is available to the insured in valid and collectible Underlying insurance as listed in the Schedule of Underlying Insurance, for the full limit shown, and then only for such liability for which coverage is afforded under the Underlying Insurance, this insurance shall not apply to any liability arising out of:

    a.    Property damage to property (1) leased, rented or occupied by the insured, (2) used by the insured, (3) loaned to the insured, or (4) in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control.

    b.    Property damage arising out of (1) the "explosion hazard," (2) "the collapse hazard" or (3) the "underground Property damage hazard" as defined in the underlying Commercial General Liability policy.

    c.    The existence and maintenance of streets, roads, highways, bridges, sidewalks, culverts, parking meters, traffic lights and signs, street benches and decorations, public refuse receptacles, safety zone stanchions, light and telephone poles, trees, water hydrants and alarm boxes, or the ownership, maintenance, operation, use, loading or unloading of mobile equipment, as defined in the underlying Commercial General Liability policy, maintained by or for the insured for use in connection with the foregoing; or

    d.    Injury sustained by any person while practicing for, or participating in or officiating at, any athletic contest or exhibition.

WCD 04355

[!] CONFIDENTIA

AAIC

American Alternative Insurance Corporation

Date Issued 12/08/2003

This endorsement forms a part of the Policy to which attached, effective on the inception date of the Policy unless otherwise stated herein. (The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

INSURED     COUNTY OF WILL

Policy No.     E0A2UB000544900     Endorsement Effective     12/01/2003

                                                          (12:01 A.M.)

                          Countersigned

                                     (Authorized Representative)

by AMERICAN ALTERNATIVE INSURANCE CORPORATION

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THIS POLICY IS SUBJECT TO THE FOLLOWING

With respect to:     ☐ COVERAGE A
                     ☒ COVERAGE B
                     ☐ COVERAGE A and COVERAGE B

# Nursing Home Or Home For The Aged Professional Liability Exclusion

This insurance does not apply to any liability arising out of the rendering of or failure to render the following professional services:

1.    Medical, surgical, dental or nursing treatment, including the furnishing of food or beverages in connection therewith;

2.    Furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances;

3.    Handling of or performing post mortem examinations on human bodies; or

4.    Service by any person as a member of your formal accreditation or similar professional board or committee of, or as a person charged with the duty of executing directives of any such board or committee.

CU1085        07/94                                               WCD 043 56

All Other Terms and Conditions Remain Unchanged.                      [!] CONFIDENTIAL

WCD 04357

CONFIDENTIAL

# AAIC
American Alternative Insurance Corporation          Date Issued:12/08/2003

This endorsement forms a part of the Policy to which attached, effective on the inception date of the Policy unless otherwise stated herein. (The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

INSURED    COUNTY OF WILL

Policy No.    60A2UB000044900    Endorsement Effective    12/03/2003
                                                          (12:01 A.M.)

                              Countersigned
                                              (Authorized Representative)

by AMERICAN ALTERNATIVE INSURANCE CORPORATION

THIS ENDORSEMENT CHANGES THE POLICY.
PLEASE READ IT CAREFULLY.

THIS POLICY IS SUBJECT TO THE FOLLOWING

With respect to:    ☐ COVERAGE A
                    ☒ COVERAGE B
                    ☐ COVERAGE A and COVERAGE B

## Police Or Law Enforcement Activities Exclusion

With respect to the operations or activities of any police department or any other law enforcement agency of the insured including any agent or employee thereof, this insurance does not apply to any liability arising out of any:

1.    Bodily injury;

2.    Property damage;

3.    Personal injury, including false arrest, detention or imprisonment, wrongful eviction or entry or other invasion of the rights of privacy, libel, slander, defamation of character or humiliation;

4.    Advertising injury;

5.    Assault and battery or use of excessive force; or

6.    Negligent acts, errors or omissions including the rendering or failure to render professional services, erroneous service of civil papers, violation of property rights or deprivation of any rights, privileges or immunities secured by the Constitution and the laws of the United States.

## Police Or Law Enforcement Activities Exclusion (Continued)

But this exclusion does not apply to:

1.  Bodily injury, property damage, personal injury and advertising injury arising out of the ownership, maintenance or use of the insured's premises which are not ordinarily incidental to law enforcement activities; or

2.  Bodily injury or property damage arising out of the ownership, operation, maintenance, use, loading or unloading or entrustment to others of a police auto if such auto is covered by valid and collectible Underlying Insurance as listed in the Schedule of Underlying Insurance for the full limits shown, and then only for the liability for which coverage is afforded under the Underlying Insurance.

WCD 04359

CONFIDENTI/

# AAIC

American Alternative Insurance Corporation

Date Issued 12/02/2003

This endorsement forms a part of the Policy to which attached, effective on the inception date of the Policy unless otherwise stated herein. (The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

INSURED    COUNTY OF WILL

Policy No.    E02UE000044900    Endorsement Effective    12/01/2003
    (12:01 A.M.)

Countersigned

(Authorized Representative)

by AMERICAN ALTERNATIVE INSURANCE CORPORATION

THIS ENDORSEMENT CHANGES THE POLICY.
PLEASE READ IT CAREFULLY.

THIS POLICY IS SUBJECT TO THE FOLLOWING

With respect to:    ☐ COVERAGE A
    ☒ COVERAGE B
    ☐ COVERAGE A and COVERAGE B

## Public Officials Errors & Omissions Exclusion

This insurance does not apply to any liability arising out of the insured's activities as a municipality, municipal council or as an elected or appointed member or official.

CU1103    07/94

All Other Terms and Conditions Remain Unchanged.

WCD 04360

CONFIDENTIAL

WCD 043 61

CONFIDENTIAL

**AAIC**

American Alternative Insurance Corporation

Date Issued 12/08/2003

This endorsement forms a part of the Policy to which attached, effective on the inception date of the Policy unless otherwise stated herein. (The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

INSURED        COUNTY OF WILL

Policy No.      EGA2UB000044900        Endorsement Effective _____ 12/01/2003
                                                              (12:01 A.M.)

                        Countersigned _____
                                        (Authorized Representative)

by AMERICAN ALTERNATIVE INSURANCE CORPORATION

_____

                    THIS ENDORSEMENT CHANGES THE POLICY.
                        PLEASE READ IT CAREFULLY.

THIS POLICY IS SUBJECT TO THE FOLLOWING

With respect to        ☐ COVERAGE A
                       ☒ COVERAGE B
                       ☐ COVERAGE A and COVERAGE B

## Professional Liability Exclusion

This insurance shall not apply to any error or omission, malpractice or mistake of a professional nature committed or alleged to have been committed by or on behalf of the insured in the conduct of any of the insured's business activities.

CU1139          07/94

All Other Terms and Conditions Remain Unchanged.

WCD 04362

☐ CONFIDENTIAL

WCD 04363

CONFIDENTIAL

AAIC

American Alternative Insurance Corporation                    Date Issued 12/02/2003

This endorsement forms a part of the Policy to which attached, effective on the inception date of the Policy unless otherwise stated herein. (The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

INSURED     COUNTY OF WILL

Policy No.   L02 2UB000044966     Endorsement Effective         12/01/2003
                                                                 (12:01 A.M.)

                        Countersigned

                                          (Authorized Representative)

by AMERICAN ALTERNATIVE INSURANCE CORPORATION

THIS ENDORSEMENT CHANGES THE POLICY.
PLEASE READ IT CAREFULLY.

THIS POLICY IS SUBJECT TO THE FOLLOWING

With respect to.     ☐ COVERAGE A
                     ☐ COVERAGE B
                     ☒ COVERAGE A and COVERAGE B

## Asbestos Exclusion

This insurance does not apply to any liability arising out of:

1.     Inhaling, ingesting or prolonged physical exposure to asbestos or goods or products containing asbestos; or

2.     The use of asbestos in constructing or manufacturing any good, product or structure; or

3.     The removal of asbestos from any good, product or structure; or

4.     The manufacture, transportation, storage or disposal of asbestos or goods or products containing asbestos.

The coverage afforded by the policy does not apply to payment for the investigation or defense of any loss, injury or damage or any cost, fine or penalty or for any expense or claim or suit related to any of the above.

CU1157          07/94

All Other Terms and Conditions Remain Unchanged.

WCD 04364

☐ CONFIDENTIAL

WCD 04365

☐ CONFIDENTIAL

**AAIC**

American Alternative Insurance Corporation

Date Issued 02/05/2003

This endorsement forms a part of the Policy to which attached, effective on the inception date of the Policy unless otherwise stated herein. (The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

INSURED    COUNTY OF WILL

Policy No.    EG2UE00004500    Endorsement Effective    02/03/2003
                                                        (12:01 A.M.)

                    Countersigned

                                    (Authorized Representative)

by AMERICAN ALTERNATIVE INSURANCE CORPORATION

THIS ENDORSEMENT CHANGES THE POLICY.
PLEASE READ IT CAREFULLY.

THIS POLICY IS SUBJECT TO THE FOLLOWING

With respect to:    ☐  COVERAGE A
                    ☒  COVERAGE B
                    ☐  COVERAGE A and COVERAGE B

## Employment Related Practices Exclusion

This policy does not apply to bodily injury or personal injury arising out of any:

    (1)    Refusal to employ;
    (2)    Termination of employment;
    (3)    Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or other employment-related practices, policies, acts, or omissions; or
    (4)    Consequential bodily injury or personal injury as a result of (1) through (3) above.

This exclusion applies whether the insured may be held liable as an employer or in any other capacity and to any obligation to share damages with or to repay someone else who must pay damages because of the injury.

CU1173    04/95

All Other Terms and Conditions Remain Unchanged.

WCD 04366

CONFIDENTIAL

WCD 04367

CONFIDENTIAL

Date Issued 07/06/

## AAIC

American Alternative Insurance Corporation

The endorsement forms a part of the Policy to which attached, effective on the inception date of the Policy unless otherwise stated herein. (The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

INSURED          COUNTY OF WILL

Policy No.          CA2185000004000_____ Endorsement Effective _____ 07/15/2005_____

(12:01 A.M.)

Countersigned_____

(Authorized Representative)

by AMERICAN ALTERNATIVE INSURANCE CORPORATION

THIS ENDORSEMENT CHANGES THE POLICY.
PLEASE READ IT CAREFULLY.

THIS POLICY IS SUBJECT TO THE FOLLOWING

With respect to          ☐ COVERAGE A
                         ☐ COVERAGE B
                         ☒ COVERAGE A and COVERAGE B

## Lead Contamination Exclusion

This policy does not provide for:

a.          Bodily Injury arising out of the ingestion, inhalation or absorption of lead in any form;

b.          Property Damage arising from any form of lead;

c.          Advertising Injury or Personal Injury arising from any form of lead;

d.          Any loss, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, assess the effects of lead; or

e.          Any loss, cost or expense arising out of any claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead.

CU1175  04/95

All Other Terms and Conditions Remain Unchanged.

WCD 04368

⬜ CONFIDENTIAL

WCD 04369

 CONFIDENTIAL

AAIC

American Alternative Insurance Corporation

Date Issued: 11/08/2005

The endorsement forms a part of the Policy to which attached, effective on the inception date of the Policy unless otherwise stated herein. (The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

INSURED      COUNTY OF WILL

Policy No.   80A3UEC0004456D            Endorsement Effective:        12/03/2005
                                                                      (12:01 A.M.)

Countersigned
                        (Authorized Representative)

by AMERICAN ALTERNATIVE INSURANCE CORPORATION

THIS ENDORSEMENT CHANGES THE POLICY.
PLEASE READ IT CAREFULLY.

THIS POLICY IS SUBJECT TO THE FOLLOWING

With respect to       ☐  COVERAGE A
                      ☐  COVERAGE B
                      ☒  COVERAGE A and COVERAGE B

## Fungi or Bacteria Exclusion

A.    The following exclusion is added to Section IV. EXCLUSIONS, COVERAGES A and B:

      This policy will NOT apply:

      Fungi or Bacteria

      a.    to any liability which would not have occurred, in whole or in part, but for the actual, alleged or
            threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of,
            any fungi or bacteria on or within a building or structure, including its contents, regardless of
            whether any other cause, event, material or product contributed concurrently or in any
            sequence to such injury or damage.

      b.    any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up,
            removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any
            way responding to, or assessing the effects of, fungi or bacteria, by any insured or by any
            other person or entity.

      This exclusion does not apply to any fungi or bacteria that are, are on, or are contained in, a good or
      product intended for consumption.

WCD 04370

CU 1222  02/02

 CONFIDENTIA

The following definition is added and applies to Coverages A and B

Fungi means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi

All other terms and conditions remain unchanged.

WCD 04371

Page 2 of 2  CONFIDENTIAL

Date Issued 11/04/2003

…American Alternative Insurance Corporation

This endorsement forms a part of the Policy to which attached, effective on the inception date of the Policy unless otherwise stated herein. (The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

INSURED          COUNTY OF WILL

Policy No.        CA23TR000041900          Endorsement Effective          11/03/2003
                                                                   (12:01 A.M.)

                  Countersigned
                        (Authorized Representative)

by AMERICAN ALTERNATIVE INSURANCE CORPORATION

## THIS ENDORSEMENT CHANGES THE POLICY.
## PLEASE READ IT CAREFULLY.

## Exclusion of Certified Acts of Terrorism

A.   The following exclusion is added to this policy

     This policy will NOT apply:

     Terrorism
     To any injury or damage arising, directly or indirectly, out of a certified act of terrorism.

B.   The following definition is added:

     Certified act of terrorism means an act that is certified by the Secretary of the Treasury, in
     concurrence with the Secretary of State and the Attorney General of the United States, to be an
     act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal
     Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a certified act of
     terrorism:

     1.   The act resulted in aggregate losses in excess of $5 million; and
     2.   The act is a violent act or an act that is dangerous to human life, property or infrastructure and
          is committed by an individual or individuals acting on behalf of any foreign person or foreign
          interest, as part of an effort to coerce the civilian population of the United States or to
          influence the policy or affect the conduct of the United States Government by coercion.

All other terms and conditions remain unchanged.

WCD 04372

CONFIDENTIAL

WCD 04373

CONFIDENTIAL

AIC

American Alternative Insurance Corporation

Date Issued 11/18/2003

This endorsement forms a part of the Policy to which attached, effective on the inception date of the Policy unless otherwise stated herein. (The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

INSURED     COUNTY OF WILL

Policy No.     6021780600044906     Endorsement Effective _____ 11/01/2003

                                                       (12:01 A.M.)

                         Countersigned _____

                                          (Authorized Representative)

By AMERICAN ALTERNATIVE INSURANCE CORPORATION

THIS ENDORSEMENT CHANGES THE POLICY.
PLEASE READ IT CAREFULLY.

THIS POLICY IS SUBJECT TO THE FOLLOWING

With respect to:     ☐   COVERAGE A
                      ☐   COVERAGE B
                      ☒   COVERAGE A and COVERAGE B

## ILLINOIS AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA POLICY

A. This policy does not apply to punitive or exemplary damages; except we shall have the duty to defend any suit against the insured seeking both compensatory and punitive or exemplary damages, with respect to such insurance as is afforded by this policy, but we shall not be obligated to pay any punitive or exemplary damages.

B. The following is added to the Cancellation Condition:

After this policy has been in effect 60 days or more, it may be canceled by us with 60 days advance notice of cancellation, for at least one of the following reasons:

1. Nonpayment of premium;
2. The policy was obtained through a material misrepresentation;
3. Any insured has violated any of the terms and condition of the policy;
4. The risk originally accepted has measurably increased;

WCD 04374

CUIL01 12/02                                                       Page 1 of 3   CONFIDENTIAL

Copyright 2002 American Alternative Insurance Corporation. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# ILLINOIS AMENDATORY ENDORSEMENT (continued)

  1. Certification to the Director of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or
  2. A determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this state.

C. The following Conditions are added to CONDITIONS PART V.:

  When We Do Not Renew
  1. If we decide not to renew this policy, we will mail written notice stating the reason for non-renewal no less than 60 days before the expiration date.
  2. Even if we do not comply with these terms, this policy will terminate:
     a. On the expiration date, if:
        (1) You fail to perform any of your obligations in connection with the payment of the the premium for the policy, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit; or
        (2) We have indicated our willingness to renew this policy to you or your representative; or
        (3) You have notified us or our agent that you do not want to renew this policy.
     b. On the effective date of any other insurance replacing this policy.

  Mailing of Notices
  We will mail cancellation and nonrenewal notices to you, and the agent or broker, at the last addresses known to us. Proof of mailing will be sufficient proof of notice.

D. The following are added under INSURING AGREEMENTS PART I:

  C.2. If this policy is excess over a non-admitted policy, then a free five-year Basic Extended Reporting Period applies to this policy.

  C.3.a. The premium for the Supplemental Extended Reporting Period will be based on the expiring annual premium or no more than 200% of the expiring annual premium.

  C.3.f. If this policy is excess over a non-admitted policy then an unlimited Supplemental Extended Reporting Period applies to this policy.

E. The following statements are deleted under INSURING AGREEMENTS PART I:

  C.3.a. If the Underlying Policy does not provide a Supplemental Extended Reporting Period then this policy does not offer a Supplemental Extended Reporting Period.

  C.5. Any insured's failure to comply with any of the DUTIES IN THE EVENT OF OCCURRENCE, CLAIM OR SUIT will void any Extended Reporting Period coverage under this policy, and we will promptly refund any additional premium you paid for the Extended Reporting Period coverage.

F. The following statements are added under EXCLUSIONS PART IV:

WCD 04375

  B.1.c. This exclusion does not apply to bodily injury or property damage caused by heat, smoke or fumes from a hostile fire. As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

Copyright 2002 American Alternative Insurance Corporation. All rights reserved.

ILLINOIS AMENDATORY ENDORSEMENT (continued)

C. 7.c. The exclusion does not apply to bodily injury or property damage caused by heat, smoke or fumes from a hostile fire. As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

G. The following subsection is deleted in its entirety under CONDITIONS PART V:

C. First Named Insured

All Other Terms and Conditions Remain Unchanged.

WCD 04376

CUIL01 12/02

Copyright 2002 American Alternative Insurance Corporation. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CONFIDENTIAL

WCD 04377

CONFIDENT

## IMPORTANT NOTICE TO POLICYHOLDERS

## FUNGI OR BACTERIA ENDORSEMENTS

This notice has been prepared in conjunction with the implementation of changes to your policy. It contains a brief synopsis of any significant restrictions and clarifications of coverage that were made in each policy form and endorsement. This notice is not your policy. Please read your policy, and the endorsements attached to your policy, carefully to determine rights, duties, and what is and is not covered. Only the provisions of your policy determine the scope of your insurance protection.

CU 1222 02/02 - Fungi or Bacteria Exclusion (Commercial Umbrella Policy)
FG 1191 02/02 - Fungi or Bacteria Exclusion (Commercial Excess Follow Form Policy)
FG 2186 02/02 - Fungi or Bacteria Exclusion (Commercial Excess Follow Form Occurrence Policy)
XG 1175 02/02 - Fungi or Bacteria Exclusion ( Commercial Excess Occurrence Policy – Retained Amount Form)

When this endorsement is attached to your policy:

    coverage is restricted to exclude any liability arising, directly or indirectly, out of any fungi, including but not limited to mold, or bacteria on or in a building or structure. This exclusion applies whether or not any other cause, event, material or product contributed in any sequence to the injury or damage.

    coverage is restricted to exclude clean-up costs associated with fungi or bacteria.

The exclusion does not apply to fungi or bacteria intended for consumption, such as mushrooms.

CU 1223 02/02 - Limited Fungi or Bacteria Coverage (Commercial Umbrella Policy)
FG 1192 02/02 - Limited Fungi or Bacteria Coverage (Commercial Excess Follow Form Policy)
FG 2187 02/02 - Limited Fungi or Bacteria Coverage (Commercial Excess Follow Form Occurrence Policy)
XG 1176 02/02 - Limited Fungi or Bacteria Coverage (Commercial Excess Occurrence Policy - Retained Amount Form)

When this endorsement is attached to your policy, coverage is provided by your policy for liability arising, directly or indirectly, out of any fungi, including but not limited to mold, or bacteria on or in a building or structure subject to a specific occurrence and aggregate limit, which is subject to and less than the current policy limits.

WCD 04378
Page 1 of 1
CONFIDENTIAL

WCD 04379

CONFIDEN...

AIC

...rican Alternative Insurance Corporation

Date Issued 12/11/2003

The endorsement forms a part of the Policy to which attached, effective on the inception date of the Policy unless otherwise stated herein. (The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

INSURED         COUNTY OF WILL

Policy No.      EOA2UB000644900     Endorsement Effective         12/03/2003
                                                                  (12:01 A.M.)

                            Countersigned _____
                                          (Authorized Representative)

by AMERICAN ALTERNATIVE INSURANCE CORPORATION

_____

THIS ENDORSEMENT CHANGES THE POLICY,
PLEASE READ IT CAREFULLY.

THIS POLICY IS SUBJECT TO THE FOLLOWING

With respect to:    ☐   COVERAGE A
                    ☒   COVERAGE B
                    ☐   COVERAGE A and COVERAGE B

# ILLINOIS MUNICIPALITY LIABILITY LIMITATION ENDORSEMENT

1.      This policy does not apply to any liability arising out of:

        a.      Riot, civil commotion or mob action, or any act or omission in connection with the
                prevention or suppression of a riot, civil commotion or mob action.

        b.      The failure to adequately supply gas, water, electricity, steam or solar power.

        c.      The ownership, maintenance, operation, or use or entrustment to others of airfields,
                runway, hangars, buildings, or other properties in connection with any aviation activities
                or airports.

        d.      The operation of the principles of eminent domain, condemnation proceedings, or inverse
                condemnation, by whatever named called, whether such liability accrues directly against
                the insured or by virtue of any agreement entered by or on behalf of the insured.

        e.      Buildings on the site of a proposed housing project at the time of its acquisition by a
                housing authority.

WCD 04380

CONFIDENTIAL

# ILLINOIS MUNICIPALITY LIABILITY LIMITATION ENDORSEMENT (Continued)

f.   Bodily injury arising out of the use of trampoline or other rebounding equipment.

g.   Injury sustained by any person while practicing for, or participating in or officiating at, any athletic contest or exhibition.

h.   Any liability arising out of:

(a)   The actual or threatened or alleged physical or mental abuse or molestation by anyone of any person while in the care, custody or control of any insured; or

(b)   The negligent

(i)    employment
(ii)   investigation
(iii)  supervision
(iv)   reporting to the proper authorities, or failure to so report; or
(v)    retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by h(a) above.

i.   Any liability arising out of the rupture, bursting, overtopping, accidental discharge or partial or complete structural failure of any dam. "Dam" means any artificial barrier including levees, together with appurtenant works, which does or may impound or divert water.

j.   Any liability arising out of the operation or ownership of a penal facility, except with respect to temporary holding facilities.

k.   Any liability arising out of:

(a)   Hospital or clinic malpractice

(b)   The rendering of or failure to render:

1.   Medical, surgical, dental, x-ray or nursing service or treatment, or the furnishing of food or beverages in connection therewith;

2.   Any service or treatment conductive to health or of a professional nature;

WCD 04381

CONFIDENTIAL

# ILLINOIS MUNICIPALITY LIABILITY LIMITATION ENDORSEMENT
## (Continued)

(c)    The furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances; or

(d)    Any service by any person as a member of a formal accreditation or similar professional board or committee of the insured, or as a person charged with the duty of executing directives of any such board or committee.

(e)    Any blood product handled or distributed by the insured or reliance upon any representation or warranty made at any time with respect to blood products.

This exclusion does not apply to Incidental Medical Malpractice.

Incidental Medical Malpractice means injury arising out of emergency professional medical services rendered or which should have been rendered to any person or persons (other than employees of the insured during the course of their employment or persons while performing a service on a volunteer basis for the insured while under the Named insured's direction or control) during the Policy Period by any duly certified emergency medical technician or paramedic who is employed by or acting on behalf of the insured's behalf to provide such services.

l.    any liability arising out of any transit authority, transit system or public transportation system owned or operated by the insured, but this exclusion does not apply to public bus transportation systems or any transit system operating over non-fixed routes, including dial-a-ride, senior citizen transportation, or handicapped transportation.

m.    Any liability for punitive or exemplary damages, in whatever form assessed, except we shall have the duty to defend any suit against the insured seeking both compensatory and punitive or exemplary damages, with respect to such insurance as is afforded by this policy, but we shall not be obligated to pay any punitive or exemplary damages.

All Other Terms and Conditions Remain Unchanged.

WCD 04382

CONFIDENTIAL