

# Essex Insurance Company

MARKEL



PLAINTIFF'S EXHIBIT

K part 1

## EXCESS LIABILITY POLICY
## DECLARATIONS

Policy Number :  XO-NJ-1822-03          Previous Policy Number:  NEW

| | |
|---|---|
| **Item 1.** Named Insured and Mailing Address: | Producers Name and Address: |
| County of Will, IL<br>(and as more fully described in the Controlling<br>Underlying Insurance Policy)<br>302 North Chicago Street<br>Joliet, IL 60432 | Stewart Smith Mid America, Inc.<br>30 South Wacker Drive, Suite 2806<br>Chicago, IL 60606<br><br>Producer Number:      0066A |

**Policy Period**    From:    December 1, 2003  To:    December 1, 2004
12:01 A.M. Standard Time At The Address Of The Insured Shown Above

Retroactive Date:  (This policy's inception date applies unless otherwise noted here)    N/A

**Item 2.** Policy Premium Excluding Terrorism:    $160,000    Flat Premium:   X   or  Adjustable Premium: __
(check flat or adjustable)
Rate:              Per:              Basis :

Additional Premium Including Terrorism:  Rejected by Insured

Deposit and Total Premium Charge:    $160,000    Policy Minimum Premium:   25%

**Item 3.**  Policy Limit:
a. Limits of Liability              $5,000,000          Each Occurrence
                                            $5,000,000          Annual Aggregate (where applicable)

b. which is part of              N/A                  Each Occurrence/ Aggregate

**Item 4.**   Schedule of Underlying Insurance:

Controlling Underlying Insurance Policy:              Underlying Limits of Liability:
(Insurer, Policy Number, Policy Period)

American Alternative              $5,000,000          Each Occurrence
(as per policy on file with company)     $5,000,000          Aggregate (as applicable)
December 1, 2003  to  December 1, 2004
Coverage: Umbrella Liability

FEB 25 2004
SURPLUS LINE ASSOCIATION OF ILLINOIS

**Item 5.**    Forms and Endorsements attached to this policy at time of issuance:

See Schedule of Forms and Endorsements attached (MEU-1002-0895)

CONFIDENTIAL

Date Issued: 12/15/03 11:34 AM
dln                                          by _____
                                                      Authorized Representative

NOTICE TO POLICYHOLDERS: This contract is
issued pursuant to Section 445 of the Illinois
Insurance Code, by a company not authorized
and licensed to transact business in Illinois
and as such is not covered by the Illinois

Insured Copy

WCD 04616

SURPLUS LINE TAX $5,600.0
FIRE MARSHALL TAX
ASSOCIATION STAMPING FEE $1,480

 Essex Insurance Company

**MARKEL**

| Policy Number: | Effective Date: | Named Insured: |
|---|---|---|
| XO-NJ-1822-03 | 12/1/03 | County of Will, IL |

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Endorsement Number | Endorsement Title | Form Number |
|---|---|---|
| | Policy Jacket | MEU-2000-0100 |
| | Policy Declarations Page | MEU-2001-0895 |
| 1 | Schedule of Forms and Endorsements | MEU-1002-0895 |
| 2 | Mold Exclusion | MEU-5425-1001 |
| 3 | Exclusion - Year 2000 | MEU-5409-0398 |
| 4 | Care, Custody or Control Exclusion | MEU-5070-0895 |
| 5 | Punitive Damages Exclusion | MEU-5260-0895 |
| 6 | Cross Suits Exclusion | MEU-5419-1200 |
| 7 | Lead Contamination Exclusion | MEU-5093-0895 |
| 8 | Breach of Contract Exclusion | MEU-5415-1199 |
| 9 | Municipal Amendatory Endorsement | MEU-5414-1099 |
| 10 | Designated Operations Exclusion | MEU-5410-0598 |
| 11 | Designated Professional Liability Exclusion | MEU-5210-0895 |
| | No-Drop Down Provision | MEU-7069-0501 |

Insured Copy

MEU-1002-0895

CONFIDENTIAL

 Essex Insurance Company

# ENDORSEMENT 1

** Complete the items below if the endorsement is not issued as part of the policy at the inception date of the policy issued, or not shown as forming part of the policy on the Declarations page, or Schedule of Endorsement.

| Policy Number: | Effective Date: | Named Insured: |
|---|---|---|
| | | |

## MOLD EXCLUSION

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

In consideration of the premium charged it is hereby understood and agreed that this policy shall not apply to "ultimate net loss" arising out of and/or contributed in any way by and/or resulting from:

1) "Bodily injury," "property damage" and/or "personal and advertising injury" which would not have occurred in whole or in part but for the actual, alleged or threatened contact with, exposure to, or inhalation, ingestion, absorption, discharge, dispersal, seepage, migration, release, escape, presence, growth or reproduction of "mold."

2) Costs and expenses to investigate or defend any claim or "suit" or payment of any fine or penalty for 1. above.

3) Any loss, cost, expense, fine or penalty arising out of any:

   (a) Claim, "suit," request, demand, order or statutory or regulatory requirement than any insured or others test for, monitor, clean up, remove, abate, mitigate, remediate, dispose of, contain, treat, detoxify or neutralize, or in any way respond to, or assess the concentration or effects of "mold," or

   (b) Claim or "suit" for damages because of testing for, monitoring, cleaning up, removing, abating, mitigating, remediating, disposing of, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the concentration or effects of "mold."

MEU-5425-1001

 CONFIDENTIAL



# Essex Insurance Company

## ENDORSEMENT 2

\*\* Complete the items below if this endorsement is not attached part of the policy as of the inception date of the policy issued, or not shown as forming part of the policy on the Declaration page, or Schedule of Endorsement.

| Policy Number: | Effective Date: | Named Insured: | |
|---|---|---|---|
| | | | |
| | | | |

## EXCLUSION - YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS

This policy shall not apply to "Ultimate Net Loss" arising directly or indirectly out of:

1. Any actual or alleged failure, malfunction or inadequacy of:

    a. Any of the following, whether belonging to any insured or to others:

        (1) Computer hardware, including microprocessors;
        (2) Computer application software;
        (3) Computer operating systems and related software;
        (4) Computer networks;
        (5) Microprocessors (computer chips) not part of any computer system; or
        (6) Any other computerized or electronic equipment or components; or

    b. Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in part 1. above

    due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

2. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph 1. above.

Insured Copy

MEU-5409-0398

☐ CONFIDENTIAL

 **Essex Insurance Company**

MARKEL

## ENDORSEMENT    3

** Complete the items below if this endorsement is not issued as part of the policy at of the inception date of the policy issued, or not shown as forming part of the policy on the Declarations page, or Schedule of Endorsement.

| Policy Number: | Effective Date: | Named Insured: |
|----------------|-----------------|----------------|
|                |                 |                |
|                |                 |                |

## CARE, CUSTODY OR CONTROL EXCLUSION

This policy shall not apply to "Ultimate Net Loss" arising out of property damage to:

1.   Property rented to, leased to, occupied by, used by, or owned by any Insured;

2.   Property loaned to any Insured; or

3.   Property in the care, custody, or control of any Insured, or for which any Insured is for any purpose exercising physical control.

Insured Copy

MEU-5070-0895

CONFIDENTIAL



Essex Insurance Company

## ENDORSEMENT 4

** Complete the items below if this endorsement is not issued as part of the policy as of the inception date of the policy issued, or not thereon as forming part of the policy on the Declarations page, or Schedule of Endorsements.

| Policy Number: | Effective Date: | Named Insured: |
|---|---|---|
| | | |
| | | |

### PUNITIVE DAMAGES EXCLUSION

This policy shall not apply to Ultimate Net Loss arising out of any punitive damages, exemplary damages, treble damages, or any damages resulting from the multiplication of compensatory damages, including any other fines or penalties.

Insured Copy

MEU-5260-0895

CONFIDENTIAL



## Essex Insurance Company

**MARKEL**

### ENDORSEMENT   5

** Complete the items below if this endorsement is not issued as part of the policy as of the inception date of the policy issued, or not a brower as format part of the policy on the Declarations page, or Schedule of Endorsements

| Policy Number: | Effective Date: | Named Insured: |
|---|---|---|
|  |  |  |
|  |  |  |

### CROSS SUITS EXCLUSION

This policy shall not apply to "Ultimate Net Loss" arising out of or caused by any Named Insured covered  by this policy initiating causes of action or allegations against any other Named Insured covered by this policy.

Insured Copy

CONFIDENTIAL



Essex Insurance Company

# ENDORSEMENT 6

** Complete the items below if this endorsement is not issued as part of the policy as of the inception date of the policy issued, is not shown as forming part of the policy on the Declarations page, or Schedule of Endorsements.

| Policy Number: | Effective Date: | Named Insured: |
|---|---|---|
| | | |
| | | |

## LEAD CONTAMINATION EXCLUSION

This policy shall not apply to "Ultimate Net Loss" arising out of or in connection with:

a  "Bodily Injury", "Property Damage", "Personal Injury" and or "Advertising Injury", arising out of the ingestion, inhalation, absorption or otherwise arising from any form of lead;

b  arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of lead; or

c  arising out of any "claim" or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead.

Insured Copy

MEU-5093-0895

 CONFIDENTIAL

 Essex Insurance Company

## ENDORSEMENT 7

** Complete the items below if this endorsement is not issued as part of the policy as of the inception date of the policy issued, or not shown as forming part of the policy on the Declarations page, or Schedule of Endorsements

| Policy Number: | Effective Date: | Named Insured: |
|---|---|---|
|  |  |  |
|  |  |  |

## BREACH OF CONTRACT EXCLUSION

In consideration of the premium charged it is hereby understood and agreed that this insurance does not apply to the ultimate net loss arising out of, or contributed in any way by, any Breach of Contract whether express or oral, nor for any Breach of an implied in law or implied in fact contract.

It further understood and agreed that Section II, Defense and Supplementary Payments, Coverage A and B, pages 9 and 10 of 25, of form number MEU-1000-0895 shall not apply to any cost or expense arising out of, or contributed in any way by, any Breach of Contract whether express or oral, nor for any Breach of an implied in law or implied in fact contract.

This entire exclusion shall also apply to any additional Insureds under this policy.

Insured Copy

MEU-5415-1199

CONFIDENTIAL



**Essex Insurance Company**

## ENDORSEMENT 8

** Complete the Items below if this endorsement is not issued as part of the policy as of the inception date of the policy issued, or not shown as a forming part of the policy on the Declarations page, or Schedule of Endorsements.

| Policy Number: | Effective Date: | Named Insured: |
|---|---|---|
| | | |

### MUNICIPAL AMENDATORY ENDORSEMENT

This insurance is modified by the following provisions:

1.  This insurance does not apply to any liability arising out of:

    a.  Riot, civil commotion or mob action, or any act or omission in connection with the prevention or suppression of a riot, civil commotion or mob action.

    b.  The failure to adequately supply gas, water, electricity, steam or solar power;

    c.  The ownership, maintenance, operation, or use or entrustment to others of airfields, runways, hangers, buildings or other properties in connection with any aviation activities or airports;

    d.  The operation of the principles of eminent domain, condemnation proceedings, or inverse condemnation, by whatever name called, whether such liability accrues directly against the insured or by virtue of any agreement entered by or on behalf of the insured;

    e.  Bodily injury or personal injury to any volunteer firemen, whether or not members of the insured's organization while in the course of their duties as such; or

    f.  Buildings on the site of a proposed housing project at the time of its acquisition by a housing authority.

MEU-5414-1099

 CONFIDENTIAL

2.  Except insofar as coverage is available to the insured in valid and collectible underlying insurance as listed in the Schedule of Underlying Insurance, for the full limit shown, and then only for such liability for which coverage is afforded under the underlying insurance, this insurance shall not apply to any liability arising out of:

    a.  Property damage to property (1) leased, rented or occupied by the insured, (2) used by the insured, (3) loaned to the insured, or (4) in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control;

    b.  Property damage arising out of (1) the "explosion hazard", (2) "the collapse hazard" or (3) the "underground property damage hazard" as defined in the underlying Commercial General Liability policy;

    c.  The existence and maintenance of streets, roads, highways, bridges, sidewalks, culverts, parking meters, traffic lights and signs, street benches and decorations, public refuse receptacles, safety zone stanchions, light and telephone poles, trees, water hydrants and alarm boxes, or the ownership, maintenance, operation, use, loading or unloading of "mobile equipment," as defined in the underlying Commercial General Liability policy, maintained by or for the insured for use in connection with the foregoing; or

    d.  Injury sustained by any person while practicing for, or participating in or officiating at, any athletic contest or exhibition

Insured Copy

MEU-5414-1099

LITI CONFIDENTIAL



# Essex Insurance Company

## MARKEL

## ENDORSEMENT   9

** Complete the items below if this endorsement is not issued as part of the policy as of the inception date of the policy issued, or not shown as forming part of the policy on the Declarations page, or Schedule of Endorsements.

| Policy Number: | Effective Date: | Named Insured: |
| --- | --- | --- |
| | | |
| | | |

## DESIGNATED OPERATIONS EXCLUSION

This policy shall not apply to Ultimate Net Loss arising out of the operations shown below.

Description of Operations:

> All Nursing Homes,
> Healthcare,
> Skilled Nursing and
> Rehab Facilities

> Owned, Managed or Run by the County of Will, IL

Insured Copy

[1] CONFIDENTIAL

 Essex Insurance Company

## ENDORSEMENT 10

** Complete the items below if this endorsement is not issued as part of the policy as of the inception date of the policy issued, or not if coverage forming part of the policy on the Declarations page, or Schedule of Endorsements.

| Policy Number: | Effective Date: | Named Insured: |
|---|---|---|
| | | |
| | | |

## DESIGNATED PROFESSIONAL LIABILITY EXCLUSION

This policy shall not apply to Ultimate Net Loss arising out of the rendering of or failure to render the professional services described below by any Insured or by any person for whose acts or omissions any Insured is legally responsible.

Description of Professional Services:

All Medical & Nursing Home Professional Liability

Insured Copy

MEU-5210-0895

 CONFIDENTIAL

 Essex Insurance Company

**MARKEL**

## ENDORSEMENT  11

** Complete the items below if this endorsement is not issued as part of the policy as of the inception date of the policy issued, or not shown as forming part of the policy on the Declarations page, or Schedule of Endorsement.

| Policy Number: | Effective Date: | Named Insured: |
|---|---|---|
|  |  |  |
|  |  |  |

### NO-DROP DOWN PROVISION

It is further understood and agreed that the aggregate limit of liability of any underlying insurance as set forth in Item 4 of the Declarations shall not be reduced by Ultimate Net Loss as respects coverage excluded hereunder. It shall be the insured's sole responsibility to provide other insurance or self-insurance for any impairment of the underlying aggregate limit as a result of the Ultimate Net Loss.

Insured Copy

MEU-7069-0501





ESSEX INSURANCE COMPANY

# EXCESS
# LIABILITY POLICY

# INVESTORS UNDERWRITING MANAGERS, INC.

### A DIVISION OF MARKEL

CONFIDENTIAL

Various provisions of this policy restrict coverage. Read the entire policy carefully to determine rights, duties, and what is and is not covered.

In consideration of the payment of the premium, the Company, in reliance upon the statements in the DECLARATIONS and upon the covenants, warranties, representations and mutual agreements set forth herein and in the DECLARATIONS, and subject to all the terms and conditions of this policy, hereby agrees with the Insured as follows:

## Section A - Insuring Agreements

1. The Company hereby agrees to pay on behalf of the Insured that portion of Ultimate Net Loss in excess of the limits of Underlying Insurance as shown in Item 4. of the Declarations, but only up to an amount not exceeding the Company's Limit of Liability as shown in Item 3. of the Declarations. Except for the Terms, Definitions, Conditions, and Exclusions of this policy, the coverage provided by this policy shall follow the Insuring Agreements, Definitions, Conditions and Exclusions of the Controlling Underlying Insurance Policy as shown in Item 4. of the Declarations.

2. The inclusion or addition hereunder of more than one Insured shall not operate to increase the Company's Limit of Liability beyond that set forth in Item 3. of the Declarations.

3. If an amount is shown in Item 3.b. of the Declarations, it is agreed that the Company's Limit of Liability as shown in Item 3.a. of the Declarations is limited to the Company's quota-share participation for that portion of Ultimate Net Loss as it applies as part the larger Limit of Liability shown in Item 3.b of the Declarations. Under no circumstance will the Company's Limit of Liability exceed the policy limits shown under Item 3.a of the Declarations.

## Section B - Definitions

1. Each Annual Period.
   The term "Each Annual Period" shall mean each consecutive period of one year commencing from the inception date of this policy.

2. Ultimate Net Loss.
   The term "Ultimate Net Loss" shall mean the amount payable in settlement of the liability of the Insured after making deductions for all recoveries and for other valid and collectible insurance, excepting however the policy(ies) of the Underlying Insurer(s). Ultimate Net Loss shall exclude all interest accruing after entry of judgment, costs and expenses, except with the consent of the Company.

3. Underlying Insurance.
   The term "Underlying Insurance" shall mean the policy or policies listed in Item 4. of the Declarations.

CONFIDENTIAL

## Section C - Conditions

1. Changes
   The Company shall be promptly notified of any coverage or limit change(s) made to the Underlying Insurance after the inception date of this policy

2. Premium.
   The Insured shall pay premium to the Company as specified in the Declarations.

   Upon expiration of this policy or its termination during the policy period, the earned premium shall be computed as follows. If the earned premium thus computed is more than the advanced premium paid, the Insured shall immediately pay the excess to the Company; if less, the Company shall return the difference to the Insured, but the Company shall receive and retain the Policy Minimum Premium.

3. Duties in the Event of Accident, Occurrence, Claim or Suit.
   You must see to it that we or our authorized representative and your underlying insurers:

   a. are notified as soon as practicable of any accident or occurrence which may result in a claim - if the claim may involve this policy or any underlying insurance;

   b. receive notice of the claim or suit as soon as practicable. Notice shall include:

      1) How, when and where the accident or occurrence took place;
      2) The Insured's name and address;
      3) The names and addresses of any injured persons and witnesses; and
      4) The nature and location of any injury or damage arising out of the accident or occurrence

   c. are assisted, upon our request, in the enforcement of any right against any person or organization which may be liable to you or any other Insured because of injury or damage to which this insurance may apply; and

   d. receive the Insured's full cooperation in the investigation, adjustment, settlement or defense of any claim or suit.

   In addition, it is a requirement of this policy that:

   a. the Insured not make any admission of liability;

   b. no Insured will, except at their own cost , voluntarily make a payment, assume any obligation, or incur any expense other than for first aid without our written consent;

   c. that you immediately send us copies of any demands, notices, summonses or legal paper received in connection with a claim or suit involving you or any other Insured.

4. Defense.
   The Company shall not be called upon to assume charge of the investigation, settlement or defense of any claim made, or suit brought, or proceeding instituted against the Insured, but shall have the right and be given the opportunity to be associated in the defense and trial of any such claim, suit or proceeding relative to any occurrence which, in the opinion of the Company, may create liability on the part of the Company under the terms of this policy. If the Company avails itself of such right and opportunity the Company shall do so at its own expense.

   Court costs and interest, if incurred with the consent of the Company, shall be borne by the Company and other interested parties in the proportion that each party's share of the Ultimate Net Loss bears to the total amount of Ultimate Net Loss sustained by all interested parties.


CONFIDENTIAL

5. Cancellation

This policy may be canceled by the Named Insured by surrender thereof to the Company or by mailing to the Company written notice stating when thereafter the cancellation shall be effective. This policy may be canceled by the Company by mailing to the Named Insured at the address shown in this policy written notice stating when not less than ten (10) days for non-payment of the premium or thirty (30) days for other than non-payment of the premium thereafter such cancellation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The time of the surrender or the effective date and hour of cancellation stated in the notice shall become the end of the policy period. Delivery of such written notice, either by the Named Insured or by the Company, shall be equivalent to mailing.

The Insured first named in the Declarations is authorized to act on behalf of all Named Insureds and other Insureds with respect to the giving and receiving of notice of cancellation and to the receiving of any return premium that may become payable under this policy.

If the Named Insured cancels, earned premium shall be computed in accordance with the short rate table and procedure in use for this policy. If the Company cancels, earned premium shall be computed pro rata. Premium adjustment may be made either at the time cancellation is effected or as soon as practicable after cancellation becomes effective, but payment or tender of unearned premium is not a condition of cancellation. In the event of cancellation by the Named Insured, earned premium shall in no case be less than the Policy Minimum Premium stated in the Declarations.

6. Maintenance of Underlying Insurance

The limits of the Underlying Insurance shall be maintained in full effect during the currency of this policy except for reduction of such limits by exhaustion of aggregate limits (if any) contained therein by paying or by having been held liable to pay for damages for accident(s) or occurrence(s), whichever is applicable, during Each Annual Period of this policy. Failure of the Insured to comply with the foregoing shall not invalidate this policy, but in the event of such failure, the Company shall be liable only to the extent that it would have been held liable had the Insured complied therewith. In the event of the Insolvency of the Underlying Insurer, the Company shall only be liable to the same extent as it would have been liable had the limits of the Underlying Insurance been maintained and were fully collectible.

## Section D - Exclusions

This policy shall not apply:

1. To "Ultimate Net Loss":

    a. arising out of or contributed to in any way by the actual, alleged or threatened discharge, dispersal, release, migration, escape, or seepage of pollutants; or

    b. any loss, cost or expense arising out of any:

        1) request, demand or order that any Insured or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of pollutants; or

        2) claim or suit whether by or on behalf of any governmental authority or any other entity for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing, or in any way responding to, or assessing the effects of pollutants.

    As used in this exclusion, pollutants means any solid, liquid, gaseous, or thermal irritant or contaminant including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Waste includes materials to be recycled, reconditioned, reclaimed or disposed of.

CONFIDENTIAL

2. To "Ultimate Net Loss" arising out of or in connection with:

   a. asbestos or asbestos-related material(s), regardless of whether used, manufactured, sold, handled, maintained, repaired, removed, disposed of, transported, distributed, installed by, or in any way connected with the Insured; or

   b. the existence of asbestos, in any goods, products, materials, storage devices, containers, wrappings, packaging, warehouses, buildings, or other structures of any kind, or any part thereof; or

   c. any goods or products which are damaged, contaminated, or otherwise affected by asbestos or any asbestos-related material(s); or

   d. asbestos abatement activities, including clean-up, repair, or any other corrective measures which are occasioned by the existence of asbestos in any land, soil, water or watercourses, the atmosphere and/or building(s), whether voluntarily undertaken or required by any governmental body or other entity to eliminate asbestos; or

   e. Any supervision, instructions, recommendations, warnings, or advice given or which should have been given, and any obligation to share damages with or repay someone else who must pay damages in connection with a., b., c., or d. above.

3. To "Ultimate Net Loss" arising out of any claim or claims made by or against the Insured with respect to any uninsured/underinsured motorist or automobile no fault or first party personal injury law.

4. To "Ultimate Net Loss" arising out of the Employee Retirement Income Security Act of 1974 (ERISA) as now or hereafter amended or any similar state or other governmental law.

5. To "Ultimate Net Loss" arising out of or that results from any consequence, direct or indirect, due to war, whether or not declared, or an act or condition incident to war. War includes invasion, act of a foreign enemy, hostilities, civil war, insurrection, rebellion, military or usurped power, strike, riot, civil commotion, revolution, or acts of terrorism.

6. To "Ultimate Net Loss":

   a. with respect to which an Insured under this policy is also an insured under a nuclear energy liability policy issued by Nuclear Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   b. arising out of "hazardous properties" of "nuclear material" and with respect to which:

      1) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or
      2) the Insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   c. Arising out of "hazardous properties" of "nuclear material" if:

      1) the "nuclear material"

         a) is at any "nuclear facility" owned by, or operated by or on behalf of an Insured, or
         b) has been discharged or dispersed therefrom;

      2) the "nuclear material" is contained in "spent fuel" or "waste" at any time processed, handled, used, possessed, stored, transported or disposed of by or on behalf of an Insured; or

3) the bodily injury or property damage arising out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any nuclear facility, but if any such facility is located within the United States of America, its territories or possessions or Canada, this exclusion 3) applies only to Property Damage to such nuclear facility any property thereat.

As used in this exclusion:

"hazardous properties" include radioactive, toxic or explosive properties;

"nuclear material" means "source material," "special nuclear material" or "byproduct material";

"source material," "special nuclear material," and "byproduct material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a nuclear reactor;

"waste" means any waste material
    a)   containing byproduct material, and
    b)   resulting from the operation by any person or organization of any nuclear facility included within the definition of nuclear facility under paragraph a) or b) below;

"nuclear facility" means

    a)   any nuclear reactor;
    b)   any equipment or device designed or used for:

        1)   separating the isotopes of uranium or plutonium,
        2)   processing or utilizing spent fuel, or
        3)   handling, processing or packaging "waste",

    c)   any equipment or device used for the processing, fabricating, or alloying of special nuclear material if at any time the total amount of such material in the custody of the Insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

    d)   any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property Damage" includes all forms of radioactive contamination of property.

CONFIDENTIAL

## Service Of Suit

Except with respect to Policies issued for Named Insureds domiciled in Illinois, it is agreed that in the event of the failure of the Company hereon to pay any amount claimed to be due hereunder, the Company hereon, at the request of the Named Insured will submit to the jurisdiction of any court of competent jurisdiction within the United States and will comply with all requirements necessary to give such court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such court. Nothing in this Clause constitutes nor shall be understood to constitute a waiver of the Company's right to commence an action in any court of competent jurisdiction in the United States, to remove an action to United States District Court or to seek a transfer of a case to another court, as permitted by the laws of the United States or of any State in the United States. It is further agreed that service of process in such suit may be made upon Lord, Bissell & Brook, 115 S. LaSalle, Chicago, Illinois 60603 and that in any suit instituted against them upon this contract, the Company will abide by the final decision of such court or of any appellate court in the event of an appeal.

The above named are authorized and directed to accept service of process on behalf of the Company in any such suit and/or upon the request of the Named Insured that they will enter a general appearance upon the Company's behalf in the event such a suit shall be instituted.

Further, pursuant to any statute of any state, territory, or district of the United States which makes provision therefor, the Company hereon hereby designates the Superintendent, Commissioner, or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as their true and lawful attorney, upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Named Insured or any beneficiary hereunder arising out of this contract of insurance, and hereby designates the above named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

IN WITNESS WHEREOF, the Company has caused this policy to be signed by its President and Secretary, but this policy shall not be valid unless countersigned on the Declarations page by a duly authorized representative of the Company.

_Gregory B. Nevers_

Secretary

_Stephen J. Vaccaro Jr._

President

CONFIDENTIAL

3 of 62 DOCUMENTS

Copyright 2007 A.M. Best Company, Inc
Best's Company Reports
October 2, 2007

## THE TRAVELERS INDEMNITY COMPANY

Business Address: One Tower Square, Hartford, Connecticut, United States 06183
URL: http://www.travelers.com
Tel: 860-277-0111
Fax: 860-277-7002
Group Affiliation: Travelers Insurance Companies

AMB#: 02520
FEIN#: 06-0566050
NAIC#: 25658

Industry Type

BEST'S RATING

Based on our opinion of the consolidated Financial Strength of the property/casualty members of Travelers Insurance Companies, which operate under a group structure, each group member is assigned a Best's Rating of A+ (Superior) The company is assigned the Financial Size Category of Class XV, which is the Financial Size Category of the group.

RATING RATIONALE

The following text is derived from the report of Travelers Insurance Companies.

Rating Rationale: On February 26, 2007, The St. Paul Travelers Companies, Inc. changed its name to The Travelers Companies, Inc. As a result, A.M. Best Company changed the rating unit name of St. Paul Travelers Insurance Companies to Travelers Insurance Companies.

The rating of Travelers Insurance Companies applies to the group's 35 pool members, led by the Travelers Indemnity Company, and nine reinsured affiliates. The rating is based on the consolidated operating performance and financial condition of these domestic companies as well as seven other separately rated domestic affiliates within the Travelers group of companies.

The rating reflects Travelers Insurance Companies' strong risk-adjusted capitalization, superior earnings power, dominant market profile in commercial and personal lines and quality management team. The rating also acknowledges the group's continuing strategic focus on profitability, emphasizing both underwriting and financial discipline, diligent risk management as well as superior technology, which has improved its underwriting effectiveness and ability to service its agents and customers. In addition, the rating considers the benefits that have been derived through the integration of the former St. Paul's and Travelers' operations. The rating also recognizes Travelers' significant earnings in 2005 -- despite sizable catastrophe losses and asbestos reserve development -- and particularly in 2006, which have substantially increased the group's statutory surplus. Concurrent with modest changes in net premiums written, loss reserves, and ceded reinsurance, underwriting leverage measures have substantially improved. The rating also considers the financial flexibility provided by the parent, The Travelers Companies, Inc., which has ready access to the capital

EXHIBIT
4

markets. In 2005 and 2006, Travelers Companies, Inc. expects to continue repurchasing shares of its common stock. The holding company's liquidity is significant with $1.4 billion of liquid funds held at year-end 2006. A.M. Best believes the holding company will maintain liquid funds in excess of $1.0 billion in 2007. The Travelers Companies, Inc.'s debt-to-total capital of 18.9% at year-end 2006, which is within acceptable levels for the current rating, should be relatively unaffected during 2007.

Travelers possesses significant market share, ranking second in the U.S. in commercial lines as well as in personal lines agency companies, with approximately 6.0% and 8.1% market shares, respectively, based on 2006 direct premiums written. The combining of the former St. Paul's and Traveler's operations has also resulted in greater geographic spread and diversification of business, with the Travelers' presence being particularly strong in the Northeast and East Coast and St. Paul in the Midwest and South. Management has recently implemented a new field structure that has included the creation of 14 regional president positions. This initiative is expected to result in more effective management at the local level, develop a stronger partnership with business heads, and instill greater internal responsibility and accountability for franchise success.

Offsetting these positive factors has been volatility of Travelers' asbestos and environmental (A&E) reserves prior to 2006, although A.M. Best acknowledges that in 2005 and 2006, overall commercial lines reserves excluding A&E appear to have stabilized, while significant redundancies have occurred in personal lines reserves. Furthermore, being among the largest commercial insurers and national property writers, Travelers has significant exposure to potential terrorist-related losses and natural catastrophes, although it has comprehensive and active programs in place to manage its spread of risk and limit its exposure to a single event.

Over the past two years, Travelers as well as other insurers and brokers have received subpoenas and other information requests from regulators and attorneys general in a number of states relating to certain business practices. Moreover, since July 2004, the group has received inquiries from the Securities and Exchange Commission regarding certain reserve adjustments totaling $1.6 billion recorded by Travelers in the second quarter of 2004, as well as the April 2004 merger between St. Paul and Travelers. Despite these factors, A.M. Best considers the group favorably positioned and sufficiently well-capitalized to absorb the above challenges and those posed by the recent softening in property / casualty markets.

Best's Rating: A+ g                                                                 Outlook : Stable

## FIVE YEAR RATING HISTORY

|          | Best's   |
|----------|----------|
| Date     | Rating   |
| 06/18/07 | A+ g     |
| 05/30/06 | A+ g     |
| 07/13/05 | A+ g     |
| 04/18/05 | A+ p     |
| 01/31/05 | A+ pu    |
| 07/23/04 | A+ p     |
| 04/02/04 | A+ p     |
| 11/17/03 | A++pu    |
| 06/20/03 | A++p     |
| 01/14/03 | A++p     |

## KEY FINANCIAL INDICATORS

Statutory Data ($000)

| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income |
|---|---|---|---|
| 2002 | 2,421,606 | 2,955,111 | -438,154 |
| 2003 | 2,636,257 | 3,380,357 | 528,365 |
| 2004 | 2,313,126 | 3,614,666 | 1,067,197 |
| 2005 | 1,940,776 | 3,860,130 | 967,882 |
| 2006 | 1,946,736 | 3,727,759 | 1,543,875 |
| 06/2006 | 1,008,032 | 1,831,592 | 562,446 |
| 06/2007 | 947,551 | 1,917,276 | 552,240 |

Statutory Data ($000)

| Period Ending | Net Income | Total Admitted Assets | Policy-holders' Surplus |
|---|---|---|---|
| 2002 | -403,326 | 13,766,079 | 4,046,303 |
| 2003 | 626,284 | 15,087,496 | 4,598,958 |
| 2004 | 935,213 | 15,670,111 | 4,639,342 |
| 2005 | 736,370 | 18,281,125 | 5,940,310 |
| 2006 | 1,336,352 | 19,419,087 | 7,401,516 |
| 06/2006 | 440,806 | 18,898,895 | 6,666,879 |
| 06/2007 | 493,708 | 19,594,095 | 7,436,123 |

| Period Ending | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv. Lev | NPW to PHS | Net Lev | Overall Liq (%) | Oper. Cash-flow (%) |
|---|---|---|---|---|---|---|---|---|
| 2002 | 128.5 | 4.0 | -16.2 | 47.0 | 0.7 | 3.1 | 142.8 | 113.8 |
| 2003 | 103.5 | 5.2 | 16.5 | 48.4 | 0.7 | 3.0 | 145.4 | 132.1 |
| 2004 | 99.4 | 8.5 | 29.7 | 40.1 | 0.8 | 3.1 | 144.0 | 152.0 |
| 2005 | 102.0 | 7.5 | 26.4 | 26.1 | 0.6 | 2.6 | 154.6 | 137.8 |
| 2006 | 86.9 | 7.1 | 42.1 | 19.6 | 0.5 | 2.1 | 168.4 | 126.2 |
| 5-Yr Avg | 102.7 | 6.6 | 21.8 | ... | ... | ... | ... | ... |
| 06/2006 | 88.1 | XX | 31.4 | XX | 0.6 | 2.3 | 161.3 | 98.5 |
| 06/2007 | 91.0 | XX | 29.4 | XX | 0.5 | 2.1 | 167.8 | 130.1 |

(*) Data reflected within all tables of this report has been compiled from the company-filed statutory statement.
Within several financial tables of this report, this company is compared against the Commercial Casualty Composite.

BUSINESS REVIEW

The following text is derived from the report of Travelers Insurance Companies.

On July 13, 2005, The Travelers Companies, Inc. announced that it had combined the St. Paul and Travelers pools, forming a new pool effective July 1, 2005, retroactive to January 1, 2005, and merged Gulf Insurance Company, the lead company of the former Gulf Insurance Group, with and into The Travelers Indemnity Company, the lead company of the new pool, effective July 1, 2005, retroactive to January 1, 2005.

As a result of a series of affiliated transactions entered into by The Travelers Companies, Inc. in 2007, designed to further consolidate the intercompany pooling agreements of its various subsidiaries, the five remaining members of TNC Insurance Group following the sale of Mendota Insurance Company and Mendakota Insurance Company in April -- Northland Insurance Company, Northfield Insurance Company, Northland Casualty Company, American Equity Specialty Insurance Company and American Equity Insurance Company -- became members of Travelers Insurance Companies, the first four as group members and American Equity Insurance Company, as a reinsured member. Travelers' affiliated transactions were effective October 1, 2007, retroactive to January 1, 2007. Also, effective October 1, 2007, Discover Reinsurance Company was merged with and into Travelers Indemnity Company. As a result, the ratings for TNC Insurance Group and Discover Reinsurance Company were withdrawn.

Travelers Insurance Companies is now comprised of 35 pool participants and nine reinsured affiliates. The rating of Travelers Insurance Companies is based on A.M. Best's consolidation of the operating performance and financial condition of these domestic companies as well as seven other separately rated domestic affiliates within the Travelers group of companies.

Travelers Insurance Companies offers a wide range of commercial and personal property / casualty insurance products and services to businesses, government units, associations and individuals. In addition to independent agencies and brokers, the group utilizes alternate distribution platforms including affinity group marketing, joint marketing and the Internet. The alternative platforms provide Travelers with additional growth opportunities. Principally U.S. oriented, Travelers also provides commercial underwriting service facilities to policyholders abroad.

In August 2006, Travelers announced a realignment of two of its three reportable segments. The former Commercial and Specialty segments were realigned into two new reportable segments: the Business Insurance segment and the Financial, Professional & International Insurance segment. The Personal segment was renamed Personal Insurance. The changes were designed to reflect the manner in which the company's businesses are currently managed and represent an aggregation of the products and services based on type of customer, how the business is marketed, and the manner in which risks are underwritten.

BUSINESS INSURANCE --

The Business Insurance segment, which accounted for approximately 52% of Travelers' total net premiums written in 2006, is organized into six groups, which collectively comprise Business Insurance Core operations. These groups include Select Accounts, Commercial Accounts, National Accounts, Industry--Focused Underwriting, Target Risk Underwriting and Specialized Distribution, each of which focuses on a particular client base. These groups accounted for approximately 24%, 22%, 10%, 20%, 15% and 9% of Travelers' Business Insurance's net premiums written in 2006, respectively.

Select Accounts serves small businesses for property and casualty products, including commercial multi-peril, property, general liability, commercial auto and workers' compensation insurance.

Commercial Accounts serves primarily mid-sized businesses for property and casualty products, including

property, general liability, commercial multi-peril, commercial auto and workers' compensation insurance.

National Accounts comprises three business units, the largest of which provides casualty products and services to large companies, with a particular emphasis on workers' compensation, general liability and automobile liability. National Accounts also includes Discover Re, which provides property and casualty insurance products on an unbundled basis using third-party administrators for insureds who utilize programs such as collateralized deductibles, captive reinsurers and self-insurance. In addition, national accounts includes the commercial residual market business, which primarily offers workers' compensation products and services to the involuntary market.

Industry-Focused Underwriting serves targeted industries with unique combinations of insurance coverage, risk management, claims handling and other services through five business units -- Construction, Technology, Public Sector Services, Oil & Gas and Agribusiness.

-- Construction serves a broad range of construction businesses, offering guaranteed cost products for small to mid-sized policyholders and loss sensitive programs for larger accounts. Products offered include workers' compensation, general liability and commercial auto coverages, and other risk management solutions.

-- Technology serves companies of all sizes involved in telecommunications, information technology, medical technology and electronics manufacturing, offering a well-balanced comprehensive portfolio of products and services. These products include property, commercial auto, general liability, workers' compensation, umbrella, internet liability, technology errors and omissions coverages and global companion products.

-- Public Sector Services markets insurance products and services to public entities including municipalities, counties, Indian Nation gaming and selected special government districts such as water and sewer utilities. The policies written by this unit typically cover property, commercial auto, general liability and errors and omissions exposures.

-- Oil & Gas provides specialized property and liability products and services for customer involved in the exploration and production of oil and natural gas, including operators and drilling contractors, as well as various service and supply companies and manufacturers that support upstream operations. The policies written insure drilling rigs, natural gas facilities, and production and gathering platforms, and cover risks including physical damage, liability and business interruption.

-- Agribusiness serves small to medium-sized agricultural businesses, including farms, ranches, wineries and related operations, offering property and liability coverages other than workers' compensation.

Target Risk Underwriting serves commercial businesses requiring specialized product underwriting, claims handling and risk management services through six business units -- National Property, Inland Marine, Ocean Marine, Excess Casualty, Boiler & Machinery and Global Accounts.

-- National Property serves large and mid-sized customers, including retailers, hospitals, colleges and universities, and owners of industrial parks, office buildings, apartments and amusements parks, covering losses on buildings, business assets and business interruption exposures.

-- Inland Marine provides insurance for goods in transit and movable objects for customers such as jewelers, museums, contractors and the transportation industry. Builders' risk of insurance is also offered to customers during the construction, renovation or repair of buildings and other structures.

-- Ocean Marine serves the marine transportation industry and related services, as well as other business involved in international trade. This unit's product offerings fall under six main coverage categories: marine liability, cargo, hull and machinery, protection and indemnity, pleasure craft, and marine property and liability.

-- Excess Casualty serves small to mid-sized commercial businesses, offering mono-line umbrella and excess

coverage where it does not write the primary casualty coverage, or where other business units within Travelers prefer to outsource the underwriting of umbrella and excess business based on the expertise and/or limit capacity of Excess Casualty.

-- Boiler & Machinery serves customers ranging form small commercial firms to Fortune 100 companies, offering comprehensive breakdown coverages for equipment, including property and business interruption coverages. Through the BoilerRe unit, Boiler & Machinery also serves other property / casualty carriers that do not have in-house expertise with reinsurance, underwriting, engineering, claims handling and risk management services for this type of coverage.

-- Global Accounts provides insurance to U.S. companies with foreign property and liability exposures ("home-foreign"), and foreign organizations with property and liability exposures in the U.S. ("reverse-flow"), as part of a global program.

Specialized Distribution markets and underwrites their products through three business units to customers predominantly through licensed wholesale, general and program agents that manage customers' unique insurance requirements. These business units include Northland, National Programs and Underwriting Facilities.

-- Northland provides insurance coverage for the commercial transportation industry, and commercial liability and package policies for small difficult to place specialty classes of commercial business on an admitted or excess and surplus lines basis.

-- National Programs offers tailored property / casualty programs on an admitted basis for customers with common risk characteristics or coverage requirements. Programs available include entertainment, architects and engineers, equipment rental and golf services.

-- Underwriting Facilities serves small commercial businesses, offering general liability, property and commercial auto physical damage coverages on an admitted or excess and surplus lines basis.

The Business Insurance segment also includes the Special Liability Group (which manages Travelers' asbestos and environmental liabilities); the assumed reinsurance, health care, and certain international and other runoff operations; policies written by Travelers' Gulf operation, which was placed into runoff during the second quarter of 2005, and Travelers Personal Catastrophe Risk operation, which was sold in November 2005. These operations are collectively referred to as Business Insurance Other and accounted for approximately 0.2% Travelers' Business Insurance net premiums written in 2006.

Business Insurance distributes its products through approximately 7,100 independent agents and brokers located throughout the U.S. that are serviced by approximately 90 field offices and three customer service centers. In recent years, the Business Insurance segment has made significant investments in enhanced technology utilizing internet-based applications to provide real-time interface capabilities with independent agents and brokers. Business Insurance has developed underwriting and pricing methodology that incorporates underwriting, claims, engineering, actuarial and product development disciplines for particular industries. This approach is designed to maintain high quality underwriting and pricing discipline.

FINANCIAL, PROFESSIONAL & INTERNATIONAL INSURANCE --

The Financial, Professional & International Insurance segment, which accounted for approximately 16% of Travelers' total net premiums written in 2006, includes surety and financial liability coverages, which require a primarily credit-based underwriting process, as well as property / casualty products that are primarily marketed on an international basis. The segment includes two groups: Bond & Financial Products and International and Lloyd's, which accounted for approximately 67% and 33% of Travelers' Financial, Professional & International Insurance's net premiums written in 2006.

Best's Company Reports, 10/2/07, THE TRAVELERS INDEMNITY COMPANY

Bond & Financial Products provides a wide range of customers with bond and insurance products and risk management services. The range of coverages includes surety and fidelity bonds for construction and general commercial enterprises, professional liability and management liability for public corporations, private companies and not-for-profit organizations for losses caused by negligence or misconduct of named directors and officers; professional liability for a variety of professionals, such as lawyers, design professionals and real estate agents for liability from errors and omissions committed in the course of professional conduct or practice, and a full range of property, auto, liability, fidelity and professional / management liability insurance for financial institutions. Bond & Financial Products distributes the majority of its products in the U.S. through approximately 6,400 of the same independent agencies and brokers that distribute the Business Insurance segment's products. These brokers and independent agencies are located throughout the U.S. Bond & Financial Products, in conjunction with the Business Insurance segment, is making significant investments in enhanced technology utilizing internet-based applications to provide real-time interface capabilities with its independent agents and brokers.

International and Lloyd's includes coverages marketed to and underwritten for several customer groups within the United Kingdom, Canada and the Republic of Ireland and business written as a Corporate Member at Lloyd's. International offers specialized insurance and risk management services to several customer groups, including those in technology, public services, and financial and professional services industry sectors. International primarily underwrites employers' liability (similar to workers' compensation in the U.S.), public and product liability (the equivalent of general liability), professional indemnity (similar to professional liability coverage), motor (similar to automobile coverage in the U.S.) and property exposures. Travelers underwrites four principal lines of business -- aviation, marine, global property, and accident and special risks -- through its Lloyd's syndicate (Syndicate 5000), for which Travelers provides 100% of the capital. The International and Lloyd's market distributes its products through brokers in the domestic markets of each of the three countries in which it operates, the United Kingdom, Canada and the Republic of Ireland. It also writes business at Lloyd's, where its products are distributed through Lloyd's wholesale and retail brokers. By virtue of Lloyd's worldwide licenses, Financial Professional & International Insurance has access to international markets around the world.

The Financial, Professional & International Insurance segment has developed an underwriting and pricing methodology that incorporates disciplines similar to those of the Business Insurance segment. The approach also is designed to maintain high quality underwriting and pricing discipline.

PERSONAL INSURANCE --

Personal Insurance, which accounted for approximately 32% of Travelers' total net premiums written in 2006, writes virtually all types of property / casualty insurance covering personal risks. The primary coverages in Personal Insurance are automobile and homeowners insurance sold to individuals. In 2006, personal automobile business represented approximately 55% of Personal Insurance's net premiums written; homeowners and other approximately 45%. The products are distributed through independent agents, sponsoring organizations such as employee and affinity groups, and joint marketing arrangements with other insurers.

Personal Insurance products are distributed primarily through approximately 8,700 independent agents located throughout the U.S., supported by personnel in eleven marketing regions, three single state companies and six service centers. While the principal markets for Personal Insurance's insurance products are in states along the East Coast, in the South and Texas, Personal Insurance is expanding it geographic presence across the U.S.

Personal Insurance operates four single state companies -- The Premier Insurance Company of Massachusetts in Massachusetts; First Trenton Indemnity Company and Travelers Auto Insurance Co. of New Jersey in New Jersey; and First Floridian Auto & Home Insurance Company in Florida with products marketed primarily through independent agents. These states represented approximately 19% of Personal Insurance direct written premiums in 2006. The companies were established to manage complex markets in Massachusetts and New Jersey and property catastrophe exposure in Florida. Each company has dedicated resources in underwriting, claim, finance, legal and service functions.

Personal Insurance uses a consistent operating model with agents outside of the single state companies that provides technological alternatives to agents to maximize their ease of doing business. Personal Insurance agents quote and issue approximately 99% of Personal Insurance's policies directly from their agencies by leveraging either their own agency management system or using Personal Insurance's proprietary quote and issuance systems which allows agents to rate, quote and issue policies on line. All of these quote and issue platforms interface with Personal Insurance's underwriting and rating systems, which edit transactions for compliance with Personal Insurance's underwriting and pricing programs. Personal Insurance continues to develop functionality to provide its agents with a comprehensive array of online service capabilities packaged together in an easy to use agency service portal, including customer service, marketing and claim functionality.

Personal Insurance also markets through additional distribution channels, including sponsoring organizations such as employers and consumer associations, and joint marketing arrangements with other insurers. A number of well-known corporations make Travelers' product offerings available to their employees primarily through a payroll deduction payment process. Travelers has significant relationships with the majority of the American Automobile Association (AAA) clubs in the United States and other affinity groups that make available Personal Insurance's product offerings to their members. Since 1995, Travelers has had a marketing agreement with GEICO to underwrite homeowners business for their auto customers.

The 35 members of the Travelers' pool operate under an intercompany reinsurance arrangement whereby substantially all business is pooled, third party reinsurance is transacted and the net combined premiums, losses and expenses are retroceded to the pool participants based on the pool participation percentages. Currently business is distributed to the participants approximately as follows: St. Paul Fire and Marine Insurance Company (24.79%), The Travelers Indemnity Company (23.29%), Travelers Casualty and Surety Company (20.36%), The Phoenix Insurance Company (5.00%), The Standard Fire Insurance Company (4.84%), United States Fidelity and Guaranty Company (4.41%), Travelers Casualty Insurance Company of America (2.73%), Farmington Casualty Company (1.48%), The Automobile Insurance Company of Hartford, Connecticut (1.37%), The Travelers Indemnity Company of Connecticut (1.37%), The Charter Oak Fire Insurance Company (1.27%), Northland Insurance Company (1.22%), St. Paul Surplus Lines Insurance Company (0.88%), The Travelers Indemnity Company of America (0.77%), St. Paul Protective Insurance Company (0.58%), Northfield Insurance Company (0.52%), St. Paul Mercury Insurance Company (0.40%), Travelers Casualty Company of Connecticut (0.47%), Travelers Commercial Casualty Company (0.47%), Travelers Commercial Insurance Company (0.47%), Travelers Property Casualty Company of America (0.36%), Travelers Property Casualty Insurance Company (0.30%), Athena Assurance Company (0.29%), St. Paul Medical Liability Insurance Company (0.29%), TravCo Insurance Company (0.27%), Travelers Excess and Surplus Lines Company (0.27%), The Travelers Home and Marine Insurance Company (0.27%), Travelers Personal Insurance Company (0.27%), Travelers Personal Security Insurance Company (0.27%), Discover Property & Casualty Insurance Company (0.14%), Discover Specialty Insurance Company (0.14%), Northland Casualty Company (0.14%), Fidelity and Guaranty Insurance Underwriters, Inc. (0.10%), St. Paul Guardian Insurance Company (0.10%) and American Equity Specialty Insurance Company (0.10%).

While the vast majority of the group's property and casualty business is underwritten and retained by this pool, other existing commercial and personal lines business is being renewed and retained by other affiliates. These include Travelers Casualty and Surety Company of America, which is a leading writer of bond and certain other specialty lines business; First Trenton Indemnity Company and Travelers Auto Insurance Co. of New Jersey, personal lines carriers dedicated to New Jersey business (discussed above); The Premier Insurance Company of Massachusetts, a private passenger automobile carrier dedicated to Massachusetts business (discussed above); and First Floridian Auto and Home Insurance Company, a personal lines carrier dedicated to Florida business (discussed above).

## 2006 BUSINESS PRODUCTION AND PROFITABILITY ($000)

| Product | Premiums Written | % of Total | Pure Loss | Loss & LAE |
|---|---|---|---|---|

Best's Company Reports, 10/2/07, THE TRAVELERS INDEMNITY COMPANY                Page 9

| Line | Direct | Net NPW | Ratio | Reserves |
|------|-------:|--------:|------:|---------:|
| Comm'l MultiPeril | 284,669 | 664,786 | 17.8 | 33.1 | 905,935 |
| Homeowners | 69,304 | 541,955 | 14.5 | 32.3 | 150,989 |
| Workers' Comp | 601,024 | 461,858 | 12.4 | 68.9 | 2,239,856 |
| Priv Pass Auto Liab | 102,804 | 378,812 | 10.2 | 53.0 | 408,854 |
| Oth Liab Occur | 267,095 | 360,779 | 9.7 | 81.6 | 1,921,662 |
| Auto Physical | 84,205 | 307,744 | 8.3 | 49.3 | 34,399 |
| Comm'l Auto Liab | 147,159 | 271,959 | 7.3 | 38.6 | 415,937 |
| Inland Marine | 35,371 | 165,045 | 4.4 | 28.3 | 78,442 |
| Oth Liab Cl-Made | 4,661 | 159,326 | 4.3 | 66.8 | 387,270 |
| Fire | 165,486 | 115,465 | 3.1 | 54.0 | 68,826 |
| Allied Lines | 119,287 | 101,900 | 2.7 | 23.3 | 70,558 |
| All Other | 65,672 | 198,130 | 5.3 | 8.2 | 1,453,087 |
| Totals | 1,946,736 | 3,727,759 | 100.0 | 46.1 | 8,135,815 |

Major 2006 Direct Premium Writings By State ($000): New York, $195,946 (10.1%); New Jersey, $151,709 (7.8%); Massachusetts, $138,826 (7.1%); Illinois, $115,634 (5.9%); North Carolina, $103,579 (5.3%); Pennsylvania, $99,374 (5.1%); 48 other jurisdictions, $1,141,910 (58.7%); Aggregate Alien, $-241 (0.0%).

## FINANCIAL PERFORMANCE

The following text is derived from the report of Travelers Insurance Companies.

On February 26, 2007, The St. Paul Travelers Companies, Inc. changed its name to The Travelers Companies, Inc. As a result, A.M. Best Company changed the name of the rating unit St. Paul Travelers Insurance Companies to Travelers Insurance Companies.

The text contained in the Financial Performance, Capitalization and Liquidity sections of this report focuses on Travelers Insurance Companies' operating performance in 2005 and 2006, the first two years of operations of the combined St. Paul and Travelers pools. As appropriate, reference is made to the group's proforma operating performance in years prior to 2005 to provide insights as to its operating trends as well as the relative performance of the former St. Paul and Travelers pools. The financial data for Travelers Insurance Companies presented in the text and tables of this report -- unless noted otherwise -- is a consolidation of the domestic business of its current 28 pool members, 11 reinsured affiliates as well as 15 other affiliates, and does not reflect the sale by Jupiter Holdings, Inc. on April 1, 2007 of its subsidiaries, Mendota Insurance Company and Mendakota Insurance Company, to Kingsway America, Inc., noted in the Corporate Overview section above. The sale of these subsidiaries will not be material to Travelers' results of operations or financial condition, nor were they of material impact historically. Also, it should be noted when reading this report that the former Travelers pool accounted for roughly 60% to 65% of Travelers Insurance Companies' historical net premiums written, total admitted assets and policyholders' surplus, while the former St. Paul pool accounted for 35% to 40% of these historical measures.

Travelers Insurance Companies' net premiums written rose 4% in 2006 reflecting more competitive property / casualty markets, as well as a higher level of premiums ceded for the cost of property catastrophe reinsurance, whereas in 2005 net writings were reduced by catastrophe-related reinstatement premiums. Relatively flat net writings in Business Insurance in 2006 resulted from strong increases in Target Risk Underwriting -- due to significant renewal price increases for Southeastern U.S. catastrophe-prone exposures -- and in Industry-Focused Underwriting -- due to