IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN FOX & MELISSA FOX,<br>    Plaintiffs, | ) <br> ) <br> ) | No. 04 C 7309 <br><br> Judge John W. Darrah |
| v. | ) <br> ) | |
| FORMER WILL COUNTY STATE'S ATTORNEY<br>JEFFREY TOMCZAK, ET AL.,<br>    Defendants, | ) <br> ) <br> ) <br> ) | Magistrate Judge<br>Geraldine Soat Brown |
| | ) | |
| WILL COUNTY,<br>    Third-Party Plaintiff, | ) <br> ) <br> ) | |
| v. | ) <br> ) | |
| ESSEX INSURANCE COMPANY, a Delaware corporation, AMERICAN ALTERNATIVE INSURANCE CORPORATION, a Delaware corporation, and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation,<br>    Third-Party Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| ESSEX INSURANCE COMPANY,<br>    Counterclaimant, | ) <br> ) <br> ) | |
| v. | ) <br> ) | |
| WILL COUNTY, KEVIN & MELISSA FOX, AMERICAN ALTERNATIVE INSURANCE CORPORATION AND ST. PAUL FIRE & MARINE INSURANCE CO.,<br>    Counter-defendants. | ) <br> ) <br> ) <br> ) <br> ) | |

**WILL COUNTY'S MOTION FOR LEAVE TO FILE RESPONSIVE PLEADINGS**

Now comes Third-Party Plaintiff and Counter-defendant Will County, by its State's Attorney, JAMES W. GLASGOW, and moves this Court for leave to file as of January 6, 2011 (1) Will County's Motion to Strike Essex Insurance Company's Third, Fourth and Fifth Affirmative Defenses and Count I of Essex Insurance Company's Counterclaim & (2) Will County's Answer to Essex Insurance Company's Affirmative Defenses and Counterclaim; copies of which accompany this motion alleging in support whereof the following:

1. In response to Will County's Third Party Complaint, Essex Insurance Company filed several Affirmative Defenses and a Counterclaim.

2. That due to a decentralized office structure and the holiday time of the year, Will County's responsive pleadings to Essex's filings were not timely filed.

3. That no prejudice will fall to Third Party Defendant-Counterclaimant Essex Insurance Company by allowing the filing of Will County's responsive pleadings of (1) Will County's Motion to Strike Essex Insurance Company's Third, Fourth and Fifth Affirmative Defenses and Count I of Essex Insurance Company's Counterclaim & (2) Will County's Answer to Essex Insurance Company's Affirmative Defenses and Counterclaim at this time.

WHEREFORE, Third-Party Plaintiff and Counter-defendant Will County, by its State's Attorney, JAMES W. GLASGOW, requests this Court for leave to file as of January 6, 2011 (1) Will County's Motion to Strike Essex Insurance Company's Third, Fourth and Fifth Affirmative Defenses and Count I of Essex Insurance Company's Counterclaim & (2) Will County's Answer to Essex Insurance Company's Affirmative Defenses and Counterclaim and such other relief as is equitable and just.

Respectfully submitted,

By: /s/ James W. Glasgow
James W. Glasgow
Will County State's Attorney

James W. Glasgow
Will County State's Attorney
For Will County, Third-Party Plaintiff
57 N. Ottawa St.
Joliet, IL 60432