**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KEVIN FOX & MELISSA FOX,<br>    Plaintiffs, | ) | No. **04 C 7309** |
| | ) | |
| | ) | Judge John W. Darrah |
| v. | ) | |
| | ) | Magistrate Judge |
| FORMER WILL COUNTY STATE'S ATTORNEY | ) | Geraldine Soat Brown |
| JEFFREY TOMCZAK, ET AL., | ) | |
|     Defendants, | ) | |
| | ) | |
| | ) | |
| WILL COUNTY, | ) | |
|     Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ESSEX INSURANCE COMPANY, a Delaware | ) | |
| corporation, AMERICAN ALTERNATIVE | ) | |
| INSURANCE CORPORATION, a Delaware | ) | |
| corporation, and ST. PAUL FIRE AND MARINE | ) | |
| INSURANCE COMPANY,   a Minnesota corporation, | ) | |
|     Third-Party Defendants. | ) | |
| | ) | |
| ESSEX INSURANCE COMPANY, | ) | |
| Counterclaimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILL COUNTY, KEVIN & MELISSA FOX, | ) | |
| AMERICAN ALTERNATIVE INSURANCE | ) | |
| CORPORATION AND ST. PAUL FIRE & MARINE | ) | |
| INSURANCE CO., | ) | |
| Counter-defendants. | ) | |

## NOTICE OF FILING

To:     See attached service list

PLEASE TAKE NOTICE that on January 6, 2011 I have filed: (1) Will County's Motion for Leave to File Responsive Pleadings; (2) Will County's Motion to Strike Essex Insurance Company's Third, Fourth and Fifth Affirmative Defenses and Count I of Essex Insurance Company's Counterclaim & (3)Will County's Answer to Essex Insurance Company's Affirmative Defenses and Counterclaim; copies of which are attached and served upon you.

Respectfully submitted,

By: /s/ James W. Glasgow
James W. Glasgow
Will County State's Attorney

James W. Glasgow
Will County State's Attorney
For Will County, Third-Party Plaintiff
57 N. Ottawa St.
Joliet, IL 60432

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on January 6, 2011, he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case. In addition, he caused copies of the foregoing to be served upon the following individuals by depositing email at or before the hour of 4:30 p.m. on January 6, 2011.

Robert J, Bates, Jr.
Bates & Carey LLP
191 North Wacker Drive
Suite 2400
Chicago, IL 60606
rbates@batescarey.com

Amy R. Paulus
Clausen Miller P.C.
10 S. LaSalle St.
Chicago, IL 60603
apaulus@clausen.com

Michelle R. Valencic
Clausen Miller P.C.
10 S. LaSalle St.
Chicago, IL 60603
mvalencic@clausen.com

Roderick T. Dunne
Karbal, Cohen, Economou,
Silk & Dunne
200 S. Michigan Ave., 20th Fl.
Chicago, IL 60604
rdunne@karballaw.com

Carrie Anne Von Hoff
Karbal, Cohen, Economou,
Silk & Dunne
200 S. Michigan Ave., 20th Fl.
Chicago, IL 60604
cvonhoff@karballaw.com

Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
2215 York Rd, Suite 504
Oak Brook, IL 60523
kathleenzellner@gmail.com

Anne E. Zellner
Kathleen T. Zellner & Associates, P.C.
2215 York Rd, Suite 504
Oak Brook, IL 60523
anne@kathleentzellner.com

/s/ Philip A. Mock
Philip A. Mock
Assistant State's Attorney

James W. Glasgow
Will County State's Attorney
For Will County, Third-Party Plaintiff
57 N. Ottawa St.
Joliet, IL 60432