This policy protects against a variety of losses. There are also some restrictions. We've written this policy in plain, easy-to-understand English. We encourage you to read it carefully to determine what is and what is not covered, as well as the rights and duties of those protected.

Policy Number: 06301134

ST PAUL
MAIL CODE 104F
385 WASHINGTON STREET
ST. PAUL MN 55102-1118

In return for your premium, we'll provide the protection stated in this policy.

We, us, our, and ours mean St. Paul Fire and Marine Insurance Company. We're a capital stock company located in St. Paul, Minnesota.

The words you, your, and yours mean the insured named here, which is a

COUNTY
COUNTY OF WILL
102 NORTH CHICAGO STREET
JOLIET IL 60432

Your policy is composed of General Rules, an explanation of What To Do If You Have A Loss, one or more Coverage Summaries, and one or more Insuring Agreements explaining your coverage. It may also include one or more endorsements. Endorsements are documents that change your policy. The Policy Forms List shows all the forms included when this policy begins.

One of our authorized representatives will also countersign the policy.

This policy will begin on 12/01/03 and will continue until 12/01/04

Your former policy number is automatically replaced: GP06301134

Your premium for the policy period shown is: $465,078.00

However, please refer to the Premiums section of the General Rules to see how final premiums are determined.

**Document Check**

Document Type:
(circle one)
Policy - Endorsement - Audit
Quote - Proposal - Binder

Checked Against:
(circle one)
Proposal - Change Request - Policy
Submission - Quote - Proposal

Checked By: _____
Title: VP - SCA
Date Checked: 2/19/04
Date Delivered: _____

Second Review Required for Proposals and Binders Prior to Delivery

Checked By: _____
Title: _____
Date Checked: _____

Our authorized representative is:
1207286
WILLIS OF ILLINOIS INC
10 S LASALLE ST STE 3000
CHICAGO IL 60603

Authorized Representative          Date

Jay S. Fishman
President

Secretary

WCD 04383

Processing Date 12/18/03  11:51  001

40800 Ed. 5-87 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1984 All Rights Reserved

Introduction

EXHIBIT A-1

Policy Review Stamp

Date Policy Received: _2.16.04_
Date Policy Reviewed: _____
Policy Reviewed By: _____
Policy Correct? _____ Y/N
Date Changes Requested _____
Date Policy Delivered to Client: _____

©St.Paul Fire and Marine Insurance Co. 1984 All Rights Reserved

WCD 04384
[1] CONFIDENTIAL

POLICY FORM LIST

theStPaul

Here's a list of all forms included in your policy, on the data shown below. These forms are listed in the same order as they appear in your policy.

| Title | Form Number | Edition Date |
|---|---|---|
| Disclosure Notice Terrorism Risk Insurance Act Of 2002 | D0100 | 03-03 |
| Disclosure Notice Terrorism Risk Insurance Act Of 2002 Rejection Of Our Offer Of Coverage | D0101 | 11-02 |
| Introduction - St. Paul Fire And Marine Insurance Company | 40800 | 05-87 |
| Policy Form List | 40705 | 05-84 |
| PSS Total Self-Insured Retention Endorsement | 40502 | 01-80 |
| PSS Multiple Self-Insured Retention Endorsement | 47661 | 01-96 |
| General Rules | 40701 | 08-03 |
| Illinois Required Endorsement | 40519 | 09-03 |
| Public Entity General Liability Protection Commercial General Liability Protection Reference Endorsement | D0020 | 10-97 |
| Commercial Auto Required Endorsement Illinois | 44041 | 05-03 |
| PSS Recovering Damages From A Third Party Self-Insured Retention Endorsement | 47659 | 01-95 |
| What To Do If You Have A Loss | 40814 | 08-03 |
| PSS What To Do If You Have A Loss Self-Insured Retention Endorsement For Liability Coverages | 47652 | 01-95 |
| Public Entity General Liability Protection Coverage Summary | G0208 | 10-97 |
| Public Entity General Liability Protection | G0209 | 10-02 |
| Terrorism Risk Insurance Act Of 2002 Certified Acts Of Terrorism Exclusion Endorsement | G0522 | 11-02 |
| PSS Illinois Public Sector Contract Liability Indemnitee Defense Coverage Endorsement | G0275 | 10-97 |
| PSS Described Activities, Locations, Or Operations Exclusion Endorsement | G0248 | 10-98 |
| PSS Sewer Back-Up Pollution Exclusion Endorsement | G0310 | 10-97 |
| Medical Expenses Exclusion Endorsement | G0167 | 06-96 |
| Mold, Other Fungi, Or Bacteria Exclusion Endorsement | G0492 | 04-02 |
| Patient Injury Exclusion Endorsement | 43375 | 07-85 |
| PSS General Liability Self-Insured Retention Endorsement Coverages | 47650 | 10-97 |
| Employee Benefit Plans Administration Liability Protection -Claims-Made Coverage Summary | 43532 | 01-96 |
| Employee Benefit Plans Administration Liability Protection -Claims-Made | 43475 | 01-96 |
| Employment-Related Practices Exclusion Endorsement - Employee Benefit Plans Administration Liability | L0436 | 09-01 |
| PSS Employee Benefit Program Administration Liability Self-Insured Retention Endorsement | 47654 | 01-95 |
| Public Entity Employment Practices Liability Protection - Claims-Made Coverage Summary | L0397 | 01-01 |
| Public Entity Employment Practices Liability Protection - Claims-Made | L0394 | 01-01 |
| Self-Insured Retention Endorsement - Public Entity Employment Practices Liability | OL108 | 11-02 |
| Law Enforcement Liability Protection Coverage Summary | 47335 | 10-02 |

Name of Insured
COUNTY OF WILL

Policy Number GP06301134

Effective Date 12/01/03
Processing Date 02/05/04  16:11  002

| | | |
|---|---|---|
| Law Enforcement Liability Protection | 47292 | 10-02 |
| Terrorism Risk Insurance Act Of 2002 Certified Acts Of Terrorism Exclusion Endt. - Law Enforcement Liability | L0486 | 11-02 |
| PSS Law Enforcement Liability Self-Insured Retention Endorsement | 47656 | 01-95 |
| Mold, Other Fungi, Or Bacteria Exclusion Endorsement - Law Enforcement Liability | L0473 | 08-02 |
| Public Entity Management Liability Protection - Claims-Made Coverage Summary | 47336 | 01-01 |
| Public Entity Management Liability Protection - Claims-Made | 47279 | 01-01 |
| Terrorism Risk Insurance Act Of 2002 Certified Acts Of Terrorism Excl. Endt. - Public Entity Management Liability | L0485 | 11-02 |
| PSS Public Entity Management Liability Self-Insured Retention Endorsement | 47657 | 01-95 |
| Auto Coverage Summary | 44460 | 04-91 |
| Auto Coverage Summary - Continued | 44462 | 04-91 |
| Auto Schedule | 44463 | 04-91 |
| Composite Rated Premium Adjustment Summary | GL088 | 05-95 |
| Auto Liability Protection | 44449 | 12-93 |
| PSS Auto Liability Self-Insured Retention Endorsement | 44533 | 01-95 |
| PSS Public Entity Auto Liability Endorsement | A0130 | 10-98 |
| Autos Rented By Employees Endorsement | A0173 | 12-99 |
| Property In Your Care Endorsement - Public Transportation Autos | 44149 | 01-95 |
| Uninsured And Underinsured Motorists Protection - Illinois | 44025 | 06-03 |
| Uninsured and Underinsured Motorists Protection - Illinois Self-Insured Retention Endorsement | 40502 | 01-80 |
| Auto Medical Payments Protection | 44472 | 09-99 |
| Auto Medical Payments Self-Insured Retention Endorsement | 40502 | 01-80 |
| Auto Physical Damage Protection | 44455 | 07-96 |
| PSS Public Entity Auto Physical Damage Endorsement | A0131 | 10-98 |
| PSS Catastrophe Loss Deductible Endorsement | A0014 | 08-95 |
| Government Crime Protection Coverage Summary | C0025 | 03-00 |
| Crime Protection Coverage Summary - Continued | C0053 | 03-00 |
| Government Crime Protection - Discovery Form | C0022 | 07-01 |
| Faithful Performance Of Duty Coverage Endorsement - Government Employees | C0042 | 03-00 |

ⓒSt.Paul Fire and Marine Insurance Co.1995

WCD 04386

CONFIDENTIAL

COPY

PUBLIC SECTOR SERVICES

TOTAL SELF-INSURED RETENTION ENDORSEMENT

the St. Paul

This endorsement changes your policy.

## How Coverage Is Changed

The following self-insured retention is added. This total self-insured retention limits the total amount you'll be responsible for within the self-insured retentions for:

- Public Entity General Liability Protection;
- Employee Benefit Plans Administration Liability Protection;
- Public Entity Management Liability Protection;
- Law Enforcement Liability Protection;
- Auto Liability Protection;
- Uninsured and Underinsured Motorist Protection- Illinois
- Auto Medical Payments Protection

This change broadens coverage.

## Total Self-Insured Retention

$1,300,000.

**Total Self-Insured Retention.** The total self-insured retention shown above and the information contained in this section fix the most that you'll be responsible for within all self insured retentions for Public Entity General Liability Protection, Employee Benefit Plans Administration Liability Protection, Public Entity Management Liability Protection, Law Enforcement Liability Protection, Auto Liability Protection, Uninsured and Underinsured Motorist Protection- Illinois, and Auto Medical Payments Protection, regardless of how often any or all of them apply during:

- the policy period shown in the Introduction, when the policy period is one year or less; or

each consecutive year, and the remainder if any, of the policy period shown in the Introduction, when the policy period is longer than one year.

**How the Total Self-Insured Retention applies to an extension of the policy period.** If the original policy period shown in the Introduction is extended for any reason, each extension will increase the total self-insured retention by a pro rata amount. We'll determine the pro rata amount by multiplying the total self-insured retention for the original policy period by a fraction. We'll determine the fraction by dividing the extension's length of time by the original policy period's length of time. For example:

*The policy period is for one year. The total self-insured retention for the one-year policy period is $250,000. During the year, a three month extension is requested. We agree. The policy period becomes 15 months and the total retention is increased by an additional $62,500 for the three month extension. As a result, the amount of the total self-insured retention for the entire 15-month policy period is $312,500.*

*$250,000 X $\frac{3\ months}{12\ months}$ = $62,500*

*$62,500 + $250,000 = $312,500*

## Other Terms

All other terms of your policy remain the same.

| Name of Insured | Policy Number GP06301134 | Effective Date 12/01/03 |
|---|---|---|
| COUNTY OF WILL | | Processing Date 12/18/03 |

40502 Ed. 1-80
©St. Paul Fire and Marine Insurance Co. 1980

Customized Form
Page 1 of 1

WCD 04387

CONFIDENTIAL

PUBLIC SECTOR SERVICES
MULTIPLE SELF-INSURED RETENTIONS ENDORSEMENT                     the St.Paul

This endorsement changes your policy.

---

**How Coverage Is Changed**

The following is added.

**How multiple self-insured retentions apply to the same loss.** If two or more self-insured retentions in this policy apply to the same covered loss, we'll apply only the largest of those retentions to that loss.

**Other Terms**

All other terms of your policy remain the same.

---

©St.Paul Fire and Marine Insurance Co.1995 All Rights Reserved

WCD 04388

Page 1 of 1    CONFIDENTIAL

## GENERAL RULES

The St Paul

This form contains various rules that apply to your policy. It and the rest of your policy should be read carefully to determine:

- the extent of the coverage provided by your policy; and

- the rights and duties of you and any other person or organization protected under your policy.

| Table of Contents | Page |
|---|---|
| Special Rights And Duties Of The First Named Insured | 1 |
| Policy Period | 1 |
| Policy Changes | 1 |
| Premiums | 2 |
| Estimates. | 2 |
| Additional or return premium. | 2 |
| Your bill. | 2 |
| Our Right To Inspect And Audit | 3 |
| Cancellation | 3 |
| By the first named insured. | 3 |
| By us. | 3 |
| Return premium. | 3 |
| Fraud And Misrepresentation | 4 |
| If you commit fraud or misrepresentation. | 4 |
| If other persons or organizations commit fraud or misrepresentation. | 4 |
| Unintentional errors or omissions. | 4 |
| Assignments And Transfers | 5 |
| Lawsuits Against Us | 5 |
| If your policy provides property or other first-party protection. | 5 |
| If your policy provides liability protection. | 5 |
| Recovering Damages From A Third Party | 5 |
| Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First-Party Protection | 5 |
| Bankruptcy Or Insolvency Of Any Person Or Organization Protected Under Liability Protection | 8 |
| How Statutory Or Regulatory Law Affects Your Policy | 8 |

### Special Rights And Duties Of The First Named Insured

When more than one insured is named in the Introduction of your policy, the first named insured has special rights and duties. Those rights and duties are explained in the following General Rules:

- Cancellation.

- Policy Changes.

- Premiums.

### Policy Period

Insuring agreements or endorsements in your policy begin on your policy's effective date at 12:01 a.m. at the address shown for you in the Introduction of your policy. But if your policy replaces a policy that ends at noon, rather than 12:01 a.m., coverage under your policy begins on your policy's effective date at noon at such address.

Insuring agreements or endorsements added to your policy after your policy's effective date begin on their respective effective dates at 12:01 a.m. at the address shown for you in the Introduction of your policy.

Coverage under your policy ends on your policy's expiration date at 12:01 a.m. at the address shown for you in the Introduction of your policy. But if all or part of your policy is canceled for any reason before that date, the canceled coverage will end on the cancellation date at 12:01 a.m. at such address.

### Policy Changes

Your policy contains all of the agreements between you and us concerning the coverage provided by your policy and can be changed only as described in this rule.

We can make changes in our standard insurance policy forms from time to time. Such changes must conform to applicable law and may be filed with insurance regulatory authorities for approval.

If we make any such change, while your policy is in effect, that:

- would broaden or extend the coverage your policy provides; and

- can be legally added to your policy without increasing your premium;

you'll automatically receive the benefit of the broadened or extended coverage beginning at:

- 12:01 a.m.; or

WCD 04389

40701 Rev. 8-03 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

General Rules

CONFIDENTIAL

• noon, if coverage under your policy otherwise begins at that time;

on the effective date of the change at the address shown for you in the Introduction of your policy.

If we make any such change before your policy begins and that change still applies to a standard insurance policy form which:

• is part of your policy when your policy begins; or

• is made part of your policy after your policy's effective date;

you'll automatically receive the benefit of that broadened or extended coverage beginning at the time and on the effective date that form is, or is made, part of your policy.

We don't have to provide any written notice, or a written form that's made part of your policy, for you to receive such benefits.

We can make other changes in your policy and, with our consent, the first named insured can make changes in your policy too. But such changes can be made only with a written form that:

• is made part of your policy; and

• is signed by us or one of our authorized representatives.

**Premiums**

We compute the premium for your policy in accordance with our rules and rates which apply to your policy.

**Estimates.** All or part of your premium may be based on estimates.

If estimates are used, your policy will contain an endorsement, summary, or other form that shows:

• we used estimates; and

• when and how we'll compute your actual premium.

We'll compute your actual premium, when complete information is available, at the end of:

• the policy period;

• each one-year period that's part of the policy period, if the policy period is longer than one year; and

• any interim audit period that's shorter than one year, if an interim audit period applies during the policy period.

For each such period, we'll compute your actual premium in accordance with our rules and rates which apply to your policy and for that period.

If your actual premium is:

• more than the estimated premium you've paid, you'll owe us the difference; or

• less than the estimated premium you've paid, we'll return the difference;

except as described in the Additional or return premium section.

You must keep accurate records of the information we'll need to compute your actual premium. Your agent or broker can explain the type of records we'll need. The first named insured must mail, deliver, or otherwise give to us a copy of those records when we request them.

However, we don't have to request or use any records to compute your actual premium if we determine, in accordance with our rules and rates which apply to your policy, that your premium based on estimates is your actual premium.

**Additional or return premium.** We or your agent or broker will tell the first named insured about any additional or return premium for your policy.

However, we won't charge an additional premium, or refund a return premium, for any difference in premium of $15 or less that results from:

• your actual premium being more or less than the estimated premium you've paid; or

• any change made in your policy, including any cancellation of all or part of your policy by you or us.

But we'll refund a return premium of $15 or less for your policy if the first named insured requests that we do so. We'll apply this rule for waiving additional or return premiums separately each time your policy is changed.

In any event, your policy premium won't be less than the minimum policy premium we're allowed to charge in accordance with our rules and rates which apply to your policy.

**Your bill.** The first named insured:

• will be the one we'll bill for all premiums for your policy;

• is responsible for paying all premiums for your policy when due; and

---

40701 Rev. 8-03 Printed in U.S.A.
Page 2 of 6          ©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

WCD 04390          ⚟ CONFIDENTIAL

The St.Paul

• will be the one to whom we'll pay any return premium for your policy.

The due date for each premium owed us for your policy is the date shown as the due date on your bill for that premium.

If the first named insured is also the first named insured under:
• any other policy with us; or
• any policy with any of our affiliated insurance companies;
we may bill, under one statement, the premium for:
• your policy; and
• any or all of those other policies;
regardless of their type, what they cover, or their policy periods.

If we bill the premium for such policies under one statement:
• we may adjust your bill under that statement to reflect the total of any additional or return premium for any or all of those policies;
• we'll apply any partial payment of the minimum premium due under your bill proportionately to each of those policies unless the first named insured requests at the time of such payment that we apply it differently; and
• for any of those policies with a return premium, the first named insured may request that we refund such premium with a separate payment.

## Our Right To Inspect And Audit

You must allow us to inspect your property and operations during normal business hours while your policy is in effect.

However, we aren't required to:
• make any such inspection; or
• guarantee that your property or operations are safe, or conform to any code, law, regulation, or standard;
except as required by any applicable state or municipal code, law, regulation, or standard for the certification of boilers, pressure vessels, or elevators.

This rule also applies to any person or organization that makes insurance inspections, surveys, reports, or recommendations for us.

You also must allow us to examine, audit, and make copies of your financial books and records that relate to the coverage provided by your policy at any time up to three years after your policy ends.

## Cancellation

**By the first named insured.** The first named insured can cancel all or part of your policy at any time before your policy's expiration date with an advance notice of cancellation to us or one of our authorized representatives.

To cancel, the first named insured:
• must deliver to us or one of our authorized representatives; or
• must mail to us, if such delivery isn't possible;
your policy, or the part of your policy to be canceled, and must provide the date the cancellation will be effective.

**By us.** We can cancel all or part of your policy at any time before your policy's expiration date.

If we cancel, the first named insured:
• is responsible for receiving the cancellation notice from us for you; and
• will be the one to whom we'll mail or deliver the cancellation notice.

Also, we'll mail or deliver the cancellation notice to the first named insured at least:
• 10 days, if we're canceling for nonpayment of premium; or
• 30 days, if we're canceling for any other reason;
before the date the cancellation will be effective.

If the cancellation notice is mailed, proof of mailing to the first named insured's last mailing address known to us will be considered proof that the first named insured received such notice.

**Return premium.** We'll compute, in accordance with our rules and rates which apply to your policy, the cancellation return premium, if any, on a pro rata basis. But for a cancellation by the first named insured, we may compute any such premium on less than a pro rata basis.

As soon as possible, we'll refund any cancellation return premium, except as

---


CONFIDENTIAL

described in the Additional or return premium section of the Premiums section, to the first named insured.

However, the cancellation will be effective regardless of whether or not we've made or offered such a refund.

## Fraud And Misrepresentation

If you commit fraud or misrepresentation. If, before or after a loss, you:

- hide any important information from us;
- mislead, lie to, or defraud us; or
- attempt any such actions;

about any matter concerning the coverage provided by your policy, we can consider your policy to be void for you and all other persons and organizations protected under your policy.

We'll consider such fraud or misrepresentation committed by any of the following to also be committed by you:

- Your spouse if you're an individual.
- Any of your partners or co-venturers, or their spouses, if you're a partnership or joint venture.
- Any of your members or managers if you're a limited liability company.
- Any of your trustees if you're a trust.
- Any of your shareholders if you're a professional association.
- Any of your appointed or elected officials if you're a public entity or tribal government.
- Any of your directors or executive officers if you're a corporation or an other organization.

If other persons or organizations commit fraud or misrepresentation. If, before or after a loss, any person or organization protected under your policy, other than you and the persons and organizations described in the last paragraph of the If you commit fraud or misrepresentation section:

- hides any important information from us;
- misleads, lies to, or defrauds us; or
- attempts any such actions;

about any matter concerning the coverage provided by your policy, we can consider your policy to be void for only that person or organization.

We'll consider such fraud or misrepresentation committed by any of the following to also be committed by any such organization protected under your policy:

- Any of its partners or co-venturers if that organization is a partnership or joint venture.
- Any of its members or managers if that organization is a limited liability company.
- Any of its trustees if that organization is a trust.
- Any of its shareholders if that organization is a professional association.
- Any of its appointed or elected officials if that organization is a public entity or tribal government.
- Any of its directors or executive officers if that organization is a corporation or an other organization.

Unintentional errors or omissions. We won't consider errors or omissions that are unintended by:

- you; and
- all other persons and organizations protected under your policy that are described in the last paragraph of the If you commit fraud or misrepresentation section and commit such errors or omissions;

to be fraud or misrepresentation as described in that section.

Also, we won't consider errors or omissions that are unintended by:

- all other persons and organizations protected under your policy; and
- all persons and organizations described in the last paragraph of the If other persons or organizations commit fraud or misrepresentation section;

that commit such errors or omissions to be fraud or misrepresentation as described in that section.

## Assignments And Transfers

Neither you nor any other person or organization protected under your policy can assign, transfer, or otherwise turn over, your interest in it without consent from us in a written form that's made part of your policy.

However, if you're an individual named insured and you die:

- your legal representatives will have your rights and duties under your policy, but only while acting within the scope of their duties as your legal representatives; and

WCD 04392

©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

CONFIDENTIAL

The St.Paul

• until such legal representatives are appointed, any person or organization that properly has temporary custody of your property will have your rights and duties concerning that property under your policy.

## Lawsuits Against Us

No person or organization can sue us to recover under your policy unless all of your policy's terms have been fully complied with.

**If your policy provides property or other first-party protection.** Any suit to recover on a loss under any property or your first-party protection provided by your policy must begin within two years after the date on which the direct physical loss or damage occurred to the property that's required to sustain such loss or damage for the loss to be covered under that protection.

**If your policy provides liability protection.** No person or organization can sue us to recover on a loss under any liability protection provided by your policy until the amount of the liability of a person or organization protected for that loss under your policy has been finally decided either by a judgment or by a written agreement signed by:

• us;

• the person or organization protected under your policy; and

• the person or organization making a claim or bringing a suit for the loss.

Once liability has been so determined, that person or organization making the claim or bringing the suit may be able to recover under your policy, up to the limit of coverage that applies. But such person or organization can't sue us directly or join us in a suit against that person or organization protected under your policy until liability has been so determined.

## Recovering Damages From A Third Party

You or other persons or organizations protected under your policy may also be able to recover from others all or part of any loss for which we make a payment.

Any such right of recovery, and the proceeds of any settlement or judgment that may result from the exercise of that right, belongs to us.

For that reason, you and all other persons and organizations that:

• are protected under your policy; and

• are, or may be, involved in a loss for which we make, or may make, a payment;

must do all that's possible after the loss to:

• preserve for us any such right of recovery or any such proceeds; and

• cooperate with us in any attempt to exercise any such right of recovery.

However, before any loss, you or any other person or organization protected under your policy may waive its right of recovery for the loss without our consent.

If we exercise our right of recovery under your policy and we recover more than we've paid, the excess amount will belong to the person or organization protected under your policy that had the loss. But we'll first deduct our recovery expenses from any such amount recovered by us.

## Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First-Party Protection

If your policy provides property or other first-party protection and you and we can't agree on the amount of a loss covered under that protection, the following procedure will be used to settle the dispute:

1. Either you or we will make a written demand for an appraisal of the covered loss amount in dispute.

2. Within 30 days of the demand, you and we will each select a competent and impartial appraiser and notify the other of the selection.

3. The appraisers will select a competent and impartial umpire. If they can't agree on an umpire, either of them may request that the selection be made by a judge of a court having jurisdiction.

4. The appraisers will each state separately their appraisal of the covered loss amount in dispute. If they can't agree on that amount, they'll submit their appraisals to the umpire. The umpire's agreement to one of those appraisals will be binding.

5. You'll pay the fees of your appraiser. We'll pay the fees of our appraiser. Other costs of the appraisal, including

WCD 04393

Page 11  CONFIDENTIAL

The St Paul

the fees of the umpire, will be shared equally by you and us.

**Bankruptcy Or Insolvency Of Any Person Or Organization Protected Under Liability Protection**

If your policy provides liability protection, the bankruptcy or insolvency of:

* any person or organization protected under that liability protection; or
* any estate of that person;

won't relieve us of our obligations under such liability protection.

However, if such liability protection contains an exclusion or other coverage limitation for loss that results from such bankruptcy or insolvency, this rule doesn't change or eliminate that exclusion or other coverage limitation.

**How Statutory Or Regulatory Law Affects Your Policy**

Any part of your policy that conflicts with any requirement of statutory or regulatory law which applies is automatically changed to conform to that law.

WCD 04394

40701 Rev. 8-03 Printed in U.S.A.
Page 8 of 8                    ©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

CONFIDENTIAL

## ILLINOIS REQUIRED ENDORSEMENT

The St.Paul

This endorsement changes your policy to comply with, or otherwise respond to, Illinois law.

Therefore, each change made by this endorsement applies only to the extent:

• required by Illinois statutory or regulatory law; or

• specifically described in the part of this endorsement which makes that change.

As a result, if the address shown for you in the Introduction of your policy is outside Illinois, each change that's made to comply with Illinois statutory or regulatory law applies only if, and to the extent, your policy provides coverage for:

• a loss of or to, or that results from, property in Illinois; or

• a loss that results from your operations in, or which affect, Illinois;

and such statutory or regulatory law applies to such coverage.

| Table of Contents | Page |
|---|---|
| Cancellation | 1 |
| Fraud And Misrepresentation | 3 |
| Lawsuits Against Us – Property Or Other First-Party Protection | 3 |
| Property Protection – Acts Intended To Cause Loss Exclusion | 3 |
| Property Protection – Residential Real Or Personal Property | 3 |
| Liability Protection – How The Limits Of Coverage Apply If A Total Limit Is Left Blank | 4 |
| Liability Protection – Prejudgment Interest | 4 |
| Liability Protection – Claims-Made – Claim Information | 4 |
| Commercial General Liability Protection – Claims-Made – Extended Reporting Period | 5 |
| Umbrella Excess Liability Protection – Claims-Made – Extended Reporting Period | 5 |
| Commercial General Liability Protection Or Umbrella Excess Liability Protection – Claims-Made – Important Note – Retroactive Date | 5 |
| Employee Benefit Plans Administration Liability Protection – Claims-Made | 5 |
| Health Care Umbrella Excess Liability Protection – Claims-Made | 5 |
| Liquor Liability Protection – Each Person Limit Of Coverage – Conformity To Illinois Law | 5 |
| Product Recall Protection – Other Insurance | 6 |
| Other Terms | 6 |

## Cancellation

The following replaces the Cancellation section of the General Rules.

You can cancel this policy in whole or in part at any time. We can also cancel this policy, but our right to cancel has some restrictions which are described below.

If your policy covers grain in public grain warehouses, you or we can cancel this policy at any time by mailing to the other as well as the Director of the Illinois Department of Agriculture 60 days written notice of cancellation.

**How you can cancel.** To cancel this policy or any of its insuring agreements, you must mail the policy, or the part to be canceled, to us or any of our authorized agents. If this isn't possible, notify us by mail and include the date you want the policy or individual insuring agreement canceled. You'll get a refund for the unused premium, less a charge for early cancellation.

**How we can cancel policies in effect 60 days or less.** If your policy has been in effect 60 days or less, we can cancel for any reason during this period. If we do, we'll mail a notice of cancellation to you, your agent, and any mortgage holder. If we cancel for nonpayment of premium, we'll send the notice at least 10 days before coverage will end. If we cancel for any other reason, we'll send the notice at least 30 days before coverage will end.

**How we can cancel policies in effect more than 60 days.** If your policy has been in effect more than 60 days, we can only cancel for one or more of the following reasons.

40519 Rev. 9-03 Printed in U.S.A.        Endorsement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

WCD 04395

CONFIDENTIAL

~~The~~ St.Paul

*1. Nonpayment of premium.*

*2. Fraud or misrepresentation.* We can cancel if we discover that in obtaining this policy, you or your representative have committed fraud or made a material misrepresentation.

*3. Breaking the rules of this policy.* We may cancel this policy if you violate any of this policy's rules.

*4. Change in the risk.* We can cancel if, after we have issued or renewed your policy, a change occurs in the risk we're protecting that measurably increases the hazard we're insuring against.

*5. Loss of reinsurance.* We may cancel if we lose reinsurance that provided coverage to us for all or a substantial part of your risk. This loss must be certified to the director of insurance.

*6. Determination by the Insurance Commissioner.* We may cancel this policy if the Commissioner Of Insurance determines that continuing this policy would put us in violation of this state's insurance laws.

If we cancel for any of these reasons, we'll mail a notice to you, your agent, and any mortgage holder. If we cancel for nonpayment of premium, we'll send the notice at least 10 days before coverage will end. If we cancel for any other reason, we'll send the notice at least 60 days before coverage will end. The notice will state the reason for cancellation. The notice will also show a date cancellation is to take effect. Coverage will end on that date.

**Unused premium.** As soon as possible, you'll get a refund of any unused premium you've paid. However, the cancellation will be effective whether or not you've been paid or offered the unused premium. If we cancel, the refund will be figured on a pro rata basis. If you cancel, the premium will be less than pro rata.

**Nonrenewal.** We may decide not to renew or continue this policy. If so, we'll mail a notice of nonrenewal to you and your agent at least 60 days before the expiration date of this policy. The notice will show the reason for nonrenewal.

But even if we don't follow this rule, your policy will end on the expiration date if:

• you don't pay the premium, or any installment that's due;

• we've agreed to renew this policy; or

• you've notified us or our agent that you don't want to renew this policy.

If we fail to send proper notice of nonrenewal, and you obtain other insurance, this policy will end on the effective date of that insurance.

**Mailing the notice.** Mailing the cancellation or nonrenewal notice to your, your agent's, and any mortgage holder's last address known to us will be considered proof you were notified.

If your policy includes an insuring agreement or endorsement that describes "mailing or delivering" a notice of cancellation or nonrenewal, the words "or delivering" are deleted.

**Special rule for certain real estate.** If your policy covers real property that's not residential property occupied by not more than four families and has been in effect for one year or is a renewal policy, we can cancel for any of the following reasons after giving at least 10 days notice of cancellation:

• failure to make required repairs 60 consecutive days or more after a fire loss has been adjusted with you. But this doesn't apply if a delay is caused by a labor dispute or weather conditions;

• if you leave a building unoccupied for 60 consecutive days. But this doesn't apply to buildings which are only occupied on a seasonal basis, or buildings that are under repair, construction, or reconstruction, and have been properly secured against unauthorized entry;

• if your building has been declared unsafe. Or if there's been an order to vacate the building, or an order for the building's demolition; or

• if your building has not had heat, light, water or sewer service for 30 or more consecutive days.

**Special rule for certain residential property.** If your policy covers residential property occupied by not more than four families and has been in effect for at least 60 days, we can only cancel or refuse to renew your policy for any of the following reasons:

**WCD 04396**

40519 Rev. 9-03 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 2 of 8                          ©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

⊞ CONFIDENTIAL

TheStPaul

- You hide any important information from us, mislead us, or attempt to defraud or lie to us about any matter concerning this insurance; or
- What we cover has measurably increased in hazard since we first agreed to write your policy.

If we cancel or refuse to renew for this reason, we'll send notice of cancellation or nonrenewal to you 60 days before coverage will end.

But this provision doesn't apply to glass coverage.

## Fraud And Misrepresentation

The following replaces the first paragraph of the:

- If you commit fraud or misrepresentation; or
- If other persons or organizations commit fraud or misrepresentation;

sections of the General Rules. However, this change doesn't apply to certain residential real or personal property for which the Fraud and misrepresentation section of the Property Protection – Residential Real Or Personal Property section in the Illinois Required Endorsement (40519) applies.

We can consider your policy to be void for you and all other persons and organizations protected under your policy if, before or after a loss, you or any such person or organization:

- intentionally conceals or misrepresents any material fact or circumstance;
- engages in fraudulent conduct; or
- makes a false statement;

about any matter concerning:

- the coverage provided by your policy; or
- any fact or circumstance material to the investigation of any loss under your policy.

## Lawsuits Against Us – Property Or Other First-Party Protection

The following is added to the If your policy provides property or other first-party protection section of the Lawsuits Against Us section of the General Rules and changes that section as described.

The two-year period in which a suit to recover on a loss must begin is lengthened by the number of days between the date you give us proof of loss and the date we deny coverage for the loss.

## Property Protection – Acts Intended To Cause Loss Exclusion

If your policy includes property or inland marine protection, the following is added to the Exclusions – Losses We Won't Cover section.

Acts intended to cause loss. We won't cover loss or damage caused by any act committed:

- by or at the direction of you or any protected person; and
- with the intent to cause a loss.

However, we won't use this exclusion to deny payment to an innocent protected person who did not cooperate in or contribute to the creation of the loss if:

- the loss was caused by a pattern of criminal domestic violence; and
- the perpetrator of the loss is criminally prosecuted for the act causing the loss.

But we won't pay more than the innocent protected person's financial interest in the covered property, less any payments we first make to a mortgagee or other party with a legal secured interest in the covered property.

## Property Protection – Residential Real Or Personal Property

If your policy provides property protection that covers:

- real property used primarily for residential purposes up to and including four-family dwellings; or
- household or personal property that is usually used in the scope of occupancy for residential purposes;

the following changes apply only for that property protection.

## Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First-Party Protection

The following is added to the Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First-Party Protection section of the General Rules and changes that section as described:

40519 Rev. 9-03 Printed In U.S.A.     Endorsement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

WCD 04397

CONFIDENTIAL

The Appraisal Of A Covered Loss Amount In Dispute Under Property Or Other First-Party Protection section applies if:

- both you and we agree to a request for an appraisal; and
- the appraisal is carried out in accordance with the American Arbitration Rules and Uniform Arbitration Act.

No demand can be made for an appraisal. The request must be agreed to by you and by us.

We'll pay all fees of the appraisers, and the other costs of the appraisal, including the fees of the umpire, if:

- you requested the appraisal; and
- the covered loss amount determined by your appraiser was agreed to in full by our appraiser or by the umpire.

**Fraud and misrepresentation.** The following replaces the first paragraph of the:

- If you commit fraud or misrepresentation; and
- If other persons or organizations commit fraud or misrepresentation;

sections of the General Rules.

We can consider your property protection to be void for you and all other persons and organizations protected under your policy if:

1. your policy has been in effect for less than one year or one policy term, whichever period is shorter; and

2. in the process leading us to issue your policy, you or any such person or organization commits fraud, or conceals or misrepresents a fact, that is in your policy, or the written application for your policy, and:

   - was made with the intent to deceive us; or
   - materially affected the hazard we assumed or our decision to provide that property protection.

Also, we can consider your property protection to be void for you and all other persons and organizations protected under your policy if, at any time after your policy is issued, you or any such person or organization commits fraud, or conceals or misrepresents a fact, concerning:

- that property protection;

- a loss under that protection;
- the covered property under that protection;
- your interest in that covered property.

In addition, we can cancel your policy as provided under the Cancellation section of the Illinois Required Endorsement (40519) if you or your agent or broker commit fraud or make a material misrepresentation.

**Liability Protection – How The Limits Of Coverage Apply If A Total Limit Is Left Blank**

If your policy includes a liability insuring agreement that includes a How the total limits apply if a total limit is left blank section, the following is added to that section.

If the amount for a total limit is left blank in the Coverage Summary, we'll consider the limit shown on the application for this insurance to be that total limit. However, if no limit is shown on the application, we'll consider the total limit to be the amount described in this section.

**Liability Protection – Prejudgment Interest**

If your policy includes liability protection, the following is added to the What This Agreement Covers section. This change broadens coverage.

We'll also pay the prejudgment interest awarded against the protected person on that part of any judgment paid by us. And we'll consider such payment to be in addition to the limits of coverage. But if we make an offer to pay the limit of coverage that applies, we won't pay prejudgment interest that accumulates after the date of our offer.

**Liability Protection – Claims-Made – Claim Information**

The following is added to the General Rules if your policy includes a claims-made liability insuring agreement which contains a Loss Information section.

We'll provide the first named insured the following information for any claims-made insuring agreement which contains a Loss Information section, and any such preceding claims-made insuring agreement, we have issued to you during the previous three years:

---

40519 Rev. 9-03 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 4 of 8            ⓈSt.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

WCD 04398        ⓃCONFIDENTIAL

The St.Paul

- The date and description of the event on closed claims including the amount of payment, if any.
- The date and description of the event on open claims including the amount of payments and reserves, if any. Amounts reserved are based on our judgment. They are subject to change and should not be regarded as ultimate settlement values.
- The date and description of each event you reported to us for which no amounts have been paid or reserved.

If we cancel or elect not to renew any such claims-made insuring agreements, we'll provide this information at the same time that we send the notice of cancellation or nonrenewal. Otherwise, we will provide this information only if we receive a request from the first named insured. If we do, we'll provide this information within 30 days of receipt of the request.

We collect this information for our own business purposes. We do so as carefully and accurately as we can. In giving this information to the first named insured, we don't make any promises or warranties to anyone that this information has no errors. Any cancellation or nonrenewal will take effect even if we accidentally provide incorrect information.

**Commercial General Liability Protection – Claims-Made – Extended Reporting Period**

If your policy includes Commercial General Liability Protection - Claims-made, the following is added to the When and how an extended reporting period can be added section.

If we cancel this agreement for nonpayment of premium, our cancellation notice to you will include the amount of the unpaid portion of the premium for the period this agreement was in effect.

**Umbrella Excess Liability Protection – Claims-Made – Extended Reporting Period**

If your policy includes Umbrella Excess Liability Protection - Claims-Made, the following is added to the Extended Reporting Period section of your agreement.

We'll figure the additional premium for the Extended Reporting Period Endorsement according to our rules and rates. But we won't charge more than 200% of the annual premium for the last policy year of this agreement.

**Commercial General Liability Protection Or Umbrella Excess Liability Protection – Claims-Made – Important Note – Retroactive Date**

If your policy includes Commercial General Liability Protection or Umbrella Excess Liability Protection with a Coverage Summary that contains an Important Note - Retroactive Date section, the following change applies.

The paragraph which says, "However, if no date is shown above and the claims-made agreement applies, we'll consider the retroactive date to be the same as the beginning date of this policy." is deleted.

**Employee Benefit Plans Administration Liability Protection – Claims-Made**

If your policy includes Employee Benefit Plans Administration Liability Protection - Claims-Made, the following is added to the When and how an extended reporting period can be added section.

If we cancel this agreement for nonpayment of premium, our cancellation notice to you will include the amount of the unpaid portion of the premium for the period this agreement was in effect.

**Health Care Umbrella Excess Liability Protection – Claims-Made**

If your policy includes Health Care Umbrella Excess Liability Protection - Claims-Made, the following change is made to the umbrella retroactive date definition in the What This Agreement Covers section.

The sentence which reads, "If no umbrella retroactive date is shown on the Coverage Summary, we'll consider the umbrella retroactive date to be the same as the beginning date of this policy." is deleted.

**Liquor Liability Protection – Each Person Limit Of Coverage – Conformity To Illinois Law**

If your policy includes Liquor Liability Protection, the following is added to the Limits Of Coverage section of that insuring agreement.

**WCD 04399**

40519 Rev. 9-03 Printed in U.S.A.          Endorsement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

Page 5 of 6

CONFIDENTIAL

ooStPaul

In accordance with Section 235.5/6-21 of the Illinois Administrative Code, the most you may be legally required to pay as damages for:

• bodily injury;

• loss of means of support or loss of society; or

• property damage;

that results from the selling, serving, or furnishing of any alcoholic beverage in Illinois is limited to the amounts allowed by that law. Those amounts may be less than the limits of coverage available under this agreement.

As a result, the Each person limit:

• will apply in accordance with the amounts allowed by Section 235.5/6-21 of the Illinois Administrative Code; and

• will be automatically increased, if necessary, to comply with any increase in those amounts while this agreement is in effect;

but only for damages otherwise covered by this agreement. The Total limit remains the same.

**Product Recall Protection — Other insurance**

If your policy includes Product Recall Protection, the following replaces the Other Insurance section.

There may be other insurance that applies to your covered expenses. If there is any valid and collectible other insurance that:

• reimburses you for covered expenses that are covered by this agreement; and

• wasn't bought specifically to apply in excess of the limits of coverage shown in the Coverage Summary;

we'll share with the other insurance any covered expenses that are covered by this agreement. If the other insurance has similar terms and conditions, we'll pay the portion of the covered expenses that is equal to our percentage of the total of all limits that apply. But we won't pay more than the limits of coverage that apply under this agreement.

If the other insurance more specifically applies to the covered expenses, we'll pay for covered expenses that are left after such other insurance has been used up, less the deductible and participation percentage. But we won't pay more than the applicable limit of coverage under this agreement.

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

• another insurance company;

• us, except under this agreement;

• any of our affiliated companies;

• any risk retention group;

• any self-insurance method or program, other than any funded by you and over which this agreement applies; or

• any similar risk transfer management method.

**Other Terms**

All other terms of your policy remain the same.

WCD 04400

40519 Rev. 9-03 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 6 of 6                        ∘St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

CONFIDENTIAL

PUBLIC ENTITY GENERAL LIABILITY PROTECTION
CHANGES OR RULES THAT APPLY TO COMMERCIAL
GENERAL LIABILITY PROTECTION ENDORSEMENT

The St.Paul

This endorsement changes your policy.

## How Coverage Is Changed

The following is added.

**Changes or rules that apply to Commercial General Liability Protection**

We'll consider any change or rule that applies to Commercial General Liability Protection in any general rules or state required endorsement which is part of your policy to also apply to your Public Entity General Liability Protection.

In addition, we'll consider any other endorsement that is part of your policy and changes Commercial General Liability Protection to also change your Public Entity General Liability Protection.

## Other Terms

All other terms of your policy remain the same.

**WCD 04401**

00020 Ed. 10-97 Printed in U.S.A.                    Endorsement
©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved

CONFIDENTIAL

COMMERCIAL AUTO REQUIRED ENDORSEMENT
ILLINOIS

TheStPaul

This endorsement changes your Commercial
Auto Insurance to comply with Illinois law.

## Cancellation

The Cancellation section of the General
Rules is replaced by the following.

**How the first named insured can cancel.** The
first named insured can cancel this policy
by delivering the policy to us or any of our
authorized agents. If this isn't possible,
notify us before the date the policy is to be
cancelled. If the first named insured
cancels the policy, you'll get a refund of
any unused premium less a charge for early
cancellation.

**How we can cancel policies in effect 60 days
or less.** If your policy has been in effect
60 days or less, we can cancel for any
reason during this period. If we do, we'll
mail a notice of cancellation to the first
named insured. If we cancel for
nonpayment of premium, we'll send at least
10 days before coverage will end. If we
cancel for any other reason, we'll send at
least 30 days before coverage will end.

**How we can cancel policies in effect more than
60 days.** If your policy has been in effect
more than 60 days, or is a continuation or
renewal policy, we can cancel only for the
following reasons.

1. *Nonpayment of premium.*

2. *Fraud or misrepresentation.* We can
cancel if we discover that in obtaining
this policy, you or your representative
have committed fraud or made a material
misrepresentation.

3. *Breaking the rules of this policy.* We
may cancel this policy if you violate any
of this policy's rules.

4. *Increase in the risk.* We can cancel it,
after we have issued or renewed your
policy, a measurable increase occurs in
the risk we're insuring against.

5. *Loss of reinsurance.* We may cancel this
policy if the Commissioner Of Insurance
certifies that we have lost reinsurance
that provided coverage for all or a
substantial part of this risk we're
insuring.

6. *Determination by the Insurance
Commissioner.* We may cancel this
policy if the Commissioner Of Insurance
determines that continuing this policy
would put us in violation of Illinois
insurance laws.

If we cancel for nonpayment of premium,
we'll mail an advanced written notice of
cancellation to the first named insured. If
we cancel for nonpayment of premium, we'll
send at least 10 days before coverage will
end. If we cancel for any other reason
listed, we'll mail a notice to the first named
insured at least 60 days before coverage
will end. The notice will state the reason for
cancellation. It will also show the date
cancellation is to take affect. The policy
will end on that date.

**Non-renewal.** If we decide not to renew or
continue this policy, we'll mail a notice to
you and your agent at least 60 days before
the end of the policy period. We'll also mail
a notice to any person or organization
shown on the Auto Schedule as having an
interest in covered property. If we offer to
renew or continue your policy, and you
don't accept, the policy will expire at the
end of the policy period. If we offer to
renew your policy, and you fail to pay the
required premium when due, we'll consider
this to mean that you don't accept our
offer.

**Renewal with an increase in premium or
decrease in coverage.** If we offer to renew
your policy, but increase your premium by
30% or more, or decrease your coverage,
we'll send a notice of this change at least
60 days before the renewal date. If we fail
to send 60 days notice, you'll have 60 days
from the date we offer to renew your
policy with the change before the change
takes affect.

If we fail to mail proper notice of
nonrenewal and you obtain other insurance,
this policy will end on the date the other
insurance takes affect.

**Mailing The Notice**

**WCD 04402**

We'll mail any notice of cancellation or non-
renewal to the first named insured's last

44041 Rev. 5-03 Printed in U.S.A.                    Endorsement
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

STP CONFIDENTIAL

TheStPaul

address known to us. Proof that we have mailed any notice is proof you were notified.

## Auto Liability Protection and Garage Liability Protection

If your policy includes Auto Liability Protection or Garage Liability Protection, the following changes are made to your agreement.

### Who Is Protected Under This Agreement

The Any permitted user section is replaced by the following.

**Any permitted user.** Any person or organization to whom you've given permission to use a covered auto you own, rent, lease, hire or borrow is a protected person.

However, we won't consider the following to be a protected person:

- The owner or anyone else from whom you rent, lease, hire or borrow a covered auto unless that auto is a trailer that's connected to a covered auto you own.
- An employee of yours or a member of an employee's household if that employee or member of that employee's household owns the covered auto.
- A partner if you're a partnership, or a member of the partner's household if either owns the covered auto.
- A member if you're a limited liability company, or persons who are part of the member's household if either owns the covered auto.

### Limits Of Coverage

The following is added to the Limits Of Coverage section.

We'll apply the limit shown in the Coverage Summary to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

- $20,000 for bodily injury to any one person caused by any one accident;
- $40,000 for bodily injury to two or more persons caused by any one accident; and
- $15,000 for property damage caused by any one accident.

This provision won't change our total limit of coverage.

### Other Insurance

If your policy includes Auto Liability Protection, the following is added to the Other Insurance section.

Liability coverage provided by this agreement for any auto you don't own is primary if:

- the auto is owned or held for sale or lease by a new or used vehicle dealership;
- the auto is driven by an insured with permission of such dealership while your auto is being repaired or evaluated.
- the limit of coverage for liability coverage under this policy is at least:
- $100,000 for bodily injury to any one person caused by any one accident;
- $300,000 for bodily injury to two or more persons caused by any one accident; and
- $50,000 for property damage caused by any one accident.

If your policy includes Garage Liability Protection, the following is added to the Other Insurance section.

If you are a new or used vehicle dealership, liability coverage provided by this agreement for any auto:

- you own or hold for sale or lease; and
- that is operated by a protected person with your permission while such protected person's auto is being repaired or evaluated;

is excess over any other collectible insurance if such protected person has liability insurance providing limits of at least:

- $100,000 for bodily injury to any one person caused by any one accident;
- $300,000 for bodily injury to two or more persons caused by any one accident; and
- $50,000 for property damage caused by any one accident.

### Other Terms

All other terms of your policy remain the same.

WCD 04403

44041 Rev. 5-03 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 2 of 2                    ©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

CONFIDENTIAL

PUBLIC SECTOR SERVICES RECOVER. G DAMAGES
FROM A THIRD PARTY-SELF—INSURED-RETENTION ENDORSEMENT

TheStPaul

This endorsement changes your General Rules.

---

## How Coverage Is Changed

The following replaces the Recovering Damages From A Third Party section of the General Rules.

### Recovering Damages From A Third Party

Any person protected under this policy may be able to recover all or part of a loss from someone other than us. Because of this, each protected person must do all that's possible after a loss to preserve any right of recovery available. If we make a payment under this policy, that right of recovery will belong to us.

**Division of recovery.** Any amount recovered will be divided as follows:

1. First, any protected person or other insurer who paid amounts in excess of the limits of coverage under this insuring agreement will be reimbursed for the actual amount paid;

2. Next, we will be reimbursed for any payments we have actually made;

1. Then, if any amount remains, any protected person or other insurer who paid amounts below the limits of coverage will be reimbursed for the actual amount paid.

**Recovery expenses.** The expenses incurred in obtaining a recovery from someone other than us will be divided in the same ratio as the recovery is shared. However, if we bring legal action against someone else to recover losses on our own or try to obtain recovery and fail to do so, we will pay all of the expenses we incur in bringing such action ourselves.

### Other Terms

All other terms of your policy remain the same.

---

47659 Ed. 1-95 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1995 All Rights Reserved

Endorsement

WCD 04404

Page    CONFIDENTIAL

## WHAT TO DO IF YOU HAVE A LOSS

The St Paul

This form applies if:

* your policy provides any property or other first-party protection and there's a loss that may be covered under that protection; or

* your policy provides any liability protection and there's an accident, act, error, event, incident, offense, or omission that may result in damages or other amounts which may be covered under that protection.

Coverage under your policy may be affected by any failure to fulfill any of the duties described in this form.

However, neither this form, nor any of these duties, change or eliminate any coverage condition or requirement, or exclusion or other coverage limitation, anywhere in the rest of your policy, such as:

* a specific coverage trigger, reporting, notice, or knowledge condition or requirement; or

* an exclusion or other coverage limitation that's based, all or in part, on knowledge.

This form and the rest of your policy should be read carefully to determine:

* the extent of the coverage provided by your policy; and

* the rights and duties of you and any other person or organization protected under your policy.

| Table of Contents | Page |
|---|---|
| If Your Policy Provides Property Or Other First-Party Protection | 1 |
| If Your Policy Provides Liability Protection | 2 |
| When we consider you to have knowledge of an accident, act, error, event, incident, offense, or omission. | 3 |
| When we consider other persons or organizations to have knowledge of an accident, act, error, event, incident, offense, or omission. | 3 |

### If Your Policy Provides Property Or Other First-Party Protection

If your policy provides property or other first-party protection and there's a loss that may be covered under that protection, you must do all of the following in connection with that loss:

1.  As soon as possible, tell us or one of our authorized representatives what happened. Include all of the following information:

    * The time, place, and specific nature of the loss.

    * The cause, or likely cause, of the loss.

    * A description of the property involved.

    * The name and address of each person known to be a witness.

    Our United States of America (USA) Claim Call Center is available from anywhere in the USA at any time at the following toll-free telephone number to tell us this information:

    **1-800-STPAUL-1**
    **(1-800-787-2851)**

    Also, our internet web site is available from anywhere at any time at the following address to tell us this information:

    **www.stpaul.com**

2.  Promptly notify the police if a law may have been broken.

3.  Do what is reasonable and necessary to protect covered property from further damage or loss. Keep a record of any expenses you incur in taking such action for our possible consideration in any settlement of the loss.

4.  Separate damaged property from undamaged property, if feasible, to enable examination by us.

    At our request, make an inventory of damaged or lost property and mail, deliver, or otherwise give that inventory to us.

5.  Cooperate with us in the investigation, or any settlement, of the loss.

    Allow us, whenever we reasonably require, to:

    * inspect property involved in or proving the loss;

40814 Rev. 8-03 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

What To Do If You Have A Loss

WCD 04405

CONFIDENTIAL

the St.Paul

- examine, and make copies of, your financial books and records relating to the loss; and
- take samples of property, whether damaged or undamaged, for analysis or testing.

6. Allow us to examine you, or any other person or organization protected under your policy, while:

   - under oath; and
   - not in the presence of any other person protected under your policy.

   We may do this, whenever we reasonably require, about any matter relating to:

   - your property or other first-party protection;
   - the loss; or
   - your financial books and records relating to the loss.

   All persons or organizations protected under your policy that are examined in this manner must sign a copy of their responses.

7. Within 60 days after our request, you must mail, deliver, or otherwise give to us a signed, sworn proof of loss, using a form supplied by us that provides the information we need to consider whether the loss is covered by your policy.

   Within 30 days after we reach agreement with you on what we owe for a covered loss, we'll pay that amount.

**If Your Policy Provides Liability Protection**

If your policy provides liability protection and there's an accident, act, error, event, incident, offense, or omission that may result in damages or other amounts which may be covered under that protection, you or any other person or organization protected under your policy must do all of the following in connection with that accident, act, error, event, incident, offense, or omission:

1. As soon as possible after having knowledge of the accident, act, error, event, incident, offense, or omission, tell us or one of our authorized representatives what happened. Do this even if no demand against you or any other person or organization protected under your policy has been made.

Include all of the following information that's reasonably available:

- The time, place, and specific nature of the accident, act, error, event, incident, offense, or omission.
- The type of demand that has been or may be made against you or any other person or organization protected under your policy.
- The name and address of each person or organization that may make a claim or bring a suit.
- The name and address of each person who may be a witness.
- The name and address of each person or organization that may be involved and is protected under your policy.

Our United States of America (USA) Claim Call Center is available from anywhere in the USA at any time at the following toll-free telephone number to tell us this information:

1-800-STPAUL-1
(1-800-787-2851)

Also, our internet web site is available from anywhere at any time at the following address to tell us this information:

www.stpaul.com

However, neither we nor any of our authorized representatives need to be told of an accident, act, error, event, incident, offense, or omission that first involves your workers compensation insurance unless the liability protection provided by your policy is likely to be involved.

2. Promptly notify the police if your policy provides auto liability protection and a covered auto under that protection is stolen.

3. As soon as possible after receiving them, mail, deliver, or otherwise give to us a copy of:

   - all written demands made; and
   - all legal documents relating to any suit brought;

   against you or any other person or organization protected under your policy.

4. Cooperate with and, when requested, assist us in:

   - securing and giving evidence;

40814 Rev. 8-03 Printed in U.S.A.
Page 2 of 4

St.Paul Fire and Marine Insurance Co. 2003 All Rights Reserved

WCD 04406

CONFIDENTIAL

- attending hearings and trials;
- obtaining the attendance of witnesses; and
- taking other reasonable steps to help us investigate or settle, or defend a person or organization protected under your policy against, a claim or suit.

5. Not assume any financial obligation or pay out any money, other than for first aid given to others at the time of an accident, without our consent.

**When we consider you to have knowledge of an accident, act, error, event, incident, offense, or omission.** If you're an individual, we'll consider you to have knowledge of an accident, act, error, event, incident, offense, or omission only if you have knowledge of it or any person has knowledge of it while he or she is your:

- spouse;
- employee and is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department; or
- employee, or authorized person, with a duty given by you to tell us, one of our authorized representatives, or any of the persons described above, about that accident, act, error, event, incident, offense, or omission.

If you're an organization, we'll consider you to have knowledge of an accident, act, error, event, incident, offense, or omission only if any person has knowledge of it while he or she is your:

- partner or co-venturer, or his or her spouse, if you're a partnership or joint venture;
- member or manager if you're a limited liability company;
- trustee if you're a trust;
- shareholder if you're a professional association;
- appointed or elected official if you're a public entity or tribal government;
- director or executive officer if you're a corporation or an other organization;
- employee and is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department; or
- employee, or authorized person, with a duty given by you to tell us, one of our authorized representatives, or any of the persons described above, about that

accident, act, error, event, incident, offense, or omission.

However, if:

- you're a partnership, joint venture, limited liability company, trust, or professional association; and
- any of your partners, co-venturers, members, trustees, or shareholders is an organization;

we'll also consider you to have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is that organization's:

- partner or co-venturer if it's a partnership or joint venture;
- member or manager if it's a limited liability company;
- trustee if it's a trust;
- shareholder if it's a professional association;
- appointed or elected official if it's a public entity or tribal government; or
- director or executive officer if it's a corporation or an other organization.

**When we consider other persons or organizations to have knowledge of an accident, act, error, event, incident, offense, or omission.** We'll consider any person or organization protected under your policy, other than you, to have knowledge of an accident, act, error, event, incident, offense, or omission if you or any of the persons described in the When we consider you to have knowledge of an accident, act, error, event, incident, offense, or omission section has knowledge of it.

Also, if any such other person protected under your policy is a sole proprietor, we'll consider that sole proprietor to also have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is that sole proprietor's:

- employee and is or acts as its insurance or risk manager or holds a position in its insurance, risk management, or legal department; or
- employee, or authorized person, with a duty given by that sole proprietorship to tell that sole proprietor, any of the employees described above, that sole proprietorship's insurer, or one of that insurer's authorized representatives, about that accident, act, error, event, incident, offense, or omission.

**WCD 04407**

CONFIDENTIAL

St.Paul

In addition, we'll consider any such organization protected under your policy to also have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is that organization's:

- partner or co-venturer if it's a partnership or joint venture;

- member or manager if it's a limited liability company;

- trustee if it's a trust;

- shareholder if it's a professional association;

- appointed or elected official if it's a public entity or tribal government;

- director or executive officer if it's a corporation or an other organization;

- employee and is or acts as its insurance or risk manager or holds a position in its insurance, risk management, or legal department; or

- employee, or authorized person, with a duty given by that organization to tell its insurer, one of its insurer's authorized representatives, or any of the persons described above, about that accident, act, error, event, incident, offense, or omission.

Finally, if:

- any organization protected under your policy, other than you if you're an organization, is a partnership, joint venture, limited liability company, trust, or professional association; and

- any of its partners, co-venturers, members, trustees, or shareholders is an organization;

we'll also consider such organization that's protected under your policy to have knowledge of an accident, act, error, event, incident, offense, or omission if any person has knowledge of it while he or she is such partner, co-venturer, member, trustee, or shareholder organization's:

- partner or joint venture if it's a partnership or joint venture;

- member or manager if it's a limited liability company;

- trustee if it's a trust;

- shareholder if it's a professional association;

- appointed or elected official if it's a public entity or tribal government; or

- director or executive officer if it's a corporation or an other organization.

40814 Rev. 8-03 Printed in U.S.A.
Page 4 of 4          ©St.Paul Fire and Marine Insurance Co. 2003 All rights reserved.

CONFIDENTIAL

PUBLIC SECTOR SERVICES
WHAT TO DO IF YOU HAVE A LOSS SELF-INSURED RETENTION
ENDORSEMENT – FOR LIABILITY COVERAGES

TheStPaul

This endorsement changes your What To Do If
You Have A Loss.

**How Coverage Is Changed**

There are two changes which are explained
below.

1. The following is added to the When This
Policy Provides Liability Protection section.

This section does not apply to liability
protection excess of a self-insured retention.

2. The following is added.

**When This Policy Provides Liability Protection
Excess Of A Self- Insured Retention**

If an accident or incident happens that may
involve liability protection provided in this
policy, you or any other protected person
involved must:

1. Notify the police if a law may have been
broken.

2. Tell your claim handling service what
happened as soon as possible. Do this even
though no demand for damages has been
made against you or any protected person,
but you or another protected person is
aware of having done something that may
later result in a demand for damages. This
notice should include all of the following:
•The time and place of the accident or inci-
dent.
•The protected person involved.
•The specific nature of the accident or inci-
dent, including the type of demand for
damages that may result.
•The names and addresses of any witnesses
and injured people.

3. Send a copy of all written demands to your
claim handling service.

4. Tell your claim handling service and us what
happened as soon as possible if the acci-
dent or incident will likely result in the
payment of covered damages or claim

expenses for an amount more than 50% of
the applicable self-insured retention.

5. If your policy includes a total retention,
require your claim handling service to tell us
when the combined total of all accidents or
incidents will likely result in payments of
damages or claim expenses that equal or
exceed such total retention in a policy year.

6. Tell your claim handling service and us as
soon as possible of all accidents and inci-
dents involving any of the following:
•Death.
•Brain damage.
•Fractured skull.
•Paraplegic or quadriplegic impairment.
•Loss of eyesight.
•Third degree burns.
•Traumatic loss of or surgical amputation
of limb.
•Extra-contractual or punitive damages even
if it is not covered under this policy.

7. Cooperate with and assist your claim handl-
ing service and us in securing and giving
evidence, attending hearings and trials, and
obtaining the attendance of witnesses.

8. Not assume any financial obligation or pay
out any money without our consent.
However, we won't apply this rule to:
•any financial obligation or amounts paid
for first aid given to others at the time of an
accident; or
•amounts paid out within any self-insured
retention.

*Your claim handling service* means the
individual or organization who is providing
claims services for you in accordance with a
separate written contract or agreement.

**Other Terms**

All other terms of your policy remain the
same.

47652 Ed.1-95 Printed in U.S.A.            Endorsement
©St.Paul Fire and Marine Insurance Co.1995 All Rights Reserved

WCD 04409

Page 1 CONFIDENTIAL

COPY

PUBLIC ENTITY GENERAL LIABILITY PROTECTION
COVERAGE SUMMARY                                                    TheStPaul

This Coverage Summary shows the limits of
coverage that apply to your Public Entity
General Liability Protection. It also lists those
endorsements, if any, that must have certain
information shown for them to apply.

## Limits Of Coverage

| | | |
|---|---|---|
| General total limit. | $ | 2,000,000 |
| Products and completed work total limit. | $ | 1,000,000 |
| Personal injury each person limit. | $ | 1,000,000 |
| Advertising injury each person limit. | $ | 1,000,000 |
| Each event limit. | $ | 1,000,000 |
| *Failure to supply limit.* | $ | 0 |
| *Medical expenses limit.* | $ | 0 |
| *Premises damage limit.* | $ | 100,000 |
| *Sewer back-up limit.* | $ | 0 |

## Named Endorsement Table

Important Note: Only endorsements that must have certain information shown for them to apply
are named in this table. The required information follows the name of each such endorsement.
Other endorsements may apply too. If so, they're listed on the Policy Forms List.

PSS General Liability Self-Insured Retention Endorsement
  Self Insured Retentions
    Personal Injury Each Person Retention:        $100,000
    Advertising Injury Each Person Retention:     $100,000
    Each Event Retention:                         $100,000

WCD 04410

| Name of Insured | Policy Number GP06301134 | Effective Date 12/01/03 |
|---|---|---|
| COUNTY OF WILL | | Processing Date 02/05/04  16:11  002 |

G0208 Ed.10-97 Printed in U.S.A.                    Coverage Summary
©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved

Page  CONFIDENTIAL

The St.Paul

Page    2
©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved

CONFIDENTIAL

PUBLIC ENTITY GENERAL LIABILITY PROTECTION

TheStPaul

This insuring agreement provides general liability protection for your operations. There are, of course, limitations and exclusions throughout this agreement that apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

## Table of Contents

| | Page |
|---|---|
| **What This Agreement Covers** | 2 |
| Bodily injury and property damage liability. | 2 |
| Personal injury liability. | 3 |
| Advertising injury liability. | 4 |
| Medical expenses. | 4 |
| Right and duty to defend a protected person. | 5 |
| Additional payments. | 5 |
| Right to appeal a judgment against a protected person. | 6 |
| **When This Agreement Covers** | 6 |
| Bodily injury and property damage liability. | 6 |
| Personal injury liability. | 6 |
| Advertising injury liability. | 6 |
| Medical expenses. | 7 |
| **Where This Agreement Covers** | 7 |
| **Who Is Protected Under This Agreement** | 7 |
| Public entity. | 7 |
| Elected or appointed officials and members. | 7 |
| Employees and volunteer workers. | 8 |
| Real estate managers. | 9 |
| Landlords. | 9 |
| Equipment lessors. | 9 |
| Operators of registered mobile equipment. | 9 |
| Watercraft users. | 10 |
| Persons or organizations as required by written contract. | 10 |
| Separation of protected persons. | 10 |
| **Limits Of Coverage** | 10 |
| General total limit. | 10 |
| Products and completed work total limit. | 11 |
| Personal injury each person limit. | 12 |
| Advertising injury each person limit. | 12 |
| Each event limit. | 12 |
| How the limits of coverage apply if a total limit is left blank. | 13 |

| | Page |
|---|---|
| **Exclusions – What This Agreement Won't Cover** | 13 |
| Advertising, broadcasting, or publishing business. | 13 |
| Aircraft. | 13 |
| Asbestos. | 14 |
| Auto. | 14 |
| Breach of contract. | 15 |
| Contract liability. | 15 |
| Control of property. | 18 |
| Damage to your products or completed work. | 18 |
| Deliberately breaking the law. | 18 |
| Employers liability. | 18 |
| Employment-related practices. | 19 |
| Expected or intended bodily injury or property damage. | 20 |
| Failure to supply service. | 20 |
| False material. | 20 |
| Health care professional services. | 20 |
| Impaired property. | 20 |
| Injury to volunteer firefighters. | 21 |
| Intellectual property. | 21 |
| Law enforcement activities or operations. | 21 |
| Liquor liability. | 22 |
| Material previously made known or used. | 22 |
| Medical expenses of certain persons. | 22 |
| Mobile equipment. | 23 |
| Nuclear energy liability. | 24 |
| Pollution injury or damage. | 25 |
| Pollution work loss, cost, or expense. | 28 |
| Poor quality or performance. | 29 |
| Product recall. | 29 |
| Public use of property. | 29 |
| Watercraft. | 29 |
| Workers compensation or other benefits laws. | 30 |
| Wrong price description. | 30 |
| **Other Insurance** | 30 |
| Primary or excess other insurance. | 30 |
| When this agreement is excess insurance. | 30 |
| Methods of sharing. | 31 |

WCD 04412

G0209 Rev. 10-02 Printed in U.S.A.   Insuring Agreement
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved



CONFIDENTIAL

## What This Agreement Covers

Bodily injury and property damage liability.
We'll pay amounts any protected person is
legally required to pay as damages for
covered bodily injury or property damage
that:

• happens while this agreement is in effect;
  and

• is caused by an event.

Protected person means any person or
organization that qualifies as a protected
person under the Who Is Protected Under
This Agreement section.

Bodily injury means any physical harm,
including sickness or disease, to the
physical health of other persons.

We'll consider any of the following that
happens at any time to be part of such
physical harm, sickness, or disease, if it
results in or from such physical harm,
sickness, or disease:

• Mental anguish, injury, or illness.

• Emotional distress.

• Care, loss of services, or death.

We'll consider any bodily injury that's a
continuation, change, or resumption of
previously known bodily injury to happen
before this agreement begins if such
continuation, change, or resumption would
otherwise be considered to happen while
this agreement is in effect because of a
continuous, multiple, or other coverage
trigger required under the law that applies.

Of course, if there's a continuation, change,
or resumption, after this agreement ends, of
bodily injury that:

• isn't previously known bodily injury; and

• happens while this agreement is in effect;

we'll consider such continuation, change, or
resumption to also happen while this
agreement is in effect if that would be the
result because of a continuous, multiple, or
other coverage trigger required under the law
that applies.

Previously known bodily injury means
bodily injury that happened before this
agreement begins and was known by you, or

any described authorized person, before this
agreement begins as a result of any of the
following at that time:

• You, or such described authorized person,
  reporting all or part of that bodily injury
  to us or any other insurer.

• You, or such described authorized person,
  receiving a claim or suit for all or part of
  that bodily injury.

• Such described authorized person
  witnessing, or being told of, the beginning,
  or any change, continuation, or resumption,
  of all or part of that bodily injury.

Described authorized person means any
person while he or she is your:

• Elected or appointed official, director, or
  executive officer, or member of any of
  your agencies, boards, or commissions.

• Employee and is or acts as your insurance
  or risk manager or holds a position in
  your insurance, risk management, or legal
  department.

Property damage means:

• physical damage to tangible property of
  others, including all resulting loss of use
  of that property; or

• loss of use of tangible property of others
  that isn't physically damaged. For
  example:

  One of your employees accidentally causes
  a fire in your premises. The fire
  department responds and orders nearby
  businesses to close for safety reasons
  while it fights the fire. Your premises is
  heavily damaged by the fire. But none of
  the nearby businesses are physically
  damaged. As a result, we'll consider the
  period of time those businesses are
  closed due to your fire to be loss of use
  of tangible property of others that isn't
  physically damaged.

We'll consider all physical damage to
tangible property of others that's a
continuation, change, or resumption of
previously known physical damage to
tangible property of others to happen before
this agreement begins if such continuation,
change, or resumption would otherwise be
considered to happen while this agreement
is in effect because of a continuous,

WCD 04413

CONFIDENTIAL

multiple, or other coverage trigger required under the law that applies.

Of course, if there's a continuation, change, or resumption, after this agreement ends, of physical damage to tangible property of others that:

- isn't previously known physical damage to tangible property of others; and
- happens while this agreement is in effect;

we'll consider such continuation, change, or resumption to also happen while this agreement is in effect if that would be the result because of a continuous, multiple, or other coverage trigger required under the law that applies.

We'll consider all loss of use of:

- damaged tangible property to happen at the time of the physical damage that caused it; and
- undamaged tangible property to happen at the time the event that caused it begins;

regardless of when such loss of use actually happens.

*Tangible property* doesn't include data.

*Previously known physical damage to tangible property of others* means physical damage to tangible property of others that happened before this agreement begins and was known by you, or any described authorized person, before this agreement begins as a result of any of the following at that time:

- You, or such described authorized person, reporting all or part of that property damage to us or any other insurer.
- You, or such described authorized person, receiving a claim or suit for all or part of that property damage.
- Such described authorized person witnessing, or being told of, the beginning, or any change, continuation, or resumption, of all or part of that property damage.

*Event* means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

We explain the terms:

**WCD 04414**

- claim and suit in the Right and duty to defend a protected person section;
- other organization in the Public entity or other organization section; and
- employee in the Employees and volunteer workers section.

**Personal injury liability.** We'll pay amounts any protected person is legally required to pay as damages for covered personal injury that:

- results from your operations; and
- is caused by a personal injury offense committed while this agreement is in effect.

*Personal injury* means injury, other than bodily injury or advertising injury, that's caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

- False arrest, detention, or imprisonment.
- Malicious prosecution.
- Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that a person occupies, if such entry or eviction is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies, if such invasion is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.

*Covered material* means any material in any form of expression, including material made known in or with any electronic means of communication, such as the Internet.

But we won't consider the following to be covered material:

G0209 Rev. 10-02 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

Insuring Agreement

Page 1 of 32
CONFIDENTIAL

The St.Paul

- Any website, part of a website, or content of a website, that's designed, built, maintained, or determined for others by or for any protected person whose business is designing, building, or maintaining, or determining the content of, websites for others.

- Any material made known in an electronic chatroom or bulletin board over which any protected person exercises control, or that any protected person hosts or owns.

**Advertising injury liability.** We'll pay amounts any protected person is legally required to pay as damages for covered advertising injury that:

- results from the advertising of your facilities, operations, or services, or your products, your work, or your completed work; and

- is caused by an advertising injury offense committed while this agreement is in effect.

We won't consider advertising, borders, or frames for or of others, or links for or to others, that are on or in your website to be advertising of your facilities, operations, or services, or your products, your work, or your completed work.

*Advertising injury* means injury, other than bodily injury or personal injury, that's caused by an advertising injury offense.

*Advertising injury offense* means any of the following offenses:

- Libel, or slander, in or with covered material.

- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.

- Making known to any person or organization covered material that violates a person's right of privacy.

- Unauthorized use of any advertising idea or advertising material, or any slogan or title, of others in your advertising.

*Advertising* means attracting the attention of others by any means for the purpose of seeking or increasing:

- interest or participation in civic, educational, entertainment, recreational, or social activities or events;

- private or public development, growth, or investment;

- use of facilities or services by others; or

- visits by tourists, travelers, or membership, trade, or similar groups, organizations, or shows.

*Advertising idea* means a manner or style of advertising that others use and intend to attract attention in their advertising.

But we won't consider information used to identify or record customers or supporters, such as a list of customers or supporters, to be an advertising idea.

*Advertising material* means any covered material that:

- is subject to copyright law; and

- others use and intend to attract attention in their advertising.

*Slogan* means a phrase that others use and intend to attract attention in their advertising.

But we won't consider slogan to include a phrase used as, or in, the name of:

- any person or organization, other than you; or

- any business, or any of the premises, products, services, work, or completed work, of any person or organization, other than you.

*Title* means a name of a literary or artistic work.

We explain the terms:

- covered material in the Personal injury liability section of this What This Agreement Covers section; and

- your products, your work, and your completed work in the Products and completed work total limit section.

**Medical expenses.** We'll pay covered medical expenses that are incurred for bodily injury which is caused by an event that:

- begins while this agreement is in effect; and

WCD 04415

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

☐ CONFIDENTIAL

The St.Paul

• results from your activities, happens at, on, or in any premises that you rent or lease from others, or own, or happens on the ways next to such premises;

even if the protected person isn't legally required to pay such expenses.

*Medical expenses* means the reasonable expenses incurred by any person or organization for necessary medical services received by a person anytime within three years of the beginning date of an event which causes that person to sustain bodily injury.

*Medical services* includes:

• first aid received at the time of an event;
• ambulance and emergency care services;
• dental, hospital, medical, nursing, surgical, x-ray, and other health care professional services;
• artificial limbs and organs; and
• funeral services.

We explain the term health care professional services in the Health care professional services exclusion.

**Right and duty to defend a protected person.** We'll have the right and duty to defend any protected person against a claim or suit for injury or damage covered by this agreement. We'll have such right and duty even if all of the allegations of the claim or suit are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

We'll have the right to investigate any event, offense, claim, or suit to the extent we believe is proper. We'll also have the right to settle any claim or suit within:

• any applicable deductible; or
• the available limit of coverage.

Our duty to defend protected persons ends when we have used up the limit of coverage that applies with the payment of:

• judgments;
• settlements; or
• medical expenses.

*Claim* means a demand that seeks damages.

*Suit* means a civil proceeding that seeks damages. It includes:

• an arbitration proceeding for damages to which the protected person must submit, or submits with our consent; and
• any other alternative dispute resolution proceeding for damages to which the protected person submits with our consent.

*Injury or damage* means:

• bodily injury, personal injury, or advertising injury; or
• property damage.

*Offense* means any:

• personal injury offense; or
• advertising injury offense.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when we:

• investigate or settle the claim or suit; or
• defend the protected person against the claim or suit.

These payments are in addition to the limits of coverage.

Our duty to make additional payments ends when we have used up the limit of coverage that applies with the payment of:

• judgments;
• settlements; or
• medical expenses.

*Our expenses.* We'll pay all expenses we incur.

*Bail bonds.* We'll pay up to $2,500 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which this agreement applies. We don't have to furnish such bonds.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the available

WCD 04416

G0209 Rev. 10-02 Printed in U.S.A.     Insuring Agreement
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

CONFIDENTIAL

limit of coverage. We don't have to furnish such bonds.

*Expenses incurred by protected persons at our request.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit. But we won't pay more than $500 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person for covered injury or damage in a suit.

*Prejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of that offer.

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

*Appeal bonds.* If we have the duty to appeal a judgment that includes damages covered by this agreement, and you agree we can appeal that judgment, we'll pay the cost of any appeal bond required for that appeal. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond. The results of an appeal won't change the limits of coverage that apply under this agreement.

*Right to appeal a judgment against a protected person.* We'll have the right to appeal a judgment that we don't have a duty to appeal. But only if the judgment:

- includes damages covered by this agreement;
- is awarded in a suit for which we defend a protected person; and
- is awarded against the protected person.

If we appeal such a judgment, we'll pay the following that result directly from that appeal:

- All expenses we incur.
- All reasonable expenses that any protected person incurs at our request while helping us with the appeal, other than the cost of appeal bonds.
- The cost of any required appeal bond. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond.
- All postjudgment interest that accumulates on the full amount of the judgment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

These payments are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

## When This Agreement Covers

*Bodily injury and property damage liability.* We'll apply this agreement to claims or suits for covered bodily injury or property damage whenever they're made or brought.

*Personal injury liability.* We'll apply this agreement to claims or suits for covered personal injury whenever they're made or brought.

*Advertising injury liability.* We'll apply this agreement to claims or suits for covered advertising injury whenever they're made or brought.

**WCD 04417**

CONFIDENTIAL

**Medical expenses.** We'll apply this agreement to covered medical expenses only when they're reported to us within one year of the beginning date of the event.

## Where This Agreement Covers

We'll apply, and make payments under, this agreement only in the coverage territory and only for:

- covered injury or damage that's caused by events which happen, or offenses which are committed, there, and

- covered medical expenses that are incurred for bodily injury which is caused by events that happen there.

However, we'll also apply, and make payments under, this agreement in the coverage territory for covered injury or damage that's caused by events which happen, or offenses which are committed, in the rest of the world if the protected person's liability for such injury or damage is determined in a suit on the merits in the coverage territory, or in a settlement agreed to by us, and:

- the events or offenses result from the activities of a person whose home is in the coverage territory, but is away from there for a short time on your business;

- the events result from your products that are made or sold by you in the coverage territory; or

- the offenses are committed in or with any electronic means of communication, such as the Internet.

For example:

*Your public official travels on an economic development fact-finding trip to Norway for two weeks. While there, the official allegedly causes bodily injury to a Norwegian citizen. A few months later, the Norwegian citizen sues you for the alleged bodily injury. If the suit is brought against you in the coverage territory, and it seeks damages for bodily injury covered by this agreement, we'll have the duty to defend you against the suit and pay covered damages awarded in a judgment against you. However, if the suit is brought against you in Norway, or* *anywhere else outside of the coverage territory, we won't have a duty to defend you there. Also, we won't have a duty to pay a judgment awarded by a court there, even if the judgment is later recognized and enforced by a court in the coverage territory.*

Coverage territory means:

- the United States of America, including its territories and possessions;

- Puerto Rico;

- Canada; and

- international waters or airspace only during travel or transportation between any of the above places.

We explain the term your products in the Products and completed work total limit section.

## Who Is Protected Under This Agreement

**Public entity.** If you're shown in the Introduction as a named insured and a public entity, you're a protected person.

**Elected or appointed officials and members.** Your lawfully elected or appointed officials, directors, or executive officers, or members of any of your agencies, boards, or commissions, are protected persons only for the conduct of their duties as your lawfully elected or appointed officials, directors, executive officers, or members.

However, no elected or appointed official, director, executive officer or member is a protected person for bodily injury or personal injury to:

- you;

- any of your employees;

- the spouse, or any child, parent, brother, or sister, of that employee if such injury results from the bodily injury or personal injury to such employee;

- any fellow elected or appointed official, director, executive officer, or member; or

- the spouse, or any child, parent, brother, or sister, of that fellow elected or appointed official, director, executive officer, or member if such injury results from the bodily injury or personal injury

**WCD 04418**

Insuring Agreement

Page 21 of 32 CONFIDENTIAL

to such fellow elected or appointed
official, director, executive officer, or
member.

Nor is any elected or appointed official,
director, executive officer, or member a
protected person for any obligation to share
damages with or repay someone else who
must pay damages because of such bodily
injury or personal injury.

Also, no elected or appointed official,
director, executive officer, or member is a
protected person for property damage to
property that's controlled by:

• you;

• any of your employees; or

• that elected or appointed official, director,
executive officer, or member.

But we won't apply the exclusions in this
Elected or appointed officials and members
section to premises damage.

**Employees and volunteer workers.** Your
employees are protected persons only for:

• work done within the scope of their
employment by you;

• their performance of duties related to the
conduct of your operations; or.

• their acts as good samaritans in response
to an accident or public emergency.

And your volunteer workers are protected
persons only for activities or work they
conduct or perform:

• at your direction; and

• within the scope of their duties for you.

However, no employee or volunteer worker
is a protected person for bodily injury or
personal injury to:

• you;

• any of your elected or appointed officials,
directors, executive officers, or members
of any of your agencies, boards, or
commissions;

• the spouse, or any child, parent, brother,
or sister, of such elected or appointed
official, director, executive officer, or
member if such injury results from the
bodily injury or personal injury to such
elected or appointed official, director,
executive officer, or member;

• any fellow employee;

• any fellow volunteer worker or any of
your employees; or

• the spouse, or any child, parent, brother,
or sister, of any fellow employee or any
fellow volunteer worker, or any of your
employees, which results from the bodily
injury or personal injury to that fellow
employee, that fellow volunteer worker,
or that employee.

Nor is any employee or volunteer worker a
protected person for any obligation to share
damages with or repay someone else who
must pay damages because of such bodily
injury or personal injury.

Also, no employee or volunteer worker is a
protected person for property damage to
property that's controlled by:

• you;

• any of your elected or appointed officials,
directors, executive officers, or members;

• that employee or any fellow employee; or

• that volunteer worker, any fellow volunteer
worker, or any of your employees.

But we won't apply the exclusions in this
Employees and volunteer workers section to
premises damage.

Nor will we apply this Employees and
volunteer workers section to your elected or
appointed officials. Instead, we'll apply the
Elected or appointed officials and members
section to them.

*Employee* includes a leased worker, other
than a leased temporary worker.

*Leased worker* means any person who:

• is hired from an employee leasing firm
under a contract or agreement between the
hirer and that firm; and

• is performing duties related to the conduct
of the hirer's business.

*Volunteer worker* means any person who:

• isn't working within the scope of his or
her employment as an employee or as a
leased temporary worker;

• donates his or her work; and

• isn't paid a fee, salary, or other
compensation for that work.

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

WCD 04419

CONFIDENTIAL

*Employee leasing firm* means any person or organization that hires out workers to others. It includes any:

- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Leased temporary worker* means a leased worker who is hired to:

- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions.

*Controlled by* means:

- owned, rented, leased, occupied, borrowed, or used by;
- in the care, custody, or control of; or
- being physically controlled for any purpose by.

We explain the term premises damage in the Each event limit section.

**Real estate managers.** Your real estate managers are protected persons only for their management of premises that you rent, lease, or borrow from others, or own. They may be persons or organizations.

But we won't apply this Real estate managers section to your employees or volunteer workers. Instead, we'll apply the Employees and volunteer workers section to them.

**Landlords.** Any landlord, lessor, manager, or owner of a premises rented, loaned, or leased to, or borrowed by, you is a protected person only for the ownership, maintenance, or use of that premises while you rent, lease, or borrow it.

However, no landlord, lessor, manager, or owner of such premises is a protected person for injury or damage that results from any of the following work while being done by or for that landlord, lessor, manager, or owner:

- Structural changes.
- New construction work.
- Demolition work.

But we won't apply this Landlords section to your real estate managers. Instead, we'll apply the Real estate managers section, or the Employees and volunteer workers section, whichever section is applicable, to them.

**Equipment lessors.** Any lessor or owner of equipment rented or leased to you is a protected person only for your operation, maintenance, or use of that equipment while you rent or lease it.

However, no equipment lessor or owner is a protected person for injury or damage that results from its sole negligence.

**Operators of registered mobile equipment.** Any operator of registered mobile equipment is a protected person only for covered bodily injury or property damage that results from his or her driving of such equipment on a public street or road with your permission.

Any other person or organization legally responsible for the driving conduct of an operator of such mobile equipment is also a protected person only for such bodily injury or property damage. But only if there's no valid and collectible other insurance that applies to such liability and is available to that person or organization.

However, no operator of such mobile equipment or other person or organization is a protected person for:

- bodily injury to a fellow employee of the operator; or
- property damage to property controlled by you or the employer of the operator.

Also, if any operator of such mobile equipment is your employee or volunteer worker, we'll also apply the exclusions in the Employees and volunteer workers section to that operator to the extent those exclusions would otherwise apply.

*Registered mobile equipment* means mobile equipment that's registered in your name under a motor vehicle registration law.

We explain the terms:

- employee, volunteer worker, and controlled by in the Employees and volunteer workers section;

**WCD 04420**

---

CONFIDENTIAL

- mobile equipment in the Mobile equipment exclusion; and
- other insurance in the Other Insurance section.

**Watercraft users.** Any person or organization who uses or is responsible for the use of watercraft you own or use is a protected person. But only for covered bodily injury or property damage that results from the use of such watercraft with your permission.

**Persons or organizations as required by written contract.** Any person or organization that:

- is not otherwise a protected person under this agreement; and
- you agree in a written contract or agreement to add as an additional protected person under this agreement;

is a protected person, but only for covered injury or damage that results from your work for such person or organization.

However, no such person or organization under contract is a protected person for :

- injury or damage that results from its sole negligence; or
- bodily injury or property damage that happened, or personal injury or advertising injury caused by an offense that's committed, before such written contract is made.

We explain the term your work in the Products and completed work total limit section.

**Separation of protected persons.** We'll apply this agreement separately to each protected person.

However, all protected persons share the limits of coverage shown in the Coverage Summary. We explain how in the Limits Of Coverage section.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

The limits of coverage shown in the Coverage Summary and the information contained in this section fix the most we'll pay as damages and medical expenses, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**General total limit.** This is the most we'll pay for the combined total of:

- all covered bodily injury and property damage that happens in a policy year;
- all covered personal injury that's caused by all personal injury offenses committed in a policy year;
- all covered advertising injury that's caused by all advertising injury offenses committed in a policy year; and
- all covered medical expenses that are incurred for bodily injury which is caused by all events that begin in a policy year.

However, we won't apply this limit to bodily injury or property damage that results from your products or your completed work. Instead, we'll apply the products and completed work total limit to such bodily injury or property damage covered by this agreement.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever period is shorter. But when that period is longer than one year, policy year means each of the following periods of time that this agreement is in effect, starting with the beginning date of this agreement:

- Each consecutive one-year period.
- Any period that remains after the last consecutive one-year period.

However, if the original policy period shown in the Introduction is extended for a period of less than one year, we'll consider each such extended period to be part of the last policy year, regardless of the number of extensions provided.

For example:

WCD 04421

⟨!⟩ CONFIDENTIAL

*Your original policy period is two years and nine months long. As a result, it has three policy years, each one separate from the other. The first is the first one-year period. The second is the next one-year period. And the third is the remaining nine-month period.*

*During the third policy year you request, and we provide, two separate extensions of the policy period: a three-month extension, and then a four-month extension. As a result, the third policy year becomes sixteen months long and is still subject to the same limits of coverage that applied when it was nine months long.*

We explain the products and completed work total limit, and the terms your products and your completed work, in the Products and completed work total limit section.

**Products and completed work total limit.** This is the most we'll pay for the combined total of:

- all covered bodily injury and property damage that results from your products and happens in a policy year; and
- all covered bodily injury and property damage that results from your completed work and happens in a policy year.

*Your products* means any of the goods or products that are or were manufactured, sold, handled, distributed, or disposed of by:

- you;
- others using your name; or
- any person or organization whose business or assets you've acquired.

Your products includes potable water sold by or distributed by you.

Your products also includes:

- all containers, equipment, materials, or parts provided with or for your products;
- any warranty provided with or for your products;
- any statement made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your products; and

- all warnings, instructions, or directions provided, or that should have been provided, with or for your products.

But we won't consider the following to be your products:

- Goods or products that are still in your physical possession or on a premises that you rent, lease, or borrow from others, or own.
- Real property.
- Containers that are vehicles provided with or for your products.
- Property that's rented or leased to others.
- Property that you haven't sold, but which you allow others to use. For example, a vending machine.

*Your completed work* means your work that:

- is completed, including work that may need service, maintenance, correction, repair, or replacement, but which is otherwise complete; or
- has been abandoned by you.

We'll consider your work to be completed at the earliest of the following times:

- When all of the work called for in your contract has been completed.
- When all of the work to be done at the work site has been completed, if your contract calls for work at more than one site.
- When that part of the work at the work site has been put to its intended use by any person or organization, other than another contractor or subcontractor working on the same project.

Your completed work includes:

- any warranty provided with or for your completed work;
- any statement made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your completed work; and
- all warnings, instructions, or directions provided, or that should have been provided, with or for your completed work.

**WCD 04422**

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

CONFIDENTIAL

TheStPaul

But we won't consider the following to be your completed work:

- Uninstalled equipment, abandoned or unused materials or parts, or tools.
- Work done in connection with transporting property.
- Any premises or other real property that you own.
- Any work done to a premises or other real property that you rent or lease from others, or own.
- Any work while on a premises that you rent, lease, or borrow from others, or own.

However, we'll consider a condition created in or on a vehicle in the course of work done in connection with transporting property to be your completed work if:

- the vehicle isn't owned or operated by you;
- the condition is created by the loading or unloading of the vehicle by a protected person; and
- the condition causes bodily injury or property damage.

*Your work* means any:

- work that you're performing or others are performing for you; or
- service that you're providing or others are providing for you.

Your work includes:

- all equipment, materials, parts, or tools being provided or used with or for your work or service;
- any statement being made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your work or service; and
- all warnings, instructions, or directions being provided, or that should have been provided, with or for your work or service.

We explain the term loading or unloading in the Auto exclusion.

**Personal injury each person limit.** This is the most we'll pay for all covered personal injury that:

- is sustained by any one person or organization; and
- is caused by all personal injury offenses committed in a policy year.

**Advertising injury each person limit.** This is the most we'll pay for all covered advertising injury that:

- is sustained by any one person or organization; and
- is caused by all advertising injury offenses committed in a policy year.

**Each event limit.** This is the most we'll pay for the combined total of:

- all covered bodily injury and property damage that's caused by any one event; and
- all covered medical expenses that are incurred for bodily injury which is caused by any one event.

However, the most we'll pay for covered bodily injury or property damage that's caused by any one event or covered medical expenses that are incurred for bodily injury which is caused by any one event is further limited by the following:

*Failure to supply limit.* This is the most we'll pay for all covered bodily injury, property damage, and medical expenses that:

- result from the failure of any protected person to adequately supply electricity, gas, oil, steam, or water service; and
- are caused by any one event.

*Medical expenses limit.* This is the most we'll pay for all covered medical expenses that are incurred for bodily injury which:

- is sustained by any one person; and
- is caused by any one event.

*Premises damage limit.* This is the most we'll pay for all covered premises damage that's caused by any one event.

*Premises damage* means property damage to:

- any premises that you rent, lease, or borrow from others; or
- the contents of any premises that you rent from others if you rent such premises

**WCD 04423**

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

⊡ CONFIDENTIAL

for a period of seven or fewer consecutive days.

*Sewer back-up limit.* This is the most we'll pay for all covered bodily injury, property damage, and medical expenses that:

* result from the back-up of sewage into a building from any sewage facility or sanitary sewer that you own, operate, or maintain; and

* is caused by any one event.

**How the limits of coverage apply if a total limit is left blank.** If the amount of the general total limit or the products and completed work total limit is left blank in the Coverage Summary, we'll consider that total limit to be the same as the each event limit or $200,000, whichever amount is more.

## Exclusions – What This Agreement Won't Cover

**Advertising, broadcasting, or publishing business.** We won't cover personal injury that results from any of the following personal injury offenses committed by or for any protected person whose business is advertising, broadcasting, or publishing, if such offense is committed in any advertising, broadcasting, or publishing done by or for that protected person:

* Libel, or slander, in or with covered material.

* Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.

* Making known to any person or organization covered material that violates a person's right of privacy.

Nor will we cover advertising injury that results from an advertising injury offense committed by or for any protected person whose business is advertising, broadcasting, or publishing.

We won't consider the placement of advertising, borders, or frames for or of others, or links for or to others, on or in a protected person's website, by itself, to mean that protected person's business is advertising.

**WCD 04424**

*Broadcasting* means transmitting any audio or visual material for any purpose:

* by radio or television; or

* in or with any other electronic means of communication, such as the Internet, if that material is part of radio or television programming, other entertainment, music, or news programming, or advertising transmitted with that programming.

*Publishing* means creating and producing any material in any format for distribution or sale to others for any purpose.

But we won't consider creating and producing any of the following material in any format to be publishing:

* Correspondence written in the conduct of your operations.

* Material, including bulletins, financial or annual reports, or newsletters, that describes or reports your operations, your products, your work, or your completed work.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Aircraft.** We won't cover bodily injury, property damage, or medical expenses that result from the:

* ownership, maintenance, use, or operation;

* loading or unloading;

* entrustment to others; or

* supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any aircraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to the liability of another to pay damages for bodily injury or property damage if you have assumed such liability under a covered contract that:

* is for the ownership, maintenance, use, or operation of an aircraft; and

* was made before the bodily injury or property damage happens.

Nor will we apply this exclusion to:

CONFIDENTIAL

- bodily injury, property damage, or medical expenses that result from the operation of specialized equipment; or

- premises damage.

Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the use of an aircraft chartered by a protected person if:

- the aircraft is chartered with crew, including a pilot; and

- the protected person isn't using the aircraft to carry persons or property for a charge.

We explain the terms:

- covered contract in the Contract liability exclusion;

- entrustment to others, loading or unloading, and supervision of others, in the Auto exclusion;

- premises damage in the Each event limit section; and

- specialized equipment in the Mobile equipment exclusion.

Asbestos. We won't cover injury or damage or medical expenses that result from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of asbestos in any form by any person; or

- existence of asbestos in any form.

Nor will we cover injury or damage that results from any actual, alleged, or threatened:

- absorption, ingestion, or inhalation of any other solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and waste, in any form by any person; or

- existence of any such other irritant or contaminant in any form;

and is part of any claim or suit that also alleges any injury or damage described in the first paragraph of this exclusion.

We also won't cover any loss, cost, or expense that results from any request, demand, order, or statutory or regulatory requirement that any protected person or others:

- test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize asbestos in any form; or

- respond to, or assess, in any way the effects of asbestos in any form.

Because asbestos and any such other irritants or contaminants are pollutants, this exclusion applies in addition to any of the following exclusions that apply:

- Pollution injury or damage exclusion.

- Pollution work loss, cost, or expense exclusion.

- Any other pollution-related exclusion made part of this agreement.

We explain the terms pollutant and waste in the Pollution injury or damage exclusion.

Auto. We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;

- loading or unloading;

- entrustment to others; or

- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any auto owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the parking of an auto on a premises, or on the ways next to such premises, if:

- the premises is owned, rented, leased, or borrowed by you; and

- the auto isn't owned, rented, leased, or borrowed by any protected person.

Nor will we apply this exclusion to:

- bodily injury, property damage, or medical expenses that result from the operation of specialized equipment; or

- premises damage.

*Auto* means any land motor vehicle, trailer, or semitrailer that's designed for travel on public streets or roads.

**WCD 04425**

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved
CONFIDENTIAL

We'll consider any machinery or equipment that's permanently attached to an auto to be part of the auto.

But we won't consider mobile equipment to be an auto.

*Loading or unloading* means the handling of property:

- while it's being moved from the place where it's accepted for transportation;
- while it's being loaded, transported, and unloaded; and
- until it's moved to the place where it's finally delivered.

But we won't consider moving property by an unattached mechanical device to be loading or unloading.

*Unattached mechanical device* includes any forklift, conveyor, or other unattached mechanical device, other than a hand truck.

*Entrustment to others* means:

- the permitting of others to use or do something; or
- the giving of something to others for safekeeping.

*Supervision of others* means:

- the directing, managing, or supervising of a worker, including his or her employment, hiring, evaluation, training, or work; or
- the directing, monitoring, safekeeping, or supervising of any other person or organization for any reason.

We explain the terms:

- mobile equipment and specialized equipment in the Mobile equipment exclusion; and
- premises damage in the Each event limit section.

**Breach of contract.** We won't cover personal injury or advertising injury that results from the failure of any protected person to do what is required by a contract or agreement.

But we won't apply this exclusion to advertising injury that results from the unauthorized use of any advertising idea of others in your advertising if such use isn't

specifically prohibited by the contract or agreement.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to injury or damage for which the protected person would have liability without the contract or agreement.

Nor will we apply this exclusion to the liability of another to pay damages for:

- bodily injury or property damage sustained by others if you have assumed such liability under a covered contract made before the bodily injury or property damage happens; or
- personal injury or advertising injury sustained by others if you have assumed such liability under a covered contract made before the offense that causes such injury is committed.

Also, if you have agreed under the same covered contract to defend, or pay for the defense of, an indemnitee against a claim or suit for such injury or damage covered by this agreement, we'll defend the indemnitee against the claim or suit. But we'll do so because of that covered contract only if:

- that indemnitee isn't a protected person for such injury or damage;
- the claim or suit is for injury or damage for which you have assumed the liability of that indemnitee under the covered contract;
- the injury or damage is covered by this agreement;
- the claim or suit is made or brought against you and that indemnitee;
- we are defending you against the claim or suit under this agreement;
- all of our indemnitee defense control and authority requirements are fulfilled; and
- all of our indemnitee defense cooperation and notice requirements are fulfilled.

When we provide that contract liability indemnitee defense coverage, we'll do the following:

- We'll defend the indemnitee even if all of the allegations of the claim or suit are

The St.Paul

groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

- We'll pay all covered indemnitee defense expenses incurred by us in connection with such claim or suit. Such payments are in addition to the limits of coverage.

However, our duty to defend the indemnitee, or pay indemnitee defense expenses incurred by us, under that contract liability indemnitee defense coverage ends when that indemnitee fails to comply with any of our indemnitee defense cooperation and notice requirements. It also ends when we have used up the limit of coverage that applies with the payment of:

- judgments;
- settlements; or
- medical expenses.

When we don't provide that contract liability indemnitee defense coverage for the indemnitee, we'll pay covered indemnitee defense expenses assumed under contract that:

- are incurred by or for that indemnitee; and
- are awarded against you in a judgment or agreed to by us in a settlement;

as if they're amounts you're legally required to pay as damages for injury or damage covered by this agreement. Payments of such amounts are subject to the limits of coverage. Our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of:

- judgments;
- settlements; or
- medical expenses.

We'll have the right to appeal a judgment awarded in a suit against an indemnitee if:

- the judgment includes damages for injury or damage for which you have assumed liability under a covered contract;
- such injury or damage is covered by this agreement;
- the indemnitee and its insurers don't appeal the judgment; and
- you agree we may seek the cooperation of the indemnitee for such an appeal.

**WCD 04427**

If we appeal such a judgment, we'll pay the following that result directly from that appeal:

- All expenses we incur.
- All reasonable expenses that any protected person and the indemnitee incur at our request while helping us with the appeal, other than the cost of appeal bonds.
- The cost of any required appeal bond. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the indemnitee, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond.
- All postjudgment interest that accumulates on the full amount of the judgment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

These payments are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

*Covered contract* means:

- any easement or license agreement;
- any elevator maintenance agreement;
- any lease of premises, other than that part which indemnifies a person or organization for property damage to a premises that you rent, lease, or borrow from others;
- any obligation to indemnify a municipality that is required by ordinance and isn't connected with your work for the municipality;
- any sidetrack agreement;
- that part of any other contract or agreement under which you assume the tort liability of a municipality to pay damages for injury or damage that results from your work for the municipality; or
- that part of any other contract or agreement under which you assume the tort liability of another to pay damages for injury or damage.

But we won't consider the following parts of those other contracts or agreements

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved
CONFIDENTIAL

theStPaul

under which you assume the tort liability of another to pay damages to be a covered contract:

- Architect, engineer, or surveyor indemnity.
- Architect, engineer, or surveyor professional services by protected person indemnity.
- War indemnity.

*Tort liability* means a liability that would be imposed by law without any contract or agreement.

*Architect, engineer, or surveyor indemnity* means that part which indemnifies any architect, engineer, or surveyor for injury or damage that results from:

- the preparation or approval of, or failure to prepare or approve, any drawing and specification, or any map, opinion, report, survey, change order, field order, or shop drawing; or
- the giving of or failure to give any direction or instruction if that giving or failure to give is the primary cause of the injury or damage.

*Architect, engineer, or surveyor professional services by protected person indemnity* means that part which indemnifies any person or organization for injury or damage that results from the performance of or failure to perform architect, engineer, or surveyor professional services by the protected person who is an architect, engineer, or surveyor.

*Architect, engineer, or surveyor professional services* includes:

- the preparation or approval of any drawing and specification, or any map, opinion, report, survey, change order, field order, or shop drawing; and
- any architectural, engineering, inspection, or supervisory activity.

*War indemnity* means that part which indemnifies any person or organization for bodily injury or property damage that results from war.

*Indemnitee* means any person or organization that you have agreed under a covered contract to indemnify or hold harmless.

*Indemnitee defense control and authority requirements* means the following requirements that must be fulfilled for us to defend an indemnitee against a claim or suit under this agreement:

- You and the indemnitee must ask us to conduct and control the defense of the indemnitee against the claim or suit under this agreement.
- We must determine that there's no conflict between your interests and those of the indemnitee, based on the allegations in the claim or suit and on what we know about the factual and legal basis for the damages being sought.
- You and the indemnitee must each agree in writing that we can assign the same counsel to defend you and the indemnitee.
- The indemnitee must give us authority in writing to conduct and control its defense against the claim or suit.
- The indemnitee must give us authority in writing to obtain records and other information related to the claim or suit.
- The indemnitee must agree in writing to comply with our indemnitee defense cooperation and notice requirements.

*Indemnitee defense cooperation and notice requirements* means the following requirements that must be fulfilled for us to continue defending an indemnitee against a claim or suit under this agreement:

- The indemnitee must cooperate with us in the investigation, settlement, or defense of the claim or suit.
- The indemnitee must provide us with a copy of any demand, notice, summons, or legal paper received in connection with the claim or suit as soon as possible after it is received.
- The indemnitee must give notice of the claim or suit to any provider of other insurance that provides coverage which applies to the claim or suit and is available to the indemnitee.
- The indemnitee must help us coordinate the application of such other insurance to the claim or suit.

*Indemnitee defense expenses incurred by us* means the:

- attorney fees and necessary litigation expenses incurred by us to defend an

**WCD 04428**

G0209 Rev. 10-02 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

Insuring Agreement

CONFIDENTIAL

ⁿᵉ**St.Paul**

indemnitee against a claim or suit for damages covered by this agreement; and

- necessary litigation expenses incurred by the indemnitee at our request in connection with the claim or suit.

*Indemnitee defense expenses assumed under contract* means the reasonable attorney fees and necessary litigation expenses that:

- are incurred by or for an indemnitee to defend itself against a claim or suit for damages covered by this agreement; and

- are subject to a covered contract under which you have agreed to defend, or pay for the defense of, the indemnitee against the claim or suit.

We explain the terms:

- your work in the Products and completed work total limit section;
- war in the Medical expenses of certain persons exclusion; and
- other insurance in the Other Insurance section.

**Control of property.** We won't cover property damage to the following property:

- Property that you rent, lease, or borrow from others, own, or occupy. But we won't apply this exclusion part to premises damage.

- Premises that you sell, give away, or abandon if such property damage results from any part of those premises. But we won't apply this exclusion part to property damage to premises that are your completed work and were never occupied, rented, or held for rental by you.

- Personal property that's in the care, custody, or control of the protected person. But we won't apply this exclusion part to premises damage.

- That particular part of real property being worked on by or for you if such property damage results from your work.

- That particular part of any property that must be restored, repaired, or replaced because your work was incorrectly performed on it. But we won't apply this exclusion part to property damage that results from your completed work.

Furthermore, we won't apply this exclusion to the liability of another to pay damages

for property damage, other than property damage to the property described below, if you have assumed such liability under a sidetrack agreement made before the property damage happens:

- Property that you rent or lease from others, own, or occupy.

- Premises that you sell, give away, or abandon.

We explain the terms:

- premises damage in the Each event limit section; and

- your work and your completed work in the Products and completed work total limit section.

**Damage to your products or completed work.** We won't cover property damage to any of your products that's caused by your products themselves or by any of their parts. For example:

*You manufacture road signs for others. Regardless of the cause, we won't protect you for any property damage to the road signs.*

Nor will we cover property damage to your completed work that's caused by your completed work itself or by any of its parts. But we won't apply this exclusion part to such property damage if:

- your completed work that's damaged, or your completed work that causes the property damage, was done for you by others; and

- this agreement provides coverage for such completed work.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Deliberately breaking the law.** We won't cover personal injury or advertising injury that results from:

- the protected person knowingly breaking any criminal law; or

- any person or organization breaking any criminal law with the consent or knowledge of the protected person.

**Employers liability.** We won't cover bodily injury to an employee of the protected

ⓒSt.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

WCD 04429    Ⓤ CONFIDENTIAL

person arising out of and in the course of his or her:

- employment by the protected person; or
- performance of duties related to the conduct of the protected person's operations.

Nor will we cover bodily injury to the spouse, or any child, parent, brother, or sister, of that employee, which results from the bodily injury to that employee.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity, such as a property owner or product manufacturer. For example:

*Your employee is injured while driving your truck when the truck goes in the ditch around a sharp curve in the road. He receives workers compensation benefits. If he later sues you in your capacity as a property owner, alleging that his injury happened because the road design was defective, we won't protect you.*

We'll apply this exclusion to any obligation of the protected person to share damages with, or repay someone else who must pay damages for, such bodily injury to:

- that employee; or
- the spouse, or any child, parent, brother, or sister, of that employee.

For example:

*Your employee is injured in a printing press accident. She receives workers compensation benefits. Later, she and her husband sue the manufacturer of the printing press, alleging that her injury happened because the press didn't have enough guarding devices on it. In that suit, her husband seeks compensation for her care and loss of services and for physical harm he has sustained as a result of his wife's injuries. If the manufacturer in turn sues you, alleging that your faulty maintenance of the press – not the lack of guarding devices – resulted in the employee's injury, we won't protect you.*

But we won't apply this exclusion to the liability of another to pay damages for

bodily injury if you have assumed such liability under a covered contract made before the bodily injury happens.

We explain the terms:

- covered contract in the Contract liability exclusion; and
- employee in the Employees and volunteer workers section.

**Employment-related practices.** We won't cover personal injury to any protected person's current, former, or prospective employee, leased temporary worker, or independent contractor that results from any:

- refusal to hire that person;
- termination of that person's employment, leased temporary worker status, or independent contractor status; or
- other act, omission, policy, or practice related to that person's current, former, or prospective employment, leased temporary worker status, or independent contractor status and applied to that person, such as coercion, demotion, discipline, discrimination, evaluation, harassment, humiliation, libel, reassignment, or slander, or violation of the person's right of privacy.

For example:

*You terminate an employee for falsifying business travel expenses. You explain the reason for the termination of that employee to one of your customers. If your former employee later sues you for slander, we won't protect you.*

Nor will we cover personal injury to the spouse or any child, parent, brother, or sister of that employee, worker, or independent contractor which results from the personal injury to that employee, worker, or independent contractor.

We'll also apply this exclusion to any obligation of the protected person to share damages with, or to repay someone else who must pay damages for, such personal injury to:

- that employee, worker, or independent contractor; or

**WCD 04430**

Insuring Agreement

CONFIDENTIAL

St.Paul

- the spouse, or any child, parent, brother, or sister of that employee, worker, or independent contractor.

We'll consider any protected person's prospective employee, leased temporary worker, or independent contractor to include any person who applies or seeks to be any protected person's employee, leased temporary worker, or independent contractor.

*Independent contractor* means any person who:

- has a contract with the protected person to perform for the protected person certain duties related to the conduct of the protected person's business; and
- isn't the protected person's employee, leased temporary worker, or volunteer worker.

We explain the terms employee, leased temporary worker, and volunteer worker in the Employees and volunteer workers section.

**Expected or intended bodily injury or property damage.** We won't cover bodily injury or property damage that's expected or intended by the protected person.

Nor will we cover medical expenses that result from such bodily injury.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the use of reasonable force to protect persons or property.

**Failure to supply service.** We won't cover bodily injury or property damage or medical expenses that result from the failure of any protected person to adequately supply electricity, gas, oil, steam, or water service.

However, we won't apply this exclusion if the failure to supply results from accidental damage to tangible property owned or used by any protected person to obtain, produce, process, or transmit such service.

Nor will we apply this exclusion if there is a Failure to supply limit greater than zero shown in the Coverage Summary.

False material. We won't cover personal injury or advertising injury that results from false material that:

- was made known by or for the protected person; and
- the protected person knew was false when it was made known.

**Health care professional services.** We won't cover injury or damage or medical expenses that result from the performance of or failure to perform health care professional services.

But we won't apply this exclusion to any protected person who:

- isn't a medical doctor or nurse; and
- is acting as a good samaritan in response to an accident or public emergency.

*Health care professional services* includes:

- any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;
- the dispensing of drugs or medical or dental supplies and appliances; and
- the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

**Impaired property.** We won't cover property damage to impaired property, or to property that isn't physically damaged, that results from:

- your products that are faulty or dangerous;
- your completed work that is faulty or dangerous; or
- a delay or failure in fulfilling the terms of a contract or agreement.

But we won't apply this exclusion to the loss of use of property, other than your products or your completed work, that results from sudden and accidental physical damage to:

- your products after they've been put to their intended use; or
- your completed work after it has been put to its intended use.

For example:

WCD 04431

G0209 Rev. 10-02 Printed in U.S.A.
Page 20 of 32

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

CONFIDENTIAL

The St Paul

*You buy smoke detectors and give them to residents and organizations in your area who qualify for them. One of those organizations is a food shelf. Several weeks after the food shelf's smoke detector is installed, it breaks during the routine daily test required for its safe operation. Due to your life safety code, the food shelf can't use its building until the smoke detector is repaired or replaced. That work takes several days. To continue operating during that period of time, the food shelf incurs extra costs to use space in a nearby building. If the food shelf sues you to recover those costs, we won't apply the exclusion. However, if the food shelf discovers while the smoke detector is being installed that it is broken, we won't protect you.*

*Impaired property* means tangible property, other than your products or your completed work, that can be restored to use by nothing more than:

*   an adjustment, repair, replacement, or removal of your products, or your completed work, that forms a part of such tangible property; or
*   your fulfilling the terms of a contract or agreement.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Injury to volunteer firefighters.** We won't cover bodily injury, personal injury, or medical expenses to any volunteer firefighter that results from his or her duties as a volunteer firefighter for you or anyone else.

*Volunteer firefighter* includes an emergency medical services, first aid, or rescue squad volunteer.

**Intellectual property.** We won't cover injury or damage or medical expenses that result from any actual or alleged infringement or violation of any of the following rights or laws:

*   Copyright.
*   Patent.
*   Trade dress.
*   Trade name.

*   Trade secret.
*   Trademark.
*   Other intellectual property rights or laws.

Nor will we cover any other injury or damage that's alleged in any claim or suit which also alleges any such infringement or violation.

But we won't apply this exclusion to bodily injury or property damage that results from your products or your completed work.

Nor will we apply this exclusion to advertising injury that results from the unauthorized use of any:

*   copyrighted advertising material;
*   trademarked slogan; or
*   trademarked title;

of others in your advertising.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Law enforcement activities or operations.** We won't cover injury or damage or medical expenses that result from law enforcement activities or operations.

*Law enforcement activities or operations* means any of the official activities or operations of your police department, sheriff agency, or other public safety organization which enforces the law and protects persons or property.

They include the following:

*   Ownership, maintenance, or use of a premises that you own, rent, lease, or borrow in order to perform such activities or operations.
*   Providing first aid at the time of an accident, crime, or medical emergency.

But we won't consider injury or damage or medical expenses that result from the ownership, maintenance, or use of a premises that isn't usually used for the conduct of law enforcement activities or operations to result from law enforcement activities or operations.

**WCD 04432**

G0209 Rev. 10-02 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

Insuring Agreement

Page 50 of 55

CONFIDENTIAL

**TheSTPaul**

**Liquor liability.** We won't cover bodily injury, property damage, or medical expenses that result from any protected person:

- causing or contributing to the intoxication of any person;
- selling, serving, or furnishing alcoholic beverages to any person under the legal drinking age or under the influence of alcohol; or
- violating any law or regulation applying to the sale, gift, distribution, or use of alcoholic beverages.

However, we'll apply this exclusion only if you're in the business of manufacturing, distributing, selling, serving, or furnishing alcoholic beverages.

For example:

*Your city fire department hosts an annual awards banquet with an open bar. After this year's banquet, an intoxicated guest is involved in an auto accident. The guest and several others are injured. If someone sues you, alleging that your serving of liquor caused the guest's intoxication and involvement in the accident, we won't apply this exclusion because you're not in the business of serving alcoholic beverages.*

But we won't apply this exclusion to premises damage.

We explain the term premises damage in the Each event limit section.

**Material previously made known or used.** We won't cover personal injury or advertising injury that results from:

- any material that was first made known before this agreement begins; or
- any advertising idea or advertising material, or any slogan or title, of others, whose unauthorized use in your advertising was first committed before this agreement begins.

**Medical expenses of certain persons.** We won't cover medical expenses that are incurred by or for any person:

- injured while qualifying as a protected person, other than as your volunteer worker;

- injured while performing work that he or she was hired to do for any protected person, or any tenant of a protected person;
- injured while practicing for or taking part in any recreation program which you operate or sponsor;
- injured while attending or taking part in any day or overnight camp which you operate or sponsor;
- injured while attending or being cared for in any adult or child day care center;
- injured at, on, or in that part of any premises that you rent or lease from others, or own, and that the injured person normally occupies;
- to whom such medical expenses are payable, or must be provided, as benefits under any workers compensation law, disability benefits law, or similar law;
- injured while being detained, held, or imprisoned in any correctional facility, jail, penal institution, penitentiary, prison, or similar facility;
- injured while receiving care or services or residing in any health care, residential care, or shelter facility;
- injured by your products or your completed work;
- injured due to war; or
- who refuses to be examined as often as we reasonably require, at our expense, by doctors we choose.

*Recreation program* includes any athletic or sports:

- clinic, instruction, or lesson; or
- contest, exhibition, game, or league.

*Health care facility* means any:

- alcohol or drug treatment facility;
- convalescent or nursing home;
- hospital;
- mental-psychopathic facility;
- outpatient clinic, dispensary, or infirmary; or
- similar facility.

*Residential care facility* means any:

- home for the elderly, orphaned, or physically handicapped; or

**WCD 04433**

©St.Paul Fire and Marine Insurance Co. 2002 All rights reserved.

CONFIDENTIAL

The St.Paul

Shelter facility means any:

- halfway or settlement house;
- mission;
- shelter; or
- similar facility.

War includes:

- declared or undeclared war, or invasion;
- warlike action by a military force or other agents of any government, sovereign, or other authority;
- civil war, insurrection, rebellion, revolution, or seizure of power; or
- anything done to hinder or defend against such actions.

We explain the terms:

- volunteer worker in the Employees and volunteer workers section; and
- your products and your completed work in the Products and completed work total limit section.

Mobile equipment. We won't cover bodily injury, property damage, or medical expenses that result from the:

- transportation of mobile equipment by an auto owned, operated, rented, leased, or borrowed by any protected person;
- use of racing mobile equipment; or
- supervision of others in or for such transportation or use.

But we won't apply this exclusion to premises damage.

Mobile equipment means any land vehicle that:

- is designed for use primarily off public streets or roads;
- is kept for use only on or next to a premises that you rent or lease from others, or own;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or
- doesn't travel under its own power and is kept primarily for the ready movement of

permanently attached specialized equipment.

But we won't consider an auto that is kept for use only on your streets or roads to be mobile equipment.

Mobile equipment includes any land vehicle that:

- isn't described above; and
- is kept primarily for purposes other than carrying persons or cargo.

But we won't consider such a vehicle to be mobile equipment if it travels under its own power, is operated like an auto during travel on a public street or road, and has permanently attached:

- specialized equipment; or
- equipment designed for snow removal or street cleaning, or for street or road maintenance, but not construction or resurfacing.

Construction equipment includes any:

- grader, scraper, or roller; or
- power crane, digger, drill, loader, or shovel.

Specialized equipment means any:

- cherry picker or similar device used to lift workers;
- pump, generator, or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding, or well-servicing equipment, that has a built-in pump, generator, or air compressor.

Racing mobile equipment means any mobile equipment while being prepared for or used in any:

- prearranged racing, speed, demolition, or stunting contest or activity; or
- practice for such contest or activity.

We explain the terms:

- auto, and supervision of others, in the Auto exclusion; and
- premises damage in the Each event limit section.

WCD 04434

G0209 Rev. 10-02 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

Insuring Agreement

CONFIDENTIAL

TheStPaul

**Nuclear energy liability.** We won't cover bodily injury or property damage for which any protected person:

- is also protected under a nuclear energy liability insurance policy; or
- would have been protected under such policy if that policy's limits of coverage hadn't been used up.

Nor will we cover bodily injury or property damage that results from the hazardous properties of nuclear material and for which:

- any person or organization is required by law to maintain financial protection in accordance with the federal Atomic Energy Act or any of its amendments; or
- any protected person is entitled, or would have been entitled had this agreement not been issued, to indemnity from the United States government, or any of its agencies, under any contract or agreement between that government, or any of its agencies, and any person or organization.

Also, we won't cover medical expenses that result from:

- the hazardous properties of nuclear material; or
- the operation of a nuclear facility by any person or organization.

In addition, we won't cover bodily injury or property damage that results from the hazardous properties of nuclear material when:

- the nuclear material is located at, or at any time discharges or disperses from, a nuclear facility that is or was at any time owned by any protected person, or operated by or for any protected person;
- the nuclear material is contained in spent nuclear fuel, or nuclear waste, that is or was at any time possessed, handled, used, processed, stored, transported, or disposed of by or for any protected person; or
- the bodily injury or property damage results from the furnishing by any protected person of services, materials, parts, or equipment in connection with the planning, construction, maintenance, operation, or use of a nuclear facility. However, we'll apply this exclusion part only to property damage to the nuclear facility, and any property located on the site of that facility, if the nuclear facility

is in the United States of America, its territories or possessions, Puerto Rico, or Canada.

**Nuclear energy liability insurance policy** means any nuclear energy liability insurance policy issued by any of the following organizations or their successors:

- Nuclear Energy Liability Insurance Association.
- Mutual Atomic Energy Liability Underwriters.
- Nuclear Insurance Association of Canada.

**Hazardous properties** includes radioactive, toxic, or explosive properties.

**Nuclear material** means any of the following materials defined in the federal Atomic Energy Act or any of its amendments:

- Source material.
- Special nuclear material.
- By-product material.

**Nuclear facility** means any:

- nuclear reactor;
- uranium isotopes separation device or equipment;
- special nuclear material device or equipment; or
- nuclear waste site.

Nuclear facility includes:

- the site on which it's located;
- all operations conducted on such site; and
- all premises used for such operations.

**Nuclear reactor** means any device, equipment, or machine designed or used to:

- sustain nuclear fission in a self-supporting chain reaction; or
- contain a critical mass of fissionable material.

**Uranium isotopes separation device or equipment** means any device or equipment designed or used for:

- separating the isotopes of uranium or plutonium;

WCD 04435

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved
CONFIDENTIAL

- processing or utilizing spent nuclear fuel; or
- handling, processing, or packaging nuclear waste.

*Special nuclear material device or equipment* means any device or equipment used for the processing, fabricating, or alloying of special nuclear material if the total amount of such material is at any time in the custody of any protected person at the premises where the device or equipment is located and is more than:

- 25 grams of plutonium or uranium 233, or any combination of those two materials; or
- 250 grams of uranium 235.

*Nuclear waste site* means any structure, basin, excavation, premises, or place prepared or used for the storage or disposal of nuclear waste.

*Nuclear waste* means any waste material that:

- contains by-product material; and
- results from the operation of any nuclear reactor, or uranium isotopes separation device or equipment, by any person or organization.

But we won't consider nuclear waste to include tailings or wastes that result from the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content.

*Spent nuclear fuel* means any solid or liquid fuel element or component that's been exposed to radiation or used in a nuclear reactor.

**Pollution injury or damage.** We won't cover injury or damage or medical expenses that result from pollution at, on, in, or from any:

- protected person's premises;
- waste site; or
- protected person's work site.

Nor will we cover injury or damage or medical expenses that result from pollution involving any waste pollutant.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from:

- building heating equipment fumes, smoke, soot, or vapors;
- contractor or service work materials fumes, gases, or vapors;
- hostile fire heat, fumes, or smoke; or
- mobile equipment operating fluids.

Nor will we apply this exclusion to:

- bodily injury or property damage that results from your products or your completed work, other than waste products or completed work; or
- premises damage that results from fire.

Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the application or use of:

- chlorine or sodium hypochlorite in your sewage treatment, swimming pool maintenance, or water purification operations; or
- any pesticide or herbicide by or for you;

if such application or use meets all legal or license requirements of any governmental agency or authority which apply to it.

Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the application or use of any pollutant in the providing of, or failure to provide, fire fighting or emergency response services at, on, or in any premises, site, or location, other than a waste site.

In addition, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the back-up of sewage into a building from any sewage facility or sanitary sewer that you own, operate, or maintain, but only if such bodily injury, property damage, or medical expenses don't result from any corrosive or radioactive:

- material; or
- waste;

in the sewage.

WCD 04436

G0209 Rev. 10-02 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

Insuring Agreement

CONFIDENTIAL

TheStPaul

*Firefighting or emergency response services* includes any training for the providing of such services.

*Pollution* means any actual, alleged, or threatened discharge, dispersal, escape, migration, release, or seepage of any pollutant.

*Pollutant* means any solid, liquid, gaseous, or thermal irritant or contaminant, including:

- smoke, vapors, soot, fumes;
- acids, alkalis, chemicals; and
- waste.

*Waste* includes materials to be recycled, reconditioned, or reclaimed.

*Protected person's premises* means any premises, site, or location that is or was at any time owned, rented, leased, borrowed, or occupied by any protected person. For example:

*You sold an office building two years ago. It contains asbestos ceiling tile that released asbestos into the air while you owned it. A former tenant now sues you for bodily injury that allegedly resulted from the release of that asbestos. We won't cover such injury.*

Another example:

*You own an apartment building. Its woodwork is finished with paint that contains lead. Two of your renters sue you for bodily injury to their children allegedly caused by the lead in that paint. The children supposedly consumed the lead by eating chips of the paint from the window sills in their apartments. We won't cover such injury.*

But we won't consider a premises, site, or location that isn't owned, rented, leased, borrowed, or occupied by you to be a protected person's premises in connection with pollution that results from your work being performed there. For example:

*You are hired by the owner of a premises to perform work there. The premises owner requires you to provide it with insurance protection for that work. We do*

so with an additional protected person endorsement under this agreement. *Your work being performed on that premises causes pollution injury or damage to happen there. Even though that premises is owned by an additional protected person, we won't consider that premises to be a protected person's premises for purposes of determining your coverage, or the premises owner's coverage, for that injury or damage under this agreement.*

*Waste site* means any premises, site, or location that is or was at any time used by or for any protected person or others for the handling, storage, disposal, processing, or treatment of waste. For example:

*For several years waste generated by your maintenance garage was disposed of in a landfill owned by others. The landfill was closed two years ago. Nearby residents now allege that they're being injured by the waste from there. We won't cover such injury.*

*Protected person's work site* means any premises, site, or location at, on, or in which work is being performed by or for any protected person where:

- the pollution involves a pollutant that is brought to, on, or in such premises, site, or location by or for the protected person in connection with such work; or
- the work being performed is pollution work.

For example:

*A subcontractor working for you brings a diesel fuel storage tank to the building site for refueling of its excavation equipment. After a couple of days it is discovered that the tank has been leaking. Some of the escaped fuel is found to have seeped into an underground conduit and damaged the insulation on the fiber optic cables in the conduit. We won't cover such property damage.*

But we won't consider a premises, site, or location that's owned, rented, leased, borrowed, or occupied by any protected person to be a protected person's work site. For example:

WCD 04437 —

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

CONFIDENTIAL