You own an office building. It is cleaned and maintained by:

• several of your employees; and

• an independent contractor hired by you.

Pollution injury or damage results from the chemicals used connection with that maintenance work. Regardless of whether:

• that work is performed by any of your employees or by that contractor; or

• your office building qualifies as a work site of that contractor;

we'll consider your office building to be a protected person's premises, rather than a protected person's work site, for purposes of determining your or your employees' coverage for that injury or damage under this agreement.

Waste pollutant means any pollutant that is or was at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

• any protected person; or

• any person or organization for whom you may be legally responsible.

For example:

Waste generated by your recycling center is transported to a landfill by a trucker hired by you. There is an accident that causes the waste to be spilled onto the road. One of the firefighters who responds to the accident later alleges that fumes from the waste made her ill. We won't cover such injury.

Building heating equipment fumes, smoke, soot, or vapors means only the fumes, smoke, soot, or vapors that:

• result from equipment used to heat a building at or on a protected person's premises; and

• are within that building.

Contractor or service work materials fumes, gases, or vapors means only the fumes, gases, or vapors that:

• result from materials brought into a building at or on a protected person's work site in connection with work, other

than pollution work, being performed there by or for you; and

• are within that building.

Hostile fire heat, fumes, or smoke means only the heat, fumes, or smoke that result from a hostile fire at, on, in, or from:

• the protected person's premises, other than a waste site; or

• the protected person's work site, other than a waste site, but only if the hostile fire doesn't result from pollution work being performed by or for the protected person.

Hostile fire means a fire that:

• becomes uncontrollable; or

• breaks out from where it was intended to be.

Mobile equipment operating fluids means only the fuels, lubricants, or other operating fluids that:

• are part of the mobile equipment being maintained, operated, or used in connection with work, other than pollution work, being performed by or for the protected person at, on, or in the protected person's work site;

• are needed to perform the normal electrical, hydraulic, or mechanical functions necessary for the operation of the mobile equipment or any of its parts;

• aren't intended to be discharged, dispersed, or released as part of the operation of the mobile equipment or any of its parts;

• aren't intended to be discharged, dispersed, or released as part of the work being performed by or for the protected person; and

• escape from a mobile equipment part designed to hold, store, or receive them.

Waste products or completed work means:

• your products, or your completed work, that is or was handled, stored, disposed of, processed, or treated as waste at, on, or in a waste site;

• your products, or your completed work, that is or was a waste pollutant; or

• your completed work that is being used for cleaning up, containing, detoxifying,

**WCD 04438**

G0209 Rev. 10-02 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

Insuring Agreement

Page 27 of 29

CONFIDENTIAL

Exhibit A-2

The St.Paul

disposal of, handling, monitoring, neutralizing, processing, removing, storing, testing for, transporting, or treating any pollutant at, on, or in a waste site.

*Back-up* means reverse flow or movement.

We explain the terms:

- mobile equipment in the Mobile equipment exclusion;
- pollution work in the Pollution work loss, cost, or expense exclusion;
- premises damage in the Each event limit section; and
- your products, your work, and your completed work in the Products and completed work total limit section.

**Pollution work loss, cost, or expense.** We won't cover any loss, cost, or expense that results from:

- any request, demand, order, or statutory or regulatory requirement that any protected person or others perform pollution work; or
- any claim or suit by or for any governmental authority for damages that result from the performance of pollution work.

But we won't apply this exclusion to any damages for property damage for which the protected person would have liability without such:

- request, demand, order, or statutory or regulatory requirement; or
- claim or suit.

For example:

*One of your products is a container that may be used to store various types of liquids. Several of those containers are sold to a company that uses them for storage of a chemical in one of its warehouses. During such use one of them ruptures and the chemical spills onto a concrete floor. Some of the spilled chemical seeps into the ground through a gap between the floor and an adjoining wall.*

*The customer alleges that the corrosive effect of the spilled chemical caused parts* of the concrete floor to disintegrate, making them unusable. As a result, he demands that you pay the cost to replace those parts of the floor and properly dispose of any contaminated concrete.

*Also, the customer is concerned that the spilled chemical that seeped into the ground may be considered a source of pollution by adjacent property owners or by a state environmental protection law. As a result, he also demands that you pay the cost to replace and properly dispose of any contaminated soil.*

*Based on the facts available to us, we'll consider the cost to replace the disintegrated parts of the concrete floor to be damages for property damage that isn't subject to the Pollution work loss, cost, or expense exclusion. However, we won't cover:*

- *the additional cost to properly dispose of any contaminated concrete; or*
- *the cost to replace or properly dispose of any contaminated soil;*

*regardless of who demands or requires that such pollution work be done.*

*Pollution work* means:

- the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing of any pollutant; or
- the responding to, or assessing, in any way the effects of any pollutant.

For example:

*A chemical spill at your water utility releases a vapor cloud. Several hundred people are exposed to the vapor cloud before it disappears. None of them sustain any apparent bodily injury. However, several of them demand that you arrange and pay for medical checkups now, and yearly for the next ten years, to assess the effect of the vapor cloud on their health. We won't cover the cost of such pollution work, regardless of who orders or performs it.*

We explain the terms:

WCD 04439

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved
CONFIDENTIAL

- pollutant in the Pollution injury or damage exclusion; and
- your products in the Products and completed work total limit section.

**Poor quality or performance.** We won't cover advertising injury that results from the failure of your products, your work, or your completed work to conform with advertised quality or performance.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Product recall.** We won't cover any loss, cost, or expense that is incurred by you or others and results from any recall, removal, or withdrawal of:

- impaired property;
- your products; or
- your completed work;

from the market, or from use by any person or organization, for any reason.

Nor will we cover any loss, cost, or expense that is incurred by you or others and results from the:

- loss of use;
- adjustment, inspection, repair;
- replacement; or
- disposal;

of such property, products, or completed work.

We explain the terms:

- impaired property in the Impaired property exclusion; and
- your products and your completed work in the Products and completed work total limit section.

**Public use of property.** We won't cover injury or damage that results from:

- any method or proceeding used in the taking or controlling of private property for public use; or
- the diminution in value, or inverse condemnation, of property that's caused by the taking or controlling of private property for public use.

*Method or proceeding* includes condemnation, adverse possession, and dedication by adverse use.

**Watercraft.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any watercraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to the liability of another to pay damages for bodily injury or property damage if you have assumed such liability under a covered contract that:

- is for the ownership, maintenance, use, or operation of a watercraft; and
- was made before the bodily injury or property damage happens.

Nor will we apply this exclusion to premises damage.

Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from:

- any watercraft while ashore on a premises that you rent or lease from others, or own;
- any watercraft you don't own that is less than 75 feet long and isn't being used to carry persons or property for a charge;
- any watercraft you own that is less than 25 feet long and isn't being used to carry persons or property for a charge; or
- the operation of specialized equipment.

We explain the terms:

- covered contract in the Contract liability exclusion;
- entrustment to others, loading or unloading, and supervision of others, in the Auto exclusion;
- premises damage in the Each event limit section; and

WCD 04440

---

CONFIDENTIAL

ᵗʰᵉSt Paul

• specialized equipment in the Mobile
equipment exclusion.

**Workers compensation or other benefits laws.**
We won't cover any obligation that the
protected person has under any:

• workers compensation law;
• disability benefits law;
• unemployment compensation law; or
• similar law.

**Wrong price description.** We won't cover
advertising injury that results from the
wrong description of the price of your
products, your work, or your completed
work.

We explain the terms your products, your
work, and your completed work in the
Products and completed work total limit
section.

## Other Insurance

This agreement is primary insurance.
However, if there's any valid and collectible
other insurance for injury or damage covered
by this agreement, we'll apply this
agreement in connection with that other
insurance in accordance with the rest of this
section.

*Other insurance* means insurance, or the
funding of losses, that's provided by or
through:

• another insurance company;
• us, except under this agreement;
• any of our affiliated insurance companies;
• any risk retention group;
• any self-insurance method or program,
  other than any funded by you and over
  which this agreement applies; or
• any similar risk transfer or risk
  management method.

However, we won't consider umbrella
insurance, or excess insurance, that you
bought specifically to apply in excess of the
limits of coverage that apply under this
agreement to be other insurance.

**Primary or excess other insurance.** When
there's primary other insurance, we'll share

with that other insurance any damages for
injury or damage covered by this agreement.
We'll do so with one of the methods of
sharing described in the Methods of sharing
section.

However, we'll apply this agreement as
excess insurance over the part or parts of
any primary or excess other insurance that
provide:

• property or similar coverage for property
  damage to your work;
• property or similar coverage for property
  damage to premises that you rent, lease,
  or borrow from others, other than
  premises you rent for a period of seven
  or fewer consecutive days;
• aircraft, auto, or watercraft bodily injury
  or property damage coverage; or
• coverage for you as an additional insured
  or additional protected person.

We explain how we'll apply this agreement
as excess insurance in the When this
agreement is excess insurance section.

*Aircraft, auto, or watercraft bodily injury
or property damage coverage* means
coverage for bodily injury or property
damage that results from the:

• ownership, maintenance, use, or operation;
• loading or unloading;
• entrustment to others; or
• supervision of others in or for the
  maintenance, use, operation, loading or
  unloading, or entrustment to others;
of any aircraft, auto, or watercraft, and that
isn't specifically excluded by the Aircraft,
Auto, or Watercraft exclusions in this
agreement.

We explain the terms:

• loading or unloading, entrustment to
  others, supervision of others, and auto in
  the Auto exclusion; and
• your work in the Products and completed
  work total limit section.

**When this agreement is excess insurance.**
When this agreement is excess insurance, we
won't have a duty to defend the protected
person against the part or parts of any
claim or suit for which any provider of

WCD 04441
CONFIDENTIAL

other insurance has the duty to defend that protected person.

However, we'll defend the protected person against a claim or suit for injury or damage covered by this agreement if no provider of other insurance will do so. In return we'll require that we be given all of that protected person's rights against each such provider of other insurance.

Also, we'll pay only the amount of damages that's in excess of:

- the total amount that all such other insurance would pay if this agreement didn't exist; and
- the total of all deductible and self-insured amounts under all such other insurance.

But we won't pay more than the limit of coverage that applies under this agreement.

**Methods of sharing.** We'll use one of the methods of sharing described below.

*Contribution by equal shares.* If all of the other insurance permits contribution by equal shares, we'll share the damages equally. But we won't pay more than the limit of coverage that applies under this agreement. If the limit of coverage that applies under any of the applicable insurance, including this agreement, is used up before the entire amount of the damages is paid, the insurance that remains will share the balance of the damages equally until:

- the limits of coverage that apply under the remaining insurance are used up; or
- the entire amount of the damages is paid.

For example:

*You're required by a court to pay damages of $2,000,000. Besides this agreement, which we'll consider to be a policy for purposes of this example, two other policies (Policy B and Policy C) apply to the judgment. The limit of coverage that applies under:*

- *this agreement is $1,000,000;*
- *Policy B is $200,000; and*
- *Policy C is $600,000.*

*First, $200,000 is subtracted from each policy's limit of coverage because that's the*

*lowest limit of coverage that applies under any of the three policies. The result is:*

- *$800,000 remains of this agreement's limit of coverage;*
- *Policy B's limit of coverage is used up;*
- *$400,000 remains of Policy C's limit of coverage; and*
- *the balance due on the judgment is $1,400,000.*

*Next, $400,000 is subtracted under this agreement and under Policy C because that amount equals the smallest amount remaining of the limit of coverage that applies under either policy after the initial $200,000 payment. The result is:*

- *$400,000 remains of this agreement's limit of coverage;*
- *Policy C's limit of coverage is used up; and*
- *the balance due on the judgment is now $600,000.*

*Finally, the remainder of the limit of coverage under this agreement is paid. The result is:*

- *this agreement's limit of coverage is used up;*
- *the total paid under the three policies is $1,800,000; and*
- *the balance due on the judgment is now $200,000, which you must pay.*

*Contribution by limits of coverage.* If any of the other insurance doesn't permit contribution by equal shares, we'll pay the portion of the damages that's equal to our percentage of the total of all limits of coverage that apply. But we won't pay more than the limit of coverage that applies under this agreement. For example:

*You are required by a court to pay damages of $6,000,000. Besides this agreement, which we'll consider to be a policy for purposes of this example, another policy (Policy B) applies to the judgment. The limit of coverage that applies under this agreement is $3,000,000. Policy B has a $1,000,000 limit of coverage that applies. The total of*

WCD 04442

CONFIDENTIAL

theStPaul

*all limits of coverage that apply is $4,000,000.*

*Our percentage is 75% ($3,000,000/$4,000,000) of the total of*

*all limits of coverage that apply. But we won't pay 75% of the judgment because that $4,500,000 share is more than our limit of coverage. We'll pay only our limit of coverage, which is $3,000,000.*

WCD 04443

G0209 Rev. 10-02 Printed in U.S.A.
Page 32 of 32              ©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

CONFIDENTIAL

# TERRORISM RISK INSURANCE ACT OF 2002
## CERTIFIED ACTS OF TERRORISM EXCLUSION ENDORSEMENT

The St.Paul

This endorsement changes your Commercial General Liability Protection.

## How Coverage Is Changed

The following is added to the Exclusions – What This Agreement Won't Cover section. This change excludes coverage.

**Certified acts of terrorism.** We won't cover injury or damage or medical expenses that result from any certified act of terrorism.

*Certified act of terrorism* means any act of terrorism as defined in and certified under:

* the federal Terrorism Risk Insurance Act of 2002; or
* any of its amendments.

## Other Terms

All other terms of your policy remain the same.

WCD 04444

G0522 Ed. 11-02 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

Endorsement
Page 1 of 1

CONFIDENTIAL

PUBLIC SECTOR SERVICES
ILLINOIS PUBLIC SECTOR CONTRACT LIABILITY INDEMNITEE
DEFENSE COVERAGE ENDORSEMENT

TheStPaul

This endorsement changes your Public Entity
General Liability Protection to comply with a
regulatory requirement of the Illinois
Insurance Department.

## How Coverage Is Changed

There are two changes which are explained
below.

1. The following is added to the Additional
payments section.

If we defend a protected person against
a suit and an indemnitee of the protected
person is also named as a party to the
suit, we will defend that indemnitee if all
of the following conditions are met:

  a. The suit against the indemnitee seeks
damages for which the protected
person has assumed the liability of
the indemnitee in a contract or
agreement that is a covered contract.

  b. This insurance applies to such liability
assumed by the protected person;

  c. The obligation to defend, or the cost
of the defense of, that indemnitee,
has also been assumed by the
protected person in the same covered
contract;

  d. The allegations of the suit and the
information we know about the event
are such that no conflict appears to
exist between the interests of the
protected person and the interests of
the indemnitee;

  e. The indemnitee and the protected
person ask us to conduct and control
the defense of that indemnitee
against such suit and agree that we
can assign the same counsel to
defend the protected person and the
indemnitee; and

  f. The indemnitee:

    (1) Agrees in writing to:

    (a) Cooperate with us in the
investigation, settlement or
defense of the suit;

    (b) Immediately send us copies of
any demands, notices,
summons, or legal papers
received in connection with the
suit;

    (c) Notify any other insurer whose
coverage is available to the
indemnitee; and

    (d) Cooperate with us with respect
to coordinating other applicable
insurance available to the
indemnitee; and

    (2) Provides us with written
authorization to:

    (a) Obtain records and any other
information related to the suit;
and

    (b) Conduct and control the
defense of the indemnitee in
such suit;

So long as the above conditions are met,
attorneys fees incurred by us in the
defense of that indemnitee, necessary
litigation expenses incurred by us, and
necessary litigation expenses incurred by
the indemnitee at our request will be
paid as Additional Payments.
Notwithstanding other provisions of the
What This Agreement Covers section,
such payments will not be deemed to be
damages for injury or damage and will
not reduce the limits of coverage.

Our obligation to defend a protected
person's indemnitee and to pay for
attorneys fees and necessary litigation
expenses as Additional Payments ends
when:

WCD 04445

G0275 Ed. 10-97 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved

Endorsement
Page 1 of 3

CONFIDENTIAL

**The St.Paul**

a. We have used up the applicable limit of coverage with the payment of damages or medical expenses; or

b. The conditions set forth above, or the terms of the agreement described in paragraph f. above, are no longer met.

2. The following replaces the Contract liability exclusion.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to injury or damage for which the protected person would have liability without the contract or agreement.

Nor will we apply this exclusion to bodily injury or property damage for which the protected person has assumed liability under a covered contract made before the bodily injury or property damage happens.

Also, if we don't have a duty to defend an indemnitee under:

• the contract liability indemnitee defense coverage in the Additional payments section; or

• the Right and duty to defend a protected person section;

we'll consider and pay covered indemnitee defense expenses assumed under contract as if they're damages covered by this agreement. Such payments are subject to the limits of coverage.

We'll have the right to appeal a judgment awarded in a suit against an indemnitee if:

• the judgment is for injury or damage for which you have assumed liability under a covered contract;

• such injury or damage is covered by this agreement;

• the indemnitee and its insurers don't appeal the judgment; and

• you agree that we may seek the cooperation of the indemnitee for such an appeal.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including postjudgment interest and the cost of appeal bonds. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

*Covered contract* means:

• any easement or license agreement;

• any elevator maintenance agreement;

• any lease of premises, other than that part which indemnifies a person or organization for property damage to a premises that you rent, lease, or borrow from others;

• any obligation to indemnify a municipality that is required by ordinance and isn't connected with your work for the municipality;

• any sidetrack agreement;

• that part of any other contract or agreement under which you assume the tort liability of a municipality to pay damages for bodily injury or property damage that is sustained by others and results from your work for the municipality; or

• that part of any other contract or agreement under which you assume the tort liability of another to pay damages for bodily injury or property damage that's sustained by others.

But we won't consider the following parts of those other contracts or agreements under which you assume the tort liability of another to pay damages to be a covered contract:

• Architect, engineer, or surveyor indemnity.

• Architect, engineer, or surveyor professional services by protected person indemnity.

• War Indemnity.

*Tort liability* means a liability that would be imposed by law without any contract or agreement.

*Architect, engineer, or surveyor indemnity* means that part which indemnifies any architect, engineer, or

**WCD 04446**

©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved

**CONFIDENTIAL**

surveyor for injury or damage that results from:

- the preparation or approval of, or failure to prepare or approve, any drawing and specification, map, opinion, report, or survey, or any change order, field order, or shop drawing; or

- the giving of or failure to give any direction or instruction if that giving or failure to give is the primary cause of the injury or damage.

*Architect, engineer, or surveyor professional services by protected person indemnity* means that part which indemnifies any person or organization for injury or damage that results from the performance of or failure to perform architect, engineer, or surveyor professional services by the protected person who is an architect, engineer, or surveyor.

*Architect, engineer, or surveyor professional services* includes:

- the preparation or approval of any drawing and specification, map, opinion, report, or survey, or any change order, field order, or shop drawing; and

- any architectural, engineering, inspection, or supervisory activity.

*War indemnity* means that part which indemnifies any person or organization for bodily injury or property damage that results from war.

*Indemnitee defense expenses assumed under contract* means the reasonable attorney fees and necessary litigation expenses which:

- are incurred by or for an indemnitee to defend itself against a claim or suit for damages covered by this agreement; and

- are subject to a covered contract under which a protected person has agreed to defend, or pay for the defense of, the indemnitee against the claim or suit.

We explain what we mean by war in the Medical expenses of certain persons exclusion.

**Other Terms**

All other terms of your policy remain the same.

WCD 04447

Endorsement

CONFIDENTIAL

PUBLIC SECTOR SERVICES                                              ˜theStPaul
DESCRIBED ACTIVITIES, LOCATIONS, OR OPERATIONS EXCLUSION
ENDORSEMENT

This endorsement changes your Public Entity
General Liability Protection.

## How Coverage Is Changed

The following is added to the Exclusions –
What This Agreement Won't Cover section.
This change excludes coverage.

Described activities, locations, or operations.  We
won't cover injury or damage or medical
expenses that result from any activities,
locations, or operations described below.

## Other Terms

All other terms of your policy remain the
same.

## Described activities, locations, or operations

Hospitals/Clinics
Health and mental health departments
Bridge at Maple Road/Marley Creek

WCD 04448

| Name of Insured | Policy Number GP06301134 | Effective Date 12/01/03 |
|---|---|---|
| COUNTY OF WILL | | Processing Date 12/18/03   11:51   001 |

G0248 Ed. 10-98 Printed in U.S.A.           Endorsement
©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved          Page 1 of 2

CONFIDENTIAL

The St.Paul

WCD 04449

oSt.Paul Fire and Marine Insurance Co.1998 All Rights Reserved

CONFIDENTIAL

PUBLIC SECTOR SERVICES                                      The StPaul
SEWER BACK-UP POLLUTION EXCLUSION ENDORSEMENT

This endorsement changes your Public Entity
General Liability Protection.

## How Coverage Is Changed

The following is added to the Pollution
injury or damage exclusion. This change
excludes coverage.

We won't cover bodily injury, property
damage, or medical expenses that result
from the back-up of sewage into a building
from any sewage facility or sanitary sewer
that you own, operate, or maintain.

## Other Terms

All other terms of your policy remain the
same.

WCD 04450

CONFIDENTIAL

MEDICAL EXPENSES EXCLUSION ENDORSEMENT

The St.Paul

This endorsement changes your Commercial General Liability Protection.

### How Coverage Is Changed

The following replaces the Medical expenses of certain persons exclusion. This change excludes coverage.

**Medical expenses.** We won't cover medical expenses.

But we won't apply this exclusion to medical expenses that are paid as damages for bodily injury covered by this agreement.

We explain what we mean by medical expenses in the What This Agreement Covers section.

### Other Terms

All other terms of your policy remain the same.

WCO 04451

G0167 Ed. 6-96 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

Endorsement

CONFIDENTIAL

MOLD, OTHER FUNGI, OR BACTERIA EXCLUSION ENDORSEMENT                    The St.Paul

This endorsement changes your Commercial
General Liability Protection.

## How Coverage Is Changed

The following is added to the Exclusions –
What This Agreement Won't Cover section.
This change excludes coverage.

**Mold, other fungi, or bacteria.** We won't
cover injury or damage or medical
expenses that result from any actual,
alleged, or threatened:

- absorption, ingestion, or inhalation of
  mold or other fungi, or bacteria, in any
  form by any person; or
- existence of mold or other fungi, or
  bacteria, in any form.

But we won't apply this exclusion part to:

- bodily injury, property damage, or
  medical expenses that result from mold
  or other fungi, or bacteria, which are, or
  are on, in, or part of, any good or
  product that's intended to be consumed
  as a food, beverage, or medicine;
- bodily injury or medical expenses that
  result from bacteria which are directly
  transmitted solely by or from another
  person to the person sustaining the
  bodily injury; or
- bodily injury or medical expenses that
  result from a bacterial infection which
  develops in connection with physical
  harm to the person sustaining the bodily
  injury, if such physical harm isn't
  excluded by this exclusion part, or any
  other part of this exclusion, and a claim
  or suit is made or brought against the
  protected person for such physical harm.

Nor will we cover injury or damage that
results from any actual, alleged, or
threatened:

- absorption, ingestion, or inhalation of
  any other solid, liquid, gaseous, or
  thermal irritant or contaminant, including
  smoke, vapors, soot, fumes, acids,
  alkalis, chemicals, and waste, in any
  form by any person; or
- existence of any such irritant or
  contaminant in any form;

and is part of any claim or suit that also
alleges any injury or damage described as
excluded in the first paragraph of this
exclusion.

Also, we won't cover any loss, cost, or
expense that results from any request,
demand, order, or statutory or regulatory
requirement that any protected person or
others:

- test for, monitor, clean up, remove,
  contain, treat, detoxify, or neutralize
  mold or other fungi, or bacteria, in any
  form; or
- respond to, or assess, in any way the
  effects of mold or other fungi, or
  bacteria, in any form.

Because mold or other fungi, or bacteria,
can be pollutants, and any such other
irritants or contaminants are pollutants, this
exclusion applies in addition to any of the
following exclusions that apply:

- Pollution injury or damage exclusion.
- Pollution work loss, cost, or expense
  exclusion.
- Any other pollution-related exclusion
  made part of this agreement.

*Mold or other fungi* means:

- any type or form of mold or mildew;
- any other type or form of fungus; or
- any mycotoxin, spore, scent, or
  byproduct that's produced or released by
  such mold, mildew, or other fungus.

*Bacteria* means:

- any type or form of bacterium; or
- any mycotoxin, spore, scent, or
  byproduct that's produced or released by
  such bacterium.

WCD 04452

G0492 Ed. 4-02 Printed in U.S.A.                    Endorsement
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

CONFIDENTIAL

**theStPaul**

We explain the terms pollutant and waste in the Pollution injury or damage exclusion.

**Other Terms**

All other terms of your policy remain the same.

WCD 04453

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

CONFIDENTIAL

## PATIENT INJURY EXCLUSION ENDORSEMENT                                      The St.Paul

This endorsement changes your Commercial
General Liability Protection.

---

**How Coverage Is Changed**

The following is added to the Exclusions – What
This Agreement Won't Cover section. This
change excludes coverage.

**Patient injury.** We won't cover bodily injury or
personal injury to any person who is in your
building or on your premises for the purpose of
receiving any medical evaluation, care or treat-
ment.

**Other Terms**

All other terms of your policy remain the same.

WCD 04454

---

CONFIDENTIAL
Page 1 of 1

PUBLIC SECTOR SERVICES
GENERAL LIABILITY SELF-INSURED RETENTION ENDORSEMENT

The St.Paul

This endorsement changes your Public Entity General Liability Protection.

**Important Note.** This endorsement adds a self-insured retention over which the limits of coverage will apply. It also makes claim expenses subject to the self-insured retention. We explain what we mean by claim expenses in the Right to investigate or defend section.

## How Coverage Is Changed

There are eight changes which are explained below.

1. The following replaces the Right and duty to defend a protected person section. This change limits coverage.

**Right to investigate or defend.** We'll have the right to investigate or defend any claim or suit for covered injury or damage made or brought against any protected person. We may exercise such rights even if:

- any of the allegations of any such claim or suit are groundless, false, or fraudulent; or
- the total amount of the damages and claim expenses for such injury or damage probably won't exceed a self-insured retention that applies.

If we choose to investigate or defend a claim or suit on any basis other than as a claim handling service, we'll:

- investigate the claim only to the extent that we believe is proper; and
- pay all expense we incur for such investigation or defense. Such expenses are not subject to the self-insured retentions or the limits of coverage.

However, we have no duty to defend any claim or suit or perform other acts or services. In addition, our right to defend claims or suits ends when the limits of coverage that apply have been used up with the payment of judgments or settlements.

**Claim** means a demand which seeks damages.

**Suit** means a civil proceeding which seeks damages. It includes:

- an arbitration proceeding for such damages to which the protected person must submit or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

**Injury or damage** means bodily injury, personal injury, advertising injury, or property damage.

**Claim expenses** mean the reasonable fees, costs, and expenses that result directly from the investigation, defense, settlement, or appeal by you of a specific claim or suit.

Claim expenses include your prejudgment interest and your postjudgment interest.

But we won't consider any of the following to be claim expenses:

- Salaries or wages of any protected person, including employed attorneys.
- Expenses, other than additional living expenses, incurred by any protected person, including employed attorneys.

Nor will we consider any of the following that do not result directly from the investigation, defense, settlement, or appeal of a specific claim or suit to be claim expenses:

- Fees and expenses of independent adjusters hired by a protected person.
- Fees and expenses of a claim handling service.

**Claim handling service** means the individual or organization who is providing claims services for you in accordance with a separate written contract.

47650 Rev. 10-97 Printed in U.S.A.
St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved

Endorsement

WCD 04455

CONFIDENTIAL

6. The following section is added. This change limits coverage.

## Self-Insured Retentions

The self-insured retentions shown in the Coverage Summary and the information contained in this section fix the amount of damages and claim expenses which you'll be required to pay, and over which the limits of coverage will apply in accordance with the Limits Of Coverage section, regardless of the number of:

• protected persons;

• claims made or suits brought; or

• persons or organizations making claims or bringing suits.

Personal injury each person retention. This is the amount that you will be required to pay for the combined total of:

• all covered personal injury that's sustained by any person or organization and caused by all personal injury offenses committed in a policy year; and

• all claim expenses incurred in connection with such covered personal injury in a policy year.

Advertising injury each person retention. This is the amount that you will be required to pay for the combined total of:

• all covered advertising injury that's sustained by any one person or organization and caused by all advertising injury offenses committed in a policy year; and

• all claim expenses incurred in connection with such covered advertising injury in a policy year.

Each event retention. This is the amount that you will be required to pay for the combined total of:

• all covered bodily injury and property damage that results from any one event; and

• all claim expenses incurred in connection with such covered bodily injury and property damage.

Payment over a self-insured retention. We'll consider any voluntary payment of, or assumption of any obligation to pay, the following above a self-insured retention to be your responsibility:

• Damages for covered injury or damage.

• Claim expenses.

7. The following is added to the Exclusions - What This Agreement Won't Cover section. This change excludes coverage.

Medical expenses. We won't cover medical expenses.

But we won't apply this exclusion to medical expenses that are paid as damages for covered bodily injury.

8. The following replaces the first paragraph of the Other Insurance section. This change:

• shows that this agreement applies over self-insured retentions; and

• explains what we mean by other insurance.

This agreement is primary insurance that applies over self-insured retentions. If there is any other insurance for injury or damage covered by this agreement, the Other primary insurance section applies.

Other Insurance means valid and collectible insurance, or the funding of losses, other than insurance bought specifically to apply in excess of this agreement, that's provided for you by or through:

• another insurance company;

• a risk retention group;

• a self-insurance method or program, other than any funded by you and over which this agreement applies; or

• any similar risk transfer method.

## Other Terms

All other terms of your policy remain the same.

WCD 04457

Endorsement                    CONFIDENTIAL

LAW ENFORCEMENT LIABILITY PROTECTION                                   TheSTPaul

This insuring agreement provides professional liability protection for the conduct of law enforcement activities or operations by or for your law enforcement agency. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

| Table of Contents | Page |
|---|---|
| What This Agreement Covers | 1 |
| Law enforcement liability. | 1 |
| Right and duty to defend a protected person. | 2 |
| Additional payments. | 2 |
| Right to appeal a judgment against a protected person | 3 |
| When This Agreement Covers | 4 |
| Where This Agreement Covers | 4 |
| Who Is Protected Under This Agreement | 4 |
| Public entity. | 4 |
| Elected or appointed officials. | 4 |
| Employees and volunteer workers. | 4 |
| Separation of protected persons. | 5 |
| Limits Of Coverage | 5 |
| Total limit. | 5 |
| Each wrongful act limit. | 5 |
| How the limits of coverage apply if the total limit is left blank. | 5 |
| Deductible | 5 |
| Each wrongful act deductible. | 6 |
| Exclusions – What We Won't Cover | 6 |
| Aircraft, auto, mobile equipment. | 6 |
| Asbestos. | 6 |
| Contract liability. | 7 |
| Control of property. | 7 |
| Criminal, dishonest, fraudulent, or malicious acts. | 7 |
| Declaratory, injunctive, or other non-monetary relief. | 7 |
| Employers liability. | 7 |
| Employment-related practices. | 7 |
| Health care professional services. | 8 |
| Injury to volunteer workers. | 8 |
| Nuclear energy liability. | 8 |
| Pollution injury or damage. | 8 |
| Pollution work loss, cost, or expense. | 9 |
| Workers compensation or other benefits laws. | 9 |
| Other Insurance | 9 |

## What This Agreement Covers

**Law enforcement liability.** We'll pay amounts any protected person is legally required to pay as damages for covered injury or damage that:

• results from law enforcement activities or operations by or for you;

• happens while this agreement is in effect; and

• is caused by a wrongful act that is committed while conducting law enforcement activities or operations.

We'll consider damages to include the attorneys' fees of the person or organization bringing the claim if such fees are awarded, or paid in a settlement, for covered injury or damage.

*Protected person* means any person or organization who qualifies as a protected person under the Who Is Protected Under This Agreement Section.

*Injury or damage* means bodily injury, personal injury, or property damage.

*Bodily injury* means any harm to the health of other persons. It includes care, loss of services, or death that results from such harm.

*Harm* includes any of the following:

• Physical harm, sickness, or disease.

• Mental anguish, distress, injury, or illness.

• Emotional distress.

• Humiliation.

WCD 04490

CONFIDENTIAL

theSt.Paul

*Personal injury* means injury, other than bodily injury, caused by any of the following wrongful acts:

- False arrest, detention, or imprisonment.
- Malicious prosecution.
- Wrongful entry or wrongful eviction.
- Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies.
- Libel or slander.
- Making known to any person or organization written or spoken material that belittles the products, work, or completed work of others.
- Making known to any person or organization written or spoken material that violates an individual's right of privacy.
- False or improper service of process.
- Violation of civil rights protected under any federal, state, or local law.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged.

We'll consider all loss of use of:
- damaged tangible property to happen at the time of the physical damage which caused it; and
- undamaged tangible property to happen at the time of the wrongful act which caused it.

*Law enforcement activities or operations* means any of the official activities or operations of your police department, sheriff agency, or other public safety organization which enforces the law and protects persons or property.

They include the following:
- Ownership, maintenance, or use of a premises that you own, rent, lease, or borrow in order to perform such activities or operations.
- Providing first aid at the time of an accident, crime, or medical emergency.

*Wrongful act* means any act, error, or omission.

**Right and duty to defend a protected person.** We'll have the right and duty to defend any protected person against a claim for injury or damage covered by this agreement. We'll have such right and duty even if all of the allegations of the claim are groundless, false, or fraudulent. But we have no duty to perform any other act or service.

We'll have the right to investigate any claim to the extent that we believe is proper. We'll also have the right to settle any claim within:

- any applicable deductible; or
- the available limits of coverage.

Our duty to defend protected persons ends when we have used up the limits of coverage that apply with the payment of judgments or settlements.

*Claim* means a suit or written demand which seeks damages.

*Suit* means a civil proceeding that seeks damages. It includes:

- an arbitration proceeding for such damages to which the protected person must submit or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim under this agreement against a protected person when we:

- investigate or settle the claim; or
- defend the protected person against the claim.

These payments are in addition to the limits of coverage.

Our duty to make additional payments ends when we have used up the limits of coverage that apply with the payment of judgments or settlements.

*Our expenses.* We'll pay all expenses, including our claim expenses, we incur.

WCD 04491

47292 Rev. 10-02 Printed in U.S.A.
Page 2 of 9          ©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

CONFIDENTIAL

TheStPaul

*Our claim expenses* includes the following fees, costs, and expenses that result directly from the investigation, defense, or appeal of a specific claim:

- Fees, costs, and expenses of attorneys.
- The cost of legal proceedings.
- Court reporter's, arbitrator's, and mediator's fees.
- Independent expert's and special investigator's fees, costs, and expenses.
- Independent vendor's fees, costs, and expenses.

But we won't consider any of the following to be our claim expenses:

- Our expenses, including salaries, wages, or traveling expenses of our employees, other than fees, costs, or expenses incurred by attorneys employed by us in connection with a specific claim.
- Adjuster's fees paid to independent adjusters or attorneys for adjusting claims.
- Fees, costs, or expenses for coverage opinions.
- Payments we make under the Right to appeal a judgment against a protected person section.
- Our recovery expenses.

We explain how we apply our recovery expenses in the Recovering Damages From A Third Party section in the General Rules, which is a part of your policy.

*Bonds to release property.* We'll pay the costs of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the available limit of coverage. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim. But we won't pay more that $500 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs, except attorneys' fees of the person or organization making or bringing the claim, taxed against

any protected person for covered injury or damage in a suit.

*Prejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

*Appeal bonds.* If we have the duty to appeal a judgment that includes damages covered by this agreement, and you agree we can appeal that judgment, we'll pay the cost of any appeal bond required for that appeal. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond. The results of an appeal won't change the limits of coverage that apply under this agreement.

*Personal property of others.* We'll pay up to $25,000 per policy period for direct physical loss or damage to the personal property of others which:

- is in their possession at the time of their arrest; and
- is in the care, custody, or control of the protected person at the time of the loss or damage.

The each wrongful act deductible applies to this additional payment.

*Right to appeal a judgment against a protected person.* We'll have the right to appeal a judgment that we don't have a duty to appeal. But only if the judgment:

- includes damages for injury or damage covered by this agreement;

WCD 04492

CONFIDENTIAL

the St Paul

- is awarded in a suit for which we defend a protected person; and
- is awarded against the protected person.

If we appeal such a judgment, we'll pay the following that result directly from that appeal:

- All expenses we incur.
- All reasonable expenses that any protected person incurs at our request while helping us with the appeal, other than the cost of appeal bonds.
- The cost of any required appeal bond. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond.
- All postjudgment interest that accumulates on the full amount of the judgment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

These payments are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

## When This Agreement Covers

We'll apply this agreement to claims for covered injury or damage whenever they're made or brought.

## Where This Agreement Covers

We'll apply, and make payments under, this agreement:

- only in the coverage territory; and
- only for covered injury or damage that's caused by wrongful acts which are committed there.

However, we'll also apply, and make payments under, this agreement in the coverage territory for covered injury or damage that's caused by wrongful acts which are committed in the rest of the

world. But only if they result from the conduct of law enforcement activities or operations by a person who:

- has a home in the coverage territory; and
- is away for a short time on your business.

*Coverage territory* means:

- the United States of America, including its territories and possessions;
- Puerto Rico;
- Canada; and
- international waters or airspace only during travel or transportation between any of the above places.

## Who Is Protected Under This Agreement

**Public entity.** If you are a public entity named in the Introduction, you are a protected person.

**Elected or appointed officials.** Your lawfully elected or appointed officials are protected persons only for the conduct of their duties as your elected or appointed officials.

**Employees and volunteer workers.** Your employees and volunteer workers are protected persons only for:

- work done within the scope of their employment by you; or
- their performance of duties related to the conduct of your operations.

And your volunteer workers are protected persons only for activities or work they conduct or perform:

- at your direction; and
- within the scope of duties for you.

However, no employee or volunteer worker is a protected person for bodily injury or personal injury to:

- you;
- any fellow employee;                    **WCD 04493**
- any fellow volunteer worker or any of your employees; or
- the spouse, or any child, parent, brother, or sister of that employee or volunteer worker if such injury results from the bodily injury or personal injury to such fellow employee or volunteer worker.

---

CONFIDENTIAL

Nor is any employee or volunteer worker a protected person for any obligation to share damages with or repay someone else who must pay damages because of such bodily injury or personal injury.

*Employee* includes a leased worker, other than a leased temporary worker.

*Volunteer worker* means any person who:

* isn't an employee or a leased temporary worker;
* donates his or her work; and
* isn't paid a fee, salary, or other compensation for that work.

Separation of protected persons. We'll apply this agreement separately to each protected person.

However, all protected persons share the limits of coverage shown in the Coverage Summary. We explain how in the Limits Of Coverage section.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is part of your policy.

## Limits Of Coverage

The limits of coverage shown in the Coverage Summary and the information contained in this section fix the most we'll pay as damages, regardless of the number of:

* protected persons;
* claims made or brought; or
* persons or organizations making claims or bringing suits.

Total limit. This is the most we'll pay for all covered injury or damage that:

* happens in a policy year; and
* is caused by all wrongful acts.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever period is shorter. But when that period is longer than one year, policy year means each of the following periods of time that

this agreement is in effect, starting with the beginning date of this agreement:

* Each consecutive one-year period.
* Any period that remains after the last consecutive one-year period.

However, if the original policy period shown in the Introduction is extended for a period of less than one year, we'll consider each such extended period to be part of the last policy year, regardless of the number of extensions provided.

For example:

*Your original policy period is two years and nine months long. As a result, it has three policy years; each one separate from the other. The first is the first one—year period. The second is the next one—year period. And the third is the remaining nine—month period.*

*During the third policy year you request, and we provide, two separate extensions of the policy period: a three—month extension; and then a four—month extension. As a result, the third policy year becomes sixteen months long and is still subject to the same limits of coverage that applies when it was nine months long.*

Each wrongful act limit. This is the most we'll pay for all covered injury or damage that:

* happens in a policy year; and
* is caused by any one wrongful act or series of related wrongful acts.

*Series of related wrongful acts* means two or more wrongful acts, including repeated or continuous wrongful acts, that are related to the same injury or damage.

How the limits of coverage apply if the total limit is left blank. If the amount of the total limit is left blank in the Coverage Summary, we'll consider that total limit to be the same as the each wrongful act limit or $100,000, whichever amount is more.

## Deductible

WCD 04494

The deductible shown in the Coverage Summary and the information contained in

---

CONFIDENTIAL

theSt.Paul

this section fix the amount of damages and our claim expenses that you'll be responsible for paying and over which the limits of coverage will apply, regardless of the number of:

• protected persons;

• claims made or brought; or

• persons or organizations making or bringing claims.

The deductible won't apply to payments we make under the Additional payments section, other than payments made for:

• our claim expenses; or

• personal property of others.

We'll pay all or part of the deductible for you, unless you and we agree that we should do otherwise. When we do make such a payment, you agree to repay that amount to us promptly after we notify you of that payment.

**Each wrongful act deductible.** You'll be responsible for the amount of damages and our claim expenses within this deductible for all claims for covered injury or damage that's caused by:

• the same wrongful act; or

• a series of related wrongful acts.

## Exclusions — What We Won't Cover

**Aircraft, auto, mobile equipment.** We won't cover injury or damage that results from the:

• ownership, maintenance, use, or operation;

• loading or unloading; or

• entrustment to others;

of any aircraft, auto, or mobile equipment owned, operated, rented, leased, hired, or borrowed by any protected person.

We'll also apply this exclusion to injury or damage that results from any act, error, or omission related to the policies, procedures, practices, decisions, training, or supervising of personnel as respects the ownership, maintenance, operation, use, loading, unloading, or entrustment to others of any auto or aircraft that you own, operate, rent, lease, hire, or borrow.

But we won't apply this exclusion to injury or damage that results from the use of an aircraft chartered by a protected person if:

• the aircraft is chartered with crew, including a pilot; and

• the protected person isn't using the aircraft to carry persons or property for a charge.

*Auto* means any land motor vehicle, trailer, or semitrailer designed for travel on public streets or roads.

We'll consider any machinery or equipment that's permanently attached to an auto to be part of the auto.

*Mobile equipment* means any land vehicle other than an auto.

**Asbestos.** We won't cover injury or damage that results from any actual, alleged, or threatened:

• absorption, ingestion, or inhalation of asbestos in any form by any person; or

• existence of asbestos in any form.

Nor will we cover injury or damage that results from any actual, alleged, or threatened:

• absorption, ingestion, or inhalation of any other solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and waste, in any form by any person; or

• existence of any such other irritant or contaminant in any form;

and is part of any claim that also alleges any injury or damage described in the first paragraph of this exclusion.

We also won't cover any loss, cost, or expense that results from any request, demand, order, or statutory or regulatory requirement that any protected person or others:

• test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize asbestos in any form; or

• respond to, or assess, in any way the affects of asbestos in any form.

Because asbestos, and any such other irritants or contaminants, are pollutants, this

**WCD 04495**

CONFIDENTIAL

exclusion applies in addition to any of the following exclusions that apply:

- Pollution injury or damage exclusion.
- Pollution work loss, cost, or expense exclusion.
- Any other pollution-related exclusion made part of this agreement.

We explain the terms pollutant and waste in the Pollution injury or damage exclusion.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

However, we won't apply this exclusion to liability for injury or damage the protected person would have without the contract or agreement.

**Control of property.** We won't cover property damage to the following property:

- Property you own, rent, lease, occupy, or borrow.
- Personal property in the care, custody, or control of any protected person.

But we won't apply this exclusion to the payments we make under the Additional payments section for the Personal property of others additional payment.

**Criminal, dishonest, fraudulent, or malicious acts.** We won't cover injury or damage that results from any criminal, dishonest, fraudulent, or malicious act or omission committed:

- by the protected person; or
- with the consent or knowledge of the protected person.

However, we won't apply this exclusion to our duty to defend that protected person until it has been determined through legal processes that such act or omission was committed:

- by the protected person; or
- with the consent or knowledge of the protected person.

Nor will we apply this exclusion to personal injury caused by malicious prosecution.

**Declaratory, injunctive, or other non-monetary relief.** We won't cover:

- any cost, expense, or fee; or
- any amount required to comply with a court or administrative order, judgment, ruling, or decree;

that results from any action or demand, or any part of any claim, which seeks declaratory, injunctive, or other non-monetary relief.

**Employers liability.** We won't cover bodily injury to an employee of the protected person arising out of and in the course of his or her:

- employment by the protected person; or
- performance of duties related to the conduct of the protected person's operations.

Nor will we cover bodily injury to the spouse, or any child, parent, brother, or sister of that employee which results from the bodily injury to that employee.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity, such as a property owner.

We'll also apply this exclusion to any obligation of the protected person to share damages with or repay someone else who must pay damages because of bodily injury to any employee of the protected person.

**Employment-related practices.** We won't cover bodily injury or personal injury to any protected person's employee, prospective or former employee, leased temporary worker, or independent contractor that results from any employment-related practices.

Nor will we cover bodily injury or personal injury to the spouse or any child, parent, brother, or sister of that employee, worker, or independent contractor which results from the bodily injury or personal injury to that employee, worker, or independent contractor.

We'll also apply this exclusion to any obligation of the protected person to share damages with or to repay someone else who must pay damages for:

WCD 04496

CONFIDENTIAL

theStPaul

• such bodily injury or personal injury to that employee, worker, or independent contractor; or

• bodily injury or personal injury to the spouse or any child, parent, brother, or sister of that employee, worker, or independent contractor that results from such bodily injury or personal injury to that employee, worker, or independent contractor.

*Independent contractor* means any person who:

• in accordance with a contract between that person and the protected person for specified services, performs duties related to the conduct of the protected person's operations; and

• is not the protected person's employee or leased temporary worker.

*Employment-related practices* means:

• refusal to employ that person;

• termination of that person's employment; or

• other employment-related act, omission, policy, or practice, committed upon or applied to that person, such as coercion, libel or slander, demotion, discipline, discrimination, evaluation, harassment, humiliation, or reassignment of or against that person, or violation of that person's right of privacy.

We explain the terms employee and leased temporary worker in the Employees and volunteer workers section.

**Health care professional services.** We won't cover injury or damage that results from the performance of or failure to perform health care professional services by a health care professional.

However, we won't apply this exclusion to the protected person's providing of or failure to provide first aid.

Nor will we apply this exclusion to the handling or treatment of corpses by a protected person while performing law enforcement activities or operations.

Also, we won't apply this exclusion to any protected person who isn't a medical doctor

or nurse for injury or damage that results from the dispensing of:

• drugs; or

• medical or dental supplies and appliances.

*Health care professional services* includes:

• any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;

• the dispensing of drugs or medical or dental supplies and appliances; and

• the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

**Injury to volunteer workers.** We won't cover bodily injury or personal injury to any volunteer worker who is injured in the conduct of law enforcement activities or operations within the scope of their duties for you.

**Nuclear energy liability.** We won't cover injury or damage that results from the hazardous properties of any nuclear material.

*Hazardous properties* includes radioactive, toxic, or explosive properties.

*Nuclear material* means any nuclear material defined in the Federal Atomic Energy Act, or any of its amendments.

**Pollution injury or damage.** We won't cover injury or damage that results from pollution at, on, in, or from any:

• protected person's premises;

• waste site; or

• protected person's work site.

Nor will we cover injury or damage that result from pollution involving any waste pollutant.

But we won't apply this exclusion to injury or damage that results from:

• building heating equipment fumes, smoke, soot, or vapors;

• contractor or service work materials fumes, gases, or vapors;

• hostile fire heat, fumes, or smoke; or

• mobile equipment operating fluids.

WCD 04497

©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved CONFIDENTIAL

Also, we won't apply this exclusion to injury or damage that results from the use of mace, pepper spray, or tear gas.

*Pollution* means any actual, alleged, or threatened discharge, dispersal, escape, migration, release, or seepage of any pollutant.

*Pollutant* means any solid, liquid, gaseous, or thermal irritant or contaminant, including:

* smoke, vapors, soot, fumes;
* acids, alkalis, chemicals; and
* waste.

*Waste* means materials to be recycled, reconditioned, or reclaimed.

*Pollution work* means:

* the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing of any pollutant; or
* the responding to, or assessing, in any way the effects of any pollutant.

*Hostile fire* means a fire that:

* becomes uncontrollable; or
* breaks out from where it was intended to be.

**Pollution work loss, cost, or expense.** We won't cover any loss, cost, or expense that results from:

* any request, demand, order, or statutory or regulatory requirement that any protected person or others perform pollution work; or
* any claim by or for any governmental authority for damages that result from the performance of pollution work.

But we won't apply this exclusion to any damages for property damage for which the protected person would have liability without such:

* request, demand, order, or statutory or regulatory requirement; or
* claim.

**Workers compensation or other benefits laws.** We won't cover any obligation that the protected person has under any:

* workers compensation law;
* disability benefits law;
* unemployment compensation law; or
* similar law.

## Other Insurance

This agreement is primary insurance. If there is any valid and collectible other insurance for injury or damage covered by this agreement, we'll pay the portion of the damages which:

* exceeds the deductible that applies; and
* equals our percentage of the total of all limits that apply.

But we won't pay more than the limits of coverage that apply under this agreement. For example:

*You are required by a court to pay damages of $100,000. The limit of coverage under this agreement is $100,000. And the deductible is $1,000. Another insurance policy with a limit of $100,000 also applies. The total limit of insurance is $200,000.*

*Our limit is 50% ($100,000/$200,000) of the total limit. But we won't pay 50% of $100,000, which is equal to $50,000. We'll pay only $49,500, which is equal to 50% of the amount of the judgment that exceeds our $1,000 deductible. ($100,000 − $1,000 = $99,000).*

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

* another insurance company;
* us, except under this agreement;
* any of our affiliated insurance companies;
* any risk retention group;
* any self-insurance method or program, other than any funded by you and over which this agreement applies; or
* any similar risk transfer or risk management method.

**WCD 04498**

However, we won't consider umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

Insuring Agreement

CONFIDENTIAL Page 9 of 9

PUBLIC SECTOR SERVICES
LAW ENFORCEMENT LIABILITY SELF-INSURED RETENTION
ENDORSEMENT                                                    The St.Paul

This endorsement changes your Law
Enforcement Liability Protection.

**Important Note.** This endorsement adds a self-insured retention over which the limits of coverage will apply. It also makes claim expenses subject to the self-insured retention. We explain what we mean by claim expenses in the Right to investigate or defend section.

**How Coverage Is Changed**

There are seven changes which are explained below.

1. The following replaces the Right and duty to defend section. This change limits coverage.

**Right to investigate or defend.** We'll have the right to investigate or defend any claim or suit for covered injury or damage made or brought against any protected person. We may exercise such rights even if:
• any of the allegations of any such claim or suit are groundless, false or fraudulent; or
• the total amount of the damages and claim expenses for such injury or damage probably won't exceed a self-insured retention that applies.

If we choose to investigate or defend a claim or suit, on any basis other than as a claim handling service, we'll:
• investigate the claim only to the extent that we believe is proper; and
• pay all expenses we incur for such investigation or defense.
Such expenses are not subject to the self-insured retention or the limit of coverage.

However we have no duty to defend any claim or suit or perform other acts or services. In addition, our right to defend claims or suits ends when the limits of coverage that apply have been used up with the payment of judgments or settlements.

**Claim** means a demand which seeks damages.

**Suit** means a civil proceeding which seeks damages. It includes:
• an arbitration proceeding for such damages to which the protected person must submit or submits with our consent; and
• any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

**Claim expenses** mean the reasonable fees, costs and expenses that result directly from the investigation, defense, settlement or appeal by you of a specific claim or suit.

Claim expenses include your prejudgment interest and your postjudgment interest.

But we won't consider any of the following to be claim expenses:
• Salaries or wages of any protected person, including employed attorneys.
• Expenses, other than additional living expenses, incurred by any protected person, including employed attorneys.

Nor will we consider any of the following that do not result directly from the investigation, defense, settlement or appeal of a specific claim or suit to be claim expenses:
• Fees and expenses of independent adjusters hired by a protected person.
• Fees and expenses of a claim handling service.

**Claim handling service** means the individual or organization who is providing claims services for you in accordance with a separate written contract.

**Your prejudgment interest** means the prejudgment interest that's awarded against the protected person on that part of a judgment within your self-insured retention.

**Your postjudgment interest** means the interest that accumulates on that part of a judgment within your self-insured retention from the date of the judgment to the date it is paid.

**Additional living expenses** mean the reasonable expenses incurred by any protected person, including employed attorneys, for transportation, lodging and food while temporarily away from home to help with the investigation, defense, settlement or appeal of a specific claim or suit.

47656 Ed.1-95 Printed in U.S.A.                    Endorsement
©St.Paul Fire and Marine Insurance Co.1995 All Rights Reserved

WCD 04499
CONFIDENTIAL
Page 1 of 3

TheStPaul

2. The following is added to the What This
Agreement Covers section. This change limits
coverage.

**Right to settle.** We'll have the right to settle any
claim or suit within an applicable self-insured
retention or the available limits of coverage.

But you are required to pay that part of the
settlement and any claim expenses incurred by
a protected person that's within the applicable
self-insured retention. We explain when and
how you'll do so in the Self-Insured Retention
section.

3. The following replaces the Additional
payments section. This change limits cover-
age.

**Additional payments.** We'll have the duty to make
the payments shown below in connection with
any claim or suit for covered injury or damage.
These payments are in addition to the limits of
coverage. But our duty to make such payments
ends when the limits of coverage that apply
have been used up with the payment of judg-
ments, settlements or claim expenses.

**Claim expenses.** We'll pay the claim expenses
that exceed a self-insured retention. But we
won't pay claim expenses incurred after the
limits of coverage that apply have been used up
with the payment of judgments or settlements.

**Our expenses.** We'll pay all expenses that we
incur.

**Our prejudgment interest.** We'll pay the
prejudgment interest that's awarded against a
protected person on that part of a judgment we
pay. But if we make a settlement offer to pay
the available limit of coverage, we won't pay
the prejudgment interest that accumulates after
the date of our offer.

**Our postjudgment interest.** We'll pay the interest
that accumulates on that part of a judgment we
pay. But only from the date of the judgment to
the date we pay, offer to pay, or deposit in
court, the limit of coverage which applies to
that part of the judgment.

4. The following replaces the Right to appeal
section. This change limits coverage.

**Right to appeal.** We'll have the right to appeal a
judgment for covered injury or damage. But
only if:
• the protected person doesn't appeal it; and
• the amount of the judgment is more than the
self-insured retention that applies.

If we appeal such a judgment, we'll pay all
expenses which result directly from that appeal,
including the cost of appeal bonds and post-
judgment interest. Such appeal expenses are in
addition to the limits of coverage. However,
the results of an appeal won't change the limits
of coverage that apply under this agreement.

5. The following is added to the Limits Of
Coverage section. This change limits coverage.

The limits of coverage:
• apply over any applicable self-insured
retention shown in the Coverage Summary,
whether or not that self-insured retention is
paid; and
• do not include claim expenses.

6. The following replaces the Deductibles
section. This change limits coverage.

**Self-insured Retention**

The self-insured retention shown in the Cover-
age Summary and the information contained in
this section fix the amount of damages and
claim expenses which you'll be required to pay,
and over which the limits of coverage will apply
in accordance with the Limits Of Coverage
section, regardless of the number of:
• protected persons;
• claims made or suits brought; or
• persons or organizations making claims or
bringing suits.

**Each wrongful act retention.** This is the amount
that you will be required to pay for the
combined total of:
• all covered injury or damage that happens in a
policy year and is caused by any one wrongful
act or series of related wrongful acts; and
• all claim expenses incurred in connection with
such covered injury or damage.

WCD 04500

©St.Paul Fire and Marine Insurance Co.1995 All Rights Reserved

CONFIDENTIAL

the St Paul

**Payment over a self—insured retention.** We'll consider any voluntary payment of, or assumption of any obligation to pay, the following above a self-insured retention to be your responsibility:
• Damages for covered injury or damage.
• Claim expenses.

7. The following replaces the Other Insurance section. This change:
• shows that this agreement applies over self-insured retentions; and
• explains what we mean by other insurance.

This agreement is primary insurance that applies over self-insured retentions. If there is any other insurance for injury or damage covered by this agreement; we'll pay the portion of the damages which:
• exceed the self-insured retention; and
• equals our percentage of the total of all limits that apply.

But we won't pay more than the limits of coverage that apply under this agreement. For example:

*You are required by a court to pay damages of $600,000. This agreement, which applies over your self—insured retention, and another policy apply to the judgment. The amount of your self—insured retention is $100,000; the limit of this agreement is $300,000; and the limit of the other primary insurance is $100,000. The total limit of all insurance, other than your self—insured retention is $400,000. You are required to pay $100,000 of the judgment out of your self—insured retention. The balance, $500,000, will be shared pro—rata by this agreement and the other primary insurance up to their respective limits of coverage.*

*Our share is 75% ($300,000/$400,000) of the total limit. 75% of $500,000 is $375,000. But, we won't pay 75% of $500,000 because $375,000 is more than our limit. We'll pay only our limit, which is $300,000.*

*Other—insurance* – means valid and collectible insurance, or the funding of losses, other than insurance bought specifically to apply in excess of this agreement, that's provided for you by or through:
• another insurance company;
• a risk retention group;
• a self-insurance method or program, other than any funded by you and over which this agreement applies; or
• any similar risk transfer method.

**Other Terms**

All other terms of your policy remain the same.

WCD 04501

CONFIDENTIAL

MOLD, OTHER FUNGI, OR BACTERIA EXCLUSION ENDORSEMENT –
LAW ENFORCEMENT LIABILITY

The St.Paul

This endorsement changes your Law
Enforcement Liability Protection.

## How Coverage Is Changed

The following is added to the Exclusions –
What This Agreement Won't Cover section.
This change excludes coverage.

**Mold, other fungi, or bacteria.** We won't cover
injury or damage that results from any
actual, alleged, or threatened:

* absorption, ingestion, or inhalation of
mold or other fungi, or bacteria, in any
form by any person; or

* existence of mold or other fungi, or
bacteria, in any form.

But we won't apply this exclusion part to:

* bodily injury or property damage that
results from mold or other fungi, or
bacteria, which are, or are on, in, or part
of, any good or product that's intended to
be consumed as a food, beverage, or
medicine;

* bodily injury that results from bacteria
which are directly transmitted solely by or
from another person to the person
sustaining the bodily injury; or

* bodily injury that results from a bacterial
infection which develops in connection
with physical harm to the person
sustaining the bodily injury, if such
physical harm isn't excluded by this
exclusion part, or any other part of this
exclusion, and a claim or suit is made or
brought against the protected person for
such physical harm.

Nor will we cover any loss, cost, or
expense that results from any request,
demand, order, or statutory or regulatory
requirement that any protected person or
others:

* test for, monitor, clean up, remove,
contain, treat, detoxify, or neutralize mold
or other fungi, or bacteria, in any form; or

* respond to, or assess, in any way the
effects of mold or other fungi, or
bacteria, in any form.

Because mold or other fungi, or bacteria,
can be pollutants, this exclusion applies in
addition to any of the following exclusions
that apply:

* Pollution exclusion.

* Any other pollution-related exclusion made
part of this agreement.

*Mold or other fungi* means:

* any type or form of mold or mildew;

* any other type or form of fungus; or

* any mycotoxin, spore, scent, or byproduct
that's produced or released by such mold,
mildew, or other fungus.

*Bacteria* means:

* any type or form of bacterium; or

* any mycotoxin, spore, scent, or byproduct
that's produced or released by such
bacterium.

We explain the term pollutant in the
Pollution exclusion.

## Other Terms

All other terms of your policy remain the
same.

L0473 Ed. 8-02 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

Endorsement

CONFIDENTIAL
Page 1 of

COPY

PUBLIC ENTITY MANAGEMENT LIABILITY
PROTECTION – CLAIMS–MADE
COVERAGE SUMMARY

~StPaul~

This Coverage Summary shows the limits of
coverage, deductible, and the retroactive date
that apply to your Public Entity Management
Liability Protection - Claims-Made. It also
lists those endorsements, if any, that must
have certain information shown for them to
apply.

---

**Limits Of Coverage**                    **Deductible**

Each wrongful act limit.    $1,000,000    Each wrongful act deductible.    $*

Total limit    - - - - - - - $1,000,000 - - - - - - - - - - - - - - - - - - -

---

**Retroactive Date:** 12/01/01

**Important Note:** If no date is shown above, we'll consider the retroactive date to be the
same as the beginning date of this insuring agreement.

---

**Named Endorsement Table**

**Important Note:** Only endorsements that must have certain information shown for them to
apply are named in this table. The required information follows the name of each such
endorsement. Other endorsements may apply, too. If so, they're listed on the Policy
Forms List.

*PSS Public Entity Management Liability Self–Insured Retention Endorsement
  Each Wrongful Act Retention:
      $100,000.

Additional Named Insured:
 Workforce Services Department

---

WCD 04503

Name of Insured                Policy Number GP06301134        Effective Date 12/01/03
COUNTY OF WILL                                                 Processing Date 12/18/03   11:51   001

47336 Rev. 1-01 Printed in U.S.A.         Coverage Summary            CONFIDENTIAL
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved       Page 1 of 2

The St. Paul

WCD 04504

47336 Rev. 1-01 Printed in U.S.A.
Page 2 of 2                          ©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

CONFIDENTIAL

PUBLIC ENTITY MANAGEMENT LIABILITY PROTECTION –
CLAIMS–MADE                                                                 theStPaul

This insuring agreement provides management liability protection for the conduct of duties by or for a public entity. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

**Important note:** This is a claims–made insuring agreement. To be covered, a claim must be first made or brought while this agreement is in effect, or during the limited reporting period or the extended reporting period, if either one applies. This agreement should be read carefully, especially the What This Agreement Covers, When This Agreement Covers, and Limits Of Coverage sections.

## Table of Contents

|  | Page |
| --- | --- |
| **What This Agreement Covers** |  |
| Public entity management liability. | 2 |
| Right and duty to defend a claim. | 2 |
| Additional payments. | 2 |
| Right to appeal a judgment against a protected person. | 3 |
| **When This Agreement Covers** | 3 |
| During this agreement or the limited reporting period, if it applies. | 3 |
| When we consider a claim to be first made or brought. | 3 |
| What we require in a written notice of a specific wrongful act. | 4 |
| When the limited reporting period will apply. | 4 |
| How the limited reporting period applies. | 4 |
| When and how an extended reporting period can be added. | 4 |
| How the extended reporting period applies. | 4 |
| How we'll figure the additional premium for the Extended Reporting Period Endorsement. | 4 |
| When the extended reporting period will apply as excess insurance. | 5 |
| **Where This Agreement Covers** | 5 |
| **Who Is Protected Under This Agreement** | 5 |
| Public entity. | 5 |
| Elected or appointed officials. | 5 |
| Board members. | 5 |
| Employees. | 5 |
| Estates, heirs, legal representatives, or assigns. | 5 |
| Volunteer workers. | 6 |
| Separation of protected persons. | 6 |
| **Limits Of Coverage** | 6 |
| Each wrongful act limit. | 6 |
| Total limit. | 6 |
| How the limits of coverage apply if the total limit is left blank. | 7 |
| How the limits of coverage apply to the limited and extended reporting periods. | 7 |
| **Deductible.** | 7 |
| Each wrongful act deductible. | 7 |
| **Exclusions – What This Agreement Won't Cover** |  |
| Boards and commissions. | 7 |
| Breach of contract. | 7 |
| Claims by protected persons against protected persons. | 7 |
| Complaint or enforcement action. | 7 |
| Contract liability. | 7 |
| Criminal, dishonest, fraudulent, or intentionally wrongful acts. | 7 |
| Debt financing. | 8 |
| Declaratory, injunctive, or non-monetary relief. | 8 |
| Employee benefit plans administration. | 8 |
| Employment-related practices. | 8 |
| Health care professional services. | 9 |
| Injury or damage. | 9 |
| Insurance. | 10 |
| Investments. | 10 |
| Known wrongful acts. | 10 |
| Law enforcement duties. | 10 |
| Multiplied damages. | 10 |
| Nuclear material. | 10 |
| Pollution. | 10 |
| Public use of property. | 11 |
| Strikes, riots, demonstrations, or civil commotions. | 11 |
| Taxes. | 11 |
| Unlawful personal gains. | 11 |
| Workers compensation and other benefits laws. | 11 |
| **Other Insurance** | 11 |

47279 Rev. 1-01 Printed in U.S.A.           Insuring Agreement
©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

WCD 04505

 **CONFIDENTIAL**
Page 1 of 11

The St.Paul

## What This Agreement Covers

**Public entity management liability.** We'll pay amounts any protected person is legally required to pay as damages for covered loss that:

- results from the conduct of duties by or for a public entity;
- is caused by a wrongful act committed on or after the retroactive date and before the ending date of this agreement; and
- results in a claim first made or brought while this agreement is in effect, or during the limited reporting period or the extended reporting period, if either one applies.

We'll consider each wrongful act in a series of related wrongful acts to be committed on the date the first wrongful act in the series of related wrongful acts is committed.

*Protected person* means any person or public entity who qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Public entity* means a municipality, county, or other governmental body, department, or unit.

*Wrongful act* means any act, error, or omission.

*Retroactive date* means the earliest date that a wrongful act may first be committed and be covered by this agreement. The retroactive date is shown in the Coverage Summary. However, if no retroactive date is shown there, we'll consider the retroactive date to be the same as the beginning date of this agreement.

We explain the terms limited reporting period, extended reporting period, and related wrongful acts in the When This Agreement Covers section.

**Right and duty to defend a claim.** We'll have the right and duty to defend any protected person against a claim for covered loss.

We'll do so even if any of the allegations of such claim are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

We'll have the right to investigate any claim to the extent that we believe is proper.

We may, with your written consent, settle any claim. However, if we recommend a settlement to you which is acceptable to the claimant but to which you do not consent, the most we'll pay as damages in the event of a later settlement or judgment is the amount we recommended.

Our duty to defend protected persons against claims for covered loss ends when we have used up the limits of coverage that apply with the payment of judgments or settlements.

*Claim* means a suit or written demand which seeks damages.

*Suit* means a civil proceeding which seeks damages. It includes:

- an arbitration proceeding for damages to which the protected person must submit or submits with our consent; and
- any other alternative dispute resolution proceeding for damages to which the protected person submits with our consent.

**Additional payments.** We'll have the duty to make only the payments shown below, in addition to the limits of coverage, in connection with any claim under this agreement against a protected person when we:

- investigate or settle the claim; or
- defend the protected person against the claim.

The deductible does not apply to these payments.

Our duty to make such payments ends when we have used up the limits of coverage that apply with the payment of judgment or settlements.

*Our expenses.* All expenses, including our claim expenses, we incur.

*Our claim expenses* includes the following fees, costs, and expenses that result directly from the investigation, defense, or settlement of a specific claim:

- Fees, costs, or expenses of attorneys.
- The cost of legal proceedings.

---

WCD 04506

≠St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

CONFIDENTIAL

- Court reporter fees.
- Independent experts' and special investigators' fees, costs, and expenses.
- Independent vendor's fees, costs, or expenses.

But we won't consider any of the following to be our claim expenses:

- Our expenses, including salaries, wages, or traveling expenses of our employees, other than fees, costs, or expenses incurred by attorneys employed by us in connection with a specific claim.
- Adjuster's fees paid to independent adjusters or attorneys for adjusting claims.
- Fees, costs, or expenses for coverage opinions.
- Recovery expenses incurred by us.

However, we explain how we'll first deduct our recovery expenses in the Recovering Damages From A Third Party section in the General Rules attached to your policy.

*Bonds to release property.* The cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the limit of coverage that applies. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* All reasonable expenses that any protected person incurs at our request while helping us investigate, or defend a protected person against, a claim. But we won't pay more than $500 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* All costs taxed against any protected person for covered loss in a suit.

*Prejudgment interest.* The interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* All interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in

court, the limit of coverage that applies to the judgment.

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment awarded in a suit for covered loss if:

- we defend a protected person against the suit; and
- the judgment is awarded against that protected person.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including postjudgment interest and the cost of appeal bonds. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

## When This Agreement Covers

**During this agreement or the limited reporting period, if it applies.** We'll apply this agreement to claims for covered loss only when they're first made or brought:

- while this agreement is in effect; or
- during the limited reporting period, if it applies.

*Limited reporting period* means the 60 days, starting with the ending date of this agreement, during which claims for covered loss may be first made or brought.

**When we consider a claim to be first made or brought.** We'll consider a claim for covered loss to be first made or brought on the earliest of the following dates:

- The date that we or any protected person first receives written notice of such claim.
- The date that we first receive written notice from any protected person of a specific wrongful act that caused the loss which resulted in such claim.

We'll consider all claims for covered loss that is caused by:

- the same wrongful act; or
- related wrongful acts;

to have been first made or brought on the date that the first of such claims was first made or brought, regardless of whether such

WCD 04507

CONFIDENTIAL

**ⁿ°StPaul**

data is before or while this agreement is in effect.

*Related wrongful acts* means two or more wrongful acts that have as a common nexus any fact, circumstance, situation, event, transaction, cause, or series of related facts, circumstances, situations, events, transactions, or causes.

**What we require in a written notice of a specific wrongful act.** We won't consider a claim to be first made or brought on the date we receive written notice of a specific wrongful act unless that notice contains the following information:

- A description of the wrongful act, including its date, time, place, and circumstances.
- The nature of the potential damages.
- The names of each actual or potential claimant and protected person involved.
- The manner in which each of the protected persons first became aware of the circumstances involved.

**When the limited reporting period will apply.** The limited reporting period will automatically apply without an additional premium if this agreement is canceled or not renewed for any reason. It may not be canceled by you or us once it applies.

However, the limited reporting period won't apply to claims for covered loss which:

- are covered by any other insurance you buy that takes effect on or after the ending date of this agreement; or
- would have been covered by such insurance if its limits of coverage hadn't been used up.

**How the limited reporting period applies.** The limited reporting period doesn't extend the time that this agreement is in effect. As a result, we'll consider any claim for covered loss that is first made or brought during the limited reporting period to have been made or brought on the ending date of this agreement.

**When and how an extended reporting period can be added.** If this agreement is canceled or not renewed for any reason, an extended reporting period can be added with an Extended Reporting Period Endorsement and the payment of an additional premium.

Also, if we renew or replace this agreement with insurance that:

- has a retroactive date later than the retroactive date shown in the Coverage Summary; or
- does not provide coverage on a claims-made basis;

such an extended reporting period can be added with an Extended Reporting Period Endorsement and the payment of an additional premium.

However, we won't issue the Extended Reporting Period Endorsement unless we receive a written request for it from the first named insured shown in the Introduction within 60 days after the ending date of this agreement.

In addition, the Extended Reporting Period Endorsement won't take effect unless:

- your premium for this agreement is paid in full;
- any deductible you owe us is paid in full; and
- the additional premium for the extended reporting period is paid when due.

But once the Extended Reporting Period Endorsement takes effect, it may not be canceled by you or us.

*Extended reporting period* means the 12-month time period, starting with the ending date of this agreement, during which claims for covered loss may be first made or brought.

**How the extended reporting period applies.** When it applies, the extended reporting period doesn't extend the time that this agreement is in effect. As a result, when the extended reporting period applies, we'll consider any claim for covered loss that is first made or brought during the extended reporting period to have been first made or brought on the ending date of this agreement.

**How we'll figure the additional premium for the Extended Reporting Period Endorsement.** We'll figure the additional premium for the Extended Reporting Period Endorsement in accordance with our rules and rates. But we won't charge an additional premium for the Extended Reporting Period Endorsement that

**WCD 04508**

 ©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

The St.Paul

is more than 75% of the annual premium for the last policy year of this agreement.

We explain the term policy year in the Limits Of Coverage section.

**When the extended reporting period will apply as excess insurance.** The Extended Reporting Period Endorsement will cause this agreement to be excess insurance over any valid and collectible other insurance that begins or continues in effect after the endorsement takes effect. It will do so whether such other insurance applies on a primary, excess, contingent, or any other basis.

### Where This Agreement Covers

We'll apply, and make payments under, this agreement:

* only in the coverage territory; and
* only for covered loss caused by wrongful acts that are committed there.

However, we'll also apply, and make payments under, this agreement for covered loss that's caused by wrongful acts which are committed anywhere in the world if the protected person's liability for such loss is determined in a suit on the merits brought in the coverage territory, or in a settlement agreed to by us.

*Coverage territory* means:

* the United States of America, including its territories and possessions;
* Puerto Rico;
* Canada; and
* international waters or airspace only during travel or transportation between any of the above places.

### Who Is Protected Under This Agreement

**Public entity.** If you are shown in the Introduction as a named insured and a public entity, you are a protected person.

**Elected or appointed officials.** Your lawfully elected or appointed officials are protected persons only for the conduct of their duties for you.

WCD 04509

**Board members.** Members of your boards are protected persons only for the conduct of their duties for you or for your boards.

*Your boards* means any board, commission, or other governmental unit that:

* is under your authority; and
* is funded and operated as part of your total operating budget.

**Employees.** Your employees are protected persons only for:

* work done within the scope of their employment by you; or
* their performance of duties related to the conduct of your operations.

*Employee* means full-time or part-time employees. It includes employees of your boards. It does not include leased workers, leased temporary workers, volunteer workers, or independent contractors.

*Leased worker* means any person who:

* is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
* is performing duties related to the conduct of the hirer's operations.

*Employee leasing firm* means any person or organization who hires out workers to others. It includes any:

* employment agency, contractor, or service;
* labor leasing firm; or
* temporary help service.

*Leased temporary worker* means a leased temporary worker who is hired to:

* temporarily take the place of a permanent employee on leave; or
* meet seasonal or short-term workload conditions.

We explain the term your boards in the Board members section.

**Estates, heirs, legal representatives, or assigns.** The estates, heirs, legal representatives, or assigns of deceased, incompetent, insolvent, or bankrupt protected persons are protected persons. But such estates, heirs, legal representatives, or assigns are protected persons only to the extent that coverage would have otherwise applied under this

CONFIDENTIAL

the **St Paul**

agreement in the absence of such death, incompetence, insolvency, or bankruptcy.

**Volunteer workers.** Your volunteer workers are protected persons only for work or activities they conduct or perform:

- at your direction; and
- within the scope of their duties for you.

*Volunteer worker* means any person who performs duties related to the conduct of your operations, other than:

- an employee;
- any of your elected or appointed officials or members of your boards; or
- any independent contractor.

*Independent contractor* means any person or organization who is not your employee, but who performs duties related to the conduct of your operations in the course of their independent employment in accordance with a contract between you and the independent contractor for specified services.

**Separation of protected persons.** This agreement applies separately to each protected person.

However, the limits of coverage and deductible shown in the Coverage Summary are shared by all protected persons. We explain how in the Limits Of Coverage and Deductibles sections.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

The limits of coverage shown in the Coverage Summary and the information contained in this section fix the most we'll pay, regardless of the number of:

- protected persons;
- claims made or brought; or
- persons or organizations making or bringing claims.

The limits of coverage apply excess of any applicable deductible, and are not reduced by the payment of that deductible.

**Each wrongful act limit.** This is the most we'll pay as damages for all claims for covered loss that is caused by:

- the same wrongful act; or
- related wrongful acts.

We explain the term related wrongful acts in the When This Agreement Covers section.

**Total limit.** This is the most we'll pay as damages for the combined total of all claims for covered loss that are first made or brought in a policy year.

We explain when we consider a claim to be first made or brought in the When This Agreement Covers section.

*Policy year* means the policy period shown in the introduction, or the period of time that this agreement is in effect, whichever period is shorter. But when that period is longer than one year, policy year means each of the following periods of time that this agreement is in effect, starting with the beginning date of this agreement:

- Each consecutive one-year period.
- Any period that remains after the last consecutive one-year period.

However, if the original policy period shown in the introduction is extended for a period of less than one year, we'll consider each such extended period to be part of the last policy year, regardless of the number of extensions provided.

For example:

*Your original policy period is two years and nine months long. As a result, it has three policy years, each one separate from the other. The first is the first one-year period. The second is the next one-year period. And the third is the remaining nine-month period. During the third policy year, you request and we provide, two separate extensions of the policy period: a three-month extension and then a four-month extension. As a result, the third policy year becomes sixteen months long and is still subject to the same limits of coverage that applied when it was nine months long.*

WCD 04510

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved

CONFIDENTIAL

How the limits of coverage apply if the total limit is left blank. If the amount of the Total limit is left blank in the Coverage Summary, we'll consider that total limit to be the same as the Each wrongful act limit or $100,000, whichever amount is more.

How the limits of coverage apply to the limited and extended reporting periods. The limits of coverage that apply on the ending date of this agreement aren't renewed or increased for claims for covered loss that are first made or brought during the:

• limited reporting period, if it applies; or
• extended reporting period, if it's added by endorsement.

## Deductible

The deductible shown in the Coverage Summary and the information contained in this section fix the amount of damages and our claim expenses that you'll be responsible for paying and over which the limits of coverage will apply, regardless of the number of:

• protected persons;
• claims made or brought; or
• persons or organizations making or bringing claims.

The deductible won't apply to payments we make under the Additional payments section, other than our claim expenses.

We'll pay all or part of the deductible for you, unless you and we agree that we should do otherwise. When we do make such a payment, you agree to repay that amount to us promptly after we notify you of that payment.

Each wrongful act deductible. You'll be responsible for the amount of damages and our claim expenses within this deductible for all claims for covered loss that is caused by:

• the same wrongful act; or
• related wrongful acts.

We explain the term related wrongful acts in the When This Agreement Covers section.

## Exclusions – What This Agreement Won't Cover

Boards and commissions. We won't cover loss that results from any activities or operations of the following boards, commissions, or governmental units:

• Airports.
• Electric or gas utilities.
• Health care facilities, including clinics, hospitals, nursing homes, rehabilitation facilities, or blood banks.
• Housing authorities.
• Joint power authorities or entities.
• Port authorities.
• Schools.
• Transit authorities.

Breach of contract. We won't cover loss that results from the failure of any protected person to do what is required by any contract or agreement, other than a mutual aid agreement.

Claims by protected persons against protected persons. We won't cover loss for which any claim is made or brought by, or on behalf of, any current or former protected person against any current or former protected person.

Complaint or enforcement action. We won't cover loss that results from any complaint, enforcement action, claim, or suit brought by or for any federal, state, or local governmental regulatory or enforcement agency against any protected person.

Contract liability. We won't cover loss for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to loss for which the protected person would have liability without the contract or agreement.

Criminal, dishonest, fraudulent, or intentionally wrongful acts. We won't cover loss that results from any criminal, dishonest, fraudulent, or intentionally wrongful act or omission committed:

• by the protected person; or
• with the consent or knowledge of the protected person.

WCD 04511

47279 Rev. 1-01 Printed in U.S.A.    Insuring Agreement

CONFIDENTIAL

StPaul

However, we won't apply this exclusion to our duty to defend that protected person until it has been determined by legal processes that such act or omission was committed:

- by the protected person; or
- with the consent or knowledge of the protected person.

**Debt financing.** We won't cover loss that results from any type of debt financing issued by or for you.

*Debt financing* includes bonds, debentures, guarantees of debt, or notes.

**Declaratory, injunctive, or other non-monetary relief.** We won't cover:

- any cost, expense, or fee; or
- any amount required to comply with a court or administrative agency order, judgment, ruling or decree, or a federal, state, or local law;

that results from any action or demand, or any part of any claim, which seeks declaratory, injunctive, or other non-monetary relief.

Such costs, expenses, fees, or amounts include the following:

- The costs of physical alterations or other changes made to accommodate or afford accessibility to any disabled person.
- The cost of developing, implementing, or enforcing any company policy, procedure, or program.

*Declaratory, injunctive, or other non-monetary relief* includes:

- a judgment which declares the rights and duties of any person or organization; or
- any type of injunction, restraining order, or any other non-monetary relief.

**Employee benefit plans administration.** We won't cover loss that results from any wrongful act committed by or for any protected person in:

- the administration of any employee benefit plan; or
- the conduct of any fiduciary duty for any employee benefit plan.

**Employment-related practices.** We won't cover loss that results from a wrongful employment practice offense.

*Wrongful employment practice offense* means any of the following offenses:

- Employment discrimination.
- Wrongful employment termination.
- Employment-related harassment.
- Retaliatory action against any of your employees.
- Wrongful, excessive, or unfair discipline of any of your employees.
- Wrongful hiring, supervision, or demotion of, or failure to promote, any of your employees; or
- Employment-related misrepresentation, defamation, libel, slander, disparagement, or invasion of privacy.

*Employment discrimination* means any employment-related violation of a natural person's rights with respect to:

- the person's race, color, national origin, religion, gender, marital status, age, sexual orientation or preference, or physical or mental disability; or
- any other class or characteristic afforded rights under any federal, state, or local law, rule, or regulation.

*Employment-related harassment* means any unwelcome sexual advance, request for sexual favors, or other verbal, visual, or physical conduct of a sexual or non-sexual nature, when such conduct:

- is connected with a decision affecting a person's employment by you;
- is connected with a decision affecting a person's status as your independent contractor;
- interferes with a person's job performance for you or a person's performance of duties related to the conduct of your operations; or
- creates an intimidating, hostile, or offensive working environment affecting a person's employment by you or a person's performance of duties related to the conduct of your operations.

*Retaliatory actions* includes any employment-related action directed at any of your

47279 Rev. 1-01 Printed in U.S.A.
Page 8 of 11          ©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved.

CONFIDENTIAL

The St.Paul

employees that is in response to the employee's:

- exercising any legally afforded rights;
- supporting in any way another person's exercise of any legally afforded rights;
- participating in any strikes or lockouts;
- making any claims against you or any other protected person;
- testifying against you or any other protected person in any legal proceedings;
- declining to perform any illegal or unethical acts; or
- threatened or actual reporting of any illegal operations or activities actually or allegedly conducted within your operations.

**Health care professional services.** We won't cover loss that results from the performance of or failure to perform health care professional services.

*Health care professional services* includes:

- dental, medical, mental, nursing, surgical, x-ray and other health care professional services, including food or beverages provided with those services;
- the dispensing of drugs or medical or dental supplies and appliances; and
- the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

**Injury or damage.** We won't cover loss resulting from injury or damage.

*Injury or damage* means:

- bodily injury, personal injury, or advertising injury; or
- property damage.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons.

We'll consider any of the following that happens at any time to be part of such physical harm, sickness, or disease, if it results in or from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged.

*Personal injury* means injury, other than bodily injury or advertising injury, caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

- False arrest, detention, or imprisonment.
- Malicious prosecution.
- Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that a person occupies, if such entry or eviction is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies, if such invasion is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Libel or slander.
- Making known to any person or organization written or spoken material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization written or spoken material that violates a person's right of privacy.

*Advertising injury* means injury, other than bodily injury or personal injury, caused by an advertising injury offense.

*Advertising injury offense* means any of the following offenses:

- Libel or slander.
- Making known to any person or organization written or spoken material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization written or spoken material that violates a person's right of privacy.

WCD 04513

CONFIDENTIAL

the St Paul

• Unauthorized use of any advertising idea or advertising material, or any slogan or title, of others in your advertising.

*Advertising* means attracting the attention of others by any means for the purpose of:

• seeking customers or supporters; or

• increasing sales or business.

*Advertising idea* means a manner or style of advertising that others use and intend to attract attention in their advertising.

But we won't consider information used to identify or record customers or supporters, such as a list of customers or supporters, to be an advertising idea.

*Advertising material* means any material that:

• is subject to copyright law; and

• others use and intend to attract attention in their advertising.

*Slogan* means a phrase that others use and intend to attract attention in their advertising.

But we won't consider slogan to include a phrase used as, or in, the name of:

• any person or organization, other than you; or

• any business, or any of the premises, products, services, work, or completed work, of any person or organization, other than you.

*Title* means a name of a literary or artistic work.

**Insurance.** We won't cover loss that results from the failure to obtain or maintain any type or amount of insurance.

*Insurance* includes any type of bond or self-insurance program.

**Investments.** We won't cover loss that results from the purchase, sale, issuance, or distribution, or offer to purchase or sell, any debt or equity securities, or other investments.

**Known wrongful acts.** We won't cover loss that results from any wrongful act, including

any part of related wrongful acts, which any protected person:

• knew about before the beginning date of this agreement; and

• could reasonably foresee would result in a claim being made or brought while this agreement is in effect.

**Law enforcement duties.** We won't cover loss that results from the conduct of law enforcement duties.

*Law enforcement duties* means any of the duties or obligations that must be performed or fulfilled by or for your law enforcement agency. They include the following:

• Ownership, maintenance, or use of a premises that you own, rent, or lease in order to perform or fulfill such duties or obligations.

• Providing first aid at the time of an accident or crime.

*Your law enforcement agency* means a police or sheriff's department that:

• is considered to be part of you; or

• is your legal responsibility.

**Multiplied damages.** We won't cover that portion of any multiplied damage award which exceeds the amount multiplied.

**Nuclear material.** We won't cover loss that results from the hazardous properties of any nuclear material.

*Hazardous properties* include radioactive, toxic, or explosive properties.

*Nuclear material* means any nuclear material defined in the Federal Atomic Energy Act, or any of its amendments.

**Pollution.** We won't cover loss that results from pollution.

We also won't cover any loss, cost, or expense that results from:

• any request, demand, order, or statutory or regulatory requirement that any protected person or others perform pollution work; or

• any claim by or for any governmental authority for damages that result from the performance of pollution work.

47279 Rev. 1-01 Printed in U.S.A.
Page 10 of 11

**WCD 04514**

©St.Paul Fire and Marine Insurance Co. 2001 All Rights Reserved.

CONFIDENTIAL

*Pollution* means any actual, alleged, or threatened discharge, dispersal, escape, migration, release, or seepage of any pollutant.

*Pollutant* means any solid, liquid, gaseous, or thermal irritant or contaminant, including:

* smoke, vapors, soot, fumes;
* acids, alkalis, chemicals; and
* waste.

*Waste* includes materials to be recycled, reconditioned, or reclaimed.

*Pollution work* means:

* the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing of any pollutant; or
* the responding to, or assessing, in any way the effects of any pollutant.

**Public use of property.** We won't cover loss that results from:

* any method or proceeding used in the taking or controlling of private property for public use; or
* the diminution in value, or inverse condemnation, of property that's caused by the taking or controlling of private property for public use.

*Method or proceeding* includes condemnation, adverse possession, and dedication by adverse use.

**Strikes, riots, demonstrations, or civil commotions.** We won't cover loss that results from any strike, riot, protest, demonstration, lock-out, or civil commotion.

**Taxes.** We won't cover loss that results from the improper administration or collection of taxes, or loss that reflects any tax obligation.

**Unlawful personal gains.** We won't cover loss that results from any protected person's personal profit, advantage, or compensation to which that protected person is not legally entitled.

**Workers compensation and other benefits laws.** We won't cover any obligation that the protected person has under any:

* workers compensation law;
* disability benefits law;
* unemployment compensation law; or
* pension, retirement, or other benefits law.

## Other insurance

This agreement is primary insurance. If there is any valid and collectible other insurance for loss covered by this agreement, we'll pay the portion of the damages which:

* exceeds the deductible; and
* equals our percentage of the total of all limits that apply.

But we won't pay more than the limits of coverage that apply under this agreement. For example:

*The limit of coverage under this agreement is $100,000. Another insurance policy with a limit of $25,000 also covers loss covered by this agreement. We won't pay more than 80% ($100,000/$125,000) of the loss, less the deductible.*

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

* another insurance company;
* us, except under this agreement;
* any of our affiliated insurance companies;
* any risk retention group;
* any self insurance method or program; or
* any similar risk transfer or risk management method.

However, we won't consider umbrella insurance or excess insurance that you bought specifically to apply in excess of the limits of coverage for this agreement to be other insurance.

WCD 04515

CONFIDENTIAL

Page 11 of 11

TERRORISM RISK INSURANCE ACT OF 2002
CERTIFIED ACTS OF TERRORISM EXCLUSION ENDORSEMENT –
PUBLIC ENTITY MANAGEMENT LIABILITY

The St.Paul

This endorsement changes your Public Entity
Management Liability Protection.

## How Coverage Is Changed

The following is added to the Exclusions –
What This Agreement Won't Cover section.
This change excludes coverage.

**Certified acts of terrorism.** We won't cover
loss that results from any certified act of
terrorism.

*Certified act of terrorism* means any act
of terrorism as defined in and certified
under:

• the federal Terrorism Risk Insurance Act
of 2002; or

• any of its amendments.

## Other Terms

All other terms of your policy remain the
same.

LO485 Ed. 11-02 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 2002 All Rights Reserved

Endorsement
Page 1 of 1

CONFIDENTIAL

PUBLIC SECTOR SERVICES PUBLIC ENTITY
MANAGEMENT LIABILITY SELF-INSURED RETENTION
ENDORSEMENT

The St.Paul

This endorsement changes your Public Entity Management Liability Protection - Claims-Made.

**Important Note.** This endorsement adds a self-insured retention over which the limits of coverage will apply. It also makes claim expenses subject to the self-insured retention. We explain what we mean by claim expenses in the Right to investigate or defend section.

## How Coverage Is Changed

There are seven changes which are explained below.

1. The following replaces the Right and duty to defend section. This change limits coverage.

**Right to investigate or defend.** We'll have the right to investigate or defend any claim or suit for covered loss made or brought against any protected person. We may exercise such rights even if:
• any of the allegations of any such claim or suit are groundless, false or fraudulent; or
• the total amount of the damages and claim expenses for such loss probably won't exceed a self-insured retention that applies.

If we choose to investigate or defend a claim or suit, on any basis other than as a claim handling service, we'll:
• investigate the claim only to the extent that we believe is proper; and
• pay all expenses we incur for such investigation or defense.
Such expenses are not subject to the self-insured retention or the limit of coverage.

However we have no duty to defend any claim or suit or perform other acts or services. In addition, our right to defend claims or suits ends when the limits of coverage that apply have been used up with the payment of judgments or settlements.

*Claim* means a demand which seeks damages.

*Suit* means a civil proceeding which seeks damages. It includes:
• an arbitration proceeding for such damages to which the protected person must submit or submits with our consent; and
• any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

*Claim expenses* mean the reasonable fees, costs and expenses that result directly from the investigation, defense, settlement or appeal by you of a specific claim or suit.

Claim expenses include your prejudgment interest and your postjudgment interest.

But we won't consider any of the following to be claim expenses:
• Salaries or wages of any protected person, including employed attorneys.
• Expenses, other than additional living expenses, incurred by any protected person, including employed attorneys.

Nor will we consider any of the following that do not result directly from the investigation, defense, settlement or appeal of a specific claim or suit to be claim expenses:
• Fees and expenses of independent adjusters hired by a protected person.
• Fees and expenses of a claim handling service.

*Claim handling service* means the individual or organization who is providing claims services for you in accordance with a separate written contract.

*Your prejudgment interest* means the prejudgment interest that's awarded against the protected person on that part of a judgment within your self-insured retention.

*Your postjudgment interest* means the interest that accumulates on that part of a judgment within your self-insured retention from the date of the judgment to the date it is paid.

*Additional living expenses* mean the reasonable expenses incurred by any protected person, including employed attorneys, for transportation, lodging and food while temporarily away from home to help with the investigation, defense, settlement or appeal of a specific claim or suit.

47657 Ed.1-95 Printed in U.S.A.                    Endorsement

St.Paul Fire and Marine Insurance Co. 1995 All Rights Reserved

WCD 04517

CONFIDENTIAL

StPaul

2. The following replaces the Settlement consent section. This change limits coverage.

**Settlement consent.** We'll have the right to propose a settlement for any claim or suit within an applicable self-insured retention or the available limits of coverage. If you refuse to consent to a settlement, we'll limit the total amount we'll pay for damages and claim expenses to no more than the amount we would have paid had you given consent to the proposed settlement.

3. The following replaces the Additional payments section. This change limits coverage.

**Additional payments.** We'll have the duty to make the payments shown below in connection with any claim or suit for covered loss. These payments are in addition to the limits of coverage. But our duty to make such payments ends when the limits of coverage that apply have been used up with the payment of judgments or settlements.

**Claim expenses.** We'll pay the claim expenses that exceed a self-insured retention. But we won't pay claim expenses incurred after the limits of coverage that apply have been used up with the payment of judgments or settlements.

**Our expenses.** We'll pay all expenses that we incur.

**Our prejudgment interest.** We'll pay the prejudgment interest that's awarded against a protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

**Our postjudgment interest.** We'll pay the interest that accumulates on that part of a judgment we pay. But only from the date of the judgment to the date we pay, offer to pay, or deposit in court, the limit of coverage which applies to that part of the judgment.

4. The following replaces the Right to appeal section. This change limits coverage.

**Right to appeal.** We'll have the right to appeal a judgment for covered loss. But only if:

• the protected person doesn't appeal it; and
• the amount of the judgment is more than the self-insured retention that applies.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including the cost of appeal bonds and post-judgment interest. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

5. The following is added to the Limits Of Coverage section. This change limits coverage.

The limits of coverage:
• apply over any applicable self-insured retention shown in the Coverage Summary, whether or not that self-insured retention is paid; and
• do not include claim expenses.

6. The following replaces the Deductibles section. This change limits coverage.

**Self-insured Retention**

The self-insured retention shown in the Coverage Summary and the information contained in this section fix the amount of damages and claim expenses which you'll be required to pay, and over which the limits of coverage will apply in accordance with the Limits Of Coverage section, regardless of the number of:
• protected persons;
• claims made or suits brought; or
• persons or organizations making claims or bringing suits.

**Each wrongful act retention.** This is the amount that you will be required to pay for the combined total of:
• all covered loss that happens in a policy year and is caused by any one wrongful act or series of related wrongful acts; and
• all claim expenses incurred in connection with such covered loss.

**Payment over a self-insured retention.** We'll consider any voluntary payment of, or assumption of any obligation to pay, the following

WCD 04518

CONFIDENTIAL

The St Paul

above a self-insured retention to be your responsibility:
* Damages for covered loss.
* Claim expenses.

7. The following replaces the Other Insurance section. This change:
* shows that this agreement applies over self-insured retentions; and
* explains what we mean by other insurance.

This agreement is primary insurance that applies over self-insured retentions. If there is any other insurance for loss covered by this agreement, we'll pay the portion of the damages which:
* exceed the self-insured retention; and
* equals our percentage of the total of all limits that apply.

But we won't pay more than the limits of coverage that apply under this agreement. For example:

*You are required by a court to pay damages of $600,000. This agreement, which applies over your self-insured retention, and another policy apply to the judgment. The amount of your self-insured retention is $100,000; the limit of this agreement is $300,000; and the limit of the other primary insurance is $100,000.*

*The total limit of all insurance, other than your self-insured retention is $400,000. You are required to pay $100,000 of the judgment out of your self-insured retention. The balance, $500,000, will be shared pro-rata by this agreement and the other primary insurance up to their respective limits of coverage.*

*Our share is 75% ($300,000/$400,000) of the total limit. 75% of $500,000 is $375,000. But, we won't pay 75% of $500,000 because $375,000 is more than our limit. We'll pay only our limit, which is $300,000.*

Other insurance means valid and collectible insurance, or the funding of losses, other than insurance bought specifically to apply in excess of this agreement, that's provided for you by or through:
* another insurance company;
* a risk retention group;
* a self-insurance method or program, other than any funded by you and over which this agreement applies; or
* any similar risk transfer method.

**Other Terms**

All other terms of your policy remain the same.

WCD 04519

47657 Ed.1-95 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1995 All Rights Reserved

Endorsement

CONFIDENTIAL
Page 1 of 1