# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KEVIN FOX & MELISSA FOX,<br>Plaintiffs,<br><br>v.<br><br>FORMER WILL COUNTY STATE'S ATTORNEY<br>JEFFREY TOMCZAK, ET AL.,<br>Defendants, | No. 04 C 7309<br><br>Judge John W. Darrah<br><br>Magistrate Judge<br>Geraldine Soat Brown |
| WILL COUNTY,<br>Third-Party Plaintiff,<br><br>v.<br><br>ESSEX INSURANCE COMPANY, a Delaware corporation, AMERICAN ALTERNATIVE INSURANCE CORPORATION, a Delaware corporation, and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation,<br>Third-Party Defendants. | |
| ESSEX INSURANCE COMPANY,<br>Counterclaimant,<br><br>v.<br><br>WILL COUNTY, KEVIN & MELISSA FOX, AMERICAN ALTERNATIVE INSURANCE CORPORATION AND ST. PAUL FIRE & MARINE INSURANCE CO.,<br>Counter-defendants. | |

## NOTICE OF MOTION

To: See attached service list

PLEASE TAKE NOTICE that on January 26, 2011 at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John W. Darrah, or any judge sitting in his stead, in the courtroom usually occupied by him in Courtroom 1203, 219 S. Dearborn Street, Chicago, IL, and then and there present: (1) Will County's Motion for Leave to File Responsive Pleadings; (2) Will County's Motion to Strike Essex Insurance Company's Third, Fourth and Fifth Affirmative Defenses and Count I of Essex Insurance Company's Counterclaim & (3) Will County's Answer to Essex Insurance Company's Affirmative Defenses and Counterclaim; copies of which were filed and presented to you on January 6, 2011.

Respectfully submitted,

By: s/ James W. Glasgow
James W. Glasgow
Will County State's Attorney

James W. Glasgow
Will County State's Attorney
For Will County
57 N. Ottawa St.
Joliet, IL 60432

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on January 10, 2011, he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case. In addition, he caused copies of the foregoing to be served upon the following individuals by depositing email at or before the hour of 4:30 p.m. on January 10, 2011.

Robert J, Bates, Jr.
Bates & Carey LLP
191 North Wacker Drive
Suite 2400
Chicago, IL 60606
rbates@batescarey.com

Amy R. Paulus
Clausen Miller P.C.
10 S. LaSalle St.
Chicago, IL 60603
apaulus@clausen.com

Michelle R. Valencic
Clausen Miller P.C.
10 S. LaSalle St.
Chicago, IL 60603
mvalencic@clausen.com

Roderick T. Dunne
Karbal, Cohen, Economou,
Silk & Dunne
200 S. Michigan Ave., 20th Fl.
Chicago, IL 60604
rdunne@karballaw.com

Carrie Anne Von Hoff
Karbal, Cohen, Economou,
Silk & Dunne
200 S. Michigan Ave., 20th Fl.
Chicago, IL 60604
cvonhoff@karballaw.com

Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
2215 York Rd, Suite 504
Oak Brook, IL 60523
kathleenzellner@gmail.com

Anne E. Zellner
Kathleen T. Zellner & Associates, P.C.
2215 York Rd, Suite 504
Oak Brook, IL 60523
anne@kathleentzellner.com

/s/ Philip A. Mock
Philip A. Mock
Assistant State's Attorney

James W. Glasgow
Will County State's Attorney
For Will County, Third-Party Plaintiff
57 N. Ottawa St.
Joliet, IL 60432