```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION


    KEVIN FOX and MELISSA FOX,          )
                                        )
                      Plaintiffs,       )
                                        )
                                        )
    -vs-                                )   Case No. 04 C 7309
                                        )
                                        )   Chicago, Illinois
                                        )   December 7, 2010
    DETECTIVE EDWARD HAYES,             )   9:30 o'clock a.m.
    DETECTIVE MICHAEL GUILFOYLE,        )
    DETECTIVE SCOTT SWEARENGEN,         )
    DETECTIVE JOHN RUETTIGER,           )
    DETECTIVE BRAD WACHTL,              )
    DETECTIVE DAVID DOBROWSKI,          )
    RICHARD WILLIAMS, MARY JANE         )
    PLUTH, WILL COUNTY SHERIFF          )
    PAUL KAUPAS and WILL COUNTY,        )
                                        )
                      Defendants.       )


                    TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE JOHN W. DARRAH

    APPEARANCES:

    For the Plaintiffs:       KATHLEEN T. ZELLNER & ASSOCIATES
                              BY:  MS. ANNE NOLTE
                              Drake Oak Brook Plaza
                              2215 York Road
                              Suite 504
                              Oak Brook, Illinois 60523

    For American Alternative  BATES CAREY NICOLAIDES, LLP
    Insurance Corporation:    BY:  MARY F. LICARI
                              191 North Wacker Drive
                              Suite 2400
                              Chicago, Illinois 60606

    For Essex Insurance       CLAUSEN MILLER, PC
    Company:                  BY:  MS. MICHELE R. VALENCIC
                              Ten South LaSalle Street
                              Chicago, Illinois 60603
```

```
 1   APPEARANCES:  (Continued)

 2   For St. Paul Fire &      KARBAL COHEN ECONOMOU
     Marine Insurance Co.:    SILK & DUNNE, LLC
 3                            BY:  MR. RODERICK T. DUNNE
                              150 South Wacker Drive
 4                            Suite 1700
                              Chicago, Illinois 60606
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17
                         Mary M. Hacker
18                    Official Court Reporter
                   United States District Court
19           219 South Dearborn Street, Suite 1212
                     Chicago, Illinois  60604
20                 Telephone:  (312) 435-5564

21

22

23

24

25
```

1             THE CLERK:  04 C 7309, Fox versus Will County.
2             MS. NOLTE:  Good morning, Judge.  Anne Nolte for
3    the plaintiffs.
4             THE COURT:  Good morning, Ms. Nolte.
5             MS. LICARI:  Good morning, your Honor.  Mary Licari
6    for American Alternative Insurance Corporation.
7             THE COURT:  Good morning, Ms. Licari.
8             MS. VALENCIC:  Good morning.  Michelle Valencic for
9    Essex Insurance Company.
10            THE COURT:  Good morning, Ms. Valencic.
11            MR. DUNNE:  Good morning, your Honor.  Rory Dunne
12   on behalf of St. Paul Fire & Marine.
13            THE COURT:  Good morning, Mr. Dunne.
14            This is plaintiffs' motion for leave to file a
15   first amended complaint.  Is there any objection?
16            MS. LICARI:  Yes, your Honor.  American Alternative
17   objects.
18            The proposed amended complaint discloses
19   confidential settlement communications, both at the district
20   court level and in the context of the Seventh Circuit
21   mediation.  Those are protected communications.
22            There are particular allegations about numbers,
23   there's particular allegations about the conduct of attorneys
24   and representations.  Those don't need to be in that
25   complaint.  This is a notice pleading.  Those should be

1  struck.
2  So this complaint we object to being filed. Those
3  need to be taken out.
4  THE COURT: What about filing it under seal for
5  now?
6  MS. LICARI: She could file it under seal, yes,
7  your Honor.
8  THE COURT: Ms. Nolte?
9  MS. NOLTE: I don't really believe that Ms. Licari
10 actually has standing to object to us filing it, but we would
11 not have a huge problem with filing it under seal.
12 THE COURT: Is it directed to their clients?
13 MS. NOLTE: Yes, but they are not currently a
14 defendant.
15 MS. LICARI: Well, if we're not a defendant in the
16 case, how --
17 THE COURT: Hold on a second. Wait a second.
18 I have not looked at the proposed first amended
19 complaint. Is their client named as a party in the
20 complaint?
21 MS. NOLTE: Yes.
22 THE COURT: I see.
23 Well, you have to have a complaint on file before
24 you're a party to a lawsuit.
25 MS. LICARI: Well, we are a third party defendant

```
 1    in the Will County suit, your Honor.
 2            THE COURT:  But you're not a third party defendant
 3    in this complaint until it's filed.
 4            MS. LICARI:  Well, she has not served us with a
 5    complaint.  And if --
 6            THE COURT:  That is because she hasn't filed it
 7    yet.
 8            MS. LICARI:  Your Honor, but this has confidential
 9    settlement communications that go in the public record.
10    There is absolutely no reason for that.
11            THE COURT:  That's a different story.
12            MS. LICARI:  So if even if we're not a party, your
13    Honor, I --
14            THE COURT:  Hold it a second.
15            MS. LICARI:  I apologize.
16            THE COURT:  Okay.  Let me ask you to file it under
17    seal until further order of court.
18            MS. NOLTE:  Yes.
19            THE COURT:  And the first order of business, of
20    course, will be to address this issue of confidentiality.
21            Do you believe that the material in the complaint
22    is confidential?
23            MS. NOLTE:  I do not, your Honor.  This has to do
24    with a bad faith issue and --
25            THE COURT:  Okay.  We'll let you thrash that out
```

1    then.
2         How much time do you need to file a responsive
3    pleading, Counsel?
4         MS. LICARI:  A responsive pleading to this
5    particular complaint, your Honor?  45 days.
6         THE COURT:  Well, you're going to have to effect
7    service first.  Are you going to accept service?
8         MS. LICARI:  I haven't really gotten to that point,
9    your Honor, to be perfectly frank --
10        THE COURT:  Well, we're not at a point then where
11   we can determine whether or not --
12        MS. LICARI:  I will get back to counsel on that,
13   your Honor.
14        THE COURT:  I'm going to have to know.
15        Now, it seems to me that your clients have
16   instructed you to take a very vigorous approach towards
17   containing the information that's in that complaint.
18        We're going to move this along as quickly as the
19   rules permit.  We're filing this under seal as a temporary
20   measure, until I can get a handle on whether or not this is
21   disclosing something that's confidential.  But that time
22   period is not going to be inordinately extended, so you might
23   want to address that with your clients.
24        Leave is granted to file the complaint.
25        MS. NOLTE:  Thank you.

```
 1              THE COURT:  Why don't we set it over for next week
 2    for a status and scheduling, if possible.
 3              MS. NOLTE:  Your Honor, if we could have 24 hours?
 4    There's just a couple of things that we have to clean up in
 5    it.
 6              THE COURT:  Okay.  Leave is granted for you to file
 7    an amended complaint on or before the close of business on
 8    Friday.
 9              MS. NOLTE:  Thank you.
10              THE COURT:  You have no objection to this, I take
11    it, Counsel?
12              MR. DUNNE:  No, your Honor.
13              THE COURT:  Very well.
14              MS. LICARI:  Your Honor, that amended complaint
15    will be under seal, correct?
16              THE COURT:  The amended complaint will be under
17    seal until further order of court.
18              MS. LICARI:  Thank you, your Honor.
19              And then we're coming back for a status on this in
20    a week, is that it, your Honor?
21              THE COURT:  Yes.  At that time you'll tell me what
22    your client's position is regarding waiver of summons.
23              MS. LICARI:  Yes, your Honor.
24              THE COURT:  Okay.
25              MS. NOLTE:  Thank you, your Honor.
```

1  MS. VALENCIC: Just to clarify for my client, which
2  has also been named as a defendant in the amended complaint,
3  will they then be required to formally serve my client,
4  because I can tell you I'm not authorized to accept service.
5  THE COURT: Then you'll have to go ahead and serve
6  them.
7  MS. NOLTE: Yes.
8  THE COURT: Okay.
9  MS. LICARI: Thank you, your Honor.
10  THE COURT: See you next week.
11  (Which were all the proceedings heard.)
12  CERTIFICATE
13  I certify that the foregoing is a correct transcript
14  from the record of proceedings in the above-entitled matter.
15
16  /s/ *Mary M. Hacker*                    *December 14, 2010*
17  _____     _____
   Mary M. Hacker                   Date
18  Official Court Reporter
19
20
21
22
23
24
25