

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KEVIN FOX and MELISSA FOX, <br><br> Plaintiffs, <br><br> -v- <br><br> WILL COUNTY, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) No. 04 C 7309 <br> ) <br> ) Judge John W. Darrah <br> ) <br> ) <br> ) |

**AGREED ORDER FOR COMPLETE SATISFACTION
OF JUDGMENT OF COMPENSATORY DAMAGES, COSTS,
ATTORNEY'S FEES AND INTEREST**

This matter having come before the Court on Plaintiff's Motion for an Order Commanding Will County to pay Judgment, Attorney's Fees, Costs and Interest. Will County having paid the complete balance of the Judgment for Compensatory Damages and related attorney's fees, costs and interest, this Court finds that there has been a Full and Complete Satisfaction of the Judgment for the compensatory damages and related attorney's fees, costs and interest for all Defendants. This Satisfaction of Judgment does not include the punitive damages awarded in favor of Kevin Fox, post-judgment interest on the punitive damages award, costs and attorney fees relating strictly to the punitive damages award, all of which Fox seeks to recover from insurers of certain Will County Detectives only. The Satisfaction of Judgment fully and finally resolves all damages, costs, fees, interest or any other sums owed by the County or the Will County Detectives to Kevin or Melissa Fox in this matter.

Enter:

_____
District Court Judge

_2-23-11_
Date