28-9676-00-9

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KEVIN FOX & MELISSA FOX<br>Plaintiffs,<br><br>v.<br><br>FORMER WILL COUNTY STATE'S ATTORNEY<br>JEFFREY TOMCZAK, ET AL.<br>Defendants.<br><br>and<br><br>ESSEX INSURANCE COMPANY, *et al.*<br>Third-Party Defendants.<br><br>WILL COUNTY,<br>Third-Party Plaintiff,<br><br>v.<br><br>ESSEX INSURANCE COMPANY, *et al.*,<br>Third-PartyDefendants. | NO. 04-C-7309<br><br>JUDGE: JOHN W. DARRAH |

## STIPULATION AND NOTICE OF DISMISSAL OF THE SECOND AMENDED COMPLAINT AGAINST ESSEX WITH PREJUDICE

Plaintiffs, KEVIN AND MELISSA FOX (the "Foxes"), by and through their attorneys, KATHLEEN T. ZELLNER AND ASSOCIATES, and Third-Party Defendant, ESSEX INSURANCE COMPANY ("Essex"), by and through its attorneys, CLAUSEN MILLER P.C.,

hereby stipulate and agree as follows:

## Stipulation

1. Essex filed a First Amended Complaint for Declaratory Judgment and Other Relief in the Circuit Court of Cook County, Case No. No. 10 CH 34288, which is presently pending before Hon. Judge Billick, and Count I of that Amended Complaint seeks a declaration that Essex is not liable in connection with any punitive damages awarded to Kevin Fox against Detectives Edward Hayes, Scott Swearengen and Michael Guilfoyle ("Detectives") (the "State Court Action").

2. The Foxes filed a Second Amended Complaint in this Court seeking to recover from Essex the punitive damages awarded to Kevin Fox against the Detectives, along with certain attorneys' fees and interest in connection with punitive damages (the "Federal Bad Faith Action").

3. The Foxes moved to Dismiss the State Court Action based upon the pending Federal Bad Faith Action. That motion was fully briefed and is currently set for hearing before Judge Billick on June 16, 2011.

4. Essex filed a Motion to Dismiss the Federal Bad Faith Action based upon the first filed State Court Action and also based upon the Foxes' failure to state a cause of action against Essex. In response, the Foxes moved to dismiss Essex without prejudice from the Federal Bad Faith Action. Essex then responded by seeking reimbursement of its attorneys' fees and costs incurred in connection with the

two pending motions to dismiss as a condition to a dismissal of the Federal Bad Faith Action against Essex without prejudice, or alternatively, a dismissal with prejudice.

5. The Foxes and Essex wish to fully and forever resolve any and all disputes between and among them in connection with the punitive damages awarded against Kevin Fox against the Detectives, and in connection with any and all claims which were or could have been made in the State Court Action or the Federal Bad Faith Action.

6. The Foxes, individually and as assignees of the Detectives, stipulate and agree that Essex is not liable for any of the punitive damages awarded to Kevin Fox against the Detectives under any theory of recovery and that Essex did not act in bad faith in relation to the County or the Detectives in connection with this matter.

7. Based upon this Stipulation and a similar Stipulation in the State Court Action, Essex has agreed to dismiss Count I of the State Court Action with prejudice within five (5) days of entry of this Stipulation and Notice.

## Dismissal

PLEASE TAKE NOTICE, that based upon the Stipulation and agreements set forth above, the Foxes hereby notify the Court and all parties that the Second Amended Complaint is hereby voluntarily dismissed as against Essex, with prejudice and without costs. The Foxes' prior motion to voluntarily non-suit without prejudice is withdrawn, as is Essex's response to

that motion.

Respectfully submitted,

_____
KATHLEEN T. ZELLNER
Attorney for Kevin and Melissa Fox

_____
MICHELLE R VALENCIC
Attorney for Essex Insurance Company