Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 7309 | **DATE** | 8/31/2011 |
| **CASE TITLE** | Kevin Fox vs. Will County | | |

**DOCKET ENTRY TEXT**

Status hearing and ruling on motion hearing held. For the reasons stated in the attached memorandum opinion and order, AAIC's motion to dismiss is granted [953]. Fox's complaint is dismissed in its entirety. Enter Memorandum Opinion and Order. Leave is granted for a second amended third party complaint to be filed by 9/21/11. Response by 9/28/11. Status hearing set for 10/6/11 at 9:30 a.m. Will County's motion for substitution of counsel is granted [993].

■ [ For further detail see separate order(s).]

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|