IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | ) | |
|---|---|---|
| Kevin Fox | ) | Case No: 04 C 7309 |
| | ) | |
| v. | ) | |
| | ) | Judge: John W. Darrah |
| Will Co, et al | ) | |
| | ) | |

## ORDER

Counsel has failed to comply with the Clerk's Notice of Exhibit Disposal Local Rule 79.1. The Clerk of Court is hereby given authority to destroy exhibit: **Document: 794: EXHIBITS (1 - 45) by Plaintiffs Kevin Fox and Melissa Fox regarding exhibit list {1118} by 9/13/2016**, if they are not retrieved by the close of business **9/12/2016.** Exhibits may be retrieved by calling the Clerk's office at (312)435-5691.

Date:  9/6/16                                                                                         /s/ Judge John W. Darrah